KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE

1615 M STREET, N.W.

SUITE 400

WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:

(202) 326-7999

March 24, 2020

*Via First-Class Mail and ECF*

Angela D. Caesar
Office of the Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 2000

> Re:   *CABRERA et al v. ISLAMIC REPUBLIC OF IRAN*, Civil Action No. 1:19-cv-
> 03835-JDB

Dear Ms. Caesar:

We write in connection with the above-captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service in this matter on the Defendant, the Islamic Republic of Iran.

Service on Iran under 28 U.S.C. § 1608(a)(3) is warranted here.  Plaintiffs and Defendant Islamic Republic of Iran ("Iran") do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), and service on Iran is not permitted by any applicable international convention on service of judicial documents pursuant to 28 U.S.C. § 1608(a)(2).  In accordance with 28 U.S.C. § 1608(a)(3), therefore, I have enclosed one copy of the complaint, summons, and notice of suit together with a translation of each into Farsi, the official language of Iran.

We respectfully request that the Clerk's office dispatch the enclosed documents via the included DHL package, with signed return receipt requested, to the following address:

Mohammad Javad Zarif
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Street, Imam Khomeini Sq,
Tehran, Iran

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Angela Caesar
March 24, 2020
Page 2


       If you have any questions or need anything further please do not hesitate to contact me. Thank you in advance for your time and attention to this matter.


                   Respectfully submitted,

                   /s/ Joshua D. Branson

                   Joshua D. Branson


Enclosures