KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900

FACSIMILE:
(202) 326-7999

March 31, 2020

*Via First-Class Mail and ECF*

Angela D. Caesar
Office of the Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 2000

  Re: *CABRERA et al v. ISLAMIC REPUBLIC OF IRAN*, Civil Action No. 1:19-cv-03835-JDB

Dear Ms. Caesar:

  We write in connection with the above-captioned case to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service in this matter on the Defendant, the Islamic Republic of Iran ("Iran").  Plaintiffs previously requested service via DHL, *see* Dkt. 11, but have been apprised that DHL is not currently delivering packages to Iran.  Plaintiffs are therefore requesting service via the U.S. Postal Service.

  Service on Iran under 28 U.S.C. § 1608(a)(3) is warranted here.  Plaintiffs and Iran do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), and service on Iran is not permitted by any applicable international convention on service of judicial documents pursuant to 28 U.S.C. § 1608(a)(2).  In accordance with 28 U.S.C. § 1608(a)(3), therefore, I have enclosed one copy of the complaint, summons, and notice of suit together with a translation of each into Farsi, the official language of Iran.

  We respectfully request that the Clerk's office dispatch the documents via certified United States Mail with signed return receipt requested, to the following address:

Mohammad Javad Zarif
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Street, Imam Khomeini Square,
Tehran, Iran

KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Angela D. Caesar
March 31, 2020
Page 2

      Pursuant to this Court's *Attorney Manual for Service of Process on a Foreign Defendant*,[1] Plaintiffs' counsel is prepared to take the package to the Post Office to be mailed after the Clerk's Office reviews and seals the package. Plaintiffs' counsel will then return the stamped Certified Mail Receipt to the Clerk's Office.

      If you have any questions or need anything further please do not hesitate to contact me. Thank you in advance for your time and attention to this matter.

      Respectfully submitted,

      /s/ Joshua D. Branson

      Joshua D. Branson

Enclosures

---

[1] Available at https://www.dcd.uscourts.gov/sites/dcd/files/AttyForeignMlg2018wAttach.pdf