# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>               Defendant. | Case No. 19-cv-3835-JDB |

### [PROPOSED] ORDER PERMITTING PLAINTIFFS TO PROCEED WITH SERVICE UNDER 28 U.S.C. § 1608(a)(4)

On consideration of Plaintiffs' motion for an order permitting them to proceed with service of the First Amended Complaint on Defendant, the Islamic Republic of Iran ("Iran"), under 28 U.S.C. § 1608(a)(4), the Court grants the motion and orders that:

1. Plaintiffs have established that they are unable to serve Iran under 28 U.S.C. § 1608(a)(1)-(3); and

2. Plaintiffs may initiate service on Iran under 28 U.S.C. § 1608(a)(4) as of the date below.

Dated: _____, 2020        _____
                                                              John D. Bates
                                                               United States District Judge