UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA et al.,<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　Defendant. | Civil Action No. 19-3835 (JDB) |

### ORDER

Upon consideration of [22] plaintiffs' motion for entry of a case management order, [23] plaintiffs' motion for leave to conduct third-party discovery, and the entire record herein, it is hereby

**ORDERED** that [23] plaintiffs' motion for leave to conduct third-party discovery is **GRANTED**, and plaintiffs may serve the third-party discovery requests described in their motion; it is further

**ORDERED** that plaintiffs shall submit a status report to this Court by not later than December 1, 2020; and it is further

**ORDERED** that a telephonic status conference in this matter is set for December 7, 2020, at 9:30 a.m.; and it is further

**ORDERED** that [22] plaintiffs' motion for entry of a case management order is **DENIED** without prejudice pending the Court's review of plaintiffs' initial status report and subsequent status conference.

**SO ORDERED.**

1

2

/s/
JOHN D. BATES
United States District Judge

Dated: November 3, 2020