UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA et al.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　Defendant. | Civil Action No. 19-3835 (JDB) |

## CASE MANAGEMENT ORDER

Upon consideration of [27] plaintiffs' renewed motion for entry of a case management order, and the entire record herein, it is hereby

**ORDERED** that [27] plaintiffs' renewed motion for entry of a case management order is **GRANTED**, and it is further **ORDERED** that the following case management plan shall govern further proceedings:

1. Plaintiffs shall file a Second Amended Complaint by not later than March 1, 2021 adding the claims of additional plaintiffs as described in their renewed motion.  The additional plaintiffs' claims will be materially identical in form to the plaintiff-specific paragraphs in Part IV of the First Amended Complaint, and the Second Amended Complaint will not make any changes to the other sections of the First Amended Complaint. Proceedings in this case will not be delayed while Plaintiffs finalize, file, and serve this Second Amended Complaint.

2. Plaintiffs shall file a further status report by not later than March 8, 2021.

1

3. Plaintiffs shall file a motion for default judgment and any motion to submit evidence under seal by not later than September 18, 2021.

4. Plaintiffs shall file the final bellwether attack list, final exhibit list, final expert reports, and final witness list by not later than October 4, 2021.

5. A pretrial conference shall be held in Courtroom 30 on October 8, 2021.

6. The Bellwether Hearing shall commence on October 18, 2021. The Hearing shall last four or fewer full trial days and will include evidence on overarching liability issues relevant to all of the attacks and specific evidence pertaining to not more than ten individual bellwether attacks. The individual bellwether attacks will include one attack that represents each of the geographies and each of the attack types detailed in [27] plaintiffs' Motion. The Court shall determine at a later date the number of plaintiffs who should present damages evidence at the Bellwether Hearing.

7. Plaintiffs shall file proposed findings of fact and conclusions of law and a proposed administrative plan governing the appointment of Special Masters, and propose Special Masters for other plaintiffs associated with the bellwether attacks who did not present damages evidence at the Bellwether Hearing by not later than November 12, 2021.

8. The Court shall subsequently adjudicate liability for the non-bellwether attacks based on written submissions.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: December 14, 2020