## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**AUGUST CABRERA et al.,**

      **Plaintiffs,**

      **v.**

**ISLAMIC REPUBLIC OF IRAN,**

      **Defendant.**

**Civil Action No. 19-3835 (JDB)**

**MARK ZAMBON et al.,**

      **Plaintiffs,**

      **v.**

**ISLAMIC REPUBLIC OF IRAN,**

      **Defendant.**

**Civil Action No. 18-2065 (JDB)**

## REVISED CASE MANAGEMENT ORDER

Upon consideration of [44] plaintiffs' July 20, 2021 status report, and the entire record herein, it is hereby

**ORDERED** that the following revised case management plan shall govern further proceedings:

1. Plaintiffs shall file a further status report updating the Court about discovery and stating whether they believe motion practice will be necessary by not later than August 4, 2021.

2. The Court shall hold a status conference on August 17, 2021 at 10:00 AM.

1

3.   Plaintiffs shall file a further status report and a motion in limine seeking to permit Mr. Roggio to rely on documents published by WikiLeaks in forming his expert opinion by not later than August 20, 2021.

4.   Plaintiffs shall file a motion for default judgment and any motion to submit evidence under seal by not later than September 20, 2021.

5.   Plaintiffs shall file a motion to pre-admit certain exhibits by not later than September 27, 2021.

6.   Plaintiffs shall file the final bellwether attack list, final exhibit list, final expert reports, and final witness list by not later than October 4, 2021.

7.   A pretrial conference shall be held in Courtroom 30 on October 14, 2021 at 10:30 AM.

8.   The Bellwether Hearing shall commence on October 18, 2021.  The Hearing shall last four or fewer full trial days and will include evidence on overarching liability issues relevant to all of the attacks and specific evidence pertaining to not more than eleven individual bellwether attacks.  The individual bellwether attacks will include one attack that represents each of the geographies and each of the attack types detailed in [27] plaintiffs' renewed motion for entry of a case management order.  Some of the Plaintiffs associated with bellwether attacks will present live damages evidence at the Hearing.

9.   By not later than November 12, 2021, plaintiffs shall file proposed findings of fact and conclusions of law, evidence related to damages for family members of those plaintiffs who testify to damages at the hearing, and a proposed administrative plan governing the appointment of Special Masters.  Plaintiffs shall further propose Special Masters for other plaintiffs associated with the bellwether attacks who did not present damages evidence at the Bellwether Hearing.

10. The Court shall subsequently adjudicate liability for the non-bellwether attacks based on written submissions.

**SO ORDERED.**

/s/
_____
JOHN D. BATES
United States District Judge

Dated:  July 22, 2021