IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>   Defendant. | Case No. 19-cv-3835-JDB |
| MARK ZAMBON, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>   Defendant. | Case No. 18-cv-02065-JDB |

**PLAINTIFFS' MOTION FOR A
<u>REVISED CASE MANAGEMENT ORDER</u>**

Plaintiffs file this motion seeking revisions to this Court's Revised Case Management Order (Dkt. 45).[1]

*First*, Plaintiffs seek to clarify that the proposed findings of fact and conclusions of law that are due on November 12, 2021 are with respect to liability only. Plaintiffs will have submitted all of the liability evidence at the evidentiary hearing scheduled to begin on October 18, 2021, and Plaintiffs intended these proposed findings to assist the Court in making a liability determination.

---

[1] Unless otherwise specified, citations to "Dkt." are to the docket entries in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB.

*Second,* Plaintiffs propose filing a supplemental brief concerning damages and proposed findings of fact and conclusions of law concerning damages – including specific proposed damages awards for the four plaintiffs who will testify at the hearing and their 21 family members – by December 17, 2021.  The Court has agreed to accept evidence as to damages for a subset of the Plaintiffs associated with the bellwether attacks.  *See* Dkt. 45 at 2.  As Plaintiffs have previously explained, Dkt. 27 at 9, were the Court to enter a liability decision in Plaintiffs' favor on the bellwether attacks, it would be beneficial for the Court to also issue a damages decision for certain bellwether plaintiffs.  This bellwether decision would provide guidance to Special Masters who could adjudicate additional damages claims.  Plaintiffs believe that a damages brief, proposed findings of fact and conclusions of law, and proposed damages awards will assist the Court in issuing such a damages decision.

*Third,* Plaintiffs seek an extension from November 12, 2021 to December 17, 2021 of the deadline to submit damages evidence for the 21 family members of those plaintiffs who will testify at the evidentiary hearing and a proposed administrative plan governing the appointment of Special Masters, including the suggestion of particular individuals to serve as Special Masters. The current Case Management Order requires Plaintiffs to submit proposed findings of fact and conclusions of law, damages evidence, and a proposed administrative plan governing the appointment of Special Masters by November 12, 2021.  In their July 20, 2021 status report, Plaintiffs sought a ten-day extension of this deadline.  *See* Dkt. 44 at 9-10.  The Court retained the November 12, 2021 deadline.  *See* Dkt. 45 at 2.

Plaintiffs will file the proposed findings of fact and conclusions of law as to liability by the November 12, 2021 deadline, but they request an extension of the deadline for the evidence of damages and the proposed administrative plan governing the appointment of Special Masters

to December 17, 2021.  This extension is appropriate for two reasons.  *First*, Plaintiffs intend to include significant additional evidence along with the evidence of damages.  As explained in Plaintiffs' concurrently filed motion for default judgment, to assert solatium claims the family member Plaintiffs must prove that they are nationals of the United States, members of the military, or U.S. government employees or contractors.  They further must prove that they are an immediate family member – or the functional equivalent of an immediate family member – of the individual killed or physically injured in the terrorist attack.  This proof will typically involve government records or a declaration establishing U.S. citizenship and family relationship.  For efficiency, Plaintiffs propose to file such proof for each family member plaintiff along with that family member plaintiffs' evidence of damages.  Plaintiffs thus request this extension to assist them in preparing that additional evidence of eligibility for the Court.  *Second*, as discussed above, Plaintiffs also propose filing a supplemental brief concerning damages and proposed findings of fact and conclusions of law – including specific proposed damages awards for those same plaintiffs – on December 17, 2021.  Extending the deadline for filing the evidence of damages and proposed administrative plan governing the appointment of Special Masters will permit Plaintiffs and the Court to concentrate first on liability, with Plaintiffs making a single filing as to damages on December 17, 2021.

Dated:  September 20, 2021

Respectfully submitted,

/s/ Joshua D. Branson

| | |
|---|---|
| Robert W. Cowan | Joshua D. Branson (D.C. Bar No. 981623) |
| DC Bar No. TX0148 | Andrew E. Goldsmith (D.C. Bar No. 1007074) |
| Katie R. Caminati | Grace W. Knofczynski (D.C. Bar No. 15000407) |
| TX Bar No. 24098079 | James A. Ruck (D.C. Bar No. 1739309) |
| Bailey Cowan Heckaman PLLC | Kellogg, Hansen, Todd, |
| Four Oaks Place |   Figel & Frederick, P.L.L.C. |
| 1360 Post Oak Blvd., Suite 2300 | 1615 M Street, N.W., Suite 400 |
| Houston, Texas 77056 | Washington, D.C. 20036 |
| Telephone: (713) 425-7100 | Tel:  (202) 326-7900 |
| Facsimile: (713) 425-7101 | Fax:  (202) 326-7999 |
| rcowan@bchlaw.com | jbranson@kellogghansen.com |
| kcaminati@bchlaw.com | agoldsmith@kellogghansen.com |
| | gknofczynski@kellogghansen.com |
| | jruck@kellogghansen.com |

*Counsel for Zambon Afghanistan-Based Plaintiffs*

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 535
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

Michael J. Gottlieb (D.C. Bar No. 974960)
Randall Jackson (D.C. Bar No. 490798)
Nicholas Reddick (D.C. Bar No. 1670683)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel:  (202) 303-1000
Fax:  (202) 303-2000
MGottlieb@willkie.com
RJackson@willkie.com
NReddick@willkie.com

*Counsel for Cabrera Plaintiffs and Zambon Afghanistan-Based Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 20th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Joshua D. Branson*
Joshua D. Branson
