**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| AUGUST CABRERA, *et al.*, |
| Plaintiffs, |
| v. |
| ISLAMIC REPUBLIC OF IRAN, |
| Defendant. |

Case No. 19-cv-3835-JDB

| |
|---|
| MARK ZAMBON, *et al.*, |
| Plaintiffs, |
| v. |
| ISLAMIC REPUBLIC OF IRAN, |
| Defendant. |

Case No. 18-cv-02065-JDB

# Expert Witness Report
## Dr. Colin Clarke
Director of Policy and Research at The Soufan Group
September 19, 2021

**TABLE OF CONTENTS**

I.      Scope of Engagement and Opinion................................................................... 1

II.     Qualifications ................................................................................................... 1

III.    Background on the Taliban in the Afghan Conflict........................................... 6

IV.     Background on the Taliban's Haqqani Network in the Afghan Conflict ........ 16

V.      The Structure of the Taliban Post-2001 ........................................................ 23

VI.     Taliban Tactics and Claims of Responsibility ............................................... 35

VII.    Taliban Areas of Operations Dominance and Attack Zones .......................... 43

VIII.   Iranian Support of the Taliban through Drug Trafficking .............................. 74

**Index of Exhibits**

| Exhibit | Description |
|---|---|
| A | Leading Council of the Islamic Emirate of Afghanistan, press release, "Declaration of the Leading Council of the Islamic Emirate regarding the appointment of new Amir (leader) of the Islamic Emirate," July 31, 2015, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-appoints-new-leader-selects-haqqani-network-official-as-a-deputy.html |
| B | The Islamic Emirate (the Taliban), "Statement of Islamic Emirate Regarding Passing Away of Prominent Jihadi Figure, Scholar and Warrior Mawlawi Jalaluddin Haqqani (RA)," September 3, 2018, https://ent.siteintelgroup.com/Statements/afghan-taliban-announces-death-of-haqqani-network-head-jalaluddin-haqqani.html |
| C | Sirajuddin Haqqani, "Ansar al-Mujahideen Hosts Open Meeting with Sirajuddin Haqqani," Ansar al-Mujahedin Network, April 28, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-4-30-10-aam-sirajuddin-open-int-part-1.html |
| D | "Al-Samoud Interviews Sirajuddin al-Haqqani, the Military Official of the Mujahideen in Khost Province," *Al Samoud*, Issue 76, September 27, 2012, https://ent.siteintelgroup.com/Periodicals/afghan-taliban-magazine-interviews-sirajuddin-haqqani-in-77th-issue.html |
| E | Afghan Taliban, press release, "Statement of Islamic Emirate regarding America using name of conjured entity 'Haqqani Network' and its black listing," September 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-kabul-suicide-bombing-slams-haqqani-designation.html |
| F | Taliban's History Department of Commission for Cultural Affairs, "Introduction [of Mullah Haibatullah Akhundzada], December 14, 2016, https://ent.siteintelgroup.com/Statements/afghan-taliban-posts-introduction-of-leader-describes-him-as-key-element-for-ongoing-jihad-in-afghanistan.html |
| G | Counter Insurgency Targeting Program – Afghanistan, Iranian Influence in Uruzgan (Mar. 8, 2011) |
| H | "Taliban Finds Mass-Media as Enemy Tools; Attack in Kandahar," SITE Intelligence Group, July 1, 2008, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-7-1-08-taliban-mass-media-kills-25-canadians.html |
| I | "Afghan Taliban Claims Killing 43 American Soldiers in Two Operations," SITE Intelligence Group, November 17, 2010, https://ent.siteintelgroup.com/Jihadist-News/at-sbs-kill-43.html/ |
| J | "Afghan Taliban Claims Killing 14 in Kandahar Suicide Bombing," SITE Intelligence, February 7, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-2-7-11-at-sb-kandahar-14.html |
| K | "Afghan Taliban Claims Killing 33 in Chinook Downing in Kandahar," SITE Intelligence Group, August 15, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-33-in-chinook-downing-in-kandahar.html. |
| L | "Taliban Claims Multiple Strikes on Enemy Forces in Helmand," SITE Intelligence Group, July 16, 2009, https://ent.siteintelgroup.com/Statements/7-16-09-taliban-multiple-strikes-helmand.html |
| M | "Afghan Taliban Gives Full Report and Video on Shorab Airbase Raid," SITE Intelligence Group, December 2, 2014, |

| | |
|---|---|
| | https://ent.siteintelgroup.com/Statements/afghan-taliban-gives-full-report-and-video-on-shorab-airbase-raid.html |
| N | "Afghan Taliban Claims Tens of Americans Dead in Helicopter Downing in Helmand," SITE Intelligence Group, January 6, 2016, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-tens-of-americans-dead-in-helicopter-downing-in-helmand.html |
| O | "Afghan Taliban Claims Killing and Wounding 4 U.S. Forces in Helmand, Rocket Strike on Resolute Support HQ in Kabul," SITE Intelligence Group, June 6, 2017," https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-killing-and-wounding-4-u-s-forces-in-helmand-rocket-strike-on-resolute-support-hq-in-kabul.html |
| P | "Afghan Taliban Claims Firing Barrage of 65 Rockets at U.S. Base in Helmand," SITE Intelligence, October 22, 2019, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-firing-barrage-of-65-rockets-at-u-s-base-in-helmand.html |
| Q | "Harvest of Taliban Military Operations, June 8-June 10, 2007, Fires Rockets at Afghanistan President Hamid Karzai in Ghazni Province," SITE Intelligence Group, June 11, 2007, https://ent.siteintelgroup.com/Jihadist-News/harvest-of-taliban-military-operations-june-8-june-10-2007-fires-rockets-at-afghanistan-president-hamid-karzai-in-ghazni-province.html |
| R | "Afghan Taliban Claims Defending Civilians Against US Raid," SITE Intelligence Group, December 1, 2010, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-defending-civilians-against-us-raid.html |
| S | "Afghan Taliban Claims Khost Suicide Bombing, Reports on Wardak Incident," October 1, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-khost-suicide-bombing-reports-on-wardak-incident.html/ |
| T | "Afghan Taliban Claims Killing 14 US Soldiers, Downing Helicopter," SITE Intelligence Group, July 6, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-7-6-10-at-kills-14-downs-chopper.html |
| U | "Afghan Taliban Claims Shooting Down Three Helicopters," SITE Intelligence Group, August 8, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-shooting-down-three-helicopters.html |
| V | "Afghan Taliban Claims Killing 11 in Helmand Suicide Bombing, Infiltrator Attack in Paktia," SITE Intelligence Group, September 27, 2013, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-11-in-helmand-suicide-bombing-infiltrator-attack-in-paktia.html |
| W | "Harvest of Taliban Military Operations, August 24-27, 2007," SITE Intelligence Group, August 28, 2007, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-28-07-taliban-ops-aug-24-27.html |
| X | "Afghan Taliban Claims Suicide Bombing, Kidnapping 50 Police," SITE Intelligence Group, March 28, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-3-28-11-at-sb-kidnapping-abandon.html |
| Y | "Afghan Taliban Claims Two Suicide Bombings in New Spring Campaign," SITE Intelligence, May 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-two-suicide-bombings-in-new-spring-campaign.html |

| Z | "Afghan Taliban Claims Killing Soldier Resisting Surrender; Suicide Bombing," SITE Intelligence Group, September 29, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-soldier-resisting-surrender-suicide-bombing.html |
|---|---|
| AA | "Afghan Taliban Claims Leveling US Base in Suicide Bombing," SITE Intelligence, December 2, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-12-2-11-at-sb-levels-base-logar.html |
| BB | "Afghan Taliban Claims Killing Dozens in Logar Suicide Bombing," SITE Intelligence, August 7, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-dozens-in-logar-suicide-bombing.html |
| CC | "Taliban Claims Suicide Bombings in Khost, Uruzgan," SITE Intelligence Group, December 17, 2009, https://ent.siteintelgroup.com/Jihadist-News/taliban-claims-suicide-bombings-in-khost-uruzgan.html |
| DD | "Afghan Taliban Claims Helicopter Downing that Killed 38 Soldiers," SITE Intelligence Group, August 6, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-helicopter-downing-that-killed-38-soldiers.html. |
| EE | "Afghan Taliban Boasts of Inflicting Large Casualties in Saydabad Attack," SITE Intelligence Group, September 12, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-9-12-11-at-saydabad-sb.html |
| FF | "Afghan Taliban Claims Killing 31 US Soldiers in two Suicide Bombings," SITE Intelligence Group, July 23, 2013, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-31-us-soldiers-in-two-suicide-bombings.html |
| GG | "Taliban Claims Killing 22 Foreign Forces in Suicide Bombing," SITE Intelligence Group, November 19, 2009, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-11-19-09-taliban-kills-22-in-sb-zabul.html |
| HH | "Afghan Taliban Claims Killing 13 US Soldiers in Suicide Bombing," SITE Intelligence, June 11, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-11-10-at-sb-zabul.html |
| II | "Afghan Taliban Claims Downing Helicopter, Suicide Bombings," SITE Intelligence Group, September 21, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-9-21-10-at-sbs-downing-helicopter.html |
| JJ | "Harvest of Taliban Military Operations, October 19-20, 2007," SITE Intelligence, October 22, 2007, https://ent.siteintelgroup.com/Jihadist-News/harvest-of-taliban-military-operations-october-19-20-2007.html |
| KK | "Afghan Taliban Claims Attack by Female Suicide Bomber," SITE Intelligence Group, June 22, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-22-10-at-female-sb-kunar.html |
| LL | "Afghan Taliban Claims Killing 17 in Kunar Suicide Bombings," SITE Intelligence Group, August 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-17-in-kunar-suicide-bombings.html |
| MM | "Afghan Taliban Reports Afghan Soldier Killing Three Americans," SITE Intelligence Group, June 27, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-reports-afghan-soldier-killing-three-americans.html |
| NN | "Afghan Taliban Claims its Infiltrator in Afghan Forces Killed 4 U.S. Troops," SITE Intelligence Group, June 10, 2017, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-its-infiltrator-in-afghan-forces-killed-4-u-s-troops.html |

| OO | "Taliban Claims Killing 34 Americans and 36 Britons," SITE Intelligence Group, June 24, 2008, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-24-08-taliban-kills-34-americans-36-britons.html |
|----|----|
| PP | "Afghan Taliban Claims Suicide Attacks in Kabul, Khost," SITE Intelligence Group, April 27, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-4-27-11-at-sbs-kabul-khost.html |
| QQ | Afghan Taliban Gives Biography of Kabul Suicide Bomber, Claims Attacks," SITE Intelligence, October 31, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-gives-biography-of-kabul-suicide-bomber-claims-attacks.html |
| RR | "Afghan Taliban Claims Infiltrator Attack that Killed Three Americans in Kabul," SITE Intelligence Group, January 30, 2015, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-infiltrator-attack-that-killed-three-americans-in-kabul.html |
| SS | "Taliban 'Harvest' of Military Operations, July 30-31, 2008," SITE Intelligence Group, August 1, 2008, https://ent.siteintelgroup.com/Statements/site-intel-group-8-1-08-taliban-harvest-7-30-7-31.html |
| TT | "Afghan Taliban Claims Suicide Bombing Killing 65 in Kunduz," SITE Intelligence Group, August 5, 2010. https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-5-10-at-sb-helicopter-civilians.html |
| UU | "Afghan Taliban Claims Killing 8 Americans in Suicide Bombing in Parwan," SITE Intelligence Group, November 14, 2014, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-killing-8-americans-in-suicide-bombing-in-parwan.html |
| VV | "Afghan Taliban Claims Connection with Afghan who Killed Spanish," SITE Intelligence Group, August 25, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-25-10-at-spanish-badghis.html |
| WW | "Afghan Taliban Claims Suicide Attacks in Badghis, Paktia," SITE Intelligence Group, October 19, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-suicide-attacks-in-badghis-paktia.html |
| XX | "Afghan Taliban Claims Killing 28 in Faryab Suicide Bombing," SITE Intelligence Group, April 4, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-28-in-faryab-suicide-bombing.html |
| YY | "Taliban Harvest Report; Strikes American, Afghan Forces," SITE Intelligence Group, March 6, 2009, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-3-6-09-taliban-harvest-report-strikes-american-afghan-forces.html |

## I.      Scope of Engagement and Opinion

I have been retained by the Plaintiffs to provide an expert opinion on the evolution of the Taliban; the evolution of the Haqqani Network as a component of the Taliban; Taliban tactics and operations; Taliban areas of operation in Afghanistan; and direct and indirect Iranian support for the Taliban through drug trafficking.

Relying on substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

1.  The Taliban, which includes the Haqqani Network, is a cohesive organization. In this organizational structure, the Taliban's central leadership sets high-level objectives for fighters, leverages a set of tools to influence the behavior of Taliban fighters throughout Afghanistan, and generally avoids micromanaging operations around the country. At the same time, the Taliban's councils and commanders have pledged allegiance to the Taliban's central leadership and coordinate with other elements of the Taliban. Command-and-control facilitates financial and resources sharing vertically and horizontally throughout the organization. As a result, despite some tactical authority being devolved, the Taliban is a singular, coherent entity.

2.  The Taliban, including the Haqqani Network, has used IEDs, small arms, RPGs, anti-aircraft weapons, suicide bombings, complex attacks, and insider attacks to kill and wound American servicemembers in Afghanistan.

3.  In the provinces where the attacks described in the complaint in this case occurred, and during the time periods in which they occurred, the Taliban likely or very likely maintained area of operations dominance and were the primary actor establishing a monopoly on the use of violence. It is, therefore, more likely than not, indeed very likely, that the Taliban carried out each attack listed in the complaint.

4.  During the period in question, Iran provided both direct and indirect support to the Taliban through its involvement in drug trafficking. Iran has allowed drugs from Taliban-held areas to pass through Iran, used drug traffickers to transport arms to the Taliban, and worked with drug smugglers to coordinate Taliban attacks on NATO troops.

## II.      Qualifications

This section describes my professional background. It highlights my experience that is directly relevant to this case and then discusses the methodology that I employ in this report.

*Professional Background*

My career has been devoted to studying terrorist groups and state sponsors of terrorism, and analyzing the complex dynamics of insurgencies, particularly in the Middle East and South Asia. I have conducted extensive research on terrorist groups in Afghanistan and their nation-state supporters. I earned my Ph.D. from the University of Pittsburgh's Graduate School of Public and International Affairs (GSPIA), where my dissertation focused on why some insurgent groups enter negotiations while others continue to fight. The dissertation included an analysis of factors and variables related to state support of terrorist and insurgent groups, and one of the five case studies in my dissertation was

the Afghan Taliban.[1] During my decade-long career at the RAND Corporation, where I remain an adjunct senior political scientist, I worked on numerous projects for the Office of the Secretary of Defense (OSD), the U.S. military's combatant commands (COCOMs), and the U.S. intelligence community that were related to Afghanistan, terrorism, and state sponsors of terrorism. In 2011, RAND sent me to Kabul, Afghanistan, where I served as a senior analyst with U.S. Forces-Afghanistan's Combined Joint Interagency Task Force (CJIATF) *Shafafiyat*. The task force -— led by then-Brigadier General H.R. McMaster, who would later go on to become the U.S. National Security Adviser in 2017-18 -— analyzed the links between corruption, organized crime, and insurgency. That experience allowed me to work in a conflict setting and conduct real-time analysis about the Taliban and Haqqani Network.

Some of my work at the RAND Corporation, where I was the author or co-author of dozens of research reports on a range of topics related to national and international security, looked specifically at Afghanistan and nation-state support for terrorists and insurgents. *Victory Has a Thousand Fathers: Sources of Success in Counterinsurgency* (2010) was a two-volume research report that examined thirty separate cases of counterinsurgency between 1978 and 2008 and discerned best practices and lessons learned for counterinsurgents. Several years later, a team I worked on at RAND produced *Paths to Victory: Lessons from Modern Insurgencies* (2013), which analyzed *all* insurgencies (71 in total) between the end of World War II and 2008. This research was briefed at the highest levels of the Department of Defense, as well as at numerous war colleges throughout the United States, and at several combatant and component commands. We published several spin-off projects from this research, including *Counterinsurgency Scorecard: Afghanistan in Early 2013 Relative to Insurgencies Since World War II (2013), From Stalemate to Settlement: Lessons for Afghanistan from Historical Insurgencies That Have Been Resolved Through Negotiations (2014),* and *Counterinsurgency Scorecard Update: Afghanistan in Early 2015 Relative to Insurgencies Since World War II (2016).*

During this period, I also published *Terrorism Inc.: The Financing of Terrorism, Insurgency, and Irregular Warfare* (Praeger, 2015), which examined seven case studies of how terrorist and insurgent groups fund their organizations and operations. One of the case studies was of the Afghan Taliban, which also included a robust analysis of how the Haqqani Network operates and its interactions with both violent non-state actors and state sponsors of terrorism.

After moving to adjunct status at RAND in 2018, I joined Carnegie Mellon University's Institute for Politics and Strategy (IPS) as an assistant teaching professor, where I taught courses on terrorism, insurgency, and political violence at both the undergraduate and graduate level. Around the same time, I joined The Soufan Center, a non-profit organization which examines global security challenges and foreign policy issues, as a senior research fellow, where my work has focused closely on terrorist and insurgent groups, including the Afghan Taliban and the Haqqani Network. At the Soufan Center, I helped lead a team that published a report in the summer of 2019 titled *Iran's Playbook: Deconstructing Iran's Regional Strategy,* which looks closely at Iranian support for militant groups across the world. In the past, I've taught as a professor at the University of Pittsburgh, Duquesne University, the RAND

---

[1] I use the term "Afghan Taliban" here to emphasize that my dissertation focused on the Taliban group which emerged in Afghanistan following the Afghan-Soviet War and the civil war that gripped Afghanistan after the fall of the country's communist regime. This is the same group that was responsible for the attacks at issue in this case, and the group to which I am referring throughout the report when I use the term "Taliban." There exists another Taliban group, the Tehrik-i-Taliban Pakistan, sometimes known as the Pakistani Taliban, which emerged in the 2000s and is based in Pakistan. I do not discuss this group throughout the report.

Pardee Graduate School, and the University of Texas El Paso (UTEP) on terrorism, insurgency, and state sponsors of terrorism. As of January 4, 2021, I became the Director of Policy and Research at The Soufan Group, resigning my position at Carnegie Mellon University on January 1, 2021.

I am also an Associate Fellow at the International Centre for Counter-Terrorism (ICCT) – The Hague, a non-resident Senior Fellow in the Program on National Security at the Foreign Policy Research Institute (FPRI), an Associate Fellow at the Global Network on Extremism and Technology (GNET), and a member of the "Network of Experts" at the Global Initiative Against Transnational Organized Crime. In addition, I am a member of the research advisory council at the RESOLVE Network, a global network of researchers and policymakers led by the United States Institute of Peace that focuses on violent extremism, and a member of the advisory board at the International Counter-Terrorism Review (ICTR), a leading student publication on terrorism. Moreover, I serve on the editorial board of three of the leading scholarly journals in the field of terrorism studies: *Studies in Conflict and Terrorism*, *Terrorism and Political Violence*, and *Perspectives on Terrorism*.

I have also testified before Congress on numerous occasions as an expert witness on a range of terrorism-related issues, including:

- Testimony presented before the House Financial Services Committee, Subcommittee on Terrorism and Illicit Finance, "An Overview of Current Trends in Terrorism and Illicit Finance: Lessons from the Islamic State in Iraq and Syria and Other Emerging Threats," 9/18.
- Testimony presented before a joint hearing of the House Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade and Subcommittee on Europe, Eurasia, and Emerging Threats titled "Russia: Counterterrorism Partner or Fanning the Flames?" 11/17.
- Testimony presented before the House Homeland Security Committee Task Force on Denying Terrorists Entry into the United States, 7/17.

In addition to *Terrorism Inc.,* I have published several other books on terrorism, including:

- **Colin P. Clarke,** *After the Caliphate: The Islamic State and the Future of the Terrorist Diaspora,* Polity Press, 2019.
- **Colin P. Clarke, ed.,** *Terrorism: The Essential Reference Guide,* Santa Barbara: ABC-CLIO, Praeger Security International, 2018.

I am a frequent contributor to academic publications, newspapers, and policy reports. My full curriculum vitae is attached as Appendix A to this report, but here are a few selected publications related to Iran and Afghanistan:

- **Colin P. Clarke** and Ariane Tabatabai, "What Iran Wants in Afghanistan," *Foreign Affairs* (July 8, 2020.
- **Colin P. Clarke** and Phillip Smyth, "The Implications of Iran's Expanding Shi'a Foreign Fighter Network," *CTC Sentinel*, November 2017.
- **Colin P. Clarke**, "Drugs & Thugs: Funding Terrorism through Narcotics Trafficking," *Journal of Strategic Security* 9:3 (2016).

- RR-1273-OSD. 2015. Christopher Paul, **Colin P. Clarke**. *Counterinsurgency Scorecard Update: Afghanistan In Early 2015 Relative to Insurgencies Since World War II.*[2]
- **Colin P. Clarke,** 2014. "An Assessment of the Taliban Insurgency in Afghanistan," Italian Institute for International Political Studies (ISPI), Analysis No.258, June 2014.

I have also presented my research at a range of national and international security forums, including the U.S. Army War College, US Air Force Special Operations School, Society for Terrorism Research International Conference, the Global Counterterrorism Forum (GCTF) and the Counter ISIS Financing Group (CIFG), which is part of the Global Coalition to Defeat ISIS. Some relevant presentations include the following:

- "Iran's Proxies After Soleimani," presentation to the Defense Threat Reduction Agency, Reston, VA, 2/20
- "Implications of the Islamic Revolutionary Guard Corps (IRGC) Foreign Terrorist Organization (FTO) Designation," presentation to 1st Information Operations Battalion, Washington, D.C., 5/19
- "An Overview of U.S. Counterterrorism Efforts against the Global Jihadist Movement," keynote address presented to the Defense Intelligence Agency Defense Combating Terrorism Intelligence Conference (DCIC), Reston, VA, 4/19
- "Organized Crime and Terrorism Finance Networks," presentation to the course on Malicious Networks, part of the Australian National University's National Security College, 9/17

*Methodology*

I employ a comparative analysis method for understanding violent non-state actors. The comparative analysis method has been validated multiple times in written opinions by U.S. courts.[3] Over the years, including a decade at the RAND Corporation, I've employed various methodological tools to answer difficult research questions. For several studies sponsored by the Office of the Secretary of Defense (OSD), I employed qualitative comparative analysis (QCA), which is a method popularized by sociologist Charles Ragin. I have even published in peer-reviewed methodological journals, such as *Historical Methods,* a journal of quantitative and interdisciplinary history, where I co-authored an article titled "Between Large-N and Small-N Analyses: Historical Comparison of Thirty Case Studies." In short, I am comfortable applying social research methods, including mixed-methods or qualitative approaches, to a range of problem sets, including the issue under study in this case.

To apply my comparative analysis method, I rely mainly on primary-source information, including statements and social media postings by violent extremist groups and their supporters, and the intercepted internal documents of these organizations. I also rely on U.S. Government sources, such as press releases from the U.S. Department of the Treasury, which offer novel and highly credible insights. These are documents commonly relied upon by experts in the field. I cross-check all primary sources I read against other primary-source information, against information about events on the ground in relevant theaters, and against relevant secondary-source literature that allows me to determine whether my conclusions are consistent with those of other scholars and practitioners. My

---

[2] Citation system simply indicated "RAND Report," for RR, along with the numbering system used by the Office of the Secretary of Defense and the year.

[3] See, e.g., *United States v. Young*, 916 F.3d 368, 380 (4th Circ. 2019); *United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011); Order, *United States v. Hausa*, 12 Cr. 0134 (E.D.N.Y., February 10, 2017), p. 4.

knowledge of Afghanistan has also been complemented by time spent in the country, including several months based in Kabul in 2011, where I conducted field research and served as an analyst with the United States military. In-country experience, even if somewhat limited, can help a researcher get a better feel for the culture, context, and issues at play.

Though I generally rely on primary sources, secondary sources also serve useful purposes. First, secondary sources can provide important historical information, adding rich context to a topic. Second, some secondary sources do a strong job of synthesizing large amounts of information, including primary-source information. One secondary source that was of notable value in both of these ways as I produced the present expert report is Vahid Brown and Don Rassler's *Fountainhead of Jihad: The Haqqani Nexus*, published by Oxford University Press in 2013, which both provided important historical detail about the Haqqani Network and also assessed and synthesized information from a rich array of primary sources that were written in several different languages.[4] Antonio Giustozzi's book, *The Taliban at War: 2001-2018*, also drew on extensive interviews with Taliban leaders across Afghanistan. While Giustozzi correctly acknowledges that information gleaned through interviews with Taliban figures merits a degree of skepticism, these interviews offer substantially more detail than other sources on the inner workings of the Taliban. As a result, I tried to independently verify Giustozzi's information where possible, and I have noted a few areas where I disagree with his characterization of events. A third important purpose is that some secondary sources contain the intrepid work of journalists who doggedly pursue leads and uncover new, original information. All secondary sources deserve scrutiny, but for this report, I was able to cross-check all the secondary sources I utilized against primary sources, other secondary sources, and on-the-ground events before deciding to rely on any single secondary source, in addition to assessing the reputation and reliability of the author.

Based on my knowledge, experience, training, and education, and based on a comprehensive review of relevant primary and secondary source materials, I now turn to my expert opinion on the issues outlined above. Section III details the evolution of the Taliban while Section IV overviews the history of the Taliban's notorious Haqqani Network. Section V details the broader structure of the Taliban and the rationale for that structure. Section VI turns to the Taliban's tactics, techniques, and procedures, as well as their claims of responsibility for attacks. Section VII examines the Taliban's areas of operations in Afghanistan. Section VIII describes Iran's substantial support for the Taliban through drug trafficking. Finally, Section IX concludes this expert report.

In preparing this expert report, I have reviewed the Second Amended Complaint ("Complaint") in this case; statements by terrorists themselves; official U.S. government designations, reports, and findings; and an array of other primary and secondary sources. A full list of materials I considered in forming my opinions is attached as Appendix B.

I am compensated at an hourly rate of $200 for the time I spend working on this case. My compensation does not depend on the outcome of this case. Staff members at the private firm Valens Global have assisted me in preparing this report, and they are being compensated at hourly rates ranging from $85 to $135. Their compensation does not affect mine.

---

[4] Vahid Brown & Don Rassler, *Fountainhead of Jihad: The Haqqani Nexus, 1973-2012* (New York: Oxford University Press, 2013).

## III.  Background on the Taliban in the Afghan Conflict[5]

The Taliban, which translates to *students* in Pashto, is a Sunni terrorist group that operates primarily in Afghanistan and Pakistan. The group has been the primary insurgent faction fighting against the United States in Afghanistan since the first American troops arrived in 2001. During that time, the Taliban has frequently launched attacks against U.S. and allied forces.

Three main ideas undergird the Taliban's ideology. First, the group embraces Deobandism, a revivalist, Sunni Islamic school of thought that initially emerged in India. During the Afghan-Soviet War that raged from 1979-89, hardline mosques and madrassas in Afghanistan and Pakistan lionized fighting against the Soviets and emphasized the need for an Islamic state devoid of Western influence.[6] Those teachings yielded the two other pillars of the Taliban's ideology: opposition to Western influence, and a willingness to use violence to realize its religious, political, and ideological vision. Much of the Taliban's leadership, including its founder Mullah Omar, studied at the aforementioned madrassas.[7] When the Taliban was initially formed, it drew on this militant brand of Deobandi teachings, calling for the elimination of Western influence in Afghanistan and the creation of a state based on a strict interpretation of Islamic law (*sharia*).

*The Afghan-Soviet War and the Fall of Mohammad Najibullah.* The Taliban emerged following the Afghan-Soviet War and the civil war that gripped Afghanistan after the fall of the country's communist regime. The Afghan-Soviet War began when the Soviet Union invaded Afghanistan in December 1979. The Soviet invasion was prompted by multiple factors, including an Islamist insurgency that threatened the country's pro-Soviet regime, concern that the United States might deepen its role in Afghanistan after Iran's Islamic revolution had undermined U.S. regional interests, and infighting among Afghanistan's communists that culminated in bloody internecine clashes and the assassination of the Afghan president, Nur Mohammed Taraki.[8] Although the Soviet general staff opposed the invasion, Leonid Brezhnev, the general secretary of the Communist Party, insisted that military operations in Afghanistan would end successfully in three to four weeks.[9]

The war, to put it mildly, did not turn out as Brezhnev predicted. Afghanistan became the Soviets' equivalent of what the United States experienced in Vietnam—a quagmire. The Soviets withdrew following nine years of costly occupation, during which they experienced stiff resistance from Afghan

---

[5] The research team for this report also worked on an expert report prepared by Daveed Gartenstein-Ross, Ph.D. as part of the *Selig v. Islamic Republic of Iran* case. The research team and I assessed that the background information on the Taliban has not changed since the submission of Dr. Gartenstein-Ross's report in the Selig case. I determined that drawing on his work would be the most efficient way to encapsulate relevant background information on the Taliban. As a result, some sections of my report heavily draw on some of the sections from Dr. Gartenstein-Ross's testimony. I have independently reviewed each assertion in this testimony and fully support each assertion.

[6] Celia Dugger, "Indian Town's Seed Grew into the Taliban's Code," *The New York Times*, February 23, 2002.

[7] Luv Puri, "The Past and Future of Deobandi Islam," *CTC Sentinel* 2:11 (November 2009).

[8] For discussion of what is known about Soviet thinking on the invasion, see Gregory Feifer, *The Great Gamble: The Soviet War in Afghanistan* (New York: Harper Perennial, 2009), pp. 9–54.

[9] Seth G. Jones, *In the Graveyard of Empires: America's War in Afghanistan* (New York: W. W. Norton, 2010), p. 18.

mujahedin backed by the United States, Saudi Arabia, and Pakistan. A contingent of Arab fighters, including al-Qaeda founder Osama bin Laden, participated in the insurgency.

Bin Laden traveled to Pakistan in the early 1980s, soon after the Afghan-Soviet War began. The Brookings Institution's Bruce Riedel, a former CIA analyst, notes that in Pakistan, bin Laden became "a major



*Osama bin Laden.*

financier of the mujahedin, providing cash to the relatives of wounded or martyred fighters, building hospitals, and helping the millions of Afghan refugees fleeing to the border region of Pakistan."[10] Bin Laden and Abdullah Azzam founded an organization known as the Services Bureau (*maktab al-khidmat, or MAK*), which was dedicated to integrating Arabs into the anti-Soviet struggle by placing them with relief organizations or alongside Afghan factions on the battlefield.[11] Bin Laden's wealth and financial generosity earned him many friends, and many people wanted to curry the rich young Saudi's favor. Those included Jalaluddin Haqqani, the founder and longtime leader of the Haqqani Network, an Islamist terrorist group that joined forces with the Taliban and features prominently in subsequent sections of this report.



*Mohammad Najibullah.*

The Afghan Arabs, ultimately, were arguably insignificant to the military defeat that the Soviets experienced in Afghanistan. But that factor makes the Soviet defeat no less real, and the final Soviet forces left the country in 1989.

Though most outside observers expected the regime of Afghan communist president Mohammad Najibullah to collapse immediately after the Soviets withdrew, it in fact appeared surprisingly strong for about three years. The Soviets "continued large-scale military assistance" after leaving Afghanistan, and "the combat effectiveness of Kabul's security forces increased after the Soviet withdrawal, when the fight for survival became wholly their own."[12]

---

[10] Bruce Riedel, *The Search for al Qaeda: Its Leadership, Ideology, and Future* (Washington, DC: Brookings Institution Press, 2008), p. 42.
[11] For more on the origins of the MAK, see Thomas Hegghammer, *The Caravan: Abdallah Azzam and the Rise of the Global Jihad,* (Cambridge: Cambridge University Press, 2020).
[12] Thom Shanker, "With U.S. Set to Leave Afghanistan, Echoes of 1989," *New York Times*, January 1, 2013.

Nevertheless, Najibullah's strategy depended on continuing Russian support. When the Soviet Union dissolved in December 1991, that support dried up, and Najibullah's regime collapsed quickly. As competing factions— including those of Ahmad Shah Masud, Gulbuddin Hekmatyar, and Abdul Haq—descended on Kabul, Najibullah's generals and even defense minister conspired with his enemies. After losing power, Najibullah fled to and remained holed up in the U.N. compound for years, looking for safe passage out of the country before finally being lured out and killed in gruesome fashion.



The mujahedin captured the capital of Kabul as Najibullah's government collapsed. Various warlords and former mujahedin vied for power in the capital and other strategic areas.

*The Taliban's Rise and Fall from Power.* It was in the context of this anarchic struggle for power that the Taliban became a potent fighting force. There are a number of different stories about how the group formed in 1994, but the respected journalist Ahmed Rashid finds one account to be most credible. In this

*One of the few known photographs of Mullah Omar, taken in the early 1990s.*

recounting, two neighbors approached the Taliban's founder Mullah Mohammed Omar to inform him that a warlord "had abducted two teenage girls, their heads had been shaved and they had been taken to a military camp and repeatedly raped."[13] Omar mobilized thirty *talibs*. They "attacked the base, freeing the girls and hanging the commander from the barrel of a tank."[14]

Mullah Omar had been born into a Pashtun tribe in 1959. As a young man, "he moved to Singesar village in the Mewand district of Kandahar province, where he became the village mullah, or local cleric, and opened a small *madrassa*."[15] His studies were interrupted by the Soviet invasion. He participated in the fighting and was wounded four times. The most notable injury was to Mullah Omar's right eye, which was blinded permanently.

Following Mullah Omar's 1994 founding of the Taliban, the group proved to be effective fighters. They offered an alternative to Afghanistan's lawlessness by ruthlessly imposing order in areas they controlled. The group's advance was rapid, and within two years of the Taliban's founding, it had captured both the city of Kandahar and much of Kandahar province, as well as the capital city of Kabul. But the Taliban did not make these gains on its own. Prior to seizing Kabul, the group managed to enlist the Haqqani Network's military expertise, which proved critical, as "it is likely that the Taliban's capture of Kabul would not have been possible without securing an alliance with [Jalaluddin Haqqani, who is] the man with the most military influence in Afghanistan's southeast."[16] When the Taliban formed a government, it recompensed Jalaluddin Haqqani for his military assistance by

---

[13] Ahmed Rashid, *Taliban: Militant Islam, Oil and Fundamentalism in Central Asia* (New Haven, CT: Yale University Press, 2000), p. 25.

[14] Ibid.

[15] Ibid., p. 24.

[16] Brown & Rassler, *Fountainhead of Jihad,* Kindle ed., loc. 2715; see also National Counterterrorism Center, "Counterterrorism Guide: Haqqani Network" (n.d., accessed July 29, 2020), https://www.dni.gov/nctc/groups/haqqani_network.html (describing how the Taliban won Jalaluddin Haqqani's support).

naming him the minister of borders and tribal affairs. This demonstrates the history and strong bonds of this relationship, which makes it little surprise that the Haqqani Network and the Taliban continue to work so closely together to the present day.

The Taliban referred to the so-called government it established as the "Islamic Emirate of Afghanistan." One way the group imposed order in the areas it had conquered was by implementing its strict brand of sharia. The Taliban's religious police enforced provisions that, for example, required women to wear head-to-toe burqas and made men grow beards that were deemed sufficiently long. Peter Bergen has humorously referred to the Taliban's voluminous restrictions as a "Tali-bans," explaining:

Soccer, kite-flying, music, television, and the presence of females in schools and offices were all banned. Some of the decrees had a Monty Python-esque quality, like the rule banning the use of paper bags on the remote chance the paper might include recycled pages of the Koran. Behavior the Taliban deemed deviant was met with inventive punishments. Taliban religious scholars labored over the vital question of how to deal with homosexuals: "Some say we should take these sinners to a high roof and throw them down, while others say we should dig a big hole beside a wall, bury them, then push the wall on top of them."[17]

As the Taliban was gaining power in Afghanistan, al-Qaeda was expelled from Sudan in 1996. International pressure compelled the Sudanese government to stop providing al-Qaeda with safe haven due to the group's terrorist activities. But following al-Qaeda's flight from Sudan, bin Laden and his organization didn't remain in a weak position for long. The Taliban invited al-Qaeda to relocate from Sudan to Afghanistan, where al-Qaeda rebuilt its finances and significantly expanded its network. Though its new base was in one of the most remote places in the world, al-Qaeda became an appealing organization for aspiring militants thanks to its well-developed infrastructure for training operatives and planning attacks. Al-Qaeda was not the only transnational militant group in Taliban-run Afghanistan, but it had the most to offer foreign jihadists. From this new Afghan safe haven, bin Laden issued two declarations of war against America, in 1996 and 1998.[18] His overarching grievance was America's military presence in Saudi Arabia (where the U.S. remained as a defensive measure, after pushing Saddam Hussein's Iraqi military from Kuwait in the first Gulf War), but he also cited American support for Israel and U.S.-led sanctions against Iraq as justifications for his fight.[19]

Al-Qaeda helped provide the Taliban with crucial funds during the 1990s, and bolstered the Taliban's fighting ranks. In return, al-Qaeda enjoyed a safe haven in Afghanistan. For example, after al-Qaeda executed the 1998 bombings of U.S. embassies in Kenya and Tanzania and the 2000 bombing of the U.S.S. *Cole*, the Taliban refused to hand bin Laden over to U.S. authorities. A July 2001 report from the U.S. State Department indicated that U.S. diplomats and officials had pressed the Taliban to extradite, expel, or render bin Laden on thirty different occasions.[20] The Taliban refused every time.

---

[17] Peter Bergen, *Holy War, Inc.: Inside the Secret World of Osama bin Laden* (New York: The Free Press, 2001), p. 9.

[18] Osama bin Laden, "Declaration of Jihad against the Americans Occupying the Land of the Two Holiest Sites," 1996, https://ctc.usma.edu/harmony-program/declaration-of-jihad-against-the-americans-occupying-the-land-of-the-two-holiest-sites-original-language-2/; Osama bin Laden, Ayman al-Zawahiri, Ahmad Taha, Mir Hamzah, and Fazlur Rahman, "Jihad against Jews and Crusaders," 1998, https://fas.org/irp/world/para/docs/980223-fatwa.htm.

[19] Osama bin Laden, "Declaration of Jihad Against the Americans Occupying the Land of the Two Holy Mosques [Arabic]," September 2, 1996.

[20] U.S. Department of State, "U.S. Engagement with the Taliban on Usama bin Laden," June 2001, https://nsarchive2.gwu.edu/NSAEBB/NSAEBB343/osama_bin_laden_file11.pdf.

Even after al-Qaeda executed the devastating September 11, 2001 attacks, the Taliban still refused to give up bin Laden. The United States thus invaded Afghanistan to apprehend bin Laden and topple the group providing safe haven to al-Qaeda: the Taliban.

The United States began a bombing campaign against the Taliban and al-Qaeda on October 7, 2001. When it inserted troops later that month, America did not enter Afghanistan with a heavy footprint. Rather, the United States attacked with a light force, consisting of about 300 Special Forces soldiers and 110 CIA officers who established a liaison with tens of thousands of fighters from the Northern Alliance, a group based in northern Afghanistan that opposed the Taliban.[21] The Taliban had no response to American airpower, which proved devastating to its ranks. The combination of U.S. airpower and the light counterattack toppled the Taliban from power within weeks.

*Early Years of the Taliban Insurgency: 2002-2008*. After the United States drove the Taliban out of the key cities of Kabul and Kandahar and inflicted substantial damage on the organization, many of the Taliban's leaders crossed the border into Pakistan. News reports of Iran arresting suspected Taliban members in February 2002 suggest that some may have continued on to Iran.[22] Although Iran allegedly placed these members under arrest, in reality it gave them significant freedom to regenerate the insurgency from Afghanistan – a tactic Iran has used with Taliban and al-Qaeda leaders frequently over the years. A few, small fronts (*mahaz*) of Taliban fighters remained in Afghanistan.[23] However, most Taliban leaders, reeling from their recent defeat and initially fearing arrest by Pakistani authorities, did not begin to reorganize until mid-2002.[24] At that time, some Taliban leaders began to convene and plot their next move. Some leaders began to coordinate operations in the Taliban's historical homeland of Greater Kandahar, including Helmand, Kandahar, Zabul, and Uruzgan Provinces.[25] Once again, the Haqqani Network would prove valuable to the Taliban. In North Waziristan, near the Afghanistan-Pakistan border, Jalaluddin Haqqani and his allies set up the Miranshah Shura, named for a Pakistani city and Haqqani stronghold near the border with Afghanistan.[26] Outside of these councils, the Taliban insurgency lacked a central organizing body at this time.

By 2003, the Taliban's leadership began to reorganize and formally launch an anti-American insurgency in Afghanistan. On March 14, 2003, senior Taliban leaders announced the formation of a leadership council to oversee the Taliban's insurgency referred to as the Rahbari Shura.[27] Based in Quetta, many analysts refer to the Rahbari Shura as the Quetta Shura. The Rahbari Shura included several prominent military commanders and former ministers from the Taliban's ousted government, such as the Taliban's former Deputy Minister of Defense, Mullah Baradar; the former Minister of Civil Aviation, Mullah Mansour; and Mullah Dadullah, a top Taliban military commander.[28] Mullah

---

[21] Bergen, *The Longest War*, Kindle ed., loc. 1237.
[22] "Report: Iran Arrests al Qaeda, Taliban Suspects," *CNN*, February 14, 2002.
[23] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 408.
[24] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 380-389.
[25] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 573.
[26] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 599, 611.
[27] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 689.
[28] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 689.

Omar, who remained the official Taliban leader, endorsed the shura's formation, lending legitimacy to the council as the Taliban's supreme organizing body.[29]

The Rahbari Shura quickly worked to entrench its control over the incipient Taliban insurgency. The Rahbari Shura began appointing provincial and district governors to oversee activities in the Taliban's areas of operations.[30] Soon after the formation of the Rahbari Shura, the Miranshah Shura recognized the Rahbari Shura as the Taliban's top leadership council.[31] In exchange for funding and two seats on the Rahbari Shura, the Miranshah Shura reportedly agreed to ask the Rahbari Shura's permission to launch major operations, recognize the authority of Rahbari Shura-appointed governors in Miranshah Shura territory, and help collect funds for the Rahbari Shura.[32] This agreement demonstrated the Haqqanis' acceptance of the Rahbari Shura's role as the insurgency's supreme governing body, and set the tone for the nature of the relationship that continues to this day. While the Rahbari Shura cemented its role as the high command of the insurgency, the Shura did not micromanage the operations of commanders around Afghanistan for reasons detailed later in this section. This arrangement broadly aligned with the Taliban leadership's decision to empower its commanders as they conduct their local operations.[33]

The rise of the Rahbari Shura coincided with substantial Taliban advances. In 2003, the Rahbari Shura's forces mainly operated in the former Taliban strongholds of Kandahar Province and Helmand Province and the Haqqani strongholds of Paktia Province and Khost Province.[34] By the end of 2004, Taliban forces gained substantial ground in Paktika Province, Logar Province, Zabul Province, Uruzgan Province, and Ghazni Province.[35]



The Taliban's Growing Area of Operations from 2002 to 2006
(Source: A. Giustozzi, *Koran, Kalashnikov, and Laptop*)

2004 also marked the start of the Taliban's efforts to attack targets in Kabul. That year, the Haqqani Network and elements of the Taliban established the Kabul Attack Network (KAN) to carry out attacks on NATO and Afghan government targets in Kabul.[36] The KAN included elements from the Haqqani Network, other Taliban units, and the Islamist group Hezb-e-Islami Gulbuddin (HIG), led by Gulbuddin Hekmatyar,

---

[29] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 702.

[30] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 702.

[31] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 757.

[32] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 757.

[33] Mujib Mashal, "How the Taliban Outlasted a Superpower: Tenacity and Carnage," *The New York Times*, May 26, 2020.

[34] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 673, 720.

[35] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 673, 720.

[36] *Insurgency in Afghanistan's Heartland* (Brussels: International Crisis Group, June 27, 2011), p. 20.

which broke off from Hezb-e-Islami and eventually allied with the Taliban in some contexts.[37] Although HIG remained a separate entity from the Taliban and the leaders of both groups were not close, the Taliban and HIG shared some ideological and tactical goals, including striking Western and Afghan government targets in Kabul.[38] Al-Qaeda, Pakistani jihadist groups like Lashkar-e-Taiba (LeT), and elements of Pakistani intelligence were also members of the KAN.[39] Within the KAN, the Haqqani Network would plan, organize, and execute most attacks, while al-Qaeda, other Taliban elements, and HIG provided additional manpower and some logistical support.[40] While the Haqqani Network played the lead role in major attacks, the broader Taliban typically claimed responsibility.[41]

The Kabul Attack Network functioned as a manifestation of a broader **terrorist syndicate** operating in Afghanistan.  A terrorist syndicate is a group of terrorists or terrorist organizations combined to promote a common interest. In this case, different jihadist groups came together to attack Western and Afghan government targets, with a particular focus on targets in Kabul. Secretary of State Hillary Clinton, Secretary of Defense Robert Gates, and other high-level government officials, in fact, used the term syndicate to describe the Taliban's relationship with other violent Islamist groups throughout Afghanistan, including in Kabul.[42]

The formation of the Kabul Attack Network coincided with the Taliban's expansion outside of its traditional strongholds in the greater Kandahar region and the Haqqani's homeland in eastern Afghanistan. The Taliban insurgency began to solidify into the north. In 2005, Taliban elements and former HIG fighters formed the Taliban's Peshawar Shura to organize the Taliban's operations in northern Afghanistan and the greater Kabul region.[43]  Over the next several years, the Taliban built a formidable insurgency in these areas.

By 2007, the Taliban managed to coopt most anti-government forces in Herat Province, near Afghanistan's western border with Iran, and used its foothold there to expand into other western provinces.[44] Iran had already begun supplying the Taliban, and the Islamic Revolutionary Guard Corps (IRGC), according to Antonio Giustozzi, likely played a role in the Taliban's westward expansion by forging agreements between local fighters and the Rahbari Shura and financing the Taliban's fighters in western Afghanistan.[45] Iran's support was a boon for the Taliban that helped fuel the Taliban's

---

[37] Jeffrey Dressler, *The Haqqani Network* (Washington, D.C.: Institute for the Study of War, 2010), p. 31; National Counterterrorism Center, "Counterterrorism Guide: Hezb-e-Islami Gulbuddin" (n.d.; accessed July 29, 2020), https://www.dni.gov/nctc/groups/hezb_e_islami.html.

[38] Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in ed. Antonio Giustozzi, *Decoding the New Taliban,* (New York: Columbia University Press, 2009), p. 53; Dressler, *The Haqqani Network*, pp. 31, 33-34.

[39] Jeffrey Dressler, *The Haqqani Network* (Washington, D.C.: Institute for the Study of War, 2010), p. 31; Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), pp. 574-579.

[40] Dressler, *The Haqqani Network*, pp. 31, 33-34.

[41] Don Rassler & Vahid Brown, *The Haqqani Nexus and the Evolution of al-Qa'ida* (West Point, N.Y.: Combating Terrorism Center at West Point, July 14, 2011), p. 13.

[42] Hillary Clinton, Interview on Meet the Press, NBC News, July 26, 2009; "Gates casts Qaeda as terror syndicate," *The Washington Post,* January 21, 2020, http://archive.boston.com/news/world/asia/articles/2010/01/21/gates_casts_qaeda_as_terror_syndicate/?rss_id=Boston.com+%252F+Boston+Globe+--+World+News.

[43] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1076.

[44] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1001.

[45] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1001.

increasingly sophisticated and lethal insurgency.[46] Though recent media reporting has taken a renewed interest in Iran's support for the Taliban, as this section of the report details, the relationship is not new—indeed, there is a long and complicated history of Iranian support for the Taliban.

As the Taliban gained ground, it worked to establish a shadow "government" with courts, tax collectors, and other common features of a proto-state. However, as the Taliban's insurgency increasingly grew bureaucratized — as many insurgencies inevitably do, frequently to become more efficient — some elements of the insurgency pushed for additional power. For example, as Jalaluddin Haqqani handed over day-to-day management of the Haqqani Network and Miranshah Shura to his son Sirajuddin Haqqani, the younger Haqqani pushed for increased funding and Haqqani representation on the Rahbari Shura.[47] The Haqqanis, including Siraj, have played a significant role in the insurgency from its earliest years. The Peshawar Shura, likewise, pushed for greater control of its affairs and operations in its territory. These internal feuds for power and money, however, did little to blunt the Taliban's momentum.

*The Insurgency Intensifies: 2009-2014.* By 2009, the Taliban had firmly established its control over much of southern and eastern Afghanistan, and the Haqqani Network had executed many highly lethal attacks in the Afghan capital, principally targeting Westerners and the Afghan government through the Kabul Attack Network.[48] The Taliban had emerged from the ashes of its quick defeat in 2001 to not only contest the Afghan government's control of much of the country but also serve as the *de facto* governing body in many Afghan districts.

Those gains would quickly be put to the test. In the early years of the Obama Administration, the U.S. footprint in Afghanistan roughly tripled with the number of U.S. troops in the country topping 100,000.[49] With this troop surge, the U.S. began contesting the Taliban's control of territory throughout the country, leading to increasingly intense fighting between the U.S. and the Taliban. U.S. forces erased some Taliban gains in Helmand, Kandahar, and a few other provinces, but the surge of troops failed to alter the dynamics of the conflict fundamentally. [50] As the United States drew down the number of its troops in Afghanistan following this unsuccessful surge, the Taliban filled the resulting security vacuum.

The Taliban's resilience in the face of this surge was particularly remarkable given the turnover at the organization's upper echelons during this period. As Mullah Omar aged, Mullah Abdul Qayyum Zakir, the head of the Taliban's military commission, and Mullah Aktour Mansour, Mullah Omar's deputy, began jockeying to replace Mullah Omar.[51] Ultimately, Mansour outmaneuvered and demoted Zakir,

---

[46] U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), p. 63, https://www.dia.mil/Portals/27/Documents/News/Military%20Power%20Publications/Iran_Military_Power_LR.pdf.

[47] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1704.

[48] Gilles Dorronsoro, *The Taliban's Winning Strategy in Afghanistan*, (Washington, D.C.: The Carnegie Endowment for International Peace, 2009), p. 7; Jeffrey Dressler, *The Haqqani Network*, p. 2.

[49] Michael O'Hanlon, "Rightsizing the Afghanistan mission," *The Brookings Institution,* August 13, 2020, https://www.brookings.edu/blog/order-from-chaos/2020/08/13/rightsizing-the-afghanistan-mission/.

[50] Rod Nordland, "Troop 'Surge' in Afghanistan Ends With Mixed Results," *The New York Times,* September 21, 2012, https://www.nytimes.com/2012/09/22/world/asia/us-troop-surge-in-afghanistan-ends.html.

[51] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2750.

paving the way for Mansour to succeed Mullah Omar.[52] When Mullah Omar died in 2013, Mullah Mansour became the organization's *de facto* leader. In 2015, the Taliban announced the death of Mullah Omar, and officially named Mullah Akhtar Mansour as his replacement.[53] Mullah Mansour would later be killed in Pakistan in a U.S. drone strike in 2016 while returning from a trip to Iran.[54] Despite such turnover, the group continued to operate unabated.

*Sirajuddin as Military Chief and Peace Talks: 2015-present.* When Mullah Mansour officially became the leader of the Taliban, Sirajuddin Haqqani, the leader of the Haqqani Network, became the Taliban's *de facto* military chief and one of Mansour's two deputies, along with religious scholar Haibatullah Akhundzada. In addition to Haqqani's new role in the Taliban's broader hierarchy, he installed his brother, Khalil Haqqani, as the leader of the Peshawar Shura, cementing his control over Taliban operations in most of the country.[55]

As in most organizations, this leadership transition resulted in internal jockeying for power and some friction within the Taliban. The rise of Mullah Mansour and Sirajuddin Haqqani did not sit well with all Taliban leaders. For example, Mullah Rasool, a Taliban shadow governor, rejected the selection of Mullah Mansour as the Taliban's new leader.[56] But Rasool's faction failed to gain area of operations dominance in any region of Afghanistan.[57]

With Haqqani overseeing the Taliban's military operations, the Taliban continued to gain ground throughout Afghanistan. As of early 2018, the Taliban was "openly active in 70% of Afghanistan."[58] The Taliban, typically through Haqqani fighters, continued to carry out large-scale attacks in Kabul, demonstrating the tenacity and capabilities of the Haqqani Network.[59] For example, the Taliban claimed responsibility for a January 2018 attack on the Intercontinental Hotel in Kabul, which featured multiple attackers and apparently benefitted from support from hotel employees, that killed more than 20 individuals, including four Americans.[60]

---

[52] John Foulkes, "Iran's Taliban Connection: Mullah Abdul Qayyum Zakir," *Militant Leadership Monitor* 11:6 (July 2, 2020), https://jamestown.org/brief/irans-taliban-connection-mullah-abdul-qayyum-zakir/.

[53] Leading Council of the Islamic Emirate of Afghanistan, press release, "Declaration of the Leading Council of the Islamic Emirate regarding the appointment of new Amir (leader) of the Islamic Emirate," July 31, 2015, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-appoints-new-leader-selects-haqqani-network-official-as-a-deputy.html (Ex. A).

[54] "Taliban Leader Mullah Akhtar Mansour Killed, Afghans Confirm," *BBC*, May 22, 2016.

[55] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 8, https://landinfo.no/asset/3589/1/3589_1.pdf.

[56] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 21, https://landinfo.no/asset/3589/1/3589_1.pdf; Max Taylor, "Mullah Rasool and the Taliban Splinter Faction," *Intelligence Fusion*, April 5, 2019, https://www.intelligencefusion.co.uk/blog/mullah-rasool-and-the-taliban-splinter-faction.

[57] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 7, https://landinfo.no/asset/3589/1/3589_1.pdf; Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4770.

[58] Shoaib Sharifi & Louise Adamou, "Taliban Threaten 70% of Afghanistan, BBC Finds," *BBC*, January 31, 2018.

[59] Kate Clark, *The Park Palace Attack: More Losses for Afghanistan*, (Kabul, Afghanistan: Afghanistan Analysts Network, May 14, 2015), https://www.afghanistan-analysts.org/en/reports/war-and-peace/the-park-palace-attack-more-losses-for-afghanistan/.

[60] Josh Lederman, "U.S. Says 4 Americans Killed, 2 Wounded in Taliban Attack on Afghanistan Hotel," *PBS News Hour*, January 24, 2018.

As the Taliban continued to make inroads against U.S. forces, it simultaneously intensified negotiations with the U.S. government over a U.S. withdrawal from Afghanistan in exchange for security assurances from the Taliban. There was nothing incongruent to the Taliban about adhering to a strategy of "fight and talk." In February 2020, the United States signed a peace deal with the Taliban designed to end the decades-long American involvement in the country, although negotiations between the Taliban and the former Afghan government progressed slowly and were characterized by setbacks. Following the U.S. withdrawal in August 2021, the Taliban quickly overthrew the Afghan government and conquered the country.

*The Taliban's relationship with al-Qaeda post-9/11.* Despite the Taliban's vague assurances to the U.S. that it will not coordinate with al-Qaeda as part of the February 2020 peace agreement the group signed with U.S. officials, al-Qaeda and the Taliban have remained close from the 1990s until today.

After the American intervention, al-Qaeda's core leadership worked with the Taliban "in setting strategy and orchestrating attacks."[61] Al-Qaeda has also provided resources and training for the Taliban's fighters.[62] This included instruction in how to create improvised explosive devices and other specialized training, as well as the provision of personnel to conduct special operations and terrorist attacks.[63] The deaths of Osama bin Laden and Mullah Omar did little to change the nature of the relationship between the organizations.

Al-Qaeda restated its loyalty to the late Omar in July 2014, with the organization stating that all of its men were the Taliban's "soldiers."[64] After the Taliban's Quetta Shura named Mullah Akhtar Mohammad Mansour as Omar's successor, al-Qaeda's propagandists released an audio message from Zawahiri in which he swore fealty to the new Taliban leader. "I, as the Emir of [al-Qaeda], present to you our pledge of allegiance, renewing the method of Sheikh Osama and his brothers the pure martyrs, in their pledge to the emir of the believers Mullah Muhammad Omar Mujahid, may Allah have mercy on them, in pledging allegiance to you on the Book of Allah and the Sunnah of His Messenger," Zawahiri said.[65] Zawahiri's pledge was more than empty rhetoric. A May 2020 report by the United Nations concluded that the Taliban retains close ties with al-Qaeda in Afghanistan.[66] Of all the elements of the Taliban, the Haqqani Network maintained arguably the closest relationship with al-Qaeda, with Siraj Haqqani recognized as particularly closely linked to al-Qaeda leadership.[67]

---

[61] Marvin Weinbaum and Lauren McNally, A Resilient Al-Qaeda in Afghanistan and Pakistan (Washington, D.C.: Middle East Institute, August 2016), https://www.mei.edu/sites/default/files/publications/PF18_Weinbaum_AQinAFPAK_web_1.pdf.

[62] Lindsay Maizland and Zachary Laub, "The Taliban in Afghanistan," *The Council on Foreign Relations,* March 11, 2020, https://www.cfr.org/backgrounder/taliban-afghanistan.

[63] Tricia Bacon, "Deadly Cooperation: The Shifting Ties Between al-Qaeda and the Taliban," *War on the Rocks,* September 11, 2018.

[64] Thomas Joscelyn, "Al-Qaeda Renews Its Oath of Allegiance to Taliban Leader Mullah Omar," *Long War Journal*, July 21, 2014.

[65] Thomas Joscelyn, "Ayman al Zawahiri Pledges Allegiance to the Taliban's New Emir," *Long War Journal*, August 13, 2015.

[66] United Nations Analytical Support and Sanctions Monitoring Team, *Eleventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2501 (2019) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2019), p. 3.

[67] United Nations Security Council, Twelfth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2557 (2020) concerning the Taliban and other associated individuals and entities constituting a

## IV.     Background on the Taliban's Haqqani Network in the Afghan Conflict

Although the term *Haqqani Network* was never used in Western conversation until 2006, when it first appeared in a diplomatic cable, the term is now commonly used for a militant outfit whose origins date to the mid-1970s.[68] While initially emerging separately from the Taliban, the Haqqani Network has remained an integral part of the Taliban since Jalaluddin Haqqani allied with Mullah Omar in the Afghan Civil War in the mid-1990s, to the point that the Department of Defense often refers to it as the Haqqani Taliban Network.[69] To illustrate that point, this section overviews the history of the Haqqani Network and its relationship with the rest of the Taliban.

The Haqqani Network's founder is Jalaluddin Haqqani, who "was born in 1939 in the tiny village of Karezgay in the Wazi Zadran district of Paktia Province."[70] The Haqqani Network is named after the Dar al-Ulum Haqqaniyya madrassa in Pakistan's North-West Frontier Province, a Deobandi seminary from which Jalaluddin Haqqani graduated "with the equivalent of a doctoral degree" in 1970.[71] After spending a short time in Pakistan teaching at the Haqqaniyya madrassa and campaigning on behalf of an Islamist candidate for Pakistan's National Assembly, Jalaluddin returned to Afghanistan, where he established a madrassa. Though under normal circumstances, "Jalaluddin might have gone on to a successful and nonviolent career in Pak-Afghan Islamist politics,"[72] in the turbulent 1970s-era South Asia, this was not to be. Armed conflict, primarily between the Soviet-backed Afghan communist movement and Islamists, changed the trajectory of Jalaluddin's nascent career.

Jalaluddin Haqqani led an unsuccessful uprising against the pro-Soviet regime of Sardar Mohammed Daoud Khan in Paktika Province's town of Urgun, which resulted in "most of its leaders either fleeing to Pakistan or in jail."[73] Undeterred by this early failure, Jalaluddin joined the executive committee of the Hizb-i Islami Afghanistan party, which was designed to merge "all of the factions of anti-Daoud Sunni Islamist activism into one organization."[74] When Hizb-i Islami split into two factions—one led by Muhammad Khalis and another by Gulbuddin Hekmatyar—the Haqqani Network joined the Khalis-led faction.[75] As a part of that group, the Haqqani Network fought the Soviets in the Afghan-Soviet War.

During the course of the Afghan-Soviet War, the Haqqani Network benefited enormously from the boom in hardline madrassas designed to foster opposition to the Soviet presence. Policies implemented during this period, including Pakistani President Muhammad Zia-ul-Haq's Zakat

threat to the peace stability and security of Afghanistan, ¶ 27 n.11 (June 1, 2021), https://www.undocs.org/en/S/2021/486.

[68] For discussion of the first uses of the term *the Haqqani Network*, see Brown & Rassler, *Fountainhead of Jihad* Kindle ed., locs. 99-111.

[69] Department of Defense, Report on Progress Toward Security and Stability in Afghanistan, Report to Congress In accordance with section 1230 of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110-181) as amended, and section 1221 of the National Defense Authorizations Act for Fiscal Year 2012 (Public Law 112-81) (December 2012),

[70] Brown & Rassler, *Fountainhead of Jihad*, Kindle ed., loc. 515.

[71] Ibid., loc. 688.

[72] Ibid., loc. 764.

[73] Ibid., loc. 880; see also Dressler, *The Haqqani Network*, p. 9.

[74] Brown & Rassler, *Fountainhead of Jihad*, Kindle ed., loc. 886.

[75] Dressler, *The Haqqani Network*, p. 7.

Ordinance, "helped the Haqqanis broaden their social base as the most prominent religious leaders and providers of religious education in their region, allowing them to build an extensive local infrastructure for mobilization, recruitment, and training."[76] Overall, the Haqqani Network became an ever more potent force during the course of this conflict, and remained so in Afghanistan's post-communist civil war.

As previously noted, the Haqqani Network's contributions to al-Qaeda and the transnational jihadist movement during this period is underappreciated by much of the relevant scholarship. Vahid Brown and Don Rassler's *Fountainhead of Jihad* provides an important corrective through an intensive examination of relevant sources, including primary sources that other scholars have largely left unmined. From the Afghan-Soviet War period through the 9/11 attacks, here are some of the Haqqani Network's most important contributions to al-Qaeda and transnational jihadism:

1. The Haqqanis were the first faction to actively recruit Arab foreign fighters and were the most eager to place Arab foreign fighters in combat positions.

2. Numerous early al-Qaeda members were embedded with the Haqqani Network before bin Laden set foot on a battlefield, including such notable figures as Abu Hafs al-Masri, al-Qaeda's military chief and a deputy to bin Laden;[77] Abu'l-Walid al-Masri, a senior al-Qaeda member who coordinated activities between al-Qaeda and the Iranian government;[78] Abu Ubayda al-Iraqi, and Abu Ubayda al-Banshiri, al-Qaeda's former military commander.[79]

3. When al-Qaeda was still nascent, its early members would have to train with the Haqqani Network before going on to al-Qaeda camps. As Brown and Rassler note, the Arabs "bound for Ma'sada had to proceed first to Zhawara [which was run by the Haqqanis] via Miranshah and there undergo ten days of preliminary training alongside the Haqqanis' Afghan trainees."[80]

4. In addition to al-Qaeda, "[m]any of the leaders of the militant Islamist organizations established in the 1990s, from North Africa to Southeast Asia, got their first taste of jihad under Haqqani's command in this fight."[81] These included leaders of the Libyan Islamic Fighting Group and Egypt's al-Gama'a al-Islamiyya. In the subsequent decades, al-Qaeda would benefit from its relationship with these organizations, and would leverage them to expand its global presence.

---

[76] Brown & Rassler, *Fountainhead of Jihad*, Kindle ed., loc. 1007.
[77] "Mohammed Atef," Counter Extremism Project, n.d., https://www.counterextremism.com/extremists/mohammed-atef.
[78] U.S. Department of the Treasury, press release, "Treasury Targets Al Qaida Operatives in Iran," January 16, 2009, https://www.treasury.gov/press-center/press-releases/pages/hp1360.aspx.
[79] Brown & Rassler, *Fountainhead of Jihad*, Kindle ed., loc. 1170-76.; The 9/11 Commission Report at 65 (July 22, 2004), https://govinfo.library.unt.edu/911/report/911Report.pdf
[80] Brown & Rassler, *Fountainhead of Jihad* Kindle ed., loc. 1351.
[81] Ibid., loc. 1484.

5. The Haqqani Network may have influenced al-Qaeda's shift toward seeing the United States as the primary enemy of the global jihadist movement. If this is so, the Haqqani Network procured al-Qaeda's reorientation by influencing Abu'l-Walid al-Masri.[82]

6. Bin Laden used his perch in Haqqani-controlled territory to launch his declarations of war against the United States and the West.[83]

This critical pre-9/11 support for al-Qaeda would also be consistent with the Haqqani Network's relationship with al-Qaeda in the wake of the 9/11 attacks.

*The Taliban and the Haqqani Network*. In the later chaos of Afghanistan's civil war in the 1990s, there was initially suspicion and hostility between the Haqqani Network and the Taliban, though Jalaluddin Haqqani had been persuaded to lend his military expertise to the group by 1995. I noted earlier that Jalaluddin's alliance with the Taliban proved critical to some of their gains, particularly around Kabul. Brown and Rassler elaborate:

> [F]ollowing a series of defeats against [Ahmad Shah] Massoud around Kabul in early 1995, the Taliban were joined there during the summer of 1995 by Jalaluddin Haqqani and a group of 2,000 fighters from Khost, recruited with "suitable exhortations over the patriotic role of the border tribes in ousting Tajik usurpers [Bacha-e Saqqao] in 1929." In other words, Haqqani's men were appealed to on the basis of an identity rooted in a history of fiercely defended highland autonomy, not in terms of the Taliban's nationalist agenda. It was only after the Haqqanis joined the battle in the north that the Taliban succeeded in capturing Kabul, and Jalaluddin was then tasked with confronting Massoud's forces on the Shomali plain north of the city.[84]

After the Taliban gained control of Kabul, Mullah Omar named Jalaluddin Haqqani as the minister of tribal and border affairs, as I noted previously. Yet Jalaluddin and Mullah Omar had their differences. They came from different tribes, and Haqqani fell outside Mullah Omar's core decision-making circles.[85] This created a complex relationship between the Haqqani Network and the Taliban. Brown and Rassler write of the Haqqani Network's "distinct organizational characteristics," which reflect their different geographic strongholds and occasional differences on strategy and tactics. However, Brown and Rassler note, "This is not to suggest that the Haqqani Network is an entirely separate entity—it isn't."[86] I concur with Brown and Rassler's assessment and this section proceeds by outlining the Haqqani Network's evolving role in the Taliban insurgency that followed the U.S. intervention.

Under Sirajuddin Haqqani, the Haqqani Network's relationship with the Taliban passed through three stages. First, soon after the American invasion, the Haqqani Network helped the Taliban establish an anti-American insurgency in Afghanistan, largely operating as the Taliban's Miranshah Shura, the first of the Taliban's regional shuras. Second, as Sirajuddin Haqqani assumed the leadership of the Haqqani

---

[82] This point about the Haqqani network's possible influence on al-Qaeda's anti-American turn is argued at length in ibid., locs. 1756-1820.

[83] Ibid., loc. 2059.

[84] Ibid., loc. 1899; see also Rashid, *Taliban*, p. 60.

[85] Dressler, *The Haqqani Network*, p. 9.

[86] Brown & Rassler, *Fountainhead of Jihad*, Kindle ed., loc. 2406.

Network, the Haqqani Network pushed for greater control over its operations in Loya Paktia and greater representation on the Taliban's leadership council. The Taliban's leadership largely acquiesced to those wishes. During this period, the Haqqani Network developed a fearsome reputation due to its high-profile attacks in Kabul and use of tactics like suicide bombings. Third, Sirajuddin Haqqani became the Taliban's deputy emir in 2015 and its top military leader. As a result of Sirajuddin Haqqani's new role, the Haqqani Network's leadership within the broader Taliban became even stronger. Sirajuddin Haqqani officially succeeded his father as the head of the Haqqani Network after his father's death in 2018, and leads the group to this day.[87] At each stage, *the Haqqani Network has officially remained part of the Taliban*. However, the nature and depth of operational collaboration between the Haqqani Network and the rest of the Taliban have evolved over the last two decades.

*The First Stage: 2001-07.* Immediately after the U.S. intervention in 2001, Haqqani Network leaders reportedly fled to Pakistan, where they found refuge.[88] Sirajuddin Haqqani has said that the Taliban's defense minister, Mullah Obaidullah, came to see him in Peshawar in 2003, asking him "to bring as many fighters as you can into the field."[89] Sirajuddin agreed. That year, Jalaluddin Haqqani and his followers formed the aforementioned Miranshah Shura to organize their nascent insurgency in southern Afghanistan.[90] When senior Taliban officials formed a central leadership council to organize the insurgency, Jalaluddin Haqqani recognized the council's authority and received two seats on the council, essentially reconstituting the Haqqanis' coalition with the Kandahar-based Taliban during the Afghan Civil War.[91] The Haqqani Network and its Miranshah Shura have since presented themselves in public as, first and foremost, Taliban, and pledged allegiance to Mullah Omar and then his successors.[92] They have also extensively coordinated with the rest of the Taliban. In addition to the Haqqanis' seats on the Rahbari Shura, the Taliban has placed a representative from Quetta on the Miranshah Shura.[93]

By 2004, the Haqqani Network had "reconstituted their operations in their historical stronghold of Loya-Paktia, which encompasses the provinces of Khost, Paktia, and Paktika in southeastern Afghanistan."[94] The Haqqani Network also began to turn its attention to Kabul. As previously discussed, the Haqqani Network played a key role in the 2004 establishment of the Kabul Attack Network, uniting the Haqqani Network with other Taliban elements to launch attacks in Kabul. By 2006, the Haqqanis began to move beyond Loya Paktia and into Logar and Wardak Provinces.[95]

*The Second Stage: 2007-15.* 2007 marked a key shift for the Haqqani Network as Sirajuddin Haqqani assumed operational command of the Haqqani Network and the Miranshah Shura. Sirajuddin Haqqani

---

[87] The Islamic Emirate (the Taliban), "Statement of Islamic Emirate Regarding Passing Away of Prominent Jihadi Figure, Scholar and Warrior Mawlawi Jalaluddin Haqqani (RA)," September 3, 2018, https://ent.siteintelgroup.com/Statements/afghan-taliban-announces-death-of-haqqani-network-head-jalaluddin-haqqani.html (Ex. B).

[88] See, for example, Dressler, *The Haqqani Network*, p. 10.

[89] Sami Yousafzai, "The Taliban's Oral History of the Afghanistan War," *Newsweek*, September 25, 2009.

[90] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 688.

[91] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 757.

[92] Brown & Rassler, *Fountainhead of Jihad*, Kindle ed., loc. 2377.

[93] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (2012), p. 24-27; Dressler, *The Haqqani Network*, p. 22-23.

[94] Dressler, *The Haqqani Network*, p. 2.

[95] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1693; Dressler, *The Haqqani Network*, p. 2.

envisioned a more prominent role for the Haqqani Network in the insurgency. He sought more funding from Quetta and a more prominent role on the Rahbari Shura.[96] He also asserted "direct control of the fronts and fighting groups in" his network, but was careful not to question the "primacy of the Quetta Shura," which was overseen by Mullah Omar.[97] While these actions increased tensions between the Haqqanis and some Taliban leaders in Quetta, the Haqqanis and the Taliban reportedly came to an agreement to address Sirajuddin Haqqani's demands. They agreed that a) the Rahbari Shura would make gubernatorial appointments in Haqqani-held provinces in consultation with the Haqqanis, b) many of the governors in these areas would have largely symbolic powers, and c) the governors would be subordinate to the Miranshah Shura.[98] The Taliban and Haqqanis also reportedly agreed that the Rabhari Shura could send forces to Paktika, albeit under the Miranshah Shura's command.

Even as reports of the Haqqani Network's push for greater power and control over its operations emerged, Jalaluddin Haqqani rushed to confirm his loyalty to Mullah Omar. In a 2008 interview with the Taliban's magazine *al-Samoud*, Jalaluddin said:

> All the Mujahideen wage Jihad under the leadership of the Ameer ul-Momineen Mullah Mohamed Omar Mujahid against the American invaders and their lackeys. There is no crisis (of division) under the names moderate or extremist among the Mujahideen. They all fight under unified leadership, according to the glorious aya: "Strong against the unbelievers (but) compassionate amongst each other".

> I myself am a member of the High Council of the Islamic Emirate. I also bear on my shoulders responsibility for Jihad in the provinces of Khost and Paktika. The biased claims of the international media agencies are unfounded in truth. Since we swore allegiance to Ameer ul-Momineen Mullah Mohamed Omar Mujahid, we have been to this day steadfast in that allegiance and we are true to (the Emirate's) principles and decisions. There are no differences, divisions of discord among the Mujahideen of the Islamic Emirate.[99]

Like his father, Sirajuddin Haqqani assiduously worked to demonstrate his loyalty to Mullah Omar, including in public. During an April 2010 question-and-answer session with the Ansar al-Mujahedin network, Sirajuddin Haqqani said: "We assure all the Muslims that the Islamic Emirate [*i.e.*, the Taliban] is united and consistent.  I am a soldier of the Emirate and our emir [leader] is the Emir of the Believers Mullah Muhammad Omar Mujahid, may Allah preserve him and bring peace upon him."[100] In the fall of 2012, Sirajuddin Haqqani reiterated the Haqqani Network's role in the Taliban:

---

[96] Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 1704.

[97] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018).

[98] Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 1748.

[99] "The Defeat of America in Afghanistan Will be Swifter Than the Defeat of the Collapsed Soviet Union," *Al Samoud* Issue 30, December 2008, text available at https://www.longwarjournal.org/archives/2011/05/voice_of_jihad_releases_3-year.php.

[100] Sirajuddin Haqqani, "Ansar al-Mujahideen Hosts Open Meeting with Sirajuddin Haqqani," Ansar al-Mujahedin Network, April 28, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-4-30-10-aam-sirajuddin-open-int-part-1.html (Ex. C).

> We are one of the fronts of the Islamic Emirate, and we do jihad in the Cause of Allah under its banner, and we are proud of our pledge to its Emir [leader] and we carry out its orders and all its regulations. All formations and the employment figures with us are by the Islamic Emirate, and we obey completely in good deeds the Emir of the Believers Mullah Muhammad Omar, may Allah the Almighty preserve and protect him.[101]

Like the Haqqanis, the Taliban rejected reports of internal strife and described the Haqqani Network as an integral part of the Taliban. For example, after the U.S. State Department designated the Haqqani Network as a foreign terrorist organization (FTO), the Taliban released a statement denying that the Taliban is a separate organization from the Haqqani Network:

> The honorable Mawlawi Jalaluddin Haqqani is a member of the Leadership Council of Islamic Emirate and is a close, loyal and trusted associate of the esteemed Amir-ul-Mumineen [leader of the faithful, Mullah Omar] and those Mujahideen entrusted under the command of his sons are in fact the heroic Mujahideen of Islamic Emirate who like other Mujahideen strictly obey the esteemed Amir-ul-Mumineen and wage Jihad against the invaders throughout the country.[102]

These statements are consistent. They reflect the fact that both the Haqqani Network and the Taliban viewed the Haqqanis as a part of the Taliban during this period despite tensions between them. While they gloss over some of the aforementioned disagreements and conflicts, which is not altogether surprising, these statements accurately reflect the substantial cooperation and coordination between the Haqqani Network and other elements of the Taliban during this time.

From 2007 to 2015, the Haqqani Network established its reputation as one of the most lethal elements of the Taliban and demonstrated its ability to launch major attacks in Kabul. Indeed, by 2007 the Taliban and Haqqani Network began to establish bases of operations near the capital, a move essential to the KAN.[103] The Haqqani Network established transit hubs for fighters in the city of Ghazni and the province of Logar, both south of Kabul, and in Laghman province to the east of Kabul.[104] In 2008 and 2009, as part of the KAN, the Haqqani Network launched an offensive in Kabul, which included the use of suicide bombers and complex attacks. These attacks included the January 2008 attack on the Serena Hotel, the April 2008 assassination attempt against Hamid Karzai, the July 2008 attack on the Indian Embassy, and a multifaceted attack in February 2009 on Afghan government buildings.[105] From 2009 through 2015, the Haqqani Network continued to execute roughly one major attack in Kabul per year. These included a May 2010 attack on a NATO convoy, a June 2011 attack on the

---

[101] "Al-Samoud Interviews Sirajuddin al-Haqqani, the Military Official of the Mujahideen in Khost Province," *Al Samoud*, Issue 76, September 27, 2012, https://ent.siteintelgroup.com/Periodicals/afghan-taliban-magazine-interviews-sirajuddin-haqqani-in-77th-issue.html (Ex. D).

[102] Afghan Taliban, press release, "Statement of Islamic Emirate regarding America using name of conjured entity 'Haqqani Network' and its black listing," September 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-kabul-suicide-bombing-slams-haqqani-designation.html (Ex. E).

[103] Dressler, *The Haqqani Network*, p. 31.

[104] Ibid., pp. 26, 27 & 31.

[105] "Most Wanted: Sirajuddin Haqqani," *The Federal Bureau of Investigation*, accessed on June 1, 2020, https://www.fbi.gov/wanted/terrorinfo/sirajuddin-haqqani; Richard Oppel, "20 Dead as Kabul Attackers Storm Kabul Offices," *The New York Times,* February 11, 2009, https://www.nytimes.com/2009/02/12/world/asia/12afghan.html.

Intercontinental Hotel, an April 2012 attack on multiple Western targets, a June 2012 attack on a hotel, a June 2013 attack on the Presidential Palace and an alleged CIA base, and a July 2014 attack on Kabul airport.[106]

*Third stage: 2015-present.* 2015 marked another turning point in the relationship between the Haqqani Network and the rest of the Taliban. Sirajuddin Haqqani became simultaneously the leader of the Haqqani Network and the deputy emir of the Taliban, the group's second-in-command.[107] The Haqqani-dominated Miranshah Shura seems to have become a more closely integrated component of the Taliban under the Quetta Shura after Sirajuddin Haqqani's appointment as the Taliban's number two leader.[108]

Mullah Mansour and then Mullah Akhundzada's relative lack of military experience meant that Sirajuddin Haqqani became the group's *de facto* military leader. Although Sirajuddin had long been involved in planning and executing Taliban terrorist campaigns, his newfound role gave him complete control. One Taliban commander has said that the group's commanders needed Sirajuddin's approval to change plans, while a former Haqqani commander reported that "no one can be appointed [as a Taliban governor] without his advice," and that "the influence of Sirajuddin in the Taliban's ranks seems to be just growing."[109] A Taliban spokesman added, "We can say that not only his military obligations but all his obligations have increased."[110] American officials have publicly indicated that they assess these statements by Taliban leaders as accurate. Brigadier General Charles Cleveland, the spokesman for U.S. and NATO troops in Afghanistan, said in 2016 that "Sirajuddin increasingly runs the day-to-day military operations for the Taliban, and, we believe, is likely involved in appointing shadow governors."[111] This further strengthens the idea that the Haqqani Network is part of the Taliban.

Such statements align with the Taliban's personnel decisions, as Sirajuddin's relatives assumed increasingly prominent roles in the Taliban hierarchy. During the U.S.-Taliban negotiations, Sirajuddin Haqqani's younger brother, Anas, was part of the Taliban's negotiating team.[112] As previously mentioned, Khalil Haqqani became the leader of the Peshawar Shura. That leadership change, in

---

[106] Karin Brulliard, "Afghan intelligence ties Pakistani group Lashkar-i-Taiba to recent Kabul attack," *The Washington Post,* March 3, 2010, https://www.washingtonpost.com/wp-dyn/content/article/2010/03/02/AR2010030202427.html; "Taliban launch coordinated Afghan attack," *CBS News,* April 15, 2012, https://www.cbsnews.com/news/taliban-launch-coordinated-afghan-attacks/; Alissa Rubin, Graham Bowley, and Sangar Rahimi, "Complex Attack by Taliban Sends Message to West," *The New York Times,* April 15, 2012, https://www.nytimes.com/2012/04/16/world/asia/attacks-near-embassies-in-kabul.html; U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," Accessed on July 11, 2019, https://rewardsforjustice.net/english/sirajuddin_haqqani.html; Alissa Rubin, "Taliban Strike Near Palace Inside Kabul," *The New York Times,* June 24, 2013, https://www.nytimes.com/2013/06/25/world/asia/explosions-heard-near-us-embassy-in-kabul.html?hp; Carlotta Gall, "Terror Group Back on the Offensive in Afghanistan," *The New York Times,* July 17, 2014, https://www.nytimes.com/2014/07/18/world/asia/kabul-airport-comes-under-attack-from-militants.html.

[107] Leading Council of the Islamic Emirate of Afghanistan, press release, "Declaration of the Leading Council of the Islamic Emirate regarding the appointment of new Amir (leader) of the Islamic Emirate," July 31, 2015, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-appoints-new-leader-selects-haqqani-network-official-as-a-deputy.html (Ex. A).

[108] Giustozzi, *Afghanistan: Taliban's Organization and Structure*, p. 9.

[109] Mujib Mashal, "Haqqanis Steering Deadlier Taliban in Afghanistan, Officials Say," *New York Times,* May 7, 2016.

[110] Ibid.

[111] Mashal, "Haqqanis Steering Deadlier Taliban in Afghanistan."

[112] Kathy Gannon, "U.S. Opens First Round of Resurrected Peace Talks with Taliban," Associated Press, December 7, 2019.

addition to Sirajuddin Haqqani's role in the Taliban, gave Haqqani Network leaders full control over military operations well beyond their stronghold in Loya Paktia. Then, after Mullah Mansour became less active, Sirajuddin Haqqani led several meetings of the Taliban's leadership council.[113] Such events led U.S. and Afghan officials to conclude that the Taliban and Haqqani Network were becoming even more closely integrated.[114] In September 2021, following the conclusion of the U.S. withdrawal from Afghanistan, the Taliban appointed a new government, which included Sirajuddin Haqqani as interior minister and Khalil Haqqani as minister for refugees.

During this period, the Haqqani Network, as part of the KAN, continued to carry out sophisticated attacks in Kabul. Outside of the attacks at issue in this case, for example, the Haqqani Network is publicly alleged to have conducted a May 2015 attack on a hotel, a June 2015 attack on the Afghan Parliament, an August 2015 bombing that killed American contractors, a May 2017 bombing targeting Afghan intelligence officials, and a January 2018 attack on a hotel.[115] However, given Sirajuddin Haqqani's role in the Taliban and the Haqqani Network's military expertise, the Haqqani Network likely participated in many other Kabul-based attacks.

*Conclusion.* Thus, the Haqqani Network clearly remained part of the Taliban throughout its insurgency. The Haqqani Network worked extensively with other Taliban elements, including in attacking Western and Afghan government targets in Kabul. As Sirajuddin Haqqani became the deputy emir of the Taliban and intimately involved in the group's day-to-day operations, the Haqqani Network and the Taliban became even more closely integrated.

## V.    The Structure of the Taliban Post-2001

When the Taliban governed much of Afghanistan before the U.S. intervention, the group relied on a shura council (a leadership council akin to a theocratic junta) led by Mullah Omar to oversee its governance. As the Taliban regrouped after its fall from power, the Taliban's insurgency was largely decentralized. This section provides an organizational overview of the Taliban's insurgency and shows that the group remained a singular, coordinated entity, despite limited, internal jockeying for power.

While the Taliban's structure may seem odd to some scholars and practitioners who focus on highly centralized insurgencies, the Taliban's structure largely aligns with the U.S. Army's concept of mission command. The U.S. Army defines mission command as its "approach to command and control that

---

[113] Ibid.

[114] Ibid.

[115] "Afghanistan: Pakistan officer involved in parliament attack," *The Associated Press*, June 24, 2015, https://apnews.com/2f25ee3afaf549e2a5e9aa515e59cefc/afghanistan-pakistan-officer-involved-parliament-attack; Jessica Lewis McFate, Rob Denaburg, and Caitlin Forrest, "Afghanistan Threat Assessment: The Taliban and ISIS," (Washington, D.C.: Institute for the Study of War, December 10, 2015), p. 4, http://www.understandingwar.org/sites/default/files/Afghanistan%20Threat%20Assessment_The%20Taliban%20and %20ISIS_3.pdf; Mujib Mashal, Fahim Abed, and Jawad Sukhanyar, "Deadly Bombing in Kabul Is One of the Afghan War's Worst Strikes," *The New York Times,* May 31, 2017, https://www.nytimes.com/2017/05/31/world/asia/kabul-explosion-afghanistan.html; Ali M. Latifi, "Two with Pakistani Terror Ties Held in Afghan Hotel Attack that Killed 14," *Los Angeles Times*, June 3, 2015, https://www.latimes.com/world/afghanistan-pakistan/la-fg-two-with-pakistani-terror-ties-arrested-in-afghan-hotel-attack-20150603-story.html; Mohammad Halim Karimi, "Haqqani Network behind Kabul hotel attack: MoI," *Pajhwok Afghan News* (Afghanistan), January 21, 2018, https://www.pajhwok.com/en/2018/01/21/haqqani-network-behind-kabul-hotel-attack-moi.

empowers subordinate decision making and decentralized execution appropriate to the situation."[116] Mission command recognizes that war can be "chaotic and uncertain," and high-level commanders cannot and should not micromanage operations.[117] As a result, the senior leadership often provides training to fighters and sets the broader objectives of a campaign but allows junior commanders and fighters to determine how to execute operations and meet objectives. This approach describes the Taliban's structure. Indeed, networked insurgencies are becoming more common, as technological advances improve communications between disparate locations.

The Taliban's central leadership sets the high-level objectives for Taliban fighters, sometimes organizes training for fighters, serves as a centralized source of funding, and leverages a set of tools to influence the behavior of shuras and fronts throughout Afghanistan. However, it has avoided micromanaging operations around the country.

*The Role of the Emir and the Leadership Council (Rahbari Shura).* In general, the Taliban has three echelons of high-level leadership: the emir, the leadership council (Rahbari Shura), and the regional shuras. The Taliban refer to their top leader as Emir al-Mu'minin, meaning commander of the faithful in Arabic and a title historically used by the caliphs of Muslim empires. From the start of the insurgency until the delayed announcement of his death, Taliban fighters considered Mullah Omar to be their emir. Despite Omar's official role, he was removed from day-to-day management of the organization due to health and security concerns. According to Antonio Giustozzi's interviews with Taliban leaders, Mullah Omar rarely appeared at meetings of the Rahbari Shura.[118] As a result, Mullah Omar's deputy made most of the decisions. Mullah Baradar served in this role until his capture, which allowed Mullah Mansour to assume the role of Mullah Omar's deputy. When Mansour officially became the emir in 2015, Sirajuddin Haqqani and Haibatullah Akhundzada became his deputies as previously mentioned. When Mansour died in a U.S. drone strike, Akhundzada took over as emir, kept Haqqani as one deputy, and added Mullah Omar's son, Mohammed Yaqoob, as another deputy.[119]

The Rahbari Shura sits below the emir and his deputies in the organizational hierarchy of the Taliban. However, a deputy emir has traditionally chaired the Rahbari Shura.[120] As previously mentioned, the Rahbari Shura, based in the Pakistani city of Quetta, initially included senior figures in the Taliban's former government and commanders of the nascent insurgency. A U.N. report describes the group as the top decision-making body for the Taliban's "political and military affairs."[121] Gen. David Barno, who commanded U.S. forces in Afghanistan, described the Rahbari Shura as the "the intellectual and

[116] United States Army, *ADP 6-0: Mission Command: Command and Control of Army Forces* (July 2019), p. 1-3, https://armypubs.army.mil/epubs/DR_pubs/DR_a/ARN18314-ADP_6-0-000-WEB-3.pdf.

[117] United States Army, *ADP 6-0: Mission Command: Command and Control of Army Forces* (July 2019), p. 1-3-1-4, https://armypubs.army.mil/epubs/DR_pubs/DR_a/ARN18314-ADP_6-0-000-WEB-3.pdf.

[118] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1364.

[119] Taliban's History Department of Commission for Cultural Affairs, "Introduction [of Mullah Haibatullah Akhundzada], December 14, 2016, https://ent.siteintelgroup.com/Statements/afghan-taliban-posts-introduction-of-leader-describes-him-as-key-element-for-ongoing-jihad-in-afghanistan.html (Ex. F).

[120] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1364; United Nations Analytical Support and Sanctions Monitoring Team, *Fourth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2082 (2012) concerning the Taliban and other associated individuals and entities constituting a threat to the peace, stability and security of Afghanistan* (2014), p. 26.

[121] United Nations Analytical Support and Sanctions Monitoring Team, *Fifth Report of the Analytical Support and Sanctions Monitoring Team, Submitted Pursuant to Resolution 2160 (2014) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2014), p. 22.

ideological underpinning of the Taliban insurgency in Afghanistan."[122] Those descriptions of the Rahbari Shura as the brain trust of the insurgency are justified.

The Rahbari Shura exercised substantial control over several levers of power: setting high-level Taliban strategic objectives, appointing key officials, and managing much of the organization's finances. It typically provides high-level guidance to Taliban commanders in Afghanistan, often through meetings with senior commanders and a regularly updated document called the "Rulebook for the Mujahedin of the Islamic Emirate of Afghanistan."[123] Since the early days of the Taliban insurgency, the Rahbari Shura has technically been responsible for appointing shadow provincial and district governors throughout Afghanistan, but frequently makes appointments in consultation with or delegates appointments to the Rahbari Shura's military commission and regional shuras.[124] These appointments, however, ensure that the Rahbari Shura has some ability to closely monitor and control Taliban operations throughout the country. The shura has also tried to centralize finances by demanding that local commanders collect taxes and provide a portion to the Rahbari Shura, allowing it to dole out funds to high-priority areas and loyal commanders.[125] While a U.N. report estimates that approximately 31% of the Taliban's total revenue never reached the central leadership, the Rahbari Shura's control of over two-thirds of the group's total revenue, estimated at $275 million, indicates that the shura had the financial power to determine the Taliban's priorities and influence the behavior of its commanders throughout the country.[126] It is worth noting that the Rahbari Shura's financial influence over Taliban operations is institutionalized through the Taliban's official Code of Conduct. According to the Code, Taliban soldiers must provide 20% of any spoils captured in battle to the shadow provincial governor. The Code also states that "disputes on issues related to businesses and companies should be referred to the leadership."[127]

In addition to controlling those levers of power, the Rahbari Shura oversees a set of commissions responsible for the execution of the Rahbari Shura's decisions, such as a military commission, a political commission, and a religious commission.[128] The military commission often played a major role in the appointments of governors.[129] That commission has also played a key role in planning

---

[122] Eric Schmitt & Mark Mazzetti, "Taliban Haven in Pakistani City Raises Fears," *The New York Times*, February 9, 2009.

[123] Abubakar Siddique, "The Quetta Shura: Understanding the Afghan Taliban's Leadership," *Terrorism Monitor* 12:4 (February 21, 2014), https://jamestown.org/program/the-quetta-shura-understanding-the-afghan-talibans-leadership/; Jeffrey Dressler and Carl Forsberg, *Backgrounder: The Quetta Shura Taliban* (Washington, D.C.: Institute for the Study of War, December 2009), p.3, http://www.understandingwar.org/sites/default/files/QuettaShuraTaliban_1.pdf.

[124] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 707, 1742; United Nations Analytical Support and Sanctions Monitoring Team, *Eleventh report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2501 (2019) concerning the Taliban and other associated individuals and entities constituting a threat to the peace, stability and security of Afghanistan* (2020), p. 25.

[125] Gretchen Peters, "The Taliban and the Opium Trade," in ed. Antonio Giustozzi, *Decoding the New Taliban* (New York: Columbia University Press, 2009), p. 13.

[126] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (2012), p. 13.

[127] Gretchen Peters, *Crime and Insurgency in the Tribal Areas of Afghanistan and Pakistan* (West Point, NY: Combating Terrorism Center, October 15, 2010), pp. 16-17.

[128] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 880.

[129] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 707, 1742; United Nations Analytical Support and Sanctions Monitoring Team, *Eleventh report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2501 (2019) concerning the Taliban and other associated individuals and entities constituting a threat to the peace, stability and security of Afghanistan* (2020), p. 25.

terrorist attacks by the Taliban. According to a report from the United States Institute of Peace, the military commission is further divided into two primary divisions—east and west—and there are further sub-divisions at the provincial and regional levels. The commission interfaces with local Taliban commanders and helps coordinate certain widescale terrorist initiatives, such as the Taliban's annual spring offensive.[130] Mullah Dadullah, one of the original members of the Rahbari Shura and a top military commander in the south, initially led the military commission. After Dadullah's death, Mullah Mansour led the commission. Around the time when Mansour became the deputy emir, Abdul Qayyum Zakir, a top military commander, took over the chairmanship of the military commission.[131]

While the emir and the Rahbari Shura are powerful entities with control over Taliban elements around the country, the emir and the Rahbari Shura have delegated substantial power to more local entities. These local entities have consistently pushed for more power and control over their own operations, and the Rahbari Shura has generally consented to this structure and coordinated with these entities. After describing these entities and overviewing their operations and structures, I will describe the logic behind this structure.

*Regional shuras.* In general, regional shuras (which are subordinate to the Taliban's overarching military commission) have been the top entities operating underneath the Rahbari Shura. The regional shuras' existence reflects two fundamental dynamics: the Rahbari Shura's incorporation of well-organized shuras with regional power bases like the Haqqani-dominated Miranshah Shura and the need to decentralize some aspects of terrorist operations. Outside of the Taliban's historical stronghold in greater Kandahar, the Taliban's regional shuras exercised substantial control over their operations.[132] For example, they often played a leading role in the appointment of governors and local commanders.[133] On occasion, they also clashed with the Rahbari Shura, demanding more resources and power at the local level as well as within the Rahbari Shura. However, as I will detail later, the regional shuras pledged allegiance to the Taliban's emir, cooperated with each other, and often accepted representatives from the Rahbari Shura to participate in the shuras' decision-making.[134] In return, the Rahbari Shura would typically allow key members of the regional shuras to sit on the Rahbari Shura and provide funding to carry out attacks to these regional shuras.[135] These regional shuras, while all part of the Taliban, embraced different structures to oversee their operations, personnel, and resources. In some shuras, decentralized fronts played key roles. In others, command and control became highly centralized.

---

[130] Ashley Jackson & Rahmatullah Amiri, *Insurgent Bureaucracy: How the Taliban Makes Policy* (Washington, D.C.: United States Institute of Peace, 2019), pp. 8, 11.

[131] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (2012), p. 24; John Foulkes, "Iran's Taliban Connection: Mullah Abdul Qayyum Zakir," *Militant Leadership Monitor* 11:6 (July 2, 2020), https://jamestown.org/brief/irans-taliban-connection-mullah-abdul-qayyum-zakir/.

[132] Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 1748.

[133] Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 1748; Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 4655.

[134] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (2012), p. 24-27; Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 2238.

[135] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (2012), p. 24-27; Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 1704.

These shuras merit additional discussion for two reasons. First, three regional shuras in Miranshah, Quetta, and Peshawar—acting as part of the Taliban—are likely responsible for the vast majority of attacks described in the Cabrera v. Iran complaint. Two others—the Mashhad Shura and the Shura of the North—may have conducted a minority of attacks described in the complaint. Second, a small minority of researchers have attempted to portray the Taliban as multiple organizations with the Haqqani Network, for example, as different from the Taliban.[136] Other scholars have framed these shuras as autonomous. As I will detail, the former assertion is inaccurate, and the latter assertion is misleading. These shuras' words and actions demonstrate they are part of the Taliban. While they exercised substantial control over their operations, they are also not islands detached from the rest of the Taliban, as "autonomous" implies. These shuras coordinated and cooperated with each other as well as the central Taliban leadership. The Miranshah Shura is an archetypal example of that.

*1.* Formed on February 14, 2003 by the Haqqani Network, the Miranshah Shura predates the Rahbari Shura and is arguably the most powerful regional shura.[137] As previously mentioned, Jalaluddin Haqqani and his followers formed the shura to organize their nascent insurgency in southeastern Afghanistan. In return for funding and two seats on the Rahbari Shura, the Miranshah Shura recognized the Rahbari Shura's authority soon after its creation.[138] Based on an agreement with the central Taliban leadership, the Haqqanis' Miranshah Shura has operational control over Loya Paktia and Logar Province.[139] However, it has also been active in Wardak Province and the "preeminent" force in Kabul, although the Peshawar Shura nominally oversees Taliban operations in these areas.[140] While prior sections described the Haqqani Network and its Miranshah Shura in detail, I want to provide some additional information on the internal organization of the Miranshah Shura and its area of operations.

Overall, the Miranshah Shura centralized its command and control and tightly controlled the allocation of resources and weapons.[141] Based on interviews with Miranshah Shura leaders, Giustozzi reported that the shura created four mission-specific commissions to carry out its military operations.[142] The *Zerbati* Commission handled village militias. The *Delayez* Commission oversaw full-time mobile fighting units. The *De Minena* commission directed operations related to improvised explosive devices (IEDs). The *Fedayin* Commission conducted the shura's special operations attacks and suicide bombings, including the Haqqanis' attacks in Kabul.

*2.* The United Nations Analytical Support and Sanctions Monitoring Team, Afghanistan scholar Thomas Ruttig, and counterterrorism analyst Bill Roggio have indicated that the Rahbari Shura, at

---

[136] Peter Bergen, "Al Qaeda, the Taliban, and other Extremist Groups in Afghanistan and Pakistan," Testimony before the U.S. Senate Committee on Foreign Relations, May 24, 2011, https://www.govinfo.gov/content/pkg/CHRG-112shrg67892/html/CHRG-112shrg67892.htm.

[137] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 688.

[138] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 757.

[139] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in ed. Antonio Giustozzi, *Decoding the New Taliban* (New York: Columbia University Press, 2009), p. 61; Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," Oslo Norwegian Country of Origin Information Centre, 2017, p. 9, https://landinfo.no/asset/3589/1/3589_1.pdf.

[140] Thomas Ruttig, *The Other Side: Dimensions of the Afghan Insurgency: Causes, Actors, and "Approaches to Talks,"* (Kabul, Afghanistan: Afghanistan Analysts Network, July 2009), p. 11-12, https://www.afghanistan-analysts.org/wp-content/uploads/downloads/2012/10/200907-AAN-Report-Ruttig-The-Other-Side.pdf; Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1886.

[141] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1872.

[142] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1840.

some point early in the insurgency, delegated authority to a regional shura also based in Quetta to oversee Taliban terrorist activities in southern Afghanistan and initially in western Afghanistan as well.[143] The Quetta regional shura reportedly maintains a close relationship with the Rahbari Shura, a logical connection given the presence of both shuras in Quetta and several individuals on both shuras.[144] For example, a 2012 U.N. report indicates that the Quetta regional shura's chair, Ismail Andar, and another member of the shura, Abdul Latif Mansour, served on the Rahbari Shura while Said Ahmad Shahidkhel served on both the Quetta regional shura and the Rahbari Shura's military commission.[145]

Giustozzi's interviews with Taliban leaders yield some insight into the internal operations of this regional shura.[146] In general, commands would emanate on down from the regional shura to shadow provincial governors to shadow district governors to group commanders.[147] The governors would have a political and military role, planning operations but also interfacing with local elders.[148] Many commanders of fronts (*mahaz*), or large fronts (*loy mahaz*), often established prior to the Rahbari Shura based on familial or tribal ties, would serve as provincial or district governors.[149] However, if governors lacked these ties to fighters on the ground, the system was vulnerable to the creation of parallel chains of command with competing front commanders and governors. There is some evidence that the Quetta regional shura also created sub-shuras for particular districts. For example, Bill Roggio in 2010 and Thomas Ruttig in 2009 noted that the Taliban had a shura in the Gerdi Jangal refugee camp in Pakistan that oversaw Taliban operations in Helmand Province.[150] This Gerdi Jangal Shura was likely

---

[143] Bill Roggio, "The Afghan Taliban's Top Leaders," *Long War Journal*, February 23, 2010, https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php; Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in ed. Antonio Giustozzi, *Decoding the New Taliban* (New York: Columbia University Press, 2009), p. 61; United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (March 2012), pp. 26, https://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2012_683.pdf.

[144] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in ed. Antonio Giustozzi, *Decoding the New Taliban* (New York: Columbia University Press, 2009), p. 61; United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (March 2012), pp. 26-27, https://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2012_683.pdf.

[145] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (March 2012), pp. 26-27, https://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2012_683.pdf.

[146] Giustozzi does not use the term "Quetta regional military shura." However, he explicitly notes on p. 6 of his report titled *Afghanistan: Taliban's Organization and Structure* that, "Quetta Shura for example is a shorthand for the Rahbari Shura (Leadership Council), but also for the commissions, offices, and armed groups that operate under the nominal authority of the Quetta Shura." His discussion of the Taliban's organization of the south clearly would impact the Quetta regional military shura.

[147] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 789.

[148] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 14, https://landinfo.no/asset/3589/1/3589_1.pdf.

[149] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 772-788.

[150] Bill Roggio, "The Afghan Taliban's Top Leaders," *Long War Journal*, February 23, 2010, https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php; Thomas Ruttig, *The Other Side: Dimensions of the Afghan Insurgency: Causes, Actors, and "Approaches to Talks,"* (Kabul, Afghanistan: Afghanistan Analysts Network, July 2009), p. 16, https://www.afghanistan-analysts.org/wp-content/uploads/downloads/2012/10/200907-AAN-Report-Ruttig-The-Other-Side.pdf.

subordinate to the broader Quetta regional shura. This internal structure differed in key ways from the structure of the Taliban's shura in the east and north, the Peshawar Shura.

3. In 2005, a group of Taliban leaders and former HIG leaders formed the Peshawar Shura, named for the city of Peshawar in northwestern Pakistan, to coordinate the Taliban insurgency in eastern and northeastern Afghanistan, particularly outside of the Haqqanis' strongholds.[151] The shura would go on to control Taliban operations in Nangarhar, Laghman, Kunar, Nuristan, Wardak, Parwan, Kapisa Provinces.[152] The Peshawar Shura also exerts influence in Kabul in cooperation with the Haqqani Network-led Miranshah Shura.  Before the emergence of ISIS-Khorasan Province (ISIS-K) in 2015, the Peshawar Shura was likely responsible for the large majority of attacks targeting U.S. troops in these provinces.

The Peshawar Shura's structure borrowed some features from other Taliban shuras. Like the Rahbari Shura, the Peshawar Shura oversaw a number of commissions responsible for various functions, such as military operations, fundraising, and training.[153] Like the Miranshah Shura, the Peshawar Shura was relatively centralized.[154] Professor Theo Farrell, the former head of the War Studies department at King's College London, noted that this centralized structure "involved the creation of provincial military commissions to plan large-scale operations, manage logistics, and deal with disputes between front commanders, as well as the appointment of district military commissioners (*Nizami Massuleen*) to ensure that field commanders complied with direction from the Peshawar Shura."[155] The Peshawar Shura also extensively coordinated with these other shuras.

According to Giustozzi's interviews with Taliban officials, the Rahbari Shura coordinated through several channels with the Peshawar Shura. The Peshawar Shura allowed a representative from the Rahbari Shura to sit on the Peshawar Shura.[156] Peshawar Shura representatives participated in meetings of the Rahbari Shura.[157] The Rahbari Shura sent fighters to work with the Peshawar Shura, whom the Peshawar Shura then paid.[158] The Peshawar Shura sent money to the Rahbari Shura.[159] The Peshawar Shura and the Rahbari Shura also negotiated over the "territorial partition of responsibility, control, taxation, and recruitment."[160]

---

[151] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1088; Bill Roggio, "The Afghan Taliban's Top Leaders," *Long War Journal*, February 23, 2010, https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php.

[152] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in ed. Antonio Giustozzi, *Decoding the New Taliban* (New York: Columbia University Press, 2009), p. 61; Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," Oslo Norwegian Country of Origin Information Centre, 2017, p. 9, https://landinfo.no/asset/3589/1/3589_1.pdf.

[153] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2236; U.S. Department of the Treasury, press release, "Treasury Sanctions Taliban and Haqqani Network Financiers and Facilitators," January 28, 2018, https://home.treasury.gov/news/press-releases/sm0265.

[154] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/#_ftnref38.

[155] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/#_ftnref38.

[156] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2240.

[157] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2358.

[158] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2326

[159] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2223.

[160] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2358.

U.S. and U.N. sanctions indicate that there are some personnel connections between these shuras. According to U.S. Treasury Department and U.N. Security Council sanctions, Abdul Qadeer Baseer led the Finance Commission of the Peshawar Shura, served on the central Taliban finance committee, and "hosted a meeting of the Senior Shura [Rahbari Shura] to plan for the spring 2015 fighting season."[161] Sadr Ibrahim, according to the U.S. Treasury, led the Taliban's central military commission after having served on the Peshawar Shura's military commission.[162] Finally, the U.S. Treasury Department sanctioned Maulawi Inayatullah who served at different times as a member of the Peshawar Shura, the deputy leader of the Taliban's central military commission, and the "overall Taliban member responsible for attacks against Afghan and Coalition Forces in Kabul, Afghanistan."[163] These sanctions, in particular, demonstrate the personnel links between the financial and military operations of the Peshawar and Rahbari Shuras.

To be clear, this coordination does not mean that the relationship between the two shuras was devoid of infighting, as typically occurs between commanders in any insurgency. The two shuras clashed over the appointment of governors in Peshawar Shura territory, for example. The Peshawar Shura wanted the Rahbari Shura to appoint local representatives rather than southern Pashtuns.[164] The Peshawar Shura, while never publicly challenging the primacy of the Rahbari Shura, did not want the Rahbari Shura to micromanage the Taliban's operations in the Peshawar Shura's traditional areas of operations.[165] Nevertheless, the Peshawar Shura never reneged on its pledge of allegiance to Mullah Omar and consistently coordinated with the Rahbari Shura.[166]

The Peshawar Shura arguably had a closer relationship with the Haqqanis' Miranshah Shura than the Rahbari Shura. The Haqqanis formally allied with the Peshawar Shura and placed multiple representatives on the Peshawar Shura.[167] Both groups worked together as part of the Kabul Attack Network and in eastern Afghanistan. Sirajuddin Haqqani was also reportedly close with the Peshawar Shura's military chief, Qari Baryal.[168] After becoming one of the Taliban's deputy emirs, Haqqani

---

[161] U.S. Department of the Treasury, press release, "Treasury Sanctions Taliban and Haqqani Network Financiers and Facilitators," January 28, 2018, https://home.treasury.gov/news/press-releases/sm0265; United Nations Security Council, "ABDUL QADEER BASIR ABDUL BASEER," First listed on January 25, 2001, https://www.un.org/securitycouncil/sanctions/1988/materials/summaries/individual/abdul-qadeer-basir-abdul-baseer.

[162] U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018, https://home.treasury.gov/news/press-releases/sm532.

[163] U.S. Department of the Treasury, press release, "Treasury Sanctions Taliban and Haqqani Network Financiers and Facilitators," January 25, 2018, https://home.treasury.gov/news/press-releases/sm0265.

[164] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1999.

[165] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/#_ftnref38; Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1992.

[166] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/#_ftnref38.

[167] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2203; United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (March 2012), p. 27, https://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2012_683.pdf.

[168] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2212.

installed his brother Khalil as the leader of the Peshawar Shura.[169] These connections reinforce that the Peshawar Shura, like all regional shuras, was part of the broader Taliban organization.

*4.* Founded two years after the formation of the Peshawar Shura, the Mashhad Shura initially opened in 2007 as an office of the Rahbari Shura in Mashhad, Iran.[170] The Mashhad Office had a diplomatic and military function. While Giustozzi reported that the Taliban charged the Mashhad Office with overseeing operations in western Afghanistan, it also served as a "liaison office between the Taliban and the IRGC."[171] The Mashhad office, however, became a regional shura in its own right for two reasons. First, Iranian support substantially bolstered the office through financing, training, providing sophisticated weaponry, and opening two bases for the Taliban in the Iranian cities of Zahedan and Sistan.[172] Second, important Taliban commanders like Mullah Zakir joined the Mashhad Shura and brought loyal fighters with them.[173] These changes yielded territorial gains. Giustozzi wrote that, as of 2017, "The Mashhad Shura claims authority over western Afghanistan (Herat, Badghis, Ghor, Nimruz and Farah) but is also further expanding operations towards the south (Helmand, Kandahar, Zabul and Ghazni) and towards the north (Faryab, Jowzjan, Kunduz)."[174] Given its reported expansion in 2017 towards the south, the Mashhad Shura could have played a role in attacks occurring in Helmand during or after that year.

As the Mashhad Shura grew increasingly powerful, its internal structure and relationship with the rest of the Taliban evolved. The shura transformed from primarily a liaison office for different Taliban elements to a centralized military organization. According to Giustozzi, ten representatives from different Taliban elements initially led the Mashhad Office.[175] For example, the Haqqani Network reportedly had two representatives there "to liaise with the Revolutionary Guards."[176] As the Mashhad Office became the Mashhad Shura, the Shura established its own structure with its own military commission led by Zakir.[177] Largely due to Zakir's influence, the shura adopted a structure similar to the Peshawar Shura's district military commissioners (*Nizami Massuleen*).[178] The military commissioner system allowed the shura to centralize command and control of its operations.

The Mashhad Shura's relationship with the Rahbari Shura similarly evolved over the course of the Taliban's insurgency. The Rahbari Shura exercised unchallenged control over the Mashhad Shura until 2014.[179] In 2014, the Mashhad Shura asserted greater control over its operations due to the arrival of

---

[169] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 8, https://landinfo.no/asset/3589/1/3589_1.pdf.

[170] Mohamed Arsalai and Will Patrick, "Iran's Shifting Afghan Alliances Don't Fit Easy Narratives," *Foreign Policy,* February 18, 2020, https://foreignpolicy.com/2020/02/18/suleimani-war-quds-iran-shifting-afghan-alliances-dont-fit-easy-narratives/; Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4587.

[171] Mohamed Arsalai and Will Patrick, "Iran's Shifting Afghan Alliances Don't Fit Easy Narratives," *Foreign Policy,* February 18, 2020, https://foreignpolicy.com/2020/02/18/suleimani-war-quds-iran-shifting-afghan-alliances-dont-fit-easy-narratives/; Antonio Giustozzi, *The Taliban at War: 2001-2018* (Oxford, UK: Oxford University Press, 2019).

[172] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4587.

[173] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4651.

[174] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 7, https://landinfo.no/asset/3589/1/3589_1.pdf.

[175] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4622.

[176] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1830.

[177] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4690.

[178] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4691.

[179] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 3642, 4592.

Mullah Zakir and the shura's substantial backing from Iran.[180] For the next two years, the relationship between the Rahbari Shura and the Mashhad Shura was tense.[181] However, Giustozzi's interviews with Taliban leaders reveal three pieces of evidence that suggest the Mashhad Shura remained part of the Taliban. First, the Mashhad Shura allowed the Rahbari Shura to continue appointing governors in its territory, whom the Mashhad Shura paid.[182] Second, the Rahbari Shura allowed the Mashhad Shura to participate in high-level Taliban meetings, including at the Taliban's office in Qatar.[183] Third, the Mashhad Shura also coordinated with the Rahbari Shura to produce Taliban propaganda.[184] The Mashhad Shura thus remained part of the Taliban despite its push for greater control.

*5.* In late 2015, another Taliban shura emerged. Giustozzi reported that a key element of the Peshawar Shura broke off to form the Shura of the North under Qari Baryal, the former head of Peshawar's military commission.[185] The formation of the Shura of the North coincided with the Haqqanis' takeover of the Peshawar Shura and, more importantly, a bout of financial difficulties for the Peshawar Shura.[186] Several reports and articles mention this shura but rarely provide details to confirm Giustozzi's more detailed account of its activities.[187] However, this shura deserves a brief discussion, given its potential impact on a few attacks in this case.

The Shura of the North quickly found its own source of funding and began to gain ground in northern Afghanistan. According to Giustozzi, former Pakistani Ambassador to the U.S. Husain Haqqani, and Javid Ahmad, a senior fellow at the Atlantic Council think tank, the shura has received substantial support from Iran.[188] That funding helped the shura pay its fighters and conduct operations. Based on Giustozzi's interviews with "senior cadre" of the Shura of the North in March 2017, this shura claimed "authority over north-eastern Afghanistan and Kapisa, but is also expanding operations into Laghman, Nangarhar and northern Afghanistan."[189] As a result, this shura may have impacted some attacks in the complaint, particularly those in Nangarhar Province after its formation in 2015.

While asserting control over its own operations, the Shura of the North cooperated extensively with the Rahbari Shura. Antonio Giustozzi also wrote that "in the north-east in 2017, for example, large-scale attacks were all joint operations between the [Rahbari] Shura and the Shura of the North."[190]

---

[180] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4642, 4664, 4714.

[181] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 11, https://landinfo.no/asset/3589/1/3589_1.pdf.

[182] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4655.

[183] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4655.

[184] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 11, https://landinfo.no/asset/3589/1/3589_1.pdf.

[185] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 6 and 8, https://landinfo.no/asset/3589/1/3589_1.pdf.

[186] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 5499.

[187] Javid Ahmad and Husain Haqqani, "What does Soleimani's death mean for Afghanistan?," *The Hill,* February 6, 2020, https://thehill.com/opinion/international/481884-what-does-soleimanis-death-mean-for-afghanistan.

[188] Javid Ahmad and Husain Haqqani, "What does Soleimani's death mean for Afghanistan?," *The Hill,* February 6, 2020, https://thehill.com/opinion/international/481884-what-does-soleimanis-death-mean-for-afghanistan; Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 5510.

[189] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 7, https://landinfo.no/asset/3589/1/3589_1.pdf.

[190] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 11-12, https://landinfo.no/asset/3589/1/3589_1.pdf.

Like the Mashhad Shura, the Shura of the North coordinated propaganda-related activities with the Rahbari Shura.[191] As a result, the Shura of the North was part of the broader Taliban organization.

This detailed account of the Taliban's inner workings demonstrates the coherence of the Taliban's structure. In summary:

- The regional shuras pledged allegiance to Mullah Omar and his successors and never publicly challenged the primacy of the Rahbari Shura as the Taliban's central leadership body.
- The Taliban leadership has typically provided high-level guidance to Taliban commanders in Afghanistan through meetings with senior commanders and a rulebook.[192] This guidance has helped regulate the conduct of Taliban fighters throughout Afghanistan. When commanders have diverged from this guidance, the Rahbari Shura leadership has punished some of these renegade commanders.[193] This approach to command and control mirrors the U.S. Army's concept of mission command.
- The central Taliban leadership has worked to control and centralize the organization's finances and revenue.[194] There is some evidence that the Taliban's efforts succeeded. The U.N. estimated that more than two-thirds of the funds collected by Taliban commanders between March 2011 and March 2012 reached the Taliban's leadership.[195] As previously mentioned, regional shuras like the Peshawar Shura and Miranshah Shura reportedly sent money to the Rahbari Shura. With this money, the Taliban's central leadership rewarded loyal commanders and sent money to high priority areas, giving it a tool to control Taliban operations and providing resources for Taliban units to purchase weapons and carry out insurgent activities throughout Afghanistan.
- The Taliban sent representatives from one shura to serve on another shura to increase coordination. Haqqanis sat on the Rahbari Shura, the Peshawar Shura, and apparently the Mashhad Shura. The Rahbari Shura sent representatives to sit on the Quetta regional shura, the Peshawar Shura, and the Mashhad Shura. The Mashhad Shura, the Miranshah Shura, and the Peshawar Shura also sent representatives to meetings in Quetta.
- Although some regional shuras maintain a complex relationship with the Taliban's central leadership in Quetta, those regional shuras regularly cooperate with the Rahbari Shura's military operations and propaganda-related activities.[196] In contrast to the Rasool Shura that

---

[191] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 11, https://landinfo.no/asset/3589/1/3589_1.pdf.

[192] Abubakar Siddique, "The Quetta Shura: Understanding the Afghan Taliban's Leadership," *Terrorism Monitor* 12:4 (February 21, 2014); Jeffrey Dressler and Carl Forsberg, *Backgrounder: The Quetta Shura Taliban* (Washington, D.C.: Institute for the Study of War, December 2009), p.3, http://www.understandingwar.org/sites/default/files/QuettaShuraTaliban_1.pdf.

[193] Matthew Rosenberg, "Around an Invisible Leader, Taliban Power Shifts," *The New York Times,* December 28, 2014, https://www.nytimes.com/2014/12/29/world/around-an-invisible-leader-taliban-power-shifts.html?_r=0.

[194] Gretchen Peters, "The Taliban and the Opium Trade," in ed. Antonio Giustozzi, *Decoding the New Taliban* (New York: Columbia University Press, 2009), p. 13.

[195] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (2012), p. 13.

[196] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), pp. 11-12, https://landinfo.no/asset/3589/1/3589_1.pdf.

will be discussed in a later section, these shuras have not declared a break with the Taliban's central leadership.

As a result, this section shows that the Taliban, including its many regional shuras, acted as a singular, organization and did so effectively, maintaining cohesion while conducting attacks across the country. In my opinion, mischaracterizations of the Taliban's structure not only stem from a misreading of publicly available evidence but also from a misunderstanding of the value and necessity of the Taliban's leadership structure.

*The Logic Behind the Taliban's Structure.* The Taliban's structure was an organizational necessity for the Taliban's leadership. U.S. signals intelligence and counterterrorism efforts, which led to the arrest or death of numerous Taliban leaders, dissuaded many commanders from communicating over the phone. Operations security (OPSEC) was prized. A Taliban negotiator told U.S. officials that the Taliban relied on couriers for communications with its central leaders.[197] As a result, Taliban leaders could not micromanage operations due to logistical challenges and safety concerns, a fate that similarly plagued al-Qaeda at various points.

In addition, Brown and Rassler indicate that the Taliban leadership believed that it benefited from delegating substantial authority to regional commanders and putting a local face on its operations, such as the Haqqanis in Loya Paktia.[198] These "local faces" of the Taliban helped Afghans outside of the Taliban heartland in southern Afghanistan view the Taliban as a national organization rather than a purely Kandahari group. Without these "local faces," the Taliban would have likely struggled to develop a base of support around the country. This organizational structure also ensured that local commanders with extensive knowledge of their area of operations were empowered to make key operational decisions rather than rely entirely on someone in Quetta.

The Taliban's central leadership was not the only part of the Taliban to benefit from this arrangement. By embracing the Taliban's leadership, local fighters could receive a share of the Taliban's funds from abroad, garner a degree of legitimacy among the local population, and minimize violent disputes with other liked-minded factions.[199] Thomas Ruttig, in particular, noted that, by joining the Taliban, the Haqqanis and other groups got access to the "label of the [Taliban], as the most popular insurgent organization."[200] As a result, the Taliban's structure offered benefits to all of the organization's fighters and commanders. It was a mutually beneficial arrangement for all involved.

*Conclusion.* The Taliban adopted a structure, in which its senior leadership asserted control over the organization but local commanders were empowered to make individual decisions. While local commanders enjoyed substantial control over their operations, they coordinated with the rest of the Taliban and never publicly challenged the primacy of the Rahbari Shura and the emir. This structure

---

[197] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018).

[198] Brown & Rassler, *Fountainhead of Jihad*, Kindle ed., loc. 2307.

[199] Gretchen Peters, "The Taliban and the Opium Trade," in ed. Antonio Giustozzi, *Decoding the New Taliban* (New York: Columbia University Press, 2009), p. 13; Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in ed. Antonio Giustozzi, *Decoding the New Taliban,* (New York: Columbia University Press, 2009), p. 52.

[200] Thomas Ruttig, *The Other Side: Dimensions of the Afghan Insurgency: Causes, Actors, and "Approaches to Talks,"* (Kabul, Afghanistan: Afghanistan Analysts Network, July 2009), pp. 11-12, https://www.afghanistan-analysts.org/wp-content/uploads/downloads/2012/10/200907-AAN-Report-Ruttig-The-Other-Side.pdf.

not only was an operational necessity but also offered benefits for the Taliban's leadership and local fighters.

## VI.     Taliban Tactics and Claims of Responsibility

In the years since the U.S. intervention following the 9/11 attacks, the Taliban has established itself as a highly effective and lethal terrorist force. It has employed a variety of tactics, techniques, and procedures (TTPs) to achieve its military objectives. This section provides an overview of the evolution of Taliban tactics and its process of claiming responsibility for attacks. Based on that history, I conclude that Iran played an important role in making the Taliban a more tactically effective organization by providing the terrorist group with (among other things) weapons, training, and financing. With that historical overview and analysis, this section also offers a set of analytical tools and relevant context for analyzing the attacks under examination in this case.

*Evolution of Taliban tactics.* In the early days following the U.S. intervention in Afghanistan, the Taliban was no match for the potent combination of American airpower, special operations forces, and allies associated with the Northern Alliance. However, in the nearly two decades since the Taliban's fall from power, the group has emerged as a formidable politico-military force capable of controlling large swaths of Afghanistan. How did the Taliban turn the tide in its favor and engineer a sustainable insurgency? Tactical adaptation is part of the answer. The Taliban changed how it fought and became a more adaptable opponent.[201]

In particular, the Taliban transitioned from more conventional infantry tactics to asymmetric tactics. A study by the Center for Naval Analyses, based in large part on interviews with American and British troops, provides an excellent overview of how the Taliban's tactics evolved through 2008:

> From 2002 through most of 2005, the Taliban operated in small groups in remote areas and carried out hit-and-run attacks on isolated patrols. As the Taliban went on the offensive in late 2005 to 2006, they massed in large numbers near population centers and launched frontal assaults on heavily fortified positions. After taking heavy casualties and failing to push the coalition back, many insurgent commanders dispersed their forces and focused on small operations. The years 2007 and 2008 also saw a dramatic rise in the number and sophistication of IEDs and suicide attacks.[202]

British political scientist Theo Farrell, based on sources in British intelligence and the Taliban, indicated that the Taliban fighters in Helmand Province shifted from "conventional infantry assaults in 2006 and 2007 in an attempt to overrun British outposts" to "asymmetric tactics" due to the high casualty rates the group would incur in its conventional assaults from U.S. and allied forces returning fire and frequently calling in airstrikes on Taliban positions.[203] According to an article in *Newsweek*, Mullah Baradar formalized this shift in tactics with guidance conveyed to top regional commanders in

---

[201] Chad Serena, *It Takes More than a Network: The Iraqi Insurgency and Organizational Adaptation* (Palo Alto: Stanford Security Studies, 2014).

[202] Jerry Meyerle and Carter Malkasian, Insurgent Tactics in Southern Afghanistan: 2005-2008 (Alexandria, VA: Center for Naval Analyses, August 2009), p. 1, https://nsarchive2.gwu.edu/NSAEBB/NSAEBB370/docs/Document%205.pdf.

[203] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/#_ftnref38.

a summer 2009 meeting to minimize losses and shift to a greater reliance on asymmetric tactics, especially IEDs.[204]

One asymmetric tactic the Taliban employed was the use of ambushes. According to the Center for Naval Analyses, "most ambushes began with a volley of RPGs, followed by small arms fire. In most attacks, the insurgents broke contact before air support arrived (though in a minority of cases, they fought through airstrikes)."[205] Most of these attacks targeted ground troops, but some also targeted helicopters.

While ambushes became more frequent, the Taliban's shift toward asymmetric warfare was most pronounced in its increased use of IED attacks. Produced by the U.S. Department of Defense, the table below surveys U.S. military deaths in the Afghanistan War from 2001 to 2014. The table demonstrates the Taliban's pivot between 2006 and 2008 to IEDs as a weapon of choice. The percentage of U.S. troop fatalities in Afghanistan caused by IEDs increased from 27.6% (27 deaths) in 2006 to 54.2% (84 deaths) in 2008.[206] In contrast, the total number of military deaths from other causes remained relatively stable during this period.

| Year | Improvised Explosive Device | Suicide Bombs | Mortars/RPG's/Rockets | Landmine | Helicopter Losses* | Aircraft Losses* | Other Hostile Fire | Non-Hostile Causes* | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2001 | 0 (0%) | 0 (0%) | 0 (0%) | 0 (0%) | 2 (16.7%) | 0 (0%) | 4 (33.3%) | 6 (50.0%) | 12 |
| 2002 | 5 (10.2%) | 0 (0%) | 1 (2.0%) | 1 (2.0%) | 4 (8.2%) | 18 (36.7%) | 12 (24.5%) | 8 (16.3%) | 49 |
| 2003 | 1 (2.1%) | 0 (0%) | 0 (0%) | 0 (0%) | 19 (39.6%) | 0 (0%) | 12 (25.0%) | 16 (33.3%) | 48 |
| 2004 | 12 (23.1%) | 0 (0%) | 1 (1.9%) | 1 (1.9%) | 2 (3.8%) | 3 (5.8%) | 10 (19.2%) | 23 (44.2%) | 52 |
| 2005 | 18 (18.2%) | 0 (0%) | 2 (2.0%) | 5 (5.1%) | 36 (36.4%) | 1 (1.0%) | 20 (20.2%) | 17 (17.2%) | 99 |
| 2006 | 27 (27.6%) | 3 (3.1%) | 1 (1.0%) | 1 (1.0%) | 21 (21.4%) | 0 (0%) | 33 (33.7%) | 12 (12.2%) | 98 |
| 2007 | 33 (28.2%) | 1 (0.9%) | 9 (7.7%) | 1 (0.9%) | 13 (11.1%) | 0 (0%) | 35 (29.9%) | 25 (21.4%) | 117 |
| 2008 | 84 (54.2%) | 4 (2.6%) | 7 (4.5%) | 2 (1.3%) | 2 (1.3%) | 0 (0%) | 36 (23.2%) | 20 (12.9%) | 155 |
| 2009 | 142 (45.5%) | 8 (2.6%) | 21 (6.7%) | 0 (0%) | 13 (4.2%) | 2 (0.6%) | 91 (29.1%) | 35 (11.2%) | 312* |
| 2010 | 257 (51.5%) | 8 (1.6%) | 16 (3.2%) | 0 (0%) | 20 (4.0%) | 0 (0%) | 164 (32.9%) | 34 (6.8%) | 499 |
| 2011 | 183 (43.8%) | 9 (2.2%) | 12 (2.9%) | 0 (0%) | 35 (8.4%) | 0 (0%) | 132 (31.6%) | 47 (11.2%) | 418 |
| 2012 | 104 (33.5%) | 12 (3.9%) | 5 (1.6%) | 0 (0%) | 21 (6.8%) | 1 (0.3%) | 116 (37.4%) | 51 (16.5%) | 310 |
| 2013 | 40 (31.3%) | 6 (4.7%) | 12 (9.4%) | 0 (0%) | 20 (15.6%) | 4 (3.1%) | 28 (21.9%) | 18 (14.1%) | 128 |
| 2014 | 2 (10.5%) | 0 (0%) | 2 (10.5%) | 0 (0%) | 2 (10.5%) | 0 (0%) | 8 (42.1%) | 5 (26.3%) | 19 |
| Total | 908 (39.2%) | 51 (2.2%) | 89 (3.8%) | 11 (0.5%) | 210 (9.1%) | 29 (1.3%) | 701 (30.3%) | 317 (13.7%) | 2316 |

*Operation Enduring Freedom (Afghanistan) Military Deaths – U.S. Department of Defense*

In Helmand Province, Farrell writes that the number of IEDs detected "jumped from around 100 per month in late 2008 to more than 450 per month in the summer of 2009."[207] This tactical shift made sense for the Taliban.

Compared with other tactics like ambushes using small arms fire and RPGs, IEDs were a high impact-low risk weapon for the Taliban. They could kill or injure international and allied Afghan forces, even in armored vehicles. They could also limit the movements of U.S. and allied forces and put the

---

[204] Ron Moreau, "Meet the Taliban's New Chief," *Newsweek*, July 24, 2009, https://www.newsweek.com/meet-talibans-new-chief-81727.

[205] Jerry Meyerle and Carter Malkasian, Insurgent Tactics in Southern Afghanistan: 2005-2008 (Alexandria, VA: Center for Naval Analyses, August 2009), p. 4, https://nsarchive2.gwu.edu/NSAEBB/NSAEBB370/docs/Document%205.pdf.

[206] Ian S. Livingston & Michael O'Hanlon, *Afghanistan Index Also including selected data on Pakistan* at 10, The Brookings Inst. (May 14, 2014), https://www.brookings.edu/wp-content/uploads/2016/07/index20140514.pdf.

[207] Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/#_ftnref38.

international coalition's troops on the defensive. The Taliban could detonate these devices with relatively low risk of enemy fire. Furthermore, the Taliban often used videos of IED attacks on American troops as a major source of propaganda. As a result, IEDs became the Taliban's weapon of choice. As described below, Iranian assistance contributed to the increasing sophistication of the Taliban's IEDs over time.

Over time, these ambushes and small unit attacks became more sophisticated. Professor Thomas Johnson of the Naval Postgraduate School analyzed U.S. Marine Corps after action reports (AARs), and found that, over time, the Taliban began using more sophisticated tactics like creating interlocking fields of fire, using multiple types of weapons in attacks, using machine gun and RPG fire to cover for moving Taliban fighters, and occasionally maintaining firefights for long periods.[208] In many cases, attacks involved a combination of tactics, and IED attacks would be combined with small arms fire, ambushes, and other guerrilla-style techniques.

In my assessment, there are two reasons for these changes. First, local Taliban fighters likely learned from the lessons and failures of each firefight. Second, the Taliban received training from Iran, Pakistan, and al-Qaeda.[209] The U.S. State Department's 2011 *Country Reports on Terrorism* noted that the "Qods Force provided training to the Taliban in Afghanistan on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets."[210] That training likely made a significant difference. Giustozzi cited Taliban sources who claimed that "the main source of tactical innovation were the Pakistani and Iranian foreign advisors."[211] Iran's IRGC-QF trainers and advisers have significant battlefield and technical experience, and they have spent decades training, advising, and equipping proxy forces throughout the Middle East. The IRGC-QF's operatives evidently applied those skills and experiences to helping the Taliban throughout Afghanistan.

Around this time, the Haqqani Network, often as part of the Kabul Attack Network, increased its use of suicide attacks. The Haqqani Network was the first element of the Taliban to embrace suicide bombings.  It initially learned the tactic from al Qaeda and began using it in 2004.[212] It subsequently expanded its use of suicide bombings and created its aforementioned *Fedayin* Commission to manage those operations. Other regional shuras later adopted suicide bombing as a tactic but never utilized it as much as the Haqqanis. Giustozzi cites an estimate from Taliban sources that the Haqqanis carried out almost 70% of the Taliban's suicide attacks in 2015, often recruiting youth from radical madrassas in Afghanistan and Pakistan to carry out the attacks.[213] As a result, a division of labor emerged, with the Haqqanis handling most suicide bombings and complex suicide attacks, which I define as a type of suicide attack that typically features multiple insurgents using small arms fire and suicide vests to

---

[208] Thomas Johnson, "Taliban Adapations and Innovations," *Small Wars and Insurgencies*, 24:1 (2013), pp. 7-8, https://core.ac.uk/download/pdf/81222683.pdf.

[209] Lindsay Maizland and Zachary Laub, "The Taliban in Afghanistan," *The Council on Foreign Relations,* March 11, 2020, https://www.cfr.org/backgrounder/taliban-afghanistan.

[210] U.S. Department of State's Office of the Coordinator for Counterterrorism, *2011 Country Reports on Terrorism,* July 31, 2012, https://2009-2017.state.gov/j/ct/rls/crt/2011/195547.htm.

[211] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 3066; U.S. Department of State's Office of the Coordinator for Counterterrorism, *2011 Country Reports on Terrorism,* July 31, 2012, https://2009-2017.state.gov/j/ct/rls/crt/2011/195547.htm.

[212] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 3137.

[213] Brian Williams, "Mullah Omar's Missiles: A Field Report on Suicide Bombers in Afghanistan," *Middle East Policy* 15: 4 (2007), https://mepc.org/journal/mullah-omars-missiles-field-report-suicide-bombers-afghanistan.

attack high-profile targets.[214] These complex attacks targeted, in particular, hotels in Kabul, high-profile installations like the U.S. Embassy and NATO headquarters, and equivalently high-profile Afghan government targets. Iran regularly provided the Taliban and Haqqani Network with explosives and other weapons necessary for these attacks, as well as training to conduct more complex, high-profile attacks.[215]

The Taliban, however, continued to rely on the IED as a crucial element of its insurgency. By 2011, Giustozzi reported that the Taliban was producing IEDs on an industrial scale in Helmand, Kandahar, and Khost Provinces.[216] According to *The New York Times*, a pair of November 2009 raids in Kandahar targeting Taliban IED facilities yielded "a half-million pounds of ammonium nitrate," a highly explosive substance used in most Taliban bombs at that time, and "about 2,000 bomb-making devices like timers and triggers."[217] For context, Timothy McVeigh used 600 pounds of ammonium nitrate to destroy a federal building in Oklahoma City in 1995 and kill 168 people.[218] The magnitude of the Taliban's IED operations even impressed its adversaries. A general with the international coalition sarcastically said in 2010 that "an enemy that can generate 8,000 IEDS [in a year] and bring 8,000 IEDS to bear and have a major effect, we ought to hire the J-4, the logistician."[219]

The Taliban's IEDs also began to increase in sophistication. As the Taliban ramped up its IED production, it relied heavily on artisanal ammonium nitrate devices. However, Giustozzi notes that "an important turning point" in the Taliban's IED campaign was the "Iranian provision of industrially manufactured mines," which were "tactically superior" and "much safer" for those deploying them.[220] In 2008, British special forces discovered that Iran was providing the Taliban with explosively formed penetrators (EFPs), highly lethal explosives that killed many U.S. soldiers in Iraq.[221] In August 2009, Afghan forces also discovered EFPs, likely from Iran, in Afghanistan near the Iranian border.[222] Then, in 2012, Iran also gave the Taliban "remote control mines."[223] As a result, these Iranian-made weapons likely featured in some of the IED attacks discussed in the complaint and increased the lethality of the Taliban's IED operations. Former Secretary of Defense Robert Gates accused Iran of playing a "double game" in Afghanistan.[224] This double game included Iran covertly supplying EFPs, AK-47s,

---

[214] Thomas Johnson, "Taliban Adapations and Innovations," *Small Wars and Insurgencies*, 24:1 (2013), pp. 7-8, https://core.ac.uk/download/pdf/81222683.pdf.

[215] *See, e.g.*, U.S. State Dep't, Country Reports on Terrorism 2012, at 196 (May 2013), https://www.state.gov/j/ct/rls/crt/2012/209985.htm. (describing Iranian provision of weapons); Counter Insurgency Targeting Program – Afghanistan, Iranian Influence in Uruzgan at [8] (Mar. 8, 2011) (Ex. G ) (describing Iranian intelligence officers traveling to Afghanistan to train suicide bombers).

[216] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 3086.

[217] Dexter Filkins, "Bomb Material Cache Uncovered in Afghanistan," *The New York Times,* November 10, 2009, https://www.nytimes.com/2009/11/11/world/asia/11afghan.html.

[218] Alan Cullison and Yaroslav Trofimov, "Karzai Bans Ingredient of Taliban's Roadside Bombs," *The Wall Street Journal,* February 3, 2010, https://www.wsj.com/articles/SB10001424052748703822404575019042216778962.

[219] Roy Gutman, "Afghanistan war: How Taliban tactics are evolving," *The Christian Science Monitor,* March 15, 2010, https://www.csmonitor.com/World/2010/0315/Afghanistan-war-How-Taliban-tactics-are-evolving.

[220] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 3066.

[221] Mark Townsend, "Special forces find proof of Iran supplying Taliban with equipment to fight British," *The Guardian,* June 21, 2008, https://www.theguardian.com/uk/2008/jun/22/military.afghanistan.

[222] Mark Thompson, "U.S. Forces Get New Protection in Afghanistan," *Time,* October 28, 2008, http://content.time.com/time/nation/article/0,8599,1932837,00.html.

[223] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 3066.

[224] Sajjan M. Gohel, "Iran's Ambiguous Role in Afghanistan," *CTC Sentinel* 3:3 (March 2010), https://ctc.usma.edu/irans-ambiguous-role-in-afghanistan/.

plastic explosives, and mortars to the Taliban.[225] In short, Iran is complicit in the deaths and maiming of numerous U.S. military personnel throughout Afghanistan.

While less lethal overall than IEDs, insider attacks, in which Afghan forces betray and kill their American and Afghan colleagues, proved to be a vexing threat. According to a report from the Modern War Institute at the U.S. Military Academy, insider attacks claimed the lives of at least 157 NATO personnel between 2007 and 2017.[226] While less numerous than IED attacks or ambushes, these assaults, given the attackers' access to U.S. and allied facilities and the element of surprise, could wreak havoc on a base, negatively impact troop morale, and reduce collaboration between Afghan forces and their international allies. According to a study conducted by Marc Sageman for the U.S. military, most of the attacks stemmed from Afghan soldiers and policemen planning to defect.[227] When they declared their intentions to Taliban commanders, the Taliban commanders demanded that they conduct an attack against U.S. and Afghan government forces to prove their loyalty to the Taliban's cause.

The Taliban's embrace of asymmetric tactics, such as IEDs, suicide attacks, and insider attacks, made for an increasingly lethal insurgency. These tactics fueled some of the territorial gains mentioned in prior sections. They also feature prominently in the present case.

*Taliban claims of responsibility.* Since the start of the insurgency, the Taliban has developed a system for claiming responsibility for attacks. They have an official "spokesman," official media accounts, and official social media accounts. These claims of responsibility, while fabricating certain details like the number of victims, are often credible.

Taliban statements, including claims of responsibility, largely come from a centralized source. The Taliban's leadership council or emir sometimes signs the group's statements. However, the group's "spokesman" typically claims responsibility for attacks. Pakistani authorities captured one Taliban spokesman, Mohammed Hanif, in January 2007. Hanif was "paraded on television in subsequent weeks denouncing the [Taliban] movement and its tactics."[228] According to Joanna Nathan from the Institute for War and Peace Reporting, "presumably to spare such humiliation, the two main points of contact [in late 2008 for the Taliban]—Qari Yousaf, for the south, and Zabihullah Mujahid, for the eastern and central region—are aliases used by a variety of people according to journalists who deal with them."[229] The Taliban have since utilized Zabihullah Mujahid as their sole spokesman. The name frequently appears in Afghan and international press outlets providing an official Taliban response to

---

[225] Lionel Beehner, "Backgrounder: Is Iran Abetting the Taliban?" *The New York Times*, June 11, 2007, https://archive.nytimes.com/www.nytimes.com/cfr/world/slot1_20070611.html?pagewanted=print.

[226] Javid Ahmad, "Dress Like Allies, Kill Like Enemies: An Analysis of 'Insider Attacks' in Afghanistan," (West Point: Modern War Institute, April 4, 2017), p. 3, https://mwi.usma.edu/wp-content/uploads/2017/04/Dress-Like-Allies-Kill-Like-Enemies.pdf.

[227] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), pp. 617, 619.

[228] Joanna Nathan, "Reading the Taliban," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 26.

[229] Joanna Nathan, "Reading the Taliban," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 26.

events or attacks. In the aftermath of the Afghan Government to the Taliban, Zabihullah Mujahid claims to have been living in Kabul during much of this time.[230]

Although the Taliban developed a reputation as theologically inflexible luddites in the United States and many other countries, that reputation belies Taliban efforts to build a more robust media presence over the years. The *Wall Street Journal* referred to the Voice of Jihad as "a slick multilingual Web site run by the Taliban's high command."[231] Over time, the Taliban transitioned much of its multilingual material to *al-Emara* (the Emirate), a Taliban website that exists to this day. For Arabic speakers, it created the website *Al-Samoud* (Standing Firm) in 2006 and has published articles on roughly a monthly basis.[232] All these outlets have published



Logo for al-Emara

Taliban communiqués, articles, and claims of responsibility for attacks. The Taliban has also ventured into the realm of social media with a set of Twitter accounts for Zabihullah Mujahid. He has previously claimed responsibility for attacks using the handles @zabihmujahid (no longer active), @ZabihullahM4 (no longer active), and @Zabehulah_M33 (active as of July 2021).

The central Taliban's media apparatus will claim responsibility for attacks by different regional shuras. In particular, when the Haqqani Network has conducted major attacks, the central Taliban leadership through Zabihullah Mujahid has typically claimed responsibility. However, after Taliban claims of responsibility for Haqqani attacks, U.S. or Afghan authorities normally then specify that the Haqqani Network was involved. The Haqqanis acknowledge that they defer to the Taliban in Quetta for public relations and claiming attacks. Asked if the Haqqani Network was behind the attacks on the U.S. Embassy in Kabul and NATO headquarters in Afghanistan in September 2013, Sirajuddin Haqqani said: "For some reasons, I would not like to claim that fighters of our group had carried out the recent attack on U.S. embassy and NATO headquarters. Our central leadership, particularly senior members of the shura, suggested I should keep quiet in the future if the US and its allies suffer in future."[233] While cryptic, Sirajuddin's language indicates that he follows the lead of the central Taliban when it comes to claims of responsibility.

Overall, some aspects of the Taliban's claims of responsibility are generally credible. In my experience, when the Taliban claims responsibility for an attack, it usually conducted the attack in question. I reach this conclusion for three reasons. First, there is usually some confirmation from the Afghan government and international coalition of the Taliban's involvement. To look at four examples, the Taliban claimed responsibility for a 2008 attack on the Serena Hotel in Kabul, a 2011 attack on the Intercontinental Hotel in Kabul, a 2011 attack on the U.S. Embassy and NATO headquarters, and a 2018 attack on the Intercontinental Hotel in Kabul. The Federal Bureau of Investigation (FBI) has

---

[230] "Lived in Kabul for years, right under everyone's noses: Taliban spokesperson Zabihullah Mujahdid," *India Today*, September 13, 2021, https://www.indiatoday.in/world/story/lived-in-kabul-for-years-taliban-spokesperson-zabihullah-mujahid-1852100-2021-09-13.

[231] Yaroslav Trofimov, "Kabul Promotes Its Side of Taliban Attack," *The Wall Street Journal*, January 21, 2010.

[232] "Al-Sumud Magazine – A Review," *IDC Herzliya International Institute for Counter-Terrorism*, July 13, 2016, https://www.ict.org.il/Article/1732/al-sumud-magazine-a-review#gsc.tab=0.

[233] Michael Gorgy, "Exclusive - Haqqanis to follow Taliban on Afghan peace," *Reuters*, September 16, 2011, https://www.reuters.com/article/oukwd-uk-pakistan-afghanistan-haqqani-idAFTRE78G0JD20110917.

indicated that Sirajuddin Haqqani had a role in the 2008 attack.[234] The U.S. State Department concluded that the Haqqani Network bore responsibility for the 2011 attack on the Intercontinental Hotel.[235] NATO commander Gen. John Allen and the U.S. Department of State implicated the Haqqani Network in the 2011 attack against the U.S. Embassy and NATO headquarters.[236] For the 2018 attack, the Afghan Ministry of the Interior blamed the Haqqani Network.[237] Furthermore, I assess that the relevant government agency based its attribution for the attack on more than the Taliban's claims of responsibility. While these examples are only a small fraction of those available, if I broadened the sample, we would continue to find external confirmation from the Afghan government and international coalition. Indeed, several attacks at issue in this case were both claimed by the Taliban and corroborated by government sources. Examples include the October 2011 suicide bombing that killed Lt. Col. David Cabrera, Staff Sergeant Christopher R. Newman, and Sergeant James Darrough,[238] whose family members are plaintiffs in this case, as well as the attack on U.S. forces in Wanat, Nuristan Province on July 13, 2008.[239] The attack killed Corporal Jason Bogar, 1st Lieutenant Jonathan Brostrom, Sergeant Israel Garcia, Corporal Jason Hovater, Corporal Pruitt Rainey, and Corporal Gunnar Zwilling—five soldiers whose family members are plaintiffs in this case.[240] The Afghan government and international coalition frequently corroborate the Taliban's claims of responsibility.

Second, the Taliban's claims of responsibility are normally plausible. Since the start of its insurgency, the Taliban has been the strongest anti-government insurgent group in Afghanistan. The targets selected and the tactics employed generally align with my understanding of the Taliban's motives and TTPs. Furthermore, the attacks often occur where the Taliban maintains area of operations dominance or is the dominant insurgent group. Other insurgent groups also rarely contest the Taliban's claims of responsibility for attacks. The National Counterterrorism Center's (NCTC) 2010 Report on Terrorism illustrates this point. According to the report, of the Taliban-claimed terrorist attacks in Afghanistan that killed more than ten individuals in 2010, five of the seven attacks occurred in areas—Kabul, Helmand Province, Kandahar Province, and Paktika province—where the Taliban was clearly the strongest insurgent group.[241] HIG only challenged one of the Taliban's claims of responsibility. In these attacks, the Taliban used some variant of an IED, one of its preferred tactics.

---

[234] U.S. Federal Bureau of Investigation, "Most Wanted: Sirajuddin Haqqani," n.d., accessed July 29, 2020, https://www.fbi.gov/wanted/terrorinfo/sirajuddin-haqqani.

[235] U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," n.d. (accessed July 29, 2020), https://rewardsforjustice.net/english/sirajuddin_haqqani.html.

[236] Jack Healy & Alissa Rubin, "U.S. Blames Pakistan-Based Group for Attack on Embassy in Kabul," *The New York Times*, September 14, 2011; U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," n.d. (accessed July 29, 2020), https://rewardsforjustice.net/english/sirajuddin_haqqani.html.

[237] Mohammad Halim Karimi, "Haqqani Network Behind Kabul Hotel Attack: MoI," *Pajhwok Afghan News* (Afghanistan), January 21, 2018.

[238] Rod Nordland, "12 Americans Die as Blast Hits Bus in Afghanistan," *The New York Times*, October 29, 2011.

[239] Bill Roggio, "Joint Al-Qaeda and Taliban Force Behind Nuristan Base Attack," *FDD's Long War Journal*, July 14, 2008, https://www.longwarjournal.org/archives/2008/07/joint_al_qaeda_and_t.php.

[240] Michelle Tan, "Hard-hit C Company suffers another agonizing blow," *Military Times,* July 13, 2008, https://thefallen.militarytimes.com/army-cpl-jason-m-bogar/3630789; U.S. Army Aviation Center of Excellence and Fort Rucker, "Wanat, Battle of (13 July 2008)," May 26, 2020, https://rucker.army.libguides.com/c.php?g=861328; Jim Sciutto, "'Relax, Brother': Exclusive Video Shows Taliban Attack that Killed 9 U.S. Soldiers at Afghan Post," *ABC News*, November 12, 2009.

[241] National Counterterrorism Center, *2010 Report on Terrorism* (April 30, 2011), https://www.dni.gov/files/documents/2010_report_on_terrorism.pdf.

Most importantly, NCTC's mention of these claims of responsibility suggests that NCTC views these claims as credible to some extent.

Third, the Taliban has not claimed responsibility for some attacks, particularly those where there are a lot of civilian casualties.[242] UNAMA's 2018 report indicated that the Taliban only claimed responsibility for 943 of the 4,072 civilian casualties for which it was responsible.[243] NCTC's profile of the Afghan Taliban also details how the Taliban did not claim responsibility for a 2015 attack in Kabul "because of the massive civilian casualties."[244] This reticence to claim every attack suggests that the Taliban, while careful to protect its image in the eyes of Afghans, is unlikely to claim credit for any attack in Afghanistan—whether it conducted the attack or not. This reticence stands in contrast to some jihadist groups that have been more willing to claim responsibility for attacks, which they did not commit, for propaganda purposes. For example, ISIS claimed responsibility for the 2017 Las Vegas shooting, despite a lack of evidence of its involvement.[245] While the Taliban's motive for its more conservative approach to claiming attacks remains unclear, its track record adds a degree of credibility to the attacks that it does claim.

Still, some elements of Taliban claims of responsibility are inaccurate. The Taliban will frequently provide incorrect figures on the number of victims and even the number of fighters, which participated in the attack. For example, the Taliban claimed that only one fighter executed the 2015 Park Palace Attack whereas a report by Norwegian Armed Forces indicated that three fighters took part in the attack.[246] It also routinely overstates the number of people killed, or vehicles destroyed, in its insurgent attacks. I view the *details* of Taliban claims of responsibility skeptically, but these claims are usually a *credible indicator of Taliban involvement* in an attack, especially when the Afghan government or international coalition corroborate them.

*Conclusion*. This section has detailed the increasing sophistication of the Taliban's tactics and evolution over the course of the insurgency, as well as its penchant for asymmetric tactics like IEDs and ambushes. Furthermore, it has demonstrated why the Taliban's claims of responsibility for attacks are largely credible, even if the precise details in the claims are sometimes off. This information helps provide a framework for determining responsibility for some attacks in the Cabrera case. However, in the absence of a Taliban claim of responsibility, it is necessary to analyze the Taliban's area of operations dominance to assess which insurgent groups conducted which attacks.

---

[242] Ibid.

[243] United Nations Assistance Mission in Afghanistan, *Afghanistan Protection of Civilians in Armed Conflict: Annual Report 2018* (February 2019), p. 4, https://unama.unmissions.org/sites/default/files/unama_annual_protection_of_civilians_report_2018_-_23_feb_2019_-_english.pdf.

[244] National Counterterrorism Center, *Counterterrorism Guide: Afghan Taliban*, accessed on October 27, 2020, https://www.dni.gov/nctc/groups/afghan_taliban.html.

[245] Saphora Smith, "Las Vegas Shooting: ISIS Claim of Responsibility Is Sign of Desperation," *NBC News,* October 3, 2017, https://www.nbcnews.com/storyline/las-vegas-shooting/las-vegas-shooting-isis-claim-responsibility-sign-desperation-say-experts-n807076.

[246] Norwegian Armed Forces, "How Norwegian Special Operators Helped Rescue 49 Hostages," p. 17; Kate Clark, *The Park Palace Attack: More Losses for Afghanistan*, May 14, 2015, https://www.afghanistan-analysts.org/en/reports/war-and-peace/the-park-palace-attack-more-losses-for-afghanistan/.

## VII.   Taliban Areas of Operations Dominance and Attack Zones

Throughout the course of its insurgency, the Taliban has distinguished itself as the preeminent anti-government terrorist group in Afghanistan. However, its strength has varied across the country, and ebbed and flowed in different provinces over time. The Taliban's historical strongholds are in Helmand, Kandahar, and other southern, predominantly Pashtun parts of Afghanistan. The Taliban's Haqqani Network has long retained a stronghold in the Loya Paktia region of eastern Afghanistan. Despite its origins as a Pashtun organization from southern Afghanistan, the Taliban has demonstrated countrywide reach. To demonstrate that reach and help assign responsibility for attacks, this section provides provincial assessments of the Taliban's areas of operations dominance.

In that regard, the Taliban has a few major competitors: HIG, the Rasool Shura, and ISIS-Khorasan Province (ISIS-K). As previously mentioned, HIG, which existed prior to the U.S. invasion, cooperated with the Taliban as part of the broader terrorist syndicate in Afghanistan, but remained a distinct organization. HIG was historically a strong militant force in eastern Afghanistan.[247] However, many of its fighters defected to the Taliban, specifically the Peshawar Shura.[248]

The Rasool Shura emerged as a Taliban splinter group in western Afghanistan after the announcement of Mullah Omar's death in 2015.[249] Rasool objected to Mullah Mansour becoming Mullah Omar's successor.[250] Despite claiming authority over all of Afghanistan, the Rasool Shura, based in Farah Province, had most of its following as of 2017 in western and southern Afghanistan.[251] In 2017, Giustozzi estimated that the Rasool Shura had thousands of fighters in Helmand and Kandahar Provinces, in addition to others farther west.[252] However, Giustozzi's estimates suggest that the Rasool Shura did not have personnel numbers superior to the mainline Taliban in any region of Afghanistan. Additionally, the Rasool Shura emerged after the vast majority of cases at issue here occurred, making it at best a marginal player for most of them.

As ISIS gained ground in Iraq and Syria, it tried to establish a foothold in Afghanistan.[253] It quickly took steps to solidify a formal presence in the country. In January 2015, local ISIS commanders announced the creation of ISIS-Khorasan Province (ISIS-K). Following its creation, the group operated primarily in eastern Afghanistan, particularly Nangarhar, Jowzjan, and Kunar Provinces.[254] However, by 2019, the group, facing attacks from the international coalition and the Taliban, suffered

---

[247] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1908.

[248] Ibid., loc. 3086.

[249] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 21, https://landinfo.no/asset/3589/1/3589_1.pdf.

[250] Max Taylor, "Mullah Rasool and the Taliban Splinter Faction," *Intelligence Fusion*, April 5, 2019, https://www.intelligencefusion.co.uk/blog/mullah-rasool-and-the-taliban-splinter-faction.

[251] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 7, https://landinfo.no/asset/3589/1/3589_1.pdf.

[252] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 7, https://landinfo.no/asset/3589/1/3589_1.pdf.

[253] Lauren McNally et al, *The Islamic State in Afghanistan*, (Washington, D.C.: Middle East Institute, May 2016), https://www.mei.edu/sites/default/files/publications/PF12_McNallyAmiral_ISISAfghan_web.pdf.

[254] Khalid Alokozay and Mujib Mashal, "ISIS Claims Assault That Killed 7 Near Pakistani Consulate in Afghanistan," *New York Times,* January 13, 2016, https://www.nytimes.com/2016/01/14/world/asia/jalalabad-afghanistan-blast.html .

major losses of personnel and territory, though it retained the capability to launch spectacular attacks.[255]

To assess the relative strength of these competitors to the Taliban at a provincial level, I consider primary and secondary sources describing the activities of the Taliban, HIG, the Rasool Shura, and ISIS-K in each province where an attack in the complaint occurred. Most secondary sources are expert reports produced by scholars and journalists with substantial research experience related to the Afghan insurgency. For primary sources, I use some quotations from interviews with Taliban leaders, as well as Taliban claims of responsibility for attacks. As detailed in the prior section, Taliban claims of responsibility are typically an accurate indicator of Taliban involvement in an attack. However, the Taliban usually exaggerates key details in these claims of responsibility, such as casualty figures.

Each provincial assessment focuses on the period between the first and last attacks at issue in the province. For example, if attacks listed in the complaint occurred from 2009 to 2012, my analysis only covers insurgent activities in the province from 2009 to 2012. Further, if the attacks occurred prior to the formation of the Rasool Shura and ISIS-K, which was often the case, I exclude these groups from my assessment.

In my assessments, I distinguish between two sets of provinces: those where the Taliban operated with little to no insurgent competition and those where other groups clearly rivaled the Taliban's strength and capabilities. Where the Taliban appears to have operated with little to no competition, I generally conclude that the Taliban **very likely** had area-of-operations dominance. Where the Taliban seems to have faced stiffer competition but retained the upper hand, I generally conclude that the Taliban **likely** had area-of-operations dominance. I rely on this probabilistic framework, given the general dearth of information about Taliban activities in certain provinces during some periods of the group's insurgency. The below chart summarizes my conclusions.

| Geographic Region | Timeframe | Conclusion |
|---|---|---|
| Southern Afghanistan | 2007-2019 | The Taliban very likely carried out all the attacks in this region in this case |
| Loya Paktia | 2007-2013 | The Taliban's Haqqani Network very likely carried out all the attacks in this region in this case |
| Southeastern Afghanistan | 2007-2019 | The Taliban's Haqqani Network or the broader Taliban very likely carried out all the attacks in this region in this case. |
| N2KL | 2007-2015 | The Taliban (with direct participation by al-Qaeda) likely carried out all the attacks in this region in this case |
| Kabul | 2007-2019 | The Kabul Attack Network very likely carried out all the attacks in this region in this case |
| North Central Afghanistan | 2007-2016 | The Taliban likely carried out all the attacks in this region in this case |
| Western Afghanistan | 2009-2012 | The Taliban very likely carried out all the attacks in this region in this case |

---

[255] Thomas Gibbons-Neff and Mujib Mashal, "ISIS Is Losing Afghan Territory. That Means Little for Its Victims," *The New York Times,* December 2, 2019, https://www.nytimes.com/2019/12/02/world/asia/ISIS-afghanistan-baghdadi.html.

***Southern Afghanistan***. This region includes Kandahar and Helmand provinces, which have traditionally been Taliban strongholds.


*Kandahar Province - BBC*

When attacks at issue occurred in **Kandahar Province** between 2007 and 2014, the Taliban very likely exercised area of operations dominance in the province. This assessment should come as little surprise, given that the Taliban originated in Kandahar Province. The Taliban operated in Kandahar Province since the beginning of the insurgency, and Kandahar has been accurately described as the "center of gravity" for the militant group's efforts in the country.[256] It should also come as little surprise that the Taliban claimed numerous attacks on U.S. and allied troops during the relevant time period, including:

- July 1, 2008: The Taliban claimed to have killed Canadian troops in the Zhari District.[257]

- November 14, 2010: The Taliban claimed responsibility for a suicide bombing attack against American soldiers in the Zhari District.[258]

- February 7, 2011: The Taliban claimed responsibility for a suicide bombing attack on American troops in Kandahar City.[259] Sergeant Patrick R. Carrol was killed as a result of injuries sustained in this attack.[260] His family members are plaintiffs in this case.

---

[256] Carl Forsberg, *The Taliban's Campaign for Kandahar* (Washington, D.C. Institute for the Study of War, December 2009), p. 6, http://www.understandingwar.org/sites/default/files/The_Talibans_Campaign_For_Kandahar.pdf; Antonio Giustozzi, *The Taliban at War: 2001-2018*, Kindle ed., loc. 424.

[257] "Taliban Finds Mass-Media as Enemy Tools; Attack in Kandahar," SITE Intelligence Group, July 1, 2008, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-7-1-08-taliban-mass-media-kills-25-canadians.html (Ex. H).

[258] "Afghan Taliban Claims Killing 43 American Soldiers in Two Operations," SITE Intelligence Group, November 17, 2010, https://ent.siteintelgroup.com/Jihadist-News/at-sbs-kill-43.html/ (Ex. I).

[259] "Afghan Taliban Claims Killing 14 in Kandahar Suicide Bombing," SITE Intelligence, February 7, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-2-7-11-at-sb-kandahar-14.html. (Ex. J).

[260] "Sgt. Patrick R. Carroll Faces of the Fallen," *Washington Post*, n.d. https://apps.washingtonpost.com/national/fallen/5880/patrick-carroll/; Alisa J. Rubin, "In Kandahar, Another Suicide Bomber Kills Two," *The New York Times*, February 7, 2011, https://www.nytimes.com/2011/02/08/world/asia/08afghanistan.html.

- August 15, 2012: The Taliban claimed responsibility for shooting down an American helicopter in the Shah Wali District.[261] *CNN* and *The Guardian* both reported that seven Americans were killed in a helicopter crash on this date in Kandahar Province.[262]

- March 12, 2014: The Taliban claimed responsibility for an attack on the former headquarters of the Afghan intelligence service in Kandahar. Three Taliban assailants were killed in the attack, but not before they managed to wound one member of the security forces and one civilian.[263]

Beyond the Taliban's historical dominance in the province and claims of attacks, there is no evidence suggesting that HIG had a meaningful presence in the province. Additionally, though the Rasool Shura maintained a small presence in Kandahar, this splinter group didn't emerge until 2015, so it would not have been a factor in the attacks at issue. Therefore, the Taliban was very likely the dominant group in the province.



*Helmand Province – BBC*

**Helmand Province** has long been a Taliban stronghold. When the attacks at issue in the province occurred from 2007 to 2019, the Taliban very likely maintained area of operations dominance in the area. I reach this conclusion for three reasons.

First, secondary sources leave little doubt that the Taliban was the main force in Helmand Province capable of challenging the Afghan government for control. Giustozzi and British journalist Tom Coghlan separately concluded that the Taliban reorganized in Helmand Province in the earliest days of the insurgency and built a strong presence there.[264] As Jeffrey Dressler, then an analyst at the Institute for the Study of War in Washington, D.C., writes, "From 2004 to 2006, the insurgency in Helmand grew significantly due to abusive local governance, poor military planning, and an absence of sufficient combat forces."[265] As a result,

---

[261] "Afghan Taliban Claims Killing 33 in Chinook Downing in Kandahar," SITE Intelligence Group, August 15, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-33-in-chinook-downing-in-kandahar.html. (Ex. K).

[262] Joe Sterling, "7 Americans Among 11 Dead in Afghan Helicopter Crash," *CNN*, August 16, 2012, https://www.cnn.com/2012/08/16/world/asia/afghanistan-violence/index.html;   Emma   Graham-Harrison, "Afghanistan   Helicopter   Crash   Kills   11,"   *The   Guardian*,   August   16,   2012, https://www.theguardian.com/world/2012/aug/16/afghanistan-helicopter-crash-kills-11.

[263] Ruhi Khan, "Afghan Forces Kill 3 Attackers in Battle in South," Terrorism Research & Analysis Consortium, March 12, 2014, https://www.trackingterrorism.org/chatter/afghan-forces-kill-3-attackers-battle-south.

[264] Tom Coghlan, "The Taliban in Helmand: An Oral History," *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 125; Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 424.

[265] Jeffrey Dressler, *Counterinsurgency in Helmand: Afghanistan Report 8* (Washington, D.C.: Institute for the Study of War, January 2011), p. 10.

Dressler assessed in 2011 that "the Taliban insurgency virtually controlled the Helmand River Valley, including key populated districts and towns from Nawa in the south to Kajaki and Musa Qala in the north. The Taliban enjoyed sanctuary across Helmand's southern border with Pakistan, and safe haven throughout southern, central, and northern Helmand."[266] That territorial control translated into many attacks on U.S. forces.

Second, the Taliban claimed responsibility for numerous attacks on U.S. and allied forces in the province. Those attacks include:

- July 15, 2009: The Taliban claimed responsibility for an attack on American forces in Garmsir District.[267]

- November 27, 2014: The Taliban claimed to have attacked the Shorab airbase (previously known as Camp Bastion) and killed American troops.[268]

- January 5, 2016: The Taliban claimed responsibility for an attack on U.S. forces in the Marjah district of Helmand Province.[269] This attack claimed the life of Sergeant 1st Class Matthew McClintock.[270] Sergeant 1st Class McClintock's family members are plaintiffs in the case.

- June 6, 2017: The Taliban claimed to have ambushed and killed American troops in the Garamsir District of Helmand Province.[271]

- October 22, 2019: The Taliban claimed to have fired rockets at the U.S. airbase in Lashkar Gah.[272]

These examples outline a clear record of Taliban attacks on U.S. and allied forces in Helmand Province and thus bolster relevant secondary-source accounts regarding Taliban activities in the province.

---

[266] Jeffrey Dressler, *Counterinsurgency in Helmand: Afghanistan Report 8* (Washington, D.C.: Institute for the Study of War, January 2011), p. 11.

[267] "Taliban Claims Multiple Strikes on Enemy Forces in Helmand," SITE Intelligence Group, July 16, 2009, https://ent.siteintelgroup.com/Statements/7-16-09-taliban-multiple-strikes-helmand.html (Ex. L).

[268] "Afghan Taliban Gives Full Report and Video on Shorab Airbase Raid," SITE Intelligence Group, December 2, 2014, https://ent.siteintelgroup.com/Statements/afghan-taliban-gives-full-report-and-video-on-shorab-airbase-raid.html (Ex. M).

[269] "Afghan Taliban Claims Tens of Americans Dead in Helicopter Downing in Helmand," SITE Intelligence Group, January 6, 2016, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-tens-of-americans-dead-in-helicopter-downing-in-helmand.html (Ex. N).

[270] Michelle Tan, "Fallen Green Beret earns Silver Star for final act of heroism," *The Army Times,* March 7, 2016, https://www.armytimes.com/news/your-army/2016/03/07/fallen-green-beret-earns-silver-star-for-final-act-of-heroism/.

[271] "Afghan Taliban Claims Killing and Wounding 4 U.S. Forces in Helmand, Rocket Strike on Resolute Support HQ in Kabul," SITE Intelligence Group, June 6, 2017," https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-killing-and-wounding-4-u-s-forces-in-helmand-rocket-strike-on-resolute-support-hq-in-kabul.html (Ex. O).

[272] "Afghan Taliban Claims Firing Barrage of 65 Rockets at U.S. Base in Helmand," SITE Intelligence, October 22, 2019, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-firing-barrage-of-65-rockets-at-u-s-base-in-helmand.html (Ex. P).

Third, while insurgent competitors were present in the province, they came nowhere close to rivaling the Taliban's grip on Helmand. A report from the U.S. Institute of Peace concludes that there was a minimal HIG presence in Helmand after 9/11.[273] While the Rasool Shura tried to make inroads into Helmand, Giustozzi estimated in 2017 that the number of Taliban fighters allied with the Rahbari Shura dwarfed the number of Rasool Shura fighters in the area.[274] Similarly, ISIS-K struggled to make inroads in the province. According to the Armed Conflict Location and Event Data (ACLED) Project, ISIS-K only conducted two attacks in Helmand Province from 2017 to 2019, a small fraction of the attacks carried out in the province during that period.[275] As a result, the Taliban was very likely the dominant insurgent group in the area.

***Loya Paktia***. This is a culturally Pashtun area in southeastern Afghanistan comprising primarily Khost, Paktia, and Paktika Provinces. It is the traditional stronghold of the Haqqani Network, a part of the Taliban.


*Khost Province – BBC*

When the attacks at issue took place from 2007 to 2012, the Taliban's Haqqani Network very likely had area of operations dominance in **Khost Province** for three reasons. First, primary and secondary sources indicate that Khost was a stronghold of the Taliban's Haqqani Network. In February 2005, Sirajuddin Haqqani "identified himself as the head of the Taliban military committee for the provinces of Paktia, Paktika, Khost, Ghazni, and Logar."[276] According to Giustozzi, the Rahbari Shura assigned responsibility for the province to the Haqqani-dominated Miranshah Shura.[277] Thomas Ruttig, writing in 2009, concluded that "the Haqqani Network is the strongest insurgent structure in Loya Paktia and is responsible for most of the armed activities there."[278] The Loya Paktia region includes Khost Province.

Second, the Taliban claimed responsibility for several attacks during the period in question. For example, the Taliban claimed responsibility for an attack on an American military vehicle in the Yaqobai District on June 9, 2007.[279] The Taliban also claimed responsibility for suicide bombing

[273] Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.

[274] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 7, https://landinfo.no/asset/3589/1/3589_1.pdf.

[275] Armed Conflict Location and Event Data Project (ACLED), dataset, "2017-01-01-2019-12-31-Caucusus_and_Central_Asia-Afghanistan," August 1, 2020, https://acleddata.com/data-export-tool/.

[276] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 63.

[277] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 9, https://landinfo.no/asset/3589/1/3589_1.pdf.

[278] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 62.

[279] "Harvest of Taliban Military Operations, June 8-June 10, 2007, Fires Rockets at Afghanistan President Hamid Karzai in Ghazni Province," SITE Intelligence Group, June 11, 2007, https://ent.siteintelgroup.com/Jihadist-News/harvest-of-

attacks against American troops on both December 1, 2010, and October 1, 2012.[280] *The New York Times* and *The Washington Post* later reported that a suicide bomber killed "international service members" and Afghans in Khost on October 1, 2012.[281] Additionally, the Taliban claimed responsibility for the June 2012 attack on Forward Operating Base Salerno, which killed eight — including Private First Class Vincent J. Ellis, whose family members are plaintiffs in this case — and wounded several more.[282]

Third, while there were HIG fighters active in the province in the time period when the attacks at issue occurred, Khost did not seem to be a major HIG area of operations.[283] As of 2009, Ruttig wrote that "the influence of Hekmatyar's Hizb-i-Islami in the South-East is still limited geographically to small 'islands.'"[284] Therefore, the Taliban's Haqqani Network was very likely stronger than HIG in the province.



*Paktia Province – BBC*

When the attacks at issue occurred in Paktia Province from 2007 to 2013, the Taliban's Haqqani Network very likely maintained area of operations dominance. I reach this conclusion for three reasons. First, Taliban statements and independent expert assessments make clear that Paktia was a

taliban-military-operations-june-8-june-10-2007-fires-rockets-at-afghanistan-president-hamid-karzai-in-ghazni-province.html (Ex. Q).

[280] "Afghan Taliban Claims Defending Civilians Against US Raid," SITE Intelligence Group, December 1, 2010, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-defending-civilians-against-us-raid.html (Ex. R).; "Afghan Taliban Claims Khost Suicide Bombing, Reports on Wardak Incident," October 1, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-khost-suicide-bombing-reports-on-wardak-incident.html/ (Ex. S).

[281] Alissa J. Rubin & Farooq Jan Mangal, "Suicide Bomber on Foot Attacks Joint Patrol in Eastern Afghanistan, Killing 19," *The New York Times*, October 1, 2012, https://www.nytimes.com/2012/10/02/world/asia/suicide-bomber-afghanistan.html; Sayed Salahuddin, "Three NATO Soldiers Killed in Afghan Suicide Bombing," *The Washington Post*, October 1, 2012, https://www.washingtonpost.com/world/three-nato-soldiers-killed-in-deadly-afghan-suicide-attack/2012/10/01/c252adc4-0ba2-11e2-bd1a-b868e65d57eb_story.html.

[282] Bill Roggio & Bill Ardolino, "Taliban Release Video of Haqqani Network Suicide Assault on FOB Salerno," *FDD's Long War Journal*, July 24, 2012.

[283] "Hizb-i-Islami Gulbuddin (HIG)," *Institute for the Study of War,* n.d., http://www.understandingwar.org/hizb-i-islami-gulbuddin-hig; International Security Assistance Force Joint Command, press release, "Forces kill insurgents in Afghanistan airstrike," March 29, 2011, https://www.army.mil/article/53963/forces_kill_insurgents_in_afghanistan_airstrike.

[284] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 84.

Haqqani stronghold. As previously noted, in February 2005, Sirajuddin Haqqani "identified himself as the head of the Taliban military committee for the provinces of Paktia, Paktika, Khost, Ghazni, and Logar."[285] According to Giustozzi, the Haqqani-dominated Miranshah Shura oversaw Taliban operations in the province, bolstering Haqqani's claim.[286] Thomas Ruttig, writing in 2009, provides a good summary of the Taliban's strength in the province. He writes, "The Haqqani Network was more and more effectively able to constrain governmental space in Loya Paktia and, from there, in Wardak and Logar since the end of 2006."[287] Soon, Haqqani fighters were regularly operating throughout Paktia.[288] By 2008, Ruttig notes that "Haqqani groups that had infiltrated the margins of Paktia's provincial capital Gardez were carrying out a series of armed raids, kidnapping, and executions around the town."[289] As a result, Ruttig concluded that "the Haqqani Network is the strongest insurgent structure in Loya Paktia and is responsible for most of the armed activities there."[290] As its name suggests, Loya Paktia includes Paktia Province.

Second, Taliban claims of responsibility for attacks on U.S. troops and allies in the province bolster Ruttig's conclusion. For example, the Taliban claimed responsibility for downing two helicopters in Paktia during the time period when the attacks at issue took place: one in the Niki District on July 5, 2010, and one in the Zurmat District on August 8, 2011.[291] Reporting from *The Washington Post* noted that on August 8, 2011, a NATO helicopter made a "hard landing" in Paktia Province, and NATO officials launched an investigation into the cause of the emergency landing.[292] The Taliban also claimed responsibility for a September 26, 2013 insider attack against American soldiers.[293] This attack claimed the life of Staff Sergeant Thomas A. Baysore, Jr.[294] Staff Sergeant Baysore's family members are plaintiffs in this case.

---

[285] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 63.

[286] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 9, https://landinfo.no/asset/3589/1/3589_1.pdf.

[287] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 70.

[288] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 70.

[289] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 71.

[290] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 62.

[291] "Afghan Taliban Claims Killing 14 US Soldiers, Downing Helicopter," SITE Intelligence Group, July 6, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-7-6-10-at-kills-14-downs-chopper.html (Ex. T); "Afghan Taliban Claims Shooting Down Three Helicopters," SITE Intelligence Group, August 8, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-shooting-down-three-helicopters.html (Ex. U).

[292] Sayed Salahuddin, "NATO Helicopter Makes 'Hard Landing' in Southeastern Afghanistan," *The Washington Post*, August 8, 2011, https://www.washingtonpost.com/world/nato-helicopter-goes-down-during-afghan-offensive/2011/08/08/gIQAXIKs1I_story.html.

[293] "Afghan Taliban Claims Killing 11 in Helmand Suicide Bombing, Infiltrator Attack in Paktia," SITE Intelligence Group, September 27, 2013, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-11-in-helmand-suicide-bombing-infiltrator-attack-in-paktia.html (Ex. V).

[294] "Faces of the Fallen Staff Sgt. Thomas A. Baysore, Jr.," *Washington Post*, n.d. https://apps.washingtonpost.com/national/fallen/33091/thomas-baysore-jr/; Matthew Rosenberg, "Gunman in Afghan Military Uniform Kills Coalition Solider," *New York Times*, September 26, 2013, https://www.nytimes.com/2013/09/27/world/asia/gunman-in-afghan-army-uniform-kills-coalition-soldier.html.

Third, although HIG had a presence in the province when the attacks at issue occurred, it apparently did not rival the Taliban's presence in the province. While the Institute for the Study of War found that Paktia Province was one of HIG's main areas of operations, the U.S. Institute of Peace found that HIG controlled only a few communities in the Province after 9/11.[295] Ruttig wrote that, as of 2009, "the influence of Hekmatyar's Hizb-i-Islami in the South-East is still limited geographically to small 'islands.'"[296] Considering that Paktia Province is in southeastern Afghanistan, Ruttig's assessment appears to confirm the assessment from the U.S. Institute of Peace. Therefore, the Taliban very likely was the preeminent insurgent group in the province when the attacks occurred.



*Paktika Province – BBC*

When the attacks at issue occurred in Paktika Province from 2007 to 2013, the Taliban's Haqqani Network very likely had area of operations dominance. Primary and secondary sources again point to a strong Haqqani Network presence in the province. In February 2005, Sirajuddin Haqqani "identified himself as the head of the Taliban military committee for the provinces of Paktia, Paktika, Khost, Ghazni, and Logar."[297] Apparently confirming Haqqani's claim, Giustozzi reported that the Rahbari Shura assigned responsibility for the province to the Haqqani-dominated Miranshah Shura.[298] According to Thomas Ruttig, "the Haqqani Network is the strongest insurgent structure in Loya Paktia and is responsible for most of the armed activities there."[299] That region encompasses Paktika Province. In 2007, a tribal elder from Paktia told Ruttig that Paktika was "lost" and a "black hole," effectively beyond the reach of the Afghan state.[300] As with other provinces, Taliban claims of responsibility for attacks bolster these statements by Sirajuddin Haqqani, Giustozzi, and Ruttig. These claims of responsibility include:

---

[295] "Hizb-i-Islami Gulbuddin (HIG)," *Institute for the Study of War,* n.d., http://www.understandingwar.org/hizb-i-islami-gulbuddin-hig; Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.

[296] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 84.

[297] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 63.

[298] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 9, https://landinfo.no/asset/3589/1/3589_1.pdf.

[299] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 62.

[300] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 70.

- August 27, 2007: The Taliban claimed responsibility for an attack on American troops on the night of August 26, 2007 in the Ziruk District.[301] Staff Sergeant Nicholas R. Carnes was killed in this attack.[302] His family members are plaintiffs in this case.

- March 28, 2011: The Taliban claimed to have killed "joint enemy" soldiers in a suicide attack in the Barmal District.[303]

Furthermore, it appears that the Taliban did not face major competition from other insurgent groups in Paktika Province at the time. According to Casey Garrett Johnson of the U.S. Institute of Peace, some HIG recruitment occurred in Paktika.[304] However, as of 2009, Thomas Ruttig wrote that "the influence of Hekmatyar's Hizb-i-Islami in the South-East is still limited geographically to small 'islands.'"[305] As a result, the Taliban was very likely the dominant group in the province when the attacks occurred.

***Southeastern Afghanistan.*** This is the area of Afghanistan south of the capital, Kabul, and west of Loya Paktia. It includes Ghazni, Logar, Uruzgan, Wardak, and Zabul Provinces. Both the broader Taliban and the Haqqani Network element of the Taliban are active here.


*Ghazni Province - BBC*

When the attacks at issue in **Ghazni Province** occurred from 2007 to 2012, the Taliban's Haqqani Network very likely had area of operations dominance. I reach this conclusion for two reasons. First, a mix of primary and secondary sources point to Haqqani control in the province. In February 2005, Sirajuddin Haqqani "identified himself as the head of the Taliban military committee for the provinces of Paktia, Paktika, Khost, Ghazni, and Logar."[306] According to Giustozzi, Haqqani was correct. The

301 "Harvest of Taliban Military Operations, August 24-27, 2007," SITE Intelligence Group, August 28, 2007, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-28-07-taliban-ops-aug-24-27.html (Ex. W).

302 "Carnes, Nicholas Ray (P3, C1, L9)," *Kentucky National Guard Memorial*, n.d., https://kyngmemorial.com/html/carnes_nicholas_r.html; "One ISAF Soldier Killed, One Wounded in Southern Afghanistan," *International Security Assistance Force*, August 27, 2007, https://www.nato.int/isaf/docu/pressreleases/2007/08-august/pr070827-615.html.

303 "Afghan Taliban Claims Suicide Bombing, Kidnapping 50 Police," SITE Intelligence Group, March 28, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-3-28-11-at-sb-kidnapping-abandon.html (Ex. X).

304 Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 8, 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.

305 Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 84.

306 Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 63.

Rahbari Shura assigned responsibility for the province to the Haqqani-dominated Miranshah Shura.[307] In addition, Thomas Ruttig of the Afghanistan Analysts Network who spent over ten years in Afghanistan working as a scholar, journalist, and diplomat determined in a 2009 report that "the Haqqani Network is the strongest insurgent structure in Loya Paktia and is responsible for most of the armed activities there."[308] This area includes Ghazni. The Taliban also claimed responsibility for at least one attack on coalition forces in Ghazni during the time period in question: a suicide bombing on May 7, 2012, against "occupation forces" in the Nawa District.[309] The attack killed three American soldiers, according to *The Los Angeles Times*.[310]

Second, the Taliban had little competition for control. HIG maintained a limited presence in the region at this time. Ruttig wrote that the influence of HIG in southeastern Afghanistan "was still limited geographically to small 'islands'" as of 2009.[311]


*Logar Province – BBC*

When the attacks at issue in **Logar Province** occurred from 2008 to 2013, the Taliban very likely exercised area of operations dominance. As previously discussed, Logar Province marked one of the places where Quetta regional military shura operations and Haqqani Network operations overlapped. In February 2005, Sirajuddin Haqqani "identified himself as the head of the Taliban military committee for the provinces of Paktia, Paktika, Khost, Ghazni, and Logar," and the Haqqani Network had a presence in Logar at that time.[312] However, the Taliban elements from the Quetta regional military shura were reportedly stronger than the Haqqani Network in this part of Afghanistan in 2008.[313] Nevertheless, the presence of both Taliban elements ensured a potent Taliban insurgency in the province. According

[307] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 9, https://landinfo.no/asset/3589/1/3589_1.pdf.

[308] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 62.

[309] "Afghan Taliban Claims Two Suicide Bombings in New Spring Campaign," SITE Intelligence, May 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-two-suicide-bombings-in-new-spring-campaign.html (Ex. Y).

[310] "Chase S. Marta," *The Los Angeles Times,* n.d., http://projects.latimes.com/wardead/name/chase-s-marta/.

[311] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 84.

[312] Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 63; Thomas Ruttig, *The Other Side: Dimensions of the Afghan Insurgency: Causes, Actors, and "Approaches to Talks"* (Kabul, Afghanistan: Afghanistan Analysts Network, July 2009), p. 11-12, https://www.afghanistan-analysts.org/wp-content/uploads/downloads/2012/10/200907-AAN-Report-Ruttig-The-Other-Side.pdf

[313] Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 51; Joint IED Defeat Organization & Counter IED Operations/Intelligence Integration Center, "Logar Province Analysis," November 29, 2012.

to Afghan scholar Mohammad Osman Tariq Elias, "By 2008, most of [Wardak and Logar] provinces were under *de facto* Taliban control."[314] This robust Taliban presence is also evident through attacks against U.S. forces that the group claimed, including:

- September 29, 2011: The Taliban claimed to have killed an American soldier in the Khushi District.[315]

- December 2, 2011: The Taliban claimed to have "completely destroyed" an American base in a suicide bombing attack, which the Taliban also alleged resulted in the deaths of American soldiers.[316] Despite the Taliban's exaggerations, a report from the United States Department of State confirmed that a suicide bombing attack occurred outside of Combat Outpost McClain in Logar Province on December 2, resulting in the death of one Afghan and one U.S. Embassy employee.[317]

- August 7, 2012: The Taliban claimed to have killed American troops in a suicide bombing attack on an American base in the city of Pul-i-Alam.[318]

The Taliban's operational strength in Logar apparently overshadowed HIG in the province. To be clear, there are some conflicting accounts about HIG's activities in Logar Province. A 2018 study from the United States Institute of Peace indicated that HIG only controlled a few communities in Logar post-9/11 whereas an article published in the *Terrorism Monitor* in 2005 indicated that HIG was relatively strong in Logar Province.[319] Elias, however, suggests that HIG elements in Logar Province operated with the Taliban's approval after agreeing to the Taliban's conditions.[320] This reported arrangement further indicates that the Taliban was the strongest insurgent group in the province. As a result, the Taliban very likely represented the more potent insurgent force in the province.

---

[314] Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 54.

[315] "Afghan Taliban Claims Killing Soldier Resisting Surrender; Suicide Bombing," SITE Intelligence Group, September 29, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-soldier-resisting-surrender-suicide-bombing.html (Ex. Z).

[316] "Afghan Taliban Claims Leveling US Base in Suicide Bombing," SITE Intelligence, December 2, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-12-2-11-at-sb-levels-base-logar.html (Ex. AA). For additional reporting about the attack, *see* "Bomber Attacks NATO Afghanistan Base in Logar Province," *BBC News*, December 2, 2011, https://www.bbc.com/news/world-asia-16003113.

[317] *Significant Attacks Against U.S. Diplomatic Facilities and Personnel 1998-2013,* (Washington, D.C.: United States Department of State Bureau of Diplomatic Security, 2014), p. 20, https://2009-2017.state.gov/documents/organization/225846.pdf.

[318] "Afghan Taliban Claims Killing Dozens in Logar Suicide Bombing," SITE Intelligence, August 7, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-dozens-in-logar-suicide-bombing.html (Ex. BB).

[319] Casey Garrett Johnson*, The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf; David Isby, "Trojan Horse or Genuine Schism? The Hezb-e-Islami Split," *Terrorism Monitor* 2:11 (May 19, 2005), https://jamestown.org/program/trojan-horse-or-genuine-schism-the-hezb-e-islami-split/.

[320] Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 53.



*Uruzgan Province – BBC*

The Taliban very likely held area of operations dominance when the attacks at issue in **Uruzgan Province** occurred from 2007 to 2012 and then again in 2019. I reach this conclusion for three reasons. First, the Taliban has a deep historical connection to this area. The group's former deputy leader and negotiator, Mullah Baradar, and many other high-level Taliban commanders are from Uruzgan Province.[321] This connection allowed the Taliban to reestablish itself in Uruzgan after it fell from power. Second, primary and secondary sources indicate that the Taliban was the dominant insurgent force in the province. In 2006, the Gizab and Chor districts fell to the Taliban, according to Martine van Biljert, a former Dutch diplomat and founder of a research organization based in Kabul.[322] Van Biljert also found that, as of 2009, the Taliban had a presence in all but one district of Uruzgan.[323] The Taliban also claimed responsibility for at least one attack during the time period in question. Specifically, the Taliban claimed responsibility for a December 17, 2009 suicide bombing attack against the gate of an Afghan army base in the Deh Rahwod district.[324] Third, there was no evidence of a significant or Rasool Shura presence in the district. In 2019, the Department of Defense reported that ISIS-K resided in Nangarhar with some territory in Kunar in eastern Afghanistan, implying the group



*Wardak Province – BBC*

had little to no activity in Uruzgan.[325] Thus, the Taliban was very likely the strongest insurgent group in the province from 2007 to 2012 and in 2019.

When the attacks at issue occurred in **Wardak Province** from 2009 to 2013, the Taliban very likely had area of operations dominance in the province. Primary and secondary sources point to a robust Taliban presence in Wardak Province when the attacks occurred.

---

[321] Martine van Biljert, "Unruly Commanders and Violent Power Struggles: Taliban Networks in Uruzgan," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 158.

[322] Martine van Biljert, "Unruly Commanders and Violent Power Struggles: Taliban Networks in Uruzgan," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 158, 173.

[323] Martine van Biljert, "Unruly Commanders and Violent Power Struggles: Taliban Networks in Uruzgan," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 163.

[324] "Taliban Claims Suicide Bombings in Khost, Uruzgan," SITE Intelligence Group, December 17, 2009, https://ent.siteintelgroup.com/Jihadist-News/taliban-claims-suicide-bombings-in-khost-uruzgan.html (Ex. CC). For additional reporting about the attack, *see* "Seven Civilians Killed in Afghan Blast," Reuters, December 17, 2009, https://www.reuters.com/article/idUKSGE5BG0H9.

[325] Department of Defense, *Enhancing Security and Stability in Afghanistan,* (December 2019), p. 26. https://www.hsdl.org/?view&did=833880.

55

Giustozzi wrote that, by 2005, the Taliban had reestablished a foothold in the province with four fronts of 100 to 300 fighters.[326] By 2008, the Quetta regional military shura was reportedly the strongest Taliban element in the province.[327] However, the Haqqani Network had a presence in Wardak well before 2009, and the Taliban appointed a Haqqani-linked shadow governor in 2009.[328] In total, Taliban fighters managed to put the Afghan government on the defensive in Wardak. According to Afghan scholar Mohammad Osman Tariq Elias, "By 2008, most of [Wardak and Logar] provinces were under *de facto* Taliban control."[329] As one would expect with *de facto* Taliban control of parts of Wardak, the Taliban claimed responsibility for numerous attacks on U.S. and allied forces during the period in question. These attacks include:

- July 5, 2010: The Taliban claimed to have inflicted "human and material losses" on American soldiers in an "ambush" in the Jaghatu and Saydabad Districts of Wardak Province.[330]

- August 6, 2011: The Taliban claimed to have shot down an American helicopter in the Saydabad district.[331] The attack killed, among many others, two Navy SEALs, Petty Officer 1st Class Darrik C. Benson and Senior Chief Petty Officer Thomas A. Ratzlaff, and an Army pilot, Chief Warrant Officer 2 Bryan J. Nichols.[332] Their family members are plaintiffs in this case.

- September 11, 2011: The Taliban claimed to have killed American soldiers in a suicide bombing attack at an American "headquarters" in the Saydabad District.[333]

- July 23, 2013: The Taliban claimed to have killed American soldiers in a suicide bombing attack in the Saydabad District. [334]

---

[326] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 499.

[327] Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 51.

[328] Thomas Ruttig, *The Other Side: Dimensions of the Afghan Insurgency: Causes, Actors, and "Approaches to Talks,"* (Kabul, Afghanistan: Afghanistan Analysts Network, July 2009), p. 11-12, https://www.afghanistan-analysts.org/wp-content/uploads/downloads/2012/10/200907-AAN-Report-Ruttig-The-Other-Side.pdf

[329] Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 54.

[330] "Afghan Taliban Claims Killing 14 US Soldiers, Downing Helicopter," SITE Intelligence Group, July 6, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-7-6-10-at-kills-14-downs-chopper.html (Ex. T).

[331] "Afghan Taliban Claims Helicopter Downing that Killed 38 Soldiers," SITE Intelligence Group, August 6, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-helicopter-downing-that-killed-38-soldiers.html. (Ex. DD).

[332] Molly Hennessy-Fiske, "Navy Special Warfare Operator Petty Officer 1st Class Darrik Benson dies at 28; SEAL was killed in downing of helicopter in Afghanistan," *Los Angeles Times,* August 28, 2011, https://www.latimes.com/local/obituaries/la-xpm-2011-aug-28-la-me-darrik-benson-20110828-story.html; Army Chief Warrant Officer 2 Bryan J. Nichols," *Military Times,* n.d., https://thefallen.militarytimes.com/army-chief-warrant-officer-2-bryan-j-nichols/6567933; "SOCS (SEAL) Thomas Ratzlaff," *Pritzker Military,* n.d., https://www.pritzkermilitary.org/explore/museum/past-exhibits/seal-unspoken-sacrifice/thomas-ratzlaff; Ray Rivera, Alissa J. Rubin & Thom Shanker, "Copter Downed by Taliban Fire; Elite U.S. Unit Among Dead," *The New York Times,* August 6, 2011, https://www.nytimes.com/2011/08/07/world/asia/07afghanistan.html.

[333] "Afghan Taliban Boasts of Inflicting Large Casualties in Saydabad Attack," SITE Intelligence Group, September 12, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-9-12-11-at-saydabad-sb.html (Ex. EE).

[334] "Afghan Taliban Claims Killing 31 US Soldiers in two Suicide Bombings," SITE Intelligence Group, July 23, 2013, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-31-us-soldiers-in-two-suicide-bombings.html (Ex. FF).

Therefore, the Taliban was a major fighting force in the province. However, the Taliban also faced competition in Wardak.

HIG reportedly established an important presence in Wardak. While the sourcing on HIG's presence remains thin, a report from Casey Garrett Johnson of the U.S. Institute of Peace described HIG's operations in Wardak Province. According to the report, HIG managed to gain control of several districts in Wardak after 9/11.[335] The report also notes that, by late 2007, the Taliban and HIG "clashed" in Wardak Province, and "the following year both groups began issuing competing claims for attacks on foreign forces."[336] However, HIG suffered some defections to the Taliban, "allowing the Taliban to establish themselves in strategic southern and northern approaches to Kabul from 2010 onward."[337] Therefore, the Taliban had likely gained the upper hand by the time the attacks at issue in this case occurred.

The U.S. Institute of Peace report also provides some valuable insight into both groups' approach to attacks on international forces. It notes that "though both groups were interested in targeting international military forces, the absence of HIG attacks on the government limited its cooperation with the Taliban."[338] As a result, it is likely that the Taliban, and not HIG, conducted the attacks at issue in Wardak Province.



*Zabul Province*

When the attacks at issue occurred in **Zabul Province** from 2008 to 2012, the Taliban very likely had area of operations dominance. Primary and secondary sources indicate that the Taliban was the dominant insurgent group in the province. A Zabul-based scholar wrote that as of late 2008, "the insurgency practically controls all the districts of the province with the exception of Qalat centre.… The insurgency in Zabul is overwhelmingly dominated by the Taliban. Other groups such as Hekmatyar's faction of Hizb-i-Islami, the Haqqani Network, Salafi and Wahabi groups, Khuddam-ul-

---

[335] Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.
[336] Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 13, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.
[337] Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 13, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.
[338] Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 13, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.

Furqan and groups of bandits, active elsewhere in the country, do not exist in this province."[339] The Taliban also claimed responsibility for multiple attacks in this province during the time period in question. These attacks include:

- November 19, 2009: The Taliban claimed responsibility for a car bombing on November 19, 2009 in the Shahjoy District.[340] Reporting from both *Reuters* and *CNN* confirms that a suicide bomber did kill two American soldiers in the Shahjoy District on this date.[341] Staff Sergeant John J. Cleaver—whose family members are plaintiffs in the complaint—lost his life in this attack.[342]

- June 11, 2010: The Taliban also claimed responsibility for another suicide bombing targeting American troops in the Shahjoy District on June 11, 2010.[343]

- September 21, 2010: In the Daychopan District, the Taliban claimed responsibility for an attack on an American helicopter that killed nine NATO service members on September 21, 2010.[344]

These sources indicate that the Taliban was very likely the dominant insurgent group in the province when the attacks at issue occurred.

**N2KL.** This is an area in eastern Afghanistan which includes Nangarhar, Nuristan, Kunar, and Laghman provinces where al-Qaeda has provided elevated levels of support to the Taliban. Given al-Qaeda's longstanding ties to this specific region, its fighters felt comfortable operating in N2KL, acting as a force multiplier by embedding within Taliban fighting units.

---

[339] Abdul Awwal Zabulwal, "Taliban in Zabul: A Witness Account," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 179, 186

[340] "Taliban Claims Killing 22 Foreign Forces in Suicide Bombing," SITE Intelligence Group, November 19, 2009, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-11-19-09-taliban-kills-22-in-sb-zabul.html (Ex. GG).

[341] "FACTBOX: Security Developments in Afghanistan, Nov 19," *Reuters*, November 19, 2009, https://in.reuters.com/article/us-afghanistan-developments-idUSTRE5AI2KZ20091119; "Two U.S. Troops Killed in Afghanistan," *CNN*, November 19, 2009, https://www.cnn.com/2009/WORLD/asiapcf/11/19/afghanistan.troops.killed/index.html.

[342] "Army Staff Sgt. John J. Cleaver," *Military Times*, n.d. https://thefallen.militarytimes.com/army-staff-sgt-john-j-cleaver/4389649.

[343] "Afghan Taliban Claims Killing 13 US Soldiers in Suicide Bombing," SITE Intelligence, June 11, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-11-10-at-sb-zabul.html (Ex. HH).

[344] "Afghan Taliban Claims Downing Helicopter, Suicide Bombings," SITE Intelligence Group, September 21, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-9-21-10-at-sbs-downing-helicopter.html (Ex. II). For additional reporting about the attack, *see* "9 Deaths in What is Coalition's Deadliest Year in Afghanistan," *CNN*, September 21, 2010, https://www.cnn.com/2010/WORLD/asiapcf/09/21/afghanistan.chopper.crash/index.html; Alissa J. Rubin, "2010 is Deadliest Year for NATO in Afghan War," *The New York Times*, September 21, 2010, https://www.nytimes.com/2010/09/22/world/asia/22afghan.html.



When the attacks at issue in this case occurred in **Kunar Province** from 2007 to 2012, the Taliban likely exercised area of operations dominance. As mentioned for the provincial assessment for Kunar Province, Giustozzi provided an overview of how a large swath of HIG fighters in the region where Kunar is located defected to the Taliban. Although HIG had historically been "predominant" in eastern Afghanistan, including Kunar, the Taliban worked to coopt important elements of HIG.[345] The Taliban managed to convince most of the Shamsatoo Shura to join the emerging Peshawar Shura in March 2005. According to the Giustozzi, the shura, renamed the Shamsatoo Mahaz, became the largest part of the Peshawar Shura.[346] One of the Shura's leaders, Qari Baryal, dominated Kunar Province as part of an alliance with Taliban commander Dost Mohammed.[347] Giustozzi's reporting implies that this defection swung the balance of power in Kunar Province from HIG to the Taliban, as it did in Kapisa. While not confirming all of the details in Giustozzi's account, Wesley Morgan from the U.S. Institute of Peace indicated that the Taliban managed to coopt some insurgent fighters in the province.[348] The Taliban's claims of responsibility for attacks in Kunar Province from 2007 to 2012 further bolster Giustozzi's case. For example:

*Caption: Kunar Province*

- October 19, 2007: The Taliban claimed to have used an explosive to attack an American tank, alleging that this killed the troops in the vicinity.[349]

- June 21, 2010: The Taliban claimed to have killed American troops in a suicide bombing on June 21 in the Shigal District.[350]

---

[345] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1908.

[346] Ibid., loc. 1921.

[347] Ibid., loc. 1945.

[348] Wesley Morgan, *Ten Years in Afghanistan's Pech Valley,* (Washington, D.C.: United States Institute of Peace, 2015), https://www.usip.org/sites/default/files/SR382-Ten-Years-in-Afghanistans-Pech-Valley.pdf.

[349] "Harvest of Taliban Military Operations, October 19-20, 2007," SITE Intelligence, October 22, 2007, https://ent.siteintelgroup.com/Jihadist-News/harvest-of-taliban-military-operations-october-19-20-2007.html (Ex. JJ).

[350] "Afghan Taliban Claims Attack by Female Suicide Bomber," SITE Intelligence Group, June 22, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-22-10-at-female-sb-kunar.html (Ex. KK).

- August 8, 2012: The Taliban claimed to have used a suicide bombing attack to kill "soldiers of the occupation forces" in the city of Asadabad.[351] Command Sergeant Major Kevin J. Griffin was killed in this attack.[352] His family members are plaintiffs in this case.

While the Shamsatoo Shura's defection in March 2005 apparently did not eliminate the HIG presence in Kunar, this mix of primary and secondary sources suggests that the Taliban became the dominant insurgent group in Kunar after that point.[353]



*Laghman Province – BBC*

When the attacks at issue occurred in **Laghman Province** from 2009 to 2011, the Taliban likely had area of operations dominance for two reasons. First, primary and secondary sources point to the Taliban as the strongest insurgent group in the area. A 2008 RAND Corporation report concludes that the Taliban was the strongest group in the province at the time.[354] Giustozzi also writes that the Peshawar Shura saw an uptick in external support partially because it was "fighting well" in some eastern Afghan provinces, including Laghman, around 2010.[355] Ruttig also writes there is a strong Taliban network among the province's Pashai minority.[356] In addition to this expert analysis, the Taliban claimed responsibility for a June 27, 2011 insider attack against American troops in Alishing District of Laghman Province.[357] These sources demonstrate, at minimum, that the Taliban had a robust fighting force in Laghman Province.

---

[351] "Afghan Taliban Claims Killing 17 in Kunar Suicide Bombings," SITE Intelligence Group, August 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-17-in-kunar-suicide-bombings.html (Ex. LL).
[352] "Attack in Asadabad – Suicide Bomb Leaves Command Sgt. Major, Two Officers Dead," *Military Times*, March 27, 2013, https://www.militarytimes.com/2013/03/27/attack-in-asadabad-suicide-bomb-leaves-command-sgt-major-two-officers-dead/; Alissa J. Rubin, "Fatal Attack Shows Plan to Unsettle Afghanistan," *New York Times*, August 8, 2012.
[353] Casey Garrett Johnson*, The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf; David Kilcullen, "Taliban and Counter-Insurgency in Kunar," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York: Columbia University Press, 2009), p. 236-238.
[354] Seth Jones, *Counterinsurgency in Afghanistan* (Arlington, VA: RAND Corporation, 2008), p. 39, https://www.rand.org/content/dam/rand/pubs/monographs/2008/RAND_MG595.pdf.
[355] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 2216.
[356] Thomas Ruttig, *The Other Side: Dimensions of the Afghan Insurgency: Causes, Actors, and "Approaches to Talks,"* (Kabul, Afghanistan: Afghanistan Analysts Network, July 2009), p. 13, https://www.afghanistan-analysts.org/wp-content/uploads/downloads/2012/10/200907-AAN-Report-Ruttig-The-Other-Side.pdf.
[357] "Afghan Taliban Reports Afghan Soldier Killing Three Americans," SITE Intelligence Group, June 27, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-reports-afghan-soldier-killing-three-americans.html (Ex. MM).

Second, it is not clear that HIG had the fighting force to match the Taliban from 2009 to 2011 in Laghman Province. There are conflicting accounts of HIG's strength in Laghman Province. According to the Institute for the Study of War, Laghman Province was one of HIG's main areas of operations.[358] However, a report from the United States Institute of Peace indicated that HIG only controlled several communities in Laghman.[359] These accounts suggest that Laghman Province was one of the provinces where HIG was the most active, despite only controlling a few communities. As a result, these accounts imply that HIG was relatively weak in Laghman Province—and in Afghanistan more broadly. While Giustozzi does not detail the impact of the Shamsatoo Shura's defection on HIG in Laghman, it likely affected HIG's strength in the province, as any size defection is going to leave a group with less manpower and possible lower morale.[360] As a result, it is more likely than not that the Taliban was the dominant fighting force when the attacks occurred.



*Nangarhar Province*

From the first attack at issue in 2008 until ISIS-K's formation in 2015, the Taliban likely exercised area of operation dominance in **Nangarhar Province**. As noted for other eastern provinces, the defection of HIG's Shamsatoo Shura to the Taliban in March 2005 apparently gave the Taliban the upper hand in eastern Afghanistan, including Nangarhar Province.[361] In particular, Giustozzi wrote that Shamsatoo's "Qari Habibullah and his brother Qari Atiqullah dominated in Nangarhar," and their defection apparently allowed the Taliban became the dominant force in the province.[362] While there was reportedly some remaining HIG presence in Nangarhar Province as of 2007, Giustozzi indicates that the Taliban was likely the stronger force.[363]

Although ISIS-K's robust operations in Nangarhar Province starting in 2015 complicate any subsequent assessment of insurgent group strength, only one attack at issue occurred following the formation of ISIS-K. It appears that the Taliban was responsible for that attack. On June 10, 2017, an Afghan soldier conducted an insider attack in Nangarhar Province, killing three American soldiers.[364]

[358] "Hizb-i-Islami Gulbuddin (HIG)," *Institute for the Study of War,* n.d., http://www.understandingwar.org/hizb-i-islami-gulbuddin-hig; "Les zones d'influence talibanes en Afghanistan," *Le Monde* (France), May 3, 2007, https://web.archive.org/web/20070517072931/http://www.lemonde.fr/web/infog/0,47-0@2-3216,54-905049@51-907647,0.html.

[359] Casey Garrett Johnson*, The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.

[360] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1908.

[361] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1921.

[362] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1945.

[363] "Les zones d'influence talibanes en Afghanistan," *Le Monde* (France), May 3, 2007, https://web.archive.org/web/20070517072931/http://www.lemonde.fr/web/infog/0,47-0@2-3216,54-905049@51-907647,0.html.

[364] Rod Nordland, "3 U.S. Soldiers Are Killed and a 4th Is Wounded by an Afghan Soldier," *New York Times,* June 10, 2017.

The Taliban subsequently claimed responsibility.[365] Corporal Dillon Baldridge and Sergeant William Bays died as a result of the attack.[366] Their families are plaintiffs in this case. This claim of responsibility not only indicates that the Taliban remained active in Nangarhar Province post-2015 but also removes the need for a provincial assessment extending beyond 2015.



*Nuristan Province*

When the attacks at issue occurred in **Nuristan Province**, the Taliban likely exercised area of operations dominance. As previously mentioned in the assessments for Kapisa Province and Kunar Province, the defection of the Shamsatoo Shura from HIG to the Taliban in March 2005 apparently shifted the balance of power among insurgent groups in eastern Afghanistan.[367] That shift impacted Nuristan Province as Giustozzi reported that the Shamsatoo Shura's Qari Baryal and Taliban commander Dost Mohammed "dominated" Nuristan Province.[368]

Here again, Taliban statements bolster Giustozzi's reporting. For example, on June 22, 2008, the Taliban claimed to have killed American troops in an attack in the Kamdesh District of Nuristan Province.[369] The following year, the Taliban publicly claimed control over the same district.[370] In addition, Bill Roggio of the highly reputed *Long War Journal* noted that the Taliban, along with al-Qaeda, carried out an attack on U.S. forces in Wanat, Nuristan Province on July 13, 2008.[371] The attack killed Corporal Jason Bogar, 1st Lieutenant Jonathan Brostrom, Sergeant Israel Garcia, Corporal Jason Hovater, Corporal Pruitt Rainey, and Corporal Gunnar Zwilling—five soldiers whose family members are plaintiffs in this case.[372] A major firefight in October 2009 in the Nuristan Province between 300 Taliban members and U.S. troops at Outpost Keating would kill 9 and injure another 27 U.S. troops, further emphasizing the size and capabilities of the Taliban in Nuristan.[373]

---

[365] "Afghan Taliban Claims its Infiltrator in Afghan Forces Killed 4 U.S. Troops," SITE Intelligence Group, June 10, 2017, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-its-infiltrator-in-afghan-forces-killed-4-u-s-troops.html (Ex. NN).

[366] "William M. Bays, 29," *Los Angeles Times*, n.d., http://projects.latimes.com/wardead/name/william-m-bays/.
"22-Year-Old Soldier From Youngsville Among those Killed in Afghanistan," *WRAL.com*, June 12, 2017, https://www.wral.com/youngsville-soldier-among-those-killed-in-afghanistan/16757074/.

[367] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1921.

[368] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1945.

[369] "Taliban Claims Killing 34 Americans and 36 Britons," SITE Intelligence Group, June 24, 2008, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-24-08-taliban-kills-34-americans-36-britons.html (Ex. OO).

[370] Peter Graff & Sayed Salahuddin, "Taliban Say Control Area After Battle with US," Reuters, October 7, 2009.

[371] Bill Roggio, "Joint Al-Qaeda and Taliban Force Behind Nuristan Base Attack," *Long War Journal*, July 14, 2008, https://www.longwarjournal.org/archives/2008/07/joint_al_qaeda_and_t.php.

[372] Michelle Tan, "Hard-Hit C Company Suffers Another Agonizing Blow," *Military Times,* July 13, 2008, https://thefallen.militarytimes.com/army-cpl-jason-m-bogar/3630789.

[373] Luis Martinez, "Camp Keating Officers Disciplined for Attack That Killed 8 U.S. Troops," *ABC News*, February 5, 2010, https://abcnews.go.com/WN/Afghanistan/camp-keating-commanders-disciplined-attack-killed-22-us/story?id=9761160.

At the same time, it appeared that HIG retained a presence in the province despite the defections. A 2008 report by political scientist Seth Jones implies that HIG was strong in the province, but it is unclear whether Jones accounted for Shamsatoo's shifting loyalties.[374] Also, some analysts believe that HIG managed to carry out a major attack on a U.S. base in Nuristan in 2009.[375] While the Taliban and HIG apparently vied for control of the insurgency in Nuristan, the aforementioned reports suggest that the Taliban was more likely the stronger group of the two.



*Kabul*

***Kabul***. Afghanistan's capital city, Kabul is located in Kabul Province and is the site of spectacular terrorist attacks committed jointly by the Taliban, al-Qaeda, and other terrorist groups.

Until ISIS-K's first attack in Kabul in 2016, the Taliban and its allies very likely faced no challenges to its area of operations dominance. Insurgent activity in Kabul, as previously discussed, represents a departure from insurgent activity elsewhere. While HIG was not always aligned with the Taliban throughout Afghanistan, HIG participated in the terrorist syndicate with the Taliban, particularly in the Kabul Attack Network, to execute attacks against Western and Afghan government targets.[376] The Haqqanis played a leading role in this syndicate. Giustozzi referred to the Haqqani Network as the "preeminent" insurgent force in the Afghan capital.[377] This syndicate of jihadist groups faced little challenge from other insurgent groups until ISIS-K's formation. In the period prior to ISIS-K's formation, the Kabul Attack Network, led by the Haqqanis, claimed responsibility for numerous attacks on a variety of civilian, government, and coalition-aligned targets, and the U.S. government blamed the network for numerous attacks.  These attacks include:

- On August 15, 2009, the Taliban conducted a suicide car bombing outside NATO headquarters in Kabul, killing at least seven people. The Taliban claimed responsibility, explaining that the driver "detonated his four-wheel drive vehicle carrying more than 1,000 pounds of explosives in order to kill Americans."[378]

---

[374] Seth Jones, *Counterinsurgency in Afghanistan* (Arlington, VA: RAND Corporation, 2008), p. 39, https://www.rand.org/content/dam/rand/pubs/monographs/2008/RAND_MG595.pdf.

[375] Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), p. 11, https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf.

[376] Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in ed. Antonio Giustozzi, *Decoding the New Taliban,* (New York: Columbia University Press, 2009), p. 53; Dressler, *The Haqqani Network*, pp. 31, 33-34.

[377] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1886.

[378] Joshua Partlow, "Bombing in Kabul's Diplomatic Quarter Signal Taliban Intent to Disrupt Elections," *The Washington Post*, August 16, 2009, https://www.washingtonpost.com/wp-dyn/content/article/2009/08/15/AR2009081500572.html.

- On May 18, 2010, a suicide car bomber killed 18 people, including five American soldiers, in an attack on a NATO convoy in Kabul. According to open-source reporting, the car bomb was composed of 1,650 pounds of explosives. The Taliban claimed responsibility.[379] American officials have indicated that the Haqqani Network may have played a role.[380]

- April 27, 2011: The Taliban claimed responsibility for an insider attack in the Kabul Airport.[381] Reuters reported that nine Americans were killed by an Afghan pilot during the attack.[382] The attack claimed the lives of Air Force Major David Brodeur and Lt. Colonel Frank Bryant whose families are plaintiffs in the case.

- On September 13, 2011, militants executed a multipronged attack in Kabul that killed at least nine people. The fighters attacked the U.S. Embassy and NATO's headquarters, and the Taliban quickly claimed responsibility.[383] NATO commander Gen. John Allen and the U.S. Department of State implicated the Haqqani Network in the attack.[384]

- October 29, 2011: The Taliban claimed responsibility for a suicide bombing attack on October 29, which killed American troops in the city of Kabul.[385] That day, the New York Times reported that a suicide bombing attack on a bus in Kabul killed "at least 12 Americans," some of whom were soldiers while others were workers, on October 29.[386] Lt. Colonel David Cabrera and Staff Sergeant Christopher Newman were among the dead, and their families are plaintiffs in this case.

- On April 15, 2012, militants launched another coordinated assault in Kabul, targeting NATO headquarters, the U.S. Embassy, the German Embassy, the British Embassy, and two hotels, among other targets. The attack killed 16 people, and the Taliban claimed responsibility. NATO's Kabul-based spokesman indicated that the Haqqani Network was likely involved.[387]

---

[379] "Kabul Suicide Bomber Kills 18 in Attack on Nato Convoy," BBC, May 18, 2010.

[380] Karin Brulliard, "Afghan Intelligence Ties Pakistani Group Lashkar-i-Taiba to Recent Kabul attack," *The Washington Post*, March 3, 2010; Stephen Tankel, "Lakshar-e-Taiba in Perspective: An Evolving Threat," The New America Foundation, February 2010, p. 1.

[381] "Afghan Taliban Claims Suicide Attacks in Kabul, Khost," SITE Intelligence Group, April 27, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-4-27-11-at-sbs-kabul-khost.html (Ex. PP).

[382] "Nine Killed in Kabul Attack were Americans-Pentagon," *Reuters*, April 27, 2011, https://www.reuters.com/article/afghanistan-shooting-pentagon/nine-killed-in-kabul-attack-were-americans-pentagon-idUSN2714859320110427.

[383] Mirwais Harooni & Hamid Shalizi, "Taliban Attack Across Kabul, Target U.S. Embassy," Reuters, September 13, 2011.

[384] Jack Healy & Alissa Rubin, "U.S. Blames Pakistan-Based Group for Attack on Embassy in Kabul," *The New York Times*, September 14, 2011; U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," n.d. (accessed July 29, 2020), https://rewardsforjustice.net/english/sirajuddin_haqqani.html.

[385] Afghan Taliban Gives Biography of Kabul Suicide Bomber, Claims Attacks," SITE Intelligence, October 31, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-gives-biography-of-kabul-suicide-bomber-claims-attacks.html (Ex. QQ).

[386] Rod Nordland, "12 Americans Die as Blast Hits Bus in Afghanistan," *The New York Times*, October 29, 2011, https://www.nytimes.com/2011/10/30/world/asia/deadly-attack-strikes-nato-bus-in-kabul.html.

[387] Alissa Rubin et al., "Complex Attack by Taliban Sends Message to West," *The New York Times*, April 15, 2012.

- On June 25, 2013, three suicide bombers attacked the Afghan Presidential Palace and Ariana Hotel, which the Taliban claimed housed the CIA's headquarters in Kabul.[388] The Taliban claimed responsibility, and Afghan officials indicated to the media that they believed the Haqqani Network was behind the attack.[389]

- January 29, 2015: The Taliban claimed responsibility for an insider attack on January 29 in the Kabul airport.[390] The *New York Times* reported that three Americans died in the attack.[391] One of those Americans was Jason Landphair, a civilian government contractor whose family members are plaintiffs in this case.

The Kabul Attack Network's dominance in Kabul did not face a major challenge from another insurgent group until the rise of ISIS-K. When ISIS-K emerged in early 2015, its efforts initially focused on Nangarhar Province, as previously mentioned. The group only claimed responsibility for its first attack in Kabul in July 2016, which targeted a demonstration by Afghanistan's Shia Muslim minority.[392] Following this attack, the Kabul Attack Network and ISIS-K conducted numerous attacks in the Afghan capital. However, only one attack at issue in the complaint occurred following ISIS-K's first attack in Kabul. That attack, a suicide bombing that occurred on January 14, 2019, killed Manoharan Kamaleson, and the Taliban claimed responsibility.[393] ISIS-K, in contrast, did not claim responsibility.

Therefore, the Kabul Attack Network, including the Taliban, was clearly the dominant group in Kabul prior to the emergence of competition from ISIS-K. After the emergence of competition, the Taliban very likely conducted the only attack at issue in this case.

***North Central Afghanistan.*** This region comprises the areas north of Kabul, including Parwan, Kapisa, Baghlan, and Kunduz Provinces.  Although HIG and ISIS-K operated in these areas at times, I conclude that the Taliban likely had area of operations dominance at all times relevant to this case.

---

[388] Alissa Rubin, "Taliban Strike Near Palace Inside Kabul," *The New York Times*, June 24, 2013.

[389] Mirwais Harooni & Hamid Shalizi, "Afghan Taliban Attack in Kabul Throws Peace Talks into Further Doubt," Reuters, June 24, 2013.

[390] "Afghan Taliban Claims Infiltrator Attack that Killed Three Americans in Kabul," SITE Intelligence Group, January 30, 2015, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-infiltrator-attack-that-killed-three-americans-in-kabul.html (Ex. RR).

[391] Joseph Goldstein, "Three Americans are Killed in a Shooting at Kabul Airport," *New York Times*, January 29, 2015.

[392] Sune Engel Rassmussen, "Isis claims responsibility for Kabul bomb attack on Hazara protesters," *The Guardian* (London), July 24, 2016.

[393] Rupam Jain & Abdul Qadir Sediqi, "Afghan Taliban Claim Lethal Car Bomb Attack in Kabul," *Reuters*, January 14, 2019, https://www.reuters.com/article/us-afghanistan-blast/afghan-taliban-claim-lethal-car-bomb-attack-in-kabul-idUSKCN1P909T; "Fatal Blast Rocks Afghan Capital Kabul," *Al Jazeera*, January 15, 2019, https://www.aljazeera.com/news/2019/1/15/fatal-blast-rocks-afghan-capital-kabul; Alejandra Reyes-Velarde, "A Victim of Afghan Suicide Bombing Grew up in Arcadia," *Los Angeles Times*, January 16, 2019, https://www.latimes.com/local/lanow/la-me-ln-mano-kamaleson-suicide-attack-20190116-story.html.



*Baghlan Province*

Between 2008 and 2011, when the attacks considered in this case occurred, the Taliban very likely maintained area of operations dominance among the various insurgent forces in **Baghlan Province**. From 2008 to 2010, Hizb-i-Islami (HIG) also "maintained a significant presence" in Baghlan.[394] However, during the period relevant to this case, the Taliban was consistently in the process of gaining provincial dominance by displacing HIG. By March 2010, the Taliban had unambiguously usurped HIG in Baghlan, such that one authoritative account from April 2011 concluded that "since the March [2010] clash, the local Hezb-e Islami group has not recovered and remains weak in the province while the Taleban control more than half of the districts most of the time."[395]

Taliban expansion into Baghlan began in 2008, focusing on the districts of Nahrin, Khost-wa-Fering, and Andarab. Much of its early penetration actually occurred through cooperation with HIG, whom the Taliban would later displace. A report published by the U.S. Institute of Peace in 2014 described this early Taliban penetration, noting that "in Puli Khumri, Dahan-e-Ghori, and Baghlan-e-Jadid, the Taliban relied on local Hizb-e-Islami commanders to gain a foothold."[396] This approach was successful, resulting in a generally deteriorated security situation. Abdul Rahman Rahimi, Baghlan province's police chief between April 2010 and September 2011, reported that during this period Taliban forces "regularly infiltrated" the provincial capital city of Puli Khumri "at night and launched random attacks on government posts and then withdrew without much resistance."[397]

The Taliban's ability to contest Puli Khumri helped demonstrate its growing influence in Baghlan. Not only was Puli Khumri the provincial capital but also one of the province's major highways, Route A76, goes through this city. Highways in Baghlan were significant at the time because the province was part of a major transit route linking Baghlan and Kunduz provinces to South Tajikistan. NATO and Afghan forces relied on this route to move fuel and other supplies. These highways and roads also served as a trade corridor that could benefit insurgent groups, as this corridor served as "a valuable source of income and power."[398] Between 2009 and 2011, the Taliban maintained control over multiple

---

[394] Matthew DuPee and Anand Gopal, "Tensions Rise Between Hizb-i-Islami and the Taliban in Afghanistan," *CTC Sentinel* vol. 3 issue 8 (August 2010), p. 21.
[395] Antonio Giustozzi and Christoph Reuter, "The Insurgents of the Afghan North," *AAN Thematic Report,* (April 2011), p. 42.
[396] Jonathan Goodhand and Aziz Hakimi, *Counterinsurgency, Local Militias, and Statebuilding in Afghanistan* (Washington, D.C.: United States Institute of Peace, 2014), p. 27.
[397] Ibid.
[398] Matthew DuPee and Anand Gopal, "Tensions Rise Between Hizb-i-Islami and the Taliban in Afghanistan," *CTC Sentinel* vol. 3 issue 8 (August 2010), p. 21.

66

highways in Baghlan that connected the province to Kunduz and Balkh.[399] It was "impossible to travel on" these roads during this period.[400] The *New York Times* also reported that the Taliban would actively block these key roads throughout the province and attack any government or development workers who tried to pass through.[401]

The Taliban's dominance of Baghlan soon extended beyond Puli Khumri. By June 2010, Muhammad Rasoul Musini, Baghlan's provincial council chief, stated that the Taliban had established "clandestine military centers" in 11 of Baghlan's districts, which only left five districts "under de facto government control."[402]

In its expansion throughout the province, the Taliban was displacing its erstwhile ally HIG as the preeminent insurgent group. As I noted, the Taliban initially cooperated with HIG to gain footholds in districts such as Puli Khumri, Dahan-e-Ghori, and Baghlan-e-Jadid. HIG was the dominant militant group in these districts prior to the Taliban's penetration. The cooperation between the Taliban and HIG proved to be ephemeral because the two groups viewed each other with suspicion and a sense of competition.[403] HIG feared a loss of control as the Taliban rose, while the Taliban was concerned that HIG might form an alliance with the Afghan government to reverse its waning influence. These underlying frictions eventually erupted in direct conflict in the spring of 2010. On March 7, 2010, the Taliban overtook HIG strongholds in the districts of Dahan-e-Ghori and Baghlan-e-Jadid, which represented a total military defeat of HIG forces in the province.[404]

A notable indication of the drastic diminution of HIG's standing in the insurgency in Baghlan was when its leadership reached out to the Afghan government for direct support in thwarting the Taliban's rise. HIG members served as informants to the Afghan security forces, who would use this information to target and kill Taliban leaders in Baghlan. HIG's reliance on Afghan soldiers to kill Taliban leaders showed that its ability to deploy its own fighters and personnel had been greatly diminished. Additionally, the cooperation between HIG and the Afghan government demonstrated how both HIG and also the Afghan forces felt increasingly threatened by the Taliban's explosive growth. Matthew DuPee and Anand Gopal explained in the *CTC Sentinel* that, due to the Taliban's rise, an increasingly desperate "government appears to be outsourcing security and intelligence networks to Hizb-i-Islami to prevent the Taliban from gaining more territory, while at the same time Hizb-i-Islami is siding with the government to prevent further erosion of its influence from Taliban intrusions."[405]

---

[399] Anthony Bell, David Witter and Michael Whittaker, "Reversing the Northeastern Insurgency," *Afghanistan Report 9* (Washington, DC: Institute for the Study of War, 2011), p. 19.

[400] Jonathan Goodhand and Aziz Hakimi, *Counterinsurgency, Local Militias, and Statebuilding in Afghanistan* (Washington D.C.,: United States Institute of Peace, 2014), p. 29.

[401] Alissa J. Rubin, "Taliban Exploit Openings in Neglected Province," *The New York Times*, July 29, 2010.

[402] Matthew DuPee and Anand Gopal, "Tensions Rise Between Hizb-i-Islami and the Taliban in Afghanistan," *CTC Sentinel* vol. 3 issue 8 (August 2010), p. 21.

[403] Ibid.

[404] Antonio Giustozzi and Christoph Reuter, "The Insurgents of the Afghan North," *AAN Thematic Report*, (April 2011), pp. 22 & 42.

[405] Matthew DuPee and Anand Gopal, "Tensions Rise Between Hizb-i-Islami and the Taliban in Afghanistan," *CTC Sentinel* vol. 3 issue 8 (August 2010), p. 21.

The government and HIG's collaboration did inflict damages on the Taliban's provincial leadership. Between April and May 2010, for example, Afghan National Security Forces (ANSF) and International Security Assistance Forces (ISAF) killed three Taliban shadow governors in Baghlan.[406] Despite such setbacks, the Taliban retained operational dominance while HIG never fully recovered from the losses that the Taliban inflicted upon it in March 2010.[407]

From November to December 2010, the Taliban confronted strengthened efforts by ISAF and the ANSF to clear the province of insurgents and regain control of Baghlan's highways.[408] During this period, the Taliban were pushed out of Baghlan-e-Jadid, Baghlan-e-Markazi, and Dahan-e-Ghori. On December 26, 2010, the Afghan government claimed success in its effort to overtake these areas and clear out the Taliban.[409] This victory, however, did not eliminate the Taliban's presence from Baghlan. By early 2011, Borka district was "firmly in Taliban hands," as it regrouped there.[410] Beyond Borka, the Taliban resumed its attacks against government outposts and personnel, as well as raids on police checkpoints throughout the province that targeted areas such as Baghlan-e-Markazi.[411] The Taliban therefore retained its operational dominance, relative to other insurgent groups in Baghlan province, going into 2011.

When the attacks at issue in this case occurred in **Kapisa Province** from 2007 to 2009, the Taliban likely had area of operations dominance. Giustozzi provides an overview of how a large swath of HIG fighters in the region where Kapisa is located defected to the Taliban. Although HIG had historically been "predominant" in eastern Afghanistan, including Kapisa, the Taliban worked to coopt important elements of HIG in the early years of its insurgency.[412] In particular, the Taliban lured the majority of the Shamsatoo Shura, a HIG shura based in the Shamsatoo refugee camp near Peshawar, to join the emerging Peshawar Shura in March 2005. According to Giustozzi, the shura, renamed the Shamsatoo



*Kapisa Province*

Mahaz, became the largest part of the Peshawar Shura.[413] One of the Shura's leaders, Qari Baryal,

---

[406] Anthony Bell, David Witter and Michael Whittaker, "Reversing the Northeastern Insurgency," *Afghanistan Report 9* (Washington, DC: Institute for the Study of War, 2011), pp. 19-20.

[407] Antonio Giustozzi and Christoph Reuter, "The Insurgents of the Afghan North," *AAN Thematic Report,* (April 2011), p. 42.

[408] Anthony Bell, David Witter and Michael Whittaker, "Reversing the Northeastern Insurgency," *Afghanistan Report 9* (Washington, DC: Institute for the Study of War, 2011), p. 19.

[409] Ibid., p. 20.

[410] Paul Wood, "A Battle in Baghlan," *Foreign Policy*, March 11, 2011, https://foreignpolicy.com/2011/03/11/a-battle-in-baghlan/; see also Anthony Bell, David Witter and Michael Whittaker, "Reversing the Northeastern Insurgency," *Afghanistan Report 9* (Washington, DC: Institute for the Study of War, 2011), p. 20.

[411] Anthony Bell, David Witter and Michael Whittaker, "Reversing the Northeastern Insurgency," *Afghanistan Report 9* (Washington, DC: Institute for the Study of War, 2011), p. 20-21.

[412] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1908.

[413] Ibid., loc. 1921.

dominated Kapisa Province.[414] Giustozzi's reporting implies that this defection swung the balance of power from HIG to the Taliban in Kapisa Province. Furthermore, the Taliban did claim at least one important attack on NATO forces in the province during the period in question. Specifically, it claimed responsibility for a July 31, 2008 attack against French soldiers in the Tagab district of the province.[415] Considering this information, the Taliban was likely the strongest insurgent group in Kapisa Province following the Shamsatoo Shura's defection to the Taliban in March 2005.



*Kunduz Province*

The Taliban likely maintained area of operations dominance in **Kunduz Province** when the attacks at issue in this case occurred in 2009 and 2010. The Taliban's likely control of the province marked a major victory for its insurgency. The home province of HIG leader Gulbuddin Hekmatyar, Kunduz Province had "extensive and well-organized networks" loyal to HIG before the Taliban's arrival in the 1990s.[416] However, the Taliban's rise to power led to defections from HIG, and Hekmatyar reportedly failed to reconstitute his forces fully in the province after the Taliban's fall from power.

By the time the attacks at issue occurred, the Taliban had established itself as a formidable group in the province. Sippi Azarbaijani-Moghaddam, a social scientist and development consultant based in Kabul, noted that the Taliban started to expand its operations in northern Afghanistan by late 2007 and sent high-profile commanders to the area.[417] She also found that "the main focus of the Taliban is reportedly on Kunduz as the base of operations."[418] At this time, the Taliban, according to Giustozzi, worked to exploit the grievances of local Pashtuns against local warlords opposed to the Taliban.[419] He also noted that the Taliban was escalating its attacks in the province by early 2008.[420] According to Azarbaijani-Moghaddam, "Qari Bashir Haqqani, a Taliban commander in Kunduz, claims that he has 13 mujahedin groups under his command, three created for the sole purpose of attacks on German and other foreign 'invaders.'"[421] While it is difficult to fully corroborate Haqqani's assertions, the Taliban claimed responsibility for at least one attack on U.S.-led forces during the time period of concern: a suicide bombing on a joint Afghan and foreign convoy in the Imam Sahib District on August 5, 2010.[422] While little information exists on HIG in the province at the time of the attacks,

[414] Ibid., loc. 1945.

[415] "Taliban 'Harvest' of Military Operations, July 30-31, 2008," SITE Intelligence Group, August 1, 2008, https://ent.siteintelgroup.com/Statements/site-intel-group-8-1-08-taliban-harvest-7-30-7-31.html (Ex. SS).

[416] Sippi Azarbaijani-Moghaddam, "Norther Exposure for the Taliban," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 259-260.

[417] Sippi Azarbaijani-Moghaddam, "Norther Exposure for the Taliban," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 257.

[418] Sippi Azarbaijani-Moghaddam, "Norther Exposure for the Taliban," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 257.

[419] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1227.

[420] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 979.

[421] Sippi Azarbaijani-Moghaddam, "Norther Exposure for the Taliban," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 260.

[422] "Afghan Taliban Claims Suicide Bombing Killing 65 in Kunduz," SITE Intelligence Group, August 5, 2010. https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-5-10-at-sb-helicopter-civilians.html (Ex. TT). For

this evidence indicates that the Taliban clearly established a strong military presence in the province. Additionally, though it occurred after the time period in which the attacks at issue occurred, the Taliban's seizing of Kunduz City in 2015 suggests that the group was able to deeply entrench itself in the province in the preceding years.[423] Therefore, the Taliban was likely the dominant group in the province when the attacks occurred.



*Parwan Province*

When the attacks at issue took place in **Parwan Province** from 2008 to 2016, the Taliban very likely exercised area of operations dominance. I reach this conclusion for two reasons. First, primary and secondary sources indicate that the Taliban was not only stronger than other insurgent groups in parts of Parwan Province but also stronger than the Afghan government and its allies. A 2012 article from Public Radio International noted that, "Most of the trouble here can be traced to the region of Ghorband, which encompasses four of Parwan's 10 districts … in some places there, the Taliban essentially have full control, while in others they can move relatively freely around the inhospitable landscape."[424] The governor of Parwan, speaking to an Afghan news outlet in 2016, said that "there are Taliban rebels in Siagard, Shinwari and parts of Sheikh Ali districts [in Parwan]. According to our information, their number ranges from 400 to 500."[425] The Taliban also claimed responsibility for at least one attack during the time period at issue, alleging that a Taliban suicide bomber attacked American troops in the Province on November 14, 2014.[426] Around the time of the governor of Parwan interview with the Afghan news outlet in 2016, the Taliban kidnapped three aid workers in

---

additional reporting about the attack, *see* "Factbox – Security Developments in Afghanistan, August 5," *Reuters*, August 5, 2010, https://www.reuters.com/article/idUSSGE6740IG; "7 Dead in Afghan Suicide Attack," *CNN*, August 5, 2010, https://www.cnn.com/2010/WORLD/asiapcf/08/05/afghanistan.attack/index.html.

[423] Ehsanullah Amiri, Margherita Stancati, & Habib Khan Totakhil, "Taliban Seize Control of Kunduz, Key Stronghold in Northern Afghanistan," *The Wall Street Journal*, September 28, 2015, https://www.wsj.com/articles/afghanistan-city-of-kunduz-largely-under-taliban-control-1443447706.

[424] Chris Sands, "Afghanistan: Taliban fear grips once peaceful Parwan province," *Public Radio International,* November 1, 2012, https://www.pri.org/stories/2012-11-01/afghanistan-taliban-fear-grips-once-peaceful-parwan-province.

[425] "Officials Concerned Over Presence Of Taliban In Parwan," *Tolo News* (Afghanistan), May 27, 2016, https://tolonews.com/afghanistan/officials-concerned-over-presence-taliban-parwan.

[426] "Afghan Taliban Claims Killing 8 Americans in Suicide Bombing in Parwan," SITE Intelligence Group, November 14, 2014, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-killing-8-americans-in-suicide-bombing-in-parwan.html (Ex. UU).

the province.[427] Additionally, the Taliban also claimed responsibility for a 2016 attack on the Bagram Airfield in Parwan.[428] At minimum, these sources point to a robust Taliban presence in the province.

Second, the Taliban's competitors likely did not have a presence in the province. Most of the attacks at issue occurred prior to the formation of ISIS-Khorasan Province. Although ISIS-K was formed in early 2015, a report by the United Nations Assistance Mission in Afghanistan found that the group focused its activities in 2015 solely in Nangarhar Province and implied the group had little to no operations in Parwan Province.[429] In December 2016, the Department of Defense maintained that ISIS-K's operational reach was limited to a few districts in Nangarhar and lacked the capability to coordinate attacks in multiple provinces.[430] Also formed in 2015, the Rasool Shura, based in western Afghanistan, unlikely expanded its reach eastward to Parwan by the end of 2016.[431] Additionally, I found no evidence that there was significant HIG presence in Parwan Province during this time.

***Western Afghanistan.*** This is the area of Afghanistan which borders Iran and Turkmenistan. It includes Nimruz, Farah, Herat, Baghdis, Ghor, and Faryab provinces.



*Badghis Province*

When the attacks at issue in **Badghis Province** occurred in 2010 and 2011, I conclude for two reasons that the Taliban very likely exercised area of operations dominance. First, primary and secondary sources indicated that the Taliban controlled parts of the province and conducted attacks in the province around the time when the attacks at issue occurred. According to Giustozzi, the Taliban established a foothold in Badghis starting in 2007, and it controlled or gained the freedom to operate in large parts of the province by 2009.[432] The Taliban then claimed responsibility for at least two attacks in 2010 and 2011. The Taliban claimed responsibility for an August 25, 2010 insider attack against

---

[427] Fazul Rahim, Mushtaq Yusufzai and F. Brinley Bruton, "Analysis: Why Afghanistan Peace Prospects Look Worse After Mansour's Death," *NBC News*, June 7, 2016, https://www.nbcnews.com/news/world/analysis-why-afghanistan-peace-prospects-look-worse-after-mansour-s-n585186.

[428] Afghanistan: Explosion hits US airbase in Bagram," *Reuters*, November 12, 20016, https://www.aljazeera.com/news/2016/11/12/afghanistan-explosion-hits-us-airbase-in-bagram.

[429] United Nations Assistance Mission in Afghanistan, *Afghanistan Annual Report 2015: Protection of Civilians in Armed Conflict* (February 2016), p. 56-57, https://unama.unmissions.org/sites/default/files/poc_annual_report_2015_final_14_feb_2016.pdf.

[430] Department of Defense, *Enhancing Security and Stability in Afghanistan,* (December 2016), p. 23-24. https://www.hsdl.org/?view&did=797662.

[431] Antonio Giustozzi, "Afghanistan: Taliban's Organization and Structure," (Oslo: Norwegian Country of Origin Information Centre, 2017), p. 7, https://landinfo.no/asset/3589/1/3589_1.pdf.

[432] Antonio Giustozzi, "The Taliban's Marches: Herat, Farah, Baghdis and Ghor," *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 222-223.

Spanish troops.[433] *The New York Times* and *Foreign Policy* reported that this attack killed two Spanish "police trainers."[434] The Taliban also claimed responsibility for an October 2011 suicide bombing in the Murghab District.[435] Second, I found no evidence of a HIG presence in the province during the period when the attacks at issue in this case occurred.



*Farah Province*

Primary and secondary sources indicate that the Taliban very likely maintained area of operation dominance in **Farah Province** when the attack at issue occurred in 2011. Farah was "an historic hotbed of Taliban activity" according to an unclassified U.S. Central Command investigation which led to the governor of Farah requesting military support in April 2009.[436] In early 2011, the International Security Assistance Force, the NATO-led multinational support force in Afghanistan, announced the capture of a Taliban leader in Farah who was coordinating attacks from the province.[437] Additionally, the Taliban kidnapped 31 demining workers in Farah and killed 4 of them, releasing the rest with a warning to stop their work with foreign organizations.[438] The Taliban also claimed responsibility for an attack on an Afghan police outpost in the province in 2012.[439] Furthermore, I also found no evidence of HIG presence during this timeframe.

[433] "Afghan Taliban Claims Connection with Afghan who Killed Spanish," SITE Intelligence Group, August 25, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-25-10-at-spanish-badghis.html (Ex. VV).; Bill Roggio and Lisa Lundquist, "Green-on-Blue Attacks in Afghanistan: The Data," *Real Clear Defense,* March 21, 2017, https://www.realcleardefense.com/articles/2017/03/21/green-on-blue_attacks_in_afghanistan_the_data_111015.html.
[434] Rod Nordland, "Afghan Police Trainee Kills Two Spanish Soldiers," *The New York Times*, August 25, 2010, https://www.nytimes.com/2010/08/26/world/asia/26afghan.html; Katherine Tiedemann, "Daily Brief: Afghan Kills 2 Spanish Officers," *Foreign Policy*, August 25, 2010, https://foreignpolicy.com/2010/08/25/daily-brief-afghan-kills-2-spanish-officers/.
[435] "Afghan Taliban Claims Suicide Attacks in Badghis, Paktia," SITE Intelligence Group, October 19, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-suicide-attacks-in-badghis-paktia.html (Ex. WW).
[436] USCENTCOM, *Unclassified Executive Summary* (June 18, 2009), p. 3, https://www.hsdl.org/?view&did=35748.
[437] "Afghan, coalition forces detain Taliban leader in Farah province" DVIDS, January 2, 2011, https://www.dvidshub.net/news/62880/afghan-coalition-forces-detain-taliban-leader-farah-province.
[438] "Taliban Kills 4 Workers from Demining Group, Frees 27 Others," *CNN*, July 11, 2011.
[439] "At Least Eight Killed in Taliban Attack on Afghan Police Outpost," Radio Free Europe/Radio Liberty, April 4, 2012.



*Faryab Province*

The Taliban very likely maintained area of operations dominance in **Faryab Province** when the attacks at issue occurred in 2010 and 2012. Both primary and secondary sources provide evidence that the Taliban launched attacks in the province during this time and had a presence in this province. Giustozzi finds that the Taliban established itself in Faryab by 2010, writing that "the Taliban also used Baghdis in 2007-2008 as a platform for infiltrating the neighboring province of Faryab."[440] The Taliban claimed responsibility for at least one attack during the time period: a suicide bombing on April 4, 2012 in the city of Maimana, which killed three American soldiers.[441] I also found no evidence that suggested a HIG presence in the Faryab Province during the period when these attacks occurred.

When the attacks at issue occurred in 2009 in **Herat Province**, the Taliban very likely held area of operations dominance. I reach this conclusion for two reasons. First, primary and secondary sources point to Taliban control over the province in 2009. As of that year, the Taliban had a substantial presence in the southern part of the province, specifically in Shindand District, and the ability to strike urban centers such as Herat City.[442] The Taliban also claimed responsibility for at least one attack during the time period: an attack in Karukh District on March 3, 2009.[443]



*Herat Province*

Second, rival groups had little footprint in the province at the time. Giustozzi acknowledged that "by 2008, there were signs that Hizb-i-Islami itself was trying to reorganize in Herat province at least" but stressed that the HIG networks "among non-Pashtuns were not very strong in the west" — where

---

[440] Antonio Giustozzi, "The Taliban's Marches: Herat, Farah, Baghdis and Ghor," *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 223.

[441] "Afghan Taliban Claims Killing 28 in Faryab Suicide Bombing," SITE Intelligence Group, April 4, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-28-in-faryab-suicide-bombing.html (Ex. XX). Matthew Rosenberg, "6 Afghans and 3 G.I.'s Are Killed by Bomber," *New York Times,* April 4, 2012.

[442] Antonio Giustozzi, "The Taliban's Marches: Herat, Farah, Baghdis and Ghor," *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 226, 219-221.

[443] "Taliban Harvest Report; Strikes American, Afghan Forces," SITE Intelligence Group, March 6, 2009, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-3-6-09-taliban-harvest-report-strikes-american-afghan-forces.html (Ex. YY).

Herat is located.[444] Based on this information, it is highly unlikely that HIG managed to rival the Taliban as the top insurgent group in the province.

*Conclusion.* This section has overviewed insurgent control over provinces where attacks at issue occurred. With the exception of post-2015 Kabul and Nangarhar, I assess that the Taliban either likely or very likely exercised area of operations dominance in these provinces where attacks at issue occurred. This assessment should not come as a surprise. The Taliban, as previously mentioned, has been the dominant insurgent group in Afghanistan since the U.S. invasion. With a few years in power, the Taliban was able to leverage extensive networks of commanders and fighters to build its insurgency. As discussed in the prior section, the Taliban also became an increasingly effective insurgent group over time. At the same time, HIG reportedly struggled financially.[445] ISIS-K and the Rasool Shura emerged relatively late in the course of the insurgency. As a result of these factors, the Taliban asserted itself as the dominant insurgent group in these provinces.

## VIII.   Iranian Support of the Taliban through Drug Trafficking

Prior sections of this report have mentioned some of the ways in which Iran has supported the Taliban. This support has included weapons, training, and funding.[446] I understand that Mr. Roggio is extensively addressing these forms of Iranian support in a separate report, so I will not belabor them here.  This section of the report, however, details an often-overlooked element of Iranian support to the Taliban: drug trafficking. It first outlines the Taliban's dependence on drug trafficking as a major source of revenue. It then discusses how Iran used the drug trade to provide material support to the Taliban.

*The Taliban and Drug Trafficking.* Afghanistan is the world's foremost producer of opium, a narcotic drug that comes from opium poppy plants and can be turned into heroin and morphine. A 2016 report by the U.N. Office of Drugs and Crime concluded that Afghanistan "accounted for almost two thirds of the global area under illicit opium poppy cultivation."[447] Furthermore, journalist Steve Coll writes, "more than half of the poppy crop [in Afghanistan] grew in the irrigated river belts of Helmand and Kandahar, the Taliban heartland."[448] Southern Afghanistan, however, is more than a hub for growing opium plants. There, illicit laboratories also process opium poppy plants and turn them into drugs like opium, morphine, and heroin. The U.N. Office of Drugs and Crime explains that "in Afghanistan, opium production and processing are concentrated in the southern provinces, such as Hilmand and Kandahar, where the insurgency and lack of Government control provide the ideal cover for these illicit activities."[449] The map below visualizes that concentration of Afghanistan's heroin processing activity in its southernmost provinces.

---

[444] Antonio Giustozzi, "The Taliban's Marches: Herat, Farah, Baghdis and Ghor," *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 228.

[445] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 1908.

[446] U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), p. 63, https://www.dia.mil/Portals/27/Documents/News/Military%20Power%20Publications/Iran_Military_Power_LR.pdf.

[447] United Nations Office on Drugs and Crime, *World Drug Report* (2016), p. xii, https://www.unodc.org/documents/scientific/WORLD_DRUG_REPORT_2016_web.pdf.

[448] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), p. 266.

[449] United Nations Office of Drugs and Crime, *The Global Afghan Opium Trade: A Threat Assessment* (July 2011), p. 142, https://www.unodc.org/documents/islamicrepublicofiran/Afghan_Opiate_Threat_Assessment.pdf.



*Reported heroin lab activity in Afghanistan by Province – U.N. Office of Drugs and Crime[450]*

The concentration of a large portion of the world's opium production and processing in the Taliban heartland has provided the Taliban with an invaluable opportunity to finance its insurgency.

Although the Taliban's relationship with opium evolved substantially over the last twenty years, the Taliban eventually took full advantage of this opportunity. While in power, the Taliban once led a successful effort to eliminate poppy production, which decreased Afghanistan's opium output by an estimated 90 percent.[451] However, the U.S. invasion forced the Taliban to reconsider its position. With reduced aid from Pakistan and Gulf States after 9/11, the Taliban needed to increase its financial independence.[452] To do so, it turned in part to opium. Despite its prior stance that opium production was "un-Islamic," the Taliban rationalized its involvement in opium production by claiming that it was mostly Europeans who consumed the drug.[453]

Following the Taliban's decision to pursue drug trafficking as a source of funding, the group took an active role in all aspects of the drug trade. As Gretchen Peters from the U.S. Institute of Peace notes,

---

[450] United Nations Office of Drugs and Crime, *The Global Afghan Opium Trade: A Threat Assessment* (July 2011), p. 145, https://www.unodc.org/documents/islamicrepublicofiran/Afghan_Opiate_Threat_Assessment.pdf.

[451] Craig Whitlock, "Overwhelmed by Opium" *The Washington Post,* December 9, 2019, https://www.washingtonpost.com/graphics/2019/investigations/afghanistan-papers/afghanistan-war-opium-poppy-production/.

[452] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), p. 268.

[453] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), p. 268.

"traffickers and Taliban also appear to collaborate to dictate farm output. They began distributing night letters, or shabnamah, in 2004 offering protection to farmers who grew poppy and threatening dire consequences for anyone who did not."[454] As production increased, the Taliban initially used taxes and other fees to profit from the drug trade. Peters writes that "a central source of Taliban revenue comes from the *ushr*, the 10 percent tithe collected from poppy farmers in kind, since few of them hold hard currency."[455] The Taliban also collected *zakat*, a religious wealth tax, which allowed the Taliban to collect additional revenue from those who work in the drug trade.[456] In addition to taxing opium production, the Taliban earned an estimated "tens of millions of dollars a year in protection fees" for guarding or permitting the safe passage of drug shipments.[457] The Taliban, however, did not stop there.

There is some evidence that the Taliban went even further in its involvement in opium production. Steve Coll writes, "reporting from the D.E.A. office in Kabul showed that the Taliban commanders had shifted from providing protection services to morphine labs in Afghanistan to actually running labs."[458] Peters similarly cites a senior Afghan security official who indicated that major Taliban commanders have their own mobile refineries.[459] As a result, the Taliban became a central player in the Afghan drug trade.

While some of this revenue stays with local Taliban commanders, Peters also describes how this poppy-related revenue trickles up through the Taliban hierarchy: "Each sub-commander has to pay a percentage of the proceeds he collects to his military commander at the district level, who in turn pays off the district-level Taliban governor. A portion of these funds—still often in the form of raw or partially refined opium—then filters up the Taliban chain of command to the provincial commander, who will hand over a portion to the Taliban's central financial committee."[460]

While it is challenging to accurately estimate the amount of revenue garnered by an insurgent group through illicit, often clandestine activity, there is little doubt that the Taliban has earned a substantial amount of its revenue from the drug trade. The U.N. Office on Drugs and Crime estimated that the Taliban earned $155 million from the drug trade in 2009.[461] The U.N. Analytical Support and Sanctions Monitoring Team, citing Afghan officials, estimated that the Taliban garnered around $100 million, a

---

[454] Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 10.

[455] Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 8.

[456] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), p. 269.

[457] Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 10.

[458] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), p. 267.

[459] Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 11.

[460] Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 9-10.

[461] United Nations Office on Drugs and Crime, *The Global Afghan Opium Trade: A Threat Assessment* (Vienna, July 2011), p. 5, www.unodc.org/documents/data-andanalysis/Studies/Global_Afghan_Opium_Trade_2011-web.pdf.

quarter of the group's total revenue, from the opium trade between March 2011 and March 2012.[462] According to Steve Coll, one DEA estimate of Taliban revenue from the drug trade was far higher: $500 million per year.[463] Giustozzi then cites Taliban sources who claim that the "southern Taliban made 40 percent of their income from the drug trade" in 2012 and that the Taliban made $285 million in "drug revenue" from Kandahar and Helmand Provinces from 2014 to 2015.[464] Regardless of the precise amount, these resources undoubtedly helped fuel the Taliban's insurgency, and this major stream of revenue existed partially due to Iranian help.

*Iran-Taliban Drug Trafficking Nexus.* The Islamic Republic of Iran has played a pivotal role in the success of the Taliban's drug trafficking operation. As this section will show, the Iranian government has facilitated Taliban drug shipments, exploited the drug trade to arm the Taliban, and worked with drug smugglers to coordinate Taliban attacks on NATO troops. However, to understand the full value of Iranian support to the Taliban through drug trafficking, it is important to understand Iran's strategic position vis-a-vis the Afghan drug trade.

Two of the three opium transit routes from Afghanistan to external markets identified by the United Nations and the U.S. Special Inspector General for Afghanistan Reconstruction (SIGAR) transit through Iran.[465] An estimated 60% of Afghanistan's heroin and morphine passes through Iran along these two routes to reach foreign markets.[466] These routes allow smugglers to transport opium to lucrative markets in Europe and the Gulf with relative ease. According to American University Professor John Calabrese, "the Iranian passageway is attractive to drug traffickers for the simple reason that they must cross just two borders to get to the European market."[467] Drug traffickers can also reach Gulf markets by a boat ride from Iran across the Persian Gulf.

The map below from the U.N. Office of Drugs and Crime outlines how heroin passes through Iran.

[462] United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities,* (March 2012), p. 13-14, http://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2012_683.pdf.

[463] Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018), p. 269.

[464] Antonio Giustozzi, *The Taliban at War: 2001-2018,* Kindle ed., loc. 4546.

[465] United Nations Office on Drugs and Crime, *Afghan Opiate Trafficking Along the Northern Route* (June 2018), p. 1; U.S. Special Inspector General for Afghanistan Reconstruction, *Counternarcotics,* p. 14.

[466] John Calabrese, *Iran's War on Drugs: Holding the Line?,* (Washington, D.C.: Middle East Institute, December 1, 2007), https://www.mei.edu/publications/irans-war-drugs-holding-line.

[467] John Calabrese, *Iran's War on Drugs: Holding the Line?,* (Washington, D.C.: Middle East Institute, December 1, 2007), https://www.mei.edu/publications/irans-war-drugs-holding-line.



*Heroin trafficking routes through the Islamic Republic of Iran – U.N. Office of Drugs and Crime*[468]

As seen on the map, heroin enters Iran through its Khorasan and Sistan and Baluchistan Provinces. Some of the heroin comes from Afghan provinces with substantial Taliban presences like Nimroz, Farah, and Herat.[469] Other heroin shipments originate in southern Afghanistan, pass through Pakistan, and then cross into Iran. According to Calabrese, "Zahedan, the capital of the Iranian province of Sistan va Baluchistan, is a vital staging point for opiates trafficking."[470] Interestingly, Zahedan is also the reported site of a Taliban office and Iranian training camp for Taliban fighters.[471] While Iran's border with Afghanistan is large and porous, the scope of the drug trade passing through Iran, coupled

---

[468] United Nations Office on Drugs and Crime, *Afghan Opiate Trafficking Through the Southern Route* (June 2015), p. 48, https://tile.loc.gov/storage-services/service/gdc/gdcovop/2017332109/2017332109.pdf.

[469] Sune Engel Rasmussen, "On the Edge of Afghanistan," *Foreign Policy*, September 12, 2017, https://foreignpolicy.com/2017/09/12/on-the-edge-of-afghanistan-taliban-iran-war-united-states/; Thomas Ruttig, *Why Farah?: A Short History of the Local Insurgency*, (Kabul, Afghanistan: Afghanistan Analysts Network, June 7, 2018), https://www.afghanistan-analysts.org/en/reports/war-and-peace/why-farah-a-short-history-of-the-local-insurgency-ii/.

[470] John Calabrese, *Iran's War on Drugs: Holding the Line?*, (Washington, D.C.: Middle East Institute, December 1, 2007), https://www.mei.edu/publications/irans-war-drugs-holding-line.

[471] Bill Roggio, "Taliban Leader, Police Link Iran to Attacks in Afghanistan," *Long War Journal*, February 2, 2011; Giustozzi, *The Taliban at War*, loc. 1830.

with Iran's support to the Taliban, naturally raises questions about the Iranian government's complicity in the Taliban's drug trafficking operations.

To be fair, the Iranian government has taken some measures to limit drug trafficking. It has sent law enforcement officials to the border and constructed walls and barricades.[472] It has also claimed to have lost many soldiers and police battling drug cartels. However, these efforts are a political show in an attempt to claim the moral high ground. It is clear that Iran's drug enforcement operations are not only selective but also that the Iranian government is actively involved in the drug trade, which it claims to fight.

Two secondary sources provide a good overview of Iranian government involvement in the drug trade. Gretchen Peters again provides a good summary:

> There is considerable evidence, according to Western officials and smugglers along the border, that corrupt Iranian intelligence agents protect traffickers, even moving drug shipments in their vehicles, which have special plates and do not get searched by Iran's anti-drug police. Sources along the border also identified a handful of major traffickers, mainly ethnic Baluchis, who cooperate with Iranian secret agents to coordinate Taliban attacks on NATO troops.[473]

A report by Sami Kronenfeld and Yoel Guzansky of the Institute for National Security Studies, an Israeli think tank, confirms much of Peters' reporting. It concludes that:

> The Revolutionary Guards also seem to run their own autonomous apparatus for the production and distribution of heroin. Members of the organization bring tremendous quantities of raw opium from Afghanistan to Iran, which are processed into heroin and other opiates in local labs. These drugs are then transported westwards through the extensive smuggling network established by the Revolutionary Guards, which consists of large fleets of ships and planes, straw companies, and secret bank accounts.[474]

Peters, Kronenfeld, and Guzansky indicate that the Iranian government is not merely turning a blind eye to smuggling in return for bribes. Instead, it actively facilitates the drug trade, allowing the Taliban to reap the financial rewards of its opium production and processing. Crucially, U.S. sanctions corroborate some of this reporting and analysis and provide additional details on Iran's use of drug traffickers to smuggle weapons to the Taliban.

The U.S. Department of the Treasury has helped detail the relationship between the Islamic Revolutionary Guards Corps (IRGC), an elite branch of the Iranian military and arguably the most powerful institution in Iranian society, and the drug trade. In 2012, the Treasury Department

---

[472] Alireza Nader et al, *Iran's Influence in Afghanistan* (Washington, D.C.: RAND Corporation, 2014), p. 19, https://www.rand.org/content/dam/rand/pubs/research_reports/RR600/RR616/RAND_RR616.pdf.

[473] Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 17.

[474] Sami Kronenfeld and Yoel Guzansky, "The Revolutionary Guards and the International Drug Trade," *Military and Strategic Affairs* 5:2 (September 2013), p. 111, https://www.inss.org.il/wp-content/uploads/systemfiles/MASA5-2Eng6_KronenfeldGuzansky.pdf.

sanctioned the IRGC's Gen. Gholamreza Baghbani, the head of the IRGC in the town of Zahedan, for his role in using drug trafficking to aid the Taliban.[475] Gen. Baghbani allowed narcotics traffickers to move opium and heroin precursor chemicals through Iran in return for transporting weapons to the Taliban.[476] When the Treasury Department announced the sanctions, Undersecretary of the Treasury for Terrorism and Financial Intelligence David Cohen stated, "Today's action exposes IRGC-[Quds Force] involvement in trafficking narcotics, made doubly reprehensible here because it is done as part of a broader scheme to support terrorism."[477] Other U.S. officials have echoed the Treasury Department's assessment about Iran and the drug trade.

Dr. Barnett Rubin, a leading expert on Afghanistan at New York University who previously worked for the U.S. State Department, reached a similar conclusion. He wrote:

> Iran's relations with Taliban on the border seem to be mainly channeled through commanders belonging to [Mullah] Mansour's Ishaqzai tribe, who are deeply involved in the drug trade. There are reports that elements of the Islamic Revolutionary Guard Corps are complicit in the trade, and perhaps one should not credit even the piety of the defenders of the Islamic Republic with the capacity to make that country the only one between Karachi and Moscow where the security forces have not been corrupted by contraband billions.[478]

Some local officials in Afghanistan agree with Rubin. For example, Dadullah Qani, a member of the Farah provincial council, told a U.S. government-funded publication in Afghanistan that "Iranian drug traffickers smuggle narcotics with the collusion of the Iranian government, including its intelligence services."[479]

While American and Afghan efforts to call out nefarious Iranian activities should come as no surprise, Iranian officials are surprisingly open about the links between the Iranian government and drug smuggling. Mahdi Karroubi, a former speaker of the Iranian parliament, accused the IRGC "of being involved in illicit activities."[480] Mahmoud Ahmadinejad, a former Iranian president and one-time ally of the IRGC, implied that Iran's Revolutionary Guards have been involved in illegal smuggling activities.[481] And former Iranian officials also confirmed the Revolutionary Guards' involvement in the drug trade to a British newspaper.[482] These sources, in total, point to clear Iranian government involvement in smuggling operations and the drug trade in order to benefit the Taliban.

---

[475] U.S. Department of Treasury, press release, "Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran," March 7, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1444.aspx.

[476] Ibid.

[477] Ibid.

[478] Barnett Rubin, "A New Look at Iran's Complicated Relationship with the Taliban," *War on the Rocks,* September 16, 2020, https://warontherocks.com/2020/09/a-new-look-at-irans-complicated-relationship-with-the-taliban/.

[479] Sulaiman, "Iran teams up with Taliban in narcotics ring in western Afghanistan," *Salaam Times* (Afghanistan), April 11, 2018, https://afghanistan.asia-news.com/en_GB/articles/cnmi_st/features/2018/04/11/feature-01.

[480] Alireza Nader et al, *Iran's Influence in Afghanistan* (Washington, D.C.: RAND Corporation, 2014), p. 20, https://www.rand.org/content/dam/rand/pubs/research_reports/RR600/RR616/RAND_RR616.pdf.

[481] Alireza Nader, "Ahmadinejad vs. the Revolutionary Guards," *RAND Corporation,* July 11, 2011, https://www.rand.org/blog/2011/07/ahmadinejad-vs_-the-revolutionary-guards.html.

[482] "Iran's elite Guard 'runs global crime network pushing heroin to West,'" *The Times* (London)*,* November 17, 2011, https://www.thetimes.co.uk/article/irans-elite-guard-runs-global-crime-network-pushing-heroin-to-west-nd9bjv3xxrz.

While some of this involvement appears linked to corruption, the Treasury sanctions and Peters' reporting indicate that Iran has also strategically used the drug trade to purposefully support the Taliban. To summarize, this support has come in three forms. First, as the U.S. sanctions note, Iran has facilitated the shipment of opium products in exchange for drug smugglers' help in transporting Iranian arms directly to the Taliban.[483] This arrangement allows Iran to further its geopolitical goal of countering "U.S. and Western influence in Afghanistan" and retain a degree of plausible deniability, which is crucial for Iran to maintain cordial relations with the government in Kabul.[484] Second, Iran uses drug smugglers to help "coordinate Taliban attacks on NATO troops."[485] More specifically, a handful of major drug traffickers (mainly ethnic Baluchis) have cooperated with Iranian secret agents. Once again, this approach allows Iran to undermine the U.S. in Afghanistan while retaining plausible deniability. Third, the Iranian government's role in facilitating the drug trade makes it substantially easier for the Taliban's drugs to reach foreign markets, thus generating substantial profits for the group. As previously mentioned, passing through Iran is the easiest route for Afghan drugs to reach Europe, as drug smugglers only need to pass from Iran through Turkey to reach European markets.[486] Other routes require drug smugglers to cross more borders. As a result, Iran can bolster the Taliban's finances, while once again retaining a degree of plausible deniability. This role in getting Taliban-linked drugs to market is not the IRGC's first foray into narcoterrorism. It is part of a broader pattern.

The IRGC's elite Quds Force, a special operations unit designated by the U.S. as a foreign terrorist organization, has some links to drug trafficking in the U.S. In an interview with the magazine *Politico,* Dr. David Asher, a Department of Defense expert on illicit finance, said that a DEA investigation during the Obama administration discovered "an entire Quds Force network" in the U.S. "laundering money, moving drugs and illegally smuggling Bell helicopters, night-vision goggles and other items for Iran."[487] According to a criminal complaint filed in the Southern District of New York, one Quds Force agent (along with an Iranian-American co-conspirator) paid a DEA confidential source posing as a drug trafficker to kill the Saudi Ambassador to the U.S.[488] The Iranian-American co-conspirator was sentenced to 25 years in prison for his role in the plot, while the Quds Force member, Gholam Shakuri, remains at large.[489] The links between the IRGC and drug trafficking do not stop there.

---

[483] U.S. Department of Treasury, press release, "Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran," March 7, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1444.aspx.

[484] U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), p. 63, https://www.dia.mil/Portals/27/Documents/News/Military%20Power%20Publications/Iran_Military_Power_LR.pdf.

[485] Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi (New York: Columbia University Press, 2009), p. 17.

[486] John Calabrese, *Iran's War on Drugs: Holding the Line?*, (Washington, D.C.: Middle East Institute, December 1, 2007), https://www.mei.edu/publications/irans-war-drugs-holding-line.

[487] Josh Meyer, "The secret backstory of how Obama let Hezbollah off the hook," *Politico,* December 2017, https://www.politico.com/interactives/2017/obama-hezbollah-drug-trafficking-investigation/.

[488] Department of Justice Office of Public Affairs, press release, "Two Men Charged in Alleged Plot to Assassinate Saudi Arabian Ambassador to the United States," October 11, 2011, https://www.justice.gov/opa/pr/two-men-charged-alleged-plot-assassinate-saudi-arabian-ambassador-united-states.

[489] U.S. Department of Justice, press release, "Manssor Arbabsiar Sentenced in New York City Federal Court to 25 Years in Prison for Conspiring with Iranian Military Officials to Assassinate the Saudi Arabian Ambassador to the United States," May 30, 2013.

Hezbollah, an Iranian proxy in Lebanon with close ties to the IRGC and another foreign terrorist organization, has used the drug trade to finance its operations for decades.[490] The DEA investigation referenced by Dr. Asher found that Hezbollah had gotten "directly involved in the global cocaine trade."[491] The investigation led European authorities to arrest some members of Hezbollah's business branch involved in drug trafficking in 2016.[492] Iran's role in drug trafficking to help the Taliban, links to drug trafficking in the U.S., and close relationship with a narco-terrorist organization like Hezbollah outline a clear record of involvement in the drug trade by Iran and its proxies to finance their terrorist efforts.

*Conclusion.* As this section has shown, the Taliban relies on opium cultivation and processing for a sizeable portion of its funding. Most Afghan-produced opium passes through Iran, often with the help of the Iranian government. More broadly, the Iranian government has used the drug trade to finance, arm, and coordinate attacks with the Taliban. As a result, the material support provided by the Iranian government to the Taliban via the drug trade is reasonably connected to all aspects of Taliban operations, including the attacks at issue in this case.

## IX.   Conclusion

Thus, relying upon substantial evidence commonly used by experts in the relevant fields, it is my expert opinion that:

1. The Taliban is a cohesive organization, which includes the Haqqani Network. The Taliban's central leadership sets the high-level objectives for Taliban fighters, leverages a set of tools to influence the behavior of Taliban fighters throughout Afghanistan, and generally avoids micromanaging operations around the country. While empowered to manage and execute operations in support of Taliban objectives, Taliban councils and commanders have pledged allegiance to the Taliban's leadership and coordinate with other elements of the Taliban on myriad operational and organizational elements, including financing. As a result, the Taliban is a singular, coherent entity.

2. The Taliban, including the Haqqani Network, has used IEDs, small arms attacks, RPGs, anti-aircraft weapon attacks, suicide bombings, complex attacks, and insider attacks to kill and wound American service members to accomplish its terrorist goals.

3. In the provinces where the attacks described in the complaint occurred, and during the time periods in which they occurred, the Taliban likely or very likely maintained area of operations dominance and were the primary actor establishing a monopoly on the use of violence. It is, therefore, more likely than not that the Taliban carried out each attack listed in the complaint.

4. During the period in question, Iran provided both direct and indirect support to the Taliban including through its involvement in drug trafficking and other forms of smuggling that Iran

---

[490]   U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), p. 33-34, https://www.dia.mil/Portals/27/Documents/News/Military%20Power%20Publications/Iran_Military_Power_LR.pdf.
[491]   Josh Meyer, "The secret backstory of how Obama let Hezbollah off the hook," *Politico,* December 2017, https://www.politico.com/interactives/2017/obama-hezbollah-drug-trafficking-investigation/.
[492]   Josh Meyer, "The secret backstory of how Obama let Hezbollah off the hook," *Politico,* December 2017, https://www.politico.com/interactives/2017/obama-hezbollah-drug-trafficking-investigation/.

enabled. In particular, Iran has allowed drugs from Taliban-held areas to pass through Iran, used drug traffickers to transport arms to the Taliban, and worked with drug smugglers to coordinate Taliban attacks on NATO troops.

My opinions in this report are based on the information available to me as of the date of this report and my analysis to date. I reserve the right to revise and expand my opinions based on additional information.

Dated: October 4, 2021

_____

Dr. Colin Clarke

# **Appendix A**

*October 2021*

*Curriculum Vitae*

**Colin P. Clarke, Ph.D.**
Citizenship: United States

Contact Information
Mail:                                              Email: colinphilipclarke@gmail.com

    143 Inglewood Dr.                      Phone: (412) 944-6438
    Pittsburgh, PA 15228                   Twitter: @ColinPClarke
    USA

*Areas of Interest*
Transnational terrorism, international organized crime, counter-narcotics, intelligence, threat finance, failed states, insurgency/COIN, security cooperation/building partner capacity, US foreign policy, radicalization and countering violent extremism, information operations, cyber, diaspora communities, conflict trends, future of warfare, emerging technologies/national security

*Education*
Ph.D., Foreign Policy & International Security Policy, University of Pittsburgh, 2012
M.S., Global Affairs, concentration in International Relations, New York University, 2007
B.A., Communication, Loyola University Maryland, 2002
National University of Ireland, Galway (NUIG), semester abroad, Fall 2001

*Employment*
Director of Policy and Research, The Soufan Group, 2021-present
Assistant Teaching Professor, Carnegie Mellon University, 2018-2021
Adjunct Senior Political Scientist, RAND, Pittsburgh, PA 2018-present
Senior Political Scientist, RAND, Pittsburgh, PA 2018
Full Political Scientist, RAND, Pittsburgh, PA 2016-2018
Lecturer, Carnegie Mellon University, Institute for Politics and Strategy, 2015-2018
Associate Political Scientist, RAND, Pittsburgh, PA 2013-2016
Project Associate III, RAND, Pittsburgh, PA, 2010-2013
Adjunct Professor, Carnegie Mellon University, Social & Decision Sciences, 2014-2015
Adjunct Professor, Duquesne University, Spring 2015
Adjunct Professor, University of Pittsburgh, Pittsburgh, PA, 2011-2016
Adjunct Researcher RAND, Pittsburgh, PA, 2009-2010
Summer Research Associate, RAND, Pittsburgh, PA, 2008 & 2009
Research Associate, Ridgway Center for International Security, Pittsburgh, PA, 2007-2010
Management Dept. Coordinator, NYU Stern School of Business, New York, NY, 2004-2007
Media Analyst II, Time Warner Inc., New York, NY, 2002-2004

*Concurrent/Affiliate Positions*
Editorial Board Member, *Terrorism and Political Violence,* 2020-present
Editorial Board Member, *Perspectives on Terrorism*, 2020-present
Editorial Board Member, *Studies in Conflict and Terrorism*, 2019-present
Associate Fellow, Global Network on Extremism & Technology (GNET), 2019-present
Advisory Board Member, International Counter-Terrorism Review (ICTR), 2019-present
RESOLVE Network, Research Advisory Council, 2019-present
Visiting Editor, *Homeland Security Today*, 2019-present
Senior Research Fellow, The Soufan Center, 2018-present
Fellow, Program on Extremism, George Washington University, 2018
Senior Fellow, Foreign Policy Research Institute, Program on National Security, 2017-present
Associate Fellow, International Center for Counter-Terrorism—The Hague, 2016-present
Global Initiative Against Transnational Organized Crime, Network of Experts, 2017-present
Associate, Pardee RAND Graduate School (PRGS), 2017-2018
Associate, Initiative for the Study of Emerging Threat, NYU Global Affairs Center, 2015-present

*Books*
**Colin P. Clarke,** *After the Caliphate: The Islamic State and the Future of the Terrorist Diaspora,* Polity Press, 2019

**Colin P. Clarke, ed.,** *Terrorism: The Essential Reference Guide,* Santa Barbara: ABC-CLIO, Praeger Security International, 2018

**Colin P. Clarke**, *Terrorism Inc.: The Financing of Terrorism, Insurgency, and Irregular Warfare*, Santa Barbara: ABC-CLIO, Praeger Security International, 2015

*Journal Articles, Book Chapters and Published Reports*

**Colin P. Clarke,** "Small Arms and Light Weapons (SALW) Trafficking, Smuggling, and Use for Criminality by Terrorists and Insurgents: A Brief Historical Overview," International Centre for Counter-Terrorism (ICCT) – The Hague, July 15, 2020, https://icct.nl/publication/small-arms-and-light-weapon-brief-historical-overview/

**Colin P. Clarke** and co-authors from The Soufan Center, "Inside the Russian Imperial Movement: Practical Implications of U.S. Sanctions," April 2020, https://thesoufancenter.org/research/inside-the-russian-imperial-movement-practical-implications-of-u-s-sanctions/

**Colin P. Clarke,** *Conducting P/CVE Assessment in Conflict Environments: Key Considerations*. Washington, D.C.: RESOLVE Network, 2020, https://www.resolvenet.org/research/conducting-pcve-assessment-conflict-environments-key-considerations

**Colin P. Clarke,** "The Pensacola Terrorist Attack: The Enduring Influence of Al-Qaeda Propaganda," *CTC Sentinel,* March 2020, https://ctc.usma.edu/pensacola-terrorist-attack-enduring-influence-al-qaida-affiliates/

**Colin P. Clarke,** Using the McKinsey 7S Framework to Assess Al-Qaeda Over Three Decades: Lessons for the Future," International Centre for Counter-Terrorism (ICCT)- The Hague, December 2019, https://icct.nl/publication/using-the-mckinsey-7s-framework-to-assess-al-qaeda-over-three-decades-lessons-for-the-future/

**Colin P. Clarke** and co-authors from The Soufan Center, "White Supremacy Extremism: The Transnational Rise of the Violent White Supremacist Movement," September 2019, https://thesoufancenter.org/research/white-supremacy-extremism-the-transnational-rise-of-the-violent-white-supremacist-movement/

**Colin P. Clarke, "**Organized Crime and Trafficking: Mapping Out the Threats and Actors to Find Solutions," in Michel Gueldry et al., *Today's Imperatives, Tomorrow's Conundrums? New Forms of Insecurity in a Globalized World*, Routledge 2019

**Colin P. Clarke** and co-authors from The Soufan Center, "Iran's Playbook: Deconstructing Tehran's Regional Strategy," May 2019, https://thesoufancenter.org/research/irans-playbook-deconstructing-tehrans-regional-strategy/

**Colin P. Clarke** and co-authors from The Soufan Center, "Al-Qaeda in the Indian Subcontinent (AQIS): The Nucleus of Jihad in South Asia," January 2019, https://thesoufancenter.org/research/al-qaeda-in-the-indian-subcontinent-aqis-the-nucleus-of-jihad-in-south-asia/

**Colin P. Clarke**, "The Financing of Armed Groups in Conflict," *Armed Conflict Survey*, Vol.4, Iss.1, 2018, https://www.tandfonline.com/doi/full/10.1080/23740973.2018.1482062

**Colin P. Clarke** and Assaf Moghadam, "Mapping Today's Jihadi Landscape and Threat," *Orbis,* June 25, 2018, https://www.fpri.org/article/2018/06/mapping-todays-jihadi-landscape-and-threat/

**Colin P. Clarke** and Phillip Smyth, "The Implications of Iran's Expanding Shi'a Foreign Fighter Network," *CTC Sentinel,* November 2017, https://ctc.usma.edu/posts/the-implications-of-irans-expanding-shia-foreign-fighter-network

**Colin P. Clarke** and Paul Rexton Kan, "Uighur Foreign Fighters: A Unique Jihadist Challenge," International Centre for Counter-Terrorism (ICCT)-The Hague, Policy Note, November 2017, https://icct.nl/publication/uighur-foreign-fighters-an-underexamined-jihadist-challenge/

Lead author on Global Counter-Terrorism Forum (GCTF) Good Practices Document on Preventing Terrorist Attacks against Soft Targets, September 2017, https://www.thegctf.org/Portals/1/Documents/Links/Meetings/2017/Twelfth%20GCTF%20Coordinating%20Committee%20Meeting/GCTF%20-%20Antalya%20Memorandum%20on%20the%20Protection%20of%20Soft%20Targets%20in%20a%20Counterterrorism%20Context.pdf?ver=2017-09-17-010844-720

Phil Williams and **Colin P. Clarke**, "Iraqi and Syrian Networks," in Kim Thachuk and Rollie Lal, eds., *Terrorist Criminal Enterprises,* forthcoming 2018

Tuesday Reitano, Laura Adal and **Colin P. Clarke,** "Examining the Nexus Between Organised Crime and Terrorism and Its Implications for EU Programming," joint publication of ICCT-The Hague and the Global Initiative Against Transnational Organized Crime, 2017.

**Colin P. Clarke,** "Key Developments in U.S. Counter-Terrorism Policy in 2016 and What to Expect in the Year Ahead," Australian Strategic Policy Institute, Counter Terrorism Policy Centre Yearbook, 2017.

**Colin P. Clarke**, "Drugs & Thugs: Funding Terrorism Through Narcotics Trafficking," *Journal of Strategic Security*, Vol.9, No.3, Special Issue Fall 2016: Emerging Threats, pp.1-15.

Christopher Paul, **Colin P. Clarke**, Beth Grill, and Molly Dunigan, "Moving Beyond Population-Centric vs. Enemy-Centric Counterinsurgency," *Small Wars & Insurgencies*, Vol.28, No.2, Spring 2017, pp.1019-1042.

**Colin P. Clarke,** "The Financing of Terrorism & Insurgency Through Drug Trafficking," in Philip Reichel, ed., *Transnational Crime and Global Security*, Routledge, 2018.

**Colin P. Clarke**, "A Parochial Nexus? Crime and Terror in Europe," *Fletcher Security Review,* January 28, 2016, http://www.fletchersecurity.org/#!clarke/ckxo

"Illicit Trade: Converging Criminal Networks," OECD 2015, author of chapter 5 on global trade in illicit narcotics, http://www.oecd.org/gov/risk/oecdtaskforceonchartingillicittrade.htm

Christopher Paul, Jessica Yeats, **Colin P. Clarke**, Miriam Matthews and Lauren Skrabala, "Assessing and Evaluating DoD Inform, Influence and Persuade Efforts: Guidance for Practitioners, *IO Sphere*, Fall 2015, pp.43-48.

**Colin P. Clarke,** "The Islamic State of Iraq and Syria (ISIS): Building a Caliphate in the Levant," in *Security Issues in the Greater Middle East (SIGME)*, ABC-CLIO, 2016.

**Colin P. Clarke** and Jeffrey L. Boleng, "Big Data Challenges, Failed Cities and The Rise of the 'New Net,'" in *Cyberspace: Malevolent Actors, Criminal Opportunities, and Strategic Competition,* United States Army War College Strategic Studies Institute, 2016, http://www.strategicstudiesinstitute.army.mil/pubs/display.cfm?pubID=1319

**Colin P. Clarke**, "Countering Provisional Irish Republican Army (PIRA) Financing and Combating the Ability of Insurgents to Raise Funds Through Crime in Northern Ireland," in Lawrence Cline and Paul Shemella, eds., *The Future of Counterinsurgency: Contemporary Debates in Internal Security Strategy,* Santa Barbara, Calif.: ABC-CLIO, 2015.

**Colin P. Clarke** and Phil Williams, "The Islamic State of Iraq and Syria: Sustainable Insurgency or Paper Tiger?" in Lawrence Cline and Paul Shemella, eds., *The Future of Counterinsurgency: Contemporary Debates in Internal Security Strategy,* Santa Barbara, Calif.: ABC-CLIO, 2015.

Christopher Paul, **Colin P. Clarke,** and Chad Serena, "Mexico is Not Colombia: Seeking More Productive Analogies for Responding to the Challenge of Violent Drug Trafficking Organizations," *Small Wars Journal,* June 24, 2014.

**Colin P. Clarke,** 2014. "An Assessment of the Taliban Insurgency in Afghanistan," Italian Institute for International Political Studies (ISPI), Analysis No.258, June 2014, http://www.ispionline.it/sites/default/files/pubblicazioni/analysis_258__2014.pdf

Christopher Paul, **Colin P. Clarke**, Beth Grill, and Terrance Savitsky. 2013. "Between Large-N and Small-N Analyses: Historical Comparison of Thirty Insurgency Case Studies," *Historical Methods*, Volume 46, Issue 4, pp.220-239.

Christopher Paul, **Colin P. Clarke**, and Beth Grill. 2012. "Qualitative Comparative Analysis of 30 Insurgencies, 1978-2008, *Military Operations Research*, Volume 17, Number 2, pp.19-40.

Dennis M. Gormley, **Colin P. Clarke**, Jurgen Altmann.  2012. "Missiles in the Middle East: Their Destabilizing Role." Chapter 3 in *Arms Control and Missile Proliferation in the Middle East,* eds. Bernd W. Kubbig and Sven-Erik Fikenscher, London: Routledge Global Security Studies.

Christopher Paul, **Colin P. Clarke**, and Beth Grill. January 2011. "Victory Has a Thousand Fathers: Evidence of Effective Approaches to Counterinsurgency, 1978-2008." *Small Wars Journal* January.

Christopher Paul and **Colin P. Clarke**. January 2011. "Evidentiary Validation of Field Manual 3-24: Counterinsurgency Worldwide, 1978-2000." *Joint Forces Quarterly,* Issue 60, First Quarter.

**Colin P. Clarke**. 2009. "Division by Addition: Why a Three State Solution is Better than Two." *Journal of Public and International Affairs*.

**Colin P. Clarke**. Spring 2009. "Evolution of British Intelligence & Counterinsurgency Policy: Northern Ireland, 1969-1998." *University of Pittsburgh GSPIA Political Review* Volume 1, Issue 1, pp.8-13.

*Selected RAND Research and Project Reports*

RR-3046. 2019. Patrick B. Johnston, Mona Alami, **Colin P. Clarke,** Howard Shatz. 2019. *Return and Expand? The Finances and Prospects of the Islamic State After the Caliphate*

RR-2489-OSD. 2018. Christopher Paul, **Colin P. Clarke,** Bonnie L. Triezenberg, David Manheim, Bradley Wilson. *Improving C2 and Situational Awareness for Operations in and Through the Information Environment*

CT-498. 2018. **Colin P. Clarke**. *An Overview of Current Trends in Terrorism and Illicit Finance: Lessons from the Islamic State in Iraq and Syria and Other Emerging Threats*

RR-1925/1-A. 2018. Christopher Paul, **Colin P. Clarke**, Michael Schwille, Jakub P. Hlavka, Michael A. Brown, Steven Davenport, Isaac R. Porche III, Joel Harding. *Lessons from Others for Future U.S. Army Operations in and Through the Information Environment*

RR-1925/2-A. 2018. Christopher Paul, **Colin P. Clarke**, Michael Schwille, Jakub P. Hlavka, Michael A. Brown, Steven Davenport, Isaac R. Porche III, Joel Harding. *Lessons from Others for Future U.S. Army Operations in and Through the Information Environment: Case Studies*

CT-483. 2017. **Colin P. Clarke,** *Jihadist Violence in the Caucasus: Russia Between Counterterrorism and Counterinsurgency*

RR-1177-A. 2017. Stephen Watts, Bryan Frederick, Jennifer Kavanagh, Angela O'Mahony, Thomas S. Szayna, Matthew Lane, Alexander Stephenson, **Colin P. Clarke**. 2017. *A More Peaceful World? Regional Conflict Trends and U.S. Defense Planning*

CT-480. 2017. **Colin P. Clarke**, *The Terrorist Diaspora: After the Fall of the Caliphate*

CT-480-z1. 2017. **Colin P. Clarke,** *The Terrorist Diaspora: After the Fall of the Caliphate: Addendum*

RR-1600-A. 2017. Isaac R. Porche III, Christopher Paul, Chad C. Serena, **Colin P. Clarke**, Erin-Elizabeth Johnson, Drew Herrick. *Tactical Cyber: Building A Strategy for Cyber Support to Corps and Below*

PR-2918-A. 2017. Kathleen Reedy, Chad C. Serena, Andrea A. Golay, Michael Schwille, William Marcellino, **Colin P. Clarke,** Jasmine Wheeler, Daniel Ibarra. *Integrating Female Leaders and Soldiers Into the Combat Arms Specialties: Examining Current Practices to Guide Future Policies, Programs and Regulations*

CF-361. 2017. **Colin P. Clarke**, Kimberly Jackson, Patrick B. Johnston, Eric Robinson, Howard J. Shatz. *Financial Futures of the Islamic State of Iraq and the Levant: Findings from a RAND Corporation Workshop*

PR-2809-ODNI. 2017. **Colin P. Clarke,** Phil Williams and Steven Davenport. *The Future of Transnational Organized Crime: Trends, Uncertainties and Global Drivers Over the Next Decade*

PR-2642-A. 2017. Christopher Paul, **Colin P. Clarke**, Michael Schwille, Jakub Hlavka, Michael Brown, Steven Davenport, Isaac Porche, Joel Harding. *Lessons from the Principles and Practices of Others for Future U.S. Army Operations In and Through the Information Environment*, forthcoming

PR-2183-OSD. 2016. **Colin P. Clarke**, Patrick Johnston, Andrew Liepman, Barbara Sude, Meagan Smith, David Stebbins, Michael Brown and Lillian Ablon. *Trends for Terrorism & Violence by Non-State Actors: Looking Out to 2020 & 2035*

RR-1273-OSD. 2015. Christopher Paul, **Colin P. Clarke**. *Counterinsurgency Scorecard Update: Afghanistan In Early 2015 Relative to Insurgencies Since World War II*

PR-1955-A. 2015. Agnes Gereben Schaefer, Jennifer Kavanagh, Colin P. Clarke. *Assessing the Potential Impact of Indigenous Cultures on Gender-Integrated Army Special Forces Teams*

PR-1784-A. 2015. Isaac Porche, Christopher Paul, Chad C. Serena, **Colin P. Clarke**, Erin-Elizabeth Johnson. *Developing Offensive Cyber Operations at Tactical Levels: Lessons Learned, Important Considerations, and Recommendations for the Army*

RR-935-OSD. 2015. Christopher Paul, Brian Gordon, Jennifer D.P. Moroney, Lisa Saum-Manning, Beth Grill, **Colin P. Clarke,** and Heather Peterson. *A Building Partner Capacity Assessment Framework*: *Tracking Inputs, Outputs, Outcomes, Disrupters, and Workarounds*

RR-937-OSD. 2015. Christopher Paul, Jennifer D.P. Moroney, Beth Grill, **Colin P. Clarke,** Lisa Saum-Manning, Heather Peterson and Brian Gordon. *What Works Best When Building Partner Capacity in Challenging Contexts?*

PR-1838-z1-OSD. 2015. Stephanie Young, Christopher Paul, Daniel M. Gerstein, Melinda Moore, Daniel Tremblay, **Colin P. Clarke**. *Assessment of CBEP's Country Prioritization Tool*: *Appendices A-C.*

PR-1838-OSD. 2015. Stephanie Young, Christopher Paul, Daniel M. Gerstein, Melinda Moore, Daniel Tremblay, **Colin P. Clarke**. *Assessment of CBEP's Country Prioritization Tool.*

RR-809z1-OSD. 2015. Christopher Paul, Jessica M. Yeats, **Colin P. Clarke**, Miriam Matthews. *Assessing and Evaluating Department of Defense Efforts to Inform, Influence and Persuade: Desk Reference.*

RR-809z2-OSD. 2015. Christopher Paul, Jessica M. Yeats, **Colin P. Clarke**, Miriam Matthews, Lauren Skrabala, *Assessing and Evaluating Department of Defense Efforts to Inform, Influence and Persuade: Handbook for Practitioners.*

RR-809z-OSD. 2015. Christopher Paul, Jessica M. Yeats, **Colin P. Clarke**, Miriam Matthews. *Assessing and Evaluating Department of Defense Efforts to Inform, Influence and Persuade: An Annotated Reading List.*

PR-1671-A. 2015. Stephen Watts, Bryan Frederick, Jennifer Kavanagh, Angela O'Mahony, Thomas Szayna, Matthew Lane, Alexander Stephenson, **Colin P. Clarke**. *Regional Conflict Trends and Patterns in U.S. Military Intervention: An Empirical Assessment and Future Projections.*

RR-370-A. 2014. Michael McNerney, Angela O'Mahony, Thomas S. Szayna, Derek Eaton, Caroline Baxter, **Colin P. Clarke**, Emma Davies, Michael McGee, Leslie Payne, Heather Peterson, Calin Trenkov-Wermuth *Assessing Security Cooperation as a Preventive Tool*

PR-505-A. 2014. Chad C. Serena, Abbie Tingstad, Zev Winkelman, Olesya Tkacheva, Michael J. Baim, William Marcellino, Blake W. Mobley, **Colin P. Clarke,** Christopher Paul, *The Role of Social Media in Future Army Operations.*

RR-548/1. 2014. Christopher Paul, **Colin P. Clarke**, Chad C. Serena, *Mexico is Not Colombia: Historical Analogies for Responding to the Challenge of Violent Drug Trafficking Organizations.*

RR-548/2. 2014. Christopher Paul, **Colin P. Clarke**, Chad C. Serena, *Mexico is Not Colombia: Historical Analogies for Responding to the Challenge of Violent Drug Trafficking Organizations: Supporting Case Studies*

RR-737-OSD. 2014. **Colin P. Clarke** and Christopher Paul, *From Stalemate to Settlement: Lessons for Afghanistan from Historical Insurgencies That Have Been Resolved Through Negotiations*.

RB-9762-OSD. 2014. **Colin P. Clarke** and Christopher Paul, *Lessons for a Negotiated Settlement in Afghanistan: If History Serves as a Guide*.

RR-291/1-OSD. 2014. Christopher Paul, **Colin P. Clarke,** Beth Grill and Molly Dunigan, *Paths to Victory: Lessons from Modern Insurgencies*.

RR-291/2-OSD. 2014. Christopher Paul, **Colin P. Clarke,** Beth Grill and Molly Dunigan, *Paths to Victory: Lessons from Modern Insurgencies: Detailed Insurgency Case Studies*.

PR-816-MITRE. 2013. Douglas Yeung, Les Servi, Blake W. Mobley, **Colin P. Clarke**, *Psycholinguistic Analyses of Online Texts (Pakistani Blogger)*

RR-396-OSD. 2013. Christopher Paul, **Colin P. Clarke**, Beth Grill, Molly Dunigan. *Counterinsurgency Scorecard: Afghanistan in Early 2013 Relative to Insurgencies Since World War II*.

MG-1224-USFOR-A. 2013. Keith Crane, Victoria A. Greenfield, **Colin P. Clarke**, Karla J. Cunningham, Daniel Egel, Beth Grill, Ahmad Idrees Rahmani, Omar al-Shahery, and Terrence K. Kelly. *The Afghan Economy and how it affects the Pashtun People: Implications for the Insurgency in Afghanistan*.

MG1235/1-OSD. 2012. Christopher Paul, **Colin P. Clarke**, Beth Grill, Stephanie Young, Jennifer D.P. Moroney, Joe Hogler, Christine Leah. *What Works Best When Building Partner Capacity and Under What Circumstances*?

MG-1125-OSD. 2011. Christopher Paul, Agnes Schaefer, and **Colin P. Clarke**. *The Challenge of Violent Drug Trafficking Organizations: An Assessment of Mexican Security based on Existing RAND Research on Urban Unrest, Insurgency, and Defense Sector Reform*

MG-1108-USMC. 2011. Christopher Paul, Harry J. Thie, Katherine Watkins Webb, Stephanie Young, **Colin P. Clarke**, Susan G. Straus, Joya Laha, Christine Osowski, Chad Serena. *Alert and Ready: An Organizational Design Assessment of Marine Corps Intelligence*

DRR-5439-OIA. 2011. Keith Crane, Laurel E. Miller, Jessica Saunders with **Colin P. Clarke**, Georgia Holmer, Martin C. Libicki, Kim Thachuk. *Non-Insurgent Violence in Iraq: Analysis of Available Data and International Comparisons*

MG-964-OSD. 2010. Christopher Paul, **Colin P. Clarke**, and Beth Grill. *Victory Has a Thousand Fathers: Sources of Success in Counterinsurgency*

MG-964-1-OSD.  2010.  Christopher Paul, **Colin P. Clarke**, and Beth Grill.  *Victory Has a Thousand Fathers:  Sources of Success in Counterinsurgency: Detailed Counterinsurgency Case Studies*

PM-3184-OSD. 2008. **Colin P. Clarke** and Christopher Paul. *A Review of the Literature on Strategic Communication and Counterinsurgency*

*Congressional Testimony*

Testimony presented before the House Financial Services Committee, Subcommittee on Terrorism and Illicit Finance, "An Overview of Current Trends in Terrorism and Illicit Finance: Lessons from the Islamic State in Iraq and Syria and Other Emerging Threats," 9/18, https://www.rand.org/pubs/testimonies/CT498.html

Testimony presented before a joint hearing of the House Foreign Affairs Subcommittee on Terrorism, Nonproliferation, and Trade and Subcommittee on Europe, Eurasia, and Emerging Threats titled "Russia: Counterterrorism Partner or Fanning the Flames?" 11/17, https://www.rand.org/pubs/testimonies/CT483.html

Testimony presented before the House Homeland Security Committee Task Force on Denying Terrorists Entry into the United States, 7/17 https://www.rand.org/multimedia/video/2017/07/13/the-terrorist-diaspora.html; see also, https://www.rand.org/pubs/testimonies/CT480.html; and https://www.rand.org/pubs/testimonies/CT480z1.html

*Op-Eds*

**Colin P. Clarke**, "Osama bin Laden is Gone, but Al-Qaeda is Thriving," *Washington Post,* April 30, 2021, https://www.washingtonpost.com/opinions/2021/04/30/osama-bin-laden-is-gone-al-qaeda-is-thriving/

**Colin Clarke,** "Opinion: U.S. Faces Hard Choices to Fight Terrorism After Afghanistan Withdrawal," *NPR,* April 15, 2021, https://www.npr.org/2021/04/15/987642253/opinion-u-s-faces-hard-choices-to-fight-terrorism-after-afghanistan-withdrawal

Asfandyar Mir and **Colin P. Clarke,** "Biden's Expensive New Problem in Afghanistan," *Politico,* April 15, 2021, https://www.politico.com/news/magazine/2021/04/15/bidens-next-afghanistan-challenge-how-to-police-it-from-outside-482054

**Colin P. Clarke,** "Op-Ed: Why the Risks of a U.S. Withdrawal From Afghanistan Outweigh the Benefits," *Los Angeles Times,* April 14, 2021, https://www.latimes.com/opinion/story/2021-04-14/afghanistan-withdrawal-risks-counterterrorism

Matthew Kriner and **Colin P. Clarke,** "Eclectic Boogaloo," *Slate,* August 19, 2020, https://slate.com/news-and-politics/2020/08/boogaloos-growth-memes-blm.html

**Colin P. Clarke** and Mollie Saltskog, "What to Watch to Understand the Sino-Iranian Relationship," *Lawfare,* August 13, 2020, https://www.lawfareblog.com/what-watch-understand-sino-iranian-relationship

**Colin P. Clarke** and Louis Klarevas, "COVID-19 Is a Threat to National Security. Let's Start Treating it as Such," *Just Security,* August 6, 2020, https://www.justsecurity.org/71870/covid-19-is-a-threat-to-national-security-lets-start-treating-it-as-such/

**Colin P. Clarke** and William Courtney, "Can America Do Anything About the Russia-Iran Axis?" *Newsweek,* July 30, 2020, https://www.newsweek.com/iran-russia-axis-afghanistan-syria-lybia-america-1521774

Peter Chalk, Daveed Gartenstein-Ross, and **Colin P. Clarke**, "Can Sudan Escape Its History as a Transit Hub for Violent Extremist Organizations?" Foreign Policy Research Institute, July 23, 2020, https://www.fpri.org/article/2020/07/can-sudan-escape-its-history-as-a-transit-hub-for-violent-extremist-organizations/

**Colin P. Clarke** and Ariane Tabatabai, "What Iran Wants in Afghanistan," *Foreign Affairs,* July 8, 2020, https://www.foreignaffairs.com/articles/afghanistan/2020-07-08/what-iran-wants-afghanistan

Bruce Hoffman and **Colin P. Clarke,** "The Next American Terrorist," *The Cipher Brief,* July 2, 2020, https://www.thecipherbrief.com/article/united-states/the-next-american-terrorist

Michael Kenney and **Colin P. Clarke,** "What ANTIFA Is, What it Isn't, and Why it Matters," *War on the Rocks,* June 23, 2020, https://warontherocks.com/2020/06/what-antifa-is-what-it-isnt-and-why-it-matters/

**Colin P. Clarke** et al., "Russia is Eyeing the Mediterranean. The U.S. and NATO Must Be Prepared," *Newsweek,* June 30, 2020, https://www.newsweek.com/mediterranean-expansion-russia-usa-nato-challenge-1514458

Nathan Vest and **Colin P. Clarke**, "Is the Conflict in Libya a Preview of the Future of Warfare?" *Defense One,* June 2, 2020, https://www.defenseone.com/ideas/2020/06/conflict-libya-preview-future-warfare/165807/

Jacob Zenn and **Colin P. Clarke,** "Al Qaeda and ISIS Had a Truce—Until They Didn't," *Foreign Policy,* May 26, 2020, https://foreignpolicy.com/2020/05/26/al-qaeda-isis-west-africa-sahel-stability-jihadi-groups/

**Colin P. Clarke,** "Remember Us? Islamic State Stays Active During Coronavirus Pandemic," Foreign Policy Research Institute (FPRI), May 8, 2020, https://www.fpri.org/article/2020/05/remember-us-islamic-state-stays-active-during-coronavirus-pandemic/

Daveed Gartenstein-Ross, Samuel Hodgson, and **Colin P. Clarke**, "The Russian Imperial Movement (RIM) and its Links to the Transnational White Supremacist Extremist Movement," International Centre for Counter-Terrorism (ICCT)- The Hague, April 24, 2020, https://icct.nl/publication/the-russian-imperial-movement-rim-and-its-links-to-the-transnational-white-supremacist-extremist-movement/

**Colin P. Clarke** and Ariane Tabatabai, "Why Iran is Still Attacking American Troops During the Pandemic," *Vox*, April 22, 2020, https://www.vox.com/world/2020/4/22/21229509/coronavirus-iran-covid-19-attacks-us-troops-iraq

Daveed Gartenstein-Ross, Samuel Hodgson, and **Colin P. Clarke**, "The Growing Threat Posed by Accelerationism and Accelerationist Groups Worldwide," Foreign Policy Research Institute (FPRI), April 20, 2020, https://www.fpri.org/article/2020/04/the-growing-threat-posed-by-accelerationism-and-accelerationist-groups-worldwide/

Ariane Tabatabai and **Colin P. Clarke,** "Iran's Aggression Continues Even Amid Coronavirus and 'Maximum Pressure,'" *NPR*, April 16, 2020, https://www.npr.org/2020/04/16/835976663/opinion-irans-aggression-continues-even-amid-coronavirus-and-maximum-pressure

Ariane Tabatabai and **Colin P. Clarke**, "Maximum Pressure Still Won't Sway Iran," *Lawfare,* April 13, 2020, https://www.lawfareblog.com/maximum-pressure-still-wont-sway-iran

**Colin P. Clarke** and Hajer Naili, "How Coronavirus Could Make the Middle East Even More Dangerous," *The National Interest*, April 12, 2020, https://nationalinterest.org/blog/middle-east-watch/how-coronavirus-could-make-middle-east-even-more-dangerous-143102

**Colin P. Clarke**, "Yesterday's Terrorists Are Today's Public Health Providers," *Foreign Policy*, April 8, 2020, https://foreignpolicy.com/2020/04/08/terrorists-nonstate-ungoverned-health-providers-coronavirus-pandemic/

**Colin P. Clarke** and Ariane Tabatabai, "What Will Iran Do as the U.S. Negotiates a Withdrawal from Afghanistan?" *Defense One,* April 6, 2020, https://www.defenseone.com/ideas/2020/04/what-will-iran-do-us-negotiates-withdrawal-afghanistan/164385/

Daveed Gartenstein-Ross, **Colin P. Clarke**, and Emelie Chace-Donahue, "The Enduring Legacy of French and Belgian Islamic State Foreign Fighters," Foreign Policy Research Institute (FPRI), February 5, 2020, https://www.fpri.org/article/2020/02/enduring-legacy-french-belgian-isis-foreign-fighters/

Daveed Gartenstein-Ross, **Colin P. Clarke**, and Matt Shear, "Terrorists and Technological Innovation," *Lawfare*, February 2, 2020, https://www.lawfareblog.com/terrorists-and-technological-innovation

Daveed Gartenstein-Ross and **Colin P. Clarke**, "What Do Asia's Returning ISIS Fighters Do Next? You're About to Find Out," *South China Morning Post,* February 2, 2020, https://www.scmp.com/week-asia/opinion/article/3048468/what-do-asias-returning-isis-fighters-do-next-youre-about-find

Daveed Gartenstein-Ross and **Colin P. Clarke**, "Greece Is the Weak Spot in Post-Caliphate European Counterterrorism," January 31, 2020, https://nationalinterest.org/feature/greece-weak-spot-post-caliphate-european-counterterrorism-119206

Jason Blazakis and **Colin P. Clarke**, "Brexit Could Spark a Return to Violence in Northern Ireland," *Foreign Policy*, January 22, 2020, https://foreignpolicy.com/2020/01/22/northern-ireland-paramilitary-violence-brexit/

Mollie Saltskog and **Colin P. Clarke,** "China's Rights Abuses in Xinjiang Could Provoke a Global Terrorist Backlash," *Foreign Affairs,* January 16, 2020, https://www.foreignaffairs.com/articles/china/2020-01-16/chinas-rights-abuses-xinjiang-could-provoke-global-terrorist-backlash

**Colin P. Clarke,** "Trends in Terrorism 2020: What's On the Horizon?" Foreign Policy Research Institute (FPRI), January 2, 2020, https://www.fpri.org/article/2020/01/trends-in-terrorism-whats-on-the-horizon-in-2020/

**Colin P. Clarke,** "Terrorism & Counter-Terrorism 2019: The Year in Review," Foreign Policy Research Institute (FPRI), December 11, 2019, https://www.fpri.org/article/2019/12/terrorism-counterterrorism-in-2019-the-year-in-review/

**Colin P. Clarke** and William Courtney, "Russia's Risky Game Plan for Syria," *The National Interest,* October 29, 2019, https://nationalinterest.org/blog/middle-east-watch/russias-risky-game-plan-syria-91976

**Colin P. Clarke** and Amarnath Amarasingam, "Baghdadi's Death Will Make Global Affiliates More Independent," *Foreign Policy*, October 28, 2019, https://foreignpolicy.com/2019/10/28/isis-baghdadi-death-islamic-state-affiliates-more-independent/

**Colin P. Clarke**, "I Study Terrorism. A White Supremacist Attack in My Neighborhood Woke Me Up to the Dangers at Home," *Los Angeles Times,* October 27, 2019, https://www.latimes.com/opinion/story/2019-10-27/tree-life-anniversary-white-supremacist-terrorism

**Colin P. Clarke**, "ISIS is Big Winner from US Withdrawal From Syria," *Fox News Channel*, October 20, 2019, https://www.foxnews.com/opinion/colin-clarke-isis-is-big-winner-from-us-withdrawal-from-syria

Ariane Tabatabai and **Colin P. Clarke**, "Iran's Proxies Are More Powerful Than Ever," *Foreign Policy*, October 16, 2019, https://foreignpolicy.com/2019/10/16/irans-proxies-hezbollah-houthis-trump-maximum-pressure/

**Colin P. Clarke,** "The Terrorist Threat Posed by Neglect and Indifference," Foreign Policy Research Institute, September 19, 2019, https://www.fpri.org/article/2019/09/the-terrorist-threat-posed-by-neglect-and-indifference/

Zachary Abuza and **Colin P. Clarke**, "The Islamic State Meets Southeast Asia," *Foreign Affairs,* September 16, 2019, https://www.foreignaffairs.com/articles/southeast-asia/2019-09-16/islamic-state-meets-southeast-asia

**Colin P. Clarke** and Charles Lister, "Al-Qaeda is Ready to Attack You Again," *Foreign Policy,* September 5, 2019, https://foreignpolicy.com/2019/09/04/al-qaeda-is-ready-to-attack-you-again/

**Colin P. Clarke**, "China's Global War on Terrorism," *Slate,* August 26, 2019, https://slate.com/news-and-politics/2019/08/china-terrorism-xinjiang-repression-islam.html

**Colin P. Clarke,** "Like Terrorist Father, Like Terrorist Son," *Foreign Policy*, August 1, 2019, https://foreignpolicy.com/2019/08/01/like-terrorist-father-like-terrorist-son/

**Colin P. Clarke,** "What Does the Islamic State's Organisational Restructuring Tell Us?" International Centre for Counter-Terrorism (ICCT)- The Hague, June 3, 2019, https://icct.nl/publication/what-does-the-islamic-states-organisational-restructuring-tell-us/

Ariane Tabatabai and **Colin P. Clarke,** "Iran Seeks to Cement Legacy of Shia Militias," Foreign Policy Research Institute (FPRI), May 6, 2019, https://www.fpri.org/article/2019/05/iran-seeks-to-cement-legitimacy-of-shia-militias/

**Colin P. Clarke,** "Baghdadi Resurfaces: What it Means for ISIS's Global Terror Campaign," *Los Angeles Times,* May 6, 2019.

**Colin P. Clarke,** "What the Baghdadi Video Means," *Foreign Policy*, April 29, 2019, https://foreignpolicy.com/2019/04/29/the-post-caliphate-caliph/

**Colin P. Clarke** and Ariane Tabatabai, "The U.S. Designated the Revolutionary Guards as a Terrorist Group. What Happens Next? *Foreign Policy*, April 11, 2019, https://foreignpolicy.com/2019/04/11/the-revolutionary-guards-are-ready-to-strike-back/

**Colin P. Clarke**, "How Terrorist Groups Learn: Implications for al-Qaeda," *Foreign Policy Research Institute (FPRI)*, E-Notes, March 13, 2019, https://www.fpri.org/article/2019/03/how-terrorist-groups-learn-implications-for-al-qaeda/

Mollie Saltskog and **Colin P. Clarke,** "The Little Known Security Gaps in China's Belt and Road Initiative," *The National Interest,* https://nationalinterest.org/feature/little-known-security-gaps-chinas-belt-and-road-initiative-44587

Mollie Saltskog and **Colin P. Clarke,** "The U.S. Withdrawal from Syria is an Opportunity for China," *Lawfare,* February 15, 2019, https://www.lawfareblog.com/us-withdrawal-syria-opportunity-china

**Colin P. Clarke**, "Hezbollah is Here to Stay," *Foreign Policy*, February 9, 2019, https://foreignpolicy.com/2019/02/09/hezbollah-is-in-venezuela-to-stay/

Chad C. Serena and **Colin P. Clarke,** "America's National Defense Strategy and the Paradox of Technology," *The National Interest,* February 4, 2019, https://nationalinterest.org/feature/americas-national-defense-strategy-and-paradox-technology-42877

**Colin P. Clarke** and William Courtney, "America's Absence Could be Syria's New Nightmare," *The National Interest*, January 9, 2019, https://nationalinterest.org/feature/americas-absence-could-be-syrias-new-nightmare-41072

**Colin P. Clarke** and Ariane M. Tabatabai, "Withdrawing from Syria Leaves a Vacuum that Iran Will Fill," *Foreign Affairs,* https://www.foreignaffairs.com/articles/syria/2019-01-08/withdrawing-syria-leaves-vacuum-iran-will-fill

**Colin P. Clarke** and Ahmet S. Yayla, "The United States Can't Rely on Turkey to Defeat ISIS," *Foreign Policy*, December 31, 2018, https://foreignpolicy.com/2018/12/31/the-united-states-cant-rely-on-turkey-to-defeat-isis-kurds-syria-ypg-erdogan/

**Colin P. Clarke**, "The Future of the Global Jihadist Movement," International Centre for Counter-Terrorism (ICCT)- The Hague, December 11, 2018, https://icct.nl/publication/the-future-of-the-global-jihadist-movement-after-the-collapse-of-the-caliphate/

**Colin P. Clarke** and Ariane Tabatabai, "Is Major Realignment Taking Place in the Middle East," *Foreign Affairs,* October 31, 2018, https://www.foreignaffairs.com/articles/turkey/2018-10-31/major-realignment-taking-place-middle-east

**Colin P. Clarke** and Ariane Tabatabai, "America's Indefinite Endgame in Syria," *The Atlantic,* October 16, 2018, https://www.theatlantic.com/international/archive/2018/10/bolton-pledges-american-troops-syria-iran/573121/

**Colin P. Clarke,** "ISIS's New Plan to Get Rich and Wreak Havoc," *Foreign Policy*, October 10, 2018, https://foreignpolicy.com/2018/10/10/isiss-new-plans-to-get-rich-and-wreak-havoc/

**Colin P. Clarke,** "Predicting the Next ISIS," *The National Interest,* October 8, 2018, https://nationalinterest.org/feature/predicting-next-isis-32822

**Colin P. Clarke**, "What the Drone Attack in Venezuela Portends," Foreign Policy Research Institute, August 13, 2018, https://www.fpri.org/article/2018/08/approaching-a-new-normal-what-the-drone-attack-in-venezuela-portends/

**Colin P. Clarke** and William Courtney, "Russia's Wars and Trump," *The Hill,* July 10, 2018, https://thehill.com/opinion/international/396301-trumps-chance-to-show-moscow-hes-neither-weak-nor-malleable

**Colin P. Clarke,** "A Terrorist's Dream: How Twitter and Toy Drones Could Kill A Lot of People," *The National Interest,* June 17, 2018, https://nationalinterest.org/blog/the-buzz/terrorists-dream-how-twitter-toy-drones-could-kill-lot-26288?nopaging=1

**Colin P. Clarke,** "The Continuing Plague of Vehicle Attacks: What Can Be Done?" *The Globe and Mail,* April 25, 2018, https://www.theglobeandmail.com/opinion/article-the-continuing-plague-of-vehicle-attacks-what-can-be-done/

**Colin P. Clarke** and Haroro J. Ingram, "Defeating the ISIS Nostalgia Narrative," Foreign Policy Research Institute, April 18, 2018, https://www.fpri.org/article/2018/04/defeating-the-isis-nostalgia-narrative/

Ahmet S. Yayla and **Colin P. Clarke**, "Turkey's Double ISIS Standard," *Foreign Policy,* April 12, 2018, https://foreignpolicy.com/2018/04/12/turkeys-double-isis-standard/

Ahmet S. Yayla and **Colin P. Clarke**, "What's Turkey Trying to Achieve in Syria," *The National Interest,* April 2, 2018, https://nationalinterest.org/feature/whats-turkey-trying-achieve-syria-25162?nopaging=1

**Colin P. Clarke,** "Where Will ISIS Establish Its Next Safe Haven?" *The Jerusalem Post,* February 19, 2018, http://www.jpost.com/Opinion/Where-will-ISIS-seek-to-establish-its-next-safe-haven-542967

**Colin P. Clarke,** "Expanding the ISIS Brand," *The National Interest,* February 17, 2018, http://nationalinterest.org/feature/expanding-the-isis-brand-24550?page=show

**Colin P. Clarke** and Ahmet S. Yayla, "Erdogan's Fatal Blind Spot," *Foreign Policy,* February 15, 2018, http://foreignpolicy.com/2018/02/15/erdogans-fatal-blind-spot/

**Colin P. Clarke,** "Russia Is Not a Viable Counterterrorism Partner for the United States," *Russia Matters,* February 8, 2018, https://www.russiamatters.org/analysis/russia-not-viable-counterterrorism-partner-united-states

**Colin P. Clarke,** "Counteracting Iran's Gray Zone Strategy in Syria," *Lawfare,* January 24, 2018, https://www.lawfareblog.com/counteracting-irans-gray-zone-strategy-syria

**Colin P. Clarke** and William Courtney, "Iran's Efforts to Create Instability Abroad Have Led to Protests at Home," *The National Interest,* January 11, 2018, http://nationalinterest.org/feature/irans-efforts-create-instability-abroad-have-led-protests-24038?page=show

**Colin P. Clarke** and Phillip Smyth, "Where is Assad Getting His Fighters (It's Not Just Lebanon and Iraq)" *The National Interest,* January 4, 2018, http://nationalinterest.org/feature/where-assad-getting-his-fighters-its-not-just-lebanon-iraq-23899?page=show

**Colin P. Clarke** and William Courtney**, "Russia Trapped in Syria," *The Cipher Brief,* December 20, 2017, https://www.thecipherbrief.com/article/exclusive/middle-east/view-russia-trapped-syria

**Colin P. Clarke,** "All for One and One for All: Toward a Coordinated EU Approach on Returnees," *Georgetown Journal of International Affairs,* November 25, 2017, https://www.georgetownjournalofinternationalaffairs.org/online-edition/2017/11/25/all-for-one-and-one-for-all-toward-a-coordinated-eu-approach-on-returnees

Patrick B. Johnston and **Colin P. Clarke**, "Is the Philippines the Next Caliphate?" *Foreign Policy,* November 27, 2017, http://foreignpolicy.com/2017/11/27/is-the-philippines-the-next-caliphate/

**Colin P. Clarke,** "The Future of Counter-Terrorism Efforts in Syria," *Sada*, November 3, 2017, http://carnegieendowment.org/sada/74618

Amarnath Amarasingam and **Colin P. Clarke,** "Terrorism Fatigue," *Slate*, November 1, 2017, http://www.slate.com/articles/news_and_politics/foreigners/2017/11/terrorist_acts_like_the_new_york_vehicle_attack_are_losing_their_ability.html

**Colin P. Clarke,** "New York Terror Attack: Can Vehicle Attacks Be Prevented?" *Globe and Mail,* November 1, 2017, https://beta.theglobeandmail.com/opinion/new-york-terror-attack-can-vehicle-attacks-be-prevented/article36799030/?ref=http://www.theglobeandmail.com&

**Colin P. Clarke,** "The Moderate Face of Al Qaeda," *Foreign Affairs,* October 24, 2017, https://www.foreignaffairs.com/articles/syria/2017-10-24/moderate-face-al-qaeda?cid=int-lea&pgtype=hpg

**Colin P. Clarke,** "A Glass Half Empty? Taking Stock of Hezbollah's Losses in Syria," *Jerusalem Post,* October 15, 2017, http://www.jpost.com/Opinion/A-glass-half-empty-Taking-stock-of-Hezbollahs-losses-in-Syria-507497

**Colin P. Clarke,** "How Salafism's Rise Threatens Gaza," *Foreign Affairs,* October 11, 2017, https://www.foreignaffairs.com/articles/israel/2017-10-11/how-salafisms-rise-threatens-gaza?cid=int-fls&pgtype=hpg

**Colin P. Clarke** and Paul Rexton Kan, "All That Could Go Wrong When Jihadists Return Home—to China," *Defense One,* September 28, 2017, http://www.defenseone.com/ideas/2017/09/all-could-go-wrong-when-jihadists-return-home-china/141386/?oref=d-river

**Colin P. Clarke,** "Round Trip Tickets: How Will Authorities Know When Foreign Fighters Have Returned," *Lawfare,* September 24, 2017, https://www.lawfareblog.com/round-trip-tickets-how-will-authorities-know-when-foreign-fighters-have-returned

**Colin P. Clarke,** "How ISIS is Transforming," *Foreign Affairs,* September 25, 2017, https://www.foreignaffairs.com/articles/middle-east/2017-09-25/how-isis-transforming

**Colin P. Clarke,** "How Hezbollah Came to Dominate Information Warfare," *The Jerusalem Post*, September 17, 2017, http://www.jpost.com/Opinion/How-Hezbollah-came-to-dominate-information-warfare-505354

**Colin P. Clarke,** "Hezbollah Has Been Active in the United States for Decades,' *The National Interest,* August 26, 2017, http://nationalinterest.org/feature/hezbollah-has-been-active-america-decades-22051?page=show

**Colin P. Clarke,** "When the Car is a Terror Weapon, Can We Prepare for Attacks?" *Globe and Mail,* https://beta.theglobeandmail.com/opinion/when-the-car-is-a-terror-weapon-can-we-prepare-for-attacks/article36027840/?ref=http://www.theglobeandmail.com&

**Colin P. Clarke** and Charlie Winter, "The Islamic State May Be Failing, But Its Strategic Communications Legacy is Here to Stay," *War on the Rocks,* August 17, 2017, https://warontherocks.com/2017/08/the-islamic-state-may-be-failing-but-its-strategic-communications-legacy-is-here-to-stay/

**Colin P. Clarke,** "ISIS is So Desperate It's Turning to the Drug Trade," *Fortune,* July 24, 2017, http://fortune.com/2017/07/24/isis-mosul-defeated-news-territory-islamic-state-drugs/

**Colin P. Clarke** and Chad C. Serena, "How to Harden America's Soft Targets," *The National Interest*, July 3, 2017, http://nationalinterest.org/feature/how-harden-americas-soft-targets-21402?page=show

**Colin P. Clarke,** "Can the Islamic State Survive if Baghdadi is Dead?" *Foreign Policy,* June 30, 2017, http://foreignpolicy.com/2017/06/30/can-the-islamic-state-survive-if-baghdadi-is-dead/

**Colin P. Clarke,** "Is ISIS Leader Baghdadi Still Alive?" *Foreign Affairs,* June 22, 2017, https://www.foreignaffairs.com/articles/syria/2017-06-22/isis-leader-baghdadi-still-alive

**Colin P. Clarke and Louis Klarevas,** "London and the Mainstreaming of Vehicular Terrorism," *The Atlantic,* June 4, 2017, https://www.theatlantic.com/international/archive/2017/06/london-bridge-terrorism-attack/529116/

**Colin P. Clarke** and Chad C. Serena, "What Happens After ISIS Goes Underground," *The National Interest*, May 29, 2017, http://nationalinterest.org/feature/what-happens-after-isis-goes-underground-20881?page=show

**Colin P. Clarke,** "ISIS—From the Ground to Cyberspace," *The Cipher Brief*, May 18, 2017, https://www.thecipherbrief.com/article/middle-east/isis-ground-cyber-space-1089

**Colin P. Clarke,** "Hamas's Strategic Rebranding," *Foreign Affairs*, May 17, 2017, https://www.foreignaffairs.com/articles/middle-east/2017-05-17/hamas-strategic-rebranding

Patrick B. Johnston and **Colin P. Clarke**, "Can the Islamic State Survive Financially?" *Lawfare,* May 14, 2017, https://www.lawfareblog.com/can-islamic-state-survive-financially

**Colin P. Clarke and Craig Whiteside,** "Charting the Future of the Modern Caliphate," *War on the Rocks,* May 3, 2017, https://warontherocks.com/2017/05/charting-the-future-of-the-modern-caliphate/

**Colin P. Clarke and William Courtney,** "How the West Can Press Putin to Keep Assad in Order," *Newsweek*, April 24, 2017, http://www.newsweek.com/how-west-can-press-putin-keep-assad-order-587664

**Colin P. Clarke,** "Attacks on Russia Will Only Increase," *The Atlantic*, April 4, 2017, https://www.theatlantic.com/international/archive/2017/04/russia-st-petersburg-isis-syria/521766/

**Colin P. Clarke,** "How Russia Became the Jihadists' Number 1 Target," *Politico*, April 3, 2017, http://www.politico.com/magazine/story/2017/04/russia-jihadists-number-one-target-214977

**Colin P. Clarke,** "Al Qaeda in Syria Can Change Its Name, But Not Its Stripes," *The Cipher Brief,* March 23, 2017, https://www.thecipherbrief.com/article/middle-east/al-qaeda-syria-can-change-its-name-not-its-stripes-1089

**Colin P. Clarke**, Chad C. Serena, and Amarnath Amarasingam, "Beware the New Mujahideen: The Threat from Future Jihadist Networks," *The National Interest,* March 13, 2017, http://nationalinterest.org/feature/beware-the-new-mujahideen-the-threat-future-jihadist-19767?page=show

**Colin P. Clarke** and Amarnath Amarasingam, "Where Do ISIS Fighters Go When the Caliphate Falls?" *The Atlantic,* March 6, 2017, https://www.theatlantic.com/international/archive/2017/03/isis-foreign-fighter-jihad-syria-iraq/518313/

**Colin P. Clarke** and Chad C. Serena, "U.S. Counterterrorism Strategy Must Be About More Than Just ISIS," *Defense One*, February 9, 2017, http://www.defenseone.com/ideas/2017/02/us-counterterrorism-strategy-must-be-about-more-isis/135290/

Charlie Winter and **Colin P. Clarke**, "Is ISIS Breaking Apart?" *Foreign Affairs,* January 31, 2017, https://www.foreignaffairs.com/articles/2017-01-31/isis-breaking-apart

**Colin P. Clarke** and Chad C. Serena, "Hezbollah is Winning the War in Syria," *National Interest,* January 29, 2017, http://nationalinterest.org/feature/hezbollah-winning-the-war-syria-19229?page=show

Chad C. Serena and **Colin P. Clarke**, "America's Cyber Security Dilemma—And a Way Out," *Defense One*, December 22, 2016, http://www.defenseone.com/ideas/2016/12/americas-cyber-security-dilemma-and-way-out/134105/

**Colin P. Clarke**, "Crime and Terror in Europe: Where the Nexus is Alive and Well," International Center for Counter-Terrorism (ICCT)- The Hague, December 15, 2016, https://icct.nl/publication/crime-and-terror-in-europe-where-the-nexus-is-alive-and-well/

**Colin P. Clarke** and William Courtney, "Can Trump Really Do Deals with Vladimir Putin," *Newsweek,* November 21, 2016, http://www.newsweek.com/can-trump-really-do-deals-putin-522353

**Colin P. Clarke** and Daveed Gartenstein-Ross, "How Will Jihadist Strategy Evolve as the Islamic State Declines?" *War on the Rocks*, November 10, 2016, http://warontherocks.com/2016/11/how-will-jihadist-strategy-evolve-as-the-islamic-state-declines/

**Colin P. Clarke**, "Al-Nusra: Stronger Than Ever," *The Cipher Brief,* November 2, 2016, https://www.thecipherbrief.com/article/middle-east/al-nusra-stronger-ever-1089

**Colin P. Clarke** and Barak Mendelsohn, "Al Qaeda's Ruthless Pragmatism Makes It More Dangerous Than the Islamic State," *Reuters,* October 27, 2016, http://www.reuters.com/article/us-mideast-counterterrorism-commentary-idUSKCN12R0AL

**Colin P. Clarke** and William Courtney, "Only the U.S. Can Save Syrians," *USA Today,* October 5, 2016, http://www.usatoday.com/story/opinion/2016/10/05/syria-aleppo-russia-genocide-u-s-dithering-election-transition-column/91564654/

**Colin P. Clarke**, "September 11: The Day That Changed My Country (and My Career Path) Forever," *Fox News*, September 10, 2016, http://www.foxnews.com/opinion/2016/09/10/september-11-day-that-changed-my-country-and-my-career-path-forever.html

**Colin P. Clarke** and Chad C. Serena, "Why Syria's War May Be About to Get Even Worse," *Reuters,* August 25, 2016, http://www.reuters.com/article/commentary-nusra-clarke-idUSKCN1101UX

Andrew Liepman and **Colin P. Clarke**, "Demystifying the Islamic State," *U.S. New & World Report*, August 19, 2016, http://www.usnews.com/opinion/articles/2016-08-19/to-defeat-isis-first-understand-the-threat-posed-by-the-terrorists

**Colin P. Clarke** and Steven Metz, "ISIS vs. Al Qaida: Battle of the Terrorist Brands," *The National Interest,* August 16, 2016, http://nationalinterest.org/blog/the-buzz/isis-vs-al-qaida-battle-the-terrorist-brands-17370

Chad C. Serena and **Colin P. Clarke**, "How Defense Choices Affect Military Readiness," *Defense News*, August 10, 2016, http://www.defensenews.com/story/defense/commentary/2016/08/10/how-defense-choices-affect-military-readiness/88524104/

**Colin P. Clarke** and Chad C. Serena, "This is the Problem With Trying to Destroy the Islamic State," *Washington Post Monkey Cage Blog*, July 12, 2016, https://www.washingtonpost.com/news/monkey-cage/wp/2016/07/12/the-problem-with-destroying-the-islamic-state/

**Colin P. Clarke** and Chad C. Serena, "To Defeat ISIL's Brand, Its Territory Must Be Reclaimed," *The National Interest*, July 8, 2016, http://nationalinterest.org/blog/the-buzz/defeat-isils-brand-its-territory-must-be-reclaimed-16890

**Colin P. Clarke** and Chad C. Serena, "Islamic State May Be Down, But It's Far From Out," *Reuters*, May 23, 2016, http://uk.reuters.com/article/us-mideast-conflict-islamicstate-comment-idUSKCN0YE09O

Brian Michael Jenkins and **Colin P. Clarke**, "In the Event of the Islamic State's Untimely Demise…" *Foreign Policy*, May 11, 2016, http://foreignpolicy.com/2016/05/11/islamic-state-iraq-syria-baghdadi-plan-b/

Chad C. Serena and **Colin P. Clarke**, "Seeing the Battlefield: The Future Challenge of Violent Non-State Actors in Megacities," *Reuters*, April 6, 2016, http://blogs.reuters.com/great-debate/2016/04/06/is-the-u-s-military-prepared-to-fight-in-megacities/

**Colin P. Clarke** and Isaac R. Porche III, ISIS in Cyber, *Project Syndicate*, April 1, 2016, https://www.project-syndicate.org/commentary/the-online-fight-against-isis-by-colin-p--clarke-and-isaac-r--porche-iii-2016-04

**Colin P. Clarke** and William Courtney, "The West Should Accommodate Russia to Secure Peace with Assad in Syria," *US News & World Report,* March 17, 2016, http://www.usnews.com/opinion/blogs/world-report/articles/2016-03-17/the-west-should-accommodate-russia-to-secure-peace-with-assad-in-syria

**Colin P. Clarke** and William Courtney, "Is a Syria Truce in Putin's Best Interest?" *Newsweek*, February 18, 2016, http://www.newsweek.com/syria-truce-putins-best-interest-428229

Isaac R. Porche III and **Colin P. Clarke**, "Following Online Footprints to Catch Terrorists," *Newsweek,* December 28, 2015, http://www.newsweek.com/following-online-footprints-catch-terrorists-408960

**Colin P. Clarke**, "How Global Threat Network Will Get a Boost from Iran Nuclear Deal," Fox News, July 2015, http://www.foxnews.com/opinion/2015/07/15/historic-accord-with-iran-just-one-piece-persian-puzzle.html#.VaadEozQ0SY.mailt

Christopher Paul and **Colin P. Clarke**, "A Broad Approach to Countering ISIS," *Washington Post*, The Monkey Cage, September 2014, http://www.washingtonpost.com/blogs/monkey-cage/wp/2014/09/02/a-broad-approach-to-countering-the-islamic-state/

**Colin P. Clarke**, "Achieving Victory in Afghanistan Requires More Than Just 'Afghan Good Enough,'" *Small Wars Journal* July 2011.

*Presentations and Briefings*

"Departure from Afghanistan: Envisioning a Responsible Withdrawal," Fordham University Law School Center on National Security, 5/2, https://www.centeronnationalsecurity.org/departure-from-afghanistan-envisioning-a-responsible-withdrawal

"Iran's Proxies After Soleimani," presentation to the Defense Threat Reduction Agency, Reston, VA, 2/20

"What Do ISIS and Al Qaeda Do Now?" presentation at the Foreign Policy Research Institute (FPRI), Philadelphia, PA, 10/19

"ISIS is Not in Permanent Demise, It's Transitioning," presentation at the NATO Advanced Research Workshop, Washington, D.C., 9/19

"After the Caliphate" book presentation at The Egmont Institute, Brussels Belgium, 6/19

"The Organizational Evolution of Al-Qaeda Over the Last Three Decades," presentation to the International Centre for Counter-Terrorism (ICCT)- The Hague, The Hague, The Netherlands, 6/19

"How Do Terrorists Harness the Power of Emerging Technologies?" presentation as part of the Global Research Network on Terrorism and Technology, Brookings Institution, 5/19

"Implications of the Islamic Revolutionary Guard Corps (IRGC) Foreign Terrorist Organization (FTO) Designation," presentation to 1st IO Battalion, Washington, D.C., 5/19

"An Overview of U.S. Counterterrorism Efforts against the Global Jihadist Movement," keynote address presented to the Defense Intelligence Agency Defense Combating Terrorism Intelligence Conference (DCIC), Reston, VA, 4/19

"After the Caliphate: The Islamic State and the Future Terrorist Diaspora," lecture at The Humanity Hub, The Hague, The Netherlands, 12/18

"Foreign Fighter Financing" presentation at The Soufan Center Global Security Forum, Doha, Qatar, 11/18

"The Islamic State's Revival Strategy: Foundations for Future Resurgence and How to Undermine It," presentation to George Washington University Program on Extremism, 6/18

"Salafi-Jihadism in the Balkans and the Future of ISIS," presentation to Joint Improvised Threat Defeat Organization (JIDO), 3/18

"Al Qaida and ISIS Dynamics in the Physical World," presentation to CENTRA Technology as part of workshop on "Exploring Al-Qaida/ISIS Dynamics," Arlington, VA, 11/17

"Organized Crime and Terrorism Finance Networks," presentation to the course on Malicious Networks, part of the Australian National University's National Security College, 9/17

"The Future of Al-Qaida and the Islamic State" presented to the Joint Improvised Threat Defeat Organization (JIDO), Reston, VA, 10/17

"ISIS After Its Demise in Iraq and Syria," presentation to the International Institute for Counter-Terrorism (ICT) at the Inter-Disciplinary Center (IDC) in Herzliya, Israel as part of ICT's 17th Annual International Conference, "The Terrorism Maze," 9/17

 "The Crime-Terror Nexus in Europe," presentation delivered to the Society for Terrorism Research (STR) International Conference, New York City, NY, 8/17

Invited to the National Security Agency (NSA) as part of a visit of "National Thought Leaders," arranged by Dr. Kiron Skinner, Carnegie Mellon University and the Hoover Institution at Stanford University, 8/17

Remarks prepared for the Counter-ISIS Finance Group (CIFG), part of the Global Coalition to Defeat ISIS, Washington, D.C., 7/17

"Islamic State Financing," presented to the Joint Improvised Threat Defeat Organization (JIDO), Reston, VA, 6/17

Welcome and Introductory Remarks, RAND Conference on "The Evolving Terrorism Threat: Implications for Global Security," Arlington, VA 6/17, https://www.rand.org/pubs/conf_proceedings/CF370.conference-welcome.html

Remarks delivered to Global Counter Terrorism Forum (GCTF) conference on protecting soft targets from terrorist attack, Brussels, Belgium, 6/17

"Strategic Adaptation of Al Qaeda," presented at CENTRA Technologies workshop on "Anticipating Adaptation and Innovation in Terrorist External Attack Planning," 5/17

"The Russian Firehose of Falsehood" presented to Center for Middle East Public Policy (CMEPP) Advisory Board, 5/17

"The Russian Firehose of Falsehood" presented to FFRDC/UARC Roundtable, Strategic Command (STRATCOM), Omaha, NE, 3/17

 "An Examination of Salafi-Jihadists in the Caucasus," presented to the Joint Improvised Threat Defeat Organization (JIDO), Reston, VA, 3/17

"Funding Terrorism Through Criminal Means" Presentation to the Course on Dynamics of International Terrorism, Hurlburt Field, 3/17

"Countering Political Violence, Terrorism and Insurgency," a presentation to the Pittsburgh World Affairs Council, Pittsburgh, PA, 2/17

"The Russian Firehose of Falsehood" presented to information operations workshop in Wiesbaden, Germany at U.S. Army Europe, 11/16

"Diasporas as Critical Non-State Actors: From Terrorism to Peacemaking," presented at the 10th Annual Society of Terrorism Research (STR) International Conference, The Hague, The Netherlands, 11/16

"Lessons Learned and Best Practices from Demobilization, Disarmament and Reintegration (DDR)" weeklong series of lectures at the Naval Postgraduate School (NPS) in Monterey, CA, 9/16

*Terrorism, Inc.: The Financing of Terrorism, Insurgency and Irregular Warfare*," Presented to the Contemporary Insurgent Warfare Course via VTC, USAF Special Operations School, Hurlburt Field, FL, 8/16.

"Paths to Victory: Lessons from Modern Insurgencies," Presented to the Contemporary Insurgent Warfare Course via VTC, USAF Special Operations School, Hurlburt Field, FL, 8/16.

"Making Sense of the Madness: Future Challenges in the Middle East," presented to a group of 450 military officers (mostly LTCs and Colonels) at the US Army War College, Carlisle Barracks, PA, 7/16.

"How Do Terrorist Groups Fund Their Organizations and Operations?" Presentation to the Course on Dynamics of International Terrorism, Hurlburt Field, 7/16.

"Countering the Financing of Terrorism: A Global Perspective," Presentation to the George C. Marshall European Center for Security Studies , Garmisch, Germany, 3/16.

"How Terrorists Raise and Spend Funds," Presentation to the Carnegie Mellon University Software Engineering Institute (SEI), 3/16.

"Paths to Victory: Lessons from Modern Insurgencies," Presented to the Contemporary Insurgent Warfare Course via VTC, USAF Special Operations School, Hurlburt Field, FL, 2/16.

 "The Future of Terrorism Financing," National Security Colloquium on Next Generation Terrorism at the University of Texas El Paso (UTEP), 2/16.

"ISIS, Russia and What Comes Next in Syria," annual John T. Ryan Lecture at the Pittsburgh World Affairs Council, 11/15.

"Cutting Funding Flows from Resource Exploitation: Analogies for Responding to ISIL Resource Exploitation," presentation to the United States Government, conference hosted by Booz Allen Hamilton, McClean, VA, 11/15.

*Terrorism, Inc.: The Financing of Terrorism, Insurgency and Irregular Warfare*," presentation on book project at Carnegie Mellon University, 11/15.

"Assessing Efforts to Inform, Influence and Persuade," JIOWC Industry Day, San Antonio, TX, 9/15.

"Megacities, Urbanization & Instability," presented at "Containing Threat Convergence, Exploiting Threat Divergence: U.S. Strategy in Dealing with Emerging Threats," University of Pittsburgh, Pittsburgh, PA, 9/15.

"Terrorism, Inc.: The Financing of Terrorism, Insurgency & Irregular Warfare," Presented at New York University's Center for Global Affairs "Bad Company" series on transnational organized crime in New York City, NY, 9/15.

"14 Years After 9/11: The Past, Present and Future of Transnational Terrorism" presented to Legg Mason, San Francisco, CA, 9/15.

"Paths to Victory: Lessons from Modern Insurgencies," Presented to the Contemporary Insurgent Warfare Course via VTC, USAF Special Operations School, Hurlburt Field, FL, 8/15.

"The Islamic State in Iraq and Syria: Building a Caliphate in the Levant," presented to a group of 450 military officers (mostly LTCs and Colonels) at the US Army War College, Carlisle Barracks, PA, 7/15

"Anatomy of a Terrorist Attack in the U.S.: A Case Study of the Boston Marathon Bombers" presented at a conference on "Countering Violent Extremism in the United States and the European Union," University of Pittsburgh European Studies Center and European Union Center of Excellence (EUCE/ESC) at the University Center for International Studies (UCIS), 4/15

"Addressing Corruption: CGA Alumni Response from The Field" talk on nexus of corruption, transnational crime and terrorism at New York University Center for Global Affairs, 4/15

The Illicit Trade in Illegal Narcotics, presented to the Organization for Economic Cooperation and Development (OECD), 3/15

The Islamic State: What We Know, What We Think We Know, What We Don't Know, University of Pittsburgh, Intelligence Seminar, 3/15

Keynote speech on global threat environment delivered to Carnegie Mellon University Model United Nations, 3/15

"Financing Terrorism: The Islamic State in Iraq and Syria (ISIS)" presented to Suspicious Activity Report (SAR) team at the Banks of New York (BNY) Mellon, 1/15

"From Stalemate to Settlement: The Master Narrative of Negotiated Settlements and Implications for the Afghan Political Process," presented with Seth G. Jones and James Dobbins to the President's Special Assistant for Afghanistan and Pakistan, National Security Council (NSC), 1/15

"How Democracies Counter Insurgencies and Asymmetric Warfare," presentation at workshop co-hosted by RAND and the Israel Democracy Institute titled "The Challenged for Democracies Facing Asymmetric Conflicts," Washington D.C., December 2014

"What is the Islamic State of Iraq and Syria (ISIS)? A Comprehensive Analysis of ISIS's Origins, Fundraising and Tactics," community presentation to The Library Place at Pittsburgh Mills, November 2014

"The Islamic State of Iraq and Syria (ISIS): An Overview and Assessment of Its Evolution," presented at the University of Pittsburgh, November 2014.

"ISIS: Its Rise, Current Dynamics and the Nature of the Threat," presented to RAND Corporation donors and potential donors at The Mansions on Fifth, Pittsburgh, PA, October 2014

"Lessons from Insurgency and Insurgency End Games," Presented to the Contemporary Insurgent Warfare Course via VTC, USAF Special Operations School, Hurlburt Field, FL, 10/14

"Insurgency Endgames and Prospects for Afghanistan Post Retrograde," RAND Corporation Pittsburgh Office National Security Seminar Series, 4/14.

"Paths to Victory: Lessons from Modern Insurgencies," Presented to the Contemporary Insurgent Warfare Course via VTC, USAF Special Operations School, Hurlburt Field, FL, 6/14.

"From Stalemate to Settlement: Lessons for Afghanistan from Historical Insurgencies Ending in a Negotiated Settlement," presented with Christopher Paul to the President's Special Assistant for Afghanistan and Pakistan, National Security Council (NSC), 4/14

"How Insurgencies End," *Intelligence and Security Challenges: Retrospect and Prospect*, University of Pittsburgh, 3/14, http://www.youtube.com/watch?v=gdUUxiRUg-o

"US Counterterrorism Strategy Against Non-State Actors," *The National Security Briefing for Teachers*, Heinz History Center and World Affairs Council Pittsburgh, 1/14.

"Paths to Victory: Lessons from Modern Insurgencies," Presented to the Contemporary Insurgent Warfare Course via VTC, USAF Special Operations School, Hurlburt Field, FL, 10/13.

"Paths to Victory: Lessons from Modern Insurgencies," Presented at the Contemporary Insurgent Warfare Course, USAF Special Operations School, Hurlburt Field, FL, 8/13.

"Insurgency Endgames and Negotiated Settlements: Implications for Afghanistan," Office of the Secretary of Defense (OSD) Policy, 7/13.

"Throwing in the Towel: Why Insurgents Negotiate." Presented at RAND Corporation, Pittsburgh Office National Security Brown Bag Series," 12/12.

"US Security in South Asia and Implications for Afghanistan, Pakistan, and India." Presented at the course, "Muslims in a Global Context," co-sponsored by the University of Pittsburgh  Global Studies Center and Carnegie Mellon University's Office of the Provost and Division of Student Affairs, 11/12.

"What Works and What Doesn't?  Sources of Success and Failure in Counterinsurgency Since World War II." Presented at the Contemporary Insurgent Warfare Course, USAF Special Operations School, Cannon Air Force Base, in Clovis, NM, 11/12.

"Ending Insurgency Through Negotiated Settlements: Implications for Afghanistan." Presented at the Board of Directors meeting at the University of Pittsburgh's Graduate School of Public and International Affairs in Pittsburgh, PA, 4/12.

"A Deadly Nexus: Crime, Corruption, and Conflict in Afghanistan." Presented at New York University's Center for Global Affairs "Bad Company" series on transnational organized crime in New York City, NY, 3/12.

"Victory Has a Thousand Fathers: Sources of Success in Counterinsurgency." Presented at the Contemporary Insurgent Warfare Course, USAF Special Operations School, Cannon Air Force Base, in Clovis, NM, 10/11.

"September 11: Threats, Opportunities, and Challenges Ten Years Later." Presented at the University of Pittsburgh in Pittsburgh, PA, 9/11.

"A World Without Osama bin Laden: Reflections on the Future of Al Qaeda and Implications for US Foreign Policy." Presented at the World Affairs Council of Pittsburgh in Pittsburgh, PA, 5/11.

"'On the Take': How Corruption is Undermining Counterinsurgency in Afghanistan." Presented at the University of Pittsburgh's Graduate School of Public & International Affairs in Pittsburgh, PA, 4/11.

"The Future of Violent Armed Groups." Presented at conference on "Violent Armed Groups: A Global Challenge," co-sponsored by Ridgway Center and U.S. Army War College at the University of Pittsburgh in Pittsburgh, PA, 9/10.

"Threat Financing: How Financial Resources Contribute to Insurgent Longevity." Presented at the Defense Intelligence Agency (DIA) in Crystal City, VA, 4/10.

"Victory Has a Thousand Fathers: Sources of Success in Counterinsurgency." Presented with Dr. Christopher Paul, as part of RAND/Ridgway "brown bag" series at the University of Pittsburgh, in Pittsburgh, PA, 3/10.

"Insurgency: From Violence to Politics." Presented at the International Security Student Workshop at the University of Pittsburgh, GSPIA, in Pittsburgh, PA, 1/10.

"Homegrown Terrorism: The Najibullah Zazi Plot." Presented at the International Security Student Workshop at the University of Pittsburgh, GSPIA, in Pittsburgh, PA, 1/10.

"Strategic Communication in Counterinsurgency: Preliminary Results from 30 Cases." Presented at the RAND Corporation in Pittsburgh, PA, 8/09.

"Evolution of British Intelligence & Counterinsurgency Policy: Northern Ireland, 1969-1998." Presented at the International Intelligence Ethics Association (IIEA), Johns Hopkins University, in Baltimore, MD, 2/09.

"The Impact of Strategic Communication on Counterinsurgency Operations." Presented at the RAND Corporation in Pittsburgh, PA, 7/08.

"Do Repressive Measures Reduce Terrorist Violence? A Multivariate Analysis." Presented to the Matthew B. Ridgway Center in Pittsburgh, PA, 4/08.

"The Assassination of Benazir Bhutto and Implications for U.S. Foreign Policy in Pakistan." Presented to the Matthew B. Ridgway Center for International Security Studies (March 2008)

*Consultancies/Peer-Review*

Advisory Board Member, Praeger Security International and ABC-CLIO for books on terrorism

Selected as a reviewer for: Oxford University Press; Routledge Military, Strategic and Security Studies; *Terrorism and Political Violence; International Journal of Conflict and Violence; Behavioral Sciences of Terrorism and Political Aggression; Journal of Strategic Security*; *European Journal of Criminology; The Middle East Journal; International Security*

United States Agency for International Development (USAID) on "Organized Crime, Violent Conflict & Fragility" 2014-2015

Organization for Economic Cooperation and Development (OECD) Task Force on Charting Illicit Trade (TF-CIT) 2015-

*Honors and Awards*
*Military Operations Research Journal Award* for Article of the Year (2013) for "Qualitative Comparative Analysis of 30 Insurgencies, 1978-2008," with Christopher Paul and Beth Grill, *Military Operations Research*, Volume 17, Number 2, 2012, pp.19-40.

University Press Books Selection (2012) The Challenge of Violent Drug Trafficking Organizations selected by the 22nd edition of the University Press Books Selected for Public and Secondary School Libraries which is distributed to 13,000 libraries across the country

University Press Books Selection (2011) Victory Has a Thousand Fathers selected by the 21st edition of the University Press Books Selected for Public and Secondary School Libraries which is distributed to 13,000 libraries across the country

Military Operations Research Society (MORS) Richard H. Barchi Prize Runner Up Victory Has a Thousand Fathers: Sources of Success in Counterinsurgency awarded runner up prize for best paper presented at the 2011 MORS Symposium

University of Pittsburgh Dean's High Merit Fellowship for Academic Excellence and Achievement, 2009-2010; 2010-2011

Matthew B. Ridgway Center for International Security Studies Associate/Affiliated Scholar Appointed as Ridgway Center Associate Scholar for 2009-2010 (reappointed for 2010-2011 and 2011-2012) and affiliated scholar (2013-present)

High Pass on Foreign and Security Policy Comprehensive Examination (Honors Distinction) (January 2009)

University of Pittsburgh Full Tuition Scholarship for Doctoral Studies, 2007-2009

*Professional Memberships/Affiliations*

Member, International Studies Association (ISA)

Associate, Initiative on the Study of Emerging Threats (ISET), New York University

Affiliated Scholar, Ridgway Center

American Institute of Afghanistan Studies (AIAS)

American Middle East Institute

World Affairs Council Pittsburgh

Member of the Decision Science and Politics Seminar

Google Scholar Citation Indices (908 citations as of July 2020)

https://scholar.google.com/citations?user=NXdrq0EAAAAJ&hl=en

## Appendix B – List of Materials Considered

**Books:**

Abdullah Anas and Tam Hussein, *To the Mountains: My Life in Jihad from Algeria to Afghanistan* (London, United Kingdom: Hurst Publishers, 2019)

Sippi Azarbaijani-Moghaddam, "Norther Exposure for the Taliban," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

Thomas Barfield, *Afghanistan: A Cultural and Political History* (Princeton, NJ: Princeton University Press, 2010)

Peter Bergen, *Holy War, Inc.: Inside the Secret World of Osama bin Laden* (New York, NY: The Free Press, 2001)

Peter Bergen, *The Longest War: The Enduring Conflict Between America and Al-Qaeda* (New York:, NY Free Press, 2011) Kindle edition

Vahid Brown and Don Rassler, *Fountainhead of Jihad: The Haqqani Nexus, 1973-2012* (New York, NY: Oxford University Press, 2013)

Sarah Chayes, *The Punishment of Virtue: Inside Afghanistan After the Taliban* (London, United Kingdom, Penguin Books, 2007)

Steve Coll, *Directorate S: The CIA and America's Secret Wars in Afghanistan and Pakistan* (United States of America, Penguin Press, 2018)

Amb. James F. Dobbins, *After the Taliban: Nation-Building in Afghanistan* (Sterling, VA: Potomac Books, 2008)

Mohammed Elias, "The Resurgence of the Taliban in Kabul: Logar and Wardak," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

C. Christine Fair, Keith Crane, Christopher S. Chivvis, Samir Puri, and Michael Spirtas, *Pakistan: Can the United States Secure an Insecure State* (Santa Monica, CA: RAND Corporation, 2010)

Gregory Feifer, *The Great Gamble: The Soviet War in Afghanistan* (New York, NY: Harper Perennial, 2009)

Antonio Giustozzi, "The Taliban's Marches: Herat, Farah, Baghdis and Ghor," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

Antonio Giustozzi (Eds), *Decoding the New Taliban: Insights from the Afghan Field* (New York, NY: Oxford University Press, 2012)

Antonio Giustozzi, *The Taliban at War: 2001-2018* Kindle ed. (New York, NY: Oxford University Press, 2019)

Larry P. Goodson, *Afghanistan's Endless War: State Failure, Regional Politics, and the Rise of the Taliban* (United States of America: University of Washington Press, 2001)

Thomas Hegghammer, *The Caravan: Abdallah Azzam and the Rise of the Global Jihad* (Cambridge, United Kingdom: Cambridge University Press, 2020)

Thomas Johnson, *Taliban Narratives: The Use and Power of Stories in the Afghanistan Conflict* (New York, NY: Oxford University Press, 2018)

Seth G. Jones, *In the Graveyard of Empires: America's War in Afghanistan* (New York, NY: W. W. Norton, 2010)

David Kilcullen, "Taliban and Counter-Insurgency in Kunar," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

David Loyn, *In Afghanistan: Two Hundred Years of British, Russian, and American Occupation* (New York, NY: St. Martin's Press, 2009)

Peter Marsden, *The Taliban: War, Religion and the New Order in Afghanistan* (London, United Kingdom: Zed Books, 1998)

Joanna Nathan, "Reading the Taliban," in *Decoding the New Taliban,* ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

Neamatollah Nojumi, *The Rise of Taliban: Mass Mobilization, Civil War, and the Future of the Region* (London, United Kingdom: Palgrave Macmillian, 2002)

Gretchen Peters, "The Taliban and the Opium Trade," in *Decoding the New Taliban,* ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

Gretchen Peters, *Seeds of Terror: How Drugs, Thugs, and Crime Are Reshaping the Afghan War* (London, United Kingdom: One World, 2010)

Ahmed Rashid, *Taliban: Militant Islam, Oil and Fundamentalism in Central Asia* (New Haven, CT: Yale University Press, 2000)

Ahmed Rashid, *Descent into Chaos: The U.S. and the Disaster in Pakistan, Afghanistan, and Central Asia* (London, United Kingdom: Penguin Books, 2009)

Bruce Riedel, *The Search for al Qaeda: Its Leadership, Ideology, and Future* (Washington, DC: Brookings Institution Press, 2008)

Thomas Ruttig, "Loya Paktia's Insurgency, Part I," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

Chad Serena, *It Takes More than a Network: The Iraqi Insurgency and Organizational Adaptation* (Palo Alto, CA: Stanford Security Studies, 2014)

Alex Strick van Linschoten and Felix Kuehn, *An Enemy We Created: The Myth of the Taliban/Al-Qaeda Merger in Afghanistan, 1970-2010* (London, United Kingdom: Hurst Publishers, 2012)

Alex Strick van Linschoten and Felix Kuehn (Eds.), *The Taliban Reader: War, Islam and Politics in their Own Words* (New York, NY: Oxford University Press, 2018)

Stephen Tanner, *Afghanistan: A Military History from Alexander the Great to the War Against the Taliban* (Philadelphia, PA: Da Capo Press, Inc., 2009)

Martine van Biljert, "Unruly Commanders and Violent Power Struggles: Taliban Networks in Uruzgan," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York, NY: Columbia University Press, 2009)

Bing West, *The Wrong War: Grit, Strategy, and the Way out of Afghanistan* (New York, NY: Random House Trade Paperbacks, 2012)

Abdul Awwal Zabulwal, "Taliban in Zabul: A Witness Account," in *Decoding the New Taliban*, ed. Antonio Giustozzi, (New York NY: Columbia University Press, 2009)

**Government Documents:**

United Nations Security Council, "ABDUL QADEER BASIR ABDUL BASEER," First listed on January 25, 2001, https://www.un.org/securitycouncil/sanctions/1988/materials/summaries/individual/abdul-qadeer-basir-abdul-baseer

U.S. Department of State, "U.S. Engagement with the Taliban on Usama bin Laden," June 2001, https://nsarchive2.gwu.edu/NSAEBB/NSAEBB343/osama_bin_laden_file11.pdf

*The 9/11 Commission Report* (July 22, 2004), https://govinfo.library.unt.edu/911/report/911Report.pdf

USCENTCOM, *Unclassified Executive Summary* (June 18, 2009), https://www.hsdl.org/?view&did=35748

U.S. Army Aviation Center of Excellence and Fort Rucker, "Wanat, Battle of (13 July 2008)," May 26, 2020, https://rucker.army.libguides.com/c.php?g=861328

"One ISAF Soldier Killed, One Wounded in Southern Afghanistan," International Security Assistance Force, August 27, 2007, https://www.nato.int/isaf/docu/pressreleases/2007/08-august/pr070827-615.html

U.S. Department of the Treasury, press release, "Treasury Targets Al Qaida Operatives in Iran," January 16, 2009, https://www.treasury.gov/press-center/press-releases/pages/hp1360.aspx

Peter Bergen, "Al Qaeda, the Taliban, and other Extremist Groups in Afghanistan and Pakistan," Testimony before the U.S. Senate Committee on Foreign Relations, May 24, 2011, https://www.govinfo.gov/content/pkg/CHRG-112shrg67892/html/CHRG-112shrg67892.htm

U.S. Department of State's Office of the Coordinator for Counterterrorism, *2011 Country Reports on Terrorism*, July 31, 2012, https://2009-2017.state.gov/j/ct/rls/crt/2011/195547.htm

International Security Assistance Force Joint Command, press release, "Forces kill insurgents in Afghanistan airstrike," March 29, 2011, https://www.army.mil/article/53963/forces_kill_insurgents_in_afghanistan_airstrike

National Counterterrorism Center, *2010 Report on Terrorism* (April 30, 2011), https://www.dni.gov/files/documentsJuly 1/2010_report_on_terrorism.pdf

United Nations Office of Drugs and Crime, *The Global Afghan Opium Trade: A Threat Assessment* (July 2011), https://www.unodc.org/documents/islamicrepublicofiran/Afghan_Opiate_Threat_Assessment.pdf

Counter Insurgency Targeting Program – Afghanistan, Iranian Influence in Uruzgan (Mar. 8, 2011) (attached hereto as Ex. G)

U.S. Department of Treasury, press release, "Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran," March 7, 2012, https://www.treasury.gov/press-center/press-releases/Pages/tg1444.aspx

United Nations Analytical Support and Sanctions Monitoring Team, *First report of the Analytical Support and Sanctions Implementation Monitoring Team submitted pursuant to resolution 1988 (2011) concerning the Taliban and associated individuals and entities* (2012), https://digitallibrary.un.org/record/733640?ln=en

United Nations Office on Drugs and Crime, *Afghan Opiate Trafficking Through the Southern Route* (June 2015), https://tile.loc.gov/storage-services/service/gdc/gdcovop/2017332109/2017332109.pdf

U.S. Department of Justice, press release, "Manssor Arbabsiar Sentenced in New York City Federal Court to 25 Years in Prison for Conspiring with Iranian Military Officials to Assassinate the Saudi Arabian Ambassador to the United States," May 30, 2013, https://www.justice.gov/opa/pr/manssor-arbabsiar-sentenced-new-york-city-federal-court-25-years-prison-conspiring-iranian

United Nations Analytical Support and Sanctions Monitoring Team, *Fourth report of the Analytical Support and Sanctions Monitoring Team submitted pursuant to resolution 2082 (2012) concerning the Taliban and other associated individuals and entities constituting a threat to the peace, stability and security of Afghanistan* (2014), https://digitallibrary.un.org/record/772632?ln=en

United Nations Analytical Support and Sanctions Monitoring Team, *Fifth Report of the Analytical Support and Sanctions Monitoring Team, Submitted Pursuant to Resolution 2160 (2014) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2014), https://digitallibrary.un.org/record/785698?ln=en

*Significant Attacks Against U.S. Diplomatic Facilities and Personnel 1998-2013*, (Washington, D.C.: United States Department of State Bureau of Diplomatic Security, 2014), https://2009-2017.state.gov/documents/organization/225846.pdf

U.S. Department of Defense, "Operation Enduring Freedom Military Deaths," May 14, 2014, https://dcas.dmdc.osd.mil/dcas/pages/report_oef_deaths.xhtml
United Nations Office on Drugs and Crime, *World Drug Report* (2016), https://www.unodc.org/documents/scientific/WORLD_DRUG_REPORT_2016_web.pdf

United Nations Assistance Mission in Afghanistan, *Afghanistan Annual Report 2015: Protection of Civilians in Armed Conflict* (February 2016), https://unama.unmissions.org/sites/default/files/poc_annual_report_2015_final_14_feb_2016.pdf

Department of Defense, *Enhancing Security and Stability in Afghanistan* (December 2016), https://www.hsdl.org/?view&did=797662

U.S. Department of the Treasury, press release, "Treasury Sanctions Taliban and Haqqani Network Financiers and Facilitators," January 28, 2018, https://home.treasury.gov/news/press-releases/sm0265

U.S. Department of the Treasury, press release, "Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters," October 23, 2018, https://home.treasury.gov/news/press-releases/sm532

United Nations Analytical Support and Sanctions Monitoring Team, *Eleventh Report of the Analytical Support and Sanctions Monitoring Team Submitted Pursuant to Resolution 2501 (2019) Concerning the Taliban and Other Associated Individuals and Entities Constituting a Threat to the Peace, Stability and Security of Afghanistan* (2019), https://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/s_2020_415_e.pdf

United Nations Assistance Mission in Afghanistan, *Afghanistan Protection of Civilians in Armed Conflict: Annual Report 2018* (February 2019), https://unama.unmissions.org/sites/default/files/unama_annual_protection_of_civilians_report_2018_-_23_feb_2019_-_english.pdf

U.S. Department of State, "Rewards for Justice: Sirajuddin Haqqani," accessed on July 11, 2019, https://rewardsforjustice.net/english/sirajuddin_haqqani.html

United States Army, *ADP 6-0: Mission Command: Command and Control of Army Forces* (July 2019), https://armypubs.army.mil/epubs/DR_pubs/DR_a/ARN18314-ADP_6-0-000-WEB-3.pdf

U.S. Defense Intelligence Agency, *Iran Military Power* (August 2019), https://www.dia.mil/Portals/27/Documents/News/Military%20Power%20Publications/Iran_Military_Power_LR.pdf

Department of Defense, *Enhancing Security and Stability in Afghanistan* (December 2019), https://www.hsdl.org/?view&did=833880

"Most Wanted: Sirajuddin Haqqani," *The Federal Bureau of Investigation*, accessed on June 1, 2020, https://www.fbi.gov/wanted/terrorinfo/sirajuddin-haqqani

National Counterterrorism Center, "Counterterrorism Guide: Haqqani Network" (n.d., accessed July 29, 2020), https://www.dni.gov/nctc/groups/haqqani_network.html

National Counterterrorism Center, "Counterterrorism Guide: Hezb-e-Islami Gulbuddin" (n.d., accessed July 29, 2020), https://www.dni.gov/nctc/groups/hezb_e_islami.html

National Counterterrorism Center, *Counterterrorism Guide: Afghan Taliban* (n.d., accessed on October 27, 2020, https://www.dni.gov/nctc/groups/afghan_taliban.html

**Journals:**

Javid Ahmad, "Dress Like Allies, Kill Like Enemies: An Analysis of 'Insider Attacks' in Afghanistan," (West Point, NY: Modern War Institute, April 4, 2017), https://mwi.usma.edu/wp-content/uploads/2017/04/Dress-Like-Allies-Kill-Like-Enemies.pdf

Mohamed Arsalai and Will Patrick, "Iran's Shifting Afghan Alliances Don't Fit Easy Narratives," *Foreign Policy,* February 18, 2020, https://foreignpolicy.com/2020/02/18/suleimani-war-quds-iran-shifting-afghan-alliances-dont-fit-easy-narratives/

John Calabrese, *Iran's War on Drugs: Holding the Line?* (Washington, D.C.: Middle East Institute, December 1, 2007), https://www.mei.edu/publications/irans-war-drugs-holding-line

Kate Clark, *The Park Palace Attack: More Losses for Afghanistan* (Kabul, Afghanistan: Afghanistan Analysts Network, May 14, 2015), https://www.afghanistan-analysts.org/en/reports/war-and-peace/the-park-palace-attack-more-losses-for-afghanistan/

Gilles Dorronsoro, *The Taliban's Winning Strategy in Afghanistan* (Washington, D.C.: The Carnegie Endowment for International Peace, 2009), https://carnegieendowment.org/files/taliban_winning_strategy.pdf

Jeffrey Dressler, *The Haqqani Network* (Washington, D.C.: Institute for the Study of War, 2010), https://www.understandingwar.org/sites/default/files/Haqqani_StrategicThreatweb_29MAR_0.pdf

Jeffrey Dressler and Carl Forsberg, *Backgrounder: The Quetta Shura Taliban* (Washington, D.C.: Institute for the Study of War, December 2009), http://www.understandingwar.org/sites/default/files/QuettaShuraTaliban_1.pdf

Sune Engel Rasmussen, "On the Edge of Afghanistan," *Foreign Policy,* September 12, 2017, https://foreignpolicy.com/2017/09/12/on-the-edge-of-afghanistan-taliban-iran-war-united-states/

Theo Farrell, "Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban," *Texas National Security Review* 1:3 (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/

Carl Forsberg, *The Taliban's Campaign for Kandahar* (Washington, D.C.: Institute for the Study of War, December 2009), http://www.understandingwar.org/sites/default/files/The_Talibans_Campaign_For_Kandahar.pdf

John Foulkes, "Iran's Taliban Connection: Mullah Abdul Qayyum Zakir," *Militant Leadership Monitor* 11:6 (July 2, 2020), https://jamestown.org/brief/irans-taliban-connection-mullah-abdul-qayyum-zakir/

Casey Garrett Johnson, *The Political Deal with Hezb-e-Islami* (Washington, D.C.: United States Institute of Peace, 2018), https://www.usip.org/sites/default/files/2018-07/pw_139_the_political_deal_with_hezb_e_islami.pdf

Sajjan M. Gohel, "Iran's Ambiguous Role in Afghanistan," *CTC Sentinel* 3:3 (March 2010), https://ctc.usma.edu/irans-ambiguous-role-in-afghanistan/

Antonio Giustozzi, *Afghanistan: Taliban's Organization and Structure* (Oslo: Norwegian Country of Origin Information Centre, 2017), https://landinfo.no/asset/3589/1/3589_1.pdf

David Isby, "Trojan Horse or Genuine Schism? The Hezb-e-Islami Split," *Terrorism Monitor* 2:11 (May 19, 2005), https://jamestown.org/program/trojan-horse-or-genuine-schism-the-hezb-e-islami-split/

Ashley Jackson and Rahmatullah Amiri, *Insurgent Bureaucracy: How the Taliban Makes Policy* (Washington, D.C.: United States Institute of Peace, 2019), https://www.usip.org/sites/default/files/2021-08/pw_153-insurgent_bureaucracy_how_the_taliban_makes_policy.pdf

Thomas Johnson, "Taliban Adaptations and Innovations," *Small Wars and Insurgencies*, 24:1 (2013), https://core.ac.uk/download/pdf/81222683.pdf

Seth Jones, *Counterinsurgency in Afghanistan* (Arlington, VA: RAND Corporation, 2008), https://www.rand.org/content/dam/rand/pubs/monographs/2008/RAND_MG595.pdf

Seth Jones and Keith Crane, "Afghanistan After the Drawdown," *Council Special Report No. 67,* (New York, NY: Council on Foreign Relations, November 2013), https://cdn.cfr.org/sites/default/files/pdf/2013/11/Afghanistan_After_the_Drawdown_CSR67.pdf

Sami Kronenfeld and Yoel Guzansky, "The Revolutionary Guards and the International Drug Trade," *Military and Strategic Affairs* 5:2 (September 2013), https://www.inss.org.il/wp-content/uploads/systemfiles/MASA5-2Eng6_KronenfeldGuzansky.pdf

Jessica Lewis McFate, Rob Denaburg, and Caitlin Forrest, *Afghanistan Threat Assessment: The Taliban and ISIS* (Washington, D.C.: Institute for the Study of War, December 10, 2015), http://www.understandingwar.org/sites/default/files/Afghanistan%20Threat%20Assessment_The%20Taliban%20and%20ISIS_3.pdf

Lauren McNally et al, *The Islamic State in Afghanistan* (Washington, D.C.: Middle East Institute, May 2016), https://www.mei.edu/sites/default/files/publications/PF12_McNallyAmiral_ISISAfghan_web.pdf

Jerry Meyerle and Carter Malkasian, *Insurgent Tactics in Southern Afghanistan: 2005-2008* (Alexandria, VA: Center for Naval Analyses, August 2009), https://nsarchive2.gwu.edu/NSAEBB/NSAEBB370/docs/Document%205.pdf

Wesley Morgan, *Ten Years in Afghanistan's Pech Valley* (Washington, D.C.: United States Institute of Peace, 2015), https://www.usip.org/sites/default/files/SR382-Ten-Years-in-Afghanistans-Pech-Valley.pdf

Alireza Nader et al, *Iran's Influence in Afghanistan* (Washington, D.C.: RAND Corporation, 2014), https://www.rand.org/content/dam/rand/pubs/research_reports/RR600/RR616/RAND_RR616.pdf

Gretchen Peters, *Crime and Insurgency in the Tribal Areas of Afghanistan and Pakistan* (West Point, NY: Combating Terrorism Center, October 15, 2010), https://www.ctc.usma.edu/wp-content/uploads/2010/10/Crime-and-Insurgency_Final.pdf

Luv Puri, "The Past and Future of Deobandi Islam," *CTC Sentinel* Volume 2: Issue 11 (November 2009), https://ctc.usma.edu/wp-content/uploads/2010/08/CTCSentinel-Vol2Iss11-12-art6.pdf

Don Rassler & Vahid Brown, *The Haqqani Nexus and the Evolution of al-Qa'ida* (West Point, N.Y.: Combating Terrorism Center at West Point, July 14, 2011), https://ctc.usma.edu/wp-content/uploads/2011/07/CTC-Haqqani-Report_Rassler-Brown-Final_Web.pdf

Barnett Rubin, "A New Look at Iran's Complicated Relationship with the Taliban," *War on the Rocks,* September 16, 2020, https://warontherocks.com/2020/09/a-new-look-at-irans-complicated-relationship-with-the-taliban/

Thomas Ruttig, *The Other Side: Dimensions of the Afghan Insurgency: Causes, Actors, and "Approaches to Talks"* (Kabul, Afghanistan: Afghanistan Analysts Network, July 2009), https://www.afghanistan-analysts.org/wp-content/uploads/downloads/2012/10/200907-AAN-Report-Ruttig-The-Other-Side.pdf

Thomas Ruttig, *Why Farah?: A Short History of the Local Insurgency* (Kabul, Afghanistan: Afghanistan Analysts Network, June 7, 2018), https://www.afghanistan-analysts.org/en/reports/war-and-peace/why-farah-a-short-history-of-the-local-insurgency-ii/

Abubakar Siddique, "The Quetta Shura: Understanding the Afghan Taliban's Leadership," *Terrorism Monitor* 12:4 (February 21, 2014), https://jamestown.org/program/the-quetta-shura-understanding-the-afghan-talibans-leadership/

Stephen Tankel, "Lakshar-e-Taiba in Perspective: An Evolving Threat," *Counterterrorism Strategy Initiative Policy Paper* (February 2010), https://carnegieendowment.org/files/Lashkar-e-Taiba_in_Perspective.pdf

Katherine Tiedemann, "Daily Brief: Afghan Kills 2 Spanish Officers," *Foreign Policy*, August 25, 2010, https://foreignpolicy.com/2010/08/25/daily-brief-afghan-kills-2-spanish-officers/

Marvin Weinbaum and Lauren McNally, "A Resilient Al-Qaeda in Afghanistan and Pakistan," (Washington, D.C.: Middle East Institute, August 2016), https://www.mei.edu/sites/default/files/publications/PF18_Weinbaum_AQinAFPAK_web_1.pdf

Brian Williams, "Mullah Omar's Missiles: A Field Report on Suicide Bombers in Afghanistan," *Middle East Policy* 15: 4 (2007), https://mepc.org/journal/mullah-omars-missiles-field-report-suicide-bombers-afghanistan

**Journals (With No Listed Author)**

"The Defeat of America in Afghanistan Will be Swifter Than the Defeat of the Collapsed Soviet Union," *Al Samoud* Issue 30, (December 2008), text available at https://www.longwarjournal.org/archives/2011/05/voice_of_jihad_releases_3-year.php

*Insurgency in Afghanistan's Heartland* (Brussels, Belgium: International Crisis Group, June 27, 2011) https://d2071andvip0wj.cloudfront.net/207-the-insurgency-in-afghanistan-s-heartland.pdf

**News Articles (With Listed Author):**

Javid Ahmad and Husain Haqqani, "What Does Soleimani's Death Mean for Afghanistan?," *The Hill,* February 6, 2020, https://thehill.com/opinion/international/481884-what-does-soleimanis-death-mean-for-afghanistan

Khalid Alokozay and Mujib Mashal, "ISIS Claims Assault That Killed 7 Near Pakistani Consulate in Afghanistan," *The New York Times*, January 13, 2016, https://www.nytimes.com/2016/01/14/world/asia/jalalabad-afghanistan-blast.html

Ehsanullah Amiri, Margherita Stancati, and Habib Khan Totakhil, "Taliban Seize Control of Kunduz, Key Stronghold in Northern Afghanistan," *The Wall Street Journal*, September 28, 2015, https://www.wsj.com/articles/afghanistan-city-of-kunduz-largely-under-taliban-control-1443447706

Lionel Beehner, "Backgrounder: Is Iran Abetting the Taliban?," *The New York Times*, June 11, 2007, https://archive.nytimes.com/www.nytimes.com/cfr/world/slot1_20070611.html?pagewanted=print

Karin Brulliard, "Afghan intelligence ties Pakistani group Lashkar-i-Taiba to recent Kabul attack," *The Washington Post,* March 3, 2010, https://www.washingtonpost.com/wp-dyn/content/article/2010/03/02/AR2010030202427.html

Alan Cullison and Yaroslav Trofimov, "Karzai Bans Ingredient of Taliban's Roadside Bombs," *The Wall Street Journal*, February 3, 2010, https://www.wsj.com/articles/SB10001424052748703822404575019042216778962

Celia Dugger, "Indian Town's Seed Grew into the Taliban's Code," *The New York Times*, February 23, 2002, https://www.nytimes.com/2002/02/23/world/indian-town-s-seed-grew-into-the-taliban-s-code.html

Sune Engel Rassmussen, "Isis claims responsibility for Kabul bomb attack on Hazara protesters," *The Guardian,* July 24, 2016, https://www.theguardian.com/world/2016/jul/23/hazara-minority-targeted-by-suicide-bombs-at-kabul-protest

Dexter Filkins, "Bomb Material Cache Uncovered in Afghanistan," *The New York Times,* November 10, 2009, https://www.nytimes.com/2009/11/11/world/asia/11afghan.html

Carlotta Gall, "Terror Group Back on the Offensive in Afghanistan," *The New York Times,* July 17, 2014, https://www.nytimes.com/2014/07/18/world/asia/kabul-airport-comes-under-attack-from-militants.html

Kathy Gannon, "U.S. Opens First Round of Resurrected Peace Talks with Taliban," *Associated Press,* December 7, 2019, https://apnews.com/article/26b7d5ad331f40502fd3373005d99f17

Thomas Gibbons-Neff and Mujib Mashal, "ISIS Is Losing Afghan Territory. That Means Little for Its Victims," *The New York Times,* December 2, 2019, https://www.nytimes.com/2019/12/02/world/asia/ISIS-afghanistan-baghdadi.html

Joseph Goldstein, "Three Americans are Killed in a Shooting at Kabul Airport," *The New York Times*, January 29, 2015, https://www.nytimes.com/2015/01/30/world/asia/three-americans-are-killed-in-kabul-airport-shooting.html

Michael Gorgy, "Exclusive - Haqqanis to follow Taliban on Afghan peace," *Reuters,* September 16, 2011, https://www.reuters.com/article/oukwd-uk-pakistan-afghanistan-haqqani-idAFTRE78G0JD20110917

Peter Graff & Sayed Salahuddin, "Taliban Say Control Area After Battle with US," *Reuters*, October 7, 2009, https://www.reuters.com/article/uk-afghanistan-nuristan-sb/taliban-say-control-area-after-battle-with-u-s-idUKTRE5964H920091007

Emma Graham-Harrison, "Afghanistan Helicopter Crash Kills 11," *The Guardian*, August 16, 2012, https://www.theguardian.com/world/2012/aug/16/afghanistan-helicopter-crash-kills-11

Roy Gutman, "Afghanistan war: How Taliban tactics are evolving," *The Christian Science Monitor,* March 15, 2010, https://www.csmonitor.com/World/2010/0315/Afghanistan-war-How-Taliban-tactics-are-evolving

Mohammad Halim Karimi, "Haqqani Network behind Kabul hotel attack: MoI," *Pajhwok Afghan News* (Afghanistan), January 21, 2018, https://www.pajhwok.com/en/2018/01/21/haqqani-network-behind-kabul-hotel-attack-moi

Mirwais Harooni and Hamid Shalizi, "Taliban Attack Across Kabul, Target U.S. Embassy," Reuters, September 13, 2011, https://www.reuters.com/article/us-afghanistan-blast/taliban-attack-across-kabul-target-u-s-embassy-idUSTRE78B61S20110913

Jack Healy and Alissa Rubin, "U.S. Blames Pakistan-Based Group for Attack on Embassy in Kabul," *The New York Times*, September 14, 2011, https://www.nytimes.com/2011/09/15/world/asia/us-blames-kabul-assault-on-pakistan-based-group.html

Molly Hennessy-Fiske, "Navy Special Warfare Operator Petty Officer 1st Class Darrik Benson dies at 28; SEAL was killed in downing of helicopter in Afghanistan," *Los Angeles Times*, August 28, 2011, https://www.latimes.com/local/obituaries/la-xpm-2011-aug-28-la-me-darrik-benson-20110828-story.html

Rupam Jain and Abdul Qadir Sediqi, "Afghan Taliban Claim Lethal Car Bomb Attack in Kabul," *Reuters*, January 14, 2019, https://www.reuters.com/article/us-afghanistan-blast/afghan-taliban-claim-lethal-car-bomb-attack-in-kabul-idUSKCN1P909T

Nagieb Khaja, "Afghanistan Conflict: Life Inside a Taliban Stronghold," *BBC News*, October 20, 2014, https://www.bbc.com/news/world-south-asia-29658839

Ali M. Latifi, "Two with Pakistani Terror Ties Held in Afghan Hotel Attack that Killed 14," *Los Angeles Times*, June 3, 2015, https://www.latimes.com/world/afghanistan-pakistan/la-fg-two-with-pakistani-terror-ties-arrested-in-afghan-hotel-attack-20150603-story.html

Josh Lederman, "U.S. Says 4 Americans Killed, 2 Wounded in Taliban Attack on Afghanistan Hotel," *PBS News Hour*, January 24, 2018, https://www.pbs.org/newshour/world/u-s-says-4-americans-killed-2-wounded-in-taliban-attack-on-afghanistan-hotel

Luis Martinez, "Camp Keating Officers Disciplined for Attack That Killed 8 U.S. Troops," *ABC News*, February 5, 2010, https://abcnews.go.com/WN/Afghanistan/camp-keating-commanders-disciplined-attack-killed-22-us/story?id=9761160

Mujib Mashal, Fahim Abed, and Jawad Sukhanyar, "Deadly Bombing in Kabul Is One of the Afghan War's Worst Strikes," *The New York Times,* May 31, 2017, https://www.nytimes.com/2017/05/31/world/asia/kabul-explosion-afghanistan.html

Mujib Mashal, "How the Taliban Outlasted a Superpower: Tenacity and Carnage," *The New York Times*, May 26, 2020, https://www.nytimes.com/2020/05/26/world/asia/taliban-afghanistan-war.html

Josh Meyer, "The secret backstory of how Obama let Hezbollah off the hook," *Politico,* December 2017, https://www.politico.com/interactives/2017/obama-hezbollah-drug-trafficking-investigation/

Ron Moreau, "Meet the Taliban's New Chief," *Newsweek,* July 24, 2009, https://www.newsweek.com/meet-talibans-new-chief-81727

Rod Nordland, "Afghan Police Trainee Kills Two Spanish Soldiers," *The New York Times*, August 25, 2010, https://www.nytimes.com/2010/08/26/world/asia/26afghan.html

Rod Nordland, "12 Americans Die as Blast Hits Bus in Afghanistan," *The New York Times*, October 29, 2011, https://www.nytimes.com/2011/10/30/world/asia/deadly-attack-strikes-nato-bus-in-kabul.html

Rod Nordland, "Troop 'Surge' in Afghanistan Ends With Mixed Results," *The New York Times,* September 21, 2012, https://www.nytimes.com/2012/09/22/world/asia/us-troop-surge-in-afghanistan-ends.html

Rod Nordland, "3 U.S. Soldiers Are Killed and a 4[th] Is Wounded by an Afghan Soldier," *The New York Times*, June 10, 2017, https://www.nytimes.com/2017/06/10/world/asia/afghanistan-american-soldiers-killed.html

Andrew North, "Afghan Election Notebook 4 – Lonely Road," *BBC News*, October 5, 2004, http://news.bbc.co.uk/2/hi/south_asia/3714332.stm

Richard Oppel, "20 Dead as Kabul Attackers Storm Kabul Offices," *The New York Times,* February 11, 2009, https://www.nytimes.com/2009/02/12/world/asia/12afghan.html

Joshua Partlow, "Bombing in Kabul's Diplomatic Quarter Signal Taliban Intent to Disrupt Elections," *The Washington Post*, August 16, 2009, https://www.washingtonpost.com/wp-dyn/content/article/2009/08/15/AR2009081500572.html.

Fazul Rahim, Mushtaq Yusufzai and F. Brinley Bruton, "Analysis: Why Afghanistan Peace Prospects Look Worse After Mansour's Death," *NBC News*, June 7, 2016, https://www.nbcnews.com/news/world/analysis-why-afghanistan-peace-prospects-look-worse-after-mansour-s-n585186

Alejandra Reyes-Velarde, "A Victim of Afghan Suicide Bombing Grew up in Arcadia," *Los Angeles Times*, January 16, 2019, https://www.latimes.com/local/lanow/la-me-ln-mano-kameleson-suicide-attack-20190116-story.html

Ray Rivera, Alissa J. Rubin & Thom Shanker, "Copter Downed by Taliban Fire; Elite U.S. Unit Among Dead," *The New York Times*, August 6, 2011, https://www.nytimes.com/2011/08/07/world/asia/07afghanistan.html

Matthew Rosenberg, "6 Afghans and 3 G.I.'s Are Killed by Bomber," *The New York Times,* April 4, 2012, https://www.nytimes.com/2012/04/05/world/asia/suicide-attack-hits-group-of-nato-and-afghan-troops.html

Matthew Rosenberg, "Gunman in Afghan Military Uniform Kills Coalition Solider," *The New York Times*, September 26, 2013, https://www.nytimes.com/2013/09/27/world/asia/gunman-in-afghan-army-uniform-kills-coalition-soldier.html

Matthew Rosenberg, "Around an Invisible Leader, Taliban Power Shifts," *The New York Times,* December 28, 2014, https://www.nytimes.com/2014/12/29/world/around-an-invisible-leader-taliban-power-shifts.html?_r=0

Alissa J. Rubin, "2010 is Deadliest Year for NATO in Afghan War," *The New York Times*, September 21, 2010, https://www.nytimes.com/2010/09/22/world/asia/22afghan.html

Alissa J. Rubin, "In Kandahar, Another Suicide Bomber Kills Two," *The New York Times*, February 7, 2011, https://www.nytimes.com/2011/02/08/world/asia/08afghanistan.html

Alissa Rubin, Graham Bowley, and Sangar Rahimi, "Complex Attack by Taliban Sends Message to West," *The New York Times,* April 15, 2012, https://www.nytimes.com/2012/04/16/world/asia/attacks-near-embassies-in-kabul.html

Alissa J. Rubin, "Fatal Attack Shows Plan to Unsettle Afghanistan," *The New York Times*, August 8, 2012, https://www.nytimes.com/2012/08/09/world/asia/kunar-province-suicide-bombings-kill-4-in-afghanistan.html

Alissa J. Rubin & Farooq Jan Mangal, "Suicide Bomber on Foot Attacks Joint Patrol in Eastern Afghanistan, Killing 19," *The New York Times*, October 1, 2012, https://www.nytimes.com/2012/10/02/world/asia/suicide-bomber-afghanistan.html

Alissa Rubin, "Taliban Strike Near Palace Inside Kabul," *The New York Times,* June 24, 2013, https://www.nytimes.com/2013/06/25/world/asia/explosions-heard-near-us-embassy-in-kabul.html?hp

Sayed Salahuddin, "NATO Helicopter Makes 'Hard Landing' in Southeastern Afghanistan," *The Washington Post*, August 8, 2011, https://www.washingtonpost.com/world/nato-helicopter-goes-down-during-afghan-offensive/2011/08/08/gIQAXIKs1I_story.html

Chris Sands, "Afghanistan: Taliban fear grips once peaceful Parwan province," *Public Radio International,* November 1, 2012, https://www.pri.org/stories/2012-11-01/afghanistan-taliban-fear-grips-once-peaceful-parwan-province

Eric Schmitt and Mark Mazzetti, "Taliban Haven in Pakistani City Raises Fears," *The New York Times*, February 9, 2009, https://www.nytimes.com/2009/02/10/world/asia/10quetta.html

Jim Sciutto "'Relax, Brother': Exclusive Video Shows Taliban Attack that Killed 9 U.S. Soldiers at Afghan Post," *ABC News*, November 12, 2009, https://abcnews.go.com/WN/Afghanistan/exclusive-video-shows-taliban-attack-killed-us-soldiers/story?id=9068156

Thom Shanker, "With U.S. Set to Leave Afghanistan, Echoes of 1989," *New York Times*, January 1, 2013, https://www.nytimes.com/2013/01/02/world/asia/us-war-in-afghanistan-has-echoes-of-soviet-experience.html

Shoaib Sharifi and Louise Adamou, "Taliban Threaten 70% of Afghanistan, BBC Finds," *BBC News*, January 31, 2018, https://www.bbc.com/news/world-asia-42863116

Saphora Smith, "Las Vegas Shooting: ISIS Claim of Responsibility Is Sign of Desperation," *NBC News,* October 3, 2017, https://www.nbcnews.com/storyline/las-vegas-shooting/las-vegas-shooting-isis-claim-responsibility-sign-desperation-say-experts-n807076

Joe Sterling, "7 Americans Among 11 Dead in Afghan Helicopter Crash," *CNN*, August 16, 2012, https://www.cnn.com/2012/08/16/world/asia/afghanistan-violence/index.html

Sulaiman, "Iran teams up with Taliban in narcotics ring in western Afghanistan," *Salaam Times* (Afghanistan), April 11, 2018, https://afghanistan.asia-news.com/en_GB/articles/cnmi_st/features/2018/04/11/feature-01

Michelle Tan, "Hard-hit C Company suffers another agonizing blow," *Military Times,* July 13, 2008, https://thefallen.militarytimes.com/army-cpl-jason-m-bogar/3630789

Michelle Tan, "Fallen Green Beret earns Silver Star for final act of heroism," *The Army Times,* March 7, 2016, https://www.armytimes.com/news/your-army/2016/03/07/fallen-green-beret-earns-silver-star-for-final-act-of-heroism/

Mark Thompson, "U.S. Forces Get New Protection in Afghanistan," *Time,* October 28, 2008, http://content.time.com/time/nation/article/0,8599,1932837,00.html

Mark Townsend, "Special forces find proof of Iran supplying Taliban with equipment to fight British," *The Guardian,* June 21, 2008, https://www.theguardian.com/uk/2008/jun/22/military.afghanistan

Yaroslav Trofimov, "Kabul Promotes Its Side of Taliban Attack," *The Wall Street Journal,* January 21, 2010, https://www.wsj.com/articles/SB10001424052748704423204575016960352959940?mod=WSJ-World-LEFTSecondNews

Craig Whitlock, "Overwhelmed by Opium" *The Washington Post,* December 9, 2019, https://www.washingtonpost.com/graphics/2019/investigations/afghanistan-papers/afghanistan-war-opium-poppy-production/

Sami Yousafzai, "The Taliban's Oral History of the Afghanistan War," *Newsweek*, September 25, 2009, https://www.newsweek.com/talibans-oral-history-afghanistan-war-79553

**News Article (No listed author)**

"Report: Iran Arrests al Qaeda, Taliban Suspects," *CNN*, February 14, 2002, http://www.cnn.com/2002/WORLD/meast/02/14/ret.iran.arrests/index.html

"Afghan Conflict Deaths Quadruple," *BBC News*, November 13, 2006, http://news.bbc.co.uk/2/hi/south_asia/6141762.stm

"Children Killed in Afghan Attack," *BBC News*, April 1, 2007, http://news.bbc.co.uk/2/hi/south_asia/6516017.stm

"Les zones d'influence talibanes en Afghanistan," *Le Monde* (France), May 3, 2007, https://web.archive.org/web/20070517072931/http://www.lemonde.fr/web/infog/0,47-0@2-3216,54-905049@51-907647,0.html

"Probe of Afghan 'Civilian Deaths,'" *BBC News*, April 7, 2008, http://news.bbc.co.uk/2/hi/americas/7334735.stm

"Six Die in Afghan Suicide Attack," *BBC News*, May 26, 2009, http://news.bbc.co.uk/2/hi/south_asia/8067703.stm

"'Meet the Press' Transcript for July 26, 2009," *NBC News,* July 26, 2009 https://www.nbcnews.com/id/wbna32142102

"FACTBOX: Security Developments in Afghanistan, Nov 19," *Reuters*, November 19, 2009, https://www.reuters.com/article/us-afghanistan-developments-idUSTRE5AI2KZ20091119?edition-redirect=in

"Two U.S. Troops Killed in Afghanistan," *CNN*, November 19, 2009, https://www.cnn.com/2009/WORLD/asiapcf/11/19/afghanistan.troops.killed/index.html
"Seven Civilians Killed in Afghan Blast," Reuters, December 17, 2009, https://www.reuters.com/article/idUKSGE5BG0H9

"Blast Hits Troubled Afghan Khost Province," *BBC News*, January 7, 2010, http://news.bbc.co.uk/2/hi/8445052.stm

"Gates casts Qaeda as terror syndicate," *The Washington Post,* January 21, 2010, http://archive.boston.com/news/world/asia/articles/2010/01/21/gates_casts_qaeda_as_terror_syndicate/?rss_id=Boston.com+%2F+Boston+Globe+--+World+News

"Afghan Protests Over NATO Raid in Nangarhar Province," *BBC News*, May 14, 2010, http://news.bbc.co.uk/2/hi/south_asia/8681912.stm

"Kabul Suicide Bomber Kills 18 in Attack on Nato Convoy," *BBC News*, May 18, 2010, http://news.bbc.co.uk/2/hi/south_asia/8688635.stm

"Factbox – Security Developments in Afghanistan, August 5," Reuters, August 5, 2010, https://www.reuters.com/article/idUSSGE6740IG

"7 Dead in Afghan Suicide Attack," *CNN*, August 5, 2010, https://www.cnn.com/2010/WORLD/asiapcf/08/05/afghanistan.attack/index.html

"9 Deaths in What is Coalition's Deadliest Yeat in Afghanistan," *CNN*, September 21, 2010, https://www.cnn.com/2010/WORLD/asiapcf/09/21/afghanistan.chopper.crash/index.html

"Nine Killed in Kabul Attack were Americans-Pentagon," Reuters, April 27, 2011, https://www.reuters.com/article/afghanistan-shooting-pentagon/nine-killed-in-kabul-attack-were-americans-pentagon-idUSN2714859320110427

"Taliban kills 4 workers from demining group, frees 27 others," *CNN*, July 11, 2011, http://edition.cnn.com/2011/WORLD/asiapcf/07/11/afghanistan.attacks/

"Afghanistan: Deadly Attack In Tarin Kowt, Uruzgan," *BBC News*, July 28, 2011, https://www.bbc.com/news/world-south-asia-14325486

"Afghan Fuel Tanker 'magnetized bomb,' Kills 12," *BBC News*, October 26, 2011, https://www.bbc.com/news/world-south-asia-15455778

"Iran's elite Guard 'runs global crime network pushing heroin to West'," *The Times* (London), November 17, 2011, https://www.thetimes.co.uk/article/irans-elite-guard-runs-global-crime-network-pushing-heroin-to-west-nd9bjv3xxrz

"Bomber Attacks NATO Afghanistan Base in Logar Province," *BBC News*, December 2, 2011, https://www.bbc.com/news/world-asia-16003113

"At Least Eight Killed in Taliban Attack on Afghan Police Outpost," *Radio Free Europe/Radio Liberty*, April 4, 2012, https://www.rferl.org/a/afghanistan_taliban_attack_police/24538392.html

"Afghanistan-Pakistan Border Fighting Erupts in Kunar," *BBC News*, August 14, 2012, https://www.bbc.com/news/world-asia-19254623

"Three NATO Soldiers Killed in Afghan Suicide Bombing," *The Washington Post*, October 1, 2012, https://www.washingtonpost.com/world/three-nato-soldiers-killed-in-deadly-afghan-suicide-attack/2012/10/01/c252adc4-0ba2-11e2-bd1a-b868e65d57eb_story.html

"Taliban launch coordinated Afghan attack," *CBS News,* April 15, 2012, https://www.cbsnews.com/news/taliban-launch-coordinated-afghan-attacks/

"Attack in Asadabad – Suicide Bomb Leaves Command Sgt. Major, Two Officers Dead," *Military Times*, March 27, 2013, https://www.militarytimes.com/2013/03/27/attack-in-asadabad-suicide-bomb-leaves-command-sgt-major-two-officers-dead/

"Militants Kill 13 Afghan Pro-Government Fighters," *BBC News*, April 19, 2013, https://www.bbc.com/news/world-asia-22215510

"Foreigners Held by Afghan Taliban Insurgents in Logar," *BBC News*, April 22, 2013, https://www.bbc.com/news/world-asia-22244276

"Afghanistan Roadside Bomb in Herat Kills at Least 17," *BBC News*, July 9, 2013, https://www.bbc.com/news/world-asia-23244404

"Afghanistan: Pakistan officer involved in parliament attack," The Associated Press, June 24, 2015, https://apnews.com/2f25ee3afaf549e2a5e9aa515e59ecfc/afghanistan-pakistan-officer-involved-parliament-attack

"Afghan Taliban splinter group names Mullah Rasool as leader," *BBC News,* November 4, 2015, https://www.bbc.com/news/world-asia-34719314

"Taliban Leader Mullah Akhtar Mansour Killed, Afghans Confirm," *BBC News*, May 22, 2016, https://www.bbc.com/news/world-asia-36352559#:~:text=Afghanistan's%20spy%20agency%20has%20confirmed,the%20Afghan%20border%2C%20on%20Saturday

"Officials Concerned Over Presence Of Taliban In Parwan," *Tolo News* (Afghanistan), May 27, 2016, https://tolonews.com/afghanistan/officials-concerned-over-presence-taliban-parwan

"Kunduz Offensive: Afghan Residents 'Hide in Basements,'" *BBC News*, October 5, 2016, https://www.bbc.com/news/world-asia-37565562

"Afghanistan: Explosion hits US airbase in Bagram," *Al Jazeera*, November 12, 2016, https://www.aljazeera.com/news/2016/11/12/afghanistan-explosion-hits-us-airbase-in-bagram

"Taliban 'Kill Woman Who Divorced Husband and Remarried," *BBC News*, December 19, 2016, https://www.bbc.com/news/world-asia-38367155

"22-Year-Old Soldier From Youngsville Among those Killed in Afghanistan," *WRAL.com*, June 12, 2017, https://www.wral.com/youngsville-soldier-among-those-killed-in-afghanistan/16757074/

"'Taliban Infiltrator' Aids Police Killing in Helmand Province," *BBC News*, February 28, 2017, https://www.bbc.com/news/world-asia-39112831

"Taliban Kill 15 at Afghan Army Base in Kandahar," *BBC News*, May 26, 2017, https://www.bbc.com/news/world-asia-40060378

"Taliban Attacks Afghan Military in Farah Province," *BBC News*, March 10, 2018, https://www.bbc.com/news/world-asia-43358148

"Taliban Launch Deadly Raid on Afghan Police Base," *BBC News*, May 8, 2018, https://www.bbc.com/news/world-asia-44047525

"Three Foreigners Kidnapped and Killed in Kabul," *BBC News*, August 2, 2018, https://www.bbc.com/news/world-asia-45041730

"Fatal Blast Rocks Afghan Capital Kabul," *Al Jazeera*, January 15, 2019, https://www.aljazeera.com/news/2019/1/15/fatal-blast-rocks-afghan-capital-kabul

"Lived in Kabul for years, right under everyone's noses: Taliban spokesperson Zabihullah Mujahdid," *India Today*, September 13, 2021, https://www.indiatoday.in/world/story/lived-in-kabul-for-years-taliban-spokesperson-zabihullah-mujahid-1852100-2021-09-13

**"Faces of the Fallen" Memorial Articles**

"William M. Bays, 29," *Los Angeles Times*, n.d., http://projects.latimes.com/wardead/name/william-m-bays/

"Faces of the Fallen Staff Sgt. Thomas A. Baysore, Jr.," *Washington Post*, n.d., https://apps.washingtonpost.com/national/fallen/33091/thomas-baysore-jr/

"Sgt. Patrick R. Carroll Faces of the Fallen," *Washington Post*, n.d., https://apps.washingtonpost.com/national/fallen/5880/patrick-carroll/

"Army Staff Sgt. John J. Cleaver," *Military Times*, n.d., https://thefallen.militarytimes.com/army-staff-sgt-john-j-cleaver/4389649

 "Chase S. Marta," *The Los Angeles Times,* n.d., http://projects.latimes.com/wardead/name/chase-s-marta/

"Army Chief Warrant Officer 2 Bryan J. Nichols," *Military Times*, n.d., https://thefallen.militarytimes.com/army-chief-warrant-officer-2-bryan-j-nichols/6567933

"Carnes, Nicholas Ray (P3, C1, L9)," *Kentucky National Guard Memorial*, n.d., https://kyngmemorial.com/html/carnes_nicholas_r.html;

**SITE Intelligence Group (Taliban and Terrorist Group Statements/Press Releases)**

Osama bin Laden, "Declaration of Jihad against the Americans Occupying the Land of the Two Holiest Sites," 1996, https://ctc.usma.edu/harmony-program/declaration-of-jihad-against-the-americans-occupying-the-land-of-the-two-holiest-sites-original-language-2/

Osama bin Laden, Ayman al-Zawahiri, Ahmad Taha, Mir Hamzah, and Fazlur Rahman, "Jihad against Jews and Crusaders," 1998, https://fas.org/irp/world/para/docs/980223-fatwa.htm

"Harvest of Taliban Military Operations, June 8-June 10, 2007, Fires Rockets at Afghanistan President Hamid Karzai in Ghazni Province," SITE Intelligence Group, June 11, 2007, https://ent.siteintelgroup.com/Jihadist-News/harvest-of-taliban-military-operations-june-8-june-10-2007-fires-rockets-at-afghanistan-president-hamid-karzai-in-ghazni-province.html (attached hereto as Ex. Q)

"Harvest of Taliban Military Operations, August 24-27, 2007," SITE Intelligence Group, August 28, 2007, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-28-07-taliban-ops-aug-24-27.html (attached hereto as Ex. W)

"Harvest of Taliban Military Operations, October 19-20, 2007," SITE Intelligence, October 22, 2007, https://ent.siteintelgroup.com/Jihadist-News/harvest-of-taliban-military-operations-october-19-20-2007.html (attached hereto as Ex. JJ)

"Taliban Claims Killing 34 Americans and 36 Britons," SITE Intelligence Group, June 24, 2008, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-24-08-taliban-kills-34-americans-36-britons.html (attached hereto as Ex. OO)

"Taliban Finds Mass-Media as Enemy Tools; Attack in Kandahar," SITE Intelligence Group, July 1, 2008, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-7-1-08-taliban-mass-media-kills-25-canadians.html (attached hereto as Ex. H)

"Taliban 'Harvest' of Military Operations, July 30-31, 2008," SITE Intelligence Group, August 1, 2008, https://ent.siteintelgroup.com/Statements/site-intel-group-8-1-08-taliban-harvest-7-30-7-31.html (attached hereto as Ex. SS)

"Taliban Harvest Report; Strikes American, Afghan Forces," SITE Intelligence Group, March 6, 2009, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-3-6-09-taliban-harvest-report-strikes-american-afghan-forces.html (attached hereto as Ex. YY)

"Taliban Claims Multiple Strikes on Enemy Forces in Helmand," SITE Intelligence Group, July 16, 2009, https://ent.siteintelgroup.com/Statements/7-16-09-taliban-multiple-strikes-helmand.html (attached hereto as Ex. L)

"Taliban Claims Killing 22 Foreign Forces in Suicide Bombing," SITE Intelligence Group, November 19, 2009, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-11-19-09-taliban-kills-22-in-sb-zabul.html (attached hereto as Ex. GG)

"Taliban Claims Suicide Bombings in Khost, Uruzgan," SITE Intelligence Group, December 17, 2009, https://ent.siteintelgroup.com/Jihadist-News/taliban-claims-suicide-bombings-in-khost-uruzgan.html (attached hereto as Ex. CC)

Sirajuddin Haqqani, "Ansar al-Mujahideen Hosts Open Meeting with Sirajuddin Haqqani," Ansar al-Mujahedin Network, April 28, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-4-30-10-aam-sirajuddin-open-int-part-1.html (attached hereto as Ex. C)

"Afghan Taliban Claims Killing 13 US Soldiers in Suicide Bombing," SITE Intelligence, June 11, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-11-10-at-sb-zabul.html    (attached hereto as Ex. HH)

"Afghan Taliban Claims Attack by Female Suicide Bomber," SITE Intelligence Group, June 22, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-6-22-10-at-female-sb-kunar.html (attached hereto as Ex. KK)

"Afghan Taliban Claims Killing 14 US Soldiers, Downing Helicopter," SITE Intelligence Group, July 6, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-7-6-10-at-kills-14-downs-chopper.html (attached hereto as Ex. T)

"Afghan Taliban Claims Suicide Bombing Killing 65 in Kunduz," SITE Intelligence Group, August 5, 2010. https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-5-10-at-sb-helicopter-civilians.html (attached hereto as Ex. TT)

"Afghan Taliban Claims Connection with Afghan who Killed Spanish," SITE Intelligence Group, August 25, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-8-25-10-at-spanish-badghis.html (attached hereto as Ex. VV)

"Afghan Taliban Claims Downing Helicopter, Suicide Bombings," SITE Intelligence Group, September 21, 2010, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-9-21-10-at-sbs-downing-helicopter.html (attached hereto as Ex. II)

"Afghan Taliban Claims Killing 43 American Soldiers in Two Operations," SITE Intelligence Group, November 17, 2010, https://ent.siteintelgroup.com/Jihadist-News/at-sbs-kill-43.html/ (attached hereto as Ex. I)

"Afghan Taliban Claims Defending Civilians Against US Raid," SITE Intelligence Group, December 1, 2010, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-defending-civilians-against-us-raid.html (attached hereto as Ex. R)

"Afghan Taliban Claims Killing 14 in Kandahar Suicide Bombing," SITE Intelligence, February 7, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-2-7-11-at-sb-kandahar-14.html (attached hereto as Ex. J)

"Afghan Taliban Claims Suicide Bombing, Kidnapping 50 Police," SITE Intelligence Group, March 28, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-3-28-11-at-sb-kidnapping-abandon.html (attached hereto as Ex. X)

"Afghan Taliban Claims Suicide Attacks in Kabul, Khost," SITE Intelligence Group, April 27, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-4-27-11-at-sbs-kabul-khost.html (attached hereto as Ex. PP)

"Afghan Taliban Reports Afghan Soldier Killing Three Americans," SITE Intelligence Group, June 27, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-reports-afghan-soldier-killing-three-americans.html (attached hereto as Ex. MM)

"Afghan Taliban Claims Helicopter Downing that Killed 38 Soldiers," SITE Intelligence Group, August 6, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-helicopter-downing-that-killed-38-soldiers.html (attached hereto as Ex. DD)

"Afghan Taliban Claims Shooting Down Three Helicopters," SITE Intelligence Group, August 8, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-shooting-down-three-helicopters.html (attached hereto as Ex. U)

"Afghan Taliban Boasts of Inflicting Large Casualties in Saydabad Attack," SITE Intelligence Group, September 12, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-9-12-11-at-saydabad-sb.html (attached hereto as Ex. EE)

"Afghan Taliban Claims Killing Soldier Resisting Surrender; Suicide Bombing," SITE Intelligence Group, September 29, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-soldier-resisting-surrender-suicide-bombing.html (attached hereto as Ex. Z)

"Afghan Taliban Claims Suicide Attacks in Badghis, Paktia," SITE Intelligence Group, October 19, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-suicide-attacks-in-badghis-paktia.html (attached hereto as Ex. WW)

"Afghan Taliban Gives Biography of Kabul Suicide Bomber, Claims Attacks," SITE Intelligence, October 31, 2011, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-gives-biography-of-kabul-suicide-bomber-claims-attacks.html (attached hereto as Ex. QQ)

"Afghan Taliban Claims Leveling US Base in Suicide Bombing," SITE Intelligence, December 2, 2011, https://ent.siteintelgroup.com/Jihadist-News/site-intel-group-12-2-11-at-sb-levels-base-logar.html (attached hereto as Ex. AA)

"Afghan Taliban Claims Killing 28 in Faryab Suicide Bombing," SITE Intelligence Group, April 4, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-28-in-faryab-suicide-bombing.html (attached hereto as Ex. XX)

"Afghan Taliban Claims Two Suicide Bombings in New Spring Campaign," SITE Intelligence, May 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-two-suicide-bombings-in-new-spring-campaign.html (attached hereto as Ex. Y)

"Afghan Taliban Claims Killing Dozens in Logar Suicide Bombing," SITE Intelligence, August 7, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-dozens-in-logar-suicide-bombing.html (attached hereto as Ex. BB)

"Afghan Taliban Claims Killing 17 in Kunar Suicide Bombings," SITE Intelligence Group, August 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-17-in-kunar-suicide-bombings.html

"Afghan Taliban Claims Killing 33 in Chinook Downing in Kandahar," SITE Intelligence Group, August 15, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-33-in-chinook-downing-in-kandahar.html (attached hereto as Ex. K)

Afghan Taliban, press release, "Statement of Islamic Emirate regarding America using name of conjured entity 'Haqqani Network' and its black listing," September 8, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-kabul-suicide-bombing-slams-haqqani-designation.html (attached hereto as Ex. E)

"Al-Samoud Interviews Sirajuddin al-Haqqani, the Military Official of the Mujahideen in Khost Province," *Al Samoud*, Issue 76, September 27, 2012, https://ent.siteintelgroup.com/Periodicals/afghan-taliban-magazine-interviews-sirajuddin-haqqani-in-77th-issue.html (attached hereto as Ex. D)

"Afghan Taliban Claims Khost Suicide Bombing, Reports on Wardak Incident," October 1, 2012, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-khost-suicide-bombing-reports-on-wardak-incident.html/ (attached hereto as Ex. S)

"Afghan Taliban Claims Killing 31 US Soldiers in two Suicide Bombings," SITE Intelligence Group, July 23, 2013, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-31-us-soldiers-in-two-suicide-bombings.html (attached hereto as Ex. FF)

"Afghan Taliban Claims Killing 11 in Helmand Suicide Bombing, Infiltrator Attack in Paktia," SITE Intelligence Group, September 27, 2013, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-killing-11-in-helmand-suicide-bombing-infiltrator-attack-in-paktia.html (attached hereto as Ex. V)

"Afghan Taliban Claims Killing 8 Americans in Suicide Bombing in Parwan," SITE Intelligence Group, November 14, 2014, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-killing-8-americans-in-suicide-bombing-in-parwan.html (attached hereto as Ex. UU)

"Afghan Taliban Gives Full Report and Video on Shorab Airbase Raid," SITE Intelligence Group, December 2, 2014, https://ent.siteintelgroup.com/Statements/afghan-taliban-gives-full-report-and-video-on-shorab-airbase-raid.html (attached hereto as Ex. M)

"Afghan Taliban Claims Infiltrator Attack that Killed Three Americans in Kabul," SITE Intelligence Group, January 30, 2015, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-infiltrator-attack-that-killed-three-americans-in-kabul.html (attached hereto as Ex. RR)

Leading Council of the Islamic Emirate of Afghanistan, press release, "Declaration of the Leading Council of the Islamic Emirate regarding the appointment of new Amir (leader) of the Islamic Emirate," July 31, 2015, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-appoints-new-leader-selects-haqqani-network-official-as-a-deputy.html (attached hereto as Ex. A)

Shura Leadership of the Islamic Emirate of Afghanistan (the Taliban's leadership council), press release, "Declaration of the Leading Council of the Islamic Emirate regarding the appointment of New Amir (leader) of the Islamic Emirate," July 31, 2015, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-appoints-new-leader-selects-haqqani-network-official-as-a-deputy.html

 "Afghan Taliban Claims Tens of Americans Dead in Helicopter Downing in Helmand," SITE Intelligence Group, January 6, 2016, https://ent.siteintelgroup.com/Jihadist-News/afghan-taliban-claims-tens-of-americans-dead-in-helicopter-downing-in-helmand.html (attached hereto as Ex. N)

Taliban's History Department of Commission for Cultural Affairs, "Introduction [of Mullah Haibatullah Akhundzada], December 14, 2016, https://ent.siteintelgroup.com/Statements/afghan-taliban-posts-introduction-of-leader-describes-him-as-key-element-for-ongoing-jihad-in-afghanistan.html (attached hereto as Ex. F)

"Afghan Taliban Claims Killing and Wounding 4 U.S. Forces in Helmand, Rocket Strike on Resolute Support HQ in Kabul," SITE Intelligence Group, June 6, 2017," https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-killing-and-wounding-4-u-s-forces-in-helmand-rocket-strike-on-resolute-support-hq-in-kabul.html (attached hereto as Ex. O)

"Afghan Taliban Claims its Infiltrator in Afghan Forces Killed 4 U.S. Troops," SITE Intelligence Group, June 10, 2017, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-its-infiltrator-in-afghan-forces-killed-4-u-s-troops.html (attached hereto as Ex. NN)

The Islamic Emirate (the Taliban), "Statement of Islamic Emirate Regarding Passing Away of Prominent Jihadi Figure, Scholar and Warrior Mawlawi Jalaluddin Haqqani (RA)," September 3, 2018 https://ent.siteintelgroup.com/Statements/afghan-taliban-announces-death-of-haqqani-network-head-jalaluddin-haqqani.html (attached hereto as Ex. B)

"Afghan Taliban Claims Firing Barrage of 65 Rockets at U.S. Base in Helmand," SITE Intelligence, October 22, 2019, https://ent.siteintelgroup.com/Statements/afghan-taliban-claims-firing-barrage-of-65-rockets-at-u-s-base-in-helmand.html (attached hereto as Ex. P)

**Online Sources (Author listed)**

Tricia Bacon, "Deadly Cooperation: The Shifting Ties Between al-Qaeda and the Taliban," *War on the Rocks,* September 11, 2018, https://warontherocks.com/2018/09/deadly-cooperation-the-shifting-ties-between-al-qaeda-and-the-taliban/

Thomas Joscelyn, "Al-Qaeda Renews Its Oath of Allegiance to Taliban Leader Mullah Omar," *Long War Journal,* July 21, 2014, https://www.longwarjournal.org/archives/2014/07/al_qaeda_renews_its.php

Thomas Joscelyn, "Ayman al Zawahiri Pledges Allegiance to the Taliban's New Emir," *Long War Journal,* August 13, 2015, https://www.longwarjournal.org/archives/2015/08/ayman-al-zawahiri-pledges-allegiance-to-the-talibans-new-emir.php

Ruhi Khan, "Afghan Forces Kill 3 Attackers in Battle in South," *Terrorism Research & Analysis Consortium,* March 12, 2014, https://www.trackingterrorism.org/chatter/afghan-forces-kill-3-attackers-battle-south.

Lindsay Maizland and Zachary Laub, "The Taliban in Afghanistan," *Council on Foreign Relations,* March 11, 2020, https://www.cfr.org/backgrounder/taliban-afghanistan

Alireza Nader, "Ahmadinejad vs. the Revolutionary Guards," *RAND Corporation,* July 11, 2011, https://www.rand.org/blog/2011/07/ahmadinejad-vs_-the-revolutionary-guards.html

Michael O'Hanlon, "Rightsizing the Afghanistan mission," *The Brookings Institution,* August 13, 2020, https://www.brookings.edu/wp-content/uploads/2016/07/index20140514.pdf

Bill Roggio, "Joint Al-Qaeda and Taliban Force Behind Nuristan Base Attack," *Long War Journal*, July 14, 2008, https://www.longwarjournal.org/archives/2008/07/joint_al_qaeda_and_t.php

Bill Roggio, "The Afghan Taliban's Top Leaders," *Long War Journal*, February 23, 2010, https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php

Bill Roggio, "Taliban Leader, Police Link Iran to Attacks in Afghanistan," *Long War Journal*, February 2, 2011, https://www.longwarjournal.org/archives/2011/02/police_taliban_leade.php

Bill Roggio & Bill Ardolino, "Taliban Release Video of Haqqani Network Suicide Assault on FOB Salerno," *Long War Journal*, July 24, 2012, https://www.fdd.org/analysis/2012/07/24/taliban-release-video-of-haqqani-network-suicide-assault-on-fob-salerno/

Bill Roggio and Lisa Lundquist, "Green-on-Blue Attacks in Afghanistan: The Data," *Real Clear Defense,* March 21, 2017, https://www.realcleardefense.com/articles/2017/03/21/green-on-blue_attacks_in_afghanistan_the_data_111015.html

Max Taylor, "Mullah Rasool and the Taliban Splinter Faction," *Intelligence Fusion*, April 5, 2019, https://www.intelligencefusion.co.uk/blog/mullah-rasool-and-the-taliban-splinter-faction

**Online Sources (No author listed)**

"Afghan, coalition forces detain Taliban leader in Farah province" DVIDS, January 2, 2011, https://www.dvidshub.net/news/62880/afghan-coalition-forces-detain-taliban-leader-farah-province

"Al-Sumud Magazine – A Review," IDC Herzliya International Institute for Counter-Terrorism, July 13, 2016, https://www.ict.org.il/Article/1732/al-sumud-magazine-a-review#gsc.tab=0

Armed Conflict Location and Event Data Project (ACLED), dataset, "2017-01-01-2019-12-31-Caucusus_and_Central_Asia-Afghanistan," August 1, 2020, https://acleddata.com/data-export-tool/

"Hizb-i-Islami    Gulbuddin    (HIG)," Institute    for    the    Study    of    War,    n.d., http://www.understandingwar.org/hizb-i-islami-gulbuddin-hig

"Mohammed          Atef,"          Counter          Extremism          Project,          n.d., https://www.counterextremism.com/extremists/mohammed-atef

"SOCS          (SEAL)    Thomas    Ratzlaff," *Pritzker    Military*,    n.d., https://www.pritzkermilitary.org/explore/museum/past-exhibits/seal-unspoken-sacrifice/thomas-ratzlaff

## Cases/Statutes

*United States v. Farhane*, 634 F.3d 127, 159 (2d Cir. 2011). https://casetext.com/case/us-v-farhane

*United    States    v.    Hausa*,    12    Cr.    0134    (E.D.N.Y.,    February    10,    2017). https://www.govinfo.gov/content/pkg/USCOURTS-nyed-1_12-cr-00134/pdf/USCOURTS-nyed-1_12-cr-00134-1.pdf

*United States v. Young*, 916 F.3d 368, 380 (4th Circ. 2019). https://casetext.com/case/united-states-v-young-615