## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>                    Defendant. | Case No. 19-cv-3835-JDB |
| MARK ZAMBON, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>                    Defendant. | Case No. 18-cv-02065-JDB |

# Expert Report of

# Steven A. Wood
# LTC, USA (Ret.)

# TABLE OF CONTENTS

I.    PROFESSIONAL BACKGROUND AND COMPENSATION ................................... 1

II.   SCOPE OF TESTIMONY ................................................................................. 2

III.  METHODOLOGY ........................................................................................... 2

IV.   SUMMARY OF CONCLUSIONS ...................................................................... 8

V.    THE TERRORIST SYNDICATE OPERATING IN AFGHANISTAN .................... 8

    A.    The Taliban ................................................................................. 16

    B.    The Haqqani Network ................................................................. 32

    C.    Al Qaeda ..................................................................................... 36

    D.    Kabul Attack Network ................................................................ 38

VI.   JULY 13, 2008 COMPLEX ATTACK IN WAYGUL DISTRICT, NURISTAN PROVINCE ................................................................................. 41

    A.    Summary of Opinion ................................................................... 41

    B.    Documents Reviewed .................................................................. 41

    C.    Attack Details ............................................................................. 42

    D.    Attribution .................................................................................. 47

    E.    Conclusion .................................................................................. 53

VII.  AUGUST 16, 2009 IED-TRIGGERED COMPLEX ATTACK IN SIAWASHAN VILLAGE, HERAT PROVINCE ................................................. 54

    A.    Summary of Opinion ................................................................... 54

    B.    Documents Reviewed .................................................................. 55

    C.    Attack Details ............................................................................. 55

    D.    Attribution .................................................................................. 56

    E.    Conclusion .................................................................................. 60

VIII. APRIL 11, 2010 IED IN ARGHANDAB DISTRICT, KANDAHAR PROVINCE ..................................................................................................... 61

    A.    Summary of Opinion ................................................................... 61

    B.    Interviews/Documents Reviewed ................................................ 61

    C.    Attack Details ............................................................................. 61

    D.    Attribution .................................................................................. 62

    E.    Conclusion .................................................................................. 67

IX.   AUGUST 6, 2011 ATTACK ON HELICOPTER IN TANGI VALLEY, WARDAK PROVINCE ..................................................................................... 67

A.    Summary of Opinion ...................................................................... 67

B.    Materials Reviewed ....................................................................... 68

C.    Attack Details ................................................................................ 68

D.    Attribution .................................................................................... 72

E.    Conclusion .................................................................................... 77

X.    OCTOBER 29, 2011 VEHICLE-BORNE SUICIDE BOMBING IN KABUL
CITY ................................................................................................ 78

A.    Summary of Opinion ...................................................................... 78

B.    Materials Reviewed ....................................................................... 78

C.    Attack Details ................................................................................ 78

D.    Attribution .................................................................................... 81

E.    Conclusion .................................................................................... 86

XI.   MAY 20, 2012 SUICIDE VEST BOMBER IN TARIN KOWT, URUZGAN
PROVINCE ...................................................................................... 87

A.    Summary of Opinion ...................................................................... 87

B.    Materials Reviewed ....................................................................... 87

C.    Attack Details ................................................................................ 87

D.    Attribution .................................................................................... 90

E.    Conclusion .................................................................................... 94

XII.  MAY 31, 2012 IED IN ZOMBALAY DISTRICT, HELMAND PROVINCE ......... 94

A.    Summary of Opinion ...................................................................... 94

B.    Materials Reviewed ....................................................................... 94

C.    Attack Details ................................................................................ 95

D.    Attribution .................................................................................... 97

E.    Conclusion .................................................................................. 101

XIII. JUNE 18, 2013 INDIRECT FIRE ATTACK ON BAGRAM AIRFIELD,
PARWAN PROVINCE ..................................................................... 102

A.    Summary of Opinion .................................................................... 102

B.    Materials Reviewed ..................................................................... 102

C.    Attack Details .............................................................................. 102

D.    Attribution .................................................................................. 104

E.    Conclusion .................................................................................. 107

XIV.  JULY 15, 2013 82MM RECOILLESS RIFLE ATTACK IN PAKTIA
PROVINCE .................................................................................... 108

A.     Summary of Opinion ................................................................ 108

B.     Materials Reviewed ................................................................ 108

C.     Attack Details ......................................................................... 108

D.     Attribution .............................................................................. 109

E.     Conclusion .............................................................................. 115

XV.    AUGUST 7, 2016 KIDNAPPING IN KABUL CITY ..................... 115

A.     Summary of Opinion ................................................................ 115

B.     Materials Reviewed ................................................................ 116

C.     Attack Details ......................................................................... 116

D.     Attribution .............................................................................. 119

E.     Conclusion .............................................................................. 123

XVI.   JUNE 10, 2017 INSIDER ATTACK IN PEKHA VALLEY, NANGARHAR PROVINCE ............................................................................... 124

A.     Summary of Opinion ................................................................ 124

B.     Materials Reviewed ................................................................ 124

C.     Attack Details ......................................................................... 124

D.     Attribution .............................................................................. 126

E.     Conclusion .............................................................................. 130

XVII.  CONCLUSION ........................................................................... 131

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| A | National Ground Intelligence Center Counter Insurgency Targeting Program, *IRGC – QF Influence and Relations with the Taliban in Southwestern and Western Afghanistan* (Apr. 24, 2011) |
| B | TEDAC Technical Exploitation Unit (TEXU): ICOM IC-V8 FM Transceiver (Q5) – Technical Exploitation Analysis Report, FBI Laboratory Number 120703718-Part 3, CEXC Number AF 3612-BAF/12 (Revision 1) (Aug. 15, 2012) (FBI0000015, Fig. 1: (U) Device Submitted to TExU-Quantico). |
| C | TEDAC Technical Exploitation Unit (TEXU): Assorted Items (Q4, Q6-7, Q9-16) – Technical Exploitation Data Report, FBI Laboratory Number 120703718-Part 5, CEXC Number AF 3612-BAF/12 (Revision 1) (Aug. 15, 2012) (FBI0000004, Fig. 1: (U) Vest, Ball Bearings, Glue, Document (Q4)). |
| D | AR 15-6 Investigation Findings and Recommendations — Vehicle Patrol Base (VPB) Wanat Complex Attack and Casualties regarding First Lieutenant Jonathan Brostrom (July 13, 2008) ("Brostrom AR 15-6 Investigation") |
| E | AR 15-6 Investigation Findings and Recommendations — Vehicle Patrol Base (VPB) Wanat on 13 July 2008 regarding Sergeant Israel Garcia ("Garcia AR 15-6 Investigation") |
| F | Battle of Wanat 15-6 Investigation Storyboard (July 18, 2008) ("Wanat Storyboard") |
| G | Battle of Wanat 15-6 Fires Storyboard ("Wanat Fires Storyboard") |
| H | Silver Star Citation, First Lieutenant Jonathan P. Brostrom ("Brostrom Silver Star") |
| I | Presentation of Collateral Investigation Results to the Family of 1LT Jonathan P. Brostrom ("Brostrom Presentation of Collateral Investigation Results") |
| J | AR 15-6 Investigation — Army Corporal ("CPL") Nicholas R. Roush ("Roush AR 15-6 Investigation") |
| K | Department of Army Form 1574, Report of proceeding by Investigating Officer (August 16, 2009) ("DA Form 1574") |
| L | AR 15-6 Investigation regarding the hostile death of Specialist Joseph T. Caron, who was killed by an IED attack ("Caron AR 15-6 Investigation") |
| M | Victim Operated Improvised Explosive Device (VOIED) recognition guide-Afghanistan.  JIEDDO.  March 2011 ("JIEDDO VOIED Guide") |
| N | Investigation Findings and Recommendations (Crash of CH-47D Aircraft in Wardak Province, Afghanistan on 06 August 2011), Sept. 9 2011 ("CH-47D Investigation") |
| O | AR 15-6 Investigation — Vehicle Borne Improvised Explosive Device Attack on a U.S. "Rhino Bus" ("AR 15-6 Rhino Bus Investigation") |
| P | "Storyboard" Cabrera 29 OCT 2011 SVBIED Kabul_Redacted.pdf ("Cabrera Storyboard") |
| Q | Excerpt of Defense Intelligence Agency/JIEDDO, *Homemade Explosives* (Aug. 2012) |
| R | AR 15-6 Investigations, Findings and Recommendations on the Deaths of CPT Jesse Ozbat and 2LT Tobias Alexander and all Soldiers seriously injured on May |

| | 20, 2012 in the vicinity of the District Headquarters, Tarin Kowt, Uruzgan Province. ("Ozbat/Alexander AR 15-6 Investigation") |
|---|---|
| S | Declaration of Christopher Benjamin Perreault (July 27, 2021) ("Perreault Decl.") |
| T | Declaration of Sergeant Major Ruben Arriaga (Aug. 27, 2021) ("Arriaga Decl.") |
| U | AR 15-6 Investigation IDF (Indirect fire) attack on BAF (Bagram Airfield) resulting in 4 x US KIA (killed in action) and 4 x US WIA (wounded in action), June 18, 2013 ("AR 15-6 Investigation Bagram IDF") |
| V | AR 15-6 Investigation RCLR (Recoilless Rifle) Attack resulting in 1 x US KIA, 5 x US WIA, 1x US CAT A (July 15, 2013) ("AR 15-6 Recoilless Rifle Investigation") |
| W | Taliban video, *Taliban Release new video Timothy Weekes and Kevin King New Massage [sic]*, (Jan. 17, 2017) ("King Hostage Video") |
| X | Taliban video, *Taliban Released New Videos of Two Prisoners* (Jun. 16, 2017) ("Second King Hostage Video") |
| Y | AR 15-6 Investigation Green on Blue Incident — Pekha Valley, Achin, Nangarhar Province June 10, 2017 ("AR 15-6 Green on Blue Incident") |
| Z | Presentation of AR 15-6 Investigation to the Family of SGT William Bays ("AR 15-6 Bays Presentation") |

## I.    PROFESSIONAL BACKGROUND AND COMPENSATION

1.    My full name is Steven Allen Wood, and I am currently the Director of Corporate Development for Data Machines Corporation, an artificial intelligence start-up located in Dayton, Ohio.  Before my current role, I had extensive experience in intelligence and weapons analysis related to U.S. counterterrorism operations, particularly in the Afghanistan theater of operations.  I have held many military, government agency, and government contractor positions.  A copy of my curriculum vitae is attached as Appendix A to the Expert Report of Steven A. Wood LTC, USA (Ret.) ("Report").

2.    Some of my experiences that are most relevant to this Report include the following:  in August 2007, I joined the Director's Initiative Group of the Joint Improvised Explosive Device Defeat Organization ("JIEDDO").  The U.S. military founded JIEDDO in 2006 to focus on defeating the improvised explosive devices ("IEDs") that were becoming increasingly prevalent in Iraq and Afghanistan.  While at JIEDDO, I focused mainly on promoting interagency cooperation, strategic planning, and intelligence.  In October 2009, I joined Combined Joint Task Force ("CJTF") Paladin — the International Security Assistance Force ("ISAF") command providing counter-IED expertise and explosive ordnance disposal to U.S., Coalition, and Afghan forces in Afghanistan.  I served as the Senior Intelligence Officer for CJTF Paladin at Bagram Air Base in Afghanistan.  I was responsible for counter-IED and threat-network intelligence operations support to ISAF and oversaw operations at 16 different locations supervising 350 intelligence and weapons forensics personnel.  While there, I performed extensive analysis and targeting of the Taliban, focusing on insurgent tactics, techniques and procedures, insurgent supply chain interdiction, threat training, research and development, and command and control structures.  Our team created a new methodology for countering these efforts, which resulted in the removal of more than 300 high-value targets on the counter-IED target list and a 60 percent reduction of likely IED attacks.

3.    From October 2010 until October 2012, I was the Director of Operations for the Advanced Geospatial Intelligence office at the National Geospatial-Intelligence Agency ("NGA") — a federal agency tasked with providing geospatial intelligence to U.S. intelligence agencies, the Department of Defense, and other government organizations.  I developed and managed processes for targeting Afghan insurgent groups and their logistics supply chain, disrupting several terrorist offensives.  Following completion of a Dari Language Immersion program, I deployed to Afghanistan again and served as a Senior U.S. Military Operations and Intelligence Advisor to Afghan Ground Forces Command in Kabul, Afghanistan, from March 2013 through May 2014.  The following year, I served as the Senior Defense Intelligence Officer for Afghanistan Human Intelligence Planning at the Defense Intelligence Agency ("DIA"), where I advised about strategic risk decisions for the U.S. military drawdown in Afghanistan.  From May 2015 to February 2017, I was a Technical Project Manager for U.S. Navy research projects, including research of insurgent bomb manufacturing processes and experimental rocket plume detection testing.  I returned to Afghanistan in February 2017, where I was an Operations Integrator for Quiet Professionals.  In that position, I advised military and civilian executives on intelligence issues, analyzed security plans at major U.S. bases in Kandahar, Helmand, and

Uruzgan Provinces, and trained and advised Afghan National Security forces and Police units on intelligence and security issues.

4.      I hold a Bachelor of Arts in History from Ohio University, a Master of Arts in Organizational Leadership from Gonzaga University, and a Master of Business Administration from Syracuse University.  I am proficient in French, Persian, and Dari.  I have a Top Secret, Special Compartmented Information Security Clearance.  I have received the National Intelligence National Science Award – Saturn Arch; the Secretary of Defense Transformation Priorities Certificate of Achievement; two Bronze Star Medals, the Defense Meritorious Service Medal, three Army Meritorious Service Medals, Army Commendation and Achievement Medals, two NATO Medals, the United Nations Protection Force Medal, the Global War on Terrorism Medal, the Army Expeditionary Medal, the Iraq Campaign Medal, and the Afghanistan Campaign Medal.  I also hold the Greenleaf Center for Servant Leadership Certification and received the Army Military Intelligence Knowlton Award.

5.      In reaching the opinions set forth in this Report, I used my training and experience to evaluate a range of materials, including the Second Amended Complaint in this case.  My sourcing includes declassified U.S. military intelligence reporting, official U.S. Government designations and findings; witness accounts; and open-source research and analysis. Appendix B contains a full list of the materials I have considered.

6.      I have not previously served as an expert witness.  I receive compensation at an hourly rate of $180 for the time I spend preparing this Report.

## II.    SCOPE OF TESTIMONY

7.      I understand that this phase of the case concerns a "bellwether" set of 11 terrorist attacks in Afghanistan.  Thus, for this bellwether-phase Report, Plaintiffs' counsel have asked me to provide an expert opinion about (1) the terrorist operations of the Taliban – Al Qaeda[1] Terrorist Syndicate ("Syndicate") in Afghanistan from 2007-2019, including the operation of and relationships between different terrorist groups and sub-groups involved in the Syndicate; (2) the Syndicate's responsibility for the eleven bellwether attacks that killed or injured the bellwether Plaintiffs; and (3) whether the Islamic Republic of Iran's ("Iran") support for the Syndicate's terrorist enterprise enhanced the Syndicate's ability to commit these attacks.

## III.   METHODOLOGY

8.      I have arrived at the conclusions in this Report by relying on my extensive professional experience analyzing terrorist attacks in Afghanistan and terrorist groups more generally.

---

[1] Although the spelling of Al Qaeda is inconsistent across the U.S. government agencies, the military, press reports, and other sources, I simply use "Al Qaeda."  However, the spelling is not altered when I quote from sources. A number of proper nouns have more than one spelling in English.  I have endeavored to use the dominant spelling when I was not quoting a particular source.

9.      My expert opinion about the general structure of terrorist groups and operations in Afghanistan comes from my first-hand experience (discussed above) and my analysis of primary and secondary sources.  I mainly rely on primary source information, particularly information provided by the terrorist groups themselves, including fatwas (religious decrees), terrorist media sources, and personal statements.  I also use primary source reporting live from the terrorists' area of operations, which provide real-time evidence about the terrorist groups.  I also use analysis from official U.S. Government reports.  I know from first-hand experience that such documents are thoroughly researched and vetted and thus can provide valuable insights.  Although I largely rely on primary sources, I also use secondary sources, particularly well-researched academic articles and contemporaneous press reports.

10.      I have reached my expert opinion about the Syndicate's responsibility for the eleven bellwether attacks by analyzing each attack's characteristics.  Specifically, for each attack, I look at the following features:  the geography; the time period; the tactics, techniques, and procedures the attack employed; any terrorist claims of responsibility; U.S. Government or ISAF attributions in investigations or declassified intelligence reports; and attribution information from eyewitnesses or other individuals with knowledge of the theater.  Each of these are discussed in greater detail in the following paragraphs.

11.      *Geography and Time Period*:  One of the first features analysts consider about any attack is the location and time period.  The information is typically readily available and can provide significant information about the responsible group, particularly as the insurgents in Afghanistan do not wear uniforms or otherwise distinguish themselves from civilians.  In many areas of Afghanistan, only one terrorist group is active at a given time — or a particular terrorist group is largely dominant — indicating likely responsibility for any terrorist attack in that area.

12.      *Tactics, Techniques, and Procedures* ("*TTPs*"):  Analysts also consider the TTPs employed by a particular attack.  Many terrorist attacks in Afghanistan display a tactical signature that, with other geographical information, enables attribution to a particular group.  For example, terrorist attacks in Afghanistan include attacks that involve IEDs, suicide bombers, use of insiders, complex tactics, traditional infantry tactics, indirect fire, and kidnappings.  The attacks' TTPs can offer valuable information about the responsible group because terrorist groups favor particular TTPs, and not every terrorist group has the requisite training and resources necessary to execute more advanced attacks.

13.      *Claims of Responsibility*:  Analysts also consider claims of responsibility for an attack by a terrorist group, although these are not always available and frequently are unnecessary for assigning responsibility.  In my experience, the Taliban claims responsibility when it commits a "spectacular" attack resulting in multiple casualties to derive significant propaganda value from the event, including shaping international and domestic opinion and raising funds from sympathetic groups in the Middle East.  Although the Taliban commits far more IED and small-arms attacks, the Taliban does not typically issue an official message claiming responsibility for these activities.  In my experience, if the Taliban — or another member of the Syndicate — claims responsibility for an attack, the claim is usually accurate.  An exception to accurate Taliban claims of responsibility is the insider attack.  Insider attacks in Afghanistan are either planned by the Taliban-led Syndicate or are the result of a personal

disagreement or offense to an Afghan's honor.  In the case of a personal disagreement or offense to the Afghan where the attacker is killed, the Taliban is incentivized to claim responsibility because there are no negative ramifications and the insider attack conducted for personal reasons still achieves the Taliban's desired effects of undermining Afghan-Coalition relations.

14.    *Government or ISAF Attributions*:  I have also considered official government findings assigning responsibility for an attack to a particular group, which occasionally are included in one of the reports discussed below.  I know from my previous experience that the U.S. Government does not make formal findings about the committing group unless it has a very high degree of confidence.  Even when the final attribution is released publicly, the U.S. Government frequently relies on classified information in reaching that conclusion.  The U.S. Government also referred to the Taliban-led Syndicate or Haqqani by other names such as Anti-Afghan forces, insurgents, or simply the "enemy."  "Taliban" when translated into English means "student" but in Pashto the word carries an informal meaning — "student of Islam."  In a devout culture like Afghanistan, the term "student of Islam" provided cultural credibility that both the Afghan Government and the United States did not want to bestow on the Taliban, causing them to use more neutral terms.  Where this has occurred in government writing, I have attempted to draw enough complimentary evidence to make the conclusion of attribution straightforward.

15.    In this Report, I use a sliding scale for analyzing individual attacks.  In specific key geographies during specific time periods, members of the Syndicate almost certainly committed every terrorist attack that took place against Coalition forces — or at least every attack of a particular type.  For other attacks, where the geographic and temporal indicators are less conclusive, I may require at least two pieces of independent, corroborating evidence about the attack to conclude that a member of the Syndicate likely committed it.  As the Syndicate's level of activity in a particular area or reliance on a particular TTP increases, the amount of corroborating evidence necessary to conclude the Syndicate was involved in the attack decreases.

16.    To reach a conclusion or finding, I use inductive reasoning, seeking to illuminate the relationships among events and details under study including patterns developed by threat groups over time, geographic locations of where events occurred, and the method of attack.  If necessary, because of the limited information available in parts of Afghanistan, I will also use deductive reasoning — using general facts to reach specific conclusions.  I will then validate my reasoning using the lynchpin method of analysis, proceeding from information that is certain or with a high probability of being certain to form a conclusion based on historical patterns, eyewitness accounts, and expert opinion.  Starting from the known facts, I will identify the key geographic, tactical, temporal, and other variables that are likely to drive a solid conclusion that the Syndicate was responsible, with systemic attention to the range and relationships of factors that could indicate attribution.  To accomplish this I will provide the premises and working assumptions about the factors under evaluation to reduce analytical biases, and then finally identify gaps in knowledge that could disprove an analytical finding.  When confronted with gaps or contrary inferences, I will attempt to address them or consider alternative conclusions.

17.    The method of analysis I use to attribute responsibility for the eleven bellwether attacks is based on the formal study of intelligence analysis provided at the Sherman Kent

School for Intelligence Analysis and Joint Military Intelligence College. I received instruction in this methodology during my intelligence training in 1997, and I later taught this methodology at the United States Army Intelligence Center and School where I was a senior instructor for operational and strategic intelligence courses. I continued to receive further instruction and mentorship on analytical techniques both formally from National Intelligence agencies and informally from colleagues and superiors during my career. Some references for the study of intelligence analysis include the *Psychology of Intelligence Analysis* by Richard Heuer, Jr., *Analyzing Intelligence* by Roger George and James Bruce and the U.S. Army intelligence analysis manual *Army Training Publication (ATP) 2-33.4 Intelligence Analysis*. The methodology is widely accepted in the American strategic and military intelligence profession. The U.S. military takes military action and makes policy decisions based on this same intelligence analysis. I used this analytical methodology to provide information to policy and decision makers including three Commanders of the ISAF in Afghanistan, the Director of the DIA and the Director of the NGA about Afghanistan-related topics and issues.

18.     In applying this methodology to the eleven bellwether attacks, I have reviewed (among other sources) official investigations, documents, and reports produced by the U.S. Government about those attacks. The type of material varies in depth and detail, largely based on the location of the incident and the military unit investigating the incident. Unlike Iraq, Afghanistan is a nation with poor infrastructure and limited lines of communication, making it difficult for investigation teams to respond to sites where incidents have occurred. For this reason, events with some notoriety — such as the attack on Extortion 17— or close to large U.S. military presence — such as attacks in Kabul — will often have more detailed investigative reports than attacks in remote locations. That is why the volume of available U.S. Government reporting analyzed below varies from attack to attack.

19.     The various types of reports that I have analyzed are set forth in this paragraph. I do not have — and do not need — each report listed below for each attack. For the sake of completeness, however, I briefly describe below each category of record I have reviewed:

> a.     *Army Regulation ("AR") 15-6 Investigations*: Following the death of an active U.S. duty soldier, the Army typically commissions an investigation into the nature and circumstances of the death, known as an AR 15-6 Investigation, so named because the investigation is required under Army Regulation 15-6. Once an investigation is commissioned, the Army appoints an investigation officer, whose responsibilities include: (a) ascertaining and considering the evidence on all sides of an issue; (b) being thorough and impartial; (c) making findings and recommendations warranted by the facts and complying with the instructions of the appointing authority; and (d) reporting the findings and recommendations to the appointing authority. AR 15-6 Investigations are undertaken under oath and are considered a collection and analysis of facts, reports, and sworn testimony of the individuals involved. The result is the final deliberation of the facts and conclusions of the military chain of command, unless criminal findings are determined, in which case the matter is referred to a court martial. Frequently, the AR 15-6 Investigation alone provides more than sufficient information to attribute the attack to a particular terrorist group.

5

b.    *SIGACT Reports*:  "SIGACT" is a military shorthand for "Significant Activity," which, in the context of the conflict in Afghanistan, refers to all incidents reported to the ISAF, including known attacks on Coalition forces, Afghan Security forces, the civilian population, and infrastructure.  In combat, whenever a unit observes or participates in a combat action, non-combat incident, or observes an action of note, the military leader on site will notify his or her headquarters via the unit's radio transmission officer.  In response, the higher unit has designated personnel whose duty includes sending the SIGACT further up the chain of command, conduct action (*e.g.*, such as launch a Quick Reaction Force), and/or record the event in a SIGACT After-Action Report.  Accordingly, SIGACT Reports contain information recorded contemporaneously, or nearly contemporaneously, to an insurgent attack and provide a reliable record of what occurred.  SIGACT Reports sometimes will also contain follow-up analysis from various military units or detachments after they had an opportunity to investigate the incident.  In Afghanistan, these units included Explosive Ordnance Disposal ("EOD") units, Weapons Intelligence Teams ("WIT"), and the Brigade's Intelligence section commonly referred to by the abbreviated radio code for intelligence, "S2."  SIGACT Reports are sometimes included as an exhibit to the 15-6 Investigation.

c.    *EOD and WIT Reports*:  An EOD team is a small unit of soldiers who specialize in arming and rendering safe procedures for military or nuclear ordnance in real world situations.  In Afghanistan, the EOD teams provided expert render-safe procedures for unexploded shells, munitions, and improvised explosive devices.  The EOD teams are also responsible within the military for conducting site analysis and forensic exploitation of incidents.  The EOD teams can assess the type and tactical method of employment of the explosive device and make expert judgements on characteristics of the device and often the skill level of the person who made it.  A WIT is a small unit of soldiers trained in forensics and blast site analysis, but who were not allowed to render-safe munitions.  The WIT typically served as an augmentation to EOD teams due to the degree of specialization of the EOD soldier.  Following an explosive or indirect fire attack on a convoy, installation, or person, Coalition forces typically dispatched either an EOD team or a WIT (if a unit had these capabilities assigned to them) to conduct a post-blast analysis ("PBA") and record enemy tactics, techniques, and procedures.  The PBA would take place either at the site of the attack (preferable method) if the area was secured, or, if not, at the nearest Forward Operating Base ("FOB") or Outpost to which the unit had recovered the damaged or destroyed vehicle(s).  The EOD unit or WIT then transmitted all of the assembled evidence and sent a report up the chain of command to their headquarters, a combined service-branch entity named CJTF Paladin, which used this forensic intelligence information to develop and improve military proactive and responsive tactics, techniques, and procedures and to identify physical signatures — such as the habitual tool marks of a particular bomb-maker as he or she makes IEDs for use in intelligence targeting or legal prosecution of insurgent

actors.  EOD and WIT Reports are sometimes included as an exhibit to the 15-6 Investigation.

d.    *Terrorist Explosive Device Analytical Center* ("*TEDAC*") *Reports*:  The Federal Bureau of Investigation's ("FBI") explosive and forensic experts produce TEDAC reports.  These reports provide forensic identification of explosive devices, including material, tool marking, and style of device construction.  These reports were habitually produced by the TEDAC lab in Quantico, Virginia upon an explosive injury or death from IED(s) in the Afghan theater of operation based on an agreement between the Department of Defense and the Department of Justice.  These reports provide evidence of TTPs of Taliban bomb-makers or other groups conducting explosive attacks.

e.    *Operational Reporting, Intelligence Summaries, and Command Briefings*: Operational reporting is used by military commanders to quickly receive updates on issues or events that occurred within a 24 hour period.  These reports are designed to be as accurate as possible for the commander so that he or she can provide informed decisions to the unit leadership.  Operational reporting, intelligence summaries and command briefings are local military unit updates including on the ground and local intelligence reporting.  Typically, these reports are PowerPoints that provide quick updates of operational and enemy activities. Combined Information Database Network Environment is included in this category.  This database is a recorded log of reported activity as the activity occurred, or as was reported by the troops in contact to include logistics and operational movements of the enemy.  These reports are sometimes included as an exhibit to the 15-6 Investigation.

f.    *U.S. Army National Ground Intelligence Center* ("*NGIC*") *Weapons Reports*:  The U.S. Army's NGIC is the Army's repository of expert knowledge and research on foreign armies, weapons systems, tactics, and capabilities.  The NGIC has professional analysts and scientists who will dedicate a lifetime to becoming an expert on different specific areas such as Russian tanks or Chinese tactics.  Part of this repository of knowledge includes an exhaustive library of all known weapons systems used by ground units worldwide.  The NGIC weapons reports database contains an informational library of weapon systems used by military and insurgent groups across the world.  The weapons reports or white papers describe the weapons system characteristics and capabilities including photos and probable site of origin.  For example, a mortar munition made in Iran will include markings and lot numbers that allow the analyst to trace the source of the munition.

g.    *Interviews with and Declarations by First Hand Witnesses*:  For some attacks, I also interviewed eyewitnesses — including Plaintiffs who were wounded in action and other service members — or reviewed statements by these eyewitnesses.  Particularly where there was not a government investigation, I rely

on these eyewitness accounts of the event supplemented by other reporting or information.

## IV.    SUMMARY OF CONCLUSIONS

20.    For the reasons detailed in this Report, I conclude that there was a terrorist Syndicate active in Afghanistan from 2007 through at least 2019, which was led by the Taliban, but included multiple other terrorist groups, including Al Qaeda.  The Syndicate was active in multiple areas of Afghanistan and used a variety of TTPs while committing attacks against U.S. and Coalition Forces.

21.    Specifically, as explained in further detail in Sections VI through XVI, I conclude that the Syndicate committed each of the eleven bellwether attacks detailed in this Report.  I further conclude that each attack was carried out as part of the Syndicate's Iran-aided terrorist insurgency against U.S. (and Coalition) forces in Afghanistan.

## V.    THE TERRORIST SYNDICATE OPERATING IN AFGHANISTAN

22.    The Islamic Republic of Afghanistan is a mountainous, mineral-rich nation state that formed on the crossroads of international trade and invading armies.  From antiquity to the modern era, conflicts between larger cultural and imperial pursuits have come to a head in Afghanistan.

23.    Afghanistan contains 11 major ethnicities speaking multiple languages, which results in collaborative governance full of shifting alliances driven by political expediency.  Even in the absence of outside intervention, these tribal and cultural divisions can blossom into open conflict.  Cultural and tribal loyalty are paramount in every part of the Afghan life, and Afghans are loyal to outsiders who can advance the interests of each clan, sub-tribe and tribe.  Tribal loyalties often outweigh ideological concerns.  For example, individuals will seek to maximize benefits for their tribal group, even if it requires dealing with outside groups ideologically opposed to tribal beliefs.  The shifting positions of tribal elders are largely based on local, political, and tribal needs because tribal leadership is expected to meet the social, educational, and resource needs of the members of their community.  As a result, outside observers often perceive tribal interactions with Western governments as capricious.  The major ethnic or tribal groups are detailed below.

    a.    *Pashtun*:  Known as the largest tribe in the world, the Pashtuns are the largest ethnic group in Afghanistan, comprising an estimated 42 percent of the population.[2]  The Pashtuns also have a significant presence in Pakistan and Iran, which have provided the Taliban safe haven throughout the war.  The Pashtuns are the predominant ethnic group in the Taliban and are traditionally selected for senior roles in the Afghanistan Government.  The group is largely defined by the Pashtun language — one of the two official languages in Afghanistan — the

---

[2] World Population Review, *Afghanistan Population 2021 (Live)*, https://worldpopulationreview.com/countries/afghanistan-population.

All online materials cited herein were last accessed on September 28, 2021.

Muslim faith, and the Pashtunwali code. The Pashtunwali code is an informal set of ethical rules by which the Pashtun tribal members are judged.

b.      *Tajiks*: Tajiks are a Dari-speaking, ethnically Iranian, minority in Afghanistan making up about 27 percent of the population out of the total Afghan estimated population of 40 million people.[3]  Tajiks populations are primarily concentrated in the cities of Mazar-e Sharif, Kabul, and Herat.[4]  They also make up the majority of the population in Samangan, Baglan, Takhir, Badakshan, and Parwan Provinces although smaller populations exist throughout the country.[5]  Tajiks have traditionally formed the core of the anti-Taliban forces, including between 1989 and 2001, and they occupied many senior government positions in the Islamic Republic of Afghanistan after the American invasion.  The Northern Alliance leader Ahmad Shah Massoud was a famous Tajik military commander assassinated by Al Qaeda on September 9, 2001.[6]

c.      *Hazara*: The Hazara are the third largest ethnic group in Afghanistan making up about nine percent of the total population.[7]  They are a Dari-speaking, Shi'a Muslim ethnic group located in western and central Afghanistan that have been shaped by religious and ethnic discrimination.  Extremist religious groups, such as the Taliban or Al Qaeda, will often prioritize targeting Hazaras even over American and Afghan Government targets.  As a result, the Hazara are deeply invested in the success of the Afghan Government and generally are not involved with the Taliban except through criminal enterprise such as poppy cultivation.  The Dari language and Shi'a Muslim religion do make the Hazara a facile connection for Iran, and connections between Iranians and Hazaras include cultural, economic, and religious activities.

d.      *Uzbeks*: The Uzbeks are a Sunni Turkic ethnicity who reside in the northern regions of Afghanistan making up about nine percent of the total population.[8]  In the context of the Afghan conflict, the northern Uzbek tribes generally favor the Afghan Government and are anti-Taliban due to historical grievances between the Pashtuns and Uzbeks.  Approximately 2.8 million Uzbeks live in Afghanistan.

---

[3] *Id.*

[4] *Tajikistan and Afghanistan* at 1, Institute for the Study of War, https://www.understandingwar.org/tajikistan-and-afghanistan.

[5] Peter R. Blood, ed. *Afghanistan: A Country Study* (GPO for the Library of Congress 2001), http://countrystudies.us/afghanistan/39.htm.

[6] Defense Intelligence Agency Intelligence Information Report (redacted), *The Assassination of Massoud Related To 11 September Attack* at 4, George Washington University Archives, https://nsarchive2.gwu.edu/NSAEBB/NSAEBB97/tal31.pdf.

[7] World Population Review, *Afghanistan Population 2021 (Live)*, https://worldpopulationreview.com/countries/afghanistan-population.

[8] *Id.*

    e.    *Baluchs*:  The Baluchi people reside in southwestern Afghanistan, southeastern Iran, and northwestern Pakistan.  Historically a nomadic Sunni Muslim tribe, the Baluchs have been involved in the smuggling and facilitation of men, equipment, and weapons from Iran and Pakistan to the Taliban.

    24.    The map below was prepared by the U.S. Army and shows the geographic location of each ethnic group discussed above, as well as some smaller groups, and the areas of Northern Alliance influence, as of September 2001.



**Figure 1:**  Map of Afghanistan Ethnolinguistic Groups.[9]

    25.    Civil war and religious fundamentalism dominated Afghanistan from 1994 until 2001.  The Taliban, the primary political and military power in the country by 1996, was involved in open warfare with the "Northern Alliance" — a loose coalition of primarily Tajik, Uzbek, and Hazara warlords who opposed Taliban rule due to the resulting Taliban, and therefore Pashtun, domination of the political and governmental sphere.[10]  In areas the Taliban

---

    [9] U. S. Army, *US Army ethnolinguistic map of Afghanistan* – September 2001.

    [10] *Who are the Northern Alliance?*, BBC News (November 13, 2001), https://web.archive.org/web/2021042 8093841/http://news.bbc.co.uk/2/hi/south_asia/1652187.stm.

controlled, it sought to enforce a strict version of Sharia law, including harsh treatment of women and children and the use of food restrictions to ensure compliance.[11]  This led to isolation and international condemnation.

26.    The religiously devout nature of the Taliban,[12] historical ties to the Soviet-Afghan war,[13] and the general lack of governance in Afghanistan attracted the attention of Al Qaeda and Osama bin Laden.[14]  Osama bin Laden established a base of operation near the city of Kandahar,[15] and — in return for the safe haven — provided funding and advanced training to the Taliban forces.  It was from this base of operations in Afghanistan that bin Laden planned the 9/11 attacks on the United States.[16]

27.    Following the 9/11 attacks, the U.S. Government asked the Taliban to arrest and extradite Osama bin Laden and his co-conspirators to face justice in the United States.  The Taliban refused, citing the Afghan tradition of protecting guests, which is codified in the Pashtunwali code, and declaring they did not know Osama bin Laden's whereabouts.[17]  The United States then invaded Afghanistan.

28.    By the end of December 2001, the United States had removed the Taliban from power and disrupted their facilitation of international terrorism.  New interim Afghan authorities — largely drawn from the Northern Alliance — convened in Bonn, Germany, and selected Hamid Karzai as the interim leader of Afghanistan.[18]  The United Nations Security Council authorized the ISAF to provide security in Afghanistan, and the North Atlantic Treaty Organization ("NATO") provided the majority of forces.[19]  The Afghan interim government held a Loya Jirga — or Grand Assembly — consisting of different ethnic and tribal groups that

---

[11] *Mapping Militant Organizations, Afghan Taliban* at 4, Stanford Univ. (last modified June 2018), https://cisac.fsi.stanford.edu/mappingmilitants/profiles/afghan-taliban.

[12] U.S. Navy Chaplain Corps, *Deobandi Islam: The Religion of the Taliban* at 7 (Oct. 15, 2001), https://www.globalsecurity.org/military/library/report/2001/Deobandi_Islam.pdf.

[13] *Timeline: The U.S. War in Afghanistan, 1999-2021*, Council on Foreign Rel., https://www.cfr.org/timeline/us-war-afghanistan.

[14]  The 9/11 Commission Report at Chapter 2: The Foundation of the New Terrorism, https://govinfo.library.unt.edu/911/report/911Report.pdf.

[15] *Id.* at 111.

[16] *Id.* at 234-35.

[17] Peter Bergen, *The man who wouldn't hand over to bin Laden to the U.S.*  CNN (August 21, 2015), https://www.cnn.com/2015/07/29/opinions/bergen-mullah-omar/index.html.

[18] Filling the Vacuum, the Bonn Conference (Nov. 27, 2011), https://www.pbs.org/wgbh/pages/frontline/shows/campaign/withus/cbonn.html.

[19] *Id.*

became the Afghan Transitional Government.[20]  In October 2004, this group elected Hamid Karzai as the first President of the Islamic Republic of Afghanistan.[21]

29.    During this period, the Taliban reformed the terrorist enterprise in Afghanistan into an increasingly organized resistance under the Taliban's leader Mullah Omar.  Based in Quetta, Pakistan, the Taliban began to wage an asymmetric campaign to remove foreign influence from Afghanistan.  Mullah Omar reorganized the Taliban and worked together with other groups with which it had pre-existing ties.  These included the Haqqani Network, which pledged loyalty to the Taliban in 1995;[22] Al Qaeda;[23] and foreign governments such as Pakistan, the United Arab Emirates, and Qatar.  Mullah Omar established the Quetta Shura, a leadership and coordination body that provided strategic and operational direction for Taliban forces and their allies throughout Afghanistan.[24]

30.    The map below depicts the location of Taliban areas of control and influence in 2016.[25]  As shown, the Taliban gradually returned to Afghanistan from areas of safe haven in Pakistan, expanding inward from the southern and eastern borders.

[20] Press Release, Office of the Press Secretary, Fact Sheet Elections in Afghanistan (Oct. 8, 2004), https://georgewbush-whitehouse.archives.gov/news/releases/2004/10/20041008-6.html; Amy Waldman, *A NATION CHALLENGED: POLITICS; In Rite of Past, Afghans See Way to Forge Future,* N.Y. Times (Jan. 8, 2002), https://web.archive.org/web/20201112042221/https://www.nytimes.com/2002/01/08/world/a-nation-challenged-politics-in-rite-of-past-afghans-see-way-to-forge-future.html.

[21] Columbia University World Leaders Forum — Speakers — Hamid Karzai, https://worldleaders.columbia.edu/directory/hamid-karzai.

[22] *Mapping Militant Organizations, Haqqani Network*, Stanford Univ. (last modified July 2018), https://cisac.fsi.stanford.edu/mappingmilitants/profiles/haqqani-network.

[23] Tricia Bacon, *Al Qaeda and the Taliban:  The Alliance that Started the Forever War*, Policy Roundtable: 17 Years After September 11, Texas National Security Review (Sept. 11, 2017), https://tnsr.org/roundtable/policy-roundtable-17-years-after-september-11/#essay2.

[24] Jeffrey Dressler and Carl Forsberg, *The Quetta Shura Taliban in Southern Afghanistan:  Organization, Operations and Shadow Governance*, Backgrounder (Dec. 2009), https://www.understandingwar.org/sites/default/files/QuettaShuraTaliban_1.pdf.

[25] Associated Press, *Pakistan to Host 4-Nation Meeting on Ending Afghan War* (Jan. 9, 2016), https://www.chinadailyasia.com/asia/2016-01/09/content_15370149.html.



**Figure 2:** Taliban in Afghanistan 2015.[26]

31.     The rebuilding of insurgent capability — which began immediately after the Taliban leadership moved to Quetta, Pakistan — was largely complete by 2006.[27]  In my opinion, inconsistent opposition by the ISAF, NATO, the U.S., and the nascent Afghan security forces allowed the Taliban to expand and establish agreements with different tribal groups.  The Taliban formed a "Syndicate" of allied groups dedicated to restoring the Taliban movement to power.  The Haqqani Network, who had joined with the Taliban in 2001 and by 2006 gradually became a subgroup of the broader Taliban, became increasingly more active in Syndicate attacks — in addition to continuing to provide connections to international donors and Islamist terrorist organizations and coordination for foreign fighters.[28]  By 2006, there was a significant expansion of Taliban controlled areas and an increase in all attacks including suicide attacks.[29]  The increase in suicide attacks in particular, indicated that Al Qaeda and other trans-national terrorist groups were participating in the Syndicate in earnest.[30]  The increase in attacks made the U.S.

---

[26] *Id.*

[27] *Al Qaeda, the Taliban, and Other Extremist Groups in Afghanistan and Pakistan*, Hr'g before the U.S. Senate Committee on Foreign Relations at pdf p. 13, S. Hr'g 102-70 (May 24, 2011), https://www.govinfo.gov/content/pkg/CHRG-112shrg67892/html/CHRG-112shrg67892.htm.

[28] Marvin Weinbaum and Meher Babbar, *The Tenacious, Toxic Haqqani Network* at 1, 3, Middle East Institute (Sept 2016), https://www.mei.edu/sites/default/files/publications/PF23_WeinbaumBabbar_Haqqani_web_0.pdf.

[29] *Timeline: The U.S. War in Afghanistan, 1999-2021*, Council on Foreign Rel., https://www.cfr.org/timeline/us-war-afghanistan.

[30] *See infra* ¶¶ 88-91.

and its allies increasingly concerned about the stability of the Afghan Government and its capability to defeat the Taliban without significant allied support.[31]

32.    In 2009, the U.S. responded to the growing offensive capability of the Syndicate with troop increases that became known as the Afghan "surge."  American troops in Afghanistan almost doubled from about 32,000 troops in 2008 to more than 90,000 in 2010.[32]  The goal of the surge was to allow the Afghan Government to expand its governance efforts without constant threat of attack; to protect logistics and population centers from Taliban attack; and to reclaim large areas of the Helmand River Valley from Taliban control.[33]  Casualties on both sides increased dramatically during this time period.  Although the surge offensives were successful in wresting control of key areas during the surge, gains were often temporary, and on a local level, territory returned to the control of the Syndicate as soon as U.S. forces departed.

33.    Figure 3 below depicts the U.S. Government's assessment of the Syndicate's intentions in various areas in Afghanistan in 2011, with key efforts of the Taliban and Haqqani Network focused across Southern Afghanistan and into Kabul.

---

[31] *See* Bruce Riedel, *Afghanistan: The Taliban Resurgent and NATO*, The Brookings Institution (Nov. 28, 2006), https://www.brookings.edu/opinions/afghanistan-the-taliban-resurgent-and-nato/.

[32] Sam Gollob and Michael O'Hanlon, *Afghan Index: Tracking variables of reconstruction and security in post-9/11 Afghanistan* at 5, The Brookings Institution (August 2020), https://www.brookings.edu/wp-content/uploads/2020/08/FP_20200825_afganistan_index.pdf.

[33] Gerry Gilmore, *Petraeus: Afghan "surge" will target terror leaders*, U.S. Central Command (Dec. 4, 2009), https://www.centcom.mil/MEDIA/NEWS-ARTICLES/News-Article-View/Article/883961/petraeus-afghan-surge-will-target-terror-leaders/.



**Figure 3:** United States Government view of Syndicate objectives in 2011.[34]

34.     The U.S. began to drawdown troops in June 2011, after the successful raid on Osama bin Laden's compound in Abbottabad, Pakistan.[35]  For the next three years, the U.S. slowly rolled back the presence of American and allied forces in favor of Afghan forces.  During this time period, operations were intended to transition from "training" Afghan forces, to partnered patrols, to independent Afghan Government led and executed combat operations.[36]

35.     The Afghan Government's assumption of the lead in combat operations has allowed the terrorist Syndicate to gain territory and credibility.[37]  The conflict evolved into a stalemate as the Syndicate established outright control of several districts in the country and by 2014 had significant command and control centers in Kunar and Helmand Provinces.[38]

---

[34] U.S. Dep't of Defense, *Report on Progress Toward Security and Stability in Afghanistan* at 55 (April 2011), http://web.archive.org/web/20210519102512/https://archive.defense.gov/news/1230_1231Report.pdf.

[35] *Timeline: The U.S. War in Afghanistan, 1999-2021*, Council on Foreign Rel., https://www.cfr.org/timeline/us-war-afghanistan.

[36] Gerry Gilmore, *Petraeus: Afghan "surge" will target terror leaders*, U.S. Central Command (Dec. 4, 2009), https://www.centcom.mil/MEDIA/NEWS-ARTICLES/News-Article-View/Article/883961/petraeus-afghan-surge-will-target-terror-leaders/.

[37] Kara Fox, *Taliban Control of Afghanistan On the Rise, U.S. Inspector Says*, CNN (Nov. 8, 2018), https://www.cnn.com/2018/11/01/middleeast/afghanistan-report-taliban-gains-control-intl/index.html.

[38] Joseph Goldstein, *Afghan Security Forces Struggle Just to Maintain Stalemate*, N.Y. Times (July 22, 2015), https://www.nytimes.com/2015/07/23/world/asia/afghan-security-forces-struggle-just-to-maintain-stalemate.html.

### A.     The Taliban

36.     The Taliban are a Sunni Islamist and terrorist organization that leads a Syndicate of local and international Islamist groups dedicated to the overthrow of the elected Afghan Government.[39]  The Taliban is active throughout much of Afghanistan, and it includes command councils, or "Shuras," and organized insurgent terrorist networks in various key regions.  These Shuras work in conjunction with both political and military networks across Afghanistan.  In order to control the civilian population, the Taliban installs a "shadow government" structure to replicate the Afghan civil government functions.  The shadow governments form a hierarchy from the local village up to the Provincial level and provide routine civil and legal services in accordance with Sharia law including dispute resolution, marriage, divorce, and criminal trials.[40]  The Taliban set up these parallel government structures at the same time they intimidate and attack Afghan Government civil centers of power such as the judiciary and police.  In addition to these major networks, localized groups and international groups such as Al Qaeda and Lashkar-e-Taiba[41] also follow the direction of the Taliban within Afghanistan as part of the Syndicate.

37.     Much of the Taliban logistics and supply chain occurs outside of Afghanistan.  In places like Pakistan and Iran, the Taliban has established weapons "bazaars," explosive manufacturing sites, and training camps.  In addition, Iran provides the Taliban with training, equipment, and safe haven.[42]  The training includes the use of mortars and rockets, small unit tactics, and IED manufacturing and employment techniques.[43]

38.     The Taliban have an established command and control and terrorist hierarchy based in Quetta, Pakistan — the Quetta Shura — with subordinate command and control centers in Peshawar and Miram Shah, Pakistan — the Peshawar Shura and Haqqani-led Miram Shah Shura, respectively.[44]  These command centers develop strategies for offensives, select and remove commanders, and provide logistics, training, and foreign fighter support.  Another shura of note is the Mashhad Shura, located in Mashhad, Iran.[45]  The Mashhad Shura was established as a "liaison office" in 2007 and received operational command and control authority over

---

[39] Lindsay Maizand, *The Taliban in Afghanistan*, Council on Foreign Rel. (last updated Aug. 3, 2021), https://www.cfr.org/backgrounder/taliban-afghanistan.

[40] Mike Mount, *Taliban governs Afghanistan from the Shadows*, CNN (Feb. 19, 2010), http://www.cnn.com/2010/WORLD/asiapcf/02/18/analysis.afghanistan.shadow.governors/index.html.

[41] Lashkar-e-Taiba or the "Army of the Pure" in Urdu is a United Nations recognized (UNSC 1267) Sunni Islamist terrorist organization based in Pakistan.  *Mapping Militant Organizations, Lashkar-e-Taiba*, Stanford Univ. (last modified July 2018), https://cisac.fsi.stanford.edu/mappingmilitants/profiles/lashkar-e-taiba.

[42] Alireza Nader, et al., *Iran's Influence in Afghanistan:  Implications for the U.S. Drawdown* at 14-15, (RAND Corp. 2013), https://www.rand.org/content/dam/rand/pubs/research_reports/RR600/RR616/RAND_RR616.pdf; National Ground Intelligence Center Counter Insurgency Targeting Program, *IRGC – QF Influence and Relations with the Taliban in Southwestern and Western Afghanistan* at pdf p. 2 (Apr. 24, 2011) (Ex. A).

[43] National Ground Intelligence Center Counter Insurgency Targeting Program, *IRGC – QF Influence and Relations with the Taliban in Southwestern and Western Afghanistan* at pdf p. 2 (Apr. 24, 2011) (Ex. A).

[44] *See* Bill Roggio, *The Afghan Taliban's Top Leaders*, Long War J. (Feb. 23, 2010), https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php.

[45] Mohammed Harun and Wil Patrick, *Iran's Shifting Afghan Alliances Don't Fit Easy Narratives*, Foreign Policy (Feb. 18, 2020), https://foreignpolicy.com/2020/02/18/suleimani-war-quds-iran-shifting-afghan-alliances-dont-fit-easy-narratives/.

western Afghanistan in 2011.[46]  The Mashhad Shura is still operational today as a center for collaboration between Iran and the Taliban.  Hibatullah Akhunzada, a famous Taliban commander from the Helmand River Valley, oversees it.[47]  The final shura potentially relevant to the attacks at issue in this case is the Shura of the North, based in Badakshan Province, Afghanistan.  It splintered from the Peshawar Shura in 2015.  The Shura of the North is comprised of different Tajik Taliban factions, but facilitates Taliban interaction with the Tajiks.[48]

39.    The Quetta Shura[49] is the overarching command and control authority for the Taliban.  According to the Taliban, they decided to move the command and control to Quetta, Pakistan from Kabul shortly after the American invasion in response to 9/11, when the Taliban terrorists in Afghanistan "were cut down . . . like a reaper harvesting wheat."[50]  The Taliban likely selected Quetta due to the high concentration of Pashtuns; the lack of an international population, unlike Islamabad or Peshawar; and its location near the Taliban homeland in Kandahar.  The Quetta Shura is where the key Taliban governance occurs, including developing campaign strategy.  The Quetta Shura issues orders to subordinate geographic commands; it selects, replaces, and moves commanders; and it receives and distributes financial payments sourced from the drug trade, protection money, foreign nations, and donors through the Hawala system.[51]  The Haqqani Network is part of the Quetta Shura governance structure, and the Haqqani Network holds leadership positions at Quetta.[52]  The Quetta Shura also coordinates international training and support relationships with the Pakistani Inter-Services Intelligence agency and the Islamic Revolutionary Guard Corps for training, equipment and advising support within Afghanistan.[53]

---

[46] Id.

[47] Akram Umarov, *Iran-Taliban Relationship: Friends or Foes?*, European Eye on Radicalization (Aug. 14, 2020), https://eeradicalization.com/the-iran-taliban-relationship-friends-or-foes/; Taufiq - E - Faruque, *The Taliban's Survival from Post 2001 Insurgency to 2020 Peace Deal with the United States* at 41, Journal of International Relations (July 2020), https://ejournal.umm.ac.id/index.php/GLI/article/view/13307.

[48] Taufiq - E - Faruque, *The Taliban's Survival from Post 2001 Insurgency to 2020 Peace Deal with the United States* at 41, Journal of International Relations (July 2020), https://ejournal.umm.ac.id/index.php/GLI/article/view/13307.

[49] The Quetta Shura is the Western term for this governance body.  Taliban and regional actors used the Pashto/Urdu term Rahbari Shura or literally "Leadership Council."  Bill Roggio, *The Afghan Taliban's top leaders*, Long War J. (Feb. 23, 2010), https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php.

[50] Sami Yousafzai, *The Taliban's Oral History of the Afghanistan War*, Newsweek (Sept. 25, 2009), https://www.newsweek.com/talibans-oral-history-afghanistan-war-79553.

[51] Statement of Prof. Tarik M. Yousef, *Hawalas and Underground Terrorist Financing Mechanisms: Informal International Financing Networks that can serve as a pipeline of funds for Terrorist* at 27, 34, Hr'g Before the U.S. Senate Subcommittee on Int'l Trade and Finance, S. Hr'g 107-660 (Nov. 14, 2001), https://www.govinfo.gov/content/pkg/CHRG-107shrg81714/pdf/CHRG-107shrg81714.pdf; *Sources of funding (including self-funding) for the major groupings that perpetrate IED incidents — Taliban*, Action on Armed Violence (May 25, 2017), https://aoav.org.uk/2017/sources-funding-including-self-funding-major-groupings-perpetrate-ied-incidents-taliban/.

[52] Abubakar Siddique, *The Quetta Shura, Understanding the Afghan Taliban's Leadership*, The Jamestown Foundation Terrorism Monitor (Feb. 21, 2014), https://jamestown.org/program/the-quetta-shura-understanding-the-afghan-talibans-leadership/.

[53] Thomas Joscelyn, *Analysis: Iran has supported the Taliban's insurgency since 2001*, Long War J. (May 29, 2016) (detailing the IRGC's organized support for the Taliban), https://www.longwarjournal.org/archives/2016/05/analysis-iran-has-supported-the-talibans-insurgency-since-late-2001.php *Pakistani Agents 'Funding and Training*

40.    The Peshawar Shura is a regional control body for the Taliban in northeast Afghanistan, particularly in the Nangarhar, Nuristan, Kunar, and Laghman ("N2KL") region. Formed in 2005, the Peshawar Shura provided strategic guidance for the Taliban and attempted to coordinate the movement of men, equipment, and material.[54]  The Peshawar Shura is also considered a hub for foreign fighters and is often associated with Al Qaeda and weapons research for new IEDs.[55]  The Miram Shah Shura is led by the Haqqani Network subgroup and is discussed in greater detail below.

41.    The Taliban has four operational commands subordinate to the Quetta Shura broken up by geographic district that provide planning, guidance, and strategy in each area.[56]  The operational level commands provide key resources to the Taliban tactical force including: Iranian and Pakistani advisors, training, medical support, and political leadership.[57]  The operational commands described below include the Helmand Kandahar Command covering the south and west of Afghanistan, the N2KL Command directed from Peshawar, and the Herat Command.  The forth regional command is located in the Paktika, Paktia and Khost region in eastern Afghanistan and will be addressed in the Haqqani section of this Report.

42.    *Helmand Kandahar Command*:  The Quetta Shura directly appoints leadership for the Helmand Kandahar Command and assigns operational and strategic objectives.[58]  The command includes the key provinces of Helmand, Kandahar and the surrounding area.[59]

43.    Helmand is the largest province in Afghanistan by area, covering 58,584 square kilometers.[60]  Helmand has 13 districts with a population of approximately 1.4 million people.[61] Demographically, the Province is Pashtun dominated with Baluch nomadic tribes living in the south.[62]  The Registan Desert comprises most of the southern portion of the Province, and it is a desert with small red sand hills that are about 15-30 meters in height.  The desert gradually turns to agricultural districts in the north.  The Helmand River flows through the Province providing water for irrigation, and most of the Province's population depends on its irrigation networks.

---

*Afghan Taliban'*, BBC News (June 13, 2010) (describing the ISI's support for the Taliban including attendance at Quetta Shura meetings), https://www.bbc.com/news/10302946.

[54] Theo Farrell, *Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban*, Texas National Security Review (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/.

[55] *Id.*

[56] Bill Roggio, *The Afghan Taliban's Top Leaders*, Long War J. (Feb. 23, 2010) https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php.

[57] *Id.*

[58] Abubakar Siddique, *The Quetta Shura, Understanding the Afghan Taliban's Leadership*, The Jamestown Foundation Terrorism Monitor (Feb. 21, 2014), https://jamestown.org/program/the-quetta-shura-understanding-the-afghan-talibans-leadership/.

[59] *Id.*

[60] *Helmand Provincial Overview*, Naval Post Graduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/helmand.

[61] *Id.*

[62] *Id.*

The region is believed to be Afghanistan's largest opium producing area, grows more than 66 percent Afghanistan's total opium output.[63]

44.    Kandahar is also a Pashtun dominated province, bordered by the Registan Desert in the south and the city of Kandahar in the north.[64]  Kandahar is Afghanistan's second largest city and is located along the Arghandab River, a tributary of the Helmand River Valley. Kandahar Province contains 17 districts with more than one million people.[65]

45.    I assess that during the period of this Report that Zabul, Uruzgan and Ghazni Provinces were primarily used by the Quetta Shura Taliban and the Haqqani Network to move Taliban forces and logistical supplies into different strategic staging areas to conduct attacks.[66] The region of mountains north of Highway 1 in Zabul and Uruzgan Provinces were attack zones actively contested by the Taliban.[67]  As the war progressed this area reverted to Taliban safe havens and became staging areas for the conduct of the eventual assault on the Helmand River Valley.[68]  These provinces were situated geographically to allow the eventual encirclement of Kandahar and the lack of population centers made it an ideal location to first contest government control and gradually establish safe haven locations.  It is my assessment that movement of logistics and freedom of movement objectives for the Taliban in Ghazni, Zabul, and Uruzgan Provinces were the driving factors in sustained Taliban assaults on district centers in each province.

46.    The narcotics networks in Helmand and Kandahar Provinces are openly supportive of the Taliban movement and profits from the opium grown in the region provides direct financial benefits to the Taliban movement.[69]  It is my assessment that recruitment and sympathy among the population for Taliban objectives remains high, while religious fundamentalism and oppression of minority ethnicities and women are commonplace.

47.    While some members of the Helmand and Kandahar Taliban received training locally; promising members received training at centers in Pakistan[70] and in western Iran.[71]  I

[63] *Poppy Cultivation Analysis*, Naval Postgraduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/poppy-cultivation.

[64] *Kandahar Provincial Overview*, Naval Post Graduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/kandahar.

[65] *Id.*

[66] U.S. Dep't of Defense, *Report on Progress Toward Security and Stability in Afghanistan* at 55 (April 2011), http://web.archive.org/web/20210519102512/https://archive.defense.gov/news/1230_1231Report.pdf.

[67] *Id.*

[68] *Id.*

[69] Jonathan Landy, *Profits and Poppy: Afghanistan's Illegal Drug Trade a Boon for Taliban*, Reuters (Aug. 16, 2021) https://www.reuters.com/world/asia-pacific/profits-poppy-afghanistans-illegal-drug-trade-boon-taliban-2021-08-16/.

[70] *Crisis of Impunity:  The Role of Pakistan, Russia, and Iran in Fueling the Civil War* at 23, Human Rights Watch Vol. 13, No. 3 (C) (July 1, 2001), https://www.hrw.org/reports/2001/afghan2/Afghan0701.pdf.

[71] Alireza Nader, et al., *Iran's Influence in Afghanistan:  Implications for the U.S. Drawdown* at 14-15, (RAND Corp. 2013), https://www.rand.org/content/dam/rand/pubs/research_reports/RR600/RR616/RAND_RR616.pdf; Margherita Stancati, *Iran Backs Taliban With Cash And Arms*, Wall St. J. (June 11, 2015), https://www.wsj.com/articles/iran-backs-taliban-with-cash-and-arms-1434065528.

assess that these training centers outside of Afghanistan taught the Taliban how to deploy advanced weapons systems including mortars, improvised rockets small unit tactics and IED manufacturing and emplacement techniques.

48.     The supply of men, material, and equipment enters the Helmand River Valley through several traditional supply routes: across the northern part of the Helmand River Valley in the southern mountains; across the southern border into the Registan Desert; and across the Registan Desert via the Iranian, Pakistan and Nimroz provincial borders.[72]

49.     *N2KL Command*: The N2KL Taliban, operating under the auspices of the Peshawar Shura in Pakistan[73], are responsible for retaining the strategic Kunar River corridor that stretches from the Chitral region in Pakistan to the Kabul River near Jalalabad, Afghanistan.[74]  Local networks work together with foreign-based fighters to move men, equipment and material into Afghanistan.[75]

50.     The region is largely comprised of lush forests and tall mountains with numerous passes allowing foot traffic between Pakistan and Afghanistan.  It includes populated villages and towns in the river valleys.[76]  These river valleys provide key lines of communication for Taliban efforts to attack the cities of Jalalabad and Kabul and are often the first place the Taliban encounter American and Afghan troops when they enter Afghanistan from sanctuaries in Pakistan during the spring fighting season.[77]  The Taliban command networks in the N2KL region also benefit from the difficult terrain and proximity to Pakistan.  The region is a strategic priority for the Taliban due to the ideal location near Kabul, and the difficult terrain provided significant safe havens for Al Qaeda and other foreign Islamist groups.[78]  Consequently, the region has seen significant combat; since 2001, 12 Congressional Medals of Honor awarded to American Soldiers have been awarded for combat in the N2KL region.[79]

51.     The region's geography drives the Taliban's attack methodology in the area, with the Taliban hiding in the mountains to avoid Coalition detection while firing down upon Afghan

---

[72] U.S. Dep't of Defense, *Report on Progress Toward Security and Stability in Afghanistan* at 55 (April 2011), http://web.archive.org/web/20210519102512/https://archive.defense.gov/news/1230_1231Report.pdf.

[73] Theo Farrell, *Unbeatable:  Social Resources, Military Adaptation, and the Afghan Taliban*, Texas National Security Review: Vol. 1 at 70 (May 2018), https://tnsr.org/wp-content/uploads/2018/05/TNSR-Vol-1-Iss-3_Farrell.pdf; *Letter dated 20 May 2021 from the Chair of the Security Council Committee established pursuant to resolution 1988 (2011) addressed to the President of the Security Council* at ¶ 16, United Nations Security Council (June 1, 2021), https://www.undocs.org/pdf?symbol=en/S/2021/486.

[74] Bill Roggio, *Taliban appoint al Qaeda-linked commander to lead Peshawar Shura*, Long War J. (Jan. 9, 2012) (describing the Peshawar Shura's control in northeastern Afghanistan), https://www.longwarjournal.org/archives/2012/01/taliban_appoint_al_q.php.

[75] *Id.*

[76] *Eastern Afghanistan*, Naval Postgraduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/eastern-afghanistan.

[77] *Id.*

[78] David Tate, *Afghanistan: The Jihad Within a Jihad*, Long War J. (Sept. 1, 2007), https://www.longwarjournal.org/archives/2007/09/afghanistan_the_jiha.php.

[79] Congressional Medal of Honor Society, Stories of Sacrifice, https://www.cmohs.org/recipients/page/1?conflicts[]=war-on-terror-afghanistan.

and American units on the roads and in the valleys of the region. Taliban terrorists often stage daily mortar and small arms fire attacks from elevated positions to harass and suppress coalition and Afghan troops inside forward operating bases.[80] The forested, mountainous terrain and proximity to Pakistani safe havens also allowed the Syndicate to periodically move large numbers of fighters — undetected by American surveillance — and stage "swarming" complex attacks in N2KL. The Battle of Wanat in 2008, and the events of Operation Red Wing in 2006 (which was depicted in the book *Lone Survivor*), exemplify these complex attacks.[81]

52.    *Herat Command*: The Herat Command oversees Taliban terrorist attacks in Herat and Farah Provinces in western Afghanistan. This region borders Iran, and has direct cultural, economic ties with the Iranians.[82] As the porous border would indicate, I assess that fighters, opium, and military munitions traversed the region frequently, amplifying both the Iranian and Taliban presence.

53.    Initially, the Taliban's presence in Herat Province primarily consisted of Taliban fighters fleeing attacks from Helmand Province or roving groups of Taliban moving from Kandahar and Helmand Provinces to training centers in Iran. As the Taliban grew in size and power, they established semi-permanent enclaves of Taliban terrorists focused on disrupting Afghan governance and instituting Sharia based Taliban-led local government. The Taliban focused attacks on the Afghan National Police to prevent the most visible sign of Afghan Government presence in the area from interacting with the population. Prior to 2014, Taliban forces would attack using IEDs and complex attacks such as ambushes to counter American or Coalition firepower. After 2014, and the gradual reduction in American forces, the Taliban began to deploy large ground forces of up to 400 fighters to attack district centers in attempts to seize and hold ground against the Afghan Government such as what the Taliban were doing in Shindand in 2017.[83]

54.    The section below explains the various attack methodologies that the Taliban uses throughout Afghanistan.

*IED Attacks*

55.    An IED is the use of a "homemade" bomb to destroy, incapacitate, harass, or distract.[84] IEDs are the greatest casualty producing weapon system used against Coalition forces in Afghanistan. The Taliban uses IEDs as a disruptive method of attack to attrit and delay Coalition forces and allowed the Taliban to cause casualties without engaging the Coalition directly. IEDs can be traced to Lebanon, Iraq, and Northern Ireland as a method for relatively

---

[80] Wanat. *Combat Action in Afghanistan, 2008* at 75-76, 121, 204-05, U.S. Army Combat Studies Institute (2010), https://history.army.mil/html/bookshelves/resmat/GWOT/Wanat.pdf.

[81] *Id.* at 15-23.

[82] *Herat Provincial Overview*, Navy Postgraduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/herat.

[83] Ali Latifi, *In an Afghan District Verging on Collapse: "There Are Too Many Men With Guns"*, N.Y. Times Magazine (Dec. 12, 2018), https://www.nytimes.com/2018/12/12/magazine/afghanistan-shindand-taliban.html.

[84] Fact Sheet, *IED Attack: Improvised Explosives*, Dep't of Homeland Security (last published Apr. 4, 2019), https://www.dhs.gov/xlibrary/assets/prep_ied_fact_sheet.pdf.

unsophisticated terrorist groups to attack stronger foes asymmetrically without incurring costly casualties or engaging in decisive battles.[85]

56.     All IEDs function using five main components:  (1) a power source, (2) an initiator, (3) a switch, (4) a container, and (5) an explosive.[86]  Information about each of these components is useful for determining the group or individual responsible for the attack or manufacture of the device.  *First*, the "power supply" is the component that provides the necessary energy for the initiator to function and may also provide power to the switch.  Often this power source is simply a battery, but sometimes a mechanical switch, such as a spring-loaded mechanism, is used.  *Second*, the "initiator" causes the explosion of the explosive material.  The initiator can be constructed from many different sources, such as a spark generating device, commercial or military grade blasting caps, or a primary explosive[87] that is extremely sensitive to friction and shock.[88]  *Third*, the "switch" is anything that could be used to set off an initiator, including cell phones, key fobs, and walkie-talkies.[89]  *Fourth*, the container is used to contain the force of the chemical reaction, allowing the release of energy to occur rapidly and violently.  At the same time this reaction will throw pieces of the container as shrapnel — jagged remains that will rip into targets within the blast radius.  *Fifth*, the "explosive" can be homemade, commercial, or military grade.  The Taliban has used military grade explosives less frequently as the conflict has continued because they are expensive and difficult to procure.[90]  Instead, it most commonly uses homemade fertilizer-based and industrial chemical-sourced explosives.

57.     Ammonium nitrate-based explosives were one of the most common ingredients for Taliban IEDs.[91]  Afghanistan has a large agricultural economy and ammonium nitrate was widely used for fertilizer until the Afghan Government banned ammonium nitrate in 2010 — due

---

[85] *Id.*; *see also* Singer, Peter, *The Evolution of Improvised Explosive Devices (IEDs)*, The Brookings Institute (Feb. 7, 2012), https://www.brookings.edu/articles/the-evolution-of-improvised-explosive-devices-ieds/.

[86] Fact Sheet, *IED Attack:  Improvised Explosives*, Dep't of Homeland Security (last published Apr. 4, 2019), https://www.dhs.gov/xlibrary/assets/prep_ied_fact_sheet.pdf.

[87] Explosives are classified as primary, secondary, or tertiary based on how easily they explode.  A primary explosive is very unstable and can be detonated by the friction of scraping or tapping.  A secondary explosive requires a blasting cap, and a tertiary explosive requires the use of an initiating explosion.

[88] *See IED and Explosive Effects Fundamentals,* DHS MITG-253 (Ver. 4), Dep't of Homeland Security, Office for Bombing Prevention, https://na.eventscloud.com/file_uploads/170e63337bebca0287c1aaf3509af6d2_IEDExplosiveEffectsFundamentals.pdf.

[89] *Id.*

[90] Explosives have a relative scale that is used for measuring the amount of force over time and distance that a chemical-based detonation can achieve.  Scientists and engineers determined that this scale should be pegged to TNT, a common military based explosive.  Using this scale, TNT has a value of 1, and explosives that meet or exceed TNTs' values of force over distance and time would also be assigned a 1.  Explosives that do not meet this criterion or produce less force over time and distance would be considered non-ideal explosives.  Most homemade explosives are considered non-ideal explosives, meaning that to achieve effects similar to TNT, an explosive would have to be larger in quantity or closer to the target to achieve effects.

[91] *See Jamming the IED Assembly Line: Impeding the Flow of Ammonium Nitrate in South and Central Asia*, Hearing before the Subcommittee on Near Eastern and South Central Asian Affairs, S. Hrg. 111-782 (Nov. 18, 2010), https://www.govinfo.gov/content/pkg/CHRG-111shrg63236/html/CHRG-111shrg63236.htm.

to its common use in explosives.[92]  Ammonium nitrate fertilizer requires purification to become an explosive, but this process is extremely rapid and once demonstrated by an IED trainer, easy to accomplish.  Ammonium nitrate fertilizer can be converted into explosive material using water, a rake, and a tarp in about two hours.  It is often mixed with aluminum powder, available in bulk quantities to support construction and electrician industries, to enhance the explosive chain.  Ammonium nitrate was also favored due to its relative stability when moving and emplacing as part of an IED.

58.     Following the ammonium nitrate ban, the Taliban began to use chlorate, provided by the Haqqani Network subgroup.[93]  By 2013, more than 65 percent of identified explosives were listed as chlorate based.[94]

59.     The image below was included in American Soldiers IED training and awareness aids in 2009 and 2010.  It was published by JIEDDO to familiarize soldiers new to Afghanistan with indications of bomb making activity.



**Figure 4:**  Image of common HME.[95]

---

[92] Alan Cullison, et al, *Karzai Bans Ingredient of Taliban's Roadside Bombs*, Wall St. J. (Feb. 3 2010), https://www.wsj.com/articles/SB10001424052748703822404575019042216778962.

[93] *See* discussion *infra* ¶ 87.

[94] Tom Vanden Brook, *Afghan bomb makers shifting to new explosives for IEDs*, USA Today (June 25, 2013), https://www.usatoday.com/story/news/world/2013/06/25/ammonium-nitrate-potassium-chlorate-ieds-afghanistan/2442191/.

[95] Victim Operated Improvised Explosive Device (VOIED) Recognition Guide – Afghanistan at 12 (Home Made Explosives (HME)), March 2011 (1st Ed.), https://info.publicintelligence.net/JIEDDO-VOIED.pdf.

60.     During the relevant period, the Taliban used several different types of IEDs in Afghanistan, including victim-operated pressure-plates, command-wire detonated IEDs, remote controlled IEDs, vehicle-borne IEDs, and suicide vest, or person-borne, IEDs. The use of different IED types reflects the Syndicate's innovation and evolution of techniques against U.S. and allied tactics and protective measures.

61.     Victim operated improvised explosive devices ("VOIEDs") are IEDs that are triggered by a victim action, such as stepping onto a pressure plate, breaking a trip wire or depressing a plunger into a device.[96]  These IEDs were developed and used extensively in Kandahar and Helmand Provinces (among other locations) to discourage, attrit, and delay dismounted troops, but they are indiscriminate and can be triggered by anyone.

62.     Command wire IEDs and remote controlled IEDs ("RCIEDs") allow for targeting specific personnel or vehicles and limit friendly or civilian casualties.  Command wire IEDs include an insulator attached to a wire, while RCIEDs use a cell phone or other device capable of receiving a signal at the desired time of an attack.  When the intended target reaches the engagement area, a spotter will pull on the wire or press the trigger.  The Taliban commonly used these IEDs against personnel on foot and vehicles.  The Taliban initially used RCIEDs regularly and they are still used at different locations across the country.  But the popularity of the RCIED has declined due to the success of Coalition force jamming devices, causing the insurgents to switch to other techniques such as command wire IEDs.  The image below shows a RCIED.

---

[96] *See id.* at 11.



**Figure 5:**  Components of a RCIED.[97]

63.    Person-borne, also called a "suicide vest," or vehicle-borne IEDs ("VBIEDs") are indicators of outside groups aiding to the general Taliban or Taliban sub-groups and are discussed in greater detail in subsequent sections.  The image below shows a suicide vest.

---

[97] TEDAC Technical Exploitation Unit (TEXU): ICOM IC-V8 FM Transceiver (Q5) – Technical Exploitation Analysis Report, FBI Laboratory Number 120703718-Part 3, CEXC Number AF 3612-BAF/12 (Revision 1) (Aug. 15, 2012) (Ex. B at FBI0000015, Fig. 1: (U) Device Submitted to TExU-Quantico).



**Figure 6**: Components of a suicide vest.[98]

64.     As the IED became the most effective weapon against the Coalition, the Taliban began to use them more frequently and more widely across the country.  To support IED attacks, the Taliban developed a covert industrial scale supply chain and distribution system.[99]  The Taliban brings bulk material, primarily explosive pre-cursors, from outside Afghanistan to different cache sites inside the country.  Typically, only the team who drops the cache off, those who remain in the safe-haven, and one local Taliban fighter knows the drop location.  The local Taliban fighter will call several local terrorists, none of whom know each other and each of whom are from a separate geographic area.  Each terrorist arrives at the cache site at different times and receives a pre-set portion of the cache and then moves it into the geographic region where they operate.

65.     A cadre of expert bomb makers — with formal university training in engineering or chemistry — and expert trainers traveled around Afghanistan teaching the latest IED TTPs.  In my experience, many of these experts were foreign fighters coming from places such as Pakistan, Iran, Chechnya, and Saudi Arabia as part of Al Qaeda and other groups.[100]  As a result, the

---

[98] TEDAC Technical Exploitation Unit (TEXU): Assorted Items (Q4, Q6-7, Q9-16) – Technical Exploitation Data Report, FBI Laboratory Number 120703718-Part 5, CEXC Number AF 3612-BAF/12 (Revision 1) (Aug. 15, 2012) (Ex. C at FBI0000004, Fig. 1: (U) Vest, Ball Bearings, Glue, Document (Q4)).

[99] *See Jamming the IED Assembly Line: Impeding the Flow of Ammonium Nitrate in South and Central Asia*, Hearing before the Subcommittee on Near Eastern and South Central Asian Affairs, S. Hrg. 111-782 (Nov. 18, 2010) (describing efforts to combat the industrial scale ammonium nitrate supply chain). https://www.govinfo.gov/content/pkg/CHRG-111shrg63236/html/CHRG-111shrg63236.htm.

[100] *See*, *e.g.*, Bill Roggio, *Taliban commander admits thousands of foreign fighters are embedded within group*, Long War J. (Dec. 18, 2018), https://www.longwarjournal.org/archives/2018/12/taliban-commander-admits-thousands-of-foreign-fighters-are-embedded-within-group.php.

Taliban's use of IEDs has become more sophisticated over time. The Quetta Shura established primary centers of research and development for IED techniques in Quetta, Pakistan and the Peshawar area of Pakistan.[101] Based on personal knowledge and analysis, I determined the Taliban in Helmand and Kandahar Provinces often used the southwest corner of Uruzgan Province, an established safe haven for the Taliban, to test and train IED cell members and to provide updates on TTPs to engaged forces during the fighting season.

66.     The red pins on the map below show the location and distribution of IED attacks that occurred in 2007 in Afghanistan, mirroring the location and density of the Taliban's activity.



**Figure 7**: IED Attacks 2004-2007.[102]

---

[101] Theo Farrell, *Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban*, Texas National Security Review: Vol. 1 at 71 (May 2018), https://tnsr.org/wp-content/uploads/2018/05/TNSR-Vol-1-Iss-3_Farrell.pdf.

[102] Tyler Tirona & Michael Carr, *Afghanistan IED Attacks*, ESRI, https://www.arcgis.com/apps/Cascade/index.html?appid=48d386142e8f4650b4380d1ab369465b.

67.     The Taliban used IEDs extensively in the Helmand River Valley, including creating IED "belts" or minefields of IEDs placed in rows up to hundreds of meters across.[103] IED fields containing hundreds of active IEDs often surround areas, which the Taliban consider key command and control hubs, or logistics and financial nodes.  I assessed that the Taliban leadership continued to provide experts to train local Helmand Taliban members on new, simple, and hard to detect IEDs in the Helmand River Valley, and the Taliban conducted studies of different weight charges to determine the optimal charge of homemade explosives to defeat the armor on Coalition vehicles in the Helmand River Valley.  For example, during the 2009-2012 "surge" by American forces, the Helmand River Valley Taliban developed low metal or no metal content IEDs to defeat Coalition and Afghan security forces metal detectors.[104]  The Taliban also used VBIEDs as a breaching element in support of larger complex attacks.[105]

*Complex Attacks*

68.     Complex attacks by the Taliban are attacks involving advanced tactics including attacks conducted by separate units that worked together at an objective, multiple weapon system with phased operations, and sophisticated maneuvers.  Complex attacks often involve Taliban fighters hiding weapons and equipment ahead of time and then moving into position to attack using these items.  The Taliban will conduct reconnaissance and surveillance ahead of time and will film attack locations before and during engagements.

69.     The Taliban often executed complex attacks in conjunction with major Taliban offensives.  Early on, complex attacks against Coalition forces would involve rockets, mortars, and small arms fire by hundreds of Taliban fighters lasting for several days.  An example of a complex attack is the Battle of Wanat, in Nuristan Province, Afghanistan in July 2008.  More than 200 Taliban and foreign fighters simultaneously attacked an American Patrol Base from multiple directions using rocket propelled grenades ("RPGs") and small arms fire, which ultimately killed nine American Soldiers.[106]

70.     As the Afghan security forces began to take the lead in Afghanistan, the Taliban began to use VBIEDs to detonate at the gates or along walls of Afghan patrol bases.  The explosion was typically followed by multiple ground assault team members who exploited the breach caused by the VBIED to get inside the base, inflicting mass casualties.

---

[103] *See* Lynne O'Donnell, *Red Cross condemns Taliban use of booby trap bombs*, Sydney Morning Herald (Mar. 6, 2010), https://www.smh.com.au/world/red-cross-condemns-taliban-use-of-booby-trap-bombs-20100306-ppls.html.

[104] Andrew Johnson, *Taliban make 'undetectable' bombs out of wood*, The Independent UK (Jan. 10, 2010), https://web.archive.org/web/20210608224910/https://www.independent.co.uk/news/world/asia/taliban-make-undetectable-bombs-out-wood-1863353.html.

[105] *Taliban militants kill dozens at Afghan intelligence base*, BBC News (Jan. 22, 2019), https://www.bbc.com/news/world-asia-46957955,

[106] *See Wanat Combat Action in Afghanistan, 2008*, U.S. Army Combat Studies Institute (2010), https://history.army.mil/html/bookshelves/resmat/GWOT/Wanat.pdf.

*Indirect Fire*

71.     Improvised rockets and mortars provide the Taliban insurgency with indirect fire systems — systems that do not rely on a direct line of sight — that they could employ against heavily fortified Coalition bases to harass and cause casualties.

72.     These devices are typified by rudimentary employment and ignition systems such as the one shown in the image below.  The rocket shown below is typical of the Iranian made 107mm rockets used extensively by the Taliban, particularly in the Helmand River Valley.  The insurgent has attached a wire to the device, which will ignite the rocket either through a timer attached off photo or through a pull ignition.  The Taliban typically direct a rocket by placing it on sandbags, rocks, or metal rails aiming it in the general direction of Coalition forces in the hopes of hitting something or someone.  Instances of more accurate rocket fire indicate outside training or advising from transnational terrorists such as Al Qaeda or Lashkar-e-Taiba or clandestine state support from Iran and Pakistan.  U.S. and Coalition forces have caught both Pakistani and Iranian forces providing this assistance.[107]



**Figure 8:**  107mm rocket.[108]

73.     Mortar attacks, particularly 82mm mortars (see image below), are much more frequent than rocket attacks.  Taliban mortar attacks were also typically ineffective due to a lack of training.  Individuals who had training and an understanding of the basic geometry of a mortar attack often received outside training and were able to deploy the weapons more effectively.[109]

---

[107] Margherita Stancati, *Iran Backs Taliban With Cash and Arms*, Wall St. J. (June 11, 2015), https://www.wsj.com/articles/iran-backs-taliban-with-cash-and-arms-1434065528.

[108] *Rocket attack foiled on Kabul city with discovery of four BM-1s*, Khaama Press (Jan. 16, 2016), https://www.khaama.com/rocket-attack-foiled-on-kabul-city-with-discovery-of-four-bm-1s-0003/.

[109] Alec Worsnop, *From Guerilla to Manuever Warfare:  A Look at the Taliban's Growing Combat Capability*, Modern War Institute (June 6, 2018), https://mwi.usma.edu/guerrilla-maneuver-warfare-look-talibans-growing-combat-capability/.



**Figure 9**: Man firing an 82 mm mortar.[110]

*Infantry Attacks*

74.    The Taliban also inflicts casualties through traditional infantry-style attacks including small arms, RPGs, and recoilless rifle attacks.  For example, a small group of Taliban terrorist will use AK-47s in direct fire mode from distances under 300 meters (the effective range of an AK-47) to engage U.S. forces directly.[111]

75.    The Taliban commonly used RPGs against groups of Coalition troops, lightly armored vehicles, or dug in defensive positions.  The RPG is a shoulder-fired weapon that launches a small fin-stabilized rocket with an explosive warhead.  The warhead is affixed to a rocket motor, which propels the RPG towards the target.[112]  The Taliban often attacks Coalition aircraft using RPGs as they land or maneuver in difficult terrain.

76.    The recoilless rifle or SPG-9 is a "tripod mounted, man-portable, 73mm recoilless gun" used in direct fire attacks by the Taliban, normally against vehicular targets although it can be used directly on personnel as well.[113]  The SPG-9 fires fin-stabilized, rocket-assisted munitions with both high explosive and anti-tank rounds.  The Taliban does not use SPG-9s frequently because the munitions are rare and successful use requires training.  Both the Taliban and Afghan security forces use this weapon, as evidenced in the photo below depicting Afghan National Army soldiers receiving training on the SPG-9 from Mongolian Army advisors.

---

[110] *Taliban Mortar Attack on US Base*, Military.com (Nov. 3, 2008), https://www.military.com/video/forces/enemy/taliban-mortar-attack-on-us-base/660287464001.

[111] Jerry Meyerle & Carter Malkasian, *Insurgent Tactics in Southern Afghanistan. 2005-2008*, CNA at 21 (Aug. 2009), https://nsarchive2.gwu.edu/NSAEBB/NSAEBB370/docs/Document%205.pdf.

[112] *See* Ruddy Cano, *This is How an RPG Works*, Military.com (June 7, 2019), https://www.military.com/daily-news/2019/06/07/how-rpg-works.html.

[113] *SPG-9 Live Fire in Afghanistan*, Military.com (Aug. 2, 2012), https://www.military.com/video/guns/gunfire/spg-9-live-fire-in-afghanistan/1768133553001.



**Figure 10**: Afghan soldiers receiving training on SPG-9.[114]

*Insider Attacks*

77.     Insider attacks or "Green on Blue" attacks are another technique practiced by the Taliban, beginning around 2011, to demoralize and sow distrust among Afghan National Security forces and Coalition forces.[115]  In an insider attack, a Taliban member infiltrates the target as an alleged member of Afghan security forces before turning on Coalition or other Afghan forces.  The technique plays upon the natural tension and distrust between different cultures, which has resulted in violence in the past.  The Taliban leadership decided it could exploit that tension to cause attacks within secure areas, using very few resources.[116]  The Taliban liked the tactic for propaganda value as well as for sowing mistrust.

78.     To conduct these attacks, Taliban forces will often target young men who join the Afghan National Security forces from contested or Taliban controlled areas.[117]  Once these men

---

[114] *Military Photo:  Mongolians Train Afghans*, StrategyPage (posted Sept. 1, 2010), http://www.strategypage.com/military_photos/military_photos_20100906235545.aspx.

[115] Bill Roggio & Lisa Lundquist, *Green on Blue attacks:  the Data*, Long War. J. (last updated June 17, 2017), https://www.longwarjournal.org/archives/2012/08/green-on-blue_attack.php#data.

[116] *Taliban vow suicide and 'insider' attacks in new spring offensive*, Reuters (Apr. 27, 2013), https://www.reuters.com/article/us-afghanistan-offensive/taliban-vow-suicide-and-insiders-attacks-in-new-spring-offensive-idUSBRE93Q01Z20130427.

[117] Nasim Fekrat, *The Root Causes of green on blue attacks*, OpenDemocracy (Dec. 17, 2012), https://www.opendemocracy.net/en/opensecurity/root-cause-of-green-on-blue-attacks/.

are through training and placed in a unit with access to Western forces, the Taliban will target the soldier's family with harassment and threats of beating or death. When the Afghan soldier returns home on leave, he is often directly approached for recruitment to conduct an attack on Western soldiers in return for his family's safety.[118] The Taliban then provides the new recruit with training to carry out the attack and a means of contacting the Taliban after the attack, should he survive.

79.     As of 2017, insider attacks had killed at least 157 coalition troops and more than 557 Afghan troops.[119]

### B.     The Haqqani Network

80.     The Haqqani Network is a Sunni Islamist organization comprised of members of the Zadran Pashtun tribe based in North Waziristan, Pakistan.[120] The Zadran historic tribal areas extend from North Waziristan into Paktika, Paktia, and Khost Provinces in Afghanistan, and these areas are considered core Haqqani Network operating areas.[121] The Haqqani Network's operations have spread outward to Ghazni, Wardak, and Logar Provinces, and into Kabul, where it operates as part of the Kabul Attack Network.[122] *See* discussion below.

81.     The Haqqani Network was founded by Jalaluddin Haqqani during the Soviet-Afghan war, and he became a close associate of Osama bin Laden during that period.[123] After the end of the Soviet-Afghan war, Jalaluddin Haqqani served in the presumptive Taliban government as the Minister of Tribal and Border Affairs during the 1990s. Jalaluddin Haqqani pledged his Network's allegiance to the broader Taliban in 1995.[124] Since then, the Haqqani Network has consistently been considered a part of the broader Taliban, and has worked closely with Taliban leadership: first in Kabul and then within Pakistan after September 2001. Jalaluddin's son, Sirajuddin Haqqani, assumed control of the Haqqani Network and was appointed as deputy to the then-leader of the Quetta Shura Taliban — Mullah Aktar Mohammed

---

[118] *See* Ahmad Javid, *Dress Like Allies, Kill Like Enemies: An Analysis of "Insider Attacks" in Afghanistan* at 10, Modern War Institute At West Point (Apr. 4, 2017), https://mwi.usma.edu/wp-content/uploads/2017/04/Dress-Like-Allies-Kill-Like-Enemies.pdf.

[119] *See* Ahmad Javid, *Dress Like Allies, Kill Like Enemies: An Analysis of "Insider Attacks" in Afghanistan* at 3, Modern War Institute At West Point (Apr. 4, 2017), https://mwi.usma.edu/wp-content/uploads/2017/04/Dress-Like-Allies-Kill-Like-Enemies.pdf.

[120] Devin Lurie, *The Haqqani Network, The Shadow Group Supporting the Taliban's Operations* at 1, 2, American Security Project (Sept. 2020), https://www.americansecurityproject.org/wp-content/uploads/2020/08/Ref-0241-The-Haqqani-Network.pdf.

[121] *Id.* at 1-2.

[122] Jeffrey Dressler, *Afghanistan Report 6: The Haqqani Network: From Pakistan to Afghanistan* at 29, 33, Institute for the Study of War (Oct. 2010), http://www.understandingwar.org/sites/default/files/Haqqani_Network_0.pdf.

[123] Office of the Dir. of Nat'l Intelligence, *Counter Terrorism Guide: Haqqani Network*, National Counterterrorism Center, https://www.dni.gov/nctc/groups/haqqani_network.html; U.S. State Dep't, *Country Reports on Terrorism 2013* at 279-80 (Apr. 2014), https://2009-2017.state.gov/documents/organization/225886.pdf.

[124] Devin Lurie, *The Haqqani Network, The Shadow Group Supporting the Taliban's Operations* at 3, American Security Project (Sept. 2020), https://www.americansecurityproject.org/wp-content/uploads/2020/08/Ref-0241-The-Haqqani-Network.pdf.

Mansur — in August 2015.[125]  Currently, the Haqqani Network continues to serve as a critical liaison between trans-national terrorist groups, such as Al Qaeda and the Afghan Taliban-led Syndicate.[126]

82.    Haqqani Network leaders participate in both the Quetta Shura and the Peshawar Shura, one of the subordinate Taliban Shuras.[127]  The Haqqani Network also maintains a Taliban leadership shura named the "Miram Shah Shura" because it is located in Miram Shah, Pakistan.[128]  The Miram Shah Shura is a hierarchal and centrally controlled group that provides purpose, guidance, and direction for all Haqqani Network activities in Afghanistan.[129]  It is led by family and tribal members related to Sirajuddin Haqqani, and it provides a platform for attack planning and strategy for the greater Syndicate.  Members of Lashkar-e-Taiba, the Taliban, Al Qaeda, and other trans-national groups also participate in the Miram Shah Shura.

83.    The Haqqani Network is organized into a hierarchy.  Tier 1 is primarily members of the Haqqani family, who provide finances and strategic guidance as part of the Miram Shah Shura.[130]  Tier 2 are senior local commanders who are present in Afghanistan and in charge of districts.[131]  Tier 3 are locally-based group leaders who handle recruiting and logistics.  Tier 4 is comprised of the core, ideological fighters.[132]  Finally, Tier 5 are mercenaries who are retained on a cash basis.[133]

84.    Attacks that occur in Khost, Paktika, and Paktia Provinces are either committed or approved by the Haqqani Network, although the close relationship Sirajuddin Haqqani has forged with international groups, such as Al Qaeda, has led to a significant presence of foreign fighters in the area.[134]

85.    The Haqqani Network also facilitates and conducts attacks in Ghazni, Logar, and Wardak Provinces, using extended tribal loyalties to connect and augment local Taliban groups. This augmentation includes materials and weapons as well as fighters.[135]  The Haqqani

---

[125] *Id.*

[126] *Id.*

[127] Bill Roggio, *Taliban announces death of Jalaluddin Haqqani*, Long War J. (Sept. 4, 2018) (discussing Jalaluddin Haqqani's membership in Quetta Shura), https://www.longwarjournal.org/archives/2018/09/taliban-announced-death-of-jalaluddin-haqqani.php; Bill Roggio, *UN adds 2 Haqqani Network leaders to terrorist list*, Long War J. (Jan. 14, 2012), https://www.longwarjournal.org/archives/2012/01/un_adds_2_haqqani_ne.php; Gretchen Peters, *Haqqani Network Financing:  The Evolution of an Industry* at 30, Combating Terrorism Center at West Point, (July 2012) https://ctc.usma.edu/wp-content/uploads/2012/07/CTC_Haqqani_Network_Financing-Report__Final.pdf.

[128] Jeffrey Dressler, *Afghanistan Report 6: The Haqqani Network: From Pakistan to Afghanistan* at 22 Institute for the Study of War (Oct. 2010), http://www.understandingwar.org/sites/default/files/Haqqani_Network_0.pdf.

[129] *Id.*

[130] *Id.* at 11, 22.

[131] *Id.*

[132] *Id.*

[133] *Id.*

[134] *Id.*

[135] *Id.* at 27-31.

Network's activities in these Provinces are often part of providing safe passage from the tribal homelands to Kabul, where the Haqqani Network participates in the Kabul Attack Network.[136]

86.     As part of the Taliban, the Haqqani Network uses similar attack methodologies to the broader Taliban.  However, the Haqqani Network is much more capable than the broader Taliban, and its attacks tend to be particularly lethal.  Below, I discuss the unique aspects of Haqqani Network attacks.

*IEDs*

87.     The Haqqani Network often uses potassium chlorate for the explosive material due to the availability of chlorate-based products used in match factories inside Haqqani-controlled areas in Pakistan.[137]  An example of the Haqqani Network using an IED against U.S. Personnel is typified in the failed FOB Ghazni attack, where a jingle truck was found with a misfired explosive device attached to 60,000 pounds of potassium chlorate.[138]

*Suicide Attacks*

88.     The Haqqani Network is particularly known for its use of suicide attacks.[139]  The use of suicide bombers is contrary to both Islamic teachings and the Pashtunwali code, and suicide bombings were not common in the early conflict period.[140]  However, the Haqqani Network successfully incorporated the technique into the broader Taliban by importing foreign fighters seeking martyrdom from other countries.[141]  Haqqani Network also published a document which provided religious justification for the use of suicide bombers in 2011[142]

89.     The Haqqani Network primarily uses two types of suicide IEDS:  person-borne and vehicle-borne.  Person-borne IEDs, sometimes called suicide vest IEDs, are typically constructed of cloth vests with explosives sewn into the fabric and worn around the chest of the bomber.  The vest will have nails or ball bearings outside the explosive material but inside the fabric, which will be projected by the detonation into the target.  While in Afghanistan I assessed that the Haqqani Network often packed the suicide vests with a mixture of potassium chlorate

---

[136] *Id.*

[137] *Terrorist Networks in Pakistan and the Proliferation of IEDs*, Hearing before the Subcommittee on Near Eastern and South Central Asian Affairs, S. Hrg. 112-738 (Dec. 13, 2012), https://www.govinfo.gov/content/pkg/CHRG-112shrg79800/html/CHRG-112shrg79800.htm.

[138] James Gordon Meek & Aleem Agha, *'Block-Buster' Truck Bomb One of the Biggest Ever*, ABC News (Nov. 13, 2013), https://abcnews.go.com/Blotter/afghanistan-block-buster-truck-bomb-biggest/story?id=20863072.

[139] Frud Bezan, *Suicide Bombings, Arab Fighters, and Pakistani Asset: Jalaluddin Haqaani's Legacy*, Radio Free Europe (Sept. 4, 2018), https://www.rferl.org/a/jalaluddin-haqqani-s-deadly-legacy-continues-to-shape-the-war-in-afghanistan/29471611.html.

[140] *See* Matthew Dearing, *Examining the Suicide Terror Movement in Afghanistan* at 9, 12-13, Culture and Conflict Review Vol. 2, No. 3 (Summer 2008), https://nps.edu/documents/105988371/107571254/Dearing.pdf/ca006709-3aa1-46ed-b252-c84ebfc17b97.

[141] *Id.* at 7.

[142] Ron Moreau & Sami Yousafzai, *Dueling Manifestos*, Newsweek (Nov. 14, 2011), http://web.archive.org/web/20111114114846/http://www.thedailybeast.com/newsweek/2011/11/13/afghanistan-haqqani-s-jihad-manual-the-secret-taliban-letter.html.

and sugar.  The individual would have a detonator on his person, and sometimes in the case of a complex attack an observer had the ability to remotely detonate the device in case the suicide bomber changes his mind.

90.     Person-borne IEDs are typically designed to penetrate secure areas and assassinate key individuals or to detonate in crowds to kill a broader group.  The individual attack type varies, however if the individual is sent to kill a group of people, he or she will typically walk into the group and press the detonator.  In the instance of the suicide bomber bellwether attack on CPT Timoney, the individual walked as close as he could to the largest group of people before initiating his attack.[143]

91.     A VBIED is a car, van, or truck loaded with explosives.[144]  The Haqqani Network tends to favor potassium chlorate-based explosives, but ammonium nitrate is also used, particularly in conjunction with the broader Taliban.[145]  VBIEDs enable terrorists to transport large amounts of explosive to a target, in theory creating a larger and more devastating attack. The Haqqani Network, and not the broader Taliban, use VBIEDs for perimeter penetration in complex attacks, to attack a large group, and to attack armored vehicles.  Vehicle-borne attacks serve to create mass casualties, which garner media attention.[146]  The Haqqani Network often employs vehicle borne explosive attacks as part of the Kabul Attack Network to target senior level government and Coalition officials while traveling around the city of Kabul.  The typical strategy is to get as close as possible to an armored vehicle and detonate, hoping that the force of the explosion will be enough to penetrate the armor around the vehicle and kill the personnel inside.

*Complex Attacks*

92.     The Haqqani Network's methodology for complex attacks varied by target and location.  However, the typical complex attack by the Haqqani Network begins with vehicle- or person- borne IEDs to penetrate and disrupt defensive positions or strategic targets. This normally was followed by teams of 10 to 20 fighters from the Haqqani Network, or other members of the Terrorist Syndicate.

93.     The Haqqani Network first committed complex attacks in its tribal homeland of Paktia, Paktika, and Khost Provinces (collectively, "P2K") and expanded over time to include

---

[143] *See infra* Section XI (analyzing this attack).

[144] *Attack Methodology: Vehicle Bombs*, National Counter Terrorism Security Office, United Kingdom (published Nov. 2, 2020), https://www.gov.uk/government/publications/crowded-places-guidance/attack-methodology-vehicle-bombs.

[145] Tom Vanden Brook, *Afghan bomb makers shifting to new explosives for IEDs*, USA Today (June 25, 2013), https://www.usatoday.com/story/news/world/2013/06/25/ammonium-nitrate-potassium-chlorate-ieds-afghanistan/2442191/.

[146] *Attack Methodology: Vehicle Bombs*, National Counter Terrorism Security Office, United Kingdom (published Nov. 2, 2020), https://www.gov.uk/government/publications/crowded-places-guidance/attack-methodology-vehicle-bombs; Jeffrey Dressler, *Afghanistan Report 6: The Haqqani Network: From Pakistan to Afghanistan* at 31, Institute for the Study of War (Oct. 2010), https://www.understandingwar.org/sites/default/files/Haqqani_Network_0.pdf.

Kabul and Kandahar Provinces.[147]  The Haqqani Network was extremely effective in working within and through the local Taliban structures in Ghazni, Wardak, and Logar Provinces to position the men and equipment used to conduct spectacular attacks such as the Serena Hotel bombing in 2008.[148]

94.     The Haqqani Network would plan for weeks to months for a complex attack.  The Haqqani Network uses a robust human source intelligence network to identify vulnerabilities or routines in the target's defensive posture.  During the planning period, the Haqqani Network would procure, manufacture, and pre-position any needed improvised explosives.  The Haqqani Network would also select, isolate, train, and indoctrinate potential suicide bombers.  These individuals are often foreign volunteers or students at madrassas or religious schools in Pakistan.[149]  The Haqqani Network would smuggle explosives, suicide personnel, attack teams, and vehicles into Afghanistan at separate times and pre-positioned them in a Taliban-controlled support zone or geographic area out of view of the Afghan Government or Coalition forces.  The insurgents then assembled the explosive devices approximately one to two days prior to the attack and analyzed the final attack criteria.

95.     The complex attack generally begins with the bomber deploying the explosive device — whether vehicle or vest(s) — at entry control points to breach the security perimeter.  Personnel using small arms and RPG systems then use this breach to enter and cause as much mayhem as possible.  The goal typically is not to gain control of terrain or achieve tactical victory, but rather to disrupt, demoralize, and attrit the Afghan Government or Coalition forces, while demonstrating to the civilian populace that stability and security will not last until Western influence is removed.

## C.    Al Qaeda

96.     Al Qaeda is a trans-national group of militant Islamists who desire the return of "true Islam" based on traditional teaching of the Wahhabi sect of Sunni Islam.[150]  Originally formed to fight the Soviet Union in the Soviet-Afghan war, Al Qaeda recruited Arab fighters to participate in jihad.[151]

97.     Osama bin Laden, the eventual leader of Al Qaeda, chose Afghanistan as a safe haven after he fled the Sudan in the 1990s.[152]  The Taliban considered bin Laden an honored guest and gave him free rein and protection as he trained Arab and former Soviet state Islamists

---

[147] Jeffrey Dressler, *Afghanistan Report 6: The Haqqani Network: From Pakistan to Afghanistan* at 7, Institute for the Study of War (Oct. 2010), https://www.understandingwar.org/sites/default/files/Haqqani_Network_0.pdf.

[148] *Id.* at 32.

[149] *Id.* at 15.

[150] Paul Kamolnick, *The al Qaeda Organization and the Islamic State Organization* at 5-6, Strategic Studies Institute and U.S. Army War College Press (Feb. 2017), https://publications.armywarcollege.edu/pubs/3296.pdf.

[151] *A Historical Timeline of Afghanistan*, PBS New Hour (May 4, 2011), https://www.pbs.org/newshour/politics/asia-jan-june11-timeline-afghanistan (last updated Aug. 27, 2021).

[152] *Osama Bin Laden*, History.com (Dec. 16, 2009), https://www.history.com/topics/21st-century/osama-bin-laden (last updated May 13, 2020).

in Afghanistan.[153]  Upon arrival in Afghanistan, bin Laden established a permanent Al Qaeda presence and training camp at Tarnak farms near Kandahar.[154]  The relationship between Al Qaeda and the Taliban was close and mutually beneficial.  In fact, Al Qaeda's attack on Ahmad Shah Masood, leader of the Northern Alliance, removed the Taliban's greatest threat.[155]  Most infamously, bin Laden planned the 9/11 attacks against the U.S. from Afghanistan.[156]

98.    After the American invasion in late 2001 and the battle of Tora Bora, Al Qaeda initially fled to Pakistan and focused on survival and reconstitution of fighting capability against American forces.[157]  By 2004, however, Al Qaeda elements in Afghanistan began to become more robust, embedding up to squad size fighting elements with Taliban terrorists to engage Afghan Government officials and Western-led troops.  Although Al Qaeda generally does not exert combat power as a stand-alone organization, it has served a substantial role in the Taliban-led Syndicate by recruiting foreign fighters and bringing successful tactics such as suicide attacks and IEDs into Afghanistan from Iraq.

99.    Even following setbacks from bin Laden's death in 2011, Al Qaeda maintained relevance in Afghanistan by continuing to support and augment attack cells across the eastern portion of Afghanistan.  In 2014, Ayman al-Zawahiri, the successor to bin Laden, created a regional affiliate called Al Qaeda in the Indian Subcontinent ("AQIS") that is co-located with the "Al Qaeda Corps" in Peshawar and Quetta.[158]  The AQIS organization intended to enhance links with the Taliban in Afghanistan and maintain a presence there after the war.  Asim Umar was one of the first AQIS commanders and reflected the new strategy to establish Al Qaeda in Afghanistan as a long term and local presence.  Umar was killed in Afghanistan, as he worked with a Taliban unit, by an American-Afghan strike in 2019.[159]  Other Al Qaeda leaders have also been killed within Afghanistan such as Abu Mushin al-Masri,[160] Abul Bara Al-Kuwaiti in 2014,[161] and Farouq al-Qahtani among others.[162]

---

[153] *The 9/11 Commission Report.* National Commission on the Terrorist Attacks in the United States, at 65-67, https://9-11commission.gov/report/.

[154] *An Escalating Threat*, 9/11 Memorial and Museum Digital Exhibition, https://www.911memorial.org/learn/resources/digital-exhibitions/digital-exhibition-revealed-hunt-bin-laden/escalating-threat

[155] *Timeline: The U.S. War in Afghanistan*, 1999-2021, Council on Foreign Rel., https://www.cfr.org/timeline/us-war-afghanistan.

[156] *Id.*

[157] *Id.*

[158] Lauren McNally & Marvin Weinbaum, *A Resilient Al-Qaeda in Afghanistan and Pakistan* at 1-2, Middle East Institute (August 2016), https://www.mei.edu/sites/default/files/publications/PF18_Weinbaum_AQinAFPAK_web_1.pdf

[159] *Asim Umar: Al Qaeda's South Asia Chief 'killed in Afghanistan'*, BBC News (Oct. 8, 2019), https://www.bbc.com/news/world-asia-49970353.

[160] *Afghan security forces kill senior al Qaeda leader al-Masri*, Reuters (Oct. 24, 2020), https://www.reuters.com/article/uk-afghanistan-security-masri/afghan-security-forces-kill-senior-al-qaeda-leader-al-masri-idUSKBN2790WE.

[161] *Key Al-Qaeda Leader Killed in Nangarhar*, TOLOnews (edited Oct. 16, 2016), https://tolonews.com/afghanistan/key-al-qaeda-leader-killed-nangarhar.

[162] *Al-Qaeda leader killed in US drone strike in Afghanistan*, BBC News (Nov. 5, 2016), https://www.bbc.com/news/world-asia-37882010

### D.    Kabul Attack Network

100.    The Kabul Attack Network is a term applied to a primarily joint Haqqani-Taliban attack network that strikes at Afghan Government and international security and aid forces inside of the Afghan capital of Kabul.[163]  The attacks use violence to intimidate populations to achieve strategic objectives, namely, to de-legitimize the Afghan Government by making it appear weak and unable to maintain security even inside the national capital.[164]  While not all violence in Kabul can be attributed to the Kabul Attack Network, typically the most effective attacks have been traced back to them.[165]  The Kabul Attack Network is an example of military unity and cooperation between different insurgent groups within the Syndicate, primarily Taliban and Haqqani groups.[166]

101.    The Kabul Attack Network frequently deploys complex attacks using VBIEDs and small arms fire, although they also execute stand-alone suicide bombings.  Generally, the strategy is to get a VBIED as close as possible to an American or Afghan Government convoy and then detonate.  The IED will carry enough explosive material to defeat the "bullet-proof" additional armor used on civilian SUVs inside of Kabul.  The precise attack type is often based on available material.

102.    The map below shows the routes used by members of the Kabul Attack Network to move materials from Haqqani Network tribal areas in North Waziristan to staging areas and then on to Kabul.

---

[163] Jeffrey Dressler, *Afghanistan Report 6: The Haqqani Network: From Pakistan to Afghanistan* at 31, Institute for the Study of War (Oct. 2010), https://www.understandingwar.org/sites/default/files/Haqqani_Network_0.pdf.

[164] *Id.*

[165] *Id.*

[166] *Id.*



**Figure 11:** Approaches to Kabul.[167]

103.    The Haqqani Network-led Miram Shah Shura typically plans and facilitates attacks in Kabul.[168]  Attack planning occurs in the vicinity of Miram Shah, Pakistan and the Haqqani Network provides logistical support and training to the broader Taliban from there.[169] The Haqqani Network acquires the necessary materials, which include vehicles, chlorate explosive precursors, and foreign fighters, and designs the device itself, providing engineers

---

[167] Jeffrey Dressler, *Afghanistan Report 9: The Haqqani Network: A Strategic Threat* at 26, Institute for the Study of War (Mar. 2012), http://www.understandingwar.org/sites/default/files/Haqqani_StrategicThreatweb_29MAR_0.pdf.

[168] *See*, *e.g.*, *id*. at 31.

[169] *Id.* at 11.

from across the international Syndicate with expertise in chemistry and engineering to make a functional VBIED.[170]

104.     The Haqqani Network also recruits and trains the suicide bombers often used in attacks by the Kabul Attack Network.[171]  Typically, the Haqqani Network will select the suicide bomber from Pakistani madrassas — fundamentalist religious schools where families enroll their sons in hopes that they will receive an education.  The schools indoctrinate the boys in radical Islamic ideology and broach the idea of suicide for martyrdom, an ideal that goes against traditional Islamic practices.[172]  Based on multiple studies of suicide bombings in Afghanistan, I assess that the Haqqani Network selects particularly devoted students and young boys from difficult situations for martyrdom in exchange for cash payments upon successful completion of the mission.[173]  The Haqqani Network then houses and further indoctrinates the bomber in preparation for the attack.[174]

105.     The Haqqani Network smuggles the men, material, and equipment to the staging areas in Wardak and Logar Provinces in Afghanistan.[175]  It uses traditional smuggling routes across the Pakistani border to move the explosive pre-cursors and material into Afghanistan.  The attacks are staged south of Kabul in the mountains in the vicinity of Maidan Shah in Wardak Province, or north of Pol-e-Alam in Logar Province.[176]  These locations provide easy road access into Kabul.  At the staging location, the bomber is united with the vehicle and separate individuals process the explosive material and packs the vehicle full of explosives.

106.     Once the attack elements arrive at the safe-haven locations in Wardak and Logar Provinces, the broader Taliban tends to assume control of the attack team.  Local Taliban networks in Logar, Wardak, and Kabul Provinces use established safe havens as staging areas. The Taliban provides security and moves the vehicle and team into the city shortly before the attack window.  In Kabul, a local Taliban attack cell and a Haqqani Network liaison take the weapon and suicide bomber and wait for a predetermined attack window.

107.     Occasionally, the Haqqani Network will engage in attack facilitation in Kabul during the attack itself.  This often manifests as assistance selecting targets, and it allows Haqqani Network personnel to record lessons learned to give back to the leadership.

---

[170] Jeffrey Dressler, *Afghanistan Report 9: The Haqqani Network: A Strategic Threat* at 33, Institute for the Study of War (Mar. 2012), http://www.understandingwar.org/sites/default/files/Haqqani_StrategicThreatweb_29MAR_0.pdf.

[171] *Id*. at 31.

[172] *See, e.g., Suicide Attacks in Afghanistan (2001-2007)* at 27, United Nations Assistance Mission to Afghanistan (Sept. 1, 2007), https://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/Afgh%202007SuicideAttacks.pdf.

[173] *See, e.g., id*. at 11, 64, 66, 86.

[174] Jeffrey Dressler, *Afghanistan Report 9: The Haqqani Network: A Strategic Threat* at 27-28, Institute for the Study of War (Mar. 2012), http://www.understandingwar.org/sites/default/files/Haqqani_StrategicThreatweb_29MAR_0.pdf.

[175] *Id*. at 27-29, 34.

[176] *See, e.g., id*. at 29, 30, 33.

108.    In the remaining sections, I address eleven specific bellwether attacks.  These attacks cover each of the seven key geographies where the Taliban had operational dominance and the key attack types used by the Taliban-led Syndicate.  *See* Dkt. 27.

## VI.    JULY 13, 2008 COMPLEX ATTACK IN WAYGUL DISTRICT, NURISTAN PROVINCE

*Bellwether Geography:  N2KL*
*Bellwether Attack Type:  Complex Attack*
*Direct Victims:  1LT Jonathan P. Brostrom, CPL Jason M. Bogar, SGT Israel Garcia, SPC Jason D. Hovater, CPL Pruitt A. Rainey, and CPL Gunnar Zwilling*

### A.    Summary of Opinion

109.    After reviewing the evidence and available information, I conclude that the Taliban, with the direct assistance of foreign fighters, committed the July 13, 2008 attack that killed Corporal (CPL) Jason M. Bogar, First Lieutenant (1LT) Jonathan P. Brostrom, Sergeant (SGT) Israel Garcia, Specialist (SPC) Jason D. Hovater, Corporal (CPL) Pruitt A. Rainey, and Corporal (CPL) Gunnar Zwilling.[177]  A Nuristani Taliban group led the attack as part of a larger campaign to drive U.S. forces out of the Waygul Valley.  Based on historical presence in the area and some available direct evidence, it is highly likely that Al Qaeda members participated in the attack.

### B.    Materials Reviewed

110.    In reaching my expert opinion, I relied on the following authoritative documents:

a.    AR 15-6 Investigation Findings and Recommendations — Vehicle Patrol Base (VPB) Wanat Complex Attack and Casualties regarding First Lieutenant Jonathan Brostrom (July 13, 2008) ("Brostrom AR 15-6 Investigation") (Ex. D).

b.    AR 15-6 Investigation Findings and Recommendations — Vehicle Patrol Base (VPB) Wanat on 13 July 2008 regarding Sergeant Israel Garcia ("Garcia AR 15-6 Investigation") (Ex. E).

c.    Battle of Wanat 15-6 Investigation Storyboard (July 18, 2008) ("Wanat Storyboard") (Ex. F).

d.    Battle of Wanat 15-6 Fires Storyboard ("Wanat Fires Storyboard") (Ex. G).

---

[177] On occasion, there will be discrepancies between the rank I use to refer to a direct victim and the rank provided in documentation about the attack.  This is because soldiers who are killed in action may be promoted posthumously.

e.  U.S. Army Combat Studies Institute, Wanat: Combat Action in Afghanistan, 2008, Combat Studies Institute Press (2010) ("Wanat 2010 Report"); https://history.army.mil/html/bookshelves/resmat/GWOT/Wanat.pdf.

f.  Silver Star Citation, First Lieutenant Jonathan P. Brostrom ("Brostrom Silver Star") (Ex. H).

g.  Presentation of Collateral Investigation Results to the Family of 1LT Jonathan P. Brostrom ("Brostrom Presentation of Collateral Investigation Results") (Ex. I).

## C.  Attack Details

111.  The attack on Vehicle Patrol Base ("VPB") Wanat killed nine U.S. Soldiers in total and wounded an additional 27 American and four Afghan soldiers.  The mission to establish VPB Wanat was part of an overall military plan to restructure the military presence in the Waygul valley and relocate Combat Outpost Bella, which had been located at a high elevation and was largely only accessible by air or by foot, to a more sustainable location accessible by road.  The VPB at Wanat was intended to establish conditions for "improved security, governance, and economic development" in the Waygul Valley.[178]  The movement into Wanat was designed as a phased operation, with the Chosen Company, 2nd Battalion, 503rd Parachute Infantry occupying the position and providing security for engineers and contractors to move in and make a more permanent base.  Initial elements of Chosen Company arrived in Wanat without incident on July 8, 2008.  They began to prepare defenses while waiting for civilian contractors to arrive and emplace more formidable barriers.[179]

112.  At 3:45 AM local time on July 13, 2008, the Soldiers at VPB Wanat conducted a stand-to operation, during which all personnel are required to be awake, occupying fighting positions, and conducting a check of the base's perimeter.[180]  A small detachment of American Soldiers was preparing to depart on a patrol at 4:30 AM local time, and a group of Afghan National Army soldiers stationed at the VPB was preparing to leave on a patrol with U.S. Marine advisors at the same time.[181]

113.  Shortly after the stand-to, however, an American Tube launched, Optically tracked, Wire guided ("TOW") missile team using advanced optics identified five personnel with backpacks and equipment on the high ground about 500 meters to the west of VPB Wanat.  Because the TOW missile team could not positively identify weapons, they were directed to continue monitoring these personnel.  After several minutes of monitoring, the Company Commander determined there was a high likelihood of attack and began to coordinate for a 120mm mortar fire mission and a TOW missile engagement.[182]  While the Company

---

[178] Wanat 2010 Report at 70.

[179] Brostrom AR 15-6 Investigation at pdf p. 7.

[180] *Id.* at pdf p. 9.

[181] Wanat 2010 Report at 121-122.

[182] Brostrom AR 15-6 Investigation at pdf pp. 9-10.

Commander was seeking approval, at approximately 4:20 AM local time, the Taliban initiated their coordinated, complex attack with two long bursts of RPD[183] machine gun fire.[184]

114.    The Taliban simultaneously attacked VPB Wanat on all sides from positions as close as 50 meters away.  The attack focused RPG volleys on key American machine gun positions.  Both the base's mortar position and the TOW team received an initial volley of RPGs, taking both weapon systems out of commission.  The mortar team suffered the first casualty of the morning when shrapnel struck a specialist on the team.[185]

115.    The map below shows VPB Wanat, the nearby Outpost, key buildings within the village of Wanat, and the direction of initial enemy fire.



**Figure 12:**  Military map of VPB Wanat,
which was also named Combat Outpost (COP) Kahler.[186]

116.    The enemy's initial volley of fire was intense and accurate, coming from positions within the village of Wanat including the mosque, hotel, and village elder's house, as well as the surrounding hillsides.  According to eyewitness reports, the Taliban effectively used the terrain

---

[183] The RPD, or Ruchnoy Pulemyot Degtyaryova hand held machine gun, is a belt fed 7.62mm weapon designed for use in Soviet rifle squads for suppressive fire against larger troop movements.  In this case, the weapon was likely specially selected to help coordinate a simultaneous assault.

[184] Wanat 2010 Report at 141.

[185] Brostrom AR 15-6 Investigation at pdf p. 10.

[186] Wanat 2010 Report at 99.

to their advantage — occupying buildings within the village and high ground on all sides of the base, which increased the effectiveness of their fire on the American Soldiers.[187]  After the initial attack, the Taliban kept up a sustained rate of fire with coordinated and well-aimed shots.

117.    As the attack progressed around the perimeter of VPB Wanat, Captain (CPT) Matthew Myer — the Company Commander — was with 1LT Brostrom in the VPB command post.  CPT Myer was coordinating for air support and indirect fire responses on the attackers, achieving an initial fire response — "the first of 96 rounds of 155mm artillery fired in support of VPB Wanat" — within three minutes of the initial attack.[188]

118.    The mortar team responded to enemy fire coming from above and all around with fragmentary grenades to suppress the enemy.  The section sergeant determined the team should leave the position and consolidate near the command post to get the injured specialist to a medevac location.[189]  During this movement, one of the Soldiers carrying the injured specialist was struck in the legs by enemy fire, but crawled to the command post, pulling the already injured specialist with him, and both individuals began to receive medical aid.[190]

119.    At this point, the TOW missile truck began to incinerate, with the missiles inside exploding due to the heat of the burning vehicle.  The explosions wounded some nearby Afghan National Army soldiers.[191]

120.    The Taliban also targeted Observation Post ("OP") Topside — which can be seen just to the east of forward operating base (FOB) Wanat and southeast of the Village — in the initial fire volley.  At the beginning of the fight, nine U.S. Soldiers were at OP Topside in three connected fighting positions.  CPL Gunnar Zwilling and Specialist (SPC) Tyler Stafford manned the northern position with a M240 machine gun.  The platoon forward observer, Sergeant (SGT) Ryan Pitts, was also located in this position with a radio.  Corporal (CPL) Jonathan Ayers, Specialist (SPC) Christopher McKaig, and SPC Rainey were in the next fighting position with an M240 machine gun.  This position was nicknamed the "Crow's Nest" due to its slightly higher elevation.  SPC Jason Bogar and Matthew Phillips and SGT Matthew Gobble manned the final fighting position.[192]

---

[187] Wanat 2010 Report at pdf p. 141; Brostrom AR 15-6 Investigation at pdf p. 11.

[188] Brostrom AR 15-6 Investigation at pdf p. 12.

[189] The term medevac is a military colloquialism, short for medical evacuation that refers to the ambulatory evacuation of wounded personnel.  In remote areas like Wanat, this was accomplished by Blackhawk helicopters.

[190] Brostrom AR 15-6 Investigation at pdf p. 13.

[191] *Id.* at pdf pp. 13-14.

[192] Wanat 2010 Report at pdf pp. 152-153.



**Figure 13:** Positions on OP Topside.[193]

121.    The Taliban initiated the attack on OP Topside from three different points at the same time they attacked the VPB.  The attack on the OP included machine gun fire and RPGs from support positions in buildings located to the southeast and east of the OP and a ground assault element that had moved undetected into a small valley approximately ten meters away from the OP prior to the attack.  As the OP received heavy rocket and machine gun fire from Taliban support positions, the Taliban ground assault element began to move towards the OP perimeter.[194]

122.    As the attack on the OP began, an RPG struck CPL Zwilling, killing him instantly, and also hit SGT Gobble, severely wounding him.  SPC Philips and SPC Bogar moved to the eastern position of the observation post, with SPC Bogar providing suppressive fires with his M249 machine gun.  SPC Phillips threw a hand grenade at approaching Taliban in the low ground, but he was soon killed by an enemy RPG that also severely wounded SPC Stafford.  CPL Ayers continued to lay suppressive machine gun fire on the approaching enemy until he ran out of ammunition.  CPL Ayers and SPC McKaig then returned to their initial position and continued to fight with M4 assault rifles.  CPL Ayers was eventually killed by several gunshot wounds.  SPC Bogar continued to fire his machine gun until the barrel became too hot to function; he then attempted to maneuver on a Taliban fighting position and was shot and killed.  No one was left unscathed on OP Topside, and the situation was desperate as the wounded

---

[193] Wanat 2010 Report at 101.

[194] Brostrom AR 15-6 Investigation at pdf p. 10.

survivors attempted to fend off the assault.  The unit fire support officer called to the command post at the main VPB and asked for urgent assistance.[195]

123.    At the command post, 1LT Brostrom received the call for help.  Soldiers at the command post could see RPG and machine gun rounds being fired into the observation post. Although the VPB's main position was still receiving heavy fire, 1LT Brostrom decided he would take a group of Soldiers up to reinforce the OP Topside position based on his determination that the VPB defense was dependent on retaining the position at OP Topside.  CPT Myer did not want to pull from the VPB's defenses due to the ongoing attacks.  He thus instructed 1LT Brostrom to proceed with just SPC Hovater and the platoon medic.  Within only a few steps, the medic was shot and could not continue.  However, 1LT Brostrom and SPC Hovater managed to keep moving, using terrain and vegetation as cover to reach the OP while under heavy fire.[196]

124.    Once 1LT Brostrom and SPC Hovater arrived at the OP, they connected with SGT Pitts and SPC Rainey and briefly discussed the best way to reclaim the position.  1LT Brostrom took the M240 machine gun from the injured SGT Pitts and tried to move it to a better firing position.  SPC Rainey joined 1LT Brostrom to emplace the machine gun and SPC Hovater provided security at the sleeping terrace.  While the three Soldiers were attempting to place the machine gun into action, they discovered a Taliban terrorist who had crawled into the observation post only five meters away.  In the ensuing fight, 1LT Brostrom, SPC Hovater, and SPC Rainey were killed by gunshot wounds from close range.[197]

125.    The second wave of reinforcements to the OP included SGT Garcia and three others.  This group of reinforcements found the unit fire support officer still fighting the enemy. They rendered first aid, helped evacuate some of the wounded off the OP, and launched a counter-attack that temporarily secured the OP before the Taliban attacked again.  The Taliban attacked from all sides with small arms fire, RPGs, and SPG-9s,[198] wounding the entire relief team including SGT Garcia.  SGT Garcia died before the first medevac helicopter arrived.[199]

126.    Shortly after the second wave of reinforcements for OP Topside arrived and were wounded, the first close air support elements arrived, including B-1 Bombers, F-15s and A-10s. The aircraft dropped munitions on the enemy positions near VPB Wanat and OP Topside.  The air interdiction successfully set conditions for a third wave of reinforcements to reach OP Topside without encountering enemy contact.[200]

---

[195] Wanat 2010 Report at 153-155, 157, 159; Brostrom AR 15-6 Investigation at pdf p. 15-16.

[196] Brostrom AR 15-6 Investigation at pdf p. 16; Wanat 2010 Report at 157.

[197] Brostrom AR 15-6 Investigation at pdf p. 16; Wanat 2010 Report at 157-158.

[198] The SPG-9 Kopye (Spear) is a 73 mm recoilless rifle developed by the Soviet Union that fires fin stabilized high explosive and high explosive anti-tank rounds.

[199] Brostrom AR 15-6 Investigation at pdf p. 17.

[200] *Id.* at pdf p. 18.

127.    Soon after the fixed wing air interdiction, Apache gunships arrived and began to engage enemy positions at danger close intervals[201] with devastating effect on the Taliban.[202] The combination of air interdiction, maneuver by ground forces, and reinforcements arriving from another coalition base shifted the battlefield momentum back to the American and Afghan forces.

### D.    Attribution

128.    In my expert opinion, the complex attack on VPB Wanat on July 13, 2008 that killed CPL Bogar, 1LT Brostrom, SGT Garcia, SPC Hovater, CPL Rainey, and CPL Zwilling was committed by Taliban forces along with foreign fighters.  I further conclude that the Taliban and associated foreign fighters conducted this attack after significant planning and intended for the attack to kill Coalition forces.  I reach this conclusion based on the results of the U.S. Government's formal investigation into the complex attack in the AR 15-6 reports, the Combat Action in Afghanistan Report by the U.S. Army, the geographic location, the time period of the attack, and my expert knowledge of the Taliban's TTPs.

### a.    Geography and Time Period

129.    The complex attack at Wanat occurred in the Waygul District of Nuristan Province in northeastern Afghanistan, adjacent to Pakistan and the Hindu Kush Mountain range. Nuristan Province is defined by steep forested valleys, mountains more than 10,000 feet high, and narrow waterways on the valley floor.  Nuristan has few developed roads and little infrastructure, making it a remote and isolated location ideal for smuggling terrorists and weapons from Pakistan, as well as other forms of illicit trade such as lumber and gem smuggling.

---

[201] Danger close intervals is a military term that refers to operating within the suggested safe distance of detonating ordinance.

[202] Brostrom AR 15-6 Investigation at pdf p. 18.



**Figure 14:** Map of Afghanistan showing Wanat.[203]

130.     Waygul District is in the south of Nuristan Province and is dominated by mountain ridges and the Waygul River, which flows from the Hindu Kush Mountains down into the Pech River in Kunar Province.  Waygul District and Wanat have always been culturally part of Nuristan Province.  Legally, however, Wanat was located south of the border between Nuristan Province and Kunar Province.  Waygul District did not have a district center, and the villages located throughout the region were remote and not easily accessible.  The Governor of Nuristan decided that an official district center for Waygul would help the Afghan Government establish a presence in the region.  The Governor decided to move the boundary of Nuristan to the south until it encompassed the village of Wanat and established a new district center there in 2007.  Wanat was a very small qalm — or village — that contained an administrative center, a police station, mosque, and a bazaar shown in Figure 15 below.  Although this administrative boundary change was approved in Kabul and known in provincial capitals, word was slow to travel.  Consequently, local Afghans, some U.S. military, and the *New York Times* map above still placed Wanat in Kunar Province.[204]

---

[203] Image from *Wanat Battle cited as Lesson in Afghan War*, N.Y. Times (Oct. 3, 2009), https://atwar.blogs.nytimes.com/2009/10/03/wanat-battle-cited-as-lesson-in-afghan-war/.

[204] Wanat 2010 Report at 56 n.4; Brostrom AR 15-6 Investigation at pdf p. 2 n.5.



**Figure 15:** Photograph of Wanat with key locations identified.[205]

131.    The people who live in Wanat and Waygul District are considered a separate and distinct ethnic group called the "Nuristani."[206]  They are known for being stoic and austere warriors that are generally hostile to outsiders and the last place to convert to Islam in the late 18th century.  The word Nuristan literally means "land of light", a moniker provided when the people of Nuristan finally converted to Islam.[207]

132.    The Taliban-led Syndicate in Nuristan Province is a mix of local and foreign fighters, including Al Qaeda[208] and other groups dedicated to the overthrow of the Afghan Government.  The remote areas and high elevation make surveillance, reconnaissance, and interdiction of Taliban forces particularly difficult.  Consequently, the Taliban uses the region as a support and safe zone.  The proximity to the porous border with Pakistan allows the rapid movement and regeneration of combat power for the Taliban.  Over the course of the U.S.

---

[205] Wanat Storyboard at pdf p. 14.

[206] Wanat 2010 Report at 2-3.

[207] *Afghanistan – Nuristanis* at 1, Minority Rights Group International (June 19, 2015), https://www.justice.gov/eoir/page/file/1023131/download.

[208] David Tate, *Afghanistan: The jihad within a jihad*, Long War J. (Sept. 1, 2007), https://www.longwarjournal.org/archives/2007/09/afghanistan_the_jiha.php.

presence in the N2KL region, the Taliban-led Syndicate regularly conducted or attempted to conduct a complex attack on isolated American bases in the region.[209]

### b.    Attack Planning

133.    The attack on VPB Wanat indicated a significant level of pre-planning.  The coordinated movement into positions under cover of darkness of over 200 armed personnel, without being detected by alert U.S. soldiers using night optics is in itself a difficult task.  To accomplish the movement undetected, the Taliban conducted surveillance of VPB Wanat for several days, including having members sitting in the bazaar directly across from the VPB in civilian attire watching the Americans dig in.[210]  There is also evidence that they diverted water into a dry irrigation channel next to OP Top Side, creating enough noise to obscure personnel walking in the brush nearby on the day before the attack.[211]  The Taliban also used several heavy machine guns including the SPG and RPD variants to provide suppressive fire on the American forces.  These weapon systems take time to emplace and site in, indicating advanced understanding of the terrain.  The use of interlocking fires provides further evidence of advanced tactical and planning abilities.

134.    Additional evidence suggests that the Taliban coordinated the attack in conjunction with the local populace of Wanat, as no civilians were in the area on the day of the attack.[212]  And U.S. Military was suspicious that the local Afghan National Police station, situated in the middle of the village, was not only neutral but actively supported the attack on VPB Wanat.  In fact, access routes to covered firing positions such as the mosque, bazaar, and the hotel required the Taliban to pass directly by the police station.  Further, in the attack's aftermath, the police station held an excessive number of weapons, all dirty and recently fired and the police were all in crisp clean uniforms — unusual for Afghan National Police deployed to a district center.[213]  It is likely that Manibullah, the Waygul District Taliban commander, coordinated with the ANP to support the attack on VPB Wanat, adding further complexity to the attack planning process.

### c.    Attack Method

135.    The complex attack on VPB Wanat was a synchronized assault by the Taliban forces that used the principles of terrain, mass,[214] synchronization of fires, and surprise to achieve an early advantage over American forces.  It involved complex planning, reconnaissance, and a synchronized simultaneous attack, as well as co-opting the local populace in order to gain dominant positions around the soldiers defending the VPB.  These advanced

---

[209] Wanat 2010 Report at 206.

[210] Brostrom AR 15-6 Investigation at pdf p. 7-8; Wanat 2010 Report at 118.

[211] Brostrom AR 15-6 Investigation at pdf p. 8-9; Wanat 2010 Report at 113.

[212] Brostrom AR 15-6 Investigation at pdf p. 22; Wanat 2010 Report at 112.

[213] Brostrom AR 15-6 Investigation at pdf p. 23; Wanat 2010 Report at 178.

[214] The military principle of "mass" refers to the concentration of overwhelming combat power at the decisive place and time.

techniques indicate significant involvement from the Taliban leadership and foreign fighters, including Al Qaeda.

136.     The initial assault tactics were sophisticated.  The attack was initiated by two machine guns, located at different positions around the VPB, firing simultaneously.[215]  Using a machine gun to synchronize the commencement of an attack is an advanced technique requiring a level of discipline and training outside of the norm for local Taliban members, in my experience.  The Taliban then specifically targeted high-casualty producing American crew served weapon systems — the TOW missile truck and the mortar position — with multiple RPGs fired from multiple locations, another advanced technique.  Furthermore, the Taliban occupied up to 15 separate positions around VPB Wanat to simultaneously concentrate machine gun fire, RPGs, AK-47 fire and hand grenades on the Americans.  The Taliban used RPGs and machine gun fire, after the initial assault, to maintain a sustained rate of fire, effectively fixing the Americans in their positions until the arrival of air support an hour after the fight began.[216]

137.     The Taliban also skillfully used the high ground for both observation purposes and to shoot down into American positions.  In one instance, the Taliban occupied the village elder's home and fired into the VPB from an elevated position, just five to ten meters from the perimeter of the base.[217]  Throughout the attack, Taliban forces attempted to gain elevated positions to achieve fire superiority.  The positional advantage of firing from an elevated position over the American forces allowed complete suppression of the American and Afghan units, meaning that they could not maneuver to gain advantage.

138.     The Taliban's attack on OP Topside was also very sophisticated.  Maneuvering on a fortified position, using concealed terrain for the assault, while using static positions to provide suppressive fire on the position in darkness is an advanced infantry maneuver.  The Taliban demonstrated this capability several more times throughout the morning assault, using terrain to their advantage to move into positions surrounding the VPB and occupying buildings and terrain adjacent to the VPB.

139.     The use of advanced planning, reconnaissance and surveillance, coordination and movement of multiple fighting elements along multiple avenues of approach in the dark, synchronization of fires and coordinated geographically separate units acting in support of each other are each independent indications of an advanced complex attack.  Traditional insurgent attacks such as those practiced by the Taliban, rarely reach the level of sophistication, planning, and situational awareness required for an assault like the one on VPB Wanat.  While it is probable that the local Taliban members from Wanat District were experienced, it is also highly likely that they received outside training.  Advisors from Al Qaeda and Iran likely trained the Taliban terrorists in the advanced infantry tactics used in the attack on VPB Wanat.

---

[215] Brostrom AR 15-6 Investigation at pdf p. 10-11.

[216] *See* Figure 16 below (red diamonds indicate firing positions).

[217] Brostrom AR 15-6 Investigation at pdf p. 11.



**Figure 16:** Firing positions around VPB Wanat.[218]

### d.    Foreign Assistance

140.    The sophistication of the techniques used during the attack indicate that the Taliban had direct foreign assistance beyond just training.  Additionally, officials identified specific evidence of outsiders participating in the attack.  One of the enemy bodies recovered by Afghan Special Forces in the aftermath of the attack was identified as an Arab, intimating that he was a foreign fighter.[219]  He was wearing civilian clothes over a military uniform, and described by eyewitnesses as "Arab" in appearance, further indicating outside participation in the attack.[220]  Further, historical activity and one media report indicated that Al Qaeda was directly involved in the attack on Wanat, using the designation Lashkar al Zil or Shadow Army.[221]  Based on the geographic location of Wanat District and historical activity, it is likely that Al Qaeda terrorists participated in the attack.

### e.    Claims of Responsibility

141.    The leader of the local Taliban, Mullah Osman, had associations with the different members of the Syndicate operating in the area including Hezb-e-Islami Gulbuddin ("HiG"), Al

---

[218] Brostrom Presentation of Collateral Investigation Results at pdf p. 29.

[219] Brostrom AR 15-6 Investigation at pdf p. 27; Wanat 2010 Report at 183.

[220] Brostrom AR 15-6 Investigation at pdf p. 22; Wanat 2010 Report at 183.

[221] Wanat 2010 Report at 116; Bill Roggio, *Al Qaeda's Paramilitary Shadow Army*, Long War J. (Feb. 9, 2009), http://www.longwarjournal.org/archives/2009/02/al_qaedas_paramilita.php.

Qaeda, and different Taliban commands.[222]  He had 150 experienced terrorists directly subordinate to him in the Wanat region, and foreign fighters from Pakistan and the Middle East likely reinforced the attack on Wanat.  Taliban spokesman Zabiullah Mujahid cited the Taliban's presence in the attack on Wanat as evidence that the Taliban was growing stronger.[223]

142.    Mullah Osman probably did not conduct the attack himself, since he was wounded in an Apache strike on July 4, 2008, in an attack on the nearby Camp Bella.  Instead, Osman's deputy, a younger local Taliban leader named Mawlawi Sadiq Manibullah, claimed responsibility for leading the attack in an insurgent video posted online after the attack.[224] Manibullah and Mullah Osman both had connections with and worked with international Islamist groups such as Al Qaeda.[225]

### f.    U.S. Government Attribution

143.    The AR 15-6 investigation concluded that the attack was a coordinated attack led by a local Taliban leader commanding approximately 200 anti-Afghan forces.  The attack was intended to force the American forces to withdraw from the Waygul Valley.[226]  In my experience, U.S. Government documents do not attribute an attack to a particular individual and group unless there is a very high degree of confidence.  The AR 15-6's attribution of the attack to the Taliban is highly reliable.

144.    Based on personal observation during six years in the Afghan conflict, I know that the U.S. Government and allied forces developed a policy of referring to the Taliban-led Syndicate as "insurgents," "anti-government militia," and anti-Afghan forces or simply the "enemy" due to a perceived need to deny conferring the Taliban-led Syndicate official recognition.  Furthermore, the Afghan Government and Afghan military officials disliked American and Coalition forces using the term "Taliban" because the term means "student of Islam," which they felt did not accurately describe the Taliban movement.

### E.    Conclusion

145.    After a review of the available information, I conclude that the complex attack on VPB Wanat, which killed 1LT Brostrom, CPL Bogar, SGT Garcia, SPC Hovater, CPL Rainey, CPL Zwilling, and four other U.S. Soldiers was planned and executed by the Taliban and foreign fighters.  The Taliban executed the surprise attack using significant advanced planning and sophisticated techniques, indicating well-executed command and control by the Taliban.

---

[222] Wanat 2010 Report at 73-74.

[223] *Taliban fighters storm US Base*, Al Jazeera News (July 14, 2008), https://www.aljazeera.com/news/2008/7/14/taliban-fighters-storm-us-base.

[224] Wanat 2010 Report at 74; Jim Sciutto, *"Relax Brother": Exclusive Video shows Taliban Attack That Killed 9 U.S. Soldiers at Afghan Post*, ABC News (Nov. 12, 2009), https://abcnews.go.com/WN/Afghanistan/exclusive-video-shows-taliban-attack-killed-us-soldiers/story?id=9068156.

[225] Wanat 2010 Report at 74.

[226] Brostrom AR 15-6 Investigation at pdf p. 26-27; Wanat 2010 Report at 116.

146.    In my professional opinion, the totality of the record available for review and my knowledge of the Afghanistan theater of operations indicates that:

   a.  The complex attack occurred in the Wanat District center and was conducted by 200 Taliban and foreign fighters.

   b.  The use of the terrain for tactical advantage; machine guns to initiate the attack and suppress forces; utilization of RPGs to neutralize the strongest American weapons (TOW, machine gun and mortar emplacements); synchronized maneuvers; and a sustained rate of suppressive fire on VPB Wanat indicates considerable in-depth planning and resourcing.

   c.  The historical use of the Waygul Valley by Al Qaeda, attack complexity and other details, such as the discovery of the body of an Arab foreign fighter, indicate direct support from Al Qaeda terrorists.

   d.  The Taliban made a claim for the attack on Wanat to Al Jazeera on July 14, 2008, citing it as an act of strength.[227]

   e.  Given the forgoing facts and analysis concerning this attack, I conclude that Iran's material support for the Taliban-led Syndicate in Afghanistan, including training in sophisticated operational activities, contributed to the Syndicate's ability to execute this attack.

## VII.    AUGUST 16, 2009 IED-TRIGGERED COMPLEX ATTACK IN SIAWASHAN VILLAGE, HERAT PROVINCE

*Bellwether Geography:  Western Afghanistan*
*Bellwether Attack Type:  Complex Attack*
*Direct Victim:  CPL Nicholas R. Roush*

### A.    Summary of Opinion

147.    After reviewing the evidence and available information, I conclude that the August 16, 2009 attack that killed Corporal (CPL) Nicholas R. Roush and an American contractor and wounded four other American Soldiers was a complex ambush by the Taliban, which combined an IED with advanced maneuver and synchronizing fire techniques that are unusual for normal Taliban engagements.

---

[227] *Taliban fighters storm US Base*, Al Jazeera News (July 14, 2008), https://www.aljazeera.com/news/2008/7/14/taliban-fighters-storm-us-base.

B.    **Materials Reviewed**

148.    In reaching my expert opinion, I relied on the following authoritative documents:

    a.    AR 15-6 Investigation — Army Corporal ("CPL") Nicholas R. Roush ("Roush AR 15-6 Investigation") (Ex. J).

    b.    Department of Army Form 1574, Report of proceeding by Investigating Officer (August 16, 2009) ("DA Form 1574") (Ex. K).

C.    **Attack Details**

149.    On August 16, 2009, the Second Marine Special Operations Battalion partnered with local Afghan police to conduct a cordon and search operation near Siawashan Village, Herat Province in response to efforts by insurgents to disrupt the coming Afghan Presidential election.  The Marine Special Operations Team ("MSOT" or "Raiders") and Operational Detachment Alpha[228] ("ODA") team arrived at Siawashan Village at approximately midnight local time and started to conduct the cordon and search near the village.[229]

150.    Within about two hours of their arrival in the village, approximately five local Taliban fighters engaged with accurate AK-47 fire against the two teams.  After about an hour of enemy contact, the MSOT and ODA teams cleared the area and decided to return to their base.  On the return trip, the eight-vehicle convoy took a narrow road with buildings and walls on both sides.  This road was the sole road available for the convoy to return to Camp Milam, which was their home base.[230]

151.    CPL Roush and the American contractor were traveling in the sixth vehicle in the convoy along with four other passengers.  At approximately 3:45 AM local time, an IED struck Roush's vehicle with such force to rip off the vehicle's wheels and throw it forward 10-50 feet, where the vehicle landed upside down.  CPL Roush was found dead, trapped inside the vehicle, pinned by metal, and his body was badly burned.  The contractor's body was consumed in the flames and not recovered.  Three other soldiers were thrown from the vehicle and knocked unconscious.  The fourth Soldier was thrown from the vehicle and was attempting to crawl to safety when friendly forces found him.  All four Soldiers thrown from the vehicle were transported to the Spanish hospital at Herat Airfield.[231]

152.    After the IED exploded, the Taliban fired small arms, machine guns and RPGs at the remaining seven vehicles in the convoy.  After recovering CPL Roush's body, the convoy leader determined that the situation was untenable, which left the convoy no choice but to fight their way out of the ambush.  The convoy was under constant fire for an additional three to four kilometers before it reached the main highway.[232]

---

[228] An Operational Detachment Alpha or ODA refers to a US Army Special Forces team.

[229] Roush AR 15-6 Investigation at pdf p. 9.

[230] *Id.*

[231] *Id.*

[232] *Id.*

### D. Attribution

153. In my expert opinion, the Taliban committed the August 16, 2009 complex attack that killed CPL Roush and an American contractor and wounded four other Soldiers. I further conclude that the Taliban conducted this attack based on their training in how to respond to opportunities and intended for the attack to kill Coalition forces. I reach this conclusion based on the geographic location, my expert knowledge of the Taliban's TTPs, and results of the U.S. Government's formal investigation recorded in the DA Form 1574.

### a. Geography and Time Period

154. Herat Province is in western Afghanistan on the Iran-Afghan border and has a population of around 1.8 million people. The economy of Herat Province is largely agricultural, and tobacco, cotton, and sesame are the primary crops. Only around 23 percent of the population lives in urban centers such as Herat City — the provincial capital with around 400,000 people.[233]



**Figure 17:** Map of Herat Province.[234]

---

[233] *Herat Province*, Program for Culture and Conflict Studies — Naval Postgraduate School, https://nps.edu/web/ccs/herat.

[234] Hamed Sarfaraz & Amir Vahdat, *Fuel tanker blast causes massive fire at Afghan-Iran border*, CTV News (Feb. 13, 2021), https://www.ctvnews.ca/world/fuel-tanker-blast-causes-massive-fire-at-afghan-iran-border-1.5307890.

155.    Herat receives 70 percent of its electricity from Iran, and the cultural, trade, and language ties are very strong.[235]  The proximity to the Iranian border made the area a focus in the struggle between Western security forces and the Taliban to win over the population.  I assess that Iranian activity in Herat Province included direct sponsorship, training and supply to major Taliban activity at the time of this attack.



**Figure 18:** District Map of Herat Province.[236]

156.    The village of Siawashan is located in Gozareh District 125 kilometers from the Iranian border.  Siawashan is an agricultural village made up of low mud and thatch buildings and walls clustered together.

---

[235] *Iran's Imported Electricity To Herat Cut Off*, Afghan Voice Agency (July 6, 2021), https://avapress.com/en/236733/Iran-s-Imported-Electricity-To-Herat-Cut-Off.

[236] *Herat Province*, Program for Culture and Conflict Studies — Naval Postgraduate School, https://nps.edu/web/ccs/herat (approximate location of Siawashan village added).



**Figure 19:**  Afghan farmer in his saffron field, Ghuzara District near Siawashan Herat.[237]

### b.    Attack Method

157.    At the time of this attack, the Taliban in the vicinity of Siawashan were attempting to intimidate the villagers into not participating in upcoming national elections. Specifically, the Taliban would enter villages at night and threaten local leaders, warning them that any participation in the democratic process would be met with violence. To counter that activity, a Joint Special Forces unit moved into Siawashan at night to attempt to oust the Taliban. Because the Taliban did not engage the MSOT and ODA until between one and two hours after the Coalition forces arrived on the scene, I conclude that the Taliban that occupied the village and surrounding area were likely caught off guard initially.  The Taliban then executed a very sophisticated attack with multiple elements, possibly indicating outside assistance and at least illustrating outside training.[238]

158.    *First*, I assess that the enemy's initial engagement of the Americans in the village was intended to provide cover for a second group of Taliban to set up an ambush along the likely withdrawal route of the American forces.  The Taliban terrorists in the village appear to have engaged the U.S. Soldiers long enough for other Taliban to position fighters and heavy weapons and arm a previously emplaced IED.  I assess the use of pre-emplaced IEDs indicates readiness and sophistication beyond the proficiency of a typical Taliban unit.  The use of delay or harassment tactics to provide time and cover for a second element to get into position at night is unusual and likely indicates training or direct support from out of area fighters.  In Herat

[237] J.P. Lawrence, *Afghan government airstrike kills at least eight, including civilians, official says*, Stars and Stripes (July 23, 2021), https://www.stripes.com/theaters/middle_east/afghan-government-airstrike-kills-at-least-eight-including-civilians-official-says-1.638500.

[238] DA Form 1574 at pdf p. 3.

Province, out of area fighters almost certainly enter Afghanistan from Iran and would depend on Iranian support for supplies, sanctuary, and training.

159.    *Second*, following the initial contact and subsequent Taliban retreat from Siawashan Village, it is likely that the Taliban who initially engaged the Americans in the village moved under the cover of darkness without the aid of night vision optics to join other Taliban at a pre-coordinated ambush position.

160.    *Third*, the Taliban ambush position was selected due to clear observation and fields of fire for the Taliban and constricted maneuver options for the Coalition convoy: a "kill zone," consisting of a narrow road, enclosed by buildings and walls.

161.    Finally, I conclude that the attack was sophisticated and that the Taliban relied on outside training to prepare and carry out the attack, because the Taliban initiated the ambush with a buried IED, which killed CPL Roush. Based on tests I have conducted to calculate the force required to lift an armored American vehicle into the air — as the eyewitnesses reported occurred here[239] — I assess that the IED contained well over 100 pounds of homemade explosives.[240] The IED functioned as an initiating signal for a subsequent enemy ambush. Shortly after the IED exploded, the Taliban followed with small arms fire and RPGs onto the convoy.

162.    The Taliban conducted the attack as part of the Taliban's strategy to disrupt elections and de-legitimize and thus de-stabilize the Afghan Government. The high level of training and coordination required to execute an ambush at night, using harassing fire on the Special Operations Marine Raiders and Green Berets as cover to trap them in the "kill zone," indicates a level of tactical sophistication and training unusual for typical Taliban encounters and likely indicates significant foreign training or direct participation by foreign fighters. I assess with medium confidence that the Iranian Revolutionary Guard Corps (IRGC) Ansar corps, the group assigned covert operations in Afghanistan, would materially assist the Taliban's disruption of elections in western Afghanistan.[241]

163.    Due to the proximity to Iran, Iran's activities in the area, and the Taliban's purpose of disrupting elections, I assess that it is highly likely Iranian provided training and weapons directly for this attack. I assess with medium-low confidence that IRGC forces directly participated in the attack.

---

[239] Roush AR 15-6 Investigation at pdf pp. 9, 19, 24, 27.

[240] This conclusion is based on my experience with homemade explosive effectiveness testing as part of a Navy scientific team while I was employed at the Navy Explosive Ordinance Technical Research Division, Indian Head Maryland from 2015-2017.

[241] National Ground Intelligence Center Counter Insurgency Targeting Program, *IRGC – QF Influence and Relations with the Taliban in Southwestern and Western Afghanistan* at pdf p. 3 (Apr. 24, 2011) (Ex. A).

### c.    U.S. Government Attribution

164.    The US Investigations and Incidents Report conclude that the IED attack was conducted by "Insurgents."[242]

165.    Based on personal observation during six years in the Afghan conflict, I know that the U.S. Government and allied forces developed a policy of referring to the Taliban-led Syndicate as "insurgents," "anti-government militia," and anti-Afghan Forces or simply the "enemy" due to a perceived need to deny conferring the Taliban-led Syndicate official recognition.  Furthermore, the Afghan Government and Afghan military officials disliked American and Coalition forces using the term "Taliban" because it means student of Islam, which they did not feel accurately describes the Taliban terrorists.

### E.    Conclusion

166.    After a review of the available information, I conclude that the Taliban conducted the IED-initiated complex attack that killed CPL Roush and the American contractor and wounded four others.

167.    In my professional opinion, the totality of the record available for review and my knowledge of the Afghanistan theater of operations indicates that:

   a.    The Taliban emplaced the IED that killed CPL Roush and the American contractor and then used the explosion as a signal to initiate a pre-planned, subsequent ambush on a narrow roadway, which the Taliban anticipated the Americans would use to return to their base.

   b.    The tactical sophistication, coordination, and execution of initial fire near Siawashan Village, followed by an ambush in a "kill zone," at night against technologically superior Special Operations forces by the Taliban is unusual and likely an indication of advanced training or direct participation by fighters not originally from Siawashan Village.  Due to the proximity and close cultural and economic ties of Herat Province with Iran, Iranian involvement was highly likely — at least in the training and provision of weapons to these Taliban forces.

   c.    Given the forgoing facts and analysis concerning this attack, I conclude that Iran's material support for the Taliban-led Syndicate in Afghanistan, including its coordination with the Taliban to disrupt elections and its training and assistance in executing complex attacks, contributed to the Taliban's ability to successfully execute this attack.

---

[242] DA Form 1574 at pdf p. 3.

## VIII.   APRIL 11, 2010 IED IN ARGHANDAB DISTRICT, KANDAHAR PROVINCE

*Bellwether Geography:  Southern Afghanistan*
*Bellwether Attack Type:  IED*
*Direct Victims:  SGT Jared Satoshi Lemon and SPC Joseph T. Caron*

### A.    Summary of Opinion

168.    After reviewing the evidence and available information, I conclude that the April 11, 2010 attack that wounded Sergeant (SGT) Jared Satoshi Lemon and killed Specialist (SPC) Joseph T. Caron involved a pressure plate, "toe-popper" IED triggered by SPC Caron stepping on the device as he was conducting movement across a qalat wall.[243]  A Taliban group conducted the attack with a device designed and manufactured by the Taliban, likely in coordination with other terrorist groups.

### B.    Materials Reviewed

169.    In reaching my expert opinion, I relied on the following authoritative documents:

a.  AR 15-6 Investigation regarding the hostile death of Specialist Joseph T. Caron, who was killed by an IED attack ("Caron AR 15-6 Investigation") (Ex. L).[244]

b.  Interview with Jared Lemon by Steve Wood (April 23, 2021) ("Lemon Interview").

c.  Interview with Aaron Armstrong by Steve Wood (July 6, 2021) ("Armstrong Interview").[245]

d.  Victim Operated Improvised Explosive Device (VOIED) recognition guide-Afghanistan.  JIEDDO.  March 2011 ("JIEDDO VOIED Guide") (Ex. M).

### C.    Attack Details

170.    On April 11, 2010, the 3rd Platoon of Bravo Company, 2nd Battalion, 508th Parachute Infantry Regiment, 4th Brigade Combat Team, 82nd Airborne Division, was tasked with interdicting enemy resupply activity in the Arghandab River Valley in the vicinity of Bibi Hawa Village in Kandahar Province.[246]  SPC Caron's and SGT Lemon's unit had been rotating

---

[243] A qalat is an Afghan term meaning "fortress."  However, walled compounds are common for family units and small farms in Afghanistan and the Afghan population refer to these compounds as Qalats.  The walls of a qalat are made of rocks at the bottom and dried earth and plant materials towards the top.  Heights of qalat walls vary but are typically around 6-7 feet high.

[244] SGT Jared Lemon was injured in the same attack but his name does not appear in the AR 15-6, which was obtained by the family of SPC Joseph Caron.  AR 15-6 Investigations typically redact names of wounded U.S. Personnel prior to public release for privacy reasons.

[245] Adam Armstrong was SGT Lemon's Company Commander at the time of this attack.

[246] Caron AR 15-6 Investigation at pdf pp. 18, 30.

through different three different locations in the Arghandab River Valley with little contact with the enemy until they arrived at Combat Outpost Ware to replace a Stryker Combat Vehicle unit.[247]

171.    On the day of the attack, SGT Lemon and SPC Caron's unit departed Combat Outpost Ware at 6:53 PM local time as a foot patrol and intended to reach an observation post under the cover of darkness to look for signs of enemy movement.  The patrol attempted to maneuver in tree groves to avoid observation.

172.    During the movement, the patrol leader encountered a road, which was determined to be a linear danger area.[248]  In order to avoid detection along the road, the patrol leader decided to go over a qalat wall at approximately 7:20 PM local time.  SGT Lemon and SPC Caron were the last two personnel in the order of movement.  As SPC Caron crossed over the qalat wall, he moved back to the wall to help SGT Lemon with his weapon.[249]  As SPC Caron moved back to grab the weapon he stepped on a pressure plate IED, which detonated the device, killing SPC Caron and severely injuring SGT Lemon.[250]

**D.    Attribution**

173.    In my expert opinion, Taliban forces committed the IED attack on April 11, 2010, that seriously wounded SGT Lemon and killed SPC Caron.  I further conclude that the Taliban planned this attack in advance by planting the IED and intended for the attack to kill Coalition forces.  I reach this conclusion based on the results of the United States Government's formal investigation into the death of SPC Caron in the AR 15-6 report; my interviews with SGT Lemon and LTC Armstrong; and from my expert knowledge of Afghanistan's geography and the Taliban's TTPs.

---

[247] Lemon Interview.

[248] A linear danger area is an area where a unit may become exposed to enemy observation or attack.  Examples include streets, roads, trails and fields.

[249] Caron AR 15-6 Investigation at pdf p. 18.

[250] *Id.*

### a.    Geography and Time Period



**Figure 20:**  The Arghandab River Valley, Kandahar Province.[251]

174.    The April 11, 2010 attack occurred near Combat Outpost Ware, in the Arghandab River Valley in Kandahar Province.  The Arghandab River Valley is a sparsely populated region punctuated by agricultural and poppy fields along the river, giving portions of it a lush green vegetated environment as seen above.  As can be seen on the below map, the river begins in the southern Hindu Kush Mountains to the north and winds in a southwest direction until it meets the Helmand River in the city of Lashkar Gah in Helmand Province.  It is located to the northwest and west of the city of Kandahar and is thus strategically important to the Taliban.  In 2009 through 2010, the Arghandab River Valley was hotly contested by the Taliban and American forces as the Taliban attempted to surround the city of Kandahar.

---

[251] Mitch Potter, *Canadians ignored repeated warnings about Afghan security firm*, Toronto Star (June 9, 2010), https://www.thestar.com/news/canada/2010/06/09/canadians_ignored_ repeated_warnings_about_afghan_security_firm.html.



**Figure 21:**  Map of Afghanistan depicting detailed view of Arghandab River Valley.[252]

175.    The Arghandab River Valley was and remains a major strategic hub for the Taliban, who took advantage of the sparsely populated environment to move supplies, men and equipment into the Helmand River Valley and establish regional command and control hub. Additionally, the Taliban view the Arghandab River Valley as a pathway into Kandahar city and they use it to facilitate attacks there.  In my experience, the area was noted for an overwhelmingly dominant network of Taliban leaders who wielded control over the region and repeatedly conducted successful IED centered campaigns against Canadian and American forces

---

[252] Map of Afghanistan, https://www.cia.gov/static/ea4683d5f06aa32eb7463bc0d4286053/afghanistan-physiography.jpg.

over the course of the war. Both SGT Lemon and his commander at the time noted during interviews with me that the enemy operating in the area was the Taliban.

### b.    Attack Method

176.    Upon arriving at Combat Outpost Ware, the 82nd initially encountered IEDs designed to destroy armored vehicles with pressure plates in the road.[253] After only a short while, however, the IEDs began to change, with smaller charges and tripwires or small plastic mines designed to target infantry Soldiers maneuvering on the ground.[254]

177.    The attack on SGT Lemon and SPC Caron involved a "toe popper" initiated IED, which was triggered when SPC Caron stepped on the device.[255] A "toe popper" in this context refers to the Russian made PFM-1 mine ("PFM").[256] Figure 22 below depicts a PFM similar to one used as a trigger mechanism in the attack on SGT Lemon and SPC Caron. The PFM is a plastic mine with a spring that activates a liquid explosive compound when crushed by weight. The PFM is hard to detect, designed to react to pressure and then explode, typically maiming the victim. The Soviet military used this mine extensively in the 1979-1989 Afghan war, and the mine has become infamous for maiming children who attempted to pick it up years later, thinking it was a toy.[257] The Soviets left behind a large number of these mines as they retreated in 1989. The Arghandab River Valley Taliban incorporated these mines into a larger IED device.[258]

178.    In general, based off my experience, a toe popper IED functions like a pressure plate: the victim steps on the PFM-1 mine, initiating the explosion; which then causes a detonation cord to ignite; in turn activating a blasting cap, which is inserted into a palm oil jug filled with ammonium nitrate and aluminum home-made explosive buried in the ground nearby. The ammonium nitrate detonates, throwing rock and plastic at a high velocity into the immediate surrounding area causing traumatic injury to anyone nearby. Figure 23 below depicts a palm oil jug with blasting cap similar to the type used against SGT Lemon and SPC Caron.

179.    I assess that the use of this pressure plate IED in the Arghandab River Valley was a Taliban technique to attrit and demoralize American forces by killing and wounding Soldiers. These types of Taliban IED attacks in the Arghandab were also used to alert local Taliban to the movement of Coalition forces and to protect key Taliban infrastructure, including logistics and command and control centers.

---

[253] Lemon Interview.

[254] *Id.*

[255] Caron AR 15-6 Investigation at pdf p. 18.

[256] PFM 1 is a Russian language acronym standing for "anti-infantry high explosive mine -1."

[257] Matthew Jarrett, *Soviet Child Mines*, Forgotten History, https://www.forgottenhistory.me/new-blog/soviet-child-mines.

[258] Lemon Interview.



**Figure 22:** A PFM.[259]



**Figure 23:** Yellow palm oil jug with blasting cap
inserted into ammonium nitrate based explosive.[260]

180. The Caron AR 15-6 Investigation noted that prior enemy surveillance likely indicated that Americans frequently traversed over this qalat wall, which thus indicated an ideal enemy location to place a pressure plate IED.[261]  The IED was almost assuredly emplaced by a local Taliban network as they attempted to control the key terrain to the north and west of Kandahar.

---

[259] Matthew Jarrett, *Soviet Child Mines*, Forgotten History, https://www.forgottenhistory.me/new-blog/soviet-child-mines.

[260] JIEDDO VOIED Guide at 11.

[261] Caron AR 15-6 Investigation at pdf p. 19.

### c.     Explosives

181.     Although the U.S. Government redacted the specific explosive material used from the AR 15-6 investigation, eye-witness interviews that I conducted and my intimate knowledge of the Arghandab River Valley insurgent groups in 2009 and 2010 strongly suggests that the unknown bulk explosive material was an ammonium nitrate and aluminum mix.  The Taliban commonly used these explosives.

### E.     Conclusion

182.     After a review of the available information, I conclude that the Taliban planned and executed the attack, which wounded SGT Lemon and killed SPC Caron.  The Caron AR 15-6 Investigation concluded that the attack was caused by a "toe popper" pressure activated IED, a form of a pressure plate VOIED.

183.     In my professional opinion, the totality of the record available for review and my knowledge of the Afghanistan theater of operations indicates that:

   a.   The attack occurred in the Arghandab River Valley near the village of Bibi Hawa, in Kandahar, a historical strategic staging and support area for the Helmand River Valley Taliban during the Afghan surge in 2009 and 2010.

   b.   The attack was conducted with a "toe popper" pressure-activated, victim-operated IED.  This type of attack is consistent with Taliban attack methodology in Kandahar Province during the 2009-2010 timeframe.

   c.   The enemy operating in that area of Kandahar was the Taliban.

   d.   Given the foregoing facts and analysis concerning this attack, I conclude that Iran's material support for the Taliban, including Iran's provision of explosives and expert training, contributed to the Taliban's ability to execute this attack.

## IX.     AUGUST 6, 2011 ATTACK ON HELICOPTER IN TANGI VALLEY, WARDAK PROVINCE

*Bellwether Geography:  Southeastern Afghanistan*
*Bellwether Attack Type:  Small arms, rocket propelled grenade, and anti-aircraft attacks*
*Direct Victims:  SO1 SEAL Darrik C. Benson, PO1 Christopher Campbell, CW2 Bryan J. Nichols, PO1 Jesse Pittman, CPO (SEAL) Thomas Ratzlaff, SCPO Heath Robinson, PO2 Nicholas Spehar, PO1 Michael Strange, CPO Aaron C. Vaughn, SCPO Kraig Vickers*

### A.     Summary of Opinion

184.     After reviewing the available evidence and information, I conclude that the August 6, 2011 attack on the call-sign Extortion 17 CH-47D Chinook aircraft that killed 38

American servicemen, seven Afghan servicemen, and a contract interpreter was shot down and destroyed by an RPG fired by the Taliban.

### B.    Materials Reviewed

185.    In reaching my expert opinion, I relied on the following authoritative documents:

    a.    Investigation Findings and Recommendations (Crash of CH-47D Aircraft in Wardak Province, Afghanistan on 06 August 2011), Sept. 9 2011 ("CH-47D Investigation") (Ex. N).

    b.    Afghanistan:  Honoring the Heroes of Extortion 17, Hearing before the Subcommittee on National Security of the Committee on Oversight and Government Reform (Feb. 27, 2014), https://www.govinfo.gov/content/pkg/CHRG-113hhrg87499/pdf/CHRG-113hhrg87499.pdf.

### C.    Attack Details

186.    On August 5, 2011, an American Special Operations Task Force ("SOTF") conducted a helicopter assault on a suspected compound of key Taliban leader, Qari Tahir, in the Sayed Abad District of Wardak Province.[262]  The purpose of the assault was to keep pressure on Taliban networks active south of Kabul by conducting raids to capture or kill Taliban leadership, and to seize documents, communication devices, weapons, and material for intelligence exploitation.[263]  The SOTF was targeting the senior Taliban leader in the Tangi Valley — Qari Tahir — who had been promoted to that position after American forces killed the former leader — Din Mohammad — in a June 5, 2011 raid.[264]  Following his promotion, in late June 2011, the SOTF placed Qari Tahir on its priority targeting list.[265]  Once an individual is placed on a SOTF targeting list, intelligence is gathered and developed to build out a pattern of life on the individual.  Once sufficient intelligence is gathered, a SOTF team is sent to capture or kill the individual.[266]

187.    At 6:56 PM local time on August 5, 2011, after approximately six weeks of gathering information, the SOTF received geo-locational intelligence indicating that Qari Tahir was possibly located in a compound in the Tangi Valley, Sayedabad District, Wardak Province.[267]  SOTF tasked a ground assault force team, which is referred to as "Team 1/B" due to classification in government documents, to find Qari Tahir.  Team 1/B was comprised of three infantry rifle squads, one weapons squad, a Cultural Support Team member, and a Joint

---

[262] CH-47D Investigation at pdf pp. 5, 6, 588.

[263] *Id.* at pdf p. 36.

[264] *Id.* at pdf p. 494.

[265] *Id.* at pdf p. 10.

[266] CH-47D Investigation at pdf pp. 36-37, 132-136, 588.

[267] *Id.* at pdf pp. 50, 588.

Terminal Attack Controller, together totaling 47 personnel.[268]  In addition to the ground element, Team 1/B had two CH-47D Chinooks, two AH-64 Apache attack helicopters and an AC-130 gunship providing overhead support.  The helicopters planned to insert the ground element 1,200 meters from the compound where they believed Qari Tahir was located.[269]  The ground element would then move to Tahir's compound, where they would clear and secure the compound, conduct tactical questioning of any detainees, and collect items of intelligence value.[270]  In addition to this ground assault force, an immediate reaction force ("IRF")[271] was placed on standby.[272]

188.    The 10th Combat Aviation Brigade intelligence officer assessed the overall movement into the Tangi Valley as "high" risk due to historical enemy activities in the area including RPGs, small arms fire, a Taliban early air warning network, the lack of American presence, and the significance of Qari Tahir, who likely would have been very well protected by his enemy forces.  The CH-47D Air Mission commander also rated the risk as "high" due to the near zero illumination conditions of the evening.  This would affect the ability of the pilots to use night vision devices, which rely on some ambient light.  Instead, the pilots would have to fly into the Tangi Valley relying primarily on instruments, which increased the technical difficulty of flying.[273]

189.    The operation successfully inserted the Team 1/B assault team at 10:58 PM local time, and it began movement towards the objective site.  Figure 24 below shows the insertion of the ground force assault team as Event 1 in the sequence.

190.    During movement, surveillance aircraft — operating in support of Team 1/B — observed and tracked several personnel leaving the target compound.[274]  At 11:26 PM local time, the Apache helicopters identified "suspected Taliban fighters" walking with AK-47 rifles and RPGs approximately 400 meters northwest of the target compound.[275]  These Apaches requested and received clearance from the ground force commander to engage these suspected fighters. As a result, one Apache conducted an attack while the other Apache remained in overwatch. The attack killed six Taliban fighters, while two ran off into the cover of trees.  This is depicted as Event 2 in Figure 24 below.  During this engagement, additional surveillance aircraft observed another group of individuals who had walked away from the compound.  However, American operators and analysts could not identify weapons, and, thus, no order to engage was given.[276]

---

[268] A Joint Terminal Attack Controller, or JTAC, is an Air Force service member who coordinates air movement and support between aircraft operating in the vicinity of ground forces.

[269] Id. at pdf p. 37.

[270] Id.

[271] An immediate reaction force is a Special Operations contingency force prepared to rapidly move to support other special operations forces in contact with the enemy.

[272] Id. at pdf pp. 2, 37.

[273] Id. at pdf p. 37.

[274] Id.

[275] Id.

[276] Id. at pdf pp. 15-16, 37-38.



**Figure 24:** Extortion 17 Sequence of Events.[277]

191.     The Assault team then reached the objective site, as depicted in Event 4 on Figure 24 above.  Qari Tahir was not immediately identified, and the airborne surveillance assets continued to track the remaining individuals who had left the compound upon the arrival of Team 1/B.  At 2:15 AM local time, surveillance aircraft confirmed that the suspected Taliban being tracked had gathered as a group of three hiding in a tree grove and a group of six or seven suspected Taliban gathering in a nearby building, approximately two kilometers away from Team 1/B.  The SOTF commander and the IRF Commander both felt that Qari Tahir could be among either group of suspected insurgents.  The initial spotting of these individuals is the first entry in Event 5 in Figure 24 above.  By 2:45 AM local time on August 6, 2011, Team 1/B had secured the target compound and detained several personnel.[278]

192.     Due to the threat these insurgents posed, the military decided to reinforce the ground force with back-up troops:  an IRF.  The SOTF and IRF commander revised the composition of the IRF based on the emergent threat picture in the valley, adding 15 personnel. The final IRF consisted of three assault teams, seven support personnel, and a military working

---

[277] *Id.* at pdf p. 1059.

[278] *Id.* at pdf pp. 15, 38, 1059.  A squirter is a military colloquialism for individuals on a military objective that attempt to run away from the ground force or avoid airstrikes.

dog.  The IRF commander decided to place the entire IRF on one CH-47D, even though two helicopters would be traveling to the Tangi Valley, in order to place as many SOTF personnel at the objective site as quickly as possible to overwhelm the suspected Taliban fighters.[279]

193.    At 2:22 AM local time, the two aircraft departed the airbase with a CH-47D operating under the call sign Extortion 17, and carrying all the IRF personnel, in the lead.  The aircraft approached the Tangi Valley using the northern mountains of the valley as a shield for movement.  The aircraft flew using night vision goggles under near zero ambient light conditions.  When the two CH-47Ds reached a position six minutes out from the proposed landing zone, the second CH-47D began to circle at a holding point.  Extortion 17 continued to the objective area and conducted a three minute out radio check to support aircraft nearby.  After making the one minute out radio call at 2:38 AM local time, Extortion 17 descended to 100-150 feet above ground level and slowed movement to prepare for landing.[280]

194.    As Extortion 17 conducted this maneuver, Taliban fighters fired either two or three RPGs from a tower atop a two-story mudbrick building approximately 200 meters south of the helicopter.  The first RPG missed the helicopter, but the second RPG struck a blade on the aft (rear) rotor.  The RPG exploded, breaking off ten feet of rotor blade.  Extortion 17 began to spin violently with the aft rotor and then the forward rotor blade systems ripping off the aircraft.  The main fuselage of Extortion 17 then dropped into a dry creek bed and exploded. Multiple secondary explosions from fuel and munitions occurred for several hours.  Petty Officer 1st Class (SO1 SEAL) Darrik C. Benson, Petty Officer 1st Class (PO1) Christopher Campbell, Chief Warrant Officer 2 (CW2) Bryan J Nichols, Petty Officer 1st Class (PO1) Jesse Pittman, Senior Chief Petty Officer (SEAL) (CPO (SEAL))Thomas A, Ratzlaff, Senior Chief Petty Officer (SCPO) Heath Robinson, Petty Officer 2nd Class (PO2) Nicholas Spehar, Petty Officer 1st Class (PO1) Michael Strange, Chief Petty Officer (CPO) Aaron C. Vaughn, Senior Chief Petty Officer (SCPO) Kraig Vickers, 20 other American service members, seven Afghan commandos and one interpreter who were on board were killed in Extortion 17.[281]  Figure 25 below shows the timeline of the attack and subsequent response.

---

[279] CH-47D Investigation at pdf p. 38.

[280] *Id.* at pdf pp. 38-39.  A three minute out radio check is a notification by an aircraft landing in a contested environment to support aircraft or ground personnel that they are about to land.

[281] *Id.* at pdf pp. 7, 38-39.



**Figure 25:** Extortion 17 Sequence of Events Continued.[282]

### D.    Attribution

195.    In my expert opinion, Taliban leader Qari Tahir or one of his Taliban associates conducted the RPG strike and subsequent crash of Extortion 17 causing the death of 30 American service members, seven Afghan Commandos, and one interpreter.  I further conclude that the Taliban conducted this attack based on their training in how to respond to opportunities and intended for the attack to kill Coalition forces.  I reach this conclusion after reviewing the available government documents and from my expert knowledge of the Taliban's TTPs.

#### a.    Geography and Time Period

196.    The location of the Extortion 17 attack was in the Tangi Valley, Sayed Abad District in Wardak Province, Afghanistan.  As can be seen in Figure 26 below, Wardak Province, or Maidan Wardak, is in the central region of Afghanistan adjacent to Kabul Province.  Wardak also borders Parwan, Logar, Ghazni and Bamyan Provinces.  The capital of Wardak is a city called Maidan Shar, located only 35 kilometers from Kabul.  Most of the 640,000 people of

---

[282] *Id.* at pdf p. 1060.

Wardak[283] live in agricultural regions or along the Route 1 Kabul to Kandahar highway ("Highway 1").

197.    As depicted below, Sayed Abad District is in the east of Wardak Province and is bisected by Highway 1 that goes from Kabul to Kandahar.  Sayed Abad is the tribal homeland of the Pashtun Wardak tribe, the dominant tribe of Wardak Province. Sayed Abad is the most populous district of Wardak Province.  Another geographic feature of note is the Tangi Valley, located in the northeast corner of Sayed Abad, where the event occurred.



**Figure 26:**  District Map of Wardak Province with approximate location of attack.[284]

198.    The Tangi Valley runs east from Highway 1 towards Logar Province.  The Valley is bounded on the north and south by mountain ridges that rise from the valley floor.  The western portion of the Valley is wide and flat, and the Valley gradually narrows towards the east. During the initial years of the Afghan war, neither Coalition forces nor the Taliban occupied the

---

[283] *Estimated Population of Afghanistan 2021-2022* at pdf p. 31, National Statistics and Information Authority, Government of Afghanistan (Apr. 2021), http://web.archive.org/web/20210821180345/https://www.nsia.gov.af:8080/wp-content/uploads/2021/06/Estimated-Population-of-Afghanistan1-1400.pdf.

[284] Andrew Quilty, *Taleban Opportunism and ANSF Frustration:  How the Afghan conflict has changed since the Doha Agreement*, Afghanistan Analysts Network (Oct. 12, 2020), https://www.afghanistan-analysts.org/en/reports/war-and-peace/taleban-opportunism-and-ansf-frustration-how-the-afghan-conflict-has-changed-since-the-doha-agreement/ (arrow added)

Tangi Valley. Over time, the Taliban began to use the Tangi Valley as a movement corridor — transporting fighters, equipment, and material into Taliban support zones to attack Kabul. As the Taliban began to use the Tangi Valley for logistics, the American-led Coalition forces established a presence there. In my experience, the Taliban then recruited Tangi Valley residents and paid them money to plant IEDs in order to counter the Coalition forces' presence. The U.S. forces abandoned the small bases they had established in the Valley by 2011, and the region quickly became a Taliban safe haven.

### b.    Attack Method

199.    The attack on Extortion 17 was an anti-aircraft attack carried out to help protect Taliban leadership from capture by incoming U.S. ground forces. Anti-aircraft attacks are normally conducted with weapons that fire a rocket aimed at heat sources emanating from the target's engines. However, the attack on Extortion 17 was executed with two or three RPGs, fired at night, with very little visibility. The attack plan was to place RPG gunners on the tallest building, near where American aircraft or helicopters would be arriving. The insurgents would then aim towards the noise or possible visual of the incoming American aircraft and then fire.

200.    As depicted in Figure 27 below, the Taliban had previously used RPGs to target American rotary wing aircraft in the Tangi Valley. In the 90 days prior to the Extortion 17 attack, Taliban fighters shot RPGs at U.S. helicopters on two different occasions. On June 6, 2011, the Taliban fired 14 RPGs at a CH 47D helicopter causing it to abort its mission. And on July 21, 2011, enemy insurgents fired an RPG at night towards a Coalition forces helicopter in the Tangi Valley. A third incident involved small arms fired at a Black Hawk (UH-60L) helicopter.



**Figure 27:** Taliban ground to air engagements in the three months prior to Extortion 17 event.[285]

---

[285] CH-47D Investigation at pdf p. 1098.

201.     On the night of August 6, 2011, Qari Tahir was moving to avoid capture by the Americans that had seized his previous location.  Accompanied by at least ten Taliban fighters, Qari Tahir's first goal was likely to avoid detection, but he also prepared his forces to deter additional helicopter insertions. It is doubtful that Tahir knew that an IRF was inbound, but he or a Taliban commander prepared a contingency plan given the high likelihood additional U.S. aircraft would arrive.  The plan was simple.  Taliban fighters would occupy the tallest building in the immediate region and listen for aircraft.  When the noise of an aircraft was present, they would fire at the helicopter in hopes of hitting and destroying it.  Firing an RPG in the dark at a noise some 400 meters away is a nearly impossible shot, indicating potential night optics assistance.  The second round struck Extortion 17 on the rear rotor blade, and the detonation caused the blade to shear and set the aircraft into a spin, which it could not recover from.[286]

### c.     Weapon

202.     During the post-attack aircraft investigation, the Joint Combat Assessment Team ("JCAT") performed a forensic analysis of the downed aircraft.[287]  The remains of the aircraft were gathered and sent for analysis to investigate whether there were any maintenance or structural issues that contributed to the crash.[288]  The JCAT forensic experts identified weapons effects on the aircraft, leading them to conclude the crash was due to enemy fire.[289]  The investigation process includes showing simulations of attack events to eyewitnesses to help them correctly identify the threat system employed.[290]  The team interviewed eyewitnesses from other aircraft in the area to determine if the other pilots could, in a simulation environment, compare what they saw to RPG signatures.  The pilots overwhelmingly identified the RPG as the device used against Extortion 17.[291]  The original assault force commander also described the weapons used in the attack on Extortion 17 as RPGs based on visual and auditory observation.[292]

203.     Based on this information, JCAT requested that the Army Research Lab conduct test firing of different RPGs to narrow down the exact type of weapon used.  The Army Research Lab test produced results that looked very close to the blast pattern on Extortion 17's rotor.[293]  JCAT concluded that the weapon system used to shoot down Extortion 17 was an RPG variant called the OG7V.[294]  The OG7V variant is designed to provide accurate direct fire fragmentation rounds employed in both direct fire and indirect fire modes.  The OG7 is produced in Iran, Russia, Bulgaria, Romania, and Egypt.[295]  Because the Taliban have no indigenous weapon manufacture capability, it is likely the weapon was sourced externally.

---

[286] *Id.* at pdf p. 38-39.

[287] *Id.* at pdf p. 1090.

[288] *Id.* at pdf p. 1115.

[289] *Id.* at pdf p. 1114.

[290] *Id.* at pdf p. 1101.

[291] *Id.*

[292] *Id.* at pdf p. 1097.

[293] *Id.* at pdf p. 1119.

[294] *Id.* at pdf p. 1121.

[295] *Id.* at pdf p. 1125.



**Figure 28:** OG-7 Antipersonnel Round.[296]

### d. Claims of Responsibility

204.    After the attack, the Taliban claimed responsibility for shooting down Extortion 17.  The Taliban's chief spokesman, Zabihullah Mujahid, claimed responsibility via phone shortly after the attack:  "They wanted to attack our mujahideen who were in a house, but our mujahideen resisted and destroyed a helicopter with an RPG (rocket-propelled grenade) rocket."[297]  American forces also picked up a Taliban individual claiming that his fighter was responsible for shooting down the aircraft, and that he was going to move the shooter "to another location for his protection" in order to use him "as a symbol for the Taliban."[298]  Al Qaeda forces also later claimed involvement in the attack.[299]

205.    The Taliban and Al Qaeda often claim responsibility in the wake of successful attacks in Afghanistan, particularly when the attack creates a large amount of media coverage. While some of these claims are opportunistic, I assess that in the case of Extortion 17, the Taliban claim was valid based on the results of the CH-47D Investigation and sensitive intelligence contained in the interviews.

---

[296] *Id.*

[297] *U.S. special forces killed in Afghanistan crash*, Al Jazeera (Aug. 6, 2011), https://www.aljazeera.com/news/2011/8/6/us-special-forces-killed-in-afghanistan-crash

[298] CH-47D Investigation at pdf pp. 190-91.

[299] Ayman al-Zawahiri, *Message of Hope and Glad Tidings to our People in Egypt: Part 8* at 3 (Dec. 1, 2011), https://scholarship.tricolib.brynmawr.edu/bitstream/handle/10066/21204/ZAW20111201.pdf?sequence=1&isAllowed=y.

### e.    U.S. Government Attribution

206.    The U.S. Government concluded that the Taliban was responsible for the crash of Extortion 17.[300]  I assess that this conclusion is highly reliable for two reasons.  *First*, it relied on significant evidence that was reported in the CH-47D Investigation.  In support of this conclusion, the United States considered pre-mission planning details indicating that they were in pursuit of Qari Tahir, a senior Taliban commander, who was located in the vicinity of the attack.  The U.S. Government also relied on eyewitness accounts of personnel who discussed fighting the Taliban, claims of responsibility from the Taliban, and an exhaustive series of interviews and a forensic investigation after the attack in definitively stated the Extortion 17 crash was as a result of a Taliban attack.  *Second*, in my experience, the U.S. Government does not make a formal attribution finding in investigation reports unless it is certain that the attribution is correct.

### E.    Conclusion

207.    After a review of the available information, I conclude that the RPG anti-aircraft attack that killed SO1 SEAL Benson, PO1 Campbell, CW2 Nichols, PO1 Pittman, CPO (SEAL) Ratzlaff, SCPO Robinson, PO2 Spehar, PO1 Strange, CPO Vaughn, SCPO Vickers, and many others was conducted by Qari Tahir's Taliban network operating in the Tangi Valley.  The anti-aircraft attack was conducted using an OG7 variant of the RPG as a target of opportunity to provide cover for the escape of Qari Tahir.

208.    In my professional opinion, the conclusion of an extensive U.S. Government report and my knowledge of the Afghanistan theater of operations indicates:

a.    Qari Tahir was a Taliban commander in charge of the Tangi Valley region of Sayedabad District, Wardak Province and was a significant enough of an enemy leader to be targeted by American Special Operations forces.

b.    Historical use of the Tangi Valley by the Taliban-led Syndicate to facilitate logistics into staging areas outside of Kabul made the region strategically important to the Taliban.

c.    Before this attack, the Taliban had used RPGs to attempt to strike down U.S. aircraft twice in the Tangi Valley in the preceding 90 days during similar evening helicopter troop insertions.

d.    An RPG attack during one of these previous helicopter insertions caused the U.S. helicopter to abort its mission, giving the Taliban reassurance that the technique was effective.

e.    Maintenance and pilot training records indicated that the pilots of Extortion 17 were well trained and there were no systemic maintenance issues, which contributed to its crash.

---

[300] CH-47D Investigation at pdf pp. 23, 31.

f.  Lab and forensics data indicate that the weapon used to shoot down Extortion 17 was the OG-7 variant of the RPG commonly made in Bulgaria and Iran.

g.  In the aftermath of the attack, the Taliban claimed responsibility for shooting down Extortion 17.

h.  After an extensive U.S. Government investigation, the military concluded the Taliban conducted this attack.

i.  Given the foregoing facts and analysis concerning this attack, I conclude that Iran's material support for the Taliban, including the provision of Iranian manufactured weapons and training in shooting down helicopters, contributed to the Taliban's ability to execute this attack.

## X.    OCTOBER 29, 2011 VEHICLE-BORNE SUICIDE BOMBING IN KABUL CITY

*Bellwether Geography:  Kabul*
*Bellwether Attack Type:  Suicide Bombing*
*Direct Victims:  LTC David E. Cabrera, SSG Christopher R. Newman, and SGT James Darrough*

### A.    Summary of Opinion

209.    After reviewing the available evidence and information, I conclude that the October 29, 2011 attack that killed Army Lieutenant Colonel ("LTC") David E. Cabrera, Army Staff Sergeant ("SSG") Christopher R. Newman, and Army Sergeant ("SGT") James Darrough while traveling on the Darulaman Road in southern Kabul city involved a VBIED.  This attack is consistent with the methodology used by the "Kabul Attack Network," and I conclude that the Kabul Attack Network is responsible for the planning and execution of this attack.

### B.    Materials Reviewed

210.    In reaching my expert opinion, I relied on the following authoritative documents:

a.  AR 15-6 Investigation — Vehicle Borne Improvised Explosive Device Attack on a U.S. "Rhino Bus" ("AR 15-6 Rhino Bus Investigation") (Ex. O).

b.  "Storyboard" Cabrera 29 OCT 2011 SVBIED Kabul_Redacted.pdf ("Cabrera Storyboard") (Ex. P).

### C.    Attack Details

211.    On the morning of October 29, 2011, LTC Cabrera, SSG Newman, and SGT Darrough were part of a routine passenger-delivery convoy mission intended to move Coalition personnel from Camp Phoenix, a United States military logistics and personnel hub within the

78

city of Kabul, to different bases inside the Kabul military cluster.[301]  The convoy consisted of three security vehicles, a Light Medium Tactical Vehicle cargo truck, and a "Rhino" armored bus.[302]  At the time of the attack, the bus contained two mission support personnel and twelve passengers — including LTC Cabrera, SSG Newman, and SGT Darrough — as well as a military working dog.[303]  Immediately prior to the attack, the bus had departed Kabul International Airport and was en route to Camp Julien, a coalition base located on the south side of Kabul used for the training of entry-level Afghan forces.[304]  At approximately 11:29 AM local time, one or more suicide bombers from the Kabul Attack Network's drove a van laden with "home-made," likely chlorate-based, explosives into the left side of the armored bus.[305]  The van detonated on impact with the bus, throwing the engine block of the van 179 meters during the explosion.[306]  A U.S. military counter-IED element assessed that "200-250 Kgs of HME" were likely used in the attack.[307]

212.    The resultant concussive shock wave and thrown metal from both the van and the ruptured "Rhino" bus were likely the proximate cause of death for those killed, although there is a chance that the resulting deflagration of the device caused the fatal injury.[308]  In total, the blast killed 13 coalition personnel, including LTC Cabrera, SSG Newman, and SGT Darrough, four Afghan policemen, one Afghan civilian adult, and three Afghan children.

---

[301] AR 15-6 Rhino Bus Investigation at pdf p. 7.

[302] *Id.* at pdf p. 83.

[303] *Id.* at pdf p. 7.

[304] *Id.* at pdf pp. 7, 39.

[305] *Id.* at pdf p. 7.

[306] Cabrera Storyboard at 11.

[307] *Id.* at 2.

[308] Deflagration is the process of combustion, which propagates through a gas or across the surface of an explosive at subsonic speeds, driven by the transfer of heat.



**Figure 29:** U.S. Government overview of attack. [309]



**Figure 30:** "Rhino" Armored Personnel Carrier. [310]

---

[309] Cabrera Storyboard at 5.

[310] AR 15-6 Rhino Bus Investigation at pdf p. 57.



**Figure 31:** "Rhino" Armored Personnel Carrier after the Oct. 29, 2011 VBIED attack.[311]

### D.    Attribution

213.    In my expert opinion, the attack on October 29, 2011 that killed LTC Cabrera, SSG Newman, and SGT Darrough was almost certainly resourced, planned, and executed by the Kabul Attack Network.[312]  I further conclude that the Kabul Attack Network conducted this attack after significant planning and intended for the attack to kill Coalition forces.  I reach this conclusion after reviewing the available government documents and from my expert knowledge of explosives and the Kabul Attack Network's TTPs.

### a.    Geography and Time Period

214.    The attack occurred in the city of Kabul — the cultural, political, and economic capital of Afghanistan.  The symbolism of the capital as the heart of the Afghan Government makes it a valuable target for anti-government militias and a strategic priority for both the Taliban and the Afghan Government.  The Afghan Government reacted to frequent attacks by establishing a series of defensive checkpoints and perimeter security measures to mitigate Taliban attacks called the "ring of steel."[313]  The tight security provided additional impetus for cooperation and coordination by the Taliban, Haqqani, and Al Qaeda in forming the "Kabul Attack Network" described here and in other reports.  The Kabul Attack Network was responsible for most terrorist attacks, and all sophisticated attacks, within Kabul at the time of this attack.  The attack on October 29, 2011 was a sophisticated attack that required a vehicle, a

---

[311] Cabrera Storyboard at 1.

[312] The Kabul Attack Network, described in detail earlier in my Report and in other expert reports, is a term used to refer to Taliban, Haqqani, and Al Qaeda, among other terrorist groups, who worked cooperatively to plan, resource, and execute high profile attacks within the city of Kabul to discredit the legitimacy of the Afghan Government and Coalition forces.

[313] Staff Sgt Sarah Loicano, *Can the Ring of Steel protect Kabul?*, Defense Visual Information Distribution Service (June 6, 2010), https://www.dvidshub.net/news/50962/can-ring-steel-protect-kabul.

suicide bomber, and improvised explosives, in addition to planning and coordinating various personnel.

### b.    Attack Method

215.    The Kabul Attack Network likely planned the attack from the safety of Pakistan's Federally Administered Tribal Areas ("FATA") near the town of Miram Shah, the location of the Miram Shah "Shura" or Taliban command council for the Haqqani Network.[314]  The Miram Shah Shura — consisting of representatives from the Taliban, Al Qaeda, and Haqqani Network — provides the Kabul Attack Network with general guidance for attacks and resources such as improvised explosive pre-cursors, vehicles, and suicide bombers.[315]



**Figure 32:**  Kabul Attack Network logistics and operational routes.[316]

216.    The Haqqani Network likely smuggled the bulk pre-cursor chlorate explosives and suicide bombers for the October 29, 2011 attack into Afghanistan as depicted in Figure 32 above.  The network logistics begin in the Haqqani tribal areas inside the FATA, with the

---

[314] *See supra* ¶¶ 80-86.

[315] *See id*.

[316] Jeffrey Dressler, *Afghanistan Report 9: The Haqqani Network: A Strategic Threat* at 26, Institute for the Study of War (Mar. 2012), http://www.understandingwar.org/sites/default/ files/Haqqani_StrategicThreatweb_29MAR_0.pdf.

provision of chlorate and volunteers to conduct the attack. Using traditional smuggling routes into Afghanistan, the Kabul Attack Network moves personnel and equipment into Wardak and Logar Provinces. The end points in Wardak and Logar Provinces are frequent staging areas and transition points where the Taliban assumes responsibility for the logistics of covertly moving the attack cell into position inside Kabul. Once within Kabul, the Kabul Attack Network isolates the suicide bomber at a safe-house and performs reconnaissance of the intended target prior to the attack. The process of converting chlorate into an explosive, which involves mixing chlorate powder with a fuel — usually diesel fuel or used motor oil — occurs at the safe house location within the city of Kabul, due to the sensitivity of the explosive. For this attack the Kabul Attack Network smuggled a large volume of explosive into Kabul — an estimated "200-250 Kgs" of explosives were used in the attack.[317]

217.    Executing a successful VBIED attack requires a reconnaissance and communication network for target spotting and tracking, as well as a vehicle and driver. At the time of this attack, only the Kabul Attack Network possessed the combined capability, intent, and experience to conduct attacks requiring this level of sophistication in Kabul. The October 29, 2011 attack was particularly sophisticated because the terrorists executed the attack on an expedited timeframe to respond to a target of interest.

218.    Specifically, the terrorists who conducted this attack on the armored bus had been looking for a viable Coalition forces target, such as a convoy. A Taliban statement claiming responsibility for the attack, as reported in the AR 15-6 Rhino Bus Investigation, explained that the attack had been delayed several times due to the unpredictability of Coalition movements throughout the city.[318] According to a media interview with a Taliban spokesman who similarly claimed responsibility for the attack, when the Kabul Attack Network learned of the armored bus's movement on the Darulaman Road with minimum civilians in the area, Abdur Rahman drove the VBIED from its staging area and promptly executed the attack.[319] The AR 15-6 Rhino Bus Investigation also refers to American intelligence reporting that indicated there was an ongoing threat VBIEDs in Kabul on the day of the attack, although there was no specific threat against movement of the Rhino.[320] The target selection, staging of the VBIED, and rapid response to a previously unknown target of opportunity indicates a level of planning, reconnaissance, and coordination associated with a cohesive, sophisticated network of trained and experienced fighters typically only seen with the Kabul Attack Network.[321] Figure 33 below is from the event description provided to American military officials after the attack. It depicts the order of movement for the convoy, showing that the Rhino bus was second in order of movement. The red and yellow shape depicts the location of the explosion and the final location

---

[317] Cabrera Storyboard at 2.

[318] AR 15-6 Rhino Bus Investigation at pdf p. 29.

[319] *Id.* at pdf p. 404-405.

[320] *Id.* at pdf p. 9.

[321] *Id.* at pdf p. 28-29.

of the Rhino bus and the VBIED engine block, which was thrown during the explosion, are depicted as well, providing American forces a visualization of the explosive force.



**Figure 33:** Attack Visualization.[322]

### c.    Explosives

219.    The type of homemade or non-ideal explosives is critical for attribution because different groups favor different explosive mixtures based on what is readily available and best able to accomplish the mission.[323]  The Kabul Attack Network often uses chlorate-based explosives to conduct suicide attacks because chlorate is widely available in the FATA of Pakistan due to the existence of a local match-stick manufacturing industry, which uses chlorates as a primary ingredient.[324]  This industry is located in the traditional tribal areas of the Haqqani Network, part of the Kabul Attack Network, and the Haqqani Network can easily acquire it.[325]  Chlorate is also easy to mix into explosive material form, and there are no laws banning the substance — unlike ammonium nitrate.[326]  Finally, chlorate reliably achieves a successful detonation at the point and time desired.

220.    I conclude that this attack was likely committed using chlorate-based explosives for three reasons.  *First*, eyewitness interviews described the collision and subsequent smoke cloud as greyish-white at the time of the explosion and then turning darker as fuel and other

---

[322] Cabrera Storyboard at cover page.

[323] A non-ideal explosive is an explosive that does not meet the internationally accepted benchmark value of 1 in diameter effect and detonation front curvature data.  The benchmark is set at the explosive characteristics of Trinitrotoluene ("TNT").

[324] *See* discussion *supra* ¶ 87.

[325] *Id.*

[326] *Id.*

materials began to burn.[327]  Based off my experience, the greyish-white cloud at the time of the explosion is indicative, although not conclusive, of a chlorate-based explosion.

221.    *Second*, according to eyewitness reporting, the VBIED exploded on contact with the Rhino armored bus.[328]  Detonation upon impact is consistent with the chemical properties of a chlorate-based explosive.[329]  Chlorate-based explosives are extremely shock sensitive, meaning that any sudden force impacting the chlorate mixture can cause detonation without the need for blasting caps or other firing mechanisms.[330]  With most other explosives, in order for a bomb to detonate precisely upon striking the target, the individual conducting the attack would have to have precise timing and trigger control or an observer would have to remotely detonate, which is even more difficult to accomplish in terms of timing.  In either case, the explosion would have more likely occurred slightly before or after the vehicle collision.  But the shock sensitive nature of chlorate makes it an ideal choice for vehicle-based suicide bombing attacks.  The driver is instructed to ram a vehicle and even if the driver fails to initiate the explosive with a remote, the vehicle will detonate upon impact.

222.    *Third*, the decision to drive the vehicle directly into the "Rhino" armored bus itself indicates the use of chlorate-based explosives.  If the intended target is an armored vehicle, the goal of the attack is to pierce the armor.  Chlorate-diesel's blast intensity is very high close to the point of detonation but drops as the blast wave moves away from the detonation point. This means that in order to defeat armored plating, an attacker would want to detonate as close as possible to the intended target, which is what occurred here.

223.    I conclude that the suicide attack used chlorate-based explosives and this further supports my overall conclusion that the Kabul Attack Network committed this attack due to their ease in obtaining chlorate-based explosives and frequent use of this compound.

### d.    Claims of Responsibility and Suicide Bomber Identity

224.    In a web article published by alemara1.com, the official website of the "Islamic Emirate of Afghanistan," a Taliban spokesman described the decision making leading up to the attack and identified the "martyr" who conducted this attack.  The article included information that was only available to the attackers themselves about target selection and the failed attempt to avoid civilian casualties.  The Taliban claimed responsibility and identified the bomber as a young man who lived in Kabul, named Shaheed Abdur Rahman of the Hazarbuz tribe.  The Hazarbuz tribe is a Pashtun tribe with a strong affiliation to the Haqqani tribal areas.  It is likely that the Haqqani Network trained Abdur Rahman in the FATA prior to conducting the attack.[331] The claim of responsibility by the Taliban and the naming of a Haqqani-affiliated tribesman as

---

[327] AR 15-6 Rhino Bus Investigation at pdf pp. 268, 277 (describing initial white smoke or flash); *id.* at pdf pp. 268, 287, 303, 351 (describing darkening smoke).

[328] AR 15-6 Rhino Bus Investigation at pdf pp. 281, 309.

[329] Defense Intelligence Agency/JIEDDO, *Homemade Explosives*, at C-67 (Aug. 2012) (Ex. Q).

[330] *Id.*

[331] AR 15-6 Rhino Bus Investigation at pdf pp. 29, 404.

the suicide bomber further bolsters my conclusion that the Kabul Attack Network planned and conducted the attack.

### e.    U.S. Government Attribution

225.    "[B]ased on sensitive reporting and the accuracy of [the Taliban's] publicly reported [Battle Damage Assessment]," the U.S. military concluded that the attack on the Rhino bus was "**likely . . . a planned Taliban operation**."  The military also concluded that there was at least one Taliban individual on scene to record the effects.  The U.S. Government analysis also refers to a Taliban spokesperson who accurately described the purpose and movement patterns of the Rhino bus, which suggested that the bus "was deliberately targeted in this attack" by the Taliban.[332]

### E.    Conclusion

226.    After a review of the available information, I conclude that the attack that killed LTC Cabrera, SSG Newman, and SGT Darrough was part of a joint terrorist campaign to disrupt security in Kabul city and de-legitimize the Afghan Government and International Security forces by the Kabul Attack Network.

227.    In my professional opinion, the totality of the records available for review and my knowledge of the Afghanistan theater of operations indicates that:

a.    The October 29, 2011 incident was a sophisticated attack that occurred in Kabul and was committed by the "Kabul Attack Network."

b.    The prior reconnaissance of the target, the use of a vehicle laden with bulk explosives that detonated upon collision with the target vehicle, and the attacker's ability to move quickly to stage the attack are signature indicators of the Kabul Attack Network.

c.    The point of attack detonation of the VBIED, coloration of the smoke cloud, ammonium nitrate ban and historical use of chlorate-based explosives in similar VBIED attacks by the Kabul Attack Network make it likely that the explosive used was chlorate-based, a Haqqani Network signature often used by the Kabul Attack Network.

d.    The subsequent claim of responsibility by a Taliban associated media network, which accurately described details of the attack, strongly supports Kabul Attack Network culpability.

e.    The U.S. Government's conclusion that this attack was likely a planned Taliban operation further supports my conclusion that the Kabul Attack Network planned and executed this attack.

---

[332] Cabrera Storyboard at cover page (emphasis in original).

f.  Given the foregoing facts and analysis concerning this attack, and given Iran's multifaceted support for the Taliban-led syndicate in Afghanistan, I conclude that Iran's material support contributed to the Kabul Attack Network's ability to execute this attack.

## XI.  MAY 20, 2012 SUICIDE VEST BOMBER IN TARIN KOWT, URUZGAN PROVINCE

*Bellwether Geography:  Southeastern Afghanistan*
*Bellwether Attack Type:  Suicide Bombing*
*Direct Victim:  CPT Ryan Gregory Timoney*

### A.  Summary of Opinion

228.  After reviewing the evidence and available information, I conclude that the Taliban planned and executed the May 20, 2012 attack that wounded Captain (CPT) Ryan Gregory Timoney and eight other U.S. Soldiers and killed another two American Soldiers.  This attack was conducted by an individual wearing a suicide vest, which was designed and manufactured by the Taliban, likely in coordination with other terrorist groups.

### B.  Materials Reviewed

229.  In reaching my expert opinion, I relied on the following authoritative documents:

a.  AR 15-6 Investigations, Findings and Recommendations on the Deaths of CPT Jesse Ozbat and 2LT Tobias Alexander and all Soldiers seriously injured on May 20, 2012 in the vicinity of the District Headquarters, Tarin Kowt, Uruzgan Province. ("Ozbat/Alexander AR 15-6 Investigation") (Ex. R).[333]

b.  Interview of Ryan Timoney by Steve Wood (April 7, 2021) ("Timoney Interview").

c.  Declaration of Christopher Benjamin Perreault (July 27, 2021) ("Perreault Decl.") (Ex. S).

### C.  Attack Details

230.  On May 20, 2012, the 1st Squadron-14th Cavalry ("1-14 CAV") Regiment and Security Force Assistance Team ("SFAT") 28 were instructed to conduct a Key Leader Engagement ("KLE") with the Tarin Kowt City Police Substation near the Tarin Kowt Bazaar.[334] The mission's goal was to introduce SFAT 28, who had recently arrived in the area, to the local

---

[333] CPT Timoney's name does not appear in the AR 15-6 Investigation.  Names of wounded U.S. Personnel are typically redacted in public release AR 15-6 Investigations for privacy reasons.

[334] Ozbat/Alexander AR 15-6 Investigation at pdf p.13.

Afghan National Police Commander.[335]  There were five 1-14 CAV Soldiers, six SFAT 28 team members, and two interpreters who attended the meeting with the Afghan National Police Commander.[336]

231.    There was not enough room in the courtyard at the police substation for the convoy of four vehicles to park.[337]  The vehicles were parked approximately 50 feet outside the compound and the 11 Soldiers and two interpreters entered the compound on foot.  Other Soldiers remained with the vehicles for security.[338]

232.    After the meeting concluded and the Soldiers were returning to their vehicles, a man wearing traditional Afghan garb walked out from behind a row of shacks located near the police station.[339]  The interpreter for the American Soldiers asked him to stop three times, once in Dari and twice in Pashto, before he detonated a suicide vest approximately 10-15 meters away from the row of Soldiers.[340]  At the time of the attack, there were a number of Afghan civilians in the immediate area.[341]  This suicide attack severely wounded CPT Timoney along with eight other Soldiers and ultimately killed two others.[342]

---

[335] *Id.*; *see also* Perreault Decl. ¶ 4.

[336] Ozbat/Alexander AR 15-6 Investigation at pdf p.13; Perreault Decl. ¶¶ 6, 7.

[337] Perreault Decl. ¶ 8.

[338] *Id.*; Ozbat/Alexander AR 15-6 Investigation at pdf p.15.

[339] Perreault Decl. ¶ 9.

[340] Ozbat/Alexander AR 15-6 Investigation at pdf p.17.

[341] Perreault Decl. ¶ 10.

[342] Ozbat/Alexander AR 15-6 Investigation at pdf p.13.



**Figure 34:** Military Photo and Explanation of Attack.[343]



**Figure 35:** Diagram of attack and order of movement for U.S. Soldiers.[344]

### D.    Attribution

233.    In my expert opinion, Taliban forces committed the attack on May 18, 2012 that seriously wounded CPT Timoney and killed two others.  I further conclude that the Taliban conducted this attack after significant planning and intended for the attack to kill Coalition forces.  I reach this conclusion based on the results of the U.S. Government's Ozbat/Alexander AR 15-6 Investigation, the Timoney Interview, the Perreault Declaration, and from my expert knowledge of Afghanistan's geography and the Taliban's TTPs.

### a.    Geography and Time Period

234.    The May 18, 2012 attack was in the bazaar, or shopping area, of Tarin Kowt, the provincial capital of Uruzgan[345] and the childhood home of the Taliban's first leader, Mullah

---

[344] Ozbat/Alexander AR 15-6 Investigation at pdf p.107.

[345] Uruzgan Provincial Overview, Naval Postgraduate School, https://nps.edu/web/ccs/uruzgan.

Omar.[346]  Tarin Kowt is strategically important because it sits at a junction of roads that connect the plains and deserts of southern Afghanistan with the mountainous interior of the country.



**Figure 36:**  Map of Afghanistan (2008) (with detailed view of Tarin Kowt added).[347]

---

[346] *Afghan Taliban publish Mullah Omar biography*, BBC News (Apr. 5, 2015), https://www.bbc.com/news/world-asia-32189847.

[347] Map of Afghanistan (2008), https://maps.lib.utexas.edu/maps/middle_east_and_asia/txu-oclc-309295540-afghanistan_pol_2008.jpg.

235.    Tarin Kowt is an opium trading hub, and police corruption and tribal skirmishes over control of the poppy fields are a constant backdrop to daily life.  Tarin Kowt is home to two distinct Pashtu tribes — Mullah Omar's tribe, the Hotak, is associated with Taliban activity and the Popalzai is generally sympathetic to the Afghan Government.[348]  As such, it was a frequent target for Taliban attacks.

236.    The bazaar is often the center of social and commercial life in smaller cities such as Tarin Kowt.  It typically is a centralized location containing hawalas for finance and shops selling food and wares to the surrounding communities.  The Tarin Kowt bazaar also contains the local police station, which the Soldiers were visiting.[349]

### b.    Attack Method

237.    CPT Timoney was injured when a Taliban suicide bomber detonated his suicide vest in a market as a Coalition unit was returning from a meeting.[350]  On the day of the attack, American military intelligence indicated there were significant threat warnings centered around the bazaar concerning planned Taliban attacks.[351]  The threat warnings stated that two suicide bombers and two VBIEDs were in Tarin Kowt, intending to target Coalition force personnel.[352]

238.    The attack timing — at the immediate conclusion of a scheduled meeting with local Afghan police officials — indicates that the attacker was aware of Coalition force movements and was waiting for the Americans to finish their meeting before engaging.  This level of discipline, tactical planning and sophistication indicates likely involvement of Taliban training teams that moved across southern Afghanistan to provide guidance and training to local Taliban commanders.  Following the attack, members of the local police were noted as evasive during the course of questioning by American security personnel about their knowledge of the attack or Taliban involvement.[353]  The implication of police complicity, as referenced by CPT Timoney himself, whether valid or not, reduced the trust between Afghan national forces and the American trainers, a primary objective of this Taliban attack.[354]

239.    The bomber was likely wearing a cloth vest with an unknown homemade explosive contained in several plastic bags and sewn into the inside of the cloth vest.  Prior to sewing the vest, the bomb maker places metal, usually nails or ball bearings, held in place by glue on the outside of the explosive.  Once the outer part of the vest is sewn in place, the suicide bomber will connect the vest to an initiation device.  When initiated, the device provides an electric shock to the detonation cord, which will detonate the bulk explosive material.  The detonation creates enough force to propel the nails or ball bearings at high velocity into the

---

[348] *Uruzgan Provincial Overview*, Program for Culture and Conflict Studies — Naval Postgraduate School, https://nps.edu/web/ccs/uruzgan.

[349] Ozbat/Alexander AR 15-6 Investigation at pdf p.13.

[350] Timoney Interview.

[351]  Ozbat/Alexander AR 15-6 Investigation at pdf pp.15, 16, 108.

[352] *Id.*; *see also* Perreault Decl. ¶ 5.

[353] Ozbat/Alexander AR 15-6 Investigation at pdf p.23.

[354] Timoney Interview.

intended target(s). The use of this type of suicide vest is further indicated by the Timoney Interview and the Perreault Declaration, both of whom stated that the shrapnel from the suicide blast included ball bearings.[355]



**Figure 37:** Captured Afghan Suicide Vest with Ball bearing fragmentation.[356]

240. The Taliban's use of suicide attacks, served two purposes — at the immediate conclusion of a scheduled meeting with local Afghan police officials to degrade the trust between Afghan Government forces and Coalition forces and to intimidate Afghan Government forces and civilians into compliance with Taliban directives. However, suicide was generally frowned upon in the Pashtunwali code, and, in my expert opinion, the Taliban's use of suicide bombing reflects outside influence on traditional Taliban forces. As discussed previously, Al Qaeda introduced the Haqqani Network to the use of suicide bombers, and the Haqqani Network in turn spread the tactic through the broader Taliban.[357] Due to the historical reticence of local Taliban to commit suicide, the bomber was likely brought in from outside the area after being radicalized by members of the larger Taliban-led Syndicate, often Al Qaeda and the Haqqani Network. Although the Taliban's use of suicide bombers had increased by this time period, it still almost always indicates that the Taliban planned and executed the attack with support from out of area fighters. The fact that the suicide bomber executed the attack while there were civilians in the vicinity further reinforces my conclusion.

---

[355] *Id.*; Perreault Decl. ¶ 12.

[356] TEDAC Technical Exploitation Unit (TEXU): Assorted Items (Q4, Q6-7, Q9-16) – Technical Exploitation Data Report, FBI Laboratory Number 120703718-Part 5, CEXC Number AF 3612-BAF/12 (Revision 1) (Aug. 15, 2012) (Ex. C at FBI0000004, Fig. 1: (U) Vest, Ball Bearings, Glue, Document (Q4)).

[357] *See* discussion *supra* ¶¶ 88-91.

### E.    Conclusion

241.    After a review of the available information, I conclude that the Taliban planned and executed the attack that injured CPT Timoney along with eight other Soldiers and killed CPT Ozbat and 2LT Alexander.

242.    In my professional opinion, the totality of the record available for review and my knowledge of the Afghanistan theater of operations indicates that:

    a.    The attack occurred in the capital of Uruzgan Province, a traditional Taliban stronghold.  Uruzgan is the childhood home of Mullah Omar, the founder of the Afghan Taliban, where sympathies for the Taliban among the local population run high and the Taliban's influence and presence is pervasive.

    b.    A suicide bomber wearing an explosive vest with metal fragments sewn into the vest conducted the attack.  This type of attack is commonly associated with priority Taliban targets and indicates cooperation between national Taliban leadership and the local Taliban at a minimum.  Because suicide is against the Pashtunwali code, the attacker was likely trained by other members of the Syndicate and brought in from outside Uruzgan Province.

    c.    The use of a suicide bomber in this attack served two purposes — to degrade the trust between Afghan Government forces and Coalition forces and to intimidate Afghan Government forces and civilians into compliance with Taliban directives.

    d.    Given the foregoing facts and analysis concerning this attack, and Iran's multifaceted support for the Taliban-led Syndicate in Afghanistan, I conclude that Iran's material support contributed to the Taliban's ability to execute this suicide attack.

## XII.    MAY 31, 2012 IED IN ZOMBALAY DISTRICT, HELMAND PROVINCE

*Bellwether Geography:  Southern Afghanistan*
*Bellwether Attack Type:  IED*
*Direct Victims:  SGT Eric M. Hunter*

### A.    Summary of Opinion

243.    After reviewing the evidence and available information, I conclude that the May 31, 2012 attack that wounded Sergeant (SGT) Eric M. Hunter was caused by a pressure-plate VOIED triggered by SGT Hunter stepping on the VOIED as he was moving to a support by fire position.  The Taliban designed, manufactured, and emplaced the device.

### B.    Materials Reviewed

244.    In reaching my expert opinion, I relied on the following authoritative documents:

a. Interview with Eric Hunter by Steve Wood (May 25, 2021) ("Hunter Interview").

b. Interview with Ruben Camarillo Arriaga by Steve Wood (June 2, 2021) ("Arriaga Interview").

c. Interview with Casey Klein by Steve Wood (June 29, 2021) ("Klein Interview").

d. Interview with Forrest McLean by Steve Wood (July 6, 2021) ("McLean Interview").

e. Declaration of Sergeant Major Ruben Arriaga (Aug. 27, 2021) ("Arriaga Decl.") (Ex. T).

### C.    Attack Details

245.    SGT Hunter was assigned as an augmentee to a United States Special Operations Force, assigned to conduct Village Stability Operations.  As part of this effort, the U.S. military was operating a District or Village Stability Platform ("VSP") in Zombalay Village, Nahri Saraj District, Helmand Province in 2012.[358]  VSPs were small firebases controlled by U.S. Special Forces (Green Berets) or Marine Reconnaissance Raiders.  VSPs were established as part of a program started in 2010 and were placed in enemy areas to enable the U.S. military Special Operation troops to train local Afghan villagers and security forces to fight against the Taliban.[359]  These locations often had conventional forces — such as mechanics, cooks, and line infantry units — for life support and force protection for the Special Operations troops.  SGT Hunter was a conventional force Soldier assigned to the VSP as a cook in support of an ODA — a Special Forces unit.[360]  On occasion, augmentees, like SGT Hunter, went out on foot patrol to enhance the fire power of the Special Forces.  On May 31, 2012, SGT Hunter was selected to augment the Special Forces as a mortarman in support of a deliberate operation to clear insurgents out of the area.[361]

246.    On May 31, 2012, the ODA team leader, then Master Sergeant Ruben Camarillo Arriaga, decided to conduct an operation towards an overwatch position on the Helmand River, north of their base.  The ODA had augmentees accompany them to provide support during kinetic actions, in addition to Afghan Commandos, Marine Special Operations Forces ("Marine Raiders") who were training the Commandos, Afghan Local Police and Afghan National Police.  In total, over 30 personnel, including SGT Hunter, went on the ODA-led patrol column.[362]  SGT

---

[358] Hunter Interview.

[359] Col. Ty Connett & Col. Bob Cassidy, *Village Stability Operations:  More than Village Defense*, Special Warfare Vol. 24, Issue 3 (July-Sept. 2011), https://www.soc.mil/ SWCS/SWmag/archive/SW2403/SW2403VillageStabilityOperations_MoreThanVillageDefense.html.

[360] Hunter Interview.

[361] *Id.*

[362] Klein Interview.

Hunter was assigned to assist the infantry platoon's mortar section and was placed in the rear of the formation. SGT Hunter was an ammo bearer, so in addition to his normal load, he was also likely carrying 100 pounds of weight in mortars and accompanying equipment.[363]



**Figure 38:** Google Map Image of location of IED attack in relation to VSP Zombalay.[364]

247.    As indicated in the figure above, the force was broken into two columns to prevent the Taliban from tracking their movement.[365] The column to the west (on the left of the figure above) was the American Special Forces and a platoon of augmentees from the 3rd Infantry Division, including SGT Hunter. The eastern column included the Marines and Afghan Commandos who were to move around to the north of the objective village and prevent the Taliban from fleeing north. The two columns moved roughly in parallel towards a nearby small village, which they occasionally used to provide overwatch on the Helmand River.[366]

248.    When the two columns approached the small village, the Marine Raider-led column moved from the west towards the village. This column began to receive direct fire from the vicinity of the small village, which consisted of a row of residential mud-walled houses and a small path. The second column to the left, containing SGT Hunter, decided to secure the village to provide supporting fires to the Marine and Afghan Commando element. According to eyewitness reporting and a subsequent internal, informal review discussed by one of the

---

[363] Arriaga Decl. ¶ 9.

[364] Google Maps, Coordinates: 31°51'13.0"N 64°42'33.9"E,
https://www.google.com/maps/place/31°51'13.0%22N+64°42'33.9%22E/
@31.8450529,64.6930297,57011m/data=!3m1!1e3!4m5!3m4!1s0x0:0x0!8m2!3d31.8536014!4d64.7094234
(coordinates of VSP Zombalay provided by Klein; view zoomed to x5).

[365] Arriaga Decl. ¶ 4.

[366] Hunter Interview.

interviewees, 29 Soldiers entered the village through a small gateway in an earthen wall before SGT Hunter.[367]  As the firefight continued, SGT Hunter's mortar team was ordered to move into position to provide supporting fires to other elements.  SGT Hunter stated he was going to get on top of a roof to provide support to the team in contact.  SGT Hunter was last in the mortar team movement.  Directly in front of him was a bomb-sniffing dog and a dog handler, who were moving to clear the small village path of IEDs.[368]  The dog handler stopped, and SGT Hunter ran to the right of the dog handler.  SGT Hunter stepped on a pressure plate VOIED, heard it click, and then explode, causing his injury.

### D.    Attribution

249.    In my expert opinion, Taliban forces committed IED attack that seriously injured SGT Hunter.  I further conclude that the Taliban planned this attack in advance by planting the IED and intended for the attack to kill Coalition forces.  I reach this conclusion based on the eyewitness accounts given by SGT Hunter, Sergeant Major Arriaga, Master Sergeant Klein, and Warrant Officer McLean; historical intelligence and threat reporting about the Helmand River Valley; and my personal and expert knowledge and experience in the Helmand River Valley.

### a.    Geography and Time Period

250.    Zombalay Village is located in Nahri Saraj District, Helmand Province.  Helmand Province is the largest province in Afghanistan, largely covered in desert.[369]  The predominate terrain feature in Helmand is the Helmand River, which runs south from the mountains in Helmand and Uruzgan Provinces, crossing through Helmand Province, before turning west and terminating in a salt lake in the southwest portion of Helmand Province.  The Helmand River is used heavily for irrigation, and most of Helmand Province's population is adjacent to the Helmand River.  The rest of Helmand is extremely dry.

---

[367] Klein Interview; Hunter Interview.

[368] Hunter Interview; Arriaga Decl. ¶ 5.

[369] *Afghanistan: Province Dashboard*, The World Bank, https://www.worldbank.org/en/data/interactive/2019/08/01/afghanistan-interactive-province-level-visualization (Indicator:  Geography, Provincial Area (dropdown menu)); *Geology, Water, and Wind in the Lower Helmand Basin, Southern Afghanistan. Scientific Investigations Report 2006-5182* at 15-16, U.S. Department of the Interior, https://pubs.usgs.gov/sir/2006/5182/pdf/SIR06-5182_508.pdf.



**Figure 39:**  Map of Afghanistan (2008) (with detailed view of Nahri Saraj added).[370]

251.    The Nahri Saraj or Gereshk District is located to the north of Helmand's capital, Lashkar Gah, and to the north of Highway 1, the major highway of Afghanistan.  The village of Zombalay is located on the eastern side of the Helmand River with an irrigation canal to the east.

---

[370] Map of Afghanistan (2008), https://maps.lib.utexas.edu/maps/middle_east_and_asia/txu-oclc-309295540-afghanistan_pol_2008.jpg.

The geography of the Zombalay region is small farms and fields, mostly arid until irrigated. Rows of trees and small clusters of farm buildings border the fields. The approximate location of VSP Zombalay is shown on the below map.



**Figure 40:** Map showing VSP Zombalay.[371]

252.    Helmand Province is a traditional Taliban stronghold, with widespread overt support for the Taliban cause. Over the 20-year involvement of British and U.S. forces in the Province, the Taliban heavily contested control of every district in Helmand, and regularly attacked Coalition forces in the area.

### b.    Attack Method

253.    IEDs were the most common attack method in Helmand, aside from direct fire. By 2012 in Helmand, the Taliban had adapted to American counter-IED technology by using all wooden or low metal content IEDs to defeat American mine sweepers.[372] The Taliban would construct the IEDs using plungers or pieces of wood that when pressed together would complete a circuit, which then initiated the device. The name given to this type of VOIED was "pressure plate."[373] The pressure plate VOIED was extremely common throughout Helmand Province,

---

[371] Google Maps, https://www.google.com/maps/place/31°51'13.0%22N+64°42'33.9%22E/ @31.8450529,64.6930297,57011m/data=!3m1!1e3!4m5!3m4!1s0x0:0x0!8m2!3d31.8536014!4d64.7094234 (Coordinate of VSP Zombalay provided by Klein).

[372] Jon Boone & Nick Hopkins, *How Taliban's lethal IEDs keep troops guessing in Afghanistan*, Guardian UK (Mar. 7, 2012), https://www.theguardian.com/uk/2012/mar/07/afghanistan-improvised-explosive-devices.

[373] Victim Operated Improvised Explosive Device (VOIED) Recognition Guide – Afghanistan at 11 (Home Made Explosives (HME)), March 2011 (1st Ed.), https://info.publicintelligence.net/JIEDDO-VOIED.pdf.

including in Nahri Saraj District, and it was not uncommon to find several devices in close proximity to each other in the Zombalay region.[374]  Many IEDs in the region also used two carbon rods taken from 9-volt batteries that could conduct electricity but not be detected by conventional metal detectors.[375]  Pressure plate VOIEDs would usually have a connection to a yellow jug containing homemade explosives, typically ammonium nitrate and aluminum that would detonate once the victim stepping on the pressure plate and completed the electrical circuit.



**Figure 41:**  Example of a pressure-plate IED with jug containing homemade explosives.[376]

254.    Based on my interviews of eyewitnesses, in my expert opinion, the IED that injured SGT Hunter incorporated these design features.

255.    Furthermore, according to eyewitness reporting, the device that injured SGT Hunter likely was specifically calibrated to explode only when a certain amount of weight was applied — the weight of an American Soldier wearing body armor and carrying ammunition. SGT Hunter was carrying extra weight as a mortar man in addition to his body armor and weapon.  The eyewitnesses believe that is why SGT Hunter, the 30th person to enter the compound, detonated the device whereas other Soldiers and local Afghan civilians did not.[377]

---

[374] Arriaga Decl. ¶ 7.

[375] Klein Interview.

[376] *Afghanistan Improvised Landmine*, Australian Broadcasting Company (Jan. 6, 2016), https://www.abc.net.au/news/2016-01-06/afghanistan-improvised-landmine/7071594?nw=0.

[377] Arriaga Decl. ¶¶ 8-9; Klein Interview.

256.     This precise weight calibration indicated the device that wounded SGT Hunter was more sophisticated than many of the locally manufactured IEDs.  For example, one eyewitness described hearing IEDs exploding in the absence of any external stimulus.  In other words, these IEDs were poorly constructed and thus inadvertently went off.  Conversely, some IEDs in the area failed to detonate even when triggered.  In my experience, these issues with IEDs indicate that Taliban terrorists were making homemade explosives locally without a full understanding of the chemical reaction.  This stands in direct contrast to the sophistication of the trigger device on the IED that injured SGT Hunter.[378]

257.     Based on eyewitness recollections, and in my expert experience, the enemy in the immediate vicinity of VSP Zombalay was the Taliban.[379]  I conclude based on descriptions provided and my expert knowledge of the IED networks in the Helmand River Valley, that this attack was conducted by a local Taliban cell that received the trigger device from another area.  I arrive at this conclusion because the careful calibration of the trigger device to correspond specifically to the weight of an American Soldier carrying equipment stands in contrast to the homemade explosives typically used in the area and indicates external help from expert bomb makers.  Based on my experience in targeting bomb makers and IED training cadre, IED training in the Helmand River Valley was provided by elite Taliban fighters based in Pakistan, Iranian advisors, and Al Qaeda terrorists.  Further indications of outside help included eyewitness reports of finding a Ranger Handbook translated into "Arabic" in the vicinity of the attack.[380]  The Ranger Handbook is a small unit tactics guide commonly used by U.S. Army Infantry leaders for reference.  A copy translated into Arabic is a clear indication of Al Qaeda activity in the area.

###     E.     Conclusion

258.     After a review of the available information, I conclude that the Taliban planned and executed the attack which wounded SGT Hunter.

259.     In my professional opinion, the totality of the record available for review and my knowledge of the Afghanistan theater of operations indicates that:

    a.  The attack occurred in Nahri Saraj District in a historical Taliban attack zone used to prevent Coalition forces from entering the Taliban safe havens to the north in Sangin District as well as to limit the Afghan Government's use of Route 1 to the south.

    b.  The attack was conducted with a pressure plate VOIED.  This type of attack is consistent with Taliban attack methodology in Helmand Province during 2012.

---

[378] Klein Interview.

[379] Arriaga Decl. ¶ 10; McLean Interview.

[380] McLean Interview.

c. The calibration of the trigger device — to the specific weight of SGT Hunter's heavy load — indicates that the trigger manufacturer possessed outside assistance.

d. Given the forgoing facts and analysis concerning this attack, I conclude that Iran's material support for the Taliban-led Syndicate in Afghanistan, including Iran's provision of explosives and training in explosive device manufacturing, contributed to the Taliban's ability to conduct this attack.

## XIII.  JUNE 18, 2013 INDIRECT FIRE ATTACK ON BAGRAM AIRFIELD, PARWAN PROVINCE

*Bellwether Geography:  North Central Afghanistan*
*Bellwether Attack Type:  Indirect fire*
*Direct Victim:  SPC Robert W. Ellis*

### A.    Summary of Opinion

260.    After reviewing the evidence and available information, I conclude that the Taliban conducted the June 18, 2013 rocket attack that killed Specialist (SPC) Robert W. Ellis and three other U.S. Soldiers and wounded others.

### B.    Materials Reviewed

261.    In reaching my expert opinion, I relied on the following authoritative document:

a. AR 15-6 Investigation IDF (Indirect fire) attack on BAF (Bagram Airfield) resulting in 4 x US KIA (killed in action) and 4 x US WIA (wounded in action), June 18, 2013 ("AR 15-6 Investigation Bagram IDF") (Ex. U).[381]

### C.    Attack Details

262.    On June 18, 2013 at 8:55 PM local time the Taliban fired two 107mm rockets at Bagram Airfield from the southwest side of the base.  The first round impacted on the center of a road adjacent to Entry Control Point ("ECP") 3 located on the southern edge of Bagram Airfield. The impact point was near a bus pick-up site where the 32nd Transportation Company was waiting for transportation to their barracks after completing a training class.  When the rocket detonated on impact, the explosion sent shrapnel into the group of Soldiers killing SPC Ellis and one other instantly, fatally injuring two others, and wounding others.  The second round missed the base completely and landed in a nearby field.  A malfunction in the base's alarm system, which usually gives a warning prior to a rocket attack permitting residents to attempt to take cover, resulted in the alarm not activating, and the Soldiers at the bus stop were caught completely unaware of the incoming rockets.[382]

---

[381] While the document title states 4 US WIA, the report consistently references 2 WIA.  It is likely that two of the U.S. Soldiers wounded had significantly more minor injuries than the other two.

[382] AR 15-6 Investigation Bagram IDF at pdf pp. 9, 15.



**Figure 42:** View from ECP 3 Tower.[383]



**Figure 43:** Birdseye view of attack location
(with rocket impact and ECP 3 Tower location added).[384]

---

[383] *Id.* at pdf p. 39.

[384] Google Maps,
https://www.google.com/maps/place/Bagram,+Afghanistan/@34.9229672,69.2559961,181m/data=!3m1!1e3!4m5!3
m4!1s0x38d197fee0bb28a1:0x9ae2312130699227!8m2!3d34.9402503!4d69.2549736 (Annotations are based on
firsthand statements and the previous photo of the area).

### D.    Attribution

263.    In my expert opinion, Taliban forces committed the June 18, 2013 rocket attack on Bagram Airfield that killed SPC Ellis.  I further conclude that the Taliban planned this attack in advance by and intended for the attack to kill Coalition forces.  I reach this conclusion based on the results of the U.S. Government's AR 15-6 Investigation Bagram IDF; and from my expert knowledge of Afghanistan's geography and the Taliban's TTPs.

### a.    Geography and Time Period

264.    The rocket attack occurred in north central Afghanistan in Parwan Province at Bagram Airfield, a major command and logistics hub for American forces including Special Forces.  Parwan Province is located directly north of the Afghan capital of Kabul.  The population of Parwan Province is predominantly ethnically Tajik, a group that is typically anti-Taliban, and Pashtun, the predominant ethic group in the Taliban.  The population is mostly rural with much of the Province's economy related to subsistence farming or providing support to Bagram Airfield.

265.    Bagram Airfield is located in the southern district of Bagram approximately 64 kilometers due north of Kabul in a wide valley ringed by mountains.  Bagram Airfield was considered a center of American power and an obvious target for Taliban or foreign fighters who wished to demonstrate their ability to strike at Americans.  Due to the large and unsympathetic Tajik population in Parwan, many of whom had historical grievances with the Taliban, Taliban terrorists who conducted attacks against Bagram Airfield would travel into Parwan from other areas of Afghanistan.  The Taliban often staged attacks on Bagram Airfield from Wardak Province located south and west of Parwan and Laghman Province to the west.



**Figure 44:** Google Maps Image of Parwan Provinces showing Bagram.[385]



**Figure 45:** A view of Bagram Airfield, Afghanistan from the Air Traffic Control Tower's catwalk. (U.S. Air Force/Staff Sgt. Craig Seals).[386]

---

[385] Google Maps, https://www.google.com/maps/place/Parwan,+Afghanistan/@34.8856804, 68.6865567,10z/data=!4m5!3m4!1s0x38d18f6813256ad5:0xfa277b1ce72d6b6b!8m2!3d34.9630977!4d68.8108849 (Province names added).

[386] Phillip Walter Wellman, *Worker Stranded at Bagram Base Petitions Military for Freedom*, Stars and Stripes (Aug. 10, 2020), https://www.military.com/daily-news/2020/08/10/worker-stranded-bagram-base-petitions-military-freedom.html.

b.        **Attack Method**

266.    The Taliban consistently used indirect fire against Bagram Airfield throughout the American involvement in Afghanistan.  The high mountains located near the base provide insurgents the ability to observe the base prior to an attack, use indirect fire, and then flee into the wooded hills after launching the attack before American attack helicopters could take off and engage them.

267.    Between January 1 and June 18, 2013, ten indirect fire attacks were conducted against Bagram Airfield, all of them involving rockets.  In each instance, the Taliban fired from a different location, with no firing point located within two kilometers of another firing point.  The use of different firing points made it difficult for American security personnel to observe for incoming attacks, since this tactic required American response personnel to survey the entire perimeter of Bagram Airfield.  The Taliban did not use this tactic at other American bases.  Instead, typically, the Taliban would have three to five preferred locations for launching attacks.[387]

268.    The rocket attacks on Bagram Airfield historically hit the airfield about 50 percent of the time and half of those that hit the airfield damaged equipment.  Approximately 25 percent of the rockets that impacted the airfield in the period from 2002 until 2013 injured or killed someone working at the base.[388]

269.    The Taliban used a 107mm rocket in the attack that killed Specialist Ellis.[389]  A 107mm rocket is designed to be launched out of a tube that can be adjusted based on geometry of flight to provide a fairly accurate impact point.[390]  The Taliban did not have launching tubes for these rockets, so they improvised the rocket launches.  Occasionally, the Taliban welded together a rudimentary iron rail system to use for firing, or in the case of contested areas, such as the Bagram District, the Taliban would place the rocket on sandbags to provide a platform from which to fire.  The terrorist would then connect a power source and a timer, so that they would not be in the area of the rocket once fired.

270.    The 107mm rocket was likely chosen due to its range, small size, and widespread availability.  The Taliban frequently used 107mm rockets.  Many 107mm rockets are produced by Iran.  And Iran has provided the Taliban with 107mm rockets and training on how to use them since 2006 according to multiple sources.[391]

---

[387] AR 15-6 Investigation Bagram IDF at pdf p. 11.

[388] *Id.*

[389] *Id.* at pdf pp. 9, 18.

[390] *107mm HASEB Rocket*, Collective Awareness to UXO, https://cat-uxo.com/uxo-types/rockets/107mm-haseb-rocket (describing ability to improvise launching and reduced accuracy).

[391] *See, e.g.*, Expert Report of W. Roggio at ¶¶ 135, 160, 162, 185-86; Daniel Brown, *The Pentagon showed off these weapons that Iran has given to the Taliban and Houthis, saying it wasn't a political stunt*, Reuters (Nov. 30, 2018), https://www.businessinsider.com/us-shows-weapons-iran-given-houthis-yemen-not-political-stunt; Jeff Schogol, *Iran supports the Taliban with weapons, training, and money, Pentagon report says*, Task and Purpose (Nov. 19, 2019), https://taskandpurpose.com/news/iran-supports-taliban/.

### c.    U.S. Government Attribution

271.    The AR 15-6 Investigation Bagram IDF concluded the 107mm rocket attack was conducted by "enemies of Afghanistan."[392]

272.    Based on personal observation during six years in the Afghan conflict, I know that the U.S. Government and allied forces developed a policy of referring to the Taliban-led Syndicate as "insurgents," "anti-government militia," and anti-Afghan forces or simply the "enemy" due to a perceived need to deny conferring the Taliban-led Syndicate official recognition.  Furthermore, the Afghan Government and Afghan military officials disliked American and Coalition forces using the term "Taliban" because it literally means "student of Islam," which they did not feel accurately describes the Taliban terrorists.  On the rare occasion that the attack was committed by a different group, the government reporting would use different terminology to indicate that.  Thus, in my expert opinion, the U.S. Government concluded that the Taliban-led Syndicate committed this attack.

### E.    Conclusion

273.    After a review of the available information, I conclude that the Taliban conducted the 107mm rocket attack that killed SPC Ellis and three other Soldiers and wounded others.

274.    In my professional opinion, the totality of the record available for review and my knowledge of the Afghanistan theater of operations indicates that:

    a.    The Taliban conducted the 107mm rocket attack to harass Bagram Airfield, as they had done for years.

    b.    The tactics of moving the rocket firing point for every launch indicates that this particular terrorist cell had learned either from personal experience or training that American forces would routinely attempt to identify previous Taliban firing points and observe them.

    c.    The use of the 107mm rocket indicates with moderate confidence that the rocket was originally manufactured in Iran and may have been provided by Iran to the Taliban.

    d.    Given the forgoing facts and analysis concerning this attack, I conclude that Iran's material support for the Taliban-led Syndicate in Afghanistan, including Iran's provision of 107mm rockets and training in their use to the Taliban, contributed to the Taliban's ability to execute this attack.

---

[392] AR 15-6 Investigation Bagram IDF at pdf p. 9.

## XIV.  JULY 15, 2013 82MM RECOILLESS RIFLE ATTACK IN PAKTIA PROVINCE

*Bellwether Geography:  Loya Paktia*
*Bellwether Attack Type:  Small arms, rocket propelled grenade, and anti-aircraft attacks*
*Direct Victim: SSG Sonny C. Zimmerman*

### A.    Summary of Opinion

275.    After reviewing the evidence and available information, I conclude that the Haqqani Network conducted the July 15, 2013 attack involving an 82mm recoilless rifle that killed Staff Sergeant (SSG) Sonny C. Zimmerman and injured six others.

### B.    Materials Reviewed

276.    In reaching my expert opinion, I relied on the following authoritative document:

a.    AR 15-6 Investigation RCLR (Recoilless Rifle) Attack resulting in 1 x US KIA, 5 x US WIA, 1x US CAT A (July 15, 2013) ("AR 15-6 Recoilless Rifle Investigation") (Ex. V).

### C.    Attack Details

277.    On the evening of July 15, 2013, SSG Zimmerman was struck by a recoilless rifle positioned off of the road in a small ravine.  The rifle fired one round, which penetrated the right-side window of his vehicle, striking SSG Zimmerman and killing him instantly.  The spalling from the window and concussive wave from the round injured six others in the vehicle.[393]

278.    SSG Zimmerman's unit, 1st Battalion, 506th Able Company, was based at Assistance Platform ("AP") Chamkani in northeastern Paktia Province, Afghanistan.  At the time of the attack, they were conducting route security for a Combat Logistics patrol after training Afghan National Army soldiers at a nearby base.[394]

279.    The pre-mission intelligence briefings and planning for the patrol movement highlighted insurgents in the area who had attacked American route clearance patrols with an 82mm recoilless rifle — twice in the preceding 45 days.[395]  The recoilless rifle is a lightweight artillery tube designed to allow the fired projectiles' propellant gases to escape out of the rear of the weapon.  This allows for the forward thrust of the cartridge to occur without the recoil associated with large artillery weapons.  The barrel of the system is rifled like a gun, giving the weapon system its name.  Recoilless rifles were developed to combat tanks and are widely

---

[393] AR 15-6 Recoilless Rifle Investigation at pdf pp. 10, 12, 14.

[394] *Id.* at pdf pp. 7, 9.

[395] *Id.* at pdf pp. 6, 8.

available in conflict areas around the globe.[396]  The 1st Battalion was actively seeking to counter and destroy the recoilless rifles used to attack American forces.

280.    On the afternoon of July 15, 2013, Able Company departed a small U.S. base in the village of Chamkani in staggered convoys and began to drive towards the training location — Ahmed Khel District Center.  First Platoon of Able Company departed at 2:46 PM local time, and at 4:17 PM local time insurgents attacked it with a machine gun and AK-47s.  After moving through the attack area, the platoon realized that the enemy was firing from too far away for an effective ambush and returned to engage the enemy from outside of the insurgents' weapon range in order to establish security on the route.  The insurgents broke off the attack when supporting American attack helicopters arrived on scene.  Following this brief enemy engagement, 1st Platoon continued to Ahmed Khel, where they trained Afghan National Army soldiers.[397]

281.    Following the training, Able Company departed the Ahmed Khel District Center by platoon, with 3rd Platoon leaving at 9:45 PM local time and 1st Platoon at 9:50 PM local time.  When the 3rd Platoon was approaching a bridge near Mushaka Village, 1st Platoon saw a flash of light and heard an explosion in the vicinity of 3rd Platoon.  Third Platoon did not see or hear any attacks and continued onward.  Although bullet marks were later found in a 3rd Platoon vehicle, no one recalled any contact.[398]

282.    First Platoon then drove up to the same bridge and conducted a halt, during which it turned off all vehicle lights and used night vision to check for insurgents.  First Platoon waited there until the Combat Logistics Patrol, which Able Company was tasked with providing additional security for, approached.  First Platoon then moved forward continuing to look for the recoilless rifle or insurgent activity.  At 10:45 PM local time, one 82mm round from a recoilless rifle struck one of the Mine-Resistant Ambush Protected ("MRAP") vehicles of 1st Platoon, penetrating the truck commander's window, killing SSG Sonny Zimmerman, wounding the driver with shrapnel, and concussing five other personnel in the vehicle.[399]

### D.    Attribution

283.    In my expert opinion, the Taliban committed the July 15, 2013 recoilless rifle attack that killed SSG Zimmerman.  I further conclude that the Taliban conducted this attack based on their training in how to respond to opportunities and intended for the attack to kill Coalition forces.  I reach this conclusion based on the geographic location, my expert knowledge of the Taliban's TTPs, and results of the U.S. Government's AR 15-6 Recoilless Rifle Investigation.

---

[396] *Recoilless Weapons*, Small Arms Survey Research Notes Weapons and Markets, No. 55, at 1-2 (Dec. 2015), https://www.smallarmssurvey.org/sites/default/files/resources/SAS-Research-Note-55.pdf.

[397] AR 15-6 Recoilless Rifle Investigation at pdf pp. 8-9.

[398] *Id.* at pdf pp. 9-10.

[399] *Id.* at pdf pp. 6, 10, 12.

### a.   Geography and Time Period



**Figure 46:** *Topographic map of Paktia Province.*[400]

284.    The attack occurred in northeast Paktia Province.  Paktia Province is in the eastern part of Afghanistan and its eastern border runs alongside Pakistan.  Paktia Province's topography is defined by steep mountains in the north of the district and on the border with Pakistan and a wide irrigated valley that runs through the center of the province.  As part of the larger Loya Paktia —literally "greater Paktia" region — Paktia Province's population is ethnically Pashtun, with a distinctive dialect and dress, and is culturally homogenous.

285.    Paktia Province is part of the historic, traditional tribal area for the Haqqani Network.  It contains numerous smuggling routes from Taliban, Haqqani Network, and Al Qaeda sanctuaries in Pakistan, through Paktia and into southern Afghanistan and Kabul.  I assess these routes provide the Taliban-led Syndicate the connectivity needed to coordinate military campaigns across eastern Afghanistan.  Because of the importance of these supply lines, the Haqqani Network constantly attempted to deny Afghan Government forces and American troops control of the Province.  Insurgent activity in Paktia Province is almost always associated with the Haqqani Network.  Foreign fighter groups, like Al Qaeda, are also frequently involved.  The

---

[400] Paktia Province taken from Google maps with "terrain" and Base map image.  Google Maps, https://www.google.com/maps/place/Paktia,+Afghanistan/@33.560855,69.0599467,10z/data=!4m5!3m4!1s0x38d69 276cd0f3b4d:0x8432ba0cb2fe778c!8m2!3d33.706199!4d69.3831079!5m1!1e4.

attack occurred in an area of Paktia that historically supports the Haqqani Network, near traditional homes for members of the Haqqani tribe.[401]

286.    The attack occurred on a route between AP Chamkani and the Ahmed Khel District Center.  The region around Ahmed Khel is extremely rugged terrain with restricted vehicle routes that follow narrow valleys, providing an opportune location for IED strikes and ambushes.  The map below shows the approximate route the convoy was taken when it was attacked.



**Figure 47:**  Map of Able Company's Route.[402]

287.    The picture below was taken just outside Chamkani to the south of the village and shows the road that the convoy was traveling on when it was attacked.

---

[401] *See* discussion *supra* ¶¶ 80-86.

[402] Google Maps, https://www.google.com/maps/@33.0162629,68.5638531,8z/data=!5m1!1e4 (Place names are visible if zoomed in).



**Figure 48:** Chamkani village in Paktia Province.[403]

b.    **Attack Method**

288.    Historically, insurgents in Paktia Province, who are almost certainly affiliated with the Haqqani Network, employed harassing fires on American and Afghan forces to delay, demoralize and attrit Coalition forces; to establish freedom for the insurgents to maneuver; to expand insurgent zones of control; and to create areas where the Coalition forces could not enter. Members of the Taliban-led Syndicate have used the 82 mm recoilless rifle since the Soviet invasion.  And, as the photo illustrates, an 82 mm recoilless rifle is not a rifle at all but is designed to attack and penetrate armored vehicles, like tanks.

---

[403] Mapio.net, *Nice chamkani*, https://mapio.net/pic/p-64131141/ (The website uses locational data from photographs paired with maps to show precise geographies.  In my opinion, it is a reliable source for showing the appearance of a particular area.).



**Figure 49:** Taliban fighter firing an 82mm recoilless rifle.[404]

289.    In the restricted terrain of northeastern Paktia Province, Haqqani Taliban deployed a recoilless rifle to attack to disable or destroy Coalition armored vehicles.  The terrain would restrict subsequent movement of the convoy, force the vehicles to stop, and Haqqani Network members would then attack the trapped vehicles with direct fire.  Haqqani Network members would also use recoilless rifles to take individual shots at vehicles while hidden and then retreat into the dense terrain before Coalition forces could respond, as was the case here.

290.    In the weeks prior to this attack, insurgents had placed IEDs and conducted multiple direct fire attacks against the Afghan Government forces in the vicinity of Lajah Magal and Ahmed Khel in order to prevent Coalition and Afghan Government forces from interdicting insurgent activity in the area.  Intelligence reporting up to three months prior to the attack indicated that the insurgents were going to use a recoilless rifle against American engineer teams coming to clear the roads of IEDs.  There had been two prior recoilless rifle attacks against engineer route clearance patrols in the weeks leading up to the event.[405]

291.    I assess that the attack on July 15, 2013 was in response to the amount of U.S. movement in the area surrounding Ahmed Khel.  The small arms attack earlier in the day was an immediate, unplanned reaction.  Upon spotting Americans, the insurgents mounted an ad hoc attack.  I assess that after observing where the American troops went, insurgents prepared an ambush using the recoilless rifle to attack the Americans as they returned to their base.

292.    The insurgents that killed SSG Zimmerman used an 82mm recoilless rifle positioned in deep vegetation.  The vegetation was deep enough to obscure visual and infrared observation of the recoilless rifle.  The Company was using thermal imaging to search for

---

[404] Gabriel Dominguez, *The Taliban's killer tactics*, Deutsche Welle (Aug. 8, 2013), https://www.dw.com/en/the-talibans-killer-tactics/a-17004915.

[405] AR 15-6 Recoilless Rifle Investigation at pdf p. 8.

weapons in the hillsides along the road, but the recoilless rifle was not located prior to the attack.[406]

293.    Camouflaging a weapon system from visual observation is a common Taliban tactic; however, using camouflage to prevent detection of heat signatures is a more advanced technique, which — in my experience — is often associated with Haqqani Network members. The Haqqani Network was long noted for the most tactical acumen in the greater Taliban-led Syndicate in terms of conducting attacks.[407]  The camouflage of the weapon was so effective that less than an hour prior to the attack, the enemy likely fired the same rifle, unsuccessfully, on the 3rd Platoon without detection.[408]  I assess that it was likely the same rifle based on eyewitness descriptions of a flash and explosion, which are consistent with a recoilless rifle and not just small arms fire.

294.    The recoilless rifle projectile hit the window of SSG Zimmerman's vehicle, the weakest part of the armor on an MRAP, at night.  It penetrated the window and killed SSG Zimmerman.  Based on the precise location of impact, I conclude that a well-trained expert likely fired the shot.  Once the attack on SSG Zimmerman's vehicle occurred, Haqqani terrorists concentrated small arms fire on the damaged vehicle briefly.[409]  I assess that this was to provide cover for movement of the recoilless rifle to safety prior to the arrival of reinforcing American troops.

### c.    U.S. Government Attribution

295.    The AR 15-6 Recoilless Rifle Investigation concluded local "insurgents" used an 82mm recoilless rifle to fire an armor-piercing round through the window of SSG Zimmerman's MRAP, which killed him.[410]

296.    Based on personal observation during six years in the Afghan conflict, I know that the U.S. Government and allied forces developed a policy of referring to the Taliban-led Syndicate as "insurgents," "anti-government militia," and anti-Afghan forces or simply the "enemy" due to a perceived need to deny conferring the Taliban-led Syndicate official recognition.  Furthermore, the Afghan Government and Afghan military officials disliked American and Coalition forces using the term "Taliban" because it means "student of Islam," which they did not feel accurately describes the Taliban terrorists.  In this instance, based on the analysis above, I conclude that "insurgents" referred to members of the Taliban's subgroup the Haqqani Network.

---

[406] *Id.* at pdf p. 86.

[407] Randy Ziffer, *In Afghanistan, No One Owns the Night Anymore*, International Policy Digest (July 15, 2020), https://intpolicydigest.org/in-afghanistan-no-one-owns-the-night-anymore/.

[408] AR 15-6 Recoilless Rifle Investigation at pdf pp. 9-10.

[409] *Id.* at pdf pp. 12, 43.

[410] *Id.* at pdf p. 7.

### E.    Conclusion

297.    After a review of the available information, I conclude with high confidence that the Haqqani Network planned and executed the attack against the MRAP vehicle containing SSG Zimmerman.

298.    In my professional opinion, the totality of the available record and my knowledge of the Afghan theater of operations indicates that:

    a.  The geographic location of the attack in northeastern Paktia Province, a traditional Haqqani tribal area, indicates that the attack was very likely committed by the Haqqani Network.  Insurgents and smuggling in the area are strongly associated with the Haqqani Network.  The intent of the Haqqani attack was to deter U.S. and Afghan Government movement along the route and provide freedom of movement for weapons, men, and equipment across the Pakistani border and into support zones inside Afghanistan.

    b.  The prior use of the recoilless rifle against American forces in the immediate geography of the attack indicates the attack was conducted by local terrorists.

    c.  The attack was conducted by an 82mm recoilless rifle, which fired an armor-piercing round through the window of an MRAP.  The Haqqani Network commonly used this attack methodology to harass and interdict American and Afghan movement throughout the Loya Paktia region.

    d.  The use of camouflage to hide or obscure the weapon from observation with both visible and infra-red technology to conduct a precision attack at night without detection or interdiction is a more advanced technique than most Taliban have used.  Advanced military tactics at this level and in this region were historically been a Haqqani-associated capability.

    e.  Given the forgoing facts and analysis concerning this attack, I conclude that Iran's material support for the Taliban-led Syndicate in Afghanistan, including the coordination and training provided to the Haqqani Network, contributed to the Haqqani Network's ability to conduct this successful attack.

## XV.    AUGUST 7, 2016 KIDNAPPING IN KABUL CITY

*Bellwether Geography:  Kabul*
*Bellwether Attack Type:  Kidnapping*
*Direct Victim:  Kevin King*

### A.    Summary of Opinion

299.    After reviewing the available information, I conclude that the Taliban committed the August 7, 2016 kidnapping of Professor Kevin King and one Australian national, Timothy Weeks, in order to exchange these individuals for high priority Taliban detainees

**B.    Materials Reviewed**

300.    In reaching my expert opinion, I relied on the following authoritative documents:

    a.    Interview with Kevin King by Steve Wood (Apr. 14, 2021) ("King Interview").

    b.    Taliban video, *Taliban Release new video Timothy Weekes and Kevin King New Massage [sic]*, (Jan. 17, 2017), ("King Hostage Video") (Ex. W).

    c.    Taliban video, *Taliban Released New Videos of Two Prisoners* (June 16, 2017) ("Second King Hostage Video") (Ex. X).

    d.    Press Release, U.S. Department of State, Statement by Secretary Michael R. Pompeo, *Celebrating the Release of American and Australian Hostages* (Nov. 19, 2019), https://2017-2021-translations.state.gov/2019/11/19/celebrating-the-release-of-american-and-australian-hostages/index.html ("Pompeo Statement").

    e.    Joint Media Statement, Hon. Scott Morrison, MP, Prime Minister and Senator the Hon. Marise Payne, Minister for Foreign Affairs, Minister for Women, *Release of Tim Weeks, kidnapped in Afghanistan* (Nov. 19, 2019), https://www.foreignminister.gov.au/minister/marise-payne/media-release/release-tim-weeks-kidnapped-afghanistan ("Australian Prime Minister Statement").

**C.    Attack Details**

301.    On August 7, 2016, the Taliban-led Syndicate kidnapped Mr. King and an Australian man — both professors at the American University of Afghanistan — during movement from the university campus to their secure lodging at a guesthouse in Kabul.



**Figure 50:**  Map of American University of Afghanistan with bus route added showing direction of travel prior to turning off main road.[411]

302.    On the day of the attack, Mr. King had just completed teaching an English course to Afghan students and went to catch a transportation bus slated to depart the campus at 7:45 PM local time.  The bus had one driver and one security guard.[412]  Mr. King boarded the bus with the Australian professor, Mr. Weeks, and the ride started uneventfully; however, a couple of minutes into the ride, a van pulled up in front of the bus and braked to a sudden stop.[413]  Four men jumped out of the van dressed in Afghan Army uniforms and carrying machine guns.  The armed men threatened the driver and security guard with the weapons, demanding that they unlock and open the bus door.  When the driver did so, the armed men grabbed Mr. King and Mr. Weeks, moved them to the van, frisked them, and then instructed them in English to lie down and not move.  According to Mr. King, the armed men moved south and then east, stopping only once to present documents at an Afghan Army checkpoint.  While Mr. King did not know exactly where they were being driven, he believed it was to eastern Afghanistan to a higher elevation and after a couple of hours felt he was in Pakistan.  When they stopped, their captors pulled Mr. King and Mr. Weeks out of the van and handed over to a different group of armed men.[414]

303.    The second group of armed men tied the hands of the two professors behind their backs and marched them up a rocky hill to a second van.  If they tripped on rocks, the captors would strike the men.  The kidnappers switched vans two more times, and each time they

---

[411] Google Maps, https://www.google.com/maps/place/American+University+of+Afghanistan+-+دانشگاه+امریکایی+افغانستان+%E2%80%AD/@34.4759226,69.124941,419m/data=!3m1!1e3!4m5!3m4!1s0x0:0x6b9538 0a26de5ec3!8m2!3d34.4755224!4d69.1264538.

[412] King Interview.

[413] Saad Hasan, *How an Australian held hostage by the Taliban converted to Islam*, TRT World (Jan. 28, 2021), https://www.trtworld.com/magazine/how-an-australian-held-hostage-by-the-taliban-converted-to-islam-43681 ("Weeks Article").

[414] King Interview.

covered both captives with tarp. A couple of times during this drive a gunshot was fired, and the captives felt they were going to be killed. They ultimately arrived at a house with numerous armed men who Mr. King explained looked like Taliban because they wore traditional Afghan robes or perahan tunba and wore rifles. These armed individuals informed Mr. King and Mr. Weeks that they were being held as hostages and filmed a video on a mobile phone. The two captives were instructed to change into local clothing and informed that they were not going to be killed. Instead, their captors told Mr. King and Mr. Weeks that they had been kidnapped to trade for U.S.-held Taliban Prisoners.[415]

304.    Over the next weeks, months and years, Mr. King and Mr. Weeks were moved constantly. Starting within two to three hours of the stop at the initial house, they were loaded into a van and blindfolded and went to another place for a couple of days. Then they moved again this time for a month. The two prisoners were fed twice daily and told to lay there without a reference to time or place. To maintain the feeling of hopelessness and disorientation, their captors deliberately refused to provide any clocks or schedule and restricted light and vision of the outside world by covering any openings.[416] During that time, the hostages were moved to over thirty different locations[417] and would often be forced to stay in empty Karez[418] irrigation tunnels to avoid Coalition and Afghan Government detection.[419]

---

[415] *Id.*

[416] King Interview.

[417] Weeks Article.

[418] Karez are constructed as a series of well-like vertical shafts, connected by sloping tunnels, which tap into subterranean water in a manner that efficiently delivers large quantities of water to the surface by gravity, without need for pumping. *See Karez System Cultural Landscape*- UNESCO Culture World Heritage Center, https://whc.unesco.org/en/tentativelists/6110/.

[419] King Interview.



"د امریکا د متحده ایالاتو حکومت د کیوین کینگ او تیموتي وییکس، چي
په افغانستان کي تښتول شوي وو، د هغوی د مسکم خوندي رسانتیدو ،
بیرته تر لاسه کولو، او د موقعیت معلوماتو لپاره ، تر یو (۱) ملیون
ډالرو پوري انعام ورکوي. که تاسو په دي اړه کوم خبرتیا لری،
مهرباني وکړئ خپل معلومات د خپل نږدی امریکي سفارت/ قونسلگري
ته او tips.fbi.gov ته ورانډی کړئ."

**Figure 51:** Photo of the FBI's reward offer of $1 million USD for information on the whereabouts of Mr. King and another missing American.[420]

## D.    Attribution

305.    In my expert opinion, the Taliban kidnapped Mr. King and Mr. Weeks to gain leverage in negotiating the release of Taliban fighters detained by the U.S. or Afghanistan.  The Taliban frequently uses kidnapping to gain political or economic advantage,[421] with over 100 confirmed kidnapping of Westerners since 2001.[422]  The Taliban has kidnapped an even greater number of Afghan civilians during the time period.[423]

### a.    Geography and Time Period

306.    The kidnapping of Mr. King and Mr. Weeks occurred in the vicinity of the American University of Afghanistan in Kabul.  Kabul, the capital of Afghanistan, is a large city of 3.5 million people with the greatest foreign civilian presence of any city in Afghanistan.  The symbolism of the capital as the heart of the Afghan Government made it a worthwhile target for anti-government militias and a strategic priority for both the Taliban and the Afghan Government.

---

[420] FBI, *Wanted by the FBI:  $1 Million Reward in Overseas Kidnapping Cases (Kevin King)*, https://www.fbi.gov/contact-us/field-offices/washingtondc/wanted/1-million-reward-in-overseas-kidnapping-cases.

[421] Australian Prime Minister Statement.

[422] Gov.uk, *Foreign travel advice – Afghanistan*, https://www.gov.uk/foreign-travel-advice/afghanistan/terrorism.

[423] *See, e.g.*, U.N. Assistance Mission in Afghanistan (UNAMA), *Afghanistan: Midyear Report 2016, Protection Of Civilians In Armed Conflict* at 65-66 (July 2016), https://www.refworld.org/docid/57977c584.html.

307.    The American University of Afghanistan was a Western-funded, not-for-profit university established to provide higher education to Afghan students.  It was established in 2006 with 50 students[424] and enrolled more than 1200 students in August 2021 before it was taken over by the Taliban.[425]  The faculty was largely Western, as was the case with Mr. Weeks and Mr. King.  Mr. King described an environment where the students were anxious to learn and not critical of the American presence.  The campus was in the center of Kabul, near Darul Aman Palace and the Afghan Parliament.

### b.    Attack Planning

308.    In planning the kidnapping of Mr. King and Mr. Weeks, the Taliban used persistent surveillance of the target, determining the target's pattern of life, and rehearsing the attack in order to succeed in isolating the target, confusing the target, and applying overwhelming force and speed in exiting the abduction area.  The precise execution of the attack indicates that a professional team using deliberate planning and rehearsal conducted the attack and subsequent kidnapping.  Based on the execution, I assess that this attack was conducted by higher-level Taliban or the Haqqani Network.

309.    The kidnappers would have had an easy time conducting surveillance and building a pattern of life of the target.  The team would be aware of the location of the American University of Afghanistan and, given the number of students enrolled, would have ready access to the schedule and routine of classes and instructors through at least some Afghan students.  The attackers had years to study the routes taken by the school faculty van to and from the house where Western teachers lived.  The faculty van followed a predictable and posted schedule, and rarely deviated from time or route according to Mr. King.  Prompted by a need for foreign hostages, the Taliban probably began planning the attack and conducting surveillance years in advance.[426]

310.    The Taliban's surveillance allowed it to locate the van in the right position at the right time and conduct the attack away from easy observation from passersby. Mr. King described the fact that the van used the same routes every night (and morning), including driving through certain alleys, which functioned as restricted movement corridors.  When the van turned down one of the restricted alleyways the kidnappers were able to get in front of the van and stop it, blocking forward movement.[427]

311.    The kidnappers also conducted the attack in Afghan Army Uniforms, which initially confused the driver, security guard, and the two professors.  The presence of Afghan soldiers is not unusual in Kabul and there was no reason for the driver or security guard to attempt to back out of the alleyway or otherwise respond immediately.  This element of surprise

---

[424] American University of Afghanistan, LinkedIn, https://www.linkedin.com/company/the-american-university-of-afghanistan/?originalSubdomain=af

[425] *American University of Kabul Students Trying to Flee Were Sent Home*, The New York Times, https://www.nytimes.com/2021/08/29/world/taliban-american-university-of-kabul-afghanistan.html

[426] King Interview.

[427] *Id.*

allowed the four kidnappers to adopt a neutral posture until they could dominate the encounter with the guard and driver (who I do not believe were complicit) with direct threats of violence. Based on my knowledge of the difficulty of interdicting an armed moving vehicle with the intent of removing the passengers alive and experience investigating other similar attacks, I assess that the actions at the point of capture indicate prior planning and probably even rehearsals prior to action.

### c.    Attack Method

312.    The kidnappers' subsequent activities as they moved their hostages from the point of capture to the long-term holding sites indicated a further level of sophistication. Immediately following their capture, and prior to movement, they frisked the hostages for electronic devices to avoid electronic tracking. The hostages were told to lie down to not be observed. And at one point, likely once they reached the outer security ring of Kabul, the kidnappers showed movement papers allowing them to go out into the contested regions south and east of Kabul. The use of real — or high-quality forged — documentation further supports the conclusion that the kidnapping crew was well trained and prepared. [428]

313.    Once they reached the initial destination — after a couple hours of traveling — the hostages were marched up a rocky hillside and loaded into another van, where they rode for a while covered under a tarp.[429] Switching vehicles and covering the prisoners with a tarp serves three purposes in a would be kidnapper's objective: (1) continue to disorient and confuse the captive to induce a state of hopelessness in escape, (2) mitigate any chance they may have been followed, and (3) help hide the prisoners.

314.    The period of time in captivity for Mr. King and Mr. Weeks was a little over three years. At one point, United States Special Operations forces located the hostages in Ghazni Province, but the Taliban guards told the professors that the attackers were Islamic State and would undoubtedly kill them if they could.[430] This removed the motivation of the hostages to flee during the confusion of the attack and the professors were relocated into a tunnel,[431] likely an unused Karez, to hide from American observation. The Taliban frequently used the Karez system, an underground irrigation system, to avoid detection.[432]

### d.    Claims of Responsibility

315.    According to Mr. King, the captors explained immediately after kidnapping them that they did not want to kill them, but they wanted to trade them for Taliban prisoners being held by the U.S. and Afghanistan. The captors also specifically described themselves to Mr.

---

[428] *Id.*

[429] *Id.*

[430] Weeks Article.

[431] King Interview.

[432] *See, e.g., Marines hunt Taliban hiding in tunnels*, Military Times (Mar. 22, 2013), https://www.militarytimes.com/2013/03/22/marines-hunt-taliban-hiding-in-tunnels/; Paul Kelso, *Ancient water trenches give Taliban ideal defenses*, Guardian UK (Nov. 1, 2001), https://www.theguardian.com/world/2001/nov/02/afghanistan.terrorism2.

King as Taliban and mujahedeen — warriors for God.  They also told the professors that they as the Taliban controlled 70 percent of the country, but wanted the whole country.[433]

316.    In 2017, the Taliban released a video of the two hostages, in which both Mr. Weeks and Mr. King referred to their captivity.  Mr. Weeks asked President Trump to negotiate with the Taliban and Mr. King stated at minute 5:50 in the video "my name is Kevin King and I have been kidnapped by the Taliban in Kabul."  The video began with the Taliban flag and the Surah al Fatiha prayer followed by a reference to a verse form the Koran urging a fight against those who have wronged you. [434]  His captors — who were filming, editing, and posting the video — would not have had Mr. King make this statement unless it was true.

### e.    Prisoner Exchange and Government Attribution

317.    The release of Mr. King and Mr. Weeks in November 2019 was in exchange for the release of a group of three senior Haqqani Network commanders:  Anas Haqqani, brother of Siraj Haqqani (deputy leader of the Taliban); Mali Khan, senior member of the Haqqani Network; and Qari Abdul Rashid Omari, Haqqani Network ground commander for Southeastern Afghanistan.[435]  The Afghan Government negotiated the release directly with the Taliban in Qatar.[436]  As discussed previously, the Haqqani Network is a subgroup of the broader Taliban, a connection reinforced by the Taliban's negotiation of the release of Haqqani prisoners.  The exchange of Haqqani Network prisoners for Mr. King and Mr. Weeks make Taliban involvement in the kidnapping difficult to refute.  Additionally, Secretary of State Pompeo's statement on the occasion of Mr. King's release identifies the Taliban as having released him.  I assess with near certainty that Taliban forces planned and conducted the kidnapping of Mr. King and held him hostage for three years and with moderate confidence that the attack involved some assistance from the Haqqani Group.

---

[433] *Id.*

[434] King Hostage Video.

[435] Hasib Danish Alikozai and Khalid Mafton, *Afghan Prisoner Swap Falling Apart Amid Uncertainty About Inmates Whereabouts*, Voice of America News (Nov. 15, 2019), https://www.voanews.com/extremism-watch/afghan-prisoner-swap-falling-apart-amid-uncertainty-about-inmates-whereabouts; Pompeo Statement.

[436] *U.S. and Australian hostages released as part of a Taliban prisoner swap*, BBC News (Nov. 19, 2019), https://www.bbc.com/news/world-asia-50471186.



FILE - This handout photo taken Oct. 15, 2014 by the
Afghan National Directorate of Security shows Taliban
prisoner Anas Haqqani, a senior leader of the Haqqani
network, in Kabul.

**Figure 52:**  Photograph of Anas Haqqani.[437]

### E.    Conclusion

318.    After a review of the available information, I conclude the Taliban conducted the kidnapping and detention of Mr. King, likely with assistance from the Haqqani Network.

    a.    The initial kidnapping was conducted in the heart of Kabul, which had a heavy Coalition and Afghan force presence.  This indicates a long planning cycle, professional training, and more seasoned Taliban or Haqqani involvement.

    b.    The kidnappers moved their hostages to a Taliban-controlled area rapidly, and they were prepared for contingencies like being stopped at government checkpoints.

    c.    The kidnappers repeatedly told Mr. Weeks and Mr. King that they were being held by the Taliban.  The Taliban further produced a video in which the prisoners stated they were being held by the Taliban.  The video began with the Taliban banner prominently displayed indicating that they were responsible for the filming.

    d.    The constant movement of the hostages to avoid detection indicates familiarity with American tactics in locating and interdicting Taliban activities.  The use of Karez systems to avoid detection from the air and ground is a common Taliban technique.

    e.    The release of senior Haqqani Network commanders, including Anas Haqqani, indicates that the Taliban kidnapped Mr. King and Mr. Weeks with the express intent of trading them for high value Taliban prisoners, who had been captured by the Americans or Afghans.

---

[437] Hasib Danish Alikozai and Khalid Mafton, *Afghan Prisoner Swap Falling Apart Amid Uncertainty About Inmates Whereabouts*, Voice of America News (Nov. 15, 2019), https://www.voanews.com/extremism-watch/afghan-prisoner-swap-falling-apart-amid-uncertainty-about-inmates-whereabouts.

f. Given the forgoing facts and analysis concerning this attack, I conclude that Iran's material support, including training in sophisticated operational activities, for the Taliban-led Syndicate in Afghanistan contributed to the Syndicate's ability to conduct this attack.

## XVI. JUNE 10, 2017 INSIDER ATTACK IN PEKHA VALLEY, NANGARHAR PROVINCE

*Bellwether Geography:  N2KL*
*Bellwether Attack Type:  Insider Attack*
*Direct Victims*:  *SGT Dillon C. Baldridge and SGT William M. Bays*

### A.    Summary of Opinion

319.    After reviewing the available evidence and information, I conclude the Taliban committed the June 10, 2017 insider attack that killed Sergeant ("SGT") Dillon C. Baldridge, Sergeant ("SGT") William M. Bays, and one other U.S. Soldier and wounded a fourth U.S. Soldier.

### B.    Materials Reviewed

320.    In reaching my expert opinion, I relied on the following authoritative documents:

a. AR 15-6 Investigation Green on Blue Incident — Pekha Valley, Achin, Nangarhar Province June 10, 2017 ("AR 15-6 Green on Blue Incident") (Ex. Y).
b. Presentation of AR 15-6 Investigation to the Family of SGT William Bays ("AR 15-6 Bays Presentation") (Ex. Z).

### C.    Attack Details

321.    On June 10, 2017, an Afghan National Army Commando named SGT Obaidullah Armani, assigned to the 3rd Company, 1st Special Operations Kandak[438] ("SOK") conducted a "green on blue"[439] attack on the 2nd platoon, Delta Company, 187th Infantry battalion at an observation post (OP) called "Radio Ridge" in the Pekha Valley of Nangarhar Province.  The attack by Armani killed SGT Baldridge, SSG Bays, and one other U.S. Soldier and wounded another U.S. Soldier.[440]

322.    At the time of the attack, 2nd platoon, Delta Company, 187th Infantry was supporting a U.S. Army ODA or a "Green Beret" unit.  The mission of 2nd Platoon was to serve

---

[438] Kandak is the Pashto word for Battalion.

[439] Green on Blue attacks are the American military term for insider attacks committed by Afghan forces.  The term originates in the map symbology colors assigned to military forces, with American or NATO forces assigned the color blue and Afghan forces assigned the color green.

[440] AR 15-6 Green on Blue Incident at pdf pp. 13, 19, 29.

as the Tactical Reaction Force ("TRF") providing additional security and firepower to the Green Berets if they encountered a large enemy force.  The Green Berets were conducting partnered missions with the Afghan Commandos in the Pekha Valley in Nangarhar Province, Afghanistan as part of Operation Hamza — an Afghan military initiative to reclaim Nangarhar Province from the recent incursion of the Islamic State-Khorasan into the area.  The Radio Ridge OP was established to provide overwatch and early warning to the Army Special Forces located at the base of the hill.  A squad of Soldiers from the TRF and an Afghan Commando squad staffed the OP.  The OP was very small, and the Afghan Commandos and U.S. Soldiers lived and slept in the same general area in very close quarters.[441]

323.    At approximately 1:00 PM local time on June 10, 2017, TRF Soldiers were preparing to rotate off of Radio Ridge OP and turn it completely over to Afghan forces.  They had completed packing up their equipment and were awaiting transportation from the U.S. Special Forces unit.  SSG Bays and SGT Baldridge were relaxing and talking inside the communal area with two other U.S. Soldiers as they awaited transportation from the OP.  The Afghan Commandos were also talking and relaxing in the same area except for Armani, who was walking around the compound and praying.  Ultimately, Armani entered the Commando office to pray by himself.  In between the prayers, a U.S. Soldier overheard Armani talking on a tactical radio.  Since the praying was typical for the Islamic Holy Month of Ramadan and  Armani was the lead NCO for the Commandos and frequently spoke on the radio, his activity was not considered unusual.[442]

324.    Once Armani completed his prayer in the Commando office, he assumed a firing position at a small window that faced into the communal area.  A surviving U.S. Soldier observed Armani placing his M4 through the window and later recalled being confused by the action.  Armani then shouted "Allahu Akbar" or "God is Great" and began shooting at U.S. Soldiers.[443]

325.    Armani shot SGT Baldridge in the head first.  He then shot SSG Bays, SGT Houck, and one other U.S. Soldier.  As the attack unfolded, one U.S. Soldier was obscured from Armani's view.  This American Soldier together with an Afghan Commando returned fire and struck Armani, wounding him.  Once Armani was wounded and stopped firing, two U.S. Soldiers returned to the room and began to treat the wounded Americans.  Upon seeing SSG Bays laying in a pool of blood, the Americans determined he was deceased.  They then moved to SGT Baldridge, determining after a short time that his head wound had also been fatal.  The Soldiers then moved to SGT Houck and administered first aid.  As they were providing first aid, a U.S. Soldier checked on Armani, and noticed the wounded man was attempting to grab a nearby weapon.  At that point the U.S. Soldier shot and killed Armani.  The other Afghan Commandos in the room had run to a corner outside of the line of sight of Armani as soon as he began firing and made no attempt to engage Armani.[444]

---

[441] *Id.* at pdf pp. 29, 38, 79, 96, 209-210.

[442] *Id.* at pdf pp. 29, 219-20.

[443] *Id.* at pdf p. 220.

[444] *Id.* at pdf pp. 29-32, 220-21.

### D.    Attribution

326.    In my expert opinion, the individual who committed the June 10, 2017 insider attack was acting on behalf of Taliban leadership.  At the very least, I conclude he was inspired by the Taliban.  I further conclude that Armani planned the attack in advance and intended for the attack to kill Coalition forces.  I reach this conclusion based on the results of the U.S. Government's formal investigation into the deaths of SGTs Baldridge and Bays; the Taliban's claim of responsibility; and from my expert knowledge of Afghanistan's geography and the Taliban's TTPs.

### a.    Geography and Time Period



**Figure 53:**  Map of Nangarhar Province showing districts and adjoining provinces (with approximate location of attack added).[445]

327.    This "green on blue" or insider attack occurred in the Pekha Valley in Achin District, Nangarhar Province.[446]  Achin is a mountainous district located in the southern portion of Nangarhar within the Spin Ghar mountain range.[447]  The District is extremely difficult to access due to its mountainous terrain.  Achin District's main economic drivers are poppy

---

[445] AR 15-6 Bays Presentation at pdf p. 8.

[446] *Id.*

[447] Rohullah Sorush & S. Reza Kazemi, *One Land, Two Rules (4):  Delivering public services in embattled Achin district in Nangahar province*, Afghanistan Analysts Network (Mar. 25, 2019), https://www.afghanistan-analysts.org/en/reports/economy-development-environment/one-land-two-rules-4-delivering-public-services-in-embattled-achin-district-in-nangrahar-province/.

cultivation and illegal timber harvesting. The area has long been a major transit hub for Taliban and Al Qaeda from Pakistan into Afghanistan, and by 2017 was a hub for the Islamic State Khorasan ("ISIS-K").[448] For these reasons, the District was considered strategically valuable to both the Afghan Government and the Taliban. The Afghan Commandos were in the region to attempt to interdict ISIS-K as they moved into Afghanistan.

328.    The Pekha Valley is a wooded steep valley, surrounded by mountains. Flat ground upon which to build bases was in short supply. OP Radio Ridge was located at the top of a ridgeline, to maintain the high ground and provide early warning to the ODA camp, located on the valley floor.[449] The OP was established initially as an American-only base, but during the course of US-Afghan partnered operations, it was gradually being turned over to the Afghans.[450] As a result of this turn-over, the restrictive terrain, and civilians moving back to the area surrounding the base camp, the U.S. unit (TRF) was living in the same area as the Afghan Commandos, something that usually did not happen.[451] The close living quarters of the Commandos and the U.S. Army TRF provided the enemy close access to U.S. Soldiers in a secure environment.

### b.    Attack Method

329.    A Green on Blue attack involves traitors or disaffected Afghan security force members gaining access and building trust and then murdering their compatriots or American allies in a surprise attack. Insider attacks are generally either supported or inspired by the Taliban or arise from conflicts between Western soldiers and the fundamentalist Islamic faith. The first type of insider attack, one conducted in support of the Taliban, often will have very limited warning signs leading up to the attack. The second type of insider attack is often an immediate reaction to a real or perceived slight either to the personal honor of the Afghan or the Islamic religion.

330.    The Taliban-led Syndicate considers insider attacks a key tactic and announces them as a planned attack type each spring as part of the Quetta Shura's annual strategy for the upcoming fighting season.[452] The insider attack is used against anyone the Taliban considers enemies — including the Afghan National Army and American forces — to sow distrust and hurt morale among Coalition forces.

331.    The Taliban generally recruits individuals to conduct insider attacks by appealing to ideology or religion or by intimidating the potential attacker. For ideological members, the Taliban recruits individuals to join it and then assigns them to join the Afghan security force

---

[448] *Islamic State Khorasan (IS-K)*, Center for Strategic and International Studies Transnational Threat Project (2018), https://www.csis.org/programs/transnational-threats-project/past-projects/terrorism-backgrounders/islamic-state-khorasan.

[449] AR 15-6 Green on Blue Incident at pdf pp. 79, 138.

[450] *See*, *e.g.*, *id.* at pdf p. 29 (discussing final American departure).

[451] *Id.* at pdf pp. 29, 138.

[452] *See*, *e.g.*, *Taliban vow suicide and "insider" attacks in new spring offensive*, Reuters (Apr. 27, 2013), https://www.reuters.com/article/us-afghanistan-offensive/taliban-vow-suicide-and-insider-attacks-in-new-spring-offensive-idUSBRE93Q01Z20130427.

personnel in order to commit the attack. More rarely, the Taliban will recruit members of the Afghan military to support the Taliban ideology. Individuals ideologically committed to the Taliban are not given a specific time frame to conduct the attack and instead are instructed to be model soldiers, waiting until a significant target of opportunity appears such as a senior American officer visit or an isolated unit that could be quickly murdered in their sleep while the inside attacker is on guard.

332.    Occasionally, ideological followers of the Taliban who are also members of the Afghan military decide to commit insider attacks without coordinating with Taliban leadership ahead of time. Such individuals are inspired by the Taliban ideology to commit terrorist attacks on Americans and are aware that they have a unique opportunity to commit an insider attack — one of the key attack types the Taliban has announced.

333.    The Taliban also coerces Afghan soldiers to become Taliban members by leveraging the safety of the soldier's family or himself. Afghan soldiers from areas with a heavy Taliban presence often are approached when they go home for leave to visit their families. Taliban within the village will approach the soldier and tell him that his family will be executed if he does not cooperate.

334.    In the case of the June 10, 2017 attack on SSG Bays and SGT Baldridge, evidence strongly suggests that Armani was acting on behalf of the Taliban and was not acting in response to an insult or slight.

335.    *First*, several items in Armani's past indicate that a combination of personal turmoil, ideology, and religion prompted him to attack. As part of the selection process for Afghan Commandos, intelligence personnel will conduct screening interviews and background investigations on potential Commando trainees. Any derogatory information related to personal situation, ideology, religious extremism, or vulnerability to leverage leads to dismissal from Commando training. Armani was first screened by U.S. Army Special Forces on September 24, 2011, and was deemed unsuitable and a threat to Americans due to his jihadist sympathies and his belief that Americans, Russians and Chinese people were "infidels." The U.S. Government report and interviews with the Afghan counter intelligence team determined that gaps in the Afghan counter intelligence process existed and likely led to his admittance into the Commando program. The examination of Armani's personal effects after the attack indicated that Armani had close and continuing contact with two other Afghans who were dismissed from Commando training due to failing the counter intelligence screening. Further, there were rumors among the other Afghan Commandos that Armani was a member of the Taliban who had been incarcerated.[453]

336.    *Second*, there was evidence that Armani planned the attack to maximize effect, which is an instruction given by Taliban leadership for insider attacks. One of the Soldiers who survived Armani's attack stated that Armani attempted to find out information about the American unit's plans and timelines for movement off OP Radio Ridge.[454] The fact that the TRF

---

[453] AR 15-6 Green on Blue Incident at pdf pp. 15, 73, 223-224.

[454] *Id.* at pdf p. 49.

was in the process of permanently departing OP Radio Ridge indicates that Armani may have thought this was his last chance to kill Americans.

337.    *Third*, religious fervor and the celebration of Ramadan may have influenced Armani's decision to press forward with his attack.  Ramadan, typically a period of sacrifice, repentance and celebration by Muslims world-wide, has been twisted by some Salafist sects such as Al Qaeda and parts of the Taliban to represent the holiest time to conduct violent jihad.  Under this violent interpretation of the Jihad struggle, Salafists believe actions against "infidels," such as Americans, are greatly rewarded in heaven.  This could have played a part in Armani's decision as evidenced by the frequent prayers immediately prior to his attack.

338.    *Fourth*, the radio transmissions Armani[455] made was likely to the Taliban, reporting that his attack was commencing.  I base this on my knowledge of Taliban insider attacks after the American drawdown began.  Insider attacks had shifted to targeting Afghan Army formations instead of American troops, where the insider would kill as many of his comrades as possible and then escape.  It is likely that Armani had an escape plan, and was notifying the Taliban to be ready to pick him up at a pre-determined location.

### c.    ISIS-K Activity

339.    At the time of this attack, ISIS-K also had an active presence in Nangarhar.  However, I assess that Armani was operating on behalf of the Taliban and not ISIS for three reasons.  *First*, insider attacks are not a tactic typically used by ISIS-K.  ISIS-K favored direct fire, suicide attacks, and brutal executions.  I am not aware of ISIS-K ever conducting claiming or expressing desire or intent to conduct insider attacks.  *Second*, at that time, I do not believe ISIS-K would have had the capability to conduct such an attack.  *Third*, ISIS-K had not been active in the area for very long and insider attacks take time to cultivate.  Indeed, at the time Armani received his initial screening in 2011, during which he expressed anti-American sentiments, ISIS-K did not even exist.

### d.    U.S. Government Attribution

340.    The U.S. Government investigation into the June 10, 2017, attack concluded that Armani committed the attack for unknown personal motivations.[456]

341.    The investigating officer considered the possibility that Armani was mentally ill, and there are multiple accounts of personal stress in Armani's life including the betrothal of a woman he was hoping to marry to another man by the woman's parents.  There were also stories of his social awkwardness and seeming inability to make friends with his fellow Afghan commandos.[457]

---

[455] *Id.* at pdf p. 220.

[456] *Id.* at pdf pp. 13, 227.

[457] *Id.* at pdf pp. 51, 224.

342.    I assess, however, that details from Armani's background indicate that he was acting on behalf of the Taliban, whether under direct orders from Taliban leadership or based on his own initiative to further the Taliban's terrorist goals.  As discussed above, he was previously identified by American counterintelligence screening as unsuitable and thus dismissed from the Commandos due to an assessment that he posed a likely threat to American forces.  Armani stated on record that he viewed American, Russian, and Chinese people as "infidels" and had expressed sympathies for militant "jihadist" causes.  Armani had close and continuing contact with two individuals released from Commando training due to Taliban sympathies.  Armani also had a break in service from the Afghan military of over two years where he could have easily further have been radicalized, although no proof exists that this occurred.  In my opinion, the U.S. Government investigation was hesitant to recognize these key indicia of Taliban involvement because it did not want to admit that the Taliban could infiltrate even the elite Afghan forces.[458]

343.    Despite the lack of formal U.S. Government attribution to the Taliban in the investigation, the totality of the circumstances indicate that it is highly likely that Armani was acting on behalf of the Taliban and seized an opportunity to target Americans before they departed, during Ramadan, a period where extremely devout Salafists believe that martyrdom against "infidels" is the pinnacle of achievement.

### e.    Claims of Responsibility

344.    Taliban spokesman Zabiullah Mujahid claimed responsibility for the attack, stating that "[a] Mujahid (freedom fighter) . . . attacked American soldiers…invaders [who] were there to support their Afghan slaves."[459]  Mujahid's attack claim also correctly identified the region the attack occurred.  While Taliban claims of responsibility for insider attacks are sometimes opportunistic, Mujahid's claim for this attack, combined with other details, make it highly likely to be a true claim of responsibility.

### E.    Conclusion

345.    After a review of the available information, I conclude that the insider attack that killed SSG Bays and SGT Baldridge and one other U.S. Soldier and wounded a fourth U.S. Soldier was committed by the Taliban or by an Afghan inspired by the Taliban in support of Taliban objectives to destroy trust between the Afghan Commandos and the American military and hurt the morale of both the American and Afghan militaries.

346.    In my professional opinion, the totality of the record available for review and my knowledge of the Afghanistan theater of operations indicates that:

  a.    Armani was a Taliban sympathizer who committed the attack at the behest of the Taliban leadership or to further the Taliban's goals.

---

[458] *Id.* at pdf pp. 15, 227.

[459] Ryan Browne et al., *Afghan soldier kills three US soldiers, US official says*, CNN (June 12, 2017), https://www.cnn.com/2017/06/10/politics/afghanistan-us-service-members-killed/index.html.

b.  Details from Armani's background indicate that he acted on behalf of the Taliban.  He was previously identified by American counterintelligence screening as unsuitable and thus dismissed from the Commandos due to an assessment that he posed a likely threat to American forces.  Armani stated on record that he viewed American, Russian, and Chinese people as "infidels" and had expressed sympathies for "jihadist" causes.  Armani had close and continuing contact with two individuals released from Commando training due to Taliban sympathies.

c.  The timing of the attack indicates that Armani used Taliban techniques for insider attacks.  Armani was interested in learning about the American timeline for movement and the attack occurred on the same day Americans were preparing to permanently leave the OP.

d.  The statement claiming responsibility for the attack on SSG Bays and SGT Baldrige by the Taliban, while not conclusive, is highly likely to be accurate.

e.  Given the forgoing facts and analysis concerning this attack, and Iran's multifaceted support for the Taliban-led Syndicate in Afghanistan, I conclude that Iran's material support contributed to the Taliban's ability to execute this insider attack.

## XVII.  CONCLUSION

347.    In my expert opinion, the Taliban-led Syndicate committed each of the bellwether attacks as part of an Iranian-backed campaign to drive American and Coalition forces from Afghanistan and overthrow the democratically elected government of Afghanistan.

My opinions in this report are based on the information available to me as of the date of this report and my analysis to date. I reserve the right to revise and expand my opinions based on additional information.

Dated: October 4, 2021

Steven A. Wood, LTC, USA (Ret.)

# **Appendix A**

# Steve Wood, MBA, MA, LTC (ret.)

**Phone: 703.731.6118**

<u>Swoody6@gmail.com</u>

10501 Landing Way, Miamisburg, Ohio 45342

## Personal Summary

Retired Army Lieutenant Colonel with over ten years of in-depth operational and cultural experience in Afghanistan. Proficient in Dari, with basic familiarity in the Pashto language. My assignments in Afghanistan included senior intelligence officer for Combined Joint Task Force Paladin, a Counter Improvised Explosive Device organization from 2009-2010 conducting intelligence operations from 30 locations in Afghanistan and supervising 600 personnel. Director of remote sensing operations for the National Geospatial Intelligence Agency from 2010-2012, developing and implementing advanced sensors to disrupt Taliban syndicate supply chains from locations in Bagram and Kandahar. From 2012 until 2014 I was selected, trained and positioned as an Afghan Hand, working as a military and cultural expert imbedded with the Afghan Army in Kabul, accompanying the Afghan Army across Afghanistan to prosecute combat operations. Following my retirement I worked at a Navy Lab studying Middle Eastern and South Asian explosive tactics, techniques and procedures for identification of exploitable weaknesses in the supply chain or methods of manufacture or employment and as a consultant to U.S. Military operations in Kandahar.

**Security Clearance:** Top Secret, Special Compartment Information.

## Core Professional Competencies

**Afghanistan**

**Intelligence Community**

**Defense Industry**

**Counter Insurgency**

**Counter Terrorism**

**Explosives**

**Human Intelligence**

**Remote Sensing**

**PROFESSIONAL PROFILE:**

### *Chief Growth Officer,* Data Machines Corporation                July 2021 to Present

- Responsible for Corporate Development, Marketing, Strategy, Contracts and Finance.
- Developed and implemented the strategic plan, employee incentives policy and the hiring process for Data Machines Corporation.
- Increased total revenue by 25% since July.
- Managed client interactions including Microsoft and Esri memberships.

### *Director, Corporate Development*, Data Machines Corporation          Oct 2019 to July 2021

- Director of Corporate Development for Data Machines Corporation, a tech startup specializing in advanced Data Science, Artificial Intelligence and Machine Learning.
- Created, planned and implemented a targeted multi-channel growth plan resulting in an increase in total revenue from 6 million to 12 million dollars annually.
- Planned and developed marketing plan for government and commercial clients.
- Expanded into Commerce, Veteran's Affairs and Health and Human Services market channels.

1

**Program Manager, The Perduco Group**                                    **Oct 2018 to Oct 2019**

- Senior Mission planning program manager for the Defense Management System Modernization program, an integrated intelligence and data tool set for the USAF B2 Bomber.
- Oversaw integration of data, intelligence, processing and planning avionics tools for the B2 Bomber DMS-M program upgrade.
- Maintained budget, schedule and performance of stakeholders in four states leading to successful program completion, the only program to complete successfully in the fiscal year.

**Operations Integration Consultant, Quiet Professionals**               **Feb 2017 to Oct 2018**

- Provide expert advice and guidance to deployed government clients on difficult intelligence and operations challenges. Advised military and civilian executives from five different organizations over a 13-month period in Kandahar, Afghanistan resulting in improved client operations and successful outcomes.
- Supervised senior civilian analysts in the establishment of an exemplar counter terrorism intelligence fusion cell within the Kandahar Intelligence Fusion Center providing techniques that reduced effective suicide attacks by 100%.
- Developed comprehensive training plan for deploying operations integrators deploying to Afghanistan resulting in improved deployment numbers and reducing overhead costs.

**Technical Project Manager, Navy Energetic Tech Lab**                    **2015-2017**

- Solicited, resourced, planned and executed experimental rocket plume detection testing for exo-atmospheric rocket motors; completing project on time and budget.
- Successfully supervised a team of seven government PhD level researchers in highly innovative, technical and hazardous environment and executed 750k in funding on schedule and within cost.
- Identified, outlined and replicated insurgent bomb manufacturing processes to identify signatures and observables upgrading current US sensor capabilities contributing to better collection metrics for the ISIS conflict.

**Program Manager South Asia, Defense Intelligence Agency**              **2014–2015**

- Prioritized and balanced collection requirements for Afghanistan decreasing requirements by 65%, allowing a 75% reduction in personnel while maintaining critical collection requirements.
- Integrated the Defense intelligence community strategic planning efforts against Afghanistan, providing policy makers data to make informed strategic risk decisions during the U.S. military withdrawal
- Planned, resourced and implemented an international, academic and private industry information sharing forum to address cyber security issues in South Asia.

**Senior Advisor, Afghanistan Ground Forces**                            **2012-2014**

- Served as senior U.S Military operations and intelligence consultant to Afghan Ground Forces Command.
- Provided advice and problem solving in Dari to assist complex large Afghan multi-unit operations, including special operations, aviation and mechanized formations.
- Identified Afghan military shortcomings at the Operational level, developed systems of training and education to improve capabilities using Afghan cultural imperatives such as developing a narrative in Dari involving natural objects to illustrate the concept of intelligence preparation of the battlefield.
- Demonstrated superlative cross-cultural communication skills, developed close, trustworthy relationships with Afghan and international partners.

### *Director*, *Advanced GEOINT,* National Geospatial Intelligence Agency          2010-2012

- Program manager for the development and integration of a $300m airborne hyper-spectral platform for use in combat.
- Led and developed 65 analysts in military, government and contractor positions in three states and Afghanistan.
- Stood-up a new capability and established a new business unit, meeting increasing demand with the construction of five new aircraft deployed to Afghanistan.
- Managed a $63 million dollar budget, demonstrating excellent judgment and forecasting skills.
- Developed and integrated a processing, exploitation and integration cell that reduced production timelines from two days to one hour.
- Successful, ahead of schedule program directly credited with preventing coalition casualties.

### *Commanding Officer*, Counter-IED Operations Integration Center Afghanistan          2009-2010

- Served in the Combined Joint Task Force Paladin as part of U.S. Army operations in Bagram, Afghanistan.
- Developed, oversaw and integrated intelligence to directly support all levels of coalition forces located at over 16 austere locations in Afghanistan.
- Supervised sensitive intelligence programs and 300 personnel across a highly dynamic environment
- Production contributed to reduction in IED attacks by 60%, saving countless lives and dollars while securing future operations.
- Maintained five networks and established satellite connectivity to the United States and 16 locations in Afghanistan.

### Directors Initiative Group, JIEDDO US Army          2007-2009

- Provided guidance and problem-solving skills in support of the Director of the Joint Improvised-Threat Defeat Organization, a combat support organization of the Department of Defense.
- Focused on interagency cooperation, strategic planning and intelligence particularly in support of the Iraq and Afghanistan theatre of operations.

### Executive Officer and Aide de Camp, US Army, Baghdad, Iraq          2006-2007

- Executive Officer and Aide de Camp to the Multi-National Forces Iraq Chief for Intelligence in Baghdad, Iraq.

### EDUCATION:

**Masters, Business Administration,** Syracuse University, Syracuse, New York.
**Master of Arts in Organizational Leadership**, Gonzaga University,
Spokane, Washington. (*Servant Leader Certification*, *Greenleaf Center*).
**Bachelor of Arts in History**, Ohio University, Athens, Ohio. (*McGuffy Scholar*).
**US Army Command and General Staff College**, Ft Leavenworth, Kansas.
**Defense Language Institute**, Dari Immersion Program, Arlington, Virginia.
**Afghanistan Cultural, History Immersion Program**, National War College, Washington DC.

**AWARDS:**

Director, National Intelligence National Science Award – Saturn Arch.

Secretary of Defense Transformation Priorities Certificate of Achievement.

Bronze Star Medal (3), Defense Meritorious Service Medal (2), Army Meritorious Service Medal (3) Army Commendation Medal, Army Achievement Medal, United Nations Protective Force Medal, NATO Medal, Balkans, NATO Medal Afghanistan (2 Awards).

**LANGUAGES:** French, Persian, Dari.

**MILITARY DEPLOYMENTS:** Afghanistan (2009-10, 2011, 2012, 2013-14), Iraq (2006-07), Bosnia (2000-01) and Macedonia (1995-96).

## Appendix B – List of Materials Considered

**Interviews:**

Aaron Armstrong by Steve Wood (July 6, 2021)

Ruben Camarillo Arriaga by Steve Wood (June 2, 2021)

Eric Hunter by Steve Wood (May 25, 2021)

Kevin King by Steve Wood (Apr. 14, 2021)

Casey Klein by Steve Wood (June 29, 2021)

Jared Lemon by Steve Wood (Apr. 23, 2021)

Forrest McLean by Steve Wood (July 6, 2021)

Ryan Timoney by Steve Wood. (Apr. 7. 2021)

**Declarations:**

Declaration of Christopher Benjamin Perreault (July 27, 2021) (attached hereto as Ex. S)

Declaration of Sergeant Major Ruben Arriaga (August 27, 2021) (attached hereto as Ex. T)

**Expert Reports:**

Expert Report of William Roggio (Oct. 4, 2021)

**Government Documents:**

*The 9/11 Commission Report.* National Commission on the Terrorist Attacks in the United States, https://9-11commission.gov/report/

Afghanistan:  Honoring the Heroes of Extortion 17, Hearing before the Subcommittee on National Security of the Committee on Oversight and Government Reform (Feb. 27, 2014), https://www.govinfo.gov/content/pkg/CHRG-113hhrg87499/pdf/CHRG-113hhrg87499.pdf

Army Regulation ("AR") 15-6 Investigation IDF (Indirect fire) attack on BAF (Bagram Airfield) resulting in 4 x US KIA (killed in action) and 4 x US WIA (wounded in action), June 18, 2013 ("AR 15-6 Investigation Bagram IDF") (attached hereto as Ex. U)

Army Regulation 15-6 Investigation Findings and Recommendations — Vehicle Patrol Base (VPB) Wanat Complex Attack and Casualties regarding First Lieutenant Jonathan Brostrom (July 13, 2008) ("Brostrom AR 15-6 Investigation") (attached hereto as Ex. D)

Army Regulation ("AR") 15-6 Investigation regarding the hostile death of Specialist Joseph T. Caron, who was killed by an IED attack ("Caron AR 15-6 Investigation") (attached hereto as Ex. L)

Army Regulation 15-6 Investigation Findings and Recommendations — Vehicle Patrol Base (VPB) Wanat on 13 July 2008 regarding Sergeant Israel Garcia ("Garcia AR 15-6 Investigation") (attached hereto as Ex. E)

Army Regulation ("AR") 15-6 Investigation Green on Blue Incident — Pekha Valley, Achin, Nangarhar Province June 10, 2017 ("AR 15-6 Green on Blue Incident") (attached hereto as Ex. Y)

Army Regulation ("AR") 15-6 Investigations, Findings and Recommendations on the Deaths of CPT Jesse Ozbat and 2LT Tobias Alexander and all soldiers seriously injured on May 20, 2012 in the vicinity of the District Headquarters, Tarin Kowt, Uruzgan Province. ("Ozbat/Alexander AR 15-6 Investigation") (attached hereto as Ex. R)

Army Regulation ("AR") 15-6 Investigation RCLR (Recoilless Rifle) Attack resulting in 1 x US KIA, 5 x US WIA, 1x US CAT A (July 15, 2013) ("AR 15-6 Recoilless Rifle Investigation") (attached hereto as Ex. V)

Army Regulation ("AR") 15-6 Investigation – Vehicle Borne Improvised Explosive Device Attack on a US "Rhino Bus" ("AR 15-6 Rhino Bus Investigation") (attached hereto as Ex. O)

Army Regulation ("AR") 15-6 Investigation — Army Corporal ("CPL") Nicholas R. Roush ("Roush AR 15-6 Investigation") (attached hereto as Ex. J)

Battle of Wanat 15-6 Fires Storyboard ("Wanat Fires Storyboard") (attached hereto as Ex. G)

Battle of Wanat 15-6 Investigation Storyboard (July 18, 2008) ("Wanat Storyboard") (attached hereto as Ex. F)

Defense Intelligence Agency Intelligence Information Report (redacted), *The Assassination of Massoud Related To 11 September Attack*, George Washington University Archives, https://nsarchive2.gwu.edu//NSAEBB/NSAEBB97/tal31.pdf

Defense Intelligence Agency/JIEDDO, *Homemade Explosives* (Aug. 2012) (excerpt attached hereto as Ex. Q)

Department of Army Form 1574, Report of proceeding by Investigating Officer (August 16, 2009) ("DA Form 1574") (attached hereto as Ex. K)

Fact Sheet, *IED Attack:  Improvised Explosives*, Dep't of Homeland Security (last published Apr. 4, 2019), https://www.dhs.gov/xlibrary/assets/prep_ied_fact_sheet.pdf

FBI, *Wanted by the FBI: $1 Million Reward in Overseas Kidnapping Cases (Kevin King)*, https://www.fbi.gov/contact-us/field-offices/washingtondc/wanted/1-million-reward-in-overseas-kidnapping-cases

*Geology, Water, and Wind in the Lower Helmand Basin, Southern Afghanistan. Scientific Investigations Report 2006-5182*, U.S. Department of the Interior, https://pubs.usgs.gov/sir/2006/5182/pdf/SIR06-5182_508.pdf

Gov.uk, *Foreign travel advice – Afghanistan*, https://www.gov.uk/foreign-travel-advice/afghanistan/terrorism

*IED and Explosive Effects Fundamentals,* DHS MITG-253 (Ver. 4), Dep't of Homeland Security, Office for Bombing Prevention, https://na.eventscloud.com/file_uploads/170e63337bebca0287c1aaf 3509af6d2_IEDExplosiveEffectsFundamentals.pdf

Investigation Findings and Recommendations (Crash of CH-47D Aircraft in Wardak Province, Afghanistan on 06 August 2011), Sept. 9 2011 ("CH-47D Investigation") (attached hereto as Ex. N)

*Letter dated 20 May 2021 from the Chair of the Security Council Committee established pursuant to resolution 1988 (2011) addressed to the President of the Security Council*, United Nations Security Council (June 1, 2021), https://www.undocs.org/pdf?symbol=en/S/2021/486

National Ground Intelligence Center Counter Insurgency Targeting Program, *IRGC – QF Influence and Relations with the Taliban in Southwestern and Western Afghanistan* (Apr. 24, 2011) (attached hereto as Ex. A)

Presentation of Army Regulation 15-6 Investigation to the Family of SGT William Bays ("AR 15-6 Bays Presentation") (attached hereto as Ex. Z)

Presentation of Collateral Investigation Results to the Family of 1LT Jonathan P. Brostrom ("Brostrom Presentation of Collateral Investigation Results") (attached hereto as Ex. I)

Press Release, Office of the Press Secretary, Fact Sheet Elections in Afghanistan (Oct. 8, 2004, https://georgewbush-whitehouse.archives.gov/news/releases/2004/10/20041008-6.html

Press Release, U.S. Department of State, Statement by Secretary Michael R. Pompeo, *Celebrating the Release of American and Australian Hostages* (Nov. 19, 2019), https://2017-2021-translations.state.gov/2019/11/19/celebrating-the-release-of-american-and-australian-hostages/index.html

Silver Star Citation, First Lieutenant Jonathan P. Brostrom ("Brostrom Silver Star") (attached hereto as Ex. H)

"Storyboard" Cabrera 29 OCT 2011 SVBIED Kabul_Redacted.pdf (attached hereto as Ex. P)

*Suicide Attacks in Afghanistan (2001-2007)*, United Nations Assistance Mission to Afghanistan, (Sept. 1, 2007), https://www.securitycouncilreport.org/atf/cf/%7B65BFCF9B-6D27-4E9C-8CD3-CF6E4FF96FF9%7D/Afgh%202007SuicideAttacks.pdf

TEDAC Technical Exploitation Unit (TEXU): ICOM IC-V8 FM Transceiver (Q5) – Technical Exploitation Analysis Report, FBI Laboratory Number 120703718-Part 3, CEXC Number AF 3612-BAF/12 (Revision 1) (Aug. 15, 2012) (FBI0000015, Figure 1: (U) Device Submitted to TExU-Quantico) (attached hereto as Ex. B)

TEDAC Technical Exploitation Unit (TEXU): Assorted Items (Q4, Q6-7, Q9-16) – Technical Exploitation Data Report, FBI Laboratory Number 120703718-Part 5, CEXC Number AF 3612-BAF/12 (Revision 1) (Aug. 15, 2012) (FBI0000004, Figure 1: (U) Vest, Ball Bearings, Glue, Document (Q4)) (Attached hereto as C)

Victim Operated Improvised Explosive Device (VOIED) Recognition Guide – Afghanistan (Home Made Explosives (HME), March 2011 (1st Ed.), https://info.publicintelligence.net/JIEDDO-VOIED.pdf

Victim Operated Improvised Explosive Device (VOIED) recognition guide- Afghanistan. JIEDDO.  March 2011 ("JIEDDO VOIED Guide") (attached hereto as Ex. M)

U.N. Assistance Mission in Afghanistan (UNAMA), *Afghanistan: Midyear Report 2016, Protection Of Civilians In Armed Conflict* (July 2016), https://www.refworld.org/docid/57977c584.html

U. S. Army, *US Army ethnolinguistic map of Afghanistan* – September 2001, https://commons.wikimedia.org/wiki/File:US_Army_ethnolinguistic_map_of_Afghanistan_--_circa_2001-09.jpg

U.S. Army Combat Studies Institute, *Wanat: Combat Action in Afghanistan, 2008*, Combat Studies Institute Press (2010), ("Wanat 2010 Report")

U.S. Dep't of Defense, *Report on Progress Toward Security and Stability in Afghanistan* (April 2011), http://web.archive.org/web/20210519102512/https://archive.defense.gov/news/1230_1231Report.pdf

U.S. State Dep't, *Country Reports on Terrorism 2013* (Apr. 2014), https://2009-2017.state.gov/documents/organization/225886.pdf

**Books:**

Antonio Giustozzi, *Koran, Kalashnikov and Laptop: The Neo-Taliban Insurgency in Afghanistan* (Oxford Univ. Press 1st ed. 2009)

Bruce Riedel, *Deadly Embrace:  Pakistan, America, and the Future of the Global Jihad* (Brookings Institution Press 2011)

U.S. Army Combat Studies Institute, *Wanat Combat Action in Afghanistan, 2008*, Combat Studies Institute Press (2010), https://history.army.mil/html/bookshelves/resmat/GWOT/Wanat.pdf

Lawrence Wright, *The looming tower: Al-Qaeda and the road to 9/11* (Alfred A. Knopf 2006)


**Articles:**

Hasib Danish Alikozai and Khalid Mafton, *Afghan Prisoner Swap Falling Apart Amid Uncertainty About Inmates Whereabouts*, Voice of America News (Nov. 15, 2019), https://www.voanews.com/extremism-watch/afghan-prisoner-swap-falling-apart-amid-uncertainty-about-inmates-whereabouts

Tricia Bacon, *Deadly Cooperation:  The Shifting Ties Between Al-Qaeda and the Taliban*, War on the Rocks (Sept. 11, 2018), https://warontherocks.com/2018/09/deadly-cooperation-the-shifting-ties-between-al-qaeda-and-the-taliban/

Peter Bergen, *The man who wouldn't hand over to bin Laden to the U.S.*  CNN (August 21, 2015), https://www.cnn.com/2015/07/29/opinions/bergen-mullah-omar/index.html

Frud Bezan, *Suicide Bombings, Arab Fighters, and Pakistani Asset: Jalaluddin Haqaani's Legacy*, Radio Free Europe (Sept. 4, 2018), https://www.rferl.org/a/jalaluddin-haqqani-s-deadly-legacy-continues-to-shape-the-war-in-afghanistan/29471611.html

Jon Boone & Nick Hopkins, *How Taliban's lethal IEDs keep troops guessing in Afghanistan*, Guardian UK (Mar. 7, 2012), https://www.theguardian.com/uk/2012/mar/07/afghanistan-improvised-explosive-devices

Daniel Brown, *The Pentagon showed off these weapons that Iran has given to the Taliban and Houthis, saying it wasn't a political stunt*, Reuters (Nov. 30, 2018), https://www.businessinsider.com/us-shows-weapons-iran-given-houthis-yemen-not-political-stunt

Ryan Browne et al., *Afghan soldier kills three US soldiers, US official says*, CNN (June 12, 2017), https://www.cnn.com/2017/06/10/politics/afghanistan-us-service-members-killed/index.html

Ruddy Cano, *This is How an RPG Works*, Military.com (June 7, 2019), https://www.military.com/daily-news/2019/06/07/how-rpg-works.html

Col. Ty Connett & Col. Bob Cassidy, *Village Stability Operations:  More than Village Defense*, Special Warfare Vol. 24, Issue 3 (July-Sept. 2011), https://www.soc.mil/SWCS/SWmag/archive/SW2403/SW2403VillageStabilityOperations_More ThanVillageDefense.html

Alan Cullison, et al, *Karzai Bans Ingredient of Taliban's Roadside Bombs*, Wall St. J. (Feb. 3 2010), https://www.wsj.com/articles/SB10001424052748703822404575019042216778962

Gabriel Dominquez, *The Taliban's killer tactics*, Deutsche Welle (Aug. 8, 2013), https://www.dw.com/en/the-talibans-killer-tactics/a-17004915

Theo Farrell, *Unbeatable: Social Resources, Military Adaptation, and the Afghan Taliban*, Texas National Security Review (May 2018), https://tnsr.org/2018/05/unbeatable-social-resources-military-adaptation-and-the-afghan-taliban/

Taufiq - E - Faruque, *The Taliban's Survival from Post 2001 Insurgency to 2020 Peace Deal with the United States*, Journal of International Relations (July 2020), https://ejournal.umm.ac.id/index.php/GLI/article/view/13307

Nasim Fekrat, *The Root Causes of green on blue attacks*, OpenDemocracy (Dec. 17, 2012), https://www.opendemocracy.net/en/opensecurity/root-cause-of-green-on-blue-attacks/

Kara Fox, *Taliban Control of Afghanistan On the Rise, U.S. Inspector Says*, CNN (Nov. 8, 2018), https://www.cnn.com/2018/11/01/middleeast/afghanistan-report-taliban-gains-control-intl/index.html

Joseph Goldstein, *Afghan Security Forces Struggle Just to Maintain Stalemate*, N.Y. Times (July 22, 2015) https://www.nytimes.com/2015/07/23/world/asia/afghan-security-forces-struggle-just-to-maintain-stalemate.html

Mohammed Harun and Wil Patrick*, Iran's Shifting Afghan Alliances Don't Fit Easy Narratives*, Foreign Policy (Feb. 18, 2020), https://foreignpolicy.com/2020/02/18/suleimani-war-quds-iran-shifting-afghan-alliances-dont-fit-easy-narratives/

Saad Hasan, *How an Australian held hostage by the Taliban converted to Islam*, TRT World (Jan. 28, 2021), https://www.trtworld.com/magazine/how-an-australian-held-hostage-by-the-taliban-converted-to-islam-43681

Sarmad Ishfaq, *South Asia's Most Notorious Militant Groups:  Ideology, organization, and public support:  An analysis of the Lashkar-e-Taiba and Haqqani Network*, The Diplomat (Dec. 31, 2019), https://thediplomat.com/2019/12/south-asias-most-notorious-militant-groups/

Matthew Jarrett, *Soviet Child Mines*, Forgotten History, https://www.forgottenhistory.me/new-blog/soviet-child-mines

Andrew Johnson, *Taliban make 'undetectable' bombs out of wood*, The Independent UK (Jan. 10, 2010), https://web.archive.org/web/20210608224910/https://www.independent.co.uk/news/world/asia/taliban-make-undetectable-bombs-out-wood-1863353.html

Ahmad Javid, *Dress Like Allies, Kill Like Enemies: An Analysis of "Insider Attacks" in Afghanistan,* Modern War Institute At West Point (Apr. 4, 2017), https://mwi.usma.edu/wp-content/uploads/2017/04/Dress-Like-Allies-Kill-Like-Enemies.pdf

Thomas Jocelyn, *Analysis: Iran has supported the Taliban's insurgency since 2001*, Long War J. (May 29, 2016), https://www.longwarjournal.org/archives/2016/05/analysis-iran-has-supported-the-talibans-insurgency-since-late-2001.php

Paul Kelso, *Ancient water trenches give Taliban ideal defenses*, Guardian UK (Nov. 1, 2001), https://www.theguardian.com/world/2001/nov/02/afghanistan.terrorism2

Jonathan Landy, *Profits and Poppy: Afghanistan's Illegal Drug Trade a Boon for Taliban*, Reuters (Aug. 16, 2021), https://www.reuters.com/world/asia-pacific/profits-poppy-afghanistans-illegal-drug-trade-boon-taliban-2021-08-16/

Ali Latifi, *In an Afghan District Verging on Collapse: "There Are Too Many Men With Guns"*, N.Y. Times Magazine (Dec. 12, 2018), https://www.nytimes.com/2018/12/12/magazine/afghanistan-shindand-taliban.html

J.P. Lawrence, *Afghan government airstrike kills at least eight, including civilians, official says*, Stars and Stripes, (July 23, 2021), https://www.stripes.com/theaters/middle_east/afghan-government-airstrike-kills-at-least-eight-including-civilians-official-says-1.638500

James Gordon Meek & Aleem Agha, *'Block-Buster' Truck Bomb One of the Biggest Ever*, ABC News (Nov. 13, 2013), https://abcnews.go.com/Blotter/afghanistan-block-buster-truck-bomb-biggest/story?id=20863072

Ron Moreau & Sami Yousafzai. *Dueling Manifestos*. Newsweek (Nov. 14, 2011), http://web.archive.org/web/20111114114846/http://www.thedailybeast.com/newsweek/2011/11/13/afghanistan-haqqani-s-jihad-manual-the-secret-taliban-letter.html

Mike Mount, *Taliban governs Afghanistan from the Shadows*, CNN (Feb. 19, 2010), http://www.cnn.com/2010/WORLD/asiapcf/02/18/analysis.afghanistan.shadow.governors/index.html

Simon Mundy et al., *Afghanistan blames militant group for Kabul hotel attack*, Financial Times (Jan. 21, 2018), https://www.ft.com/content/2f6aadf8-feb4-11e7-9650-9c0ad2d7c5b5

Alireza Nader, et al., *Iran's Influence in Afghanistan: Implications for the U.S. Drawdown*, (RAND Corp. 2013), https://www.rand.org/content/dam/rand/pubs/research_reports/ RR600/RR616/RAND_RR616.pdf

Lynne O'Donnell, *Red Cross condemns Taliban use of booby trap bombs*, Sydney Morning Herald (Mar. 6, 2010), https://www.smh.com.au/world/red-cross-condemns-taliban-use-of- booby-trap-bombs-20100306-ppls.html

Mitch Potter, *Canadians ignored repeated warnings about Afghan security firm*, Toronto Star (June 9, 2010), https://www.thestar.com/news/canada/2010/06/09/canadians_ignored_ repeated_warnings_about_afghan_security_firm.html

Andrew Quilty, *Taleban Opportunism and ANSF Frustration: How the Afghan conflict has changed since the Doha Agreement*, Afghanistan Analysts Network (Oct. 12, 2020), https://www.afghanistan-analysts.org/en/reports/war-and-peace/taleban-opportunism-and-ansf- frustration-how-the-afghan-conflict-has-changed-since-the-doha-agreement/

Bruce Riedel, *Afghanistan: The Taliban Resurgent and NATO*, The Brookings Institution (Nov. 28, 2006), https://www.brookings.edu/opinions/afghanistan-the-taliban-resurgent-and-nato/

Bill Roggio, *Al Qaeda's Paramilitary Shadow Army*, Long War J. (Feb. 9, 2009), http://www.longwarjournal.org/archives/2009/02/al_qaedas_paramilita.php

Bill Roggio, *The Afghan Taliban's Top Leaders*, Long War J. (Feb. 23, 2010), https://www.longwarjournal.org/archives/2010/02/the_talibans_top_lea.php 2010

Bill Roggio, *Taliban appoint al Qaeda-linked commander to lead Peshawar Shura*, Long War J. (Jan. 9, 2012), https://www.longwarjournal.org/archives/2012/01/taliban_appoint_al_q.php

Bill Roggio, *UN adds 2 Haqqani Network leaders to terrorist list*, Long War J. (Jan. 14, 2012), https://www.longwarjournal.org/archives/2012/01/un_adds_2_haqqani_ne.php

Bill Roggio, *Taliban announces death of Jalaluddin Haqqani*, Long War J. (Sept. 4, 2018), https://www.longwarjournal.org/archives/2018/09/taliban-announced-death-of-jalaluddin- haqqani.php

Bill Roggio, *Taliban commander admits thousands of foreign fighters are embedded within group*, Long War J. (Dec. 18, 2018), https://www.longwarjournal.org/archives/2018/12/taliban- commander-admits-thousands-of-foreign-fighters-are-embedded-within-group.php

Bill Roggio & Lisa Lundquist, *Green on Blue attacks, the Data*, Long War. J. (last updated June 17, 2017), https://www.longwarjournal.org/archives/2012/08/green-on-blue_attack.php#data

Hamed Sarfaraz & Amir Vahdat, *Fuel tanker blast causes massive fire at Afghan-Iran border*, CTV News (Feb. 13, 2021), https://www.ctvnews.ca/world/fuel-tanker-blast-causes-massive- fire-at-afghan-iran-border-1.5307890

Jeff Schogol, *Iran supports the Taliban with weapons, training, and money, Pentagon report says*, Task and Purpose (Nov. 19, 2019), https://taskandpurpose.com/news/iran-supports-taliban/

Jim Sciutto, *"Relax Brother": Exclusive Video shows Taliban Attack That Killed 9 U.S. Soldiers at Afghan Post*, ABC News (Nov. 12, 2009), https://abcnews.go.com/WN/Afghanistan/exclusive-video-shows-taliban-attack-killed-us-soldiers/story?id=9068156

Abubakar Siddique, *The Quetta Shura, Understanding the Afghan Taliban's Leadership*, The Jamestown Foundation Terrorism Monitor (Feb. 21, 2014), https://jamestown.org/program/the-quetta-shura-understanding-the-afghan-talibans-leadership/

Peter Singer, *The Evolution of Improvised Explosive Devices (IEDs)*, The Brookings Institute (Feb. 7, 2012), https://www.brookings.edu/articles/the-evolution-of-improvised-explosive-devices-ieds/

Rohullah Sorush & S. Reza Kazemi, *One Land, Two Rules (4): Delivering public services in embattled Achin district in Nangahar province*, Afghanistan Analysts Network (Mar. 25, 2019), https://www.afghanistan-analysts.org/en/reports/economy-development-environment/one-land-two-rules-4-delivering-public-services-in-embattled-achin-district-in-nangrahar-province/

Margherita Stancati, *Iran Backs Taliban With Cash And Arms*, Wall St. J. (June 11, 2015), https://www.wsj.com/articles/iran-backs-taliban-with-cash-and-arms-1434065528

David Tate, *Afghanistan: The jihad within a jihad*, Long War J. (Sept. 1, 2007), https://www.longwarjournal.org/archives/2007/09/afghanistan_the_jiha.php

Tom Vanden Brook, *Afghan bomb makers shifting to new explosives for IEDs*, USA Today (June 25, 2013), https://www.usatoday.com/story/news/world/2013/06/25/ammonium-nitrate-potassium-chlorate-ieds-afghanistan/2442191/

Akram Umarov, *Iran-Taliban Relationship: Friends or Foes?*, European Eye on Radicalization (Aug. 14, 2020), https://eeradicalization.com/the-iran-taliban-relationship-friends-or-foes/

Amy Waldman, *A NATION CHALLENGED: POLITICS; In Rite of Past, Afghans See Way to Forge Future,* New York Times (Jan. 8, 2002), https://web.archive.org/web/20201112042221/https://www.nytimes.com/2002/01/08/world/a-nation-challenged-politics-in-rite-of-past-afghans-see-way-to-forge-future.html

Phillip Walter Wellman, *Worker Stranded at Bagram Base Petitions Military for Freedom*, Stars and Stripes (Aug. 10, 2020), https://www.military.com/daily-news/2020/08/10/worker-stranded-bagram-base-petitions-military-freedom.html

Sami Yousafzai, *The Taliban's Oral History of the Afghanistan War*, Newsweek (Sept. 25, 2009), https://www.newsweek.com/talibans-oral-history-afghanistan-war-79553

Randy Ziffer, *In Afghanistan, No One Owns the Night Anymore*, International Policy Digest (July 15, 2020), https://intpolicydigest.org/in-afghanistan-no-one-owns-the-night-anymore/.

*A Historical Timeline of Afghanistan*, PBS New Hour (May 4, 2011), https://www.pbs.org/newshour/politics/asia-jan-june11-timeline-afghanistan

*Afghan security forces kill senior al Qaeda leader al-Masri*, Reuters (Oct. 24, 2020), https://www.reuters.com/article/uk-afghanistan-security-masri/afghan-security-forces-kill-senior-al-qaeda-leader-al-masri-idUSKBN2790WE Oct 24 2020

*Afghan Taliban publish Mullah Omar biography*, BBC News (Apr. 5, 2015), https://www.bbc.com/news/world-asia-32189847

*Afghanistan Improvised Landmine*, Australian Broadcasting Company (Jan. 6, 2016), https://www.abc.net.au/news/2016-01-06/afghanistan-improvised-landmine/7071594?nw=0

*Afghanistan: VBIED attack kills eight soldiers in Maidan Wardak province July 20*, GardaWorld (July 20, 2020), https://www.garda.com/crisis24/news-alerts/361521/afghanistan-vbied-attack-kills-eight-soldiers-in-maidan-wardak-province-july-20

*Al-Qaeda leader killed in US drone strike in Afghanistan*, BBC News (Nov. 5, 2016), https://www.bbc.com/news/world-asia-37882010

*American University of Kabul Students Trying to Flee Were Sent Home*, The New York Times, https://www.nytimes.com/2021/08/29/world/taliban-american-university-of-kabul-afghanistan.html

*Asim Umar: Al Qaeda's South Asia Chief 'killed in Afghanistan'*, BBC News (Oct. 8, 2019), https://www.bbc.com/news/world-asia-49970353

*Eastern Afghanistan*, Naval Postgraduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/eastern-afghanistan

*Helmand Provincial Overview*, Naval Post Graduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/helmand

*Herat Provincial Overview*, Navy Postgraduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/herat

*Iran's Imported Electricity To Herat Cut Off*, Afghan Voice Agency (July 6, 2021), https://avapress.com/en/236733/Iran-s-Imported-Electricity-To-Herat-Cut-Off

*Kandahar Provincial Overview*, Naval Post Graduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/kandahar

*Key Al-Qaeda Leader Killed in Nangarhar*, TOLOnews (edited Oct. 16, 2016), https://tolonews.com/afghanistan/key-al-qaeda-leader-killed-nangarhar

*Marines hunt Taliban hiding in tunnels*, Military Times (Mar. 22, 2013), https://www.militarytimes.com/2013/03/22/marines-hunt-taliban-hiding-in-tunnels/

*Osama Bin Laden*, History.com (Dec. 16, 2009), https://www.history.com/topics/21st-century/osama-bin-laden

*Pakistan to Host 4-Nation Meeting on Ending Afghan War*, Associated Press (Jan. 9, 2016), https://www.chinadailyasia.com/asia/2016-01/09/content_15370149.html

*Pakistani Agents 'Funding and Training Afghan Taliban'*, BBC News (June 13, 2010),

*Poppy Cultivation Analysis*, Naval Postgraduate School Program for Culture and Conflict Studies, https://nps.edu/web/ccs/poppy-cultivation

*Recoilless Weapons*, Small Arms Survey Research Notes Weapons and Markets, No. 55 (Dec. 2015), https://www.smallarmssurvey.org/sites/default/files/resources/SAS-Research-Note-55.pdf.

*Rocket attack foiled on Kabul city with discovery of four BM-1s*, Khaama Press (Jan. 16, 2016), https://www.khaama.com/rocket-attack-foiled-on-kabul-city-with-discovery-of-four-bm-1s-0003/

*SPG-9 Live Fire in Afghanistan*, Military.com (Aug. 2, 2012), https://www.military.com/video/guns/gunfire/spg-9-live-fire-in-afghanistan/1768133553001

*Taliban fighters storm US Base*, Al Jazeera News (July 14, 2008), https://www.aljazeera.com/news/2008/7/14/taliban-fighters-storm-us-base

*Taliban militants kill dozens at Afghan intelligence base*, BBC News (Jan. 22, 2019), https://www.bbc.com/news/world-asia-46957955

*Taliban Mortar Attack on US Base*, Military.com (Nov. 3, 2008), https://www.military.com/video/forces/enemy/taliban-mortar-attack-on-us-base/660287464001

*Taliban vow suicide and 'insider' attacks in new spring offensive*, Reuters (Apr. 27, 2013), https://www.reuters.com/article/us-afghanistan-offensive/taliban-vow-suicide-and-insider-attacks-in-new-spring-offensive-idUSBRE93Q01Z20130427

*U.S. and Australian hostages released as part of a Taliban prisoner swap*, BBC News (Nov. 19, 2019), https://www.bbc.com/news/world-asia-50471186

*U.S. special forces killed in Afghanistan crash*, Al Jazeera (Aug. 6, 2011), Retrievhttps://www.aljazeera.com/news/2011/8/6/us-special-forces-killed-in-afghanistan-crash

Wanat. *Combat Action in Afghanistan, 2008*, US Army Combat Studies Institute (2010), https://history.army.mil/html/bookshelves/resmat/GWOT/Wanat.pdf

*Wanat Battle cited as Lesson in Afghan War*, N.Y. Times (Oct. 3, 2009), https://atwar.blogs.nytimes.com/2009/10/03/wanat-battle-cited-as-lesson-in-afghan-war/

*Who are the Northern Alliance*?, BBC News (November 13, 2001), https://web.archive.org/web/2021042 8093841/http://news.bbc.co.uk/2/hi/south_asia/1652187.stm

**Other Sources:**

*107mm HASEB Rocket*, Collective Awareness to UXO, https://cat-uxo.com/uxo-types/rockets/107mm-haseb-rocket (describing ability to improvise launching and reduced accuracy)

*Afghanistan: Province Dashboard*, The World Bank, https://www.worldbank.org/en/data/interactive/2019/08/01/afghanistan-interactive-province-level-visualization

*Afghanistan – Nuristanis*, Minority Rights Group International (June 19, 2015), https://www.justice.gov/eoir/page/file/1023131/download

Javid Ahmad, *Dress Like Allies, Kill Like Enemies: An analysis of 'Insider Attacks' in Afghanistan*, Modern War Institute (Apr. 3, 2017), https://mwi.usma.edu/wp-content/uploads/2017/04/Dress-Like-Allies-Kill-Like-Enemies.pdf

*Al Qaeda, the Taliban, and Other Extremist Groups in Afghanistan and Pakistan*, Hr'g before the U.S. Senate Committee on Foreign Relations, S. Hr'g 102-70 (May 24, 2011), https://www.govinfo.gov/content/pkg/CHRG-112shrg67892/html/CHRG-112shrg67892.htm

American University of Afghanistan, LinkedIn, https://www.linkedin.com/company/the-american-university-of-afghanistan/?originalSubdomain=af

*An Escalating Threat*, 9/11 Memorial and Museum Digital Exhibition, https://www.911memorial.org/learn/resources/digital-exhibitions/digital-exhibition-revealed-hunt-bin-laden/escalating-threat

*Attack Methodology: Vehicle Bombs*, National Counter Terrorism Security Office, United Kingdom (published Nov. 2, 2020), https://www.gov.uk/government/publications/crowded-places-guidance/attack-methodology-vehicle-bombs

Ayman al-Zawahiri, *Message of Hope and Glad Tidings to our People in Egypt: Part 8* (Dec. 1, 2011),

https://scholarship.tricolib.brynmawr.edu/bitstream/handle/10066/21204/ZAW20111201.pdf?sequence=1&isAllowed=y

Tricia Bacon, *Al Qaeda and the Taliban:  The Alliance that Started the Forever War*, Policy Roundtable: 17 Years After September 11, Texas National Security Review (Sept. 11, 2017), https://tnsr.org/roundtable/policy-roundtable-17-years-after-september-11/#essay2

Peter R. Blood, ed. *Afghanistan: A Country Study* (GPO for the Library of Congress 2001), http://countrystudies.us/afghanistan/39.htm

Congressional Medal of Honor Society, Stories of Sacrifice, https://www.cmohs.org/recipients/page/1?conflicts[]=war-on-terror-afghanistan

*Counter Terrorism Guide: Haqqani Network*, National Counterterrorism Center, https://www.dni.gov/nctc/groups/haqqani_network.html

Ben Hoare & Margaret Parrish eds., *Atlas — Country Factfiles — Afghanistan* (4th ed. DK 2010), https://passivestates.files.wordpress.com/2011/06/dk-world-atlas-4th-ed-2010.pdf

Columbia University World Leaders Forum — Speakers — Hamid Karzai, https://worldleaders.columbia.edu/directory/hamid-karzai

*Crisis of Impunity:  The Role of Pakistan, Russia, and Iran in Fueling the Civil War*, Human Rights Watch Vol. 13, No. 3 (C) (July 1, 2001), https://www.hrw.org/reports/2001/afghan2/Afghan0701.pdf

Matthew Dearing, *Examining the Suicide Terror Movement in Afghanistan*, Culture and Conflict Review Vol 2, No 3 (Summer 2008), https://nps.edu/documents/105988371/107571254/Dearing.pdf/ca006709-3aa1-46ed-b252-c84ebfc17b97

Dr N (@DrKNZlndn1) "#Helmand: Alleged Image of Taliban Units Firing Mortar on Election Site in Lashkargah City," Twitter (Sept. 18, 2019 at 5:19am), https://twitter.com/DrKNZlndn1/status/1177875419103670273

Jeffrey Dressler, *The Haqqani Network:  From Pakistan to* Afghanistan, *Afghanistan Report 6* Institute for the Study of War (Oct. 2010), http://www.understandingwar.org/sites/default/files/Haqqani_Network_0.pdf

Jeffrey Dressler, *The Haqqani Network. A Strategic Threat, Afghanistan Report 9*, Institute for the Study of War (Mar. 2012), http://www.understandingwar.org/sites/default/files/Haqqani_StrategicThreatweb_29MAR_0.pdf

Jeffrey Dressler and Carl Forsberg, *The Quetta Shura Taliban in Southern Afghanistan: Organization, Operations and Shadow Governance*, Backgrounder (Dec. 2009), https://www.understandingwar.org/sites/default/files/QuettaShuraTaliban_1.pdf

*Estimated Population of Afghanistan 2021-2022*, National Statistics and Information Authority, Government of Afghanistan (Apr. 2021), http://web.archive.org/web/20210821180345/https://www.nsia.gov.af:8080/wp-content/uploads/2021/06/Estimated-Population-of-Afghanistan1-1400.pdf

Filling the Vacuum, the Bonn Conference (Nov. 27, 2011), https://www.pbs.org/wgbh/pages/frontline/shows/campaign/withus/cbonn.html

Gerry Gilmore, *Petraeus: Afghan "surge" will target terror leaders*, U.S. Central Command (Dec. 4, 2009), https://www.centcom.mil/MEDIA/NEWS-ARTICLES/News-Article-View/Article/883961/petraeus-afghan-surge-will-target-terror-leaders/

Sam Gollob and Michael O'Hanlon, *Afghan Index: Tracking variables of reconstruction and security in post-9/11 Afghanistan*, The Brookings Institution (August 2020), https://www.brookings.edu/wp-content/uploads/2020/08/FP_20200825_afganistan_index.pdf

Google Maps, https://www.google.com/maps/place/31°51'13.0%22N+64°42'33.9%22E/@31.8450529,64.6930297,57011m/data=!3m1!1e3!4m5!3m4!1s0x0:0x0!8m2!3d31.8536014!4d64.7094234 (coordinates provided by Klein)

Google Maps, https://www.google.com/maps/place/31°51'13.0%22N+64°42'33.9%22E/@31.8450529,64.6930297,57011m/data=!3m1!1e3!4m5!3m4!1s0x0:0x0!8m2!3d31.8536014!4d64.7094234 (Coordinate of VSP Zombalay provided by Klein)

Google Maps, https://www.google.com/maps/place/Parwan,+Afghanistan/@34.8856804,68.6865567,10z/data=!4m5!3m4!1s0x38d18f6813256ad5:0xfa277b1ce72d6b6b!8m2!3d34.9630977!4d68.8108849 (Province names added)

Google Maps, https://www.google.com/maps/place/Paktia,+Afghanistan/@33.560855,69.0599467,10z/data=!4m5!3m4!1s0x38d69276cd0f3b4d:0x8432ba0cb2fe778c!8m2!3d33.706199!4d69.3831079!5m1!1e4.

Google Maps, https://www.google.com/maps/@33.0162629,68.5638531,8z/data=!5m1!1e4

Google Maps, https://www.google.com/maps/place/American+University+of+Afghanistan+-+دانشگاه+آمریکایی+افغانستان%E2%80%AD/@34.4759226,69.124941,419m/data=!3m1!1e3!4m5!3m4!1s0x0:0x6b95380a26de5ec3!8m2!3d34.4755224!4d69.1264538

Google Maps, https://www.google.com/maps/place/Bagram,+Afghanistan/@34.9229672,69.2559961,181m/data=!3m1!1e3!4m5!3m4!1s0x38d197fee0bb28a1:0x9ae2312130699227!8m2!3d34.9402503!4d69.2549736

Image from the Imperial War Museum, Afghanistan Collection, https://www.iwm.org.uk/collections/item/object/30118144

*Islamic State Khorasan (IS-K)*, Center for Strategic and International Studies Transnational Threat Project (2018), https://www.csis.org/programs/transnational-threats-project/past-projects/terrorism-backgrounders/islamic-state-khorasan

Ashley Jackson, *Life under the Taliban Shadow Government*, ODI (June 2018), https://cdn.odi.org/media/documents/12269.pdf

*Jamming the IED Assembly Line: Impeding the Flow of Ammonium Nitrate in South and Central Asia*, Hearing before the Subcommittee on Near Eastern and South Central Asian Affairs, S. Hrg. 111-782 (Nov. 18, 2010), https://www.govinfo.gov/content/pkg/CHRG-111shrg63236/html/CHRG-111shrg63236.htm

Joint Media Statement, Hon. Scott Morrison, MP, Prime Minister and Senator the Hon. Marise Payne, Minister for Foreign Affairs, Minister for Women, *Release of Tim Weeks, kidnapped in Afghanistan* (Nov. 19, 2019), https://www.foreignminister.gov.au/minister/marise-payne/media-release/release-tim-weeks-kidnapped-afghanistan

Paul Kamolnick, *The al Qaeda Organization and the Islamic State Organization*, Strategic Studies Institute and U.S. Army War College Press (Feb. 2017), https://publications.armywarcollege.edu/pubs/3296.pdf

*Karez System Cultural Landscape*- UNESCO Culture World Heritage Center, https://whc.unesco.org/en/tentativelists/6110/

Staff Sgt Sarah Loicano, *Can the Ring of Steel protect Kabul?*, Defense Visual Information Distribution Service (June 6, 2010), https://www.dvidshub.net/news/50962/can-ring-steel-protect-kabul

Devin Lurie, *The Haqqani Network, The Shadow Group Supporting the Taliban's Operations*, American Security Project (Sept. 2020), https://www.americansecurityproject.org/wp-content/uploads/2020/08/Ref-0241-The-Haqqani-Network.pdf

Map of Afghanistan (2008), https://maps.lib.utexas.edu/maps/middle_east_and_asia/txu-oclc-309295540-afghanistan_pol_2008.jpg

Map of Afghanistan, https://www.cia.gov/static/ea4683d5f06aa32eb7463bc0d4286053/afghanistan-physiography.jpg

Mapio.net, *Nice chamkani*, https://mapio.net/pic/p-64131141/

Mapping Militant Organizations. "Afghan Taliban." Stanford University (Last modified June 2018), https://cisac.fsi.stanford.edu/mappingmilitants/profiles/afghan-taliban

Mapping Militant Organizations. "Haqqani Network." Stanford University. Last modified July 2018. https://cisac.fsi.stanford.edu/mappingmilitants/profiles/haqqani-network

Mapping Militant Organizations. "Lashkar-e-Taiba." Stanford University. Last modified July 2018. https://cisac.fsi.stanford.edu/mappingmilitants/profiles/haqqani-network

*Military Photo: Mongolians Train Afghans*, StrategyPage (Sept., 1, 2010), http://www.strategypage.com/military_photos/military_photos_20100906235545.aspx

Lindsay Maizand, *The Taliban in Afghanistan*, Council on Foreign Relations (last updated Aug. 3, 2021), https://www.cfr.org/backgrounder/taliban-afghanistan

Lauren McNally & Marvin Weinbaum, *A Resilient Al-Qaeda in Afghanistan and Pakistan*, Middle East Institute (August 2016), https://www.mei.edu/sites/default/files/publications/PF18_Weinbaum_AQinAFPAK_web_1.pdf

Jerry Meyerle & Carter Malkasian, *Insurgent Tactics in Southern Afghanistan. 2005-2008*, CNA (Aug. 2009), https://nsarchive2.gwu.edu/NSAEBB/NSAEBB370/docs/Document%205.pdf

*Sources of funding (including self-funding) for the major groupings that perpetrate IED incidents — Taliban*, Action on Armed Violence (May 25, 2017), https://aoav.org.uk/2017/sources-funding-including-self-funding-major-groupings-perpetrate-ied-incidents-taliban/

Gretchen Peters, *Haqqani Network Financing: The Evolution of an Industry*, Combating Terrorism Center at West Point, (July 2012) https://ctc.usma.edu/wp-content/uploads/2012/07/CTC_Haqqani_Network_Financing-Report__Final.pdf

Ryan Charles Rettinger, *Examination of Non-Ideal Explosives* at 20, 24 University of Rhode Island (2019), https://digitalcommons.uri.edu/cgi/viewcontent.cgi?article=1839&context=oa_diss

Statement of Prof. Tarik M. Yousef, *Hawalas and Underground Terrorist Financing Mechanisms: Informal International Financing Networks that can serve as a pipeline of funds for Terrorist*, Hr'g Before the U.S. Senate Subcommittee on Int'l Trade and Finance, S. Hr'g 107-660 (Nov. 14, 2001), https://www.govinfo.gov/content/pkg/CHRG-107shrg81714/pdf/CHRG-107shrg81714.pdf

*Tajikistan and Afghanistan*, Institute for the Study of War, https://www.understandingwar.org/tajikistan-and-afghanistan

Taliban video, *Taliban Release new video Timothy Weekes and Kevin King New Massage [sic]*, YouTube (Jan. 17, 2017), https://www.youtube.com/watch?v=4iGdi6NMLag (attached hereto as Ex. W)

Taliban video, *Taliban Released New Videos of Two Prisoners* (June 16, 2017) (attached hereto as Ex. X)

*Terrorist Networks in Pakistan and the Proliferation of IEDs*, Hearing before the Subcommittee on Near Eastern and South Central Asian Affairs, S. Hrg. 112-738 (Dec. 13, 2012), https://www.govinfo.gov/content/pkg/CHRG-112shrg79800/html/CHRG-112shrg79800.htm

*Timeline: The U.S. War in Afghanistan, 1999-2021*, Council on Foreign Rel., https://www.cfr.org/timeline/us-war-afghanistan

Tyler Tirona & Michael Carr, *Afghanistan IED Attacks*, ERSI, https://www.arcgis.com/apps/Cascade/index.html?appid=48d386142e8f4650b4380d1ab369465b

Uruzgan Provincial Overview, Naval Postgraduate School, https://nps.edu/web/ccs/uruzgan

U.S. Navy Chaplain Corps, *Deobandi Islam: The Religon of the Taliban* (Oct. 15, 2001), https://www.globalsecurity.org/military/library/report/2001/Deobandi_Islam.pdf

Marvin Weinbaum and Meher Babbar, *The Tenacious, Toxic Haqqani Network*, Middle East Institute (Sept 2016), https://www.mei.edu/sites/default/files/publications/PF23_WeinbaumBabbar_Haqqani_web_0.pdf

World Population Review, *Afghanistan Population 2021 (Live)*, https://worldpopulationreview.com/countries/afghanistan-population

Alec Worsnop, *From Guerilla to Manuever Warfare:  A Look at the Taliban's Growing Combat Capability*, Modern War Institute (June 6, 2018), https://mwi.usma.edu/guerrilla-maneuver-warfare-look-talibans-growing-combat-capability/