# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>                    Defendant. | Case No. 19-cv-3835-JDB |
| MARK ZAMBON, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>                    Defendant. | Case No. 18-cv-02065-JDB |

**DECLARATION OF GRACE W. KNOFCZYNSKI IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT SPECIAL MASTERS AND ADOPT ADMINISTRATIVE PLAN CONCERNING SPECIAL MASTERS**

I, Grace W. Knofczynski, pursuant to 28 U.S.C. § 1746, declare as follows.

1. I am an attorney at law licensed to practice in the District of Columbia and the State of Pennsylvania. I am admitted to practice before this Court. I am an associate with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents Plaintiffs in the *Cabrera* case and the Afghanistan Plaintiffs in the *Zambon* case. I respectfully submit this Declaration in Support of Plaintiffs' Motion to Appoint Special Masters and Adopt Administrative Plan Concerning Special Masters, which is being filed concurrently.

2. Plaintiffs have calculated the inflation from August 2019 — when the Court entered Order Adopting Administrative Plan, *Sheikh v. Republic of the Sudan*, No. 14-cv-2090-JDB (D.D.C. Aug. 29, 2019), Dkt. 44 — to November 2021 — the most recent month with available data — using the U.S. Department of Labor's Bureau of Labor Statistics Consumer Price Index Calculator. The calculator is available at https://data.bls.gov/cgi-bin/cpicalc.pl. According to the calculator, a payment of $1,200 per day in August 2019 has the same value as a payment of $1,300.05 per day in November 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 17, 2021

*Grace W Knofczynski*

Grace W. Knofczynski