# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　　Defendant. | Case No. 19-cv-3835-JDB |
| MARK ZAMBON, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>　　　　　　Defendant. | Case No. 18-cv-02065-JDB |

### [PROPOSED] ORDER APPOINTING SPECIAL MASTERS

　　Upon consideration of Plaintiffs' Motion to Appoint Special Masters and Adopt Administrative Plan Concerning Special Masters in the above-captioned cases, and the entire record herein, it is hereby **ORDERED** that the Honorable Wayne D. Brazil (Ret.); the Honorable Rosalyn Chapman (Ret.); Paul Griffin, Esq.; the Honorable Carlos R. Moreno (Ret.); and Stephen A. Saltzburg, Esq. are hereby **APPOINTED** Special Masters for the administration of the compensatory damages claims of the remaining *Cabrera* and *Zambon* Plaintiffs associated with the bellwether attacks presented at the bellwether evidentiary hearing held October 18-20, 2021.

1

2

     This appointment is contingent upon each Special Master submitting within thirty (30) days after entry of this Order a signed declaration disclosing any ground for disqualification under 28 U.S.C. § 455 and agreeing to abide by the final Administrative Plan.

     Plaintiffs shall submit for the Court's approval a plan identifying which Special Masters shall be responsible for which Plaintiffs' claims. Plaintiffs' proposed plan should divide the claims so as to ensure that each Special Master will complete their work as efficiently as possible. Plaintiffs shall submit the proposed plan not later than thirty (30) days after entry of this Order.

Dated: _____            _____
                                                                   John D. Bates
                                                                   United States District Judge