UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Civil Action No. 19-3835 (JDB) |
| MARK ZAMBON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Civil Action No. 18-2065 (JDB) |

**ORDER**

Upon consideration of [Cabrera ECF No. 52] [Zambon ECF No. 43] plaintiffs' Motions for Default Judgment in the above-captioned cases, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [Cabrera ECF No. 52] [Zambon ECF No. 43] the motions are **GRANTED**; it is further

**ORDERED** that the plaintiffs are awarded damages in the following amounts:

| Plaintiff | Pain-and-Suffering or Solatium Damages | Compensatory Damages Plus Prejudgment Interest |
|---|---|---|
| SGT Jared Lemon | $9,000,000 | $14,061,020.56 |
| K.L. | $2,500,000 | $3,905,839.04 |
| Frank Lemon | $2,500,000 | $3,905,839.04 |
| Jackie Lemon | $2,500,000 | $3,905,839.04 |
| Benjamin Lemon | $1,250,000 | $1,952,919.52 |

| | | |
|---|---|---|
| Matthew Lemon | $1,250,000 | $1,952,919.52 |
| Nathan Lemon | $1,250,000 | $1,952,919.52 |
| August Wildman | $8,000,000 | $11,893,588.62 |
| Corbin Cabrera | $4,000,000 | $5,946,794.31 |
| Gillian Cabrera | $4,000,000 | $5,946,794.31 |
| M.C. | $5,000,000 | $7,433,492.89 |
| R.C. | $6,000,000 | $8,920,191.47 |
| Robert Cabrera | $4,000,000 | $5,946,794.31 |
| Daniel Cabrera | $2,500,000 | $3,716,746.45 |
| Ronald Hopkins | $2,500,000 | $3,716,746.45 |
| Suzanne Martinez | $2,500,000 | $3,716,746.45 |
| JD Prosser | $2,500,000 | $3,716,746.45 |
| Gloria Trelfa | $2,500,000 | $3,716,746.45 |
| CPT Ryan Timoney | $9,000,000 | $13,144,298.58 |
| Diane Timoney | $2,500,000 | $3,651,194.05 |
| Gregory Timoney | $2,500,000 | $3,651,194.05 |
| Kevin King | $11,000,000 | $11,245,787.72 |
| Stephanie Miller | $1,562,500 | $1,597,413.03 |

and it is further

**ORDERED** that final judgment on liability is directed under Federal Rule of Civil Procedure 54(b) as to all claims by these plaintiffs associated with the eleven bellwether attacks addressed at the bellwether hearings held on October 18 to 20, 2021.  The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Iran, an absent defendant, will not be prejudiced by "staggered appeals or the like," Sheikh v. Republic of Sudan, 485 F. Supp. 3d 255, 274 (D.D.C. 2020), and plaintiffs will be eligible to recover from the U.S. Victims of State Sponsored Terrorism Fund only with "a final judgment," 34 U.S.C. § 20144(c)(2); see Frequently Asked Questions, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last accessed July 19, 2022); Fritz v. Islamic Republic of Iran, 324 F. Supp. 3d 54, 66 (D.D.C. 2018) (entering judgment pursuant to Rule 54(b) so plaintiffs

2

would not be "prejudiced in their ability to receive prompt payment of their compensatory damages awards from" the Fund).

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: July 19, 2022