AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____<br>*Plaintiff*<br>v.<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒  other:

_____ .

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision was reached.

❒  decided by Judge _____ on a motion for

Date: _____                                  *ANGELA D. CAESAR, CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*