**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AUGUST WILDMAN, MAXWELL GAVAN
CABRERA, R.X.C., by and through his next friend
August Wildman, CORBIN CABRERA, GILLIAN
LEIGH CABRERA, RONALD PAUL HOPKINS,
SUZANNE RENE MARTINEZ, JD PROSSER,
ROBERT CABRERA, DANIEL MATIAS CABRERA,
GLORIA DIANE TRELFA, JALANE ARDITH
ADAMS, PETER ADAMS, ALMA MURPHY, PAUL
MURPHY, RANA GOODRICH ALLEN, GINNY
LAMB, SHERRY LOAN, LINDA PHANEUF,
CAITLIN ELIZABETH ANDERSON, L.G.A., by and
through her next friend Caitlin Elizabeth Anderson,
BOBBY GENE ANDERSON, PATRICIA MARLENE
GOODWIN, APRIL LYNN ANDERSON, BOBBY
JOE ANDERSON, JOHN DAVID ANDERSON,
MARGARET ANDERSON, ROSA IRMA
HALLIDAY, ARMANDO OCHOA, EDUARDO
OCHOA, BRAD JOSEPH HALLIDAY, CHERYL
ATWELL, ERIN RIEDEL, MARK BAKER, MARK
DAVID BAKER, TAYLOR GENOVESE, REBECCA
E. BAKER, CHRISTOPHER BALDRIDGE, E.B., by
and through his next friend Christopher Baldridge, L.B.,
by and through his next friend Christopher Baldridge,
S.B., by and through her next friend Christopher
Baldridge, JESSIE BALDRIDGE, VIRGINIA
NEWSOM, KYLE BALDUF, SHANNON DENISE
COLLINS, CINDY JEANNE LOHMAN, GARY
EDWARD LOHMAN, APRIL ANGEL BAYS,
TIMOTHY LEE BAYS, BRENDA GRINER,
LINDSAY REDOUTEY, ANGELA KAHLER, JAMES
BELL, PAMELA E. ALEXANDER BELL, LONDON
JACINDA BELL, ANDREA ROE, SCOTT
BENNEDSEN, TRACY BENNEDSEN, JAMIE
JOHANNA COATES, FREDERICK C. BENSON,
BEVERLY MILLS, BETHANY ANN BENTON,
GINA BERISFORD, M.B., by and through her next
friend Gina Berisford, SHELLEY GUTHRIE, JANE
BERRETTINI, VINCENT BERRETTINI,
CHARLOTTE ALLEN, AUSTIN NELAMS,
MATTHEW ALLEN, JULIE BESSA, BRYANA
ELYSE BESSA, JOEL D. BESSA, DONNA BLAIR,
DALLAS BRYANT, GEORGIA PRIEST, CHARLES
EDWARD BLANEY, DIANNE BELK MASSEY,

Case No.: 19-CV-3835-JDB

CARLEY BLANEY, CARLENE CROSS, MICAEL D.
GAUGER, CARISE MARTINDALE, MARY
BORDER, KATHERINE ABREU-BORDER,
DELAYNIE K. PEEK, JAMES MICHAEL BOUCHER
JR., JAMES BOUCHER SR., KIMBERLY
BOUCHER, BRITANY BOUCHER, MICHAEL
BOWEN, FRANCISCO JAVIER BRISEÑO
GUTIERREZ, LUIS BRISEÑO ALVAREZ, SUSAN
BRODEUR, D.L.B., by and through his next friend
Susan Brodeur, ELIZABETH L. BRODEUR, JOYCE
A. BRODEUR, LAWRENCE A. BRODEUR, DAVID
BROSTROM, MARY JO BROSTROM, BLAKE D.
BROSTROM, BARBARA BROWN, HAROLD
BROWN SR., REGINA BROWN, PAULA RICH,
RICHARD G. BRUNKHORST, JANICE HARRIMAN
BRYANT, S.L.B., by and through his next friend Janice
Harriman Bryant, WILLIAM MICHAEL BURLEY,
TAMMY OLMSTEAD, MICHAEL COLLINS, DAN
OLMSTEAD, BRIGETTE PETERSON, T.C., by and
through his next friend Brigette Peterson, ANDREW
BOWER, F.S., by and through her next friend Brigette
Peterson, JAMES REGINALD CAMPBELL, MARIA
CARDOZA, RAMIRO CARDOZA SR., RAMIRO
CARDOZA JR., WRAYJEAN CARNES, AMANDA
NICOLE MANASRA, JEFF CARON, CASSANDRA
CARON, KAREN CARON, SUMER J. ROBERTS,
RICHARD ALLEN CAULEY, JON CENTANNI,
GLENN CHISHOLM, KARMA CHISHOLM, DONNA
BALL, MICHAEL CHRISTIAN, MICHAEL AARON
CHRISTIAN, KEYKO D. CLARK, CORTEIZE
CLARK, PRECIOUS CLARK, CLEVELAND DAVIS,
JONATHAN CLEARY, APRIL CLEARY, KIM
SOLA, AIDAN CLEAVER, COLLIN CLEAVER,
ANTOINETTE MARY COFFLAND, DAVID LEE
COFFLAND, LAURIE ANN BARTLETT, KAREN
ANN BRESNAHAN, DAVID LEE COFFLAND JR.,
LYNN MARIE COFFLAND, AMBER DAWN
MORELAND, TRENTON DEAN COMBS, HALLIE
MAY COMBS, HOLLY CONRAD, B.C., by and
through his next friend Holly Conrad, KENNETH
COTTLE, KIM B. COX, SHARON J. COX,
SHANNON BUTLER, HANNAH COX, ROSS COX,
NICOLE COX, A.C., by and through his next friend
Ross Cox, BRENNAN COX, H.C., by and through her
next friend Ross Cox, PEYTON COONEY, DAVID
AARON CROW, CHERYL M. CULBRETH,

WALTER L. CULBRETH, JAMES FARRIS CULLINS
JR., COOPER HENRY PIKE CULLINS, DONAVAN
KURT SCHILLING CULLINS, BARBARA
SCHILLING, LAVETTE CURRY, NIKI MARTIN,
PATRICIA DAHL, ANGEL DAHL, MARCUS
DANDREA, N.D., by and through her next friend
Marcus Dandrea, LEANORA DANDREA, MARK
WILLIAM DANDREA, HOPE DANDREA, I.D., by
and through his next friend Leanora Dandrea,
BENJAMIN DANDREA, GABRIEL DANDREA,
HANNAH DANDREA, JOSHUA DANDREA,
SAMUEL DANDREA, JAMES L. DANIELS, LUCAS
DANIELS, SOPHIE DANIELS, ANTHONY
D'AUGUSTINE, PATRICIA D'AUGUSTINE,
JENNIFER D'AUGUSTINE, NICOLE
D'AUGUSTINE, MICHELE KULESA, TRACY LEE
CARRICO, TIMOTHY DAVIS, STEPHANIE
FRANCES BOVA, HELENA DAVIS, C.D., by and
through his next friend Helena Davis, EVA FARR-
WALLACE, CALVIN D. JAMISON, ATARAH
WRIGHT, DON DAY, KATHY DAY, ROLANDO DE
LA ROSA, HELEN DEPRIMO, JOSEPH DEPRIMO,
JODI CALABRO, DANIELLE FEDIW, TEDDI
DEYOUNG, LORI DEYSIE, ERISA DEYSIE,
SIDNEE DEYSIE, PATRICIA ELSNER, KELSEY
THOMAS, MARK ELSNER, JACQUELINE ALLEN,
MARK ANTHONY ELSNER, KELLI-JO DODGE,
B.C.D., by and through his next friend Kelli-Jo Dodge,
P.A.D., by and through her next friend Kelli-Jo Dodge,
JULIE SCHROCK, RYAN DONAHUE, CHANDLER
SCHROCK, TAYLOR SCHROCK, ROBERT L.
DUNNING, individually and as representative for the
estate of TOMOE DUNNING, JOY COY, LISA
MURAWSKI-DUPONT, MARK P. DUPONT, ERICH
ELLIS, JOELLE R. ELLIS, JOHN F. ELLIS, JAMES
EARL ELLIS, BRIAN EDWARD ELLIS, JULIE ANN
SANDIFER, VANESSA MARIE ANZURES, VICTOR
RAYMOND ELLIS, DENNIS JOHN ELM, DONNA
LEE ELM, CATHERINE ELM BOATWRIGHT,
MARGARET ELM CAMPBELL, MATTHEW ELM,
CHRISTINE RANGEL, KRISTEN A. ELWELL,
ELISE M. ELWELL, N.B.E., by and through his next
friend Kristen A. Elwell, SUSAN BURKHARD,
CHARLES ESSEX, MARION RUTH HOPKINS, L.D.,
by and through his next friend Britani Lee, JERRY
RANDALL EVANS SR., MARTHA ANN EVANS,

LARISSA ANN BARNHART, BRITTANY EVANS,
CRYSTAL NICOLE EVANS, JONATHAN
DEWAYNE ROGERS, JOHN EWY, JOHN L. FANT,
DAVID FINGAR, RHONDA G. FINGAR, ANDREA
DIETZ, BUFORD JEREMIAH FINGAR, DONALD
JOSHUA FINGAR, GERALD W. FINLEY, JOHN M.
FINLEY, JOSHUA M. FINLEY, JENNIFER M.
LEFORS, STEPHANIE FREEMAN, KATIE C.
FREEMAN, K.M.F., by and through her next friend
Katie C. Freeman, W.D.F., by and through his next
friend Katie C. Freeman, GWENDOLYN FRENCH,
LAQUITTA FRENCH, LOUELLA E. FRISON,
LESLY YOHANA GARCIA, MARICRUZ GARCIA
VELASQUEZ, VICTOR GARCIA, RAMSSES
GARCIA, MARIA L. AVNERI, EDUARDO G.
GARCIA, JACOB AVNERI, JOSEPH D. GARRISON,
JUDITH ROWE GENTZ, JOANNA GILBERT,
PATRICIA GOINS, PAUL EDWARD GOINS III,
EMMITT DWAYNE BURNS, JANICE CARUSO,
DANA RAINEY, JOHN WAYNE GOLDSMITH,
LORIE GOLDSMITH, ANN L. GOULD, JAMES A.
GOULD, JULIANNA SYMKOWIAK, JAMES A.
GRADY, JAMES MICHAEL GRADY, HASSON
GRANADO, ALMUTH CORNELIUS GREEN JR.,
PATRICIA C. GREEN, SUNI CHABROW, KRISTIN
CARACCIOLO, PAIGE ERLANGER, LINDA K.
GRIECO, RALPH GRIECO, JENNIFER GRIECO
BURCH, MATTHEW GRIFFIN, SHAWN PATRICK
GRIFFIN, SHEILA RISTAINO, DANIEL GRIFFIN,
CELESTINA GROCHOWIAK, D.G., by and through
his next friend Celestina Grochowiak, SOCCORO
GROSS PANIAGUA, CARLOS BENJAMIN GROSS
RIOS SR., CARLOS BENJAMIN GROSS
PANIAGUA, FELICIA GROSS PANIAGUA,
LOWELL HANSON JR., MEGAN KATHLEEN
DOHN, CYNTHIA HANSON, BRIAN HARPER,
SORAINYA HARRIS, TENNYSON CHARLES
HARRIS, TIFFANY DOTSON, ASHLEY MICHELLE
HARRIS, CHRISTOPHER WAYNE JOHNSON,
DAVID L. PARKER, FELICIA ANN HARRIS,
MICHAEL RUFUS II, STEPHANIE RUFUS, RUTH
M. HARTON, ROBIN HEFNER, BRANDON DALE
HEFNER, JESSICA MEAGAN HEFNER, JAMES
HENDERSON, ALEX HENIGAN, TODD MCCLAIN
HENIGAN, JOAN THELMA HENSLEY, TERRY L.
HENSLEY, DON HERNANDEZ, JESSIE

HERNANDEZ, ANDREA HIDALGO, JORGE
HIDALGO, ROBERT A. BIRD, MARY HILTON,
JEANINE HILTON, DOMINIC GIACCHI, KEVIN
HONAKER, TRISTYN ANTHONY VINSON-
HOSFORD, JENNA VANOSDALE, BART LARUE
HOWARD, CONSTANCE LOUISE HOWARD,
ALEXANDER JAMES HOWARD, OLIVIA MARIE
HOWARD, KRISTINE ANNE ZITNY, ERIC M.
HUNTER, KENNA HUNTER, J.H., by and through his
next friend Kenna Hunter, K.H., by and through her
next friend Kenna Hunter, JESUS INFANTE, JESSICA
INFANTE, JUAN INFANTE, MICHAEL K. INGRAM
SR., JULIE INGRAM, CHRISTAL A. THOMAS-
KARIKER, JEREMY JACKSON, LARRY JACKSON,
EDWARD KARIKER, PAUL ELMER JAYNE,
SHERRY A. SKEENS, ADAM MATTHEW JAYNE,
GARRETT A. SKEENS, TRENT LORNE SKEENS,
Z.R.S., by and through her next friend Kent Alan
Skeens, KENT ALAN SKEENS, DENNIS JOHNSON,
TERI JOHNSON, CHERYL JOHNSON, FREDDA
LYNN JONES, J.J., by and through his next friend
Fredda Lynn Jones, KENDERRICK JONES,
I'KEMEYON CROW, NICOLE KAMALESON,
BARCLAY KAMALESON, CADE KAMALESON,
CEDRIC PAUL KAMALESON, SUNDERRAJ MARK
KAMALESON, ANNGEL JOY NORKIST, HART
NORKIST, AUJZA NORKIST, WILLIAM
NEWNHAM, MICHAEL KISSELOFF SR.,
MILAGROS KISSELOFF, EDWARD KLEIN, ABBY
KNAPP-MORRIS, K.K., by and through her next friend
Abby Knapp-Morris, BRANDON KORONA, GINGER
KUTSCHBACH, BRIAN LAMBKA, NATASHA
BUCHANAN, DOUGLAS A. LANDPHAIR, JEAN S.
LANDPHAIR, MEREDITH LANDPHAIR,
MIRANDA LANDRUM, B.R.L., by and through her
next friend Miranda Landrum, G.B.L., by and through
his next friend Miranda Landrum, JAMES R.
LANDRUM, JANET LANDRUM, CRAIG LEICHT,
SHIRLY A. LEICHT, ELIZABETH C. LEICHT,
JESSE H. LEICHT, JONATHAN LEICHT, MARY
ROSE LEICHT, SARAH GRACE LEICHT, ROBERT
ROLAND LEMBKE, JARED SATOSHI LEMON,
K.E.L., by and through her next friend Jared Satoshi
Lemon, FRANK L. LEMON, JACKIE L. LEMON,
BENJAMIN LEMON, MATTHEW C. S. LEMON,
NATHAN KENJI LEMON, MARTHA LOONEY,

MARTIN E. MADDEN, MARTIN P. MADDEN,
LINDSEY R. MADDEN, PAMELA J. MADDEN,
KYLE MALIN, ALICIA MALIN, C.M., by and through
his next friend Alicia Malin, K.M., by and through his
next friend Alicia Malin, TAYLOR MARTA, KRISTIE
SURPRENANT, BOB SURPRENANT, BRIAN M.
MARTIN, JULIE K. MARTIN, CATHERINE G.
MARTIN, ELIZABETH A. MARTIN, THOMAS
PIERCE MAYS, ALYSON OVERMAN RODGERS,
CODY CHEYENNE MAYS, TAMMY RENEE
MAYS, ANNIE L. MCBRIDE, CHESTER R.
MCBRIDE SR., JOYCE PATRICIA PAULSEN,
SONJA MCDANIEL, MATTHEW MCDANIEL,
CHARLETTE GILBERT, CHARMAINE RENEE
GILBERT, JORDAN GILBERT, JASMINE THOMAS,
KATHLEEN MCEVOY, MICHELLE ROSE
MCEVOY, PATRICK CHARLES MCEVOY, JANICE
H. PROCTOR, SYLVIA MCGEE, THOMAS MCGEE,
COREY MCGEE, J.M., by and
through her next friend Aimee Wood, BARBARA
HANKE, GREGORY MCLEOD, JACQUELINE
MCLEOD, JUSTIN MCLEOD, SHANNON K.
MCNULTY, JOHN MEANS, NICHOLAS D.
MENDES, JEREMY J. METZGER, SARAH BETH
MILLER MORGAN, TERRY MITTLER,
CARMELITA D. FERNANDO, ANDREA KESSLER,
JOSE ALBERTO MORGADO, ERIC MORGADO,
SUSAN MORRISON, MIRIAM A. MULLEN,
WILLIAM J. MULLEN, CATHERINE MULLINS,
THOMAS MULLINS, BETHANY ROSE MULLINS
RANDALL, CHET MURACH, WILLIAM ANTHONY
MURACH, AMANDA NEWMAN, MICHELLE M.
NICHOLAS, CYNTHIA NICHOLS, DOUGLAS
NICHOLS, BRANDON NICHOLS, BECKY S.
POOCK, ROGER POOCK, PATRICIA A. NICOL,
ROLAND N. NICOL, ALAINA NICOL, ROLAND J.
NICOL, THOMAS PRIOLO, SUSAN NOVAK,
CARMEN LOUISE O'LEARY,JULIA OTT,
CHRISTOPHER ALEXANDER PALMATEER,
MARJORIE VAIL, ELMA GARZA PALOMAREZ,
CANDIDO PALOMAREZ III, OMAR PALOMAREZ,
RENE PALOMAREZ, GARLAND PARSONS,
CATHY PARSONS, CHELSEY PELLERIN, ASHLEY
PETERS, G.R.P., by and through his next friend Ashley
Peters, DEBORAH JEAN PETERS, DENNIS W.
PETERS, CHRISTINE H. PHILLIPS, S.N.P., by and

through her next friend Christine H. Phillips, GLENDA
WILLARD, RANEE MASSONI, JORDAN PLUNK,
JUSTIN T. PLUNK, JANIE RABALAIS
GONCALVES, AARON WILLIAM PRESCOTT,
JACOB RICHARD PRESCOTT, JOSHUA MICHAEL
PRESCOTT, ALBERT W. PUCINO JR., KATHRYN
M. PUCINO, LISA M. HAGLOF, MELISSA A.
PUCINO, CYNTHIA L. PYEATT, LON SCOTT
PYEATT, EMILY SMALLEY, LONA L. GAMBONE,
RENDA RIGGINS, ANDREA N. RATZLAFF,
HEATHER L. REED, DAVID REED, DOLORES A.
REED, SCOTT REGELIN, SHIRENE REGELIN, JOY
L. RETMIER, STEVEN C. RETMIER, MASON D.
RETMIER, MATTHEW S. RETMIER, CASSIE
MARIE RICHARDSON, DONNA RIMER, JAMES
RIMER, RANDY RISTAU, HALIE RISTAU,
SUZANNE RISTAU, CHRISTOPHER POWERS,
E.N.R., by and through his next friend Jannett Cecilia
Roberts, MIGUEL ANGEL NATHANIEL ROBERTS,
MIRIATLIZ ROBERTS, REGINA BYTHER, CESAR
ROBLES, YOLANDA ROBLES, LESLIE
RODRIGUEZ, RAVEN GEORGE, RODOLFO
RODRIGUEZ SR., RODZIE EFREN RODRIGUEZ,
ANGELA RITA MARIE ROGERS, BARBARA A.
ROLAND, MARK K. ROLAND, ERICA M.
ROLAND, LIESELOTTE R. ROLDAN, ANGEL R.
ROLDAN, MATTHIAS P. ROLDAN, SAMANTHA G.
ROLDAN, NANCY ROUGLE, DONNA MAE
ROUSH, ROBERT GRAHAM ROUSH JR., ALEX
JASON ROZANSKI, COLLEEN WHIPPLE, PHILLIP
J. SCHMIDT, BRANDON TYLER SCHMIDT,
THOMAS SCHWALLIE, DAVID SHANFIELD,
PAMELA SHANFIELD, SYDNEY SHANFIELD,
REUBEN ERIC SHARP, SHERRY JEAN PEPPER,
GEORGANNE M. SIERCKS, GAGE SIERCKS, G.S.,
by and through his next friend Georganne M. Siercks,
JACQUELINE B. THOMPSON, RANDOLPH D.
THOMPSON, BRITTENY BULLOCK, ANDREW
SLACK, JESSE SLACK, JONATHAN H. SLACK,
LAUREN SLACK, ROSE ANN CROSSMAN,
JESSICA COOK, MARY BETH SMEDINGHOFF,
THOMAS SMEDINGHOFF, JAMIE SMITH,
ROBERT EARL SMITH, THELMA SMITH,
ANNETTE PARRISH, DEANNDREA LUNEY,
DEIONTAY WELCH, KIM SMITH, SARAH
NGIRAIBIOCHEL, BENJIMAN SMITH, DELORIS

SNOW, MIRACLE BURTON, DAMEN SNOW,
DINEEN SNYDER, EDWARD SNYDER, DAMIEN
EDWARD SNYDER, LARRY MICHAEL
SOLESBEE, GUSTAVO ALFONSO SOLTERO,
ADRIAN CARRILLO SOLTERO, CHRISSY PRADO,
A.M.S., by and through her next friend Chrissy Prado,
C.S.S., by and through her next friend Chrissy Prado,
OWEN M. SOUTHWORTH, LOGAN M.
SOUTHWORTH, KIMBERLY SOUTHWORTH,
ROBERT SOUTHWORTH, CHRISTINA NIKOLE
GUERRERO, MICHAEL SOUTHWORTH, GARRY
LEE SPARKS, JAN MARIE HURNBLAD SPARKS,
ERIK SPARKS, ZACHARY DOUGLAS SPARKS,
JANE SPARKS, TINA LYNN SEEKINS, MITCHELL
L. STAMBAUGH, RACHEL HUMPF, DENNIS
STEFFEY, HEATHER JACKSON, DAVID HUMPF,
LAUNA LEE CHAVEZ, CHARLES LYNN STILES,
KENNETH J. STILES, NATALIE MICHELLE
SCHOENING, CECILIA STILES, BILLY MICHAEL
STOUT, MELISSA KEENER, JANICE COCHRAN
YORK, FRANKLIN LITTLE, GARRETT LAYNE
FUNK, JILL MYERS, ALYSSA MARIE STYER,
JOHN ANDERSON HALL, HARRIET SUTTON,
JEFFREY SCOTT KUYKENDALL, LARRY
KUYKENDALL, CLIFFORD TAYLOR, EVELYN
TAYLOR, DANICA THOMAS, L.T., by and through
her next friend Danica Thomas, JULIE MAGANA,
RYAN GREGORY TIMONEY, DIANE TIMONEY,
GREGORY TIMONEY, ESTA SMITH, JOE TORIAN,
EMILY TORIAN, NATHAN EWELL TORIAN,
JIMMY SMITH, NANCY M. TRIMBLE, TIMOTHY
M. TRIMBLE, KEVIN TRIMBLE, LYDA NIESHE,
DANA ATLAS, S.A.A., by and through her next friend
Dana Atlas, S.R.A., by and through her next friend Dana
Atlas, JOHANNES ATLAS, JOSE ANTONIO
VAZQUEZ SR., JANICE VAZQUEZ, MICHAEL
VERARDO, TAMARA ANNE BOYETT, TERRY
LYNN BOYETT, DARRYL WALLACE, HARVEY
LANE WALLS, STEVEN WALLS SR., DANNY
VIETTI, SARAH MOSCHLER WALTON, ROBERT
WATSON JR., BARRY WELCH, LORRIA WELCH,
JOHN M. WEST, MARCIA M. WEST, KRISTINE
WILLIS, ANTHONY CURTIS WHITE, ANTHONY
EVAN WHITE, ZACHARY LUKE WHITE, MARK
ANTHONY WHITE, MARTHA CAROLINA SMITH,
THOMAS ELMER WICKLIFF, MICHELLE

CAROLINA ROTELLI, CLINT COLEMAN WILDES,
JAMIE E. SURLES, CLARENCE WILLIAMS JR.,
TALISA SHERVON WILLIAMS, SAMANTHA
SHERVON WILLIAMS, ABRILL RENEE
WILLIAMS, LEON WILLIAMSON III, SYBIL B.
WILLIAMSON, CHERYL SPIVEY, CORBIN
WAYNE HUNT, REGINA MICHELE WRIGHT, F.S.,
by and through her next friend Ashley Rose Serocki,
DAWN MARIE PATTEE, JALISA MARIE
HAMMOND, KRISTEN COLLEEN WRIGHT,
RUSSELL GLENN YANNEY, ROBYN YOUNG,
SHARON K. ZAEHRINGER, NICOLE R. SCOTT,
MICHELLE MARIE ZIMMERMAN, CHRIS LEE
ZIMMERMAN, BAILY ZIMMERMAN, AMANDA
BOONE, AMY ALLEN, DANIEL ALLEN, JASMIN
BAYS, CHRISTOPHER BERRETTINI, NELLO
BERRETTINI, MICHAEL BOGAR, JASE
BROSTROM, FRANK BRYANT SR., PATRICIA
BRYANT, LINDA REYNOLDS, CORDARO CLARK,
HEATHER DANIELS, JAMES ELLIS, BRIAN
FREEMAN, STEVEN M. GENTZ, JESSICA
BENSON, NICOLE GOLDSMITH, ALEXIS J.
QUISENBERRY, KEVIN GRADY, JESSE GREEN,
CAROL GRIFFIN, ANGELA HARPER, HOLLY
HARPE, JOSEPH HULSEY JR., CINDY
HENDERSON, ATHENA GORDON, GLORIA
HENSLEY, A.L.H., by and through her next friend
Gloria Hensley, E.M.H., by and through her next friend
Gloria Hensley, N.R.H., by and through her next friend
Gloria Hensley, MICHAELA HENSLEY, BRENT
ROBINSON, CHRISTEN HOLLEY, S.G.C.H., by and
through her next friend Christen Holley, CHARISSA
DELGIORNO, ALYSSA SHERIDAN, ANDREW
SHERIDAN, KATHLEEN LYNN ALEXANDER,
DANIEL OWEN HUGHES, PATRICIA HUGHES,
BETTY BLACK, JOEY HUNTER, JOEY HUNTER II,
NICHOLAS ROBINSON IV, Ayzia J. Jayne, MARIUS
R. WASHINGTON, SHEILA MCCARY, JASMINE
JONES, ALEKSANDR KISSELOFF, B.T.K., by and
through his next friend Ginger Kutschbach, JORDAN
LAMBKA, L.A.E.L.B., by and through her next friend
Natasha Buchanan, S.L.L.B., by and through her next
friend Natasha Buchanan, MASHELLE LEMBKE,
ALEXIS MARIE LEMBKE, T.N.L., by and through his
next friend Mashelle Lembke, KARYN SUE STONE,
LAWRENCE MARTA, ALEXANDRA

MCCLINTOCK, D.C.M., by and through his next friend
Alexandra McClintock, GEORGE MCCLINTOCK III,
LUANN VARNEY, CRISTINE MITTLER, JOYCE
TURNER, MISTY BARCLAY, ALEXANDER
MITTLER, ANNA BANZER, SOFIA KESSLER,
CONNOR ALEXIAN PLADECK-MORGADO,
NANCY MULLEN, DONALD NEWMAN SR.,
MARY HAMMERBACHER-NICHOLS, MONTE
NICHOLS, NICOLE ROBLES, JESSICA CRUZ, ,
MICHELLE HOCK, SHANNON FENTON, CARLOS
CRUZ, JOEL CRUZ, N.W., by and through her next
friend Regina Byther, ROBERT ROUSH III, NATALIE
SCHMIDT, A.L.S., by and through his next friend
Natalie Schmidt, LEEANN SCHMIDT, SARAH
SCHWALLIE, ANGELA PRESTON, A.P., by and
through his next friend Angela Preston, GUS
PRESTON, JOAN SMEDINGHOFF, MARK
SMEDINGHOFF, REGINA SMEDINGHOFF,
STEVEN FLOWERS JR., CRAIG SMITH, NATASHA
SNYDER, TRINA SOLESBEE, ANDREA STEFFEY,
A.G.S., by and through her next friend Andrea Steffey,
CHARLES STILES II, MICHAEL STOUT, MICHAEL
STRATTON, STEVEN STRATTON, DEBORAH
YOUNG, ERIN GOSS, SUMMER SUTTON, TRECIA
BROCK HOOD, WENDY SHEDD, FREDDIE
SUTTON, KYLE TAYLOR, ROSANNA TRIMBLE,
MICAELA TRIMBLE, STEFFANI TRIMBLE, LEAH
TURNER, JOSE VAZQUEZ JR., TIFFANY
WALLACE, CHASE WALLACE, LISA HICKS,
MICHAEL SKOUFALOS, ERIC ALLEN VIETTI,
ZACKARY WELCH, LAURA WHITE, CHARLES
ADKINS, SHEILA GOOD, VELVET ADKINS,
VERONICA ADKINSON, JOSE ALEMAN,
STEPHANIE HAGER, ROBERT ANDREWS,
SONDRA ANDREWS, JONATHAN ASHLEY III,
TAMMIE ASHLEY, JONATHAN ASHLEY IV,
JORDAN ASHLEY, SUZANNA AUSBORN,
MITCHELL MALOY, SUMMER MALOY, ENJOLIE
BATES, B.B., by and through his next friend Enjolie
Bates, R.B., by and through her next friend Enjolie
Bates, MARLINE TULLY, CHRISTOPHER
BILLMYER, CHERYL BILLMYER, JAMES
BILLMYER, MAGGIE BILYEU, KIMBERLY
BLAMIRES, D.L.B., by and through her next friend
Kimberly Blamires, KALLI BLAMIRES, CRAIG
BLAMIRES, SANDRA BLAMIRES, BEAU

BLAMIRES, ERIC BLAMIRES, ETHAN BLAMIRES, NEIL BLAMIRES, JULIE MCGRAW, ERNEST BROWN II, JIM ARTHUR JACOBS, GLADYS VEREEN, CHRISTOPHER BAPTIST, DOMINIC JACOBS, JIM AUGUSTINO JACOBS, LAGUANDA JACOBS, MICHAELA JEANNE TAYLOR, CYNTHIA CAMPBELL, ARTHUR CAMPBELL, AUDREY CAMPBELL, TINA CAMPBELL, TIMOTHY NORMAN CARNER, BRITTANI CARNER, T.M.C., by and through his next friend Timothy Carner, WRENITA RANDALL, EDIENA MCGEE, DEAN COLEMAN, SAMANTHA MCNAMARA, BRENDA DAEHLING, KIRK DAEHLING, ADAM DAEHLING, KAYLA MARIE DAEHLING, ROBERT DARROUGH, JUDITH DARROUGH, RICHARD DENNIS, MARIA MIX, AMANDA DENNIS-SILVA, ANGELICA MIX, MARC DERVAES, JOSEPH DESLAURIERS, LISA DESLAURIERS, ALBERTO DIAZ, KAYLA DIAZ, N.J.D., by and through her next friend Kayla Diaz, N.J.A.D., by and through his next friend Kayla Diaz, FRANCES DIAZ, MAXIMO DIAZ, ANTHONY DIAZ, MATTHEW DIAZ, ROBERT DOVE, ANTOINETTE DRAKULICH, JOSEPH DRAKULICH, THOMAS DRAKULICH, DANA DRAKULICH-KING, J.G.A., by and through his next friend Jamie Allison, KYLE EDGERTON, C.F., by and through his next friend Stephanie Fisher, K.F., by and through his next friend Stephanie Fisher, STEPHANIE FISHER, THOMAS FOGARTY, ROBERT LENTZ, LISA LEE FREEMAN, VIRGINIA WIEDOWER, PAUL GIRE JR., KIRK GOLLNITZ, TYLER GOLLNITZ, CEDRIC F. GORDON, CONCHETTA DIAZ, CEDRIC D. GORDON SR., ADRIAN SHERROD, TRAVIS GREEN, JULIE GREEN, ALEXANDRIA GREEN, A.G., by and through her next friend Travis Green, E.G., by and through her next friend Travis Green, T.G., by and through her next friend Travis Green, GLENDA GREEN, COLBY ANDERSON, HAYLEY ANDERSON, CRAIG GROSS, NATALIE GROSS, TIMOTHY HAGEN, DEBRA L. HAGEN, LANCE TIMOTHY HAGEN, RYAN SCOTT HAGEN, SAMUEL ALAN HAGEN, LYNNE FARMER, JERRY HARDISON, JUSTINA HARDISON, DAUS HEMPKER, DENNIS HEMPKER, JEWELYN HEMPKER, CONNIE

HERZEL, STEPHANIE HAYHURST, MAREN
HESLA, LARRY D. HORNS, TAMARA HORNS,
TIFFANY LOUISE HORNS, SONGMI KIETZMANN,
BENJAMIN HORSLEY, JOHN HORSLEY, HOLLY
INGRAM, C.A.I., by and through her next friend Holly
Ingram, SHELBY IUBELT, V.I., by and through her
next friend Shelby Iubelt, MICHAEL IUBELT,
CHARLOTTE LOQUASTO, J.A.L., by and through his
next friend Charlotte Loquasto, DARIUS JOHNSON,
JUDY B. CUSACK, KIA CUSACK, BILLIE
SHOTLOW, MICHAEL SHOTLOW, LACEY
JORDAN, T.J.J., by and through his next friend Lacey
Jordan, ALISON POHN, JOHN C. MCCARTHY,
NORMAN KARCH, CAMERON SADE KENNEDY,
A.D.R.K.-Y., by and through her next friend Cameron
Sade Kennedy, K.A.K., by and through her next friend
Cameron Sade Kennedy, T.M.S., by and through his
next friend Cameron Sade Kennedy, KEVIN KING,
STEPHANIE MILLER, GRACE AUBREY
KREISCHER, C.L.K., by and through his next friend
Grace Kreischer, BRIANNE BARLOW, JASON
BARLOW, ELLIOT LANDER, HOLLAN LANDER,
T.L., by and through her next friend Elliot Lander,
GREGORY N. LANDER, KIMBER MORIN, ERIC
LANDER, CATHERYN SCHOENFARBER, DAVID
LAU, HAMIDE LAU, K.L., by and through his next
friend David Lau, M.L., by and through her next friend
David Lau, ALEXANDER LAU, VIVIAN PERRY,
HOLLY ABRAHAM, LEROY LAU JR., MICHELLE
LEE RAUSCHENBERGER, JAMMIE SMITH, TODD
LOVE, ERIC LUND, KEVIN MCCLOSKEY,
CLARENCE METCALF, KIMBERLY METCALF,
THERESA KARLSON, KIARA PEREZ DEL VALLE,
RENES PEREZ, individually and as representative of
the estate of GLADYS DEL VALLE MONTANEZ,
SHUSHAWNDRA GREGOIRE, J.D.G., by and through
his next friend ShuShawndra Gregoire, JOHN
GREGOIRE SR., L.R.G., by and through her next friend
John Gregoire Sr., HUGH NEENAN, KATHLEEN
NEENAN, TIMOTHY NEENAN, LESA NEENAN,
GABRIEL NEGRON, MARTA TORRES, JOSE
NEGRON, MARIBEL NEGRON, MARVIN
NEGRON, WILLIAM NEVINS, RYAN NEWELL,
BRUCE NICHOLS, MOLLY G. NICHOLS, JEANNE
NICHOLS, RAUL OLIVARES JR., LESLEY
OLIVARES, D.R.M., by and through her next friend

Lesley Olivares, ADOLF OLIVAS, JACQUELINE
O'NEILL, individually and for the estate of
JONATHAN O'NEILL, ROBERT O'NEILL, BRIAN
O'NEILL, KAITLYN O'NEILL, MATTHEW
O'NEILL, JASON PACHECO, ANNALEIGH
PACHECO, PEGGY PAGAN, ROBERT PAGAN SR.,
ROBERT PAGAN JR., NANCY WILSON, DEBRA
PEREZ, ROBIN AKERS, TRACY HERRING, ADAN
PEREZ, ANTHONY PEREZ, NICHOLAS PEREZ,
JULIANNE GOOD PERRY, G.W.P., by and through
his next friend Julianne Perry, L.R.P., by and through
her next friend Julianne Perry, KATHLEEN PERRY,
STEWART LAMAR PERRY, A.T.P., by and through
her next friend Stewart Perry, JACK PIERCE, KAREN
PIERCE, W.P., by and through his next friend Jack
Pierce, BEVERLY PIERCE, ALEX PIERCE,
CHRISTINE PIERCE, BETHANY WESLEY, IDA
PITTMAN, JOHN PITTMAN SR., DIEDRE
SPENCER, A.M.P., by and through her next friend
Diedre Spencer, GAIL PROVOST, MEGHAN JANET
HOLLINGSWORTH, SARAH TIFFANY PETERSON,
BRIAN PROVOST, SPENCER DANA PROVOST,
GERTRUDE PROVOST, LOUIS PROVOST, JUDITH
L. ASHLEY, LOUISE P. CONLON, MARYJANE G.
MEDEIROS, JOHN A. PROVOST, PAUL PROVOST,
SCOTT PETER PROVOST, BLAINE A. REDDING,
SUMMER DUNN, HANNAH MASON, MALLORY
WILLIAMS, CHARLOTTE ANN REEVES,
VICTORIA JANE REEVES, JOYCE ANN TULLOCH,
CYNTHIA RICHMOND, MICHELLE RILEY,
RODNEY RILEY, DANIEL ROBINSON,
CHRISTOPHER ROSEBROCK, R.A.R., by and
through his next friend Caroline Rudzinski, PAUL
SCHAUS, TAMMIE SCHOONHOVEN, A.M.S., by
and through her next friend Tammie Schoonhoven,
A.R.S., by and through her next friend Tammie
Schoonhoven, DEBORAH SCHOONHOVEN,
CHRISTOPHER SCHOONHOVEN, SHEESHTA
MARIE PERRY, ROBERT SCHULTE, SUSIE
SCHULTE, TODD SCHULTE, BETSY SCHULTZ,
DUANE SCHULTZ, MICHAEL SOUFRINE,
ANNETTE JANINE SPEHAR, PATRICK SPEHAR,
LISA MARTINUSEN, MARIE SENTINA MIELKE,
JACOB LOUIS SPEHAR, LUKE SPEHAR, MEGAN
STEPHENS, S.M.S., by and through her next friend
Megan Stephens, CHARLES STRANGE, CARLY

ELIZABETH STRANGE, CHARLES STRANGE III,
KATELYN STRANGE, CRYSTAL DELEO, TODD
TAYLOR, MACKENZIE BERGER, FREDERICK
TOLON, BRITTANY TOWNSEND, CATHERINE
VAUGHN KRYZDA, C.C.V., by and through her next
friend Catherine Vaughn Kryzda, R.C.V., by and
through his next friend Catherine Vaughn Kryzda,
HORTENSE VICKERS, K.E.F.V., by and through her
next friend Hortense Vickers, K.M.G.V., by and through
her next friend Hortense Vickers,
KAIAKAKU'UIKALA'IOKEALOHA NOAH
VICKERS, MARY VICKERS, ROBERT VICKERS
SR., MARK VICKERS, ROBERT VICKERS JR.,
MICHELLE YARBOROUGH, DONN WEAVER,
JEANNE WEAVER, DAVID WHIPPLE,
KIMBERLEY A. WHIPPLE, BRIAN CLYBURN,
SEAN WHIPPLE, JEFFREY WHITE SR., PAULA
WHITE, KYLE WHITE, MICHAEL WHITE, FELICIA
WILLIAMS, DERLYSA WILLIAMS, VANECIA
MITCHELL, VICTORIA BOYD, DENISE WILSON,
BEVERLY WISNIEWSKI, CHESTER WISNIEWSKI
JR., CRAIG STANLEY WISNIEWSKI, MATTHEW
WALTER WISNIEWSKI, BRUCE YELNER, JOHN
ZELKO III, KATHY GAYLE LAY, solely as
representative of the Estate of KURT ZWILLING,
ALEXANDER ZWILLING, KAREN SUZANNE
ZELKO, JENNIFER MARIE ZELKO, TRENT
DONALD ZELKO, JOHN R. ZELKO JR., CLIFFORD
E. AUSBORN, ALICE FAYE AUSBORN, TODD
BRODEUR, AMANDA BRODEUR BROTHERTON,
ROBERT RIVERA, DAVID EDWARD BEAN,
TERESA BERNSTEIN, AMBER JEAN ROGERS,
T.M.C., by and through her next friend Amber Jean
Rogers, G.J.C., by and through his next friend Amber
Jean Rogers, JAMES FRANKLIN BALL, LAUREN
ASHLEY CULBRETH, K.L.F., by and through his next
friend Robert Walter Lentz, MARY ELIZABETH
RICH, ALEJANDRO OLAN GRANADO IV,
AMANDA CHRISTINE GRANADO, MARÍA
DOLORES HUNTER, SADIE NICOLE HUNTER,
SAGE RIVER SALADIN, BRAYDON TYLER
NICHOLS, JOSEPH WILLIAM PRESCOTT,
MELISSA RODRIGUEZ, DEREK RODRIGUEZ,
K.R., by and through her next friend Melissa Rodriguez,
HOLLI JEAN JENSEN, BRUCE ATLAS, ADRIANNA
GRETCHEN VARGO, KRISTINA NELL WEAVER,

GLENN ALLEN WEAVER, KAILA CARRIER,
DAVID PIEPER

               Plaintiffs,

       v.

ISLAMIC REPUBLIC OF IRAN,

               Defendant.

**THIRD AMENDED COMPLAINT FOR VIOLATION OF THE
<u>FOREIGN SOVEREIGN IMMUNITIES ACT</u>**

# TABLE OF CONTENTS

Page

INTRODUCTION ................................................................................................. 1

JURISDICTION AND VENUE ........................................................................... 2

THE DEFENDANT ............................................................................................. 2

FACTUAL ALLEGATIONS ............................................................................... 3

I.      IRAN HAS LONG SUPPORTED TERRORISM THROUGHOUT THE
        MIDDLE EAST AND CENTRAL ASIA AS PART OF ITS FOREIGN
        POLICY ..................................................................................................... 3

II.     THE TALIBAN IS PART OF AN AL-QAEDA-BACKED TERRORIST
        SYNDICATE THAT HAS WAGED A DEADLY INSURGENCY AGAINST
        AMERICANS IN aFGHANISTAN .......................................................... 8

        A.      The Taliban ................................................................................... 10

        B.      The Haqqani Network.................................................................... 14

        C.      Al-Qaeda ....................................................................................... 20

        D.      The Kabul Attack Network........................................................... 28

III.    IRAN PROVIDED MATERIAL SUPPORT TO THE TALIBAN AND
        AFFILIATED TERRORIST GROUPS IN AFGHANISTAN ................. 29

        A.      Iran Provided Material Support For Anti-American Terrorism In
                Afghanistan To Undermine The U.S. Mission There ........................... 29

        B.      Iran Provided The Taliban With Weapons, Explosives, and Lethal
                Substances..................................................................................... 37

        C.      Iran Provided The Taliban With Lodging, Training, Expert Advice or
                Assistance, Safehouses, Personnel, and Transportation ....................... 43

        D.      Iran Provided The Taliban With Financial Support............................. 47

        E.      Iran Provided Material Support To Al-Qaeda ..................................... 49

IV.     THE TALIBAN KILLED AND INJURED PLAINTIFFS THROUGH
        TERRORIST ATTACKS FOR WHICH IRAN PROVIDED MATERIAL
        SUPPORT OR RESOURCES .................................................................. 53

        The David E. Cabrera Family ................................................................ 53

        The Ryan C. Adams Family ................................................................... 55

The Raymond C. Alcaraz Family ............................................................. 55

The Nekl B. Allen Family ....................................................................... 56

The William Allen Family ....................................................................... 57

The Billy G. Anderson Family ................................................................ 57

The Brian M. Anderson Family .............................................................. 58

The Carlos A. Aragon Family ................................................................. 59

The Bradley W. Atwell Family ............................................................... 60

The David R. Baker Family ..................................................................... 60

The Dillon C. Baldridge Family ............................................................. 61

The Kevin B. Balduf Family ................................................................... 62

The Brandon A. Barrett Family .............................................................. 63

The Joseph A. Bauer Family ................................................................... 63

The Ryan P. Baumann Family ................................................................ 64

The William M. Bays Family .................................................................. 65

The Thomas A. Baysore Jr. Family ........................................................ 66

The Vincent J. Bell Family ..................................................................... 66

The Robert N. Bennedsen Family ........................................................... 67

The Darrik C. Benson Family ................................................................. 68

The Brett Benton Family ........................................................................ 68

The Julian L. Berisford Family ............................................................... 69

The Richard J. Berrettini Family ............................................................ 70

The Cory J. Bertrand Family .................................................................. 70

The Jeremy E. Bessa Family .................................................................. 71

The John D. Blair Family ........................................................................ 72

The Joshua C. Blaney Family ................................................................. 73

The Jason M. Bogar Family .................................................................... 73

The Jeremie S. Border Family ................................................................ 74

The James Michael Boucher Jr. Family .................................................. 75

The Collin J. Bowen Family ................................................................... 76

The Francisco J. Briseño-Alvarez Jr. Family ......................................... 76

The David L. Brodeur Family ................................................................. 77

The Jonathan P. Brostrom Family .......................................................... 78

The Harold Brown Jr. Family ................................................................. 79

The Scott W. Brunkhorst Family ............................................................ 80

The Frank D. Bryant Jr. Family ................................................................................. 80

The Nicholas B. Burley Family .................................................................................. 81

The Norman L. Cain III Family .................................................................................. 82

The Joshua R. Campbell Family ................................................................................. 82

The Kevin Cardoza Family ......................................................................................... 83

The Nicholas R. Carnes Family .................................................................................. 84

The Joseph T. Caron Family ....................................................................................... 84

The Patrick R. Carroll Family .................................................................................... 85

The George W. Cauley Family .................................................................................... 86

The Rick J. Centanni Family ....................................................................................... 86

The Benjamen G. Chisholm Family ........................................................................... 87

The Rusty H. Christian Family ................................................................................... 88

The Chazray C. Clark Family ...................................................................................... 88

The Jonathan Cleary Family ....................................................................................... 89

The John J. Cleaver Family ......................................................................................... 90

The Christopher J. Coffland Family ........................................................................... 90

The Casey D. Combs Family ....................................................................................... 91

The Timothy J. Conrad Jr. Family .............................................................................. 92

The Robert J. Cottle Family ........................................................................................ 93

The Daniel L. Cox Family ........................................................................................... 93

The Nathan M. Cox Family ......................................................................................... 94

The Ross Cox Family ................................................................................................... 95

The Robert W. Crow Family ....................................................................................... 96

The Justin E. Culbreth Family .................................................................................... 96

The Joshua J. Cullins Family ...................................................................................... 97

The Michael S. Curry Jr. Family ................................................................................ 98

The Michael A. Dahl Jr. Family ................................................................................. 98

The Marcus Dandrea Family ....................................................................................... 99

The Devin J. Daniels Family ..................................................................................... 101

The Joseph D'Augustine Family ............................................................................... 101

The Adam J. Davis Family ........................................................................................ 102

The Jonathan D. Davis Family .................................................................................. 103

The Ezra Dawson Family .......................................................................................... 104

The David P. Day Family .......................................................................................... 104

The Fernando De La Rosa Family ........................................................................... 105

The Jeffrey F. DePrimo Family ............................................................................. 105

The Matthew J. DeYoung Family........................................................................... 106

The Ara T. Deysie Family ..................................................................................... 107

The John P. Dion Family ....................................................................................... 108

The Corey J. Dodge Family ................................................................................... 109

The Max W. Donahue Family ................................................................................ 109

The Stephen J. Dunning Family ............................................................................. 110

The Kevin A. Dupont Family ................................................................................. 111

Erich Ellis ............................................................................................................. 112

The Robert W. Ellis Family ................................................................................... 112

The Vincent J. Ellis Family ................................................................................... 113

The Michael D. Elm Family ................................................................................... 114

The Kenneth B. Elwell Family ............................................................................... 115

The Richard A. Essex Family ................................................................................ 116

The Jerry Randall Evans Jr. Family ....................................................................... 116

The Jered W. Ewy Family ...................................................................................... 117

The Garrett A. Fant Family .................................................................................... 118

The Jason D. Fingar Family ................................................................................... 119

The James M. Finley Family .................................................................................. 119

The Michael L. Freeman Jr. Family ....................................................................... 120

The Ronald D. Freeman Family ............................................................................. 121

The Alex French IV Family ................................................................................... 122

The Demetrius M. Frison Family ........................................................................... 122

The Israel Garcia Family ....................................................................................... 123

The Jair De Jesus Garcia Family ........................................................................... 124

The Joseph M. Garrison Family ............................................................................. 124

The Joel C. Gentz Family ...................................................................................... 125

The William Joseph Gilbert Family........................................................................ 126

The Paul Goins Jr. Family ..................................................................................... 126

The Wyatt A. Goldsmith Family ............................................................................ 127

The Kristopher J. Gould Family ............................................................................. 128

The Ryan J. Grady Family ..................................................................................... 129

The Alejandro Granado III Family ......................................................................... 129

The Anthony G. Green Family ................................................................................ 130

The Douglas J. Green Family ................................................................................ 131

The Kevin D. Grieco Family ................................................................................ 131

The Kevin J. Griffin Family ................................................................................ 132

The Casey J. Grochowiak Family ......................................................................... 133

The William Gross Paniagua Family ..................................................................... 134

The Matthias N. Hanson Family ........................................................................... 135

The Scott D. Harper Family ................................................................................ 135

The Devon J. Harris Family ................................................................................ 136

The Joshua A. Harton Family .............................................................................. 137

The Shawn P. Hefner Family .............................................................................. 138

The Christopher D. Henderson Family .................................................................. 139

The Jay Henigan Family .................................................................................... 139

The Nicholas C.D. Hensley Family ...................................................................... 140

The Jose A. Hernandez Family ............................................................................ 140

The Joseph M. Hernandez Family ........................................................................ 141

The Daren M. Hidalgo Family ............................................................................. 142

The Adrian E. Hike Family ................................................................................ 142

The Matthew L. Hilton Family ............................................................................ 143

The Floyd E.C. Holley Family ............................................................................ 144

Kevin Honaker ................................................................................................ 144

The Chester W. Hosford Family .......................................................................... 145

The Jason D. Hovater Family .............................................................................. 145

The Abram L. Howard Family ............................................................................. 146

The Michael A. Hughes Family ........................................................................... 147

The Eric M. Hunter Family ................................................................................ 147

The Jesse Infante Family ................................................................................... 148

The Michael K. Ingram Jr. Family ....................................................................... 149

The Issac B. Jackson Family ............................................................................... 149

The Ryan P. Jayne Family ................................................................................. 150

The Joseph D. Johnson Family ............................................................................ 151

The Timothy L. Johnson Family .......................................................................... 152

The Ricky D. Jones Family ................................................................................ 153

The Manoharan "Paul" Kamaleson Family ............................................................. 153

The Hansen B. Kirkpatrick Family ................................................................... 154

The Denis D. Kisseloff Family ......................................................................... 155

Edward Klein .................................................................................................... 156

The Michael J. Knapp Family........................................................................... 156

Brandon Korona ............................................................................................... 157

The Patrick F. Kutschbach Family ................................................................... 157

The Todd W. Lambka Family........................................................................... 158

The Jason D. Landphair Family........................................................................ 159

The Brandon J. Landrum Family ...................................................................... 159

The Jacob C. Leicht Family .............................................................................. 160

The Eric N. Lembke Family .............................................................................. 161

The Jared Satoshi Lemon Family ..................................................................... 162

The Andrew R. Looney Family ......................................................................... 163

The Russell E. Madden Family ......................................................................... 164

The Kyle Malin Family..................................................................................... 165

The Chase S. Marta Family .............................................................................. 165

The Ethan J. Martin Family .............................................................................. 166

The Wyatt J. Martin Family.............................................................................. 167

The Chauncy R. Mays Family .......................................................................... 167

The Chester J. McBride III Family ................................................................... 168

The Matthew Q. McClintock Family................................................................ 169

The Mecolus C. McDaniel Family ................................................................... 170

The Richard P. McEvoy Family ....................................................................... 171

The Thomas P. McGee Family ......................................................................... 172

The Jason A. McLeod Family........................................................................... 172

The Richard L. McNulty III Family ................................................................. 173

The Dale W. Means Family .............................................................................. 174

Nicholas D. Mendes......................................................................................... 175

The Jonathan M. Metzger Family .................................................................... 175

The Paul J. Miller Family ................................................................................. 176

The Shaun M. Mittler Family ........................................................................... 176

The Conrad A. Mora Family............................................................................. 177

The Travis A. Morgado Family ........................................................................ 177

The Donald S. Morrison Family ....................................................................... 178

The Sean W. Mullen Family ..................................................................... 179

The Brandon S. Mullins Family ............................................................... 179

The Thomas Paige Murach Family ........................................................... 180

The Christopher R. Newman Family ........................................................ 181

The Jamie S. Nicholas Family .................................................................. 181

The Bryan J. Nichols Family .................................................................... 182

The Donald L. Nichols Family ................................................................. 182

The Andrew C. Nicol Family ................................................................... 183

The Rafael A. Nieves Jr. Family .............................................................. 184

The Adam J. Novak Family ...................................................................... 185

The Tanner J. O'Leary Family ................................................................. 185

The Kyle B. Osborn Family ..................................................................... 186

The Nicholas S. Ott Family ...................................................................... 186

The Mark C. Palmateer Family ............................................................... 187

The Isaac Palomarez Family .................................................................... 187

The Jason R. Parsons Family .................................................................... 188

The Justin R. Pellerin Family ................................................................... 189

The Joseph Michael Peters Family ........................................................... 190

The Francis G. Phillips IV Family ........................................................... 190

The Jared C. Plunk Family ....................................................................... 191

The Matthew C. Powell Family ............................................................... 192

The Brandon Joseph Prescott Family ....................................................... 192

The Matthew A. Pucino Family ............................................................... 193

The Lucas Todd Pyeatt Family ................................................................ 194

The Christopher K. Raible Family ........................................................... 195

The Pruitt A. Rainey Family .................................................................... 195

The Thomas A. Ratzlaff Family ............................................................... 196

The Jesse D. Reed Family ........................................................................ 196

The Chad R. Regelin Family .................................................................... 197

The Marc A. Retmier Family ................................................................... 198

The Joseph A. Richardson Family ............................................................ 198

The Joshua J. Rimer Family ..................................................................... 199

The Michael E. Ristau Family .................................................................. 200

The Edgar N. Roberts III Family .............................................................. 201

The Simone A. Robinson Family .............................................................................. 201

The Adrian Robles Family....................................................................................... 202

The Mario Rodriguez Jr. Family.............................................................................. 203

The Rodolfo Rodriguez Jr. Family .......................................................................... 203

The Jason A. Rogers Family..................................................................................... 204

The Matthew D. Roland Family ............................................................................... 205

The Angel Roldan Jr. Family................................................................................... 205

The Andrew Jay Roughton Family ........................................................................... 206

The Larry I. Rougle Family ...................................................................................... 207

The Nicholas R. Roush Family................................................................................. 207

The Nicholas J. Rozanski Family ............................................................................. 208

The Rex L. Schad Family ......................................................................................... 209

The Jonathan P. Schmidt Family .............................................................................. 209

The Jacob M. Schwallie Family ............................................................................... 210

The Derek L. Shanfield Family ................................................................................ 210

The Charles Seth Sharp Family ................................................................................ 211

The Justin B. Shoecraft Family ................................................................................ 212

The Billy J. Siercks Family ...................................................................................... 212

The Amy R. Sinkler Family...................................................................................... 213

The Wade A. Slack Family ....................................................................................... 214

The Anne T. Smedinghoff Family ............................................................................ 215

The Edward Bernard Smith Family .......................................................................... 215

The Paul G. Smith Family ........................................................................................ 217

The Deangelo B. Snow Family ................................................................................. 217

The Devin A. Snyder Family .................................................................................... 218

The Kristoffer M. Solesbee Family .......................................................................... 219

The Omar Soltero Family ......................................................................................... 219

The Jared W. Southworth Family.............................................................................. 220

The Orion N. Sparks Family..................................................................................... 221

The Tyler M. Springmann Family ............................................................................ 222

The Cameron J. Stambaugh Family.......................................................................... 223

The Brandon K. Steffey Family................................................................................ 223

The Jonnie L. Stiles Family ...................................................................................... 224

The Kyle Brandon Stout Family............................................................................... 225

The Mark E. Stratton II Family ................................................................... 226

The Joshua J. Strickland Family ................................................................. 227

The Brandon M. Styer Family ..................................................................... 227

The Barry Sutton Family ............................................................................. 228

The Christopher M. Talbert Family ............................................................. 229

The Aaron J. Taylor Family ......................................................................... 229

The James E. Thode Family ......................................................................... 230

The Allen R. Thomas Family ....................................................................... 230

The Jesse R. Tilton Family .......................................................................... 231

The Ryan Gregory Timoney Family ............................................................ 232

The Aaron C. Torian Family ........................................................................ 232

The Chad M. Trimble Family ...................................................................... 233

Kevin Trimble .............................................................................................. 234

The Estell L. Turner Family ........................................................................ 235

The Marcus A. Tynes Family ...................................................................... 235

The Jason A. Vazquez Family ..................................................................... 236

Michael Verardo .......................................................................................... 237

The Chad S. Wade Family ........................................................................... 237

Darryl Wallace ............................................................................................. 238

The Johnny C. Walls Family ....................................................................... 238

The Jonathan Michael Walls Family ........................................................... 239

The Tyler R. Walshe-Vietti Family ............................................................. 239

The James J. Walton Family ........................................................................ 240

The Jason R. Watson Family ....................................................................... 241

The Nickolas S. Welch Family .................................................................... 241

The Matthew J. West Family ....................................................................... 242

The Benjamin D. White Family ................................................................... 243

The James T. Wickliff-Chacin Family ........................................................ 244

The Matthew E. Wildes Family ................................................................... 244

The Clarence Williams III Family ............................................................... 245

The Patrick O. Williamson Family .............................................................. 246

The Leston M. Winters Family .................................................................... 246

The David T. Wright II Family .................................................................... 247

The Randal P. Wright Family ...................................................................... 248

The Jonathan Christopher Yanney Family ................................................. 249

The Mitchell W. Young Family .................................................................. 249

The Frank R. Zaehringer III Family .......................................................... 250

The Sonny C. Zimmerman Family ............................................................ 250

V.     THE TALIBAN KILLED AND INJURED ADDITIONAL PLAINTIFFS THROUGH TERRORIST ATTACKS FOR WHICH IRAN PROVIDED MATERIAL SUPPORT OR RESOURCES ............................................... 251

    A.    Additional Family Members of Existing Plaintiffs ........................... 251

The Ryan C. Adams Family ....................................................................... 252

The Nekl B. Allen Family .......................................................................... 252

The William M. Bays Family ..................................................................... 252

The Darrik C. Benson Family .................................................................... 252

The Richard J. Berrettini Family ............................................................... 252

The Jason M. Bogar Family ....................................................................... 253

The Jonathan P. Brostrom Family ............................................................. 253

The Frank D. Bryant Jr. Family ................................................................ 253

The Benjamen G. Chisholm Family ........................................................... 253

The Chazray C. Clark Family ..................................................................... 254

The Devin J. Daniels Family ...................................................................... 254

The Erich Ellis Family ................................................................................ 254

The Ronald D. Freeman Family ................................................................. 254

The Joel C. Gentz Family ........................................................................... 254

The William Joseph Gilbert Family ........................................................... 255

The Wyatt A. Goldsmith Family ............................................................... 255

The Ryan J. Grady Family .......................................................................... 255

The Anthony G. Green Family ................................................................... 255

The Kevin J. Griffin Family ....................................................................... 255

The Scott D. Harper Family ....................................................................... 256

The Christopher D. Henderson Family ...................................................... 256

The Nicholas C.D. Hensley Family ........................................................... 257

The Matthew L. Hilton Family .................................................................. 257

The Floyd E.C. Holley Family .................................................................... 258

The Michael A. Hughes Family ................................................................. 259

The Eric Hunter Family .............................................................................. 259

The Ryan P. Jayne Family .................................................................................... 260

The Ricky D. Jones Family ................................................................................... 260

The Denis D. Kisseloff Family .............................................................................. 260

The Patrick F. Kutschbach Family ........................................................................ 261

The Todd W. Lambka Family ................................................................................ 261

The Jason D. Landphair Family ............................................................................. 261

The Eric N. Lembke Family .................................................................................. 261

The Chase S. Marta Family ................................................................................... 262

The Matthew Q. McClintock Family ..................................................................... 262

The Richard P. McEvoy Family ............................................................................ 263

The Shaun M. Mittler Family ................................................................................ 263

The Travis A. Morgado Family ............................................................................. 263

The Sean W. Mullen Family ................................................................................. 264

The Christopher R. Newman Family ..................................................................... 264

The Bryan J. Nichols Family ................................................................................. 264

The Adam J. Novak Family ................................................................................... 265

The Isaac Palomarez Family and Estate ................................................................ 265

The Jared C. Plunk Family .................................................................................... 265

The Joshua J. Rimer Family .................................................................................. 265

The Edgar N. Roberts III Family ........................................................................... 265

The Simone A. Robinson Family ........................................................................... 266

The Nicholas R. Roush Family .............................................................................. 266

The Jonathan P. Schmidt Family ........................................................................... 266

The Jacob M. Schwallie Family ............................................................................ 267

The Charles Seth Sharp Family ............................................................................. 267

The Anne T. Smedinghoff Family .......................................................................... 267

The Edward Bernard Smith Family ....................................................................... 268

The Devin A. Snyder Family ................................................................................. 268

The Kristoffer M. Solesbee Family ....................................................................... 268

The Brandon K. Steffey Family ............................................................................. 269

The Jonnie L. Stiles Family ................................................................................... 269

The Kyle Brandon Stout Family ............................................................................ 269

The Mark E. Stratton II Family ............................................................................. 269

The Barry Sutton Family ....................................................................................... 270

The Aaron J. Taylor Family ........................................................................................... 271

The Chad M. Trimble Family ........................................................................................ 271

The Estell L. Turner Family .......................................................................................... 271

The Jason A. Vazquez Family ....................................................................................... 271

The Darryl Wallace Family ........................................................................................... 272

The Jonathan Michael Walls Family ............................................................................. 272

The Tyler R. Walshe Family .......................................................................................... 272

The Nickolas S. Welch Family ...................................................................................... 272

The Benjamin D. White Family ..................................................................................... 273

B.      New Plaintiff Families ......................................................................................... 273

The Charles Adkins Family ........................................................................................... 273

The Vinson Adkinson III Family ................................................................................... 274

The Nicholas Aleman Family ........................................................................................ 274

The Darryn D. Andrews Family .................................................................................... 275

The Joshua Ashley Family ............................................................................................. 276

The Jeffrey Ausborn Family .......................................................................................... 277

The Brian Bates Jr. Family ............................................................................................ 277

The Christopher Billmyer Family .................................................................................. 278

Maggie Bilyeu ............................................................................................................... 279

The Jesse Blamires Family ............................................................................................ 279

The Tara Brown Family ................................................................................................. 281

The Gavin Brummund Family ....................................................................................... 282

The Christopher Campbell Family ................................................................................ 283

The Karl Campbell Family ............................................................................................ 283

The Timothy Carner Family .......................................................................................... 284

The Cory Clark Family .................................................................................................. 285

The Justin Coleman Family ........................................................................................... 285

The Mitchell Daehling Family ....................................................................................... 286

The James Darrough Family .......................................................................................... 287

The Preston Dennis Family ............................................................................................ 288

Marc Dervaes ................................................................................................................. 289

The Joseph Deslauriers Family ..................................................................................... 289

The Alberto Diaz Family ............................................................................................... 290

Robert Dove ................................................................................................................... 291

The David Drakulich Family ........................................................................... 291

The Patrick Durham Family ........................................................................... 292

The Donald Edgerton Family ......................................................................... 293

The Thomas Fogarty Family........................................................................... 293

The Dillon Foxx Family ................................................................................. 294

The Matthew Freeman Family ....................................................................... 295

The Joshua Gire Family ................................................................................. 295

The Jonathan Gollnitz Family........................................................................ 296

The Brittany Gordon Family........................................................................... 297

The Travis Green Family ................................................................................ 298

The Frank Robert Gross Family ..................................................................... 299

The Timothy Hagen Family............................................................................ 300

The Scott Hagerty Family .............................................................................. 301

The Jeremy Hardison Family.......................................................................... 301

The Daus Hempker Family ............................................................................ 302

The Alan Herzel Family ................................................................................. 303

The Thor Hesla Family ................................................................................... 304

The Christopher Horns Family ....................................................................... 304

The Justin Horsley Family .............................................................................. 305

The Matthew Ingram Family .......................................................................... 306

The Tyler Iubelt Family .................................................................................. 306

The Darius Johnson Family ............................................................................ 307

The Travon T. Johnson Family ....................................................................... 308

The Jeffrey Jordan Family .............................................................................. 309

The Alexis Kamerman Family ........................................................................ 310

The Christopher Karch Family ....................................................................... 310

The Cameron Sade Kennedy Family .............................................................. 311

The Kevin King Family .................................................................................. 312

The Brandon Kreischer Family....................................................................... 313

The Elliot Lander Family ................................................................................ 314

The David Lau Family .................................................................................... 315

Todd Love........................................................................................................ 316

Eric Lund ........................................................................................................ 317

Kevin McCloskey ........................................................................................... 317

The Michael Metcalf Family ............................................................................ 318

The Eugene Mills III Family ........................................................................... 318

The Gil Morales Del Valle Family .................................................................. 319

The Michael Nance Family .............................................................................. 320

The Brendan P. Neenan Family ....................................................................... 321

The Carlos Negron Sr. Family ......................................................................... 322

The Liam Nevins Family ................................................................................. 323

Ryan Newell ..................................................................................................... 323

The Rob Lee Nichols Family ........................................................................... 324

The Raul Olivares Jr. Family ........................................................................... 325

The Nicholas Henry Olivas Family ................................................................. 325

The Jonathan O'Neill Family and Estate ........................................................ 326

The Jason Pacheco Family ............................................................................... 327

The Bobby Pagan Family ................................................................................. 328

The Cody Patterson Family ............................................................................. 328

The Joseph Perez Family ................................................................................. 329

The John Perry Family ..................................................................................... 330

The Jack Pierce Family .................................................................................... 331

The Trevor Pinnick Family .............................................................................. 332

The Jesse Pittman Family ................................................................................ 332

The Michael Pridham Jr. Family ..................................................................... 333

The Peter Provost Family ................................................................................. 334

The Blaine E. Redding Family ......................................................................... 336

The Jarrold Reeves Jr. Family ......................................................................... 336

The Colby Richmond Family ........................................................................... 337

The Joseph Riley Family .................................................................................. 338

The Heath Robinson Family ............................................................................ 339

Christopher Rosebrock ..................................................................................... 339

The Christopher Rudzinski Family .................................................................. 340

Paul Michael Schaus ........................................................................................ 340

The Mark Schoonhoven Family ...................................................................... 341

The Roslyn Schulte Family .............................................................................. 342

The Joseph Schultz Family .............................................................................. 343

The Nathaniel Schultz Family ......................................................................... 343

The Eric Soufrine Family ................................................................ 344

The Nicholas Spehar Family............................................................ 344

The David Alexander Stephens Family ............................................ 345

The Kyle Stoeckli Family ................................................................ 346

The Michael Strange Family ........................................................... 347

The Brian Studer Family.................................................................. 347

The Jonathan Taylor Family ............................................................ 348

Frederick Tolon................................................................................ 349

The Jon Townsend Family ............................................................... 349

The Aaron C. Vaughn Family.......................................................... 350

The Kraig Vickers Family ............................................................... 351

The Todd Weaver Family ................................................................ 352

The Blake Whipple Family .............................................................. 353

The Jeffrey White Jr. Family ........................................................... 353

The Derwin Williams Family .......................................................... 354

The Ivan Wilson Family .................................................................. 355

The David Wisniewski Family ........................................................ 356

The Jonathan Yelner Family ............................................................ 357

John Zelko III................................................................................... 357

The Gunnar Zwilling Family ........................................................... 358

VI.     THE TALIBAN KILLED AND INJURED ADDITIONAL PLAINTIFFS
        THROUGH TERRORIST ATTACKS FOR WHICH IRAN PROVIDED
        MATERIAL SUPPORT OR RESOURCES............................................ 358

The John Zelko III Family ............................................................... 359

The Jeffrey Ausborn Family ............................................................ 359

The David L. Brodeur Family.......................................................... 360

The David E. Cabrera Family .......................................................... 360

The Nicholas R. Carnes Family ....................................................... 361

The Rusty H. Christian Family ........................................................ 361

The Justin E. Culbreth Family ......................................................... 361

The Dillon Foxx Family .................................................................. 362

The Matthew Freeman Family ......................................................... 362

The Alejandro Granado III Family .................................................. 362

The Eric M. Hunter Family.............................................................. 362

The Brandon Kreischer Family ................................................................................. 363

The Bryan J. Nichols Family ................................................................................. 363

The Brandon Joseph Prescott Family ................................................................... 363

The Rodolfo Rodriguez Jr. Family ........................................................................ 363

The Chad M. Trimble Family ............................................................................... 364

The Marcus A. Tynes Family ............................................................................... 364

The Todd Weaver Family ..................................................................................... 364

The Kendra Garza Family ..................................................................................... 365

CLAIM FOR RELIEF ........................................................................................... 365

COUNT ONE:  PERSONAL INJURY OR DEATH UNDER 28 U.S.C. § 1605A(c) .............. 365

PRAYER FOR RELIEF ........................................................................................... 366

**INTRODUCTION**

1.      This lawsuit seeks damages under the Foreign Sovereign Immunities Act,

28 U.S.C. § 1605A, on behalf of American service members and civilians, and their family

members, who were killed or wounded while serving their country in the Islamic Republic of

Afghanistan ("Afghanistan") between approximately 2007 and 2019.

2.      While these men and women worked to rebuild post-war Afghanistan, they were

attacked by Taliban and al-Qaeda terrorists.  The Islamic Republic of Iran ("Iran") sponsored

those terrorist attacks in an effort to undermine American foreign policy in Afghanistan.  To that

end, Iran supported the Taliban by, among other things, training Taliban terrorists how to attack

Americans effectively and paying terrorists who killed U.S. forces.  Iran also provided the

Taliban with sophisticated weapons that it used to kill and injure thousands of Americans.

3.      Iran's support for al-Qaeda was equally potent.  That support dates back decades

and has included money, weapons, training, logistical assistance, and safe harbor for key al-

Qaeda leaders.  In 2007, Osama bin Laden himself referred to Iran as al-Qaeda's "main artery for

funds, personnel, and communication."  Iran's longstanding decision to back al-Qaeda despite

sectarian differences between the two reflected Iran's overriding desire to foment anti-American

terrorism around the world.  That decision, like the one to provide material support to the

Taliban, paid dividends.  Iran's support for al-Qaeda's activities in Afghanistan substantially

contributed to the terrorist violence that killed and injured Americans there.

4.      Iran's support for al-Qaeda complemented its support for the Taliban because of

the close relationship between the two terrorist groups.  Although al-Qaeda and the Taliban were

nominally separate groups, they acted together in a terrorist "syndicate" that planned and

authorized terrorist violence throughout Afghanistan.  That syndicate – which involved

mafia-style meetings between leaders of the syndicate's various members – provided a

superstructure that organized and facilitated a range of terrorist attacks in Afghanistan.  By

funneling material support to multiple members of that syndicate, Iran ensured that its policy of

sponsoring anti-American terrorism in Afghanistan achieved maximum effect.

5.       Iran has been designated as a State Sponsor of Terrorism since 1984.  Iran's

agents include Hezbollah, the Islamic Revolutionary Guard Corps ("IRGC"), and the Islamic

Revolutionary Guard Corps-Qods Force ("IRGC-QF" or "Qods Force"), among others.  Many of

Iran's agents are designated as Foreign Terrorist Organizations ("FTOs") under section 219 of

the Immigration and Nationality Act (8 U.S.C. § 1189), Specially Designated Global Terrorists

("SDGTs") under 31 C.F.R. § 594.31, or both.  As a designated State Sponsor of Terrorism –

which routinely employs designated FTOs as instruments of its terrorist agenda – Iran is liable to

Plaintiffs for the injuries it caused by deliberately supporting terrorist attacks in Afghanistan.

## JURISDICTION AND VENUE

6.       This Court has personal and subject-matter jurisdiction over Plaintiffs' claims

under 28 U.S.C. §§ 1330(a), 1330(b), 1331, 1332(a)(2), and 1605A.

7.       Venue is proper in this District under 28 U.S.C. § 1391(f)(4).

8.       28 U.S.C. § 1605A(c) provides a federal private right of action against a State

Sponsor of Terrorism for personal injury or death caused by an act of torture, extrajudicial

killing, aircraft sabotage, hostage taking, or the provision of material support and resources for

such acts.  The foreign state is liable for the acts of its officials, employees, and agents.

## THE DEFENDANT

9.       Defendant Iran is a foreign state that was designated as a State Sponsor of

Terrorism on January 19, 1984, pursuant to section 6 of the Export Administration Act of 1979

(50 U.S.C. § 4605), section 620A of the Foreign Assistance Act of 1961 (22 U.S.C. § 2371), and

section 40 of the Arms Export Control Act (22 U.S.C. § 2780).  Iran has remained designated continuously since then.

10.     Iran is politically and ideologically hostile to the United States and its allies.  Iran has consistently provided material support and resources for acts of international terrorism targeting the United States and its overseas interests, often acting through agents like the IRGC, the Qods Force, and Hezbollah.  Iran's provision of material support for anti-American terrorism commonly includes material support and resources for torture, extrajudicial killings, aircraft sabotage, hostage taking, and other related acts.

11.     Iran – including through its officials, employees, and agents acting within the scope of those relationships – provided material support and resources for the commission of acts of torture, extrajudicial killing, aircraft sabotage, and hostage taking by the Taliban and al-Qaeda in Afghanistan, including the extrajudicial killings in which Plaintiffs or their family members were killed or injured.  Iran's material support and resources caused Plaintiffs' injuries.

12.     Iran provided material support for these acts of terrorism against Americans for the purpose of supporting, enabling, advancing, and benefitting from them.

## FACTUAL ALLEGATIONS

## I.     IRAN HAS LONG SUPPORTED TERRORISM THROUGHOUT THE MIDDLE EAST AND CENTRAL ASIA AS PART OF ITS FOREIGN POLICY

13.     The 1979 Iranian Revolution was fueled in large part by militant anti-Americanism.  Eliminating the United States' role in the geographic region surrounding Iran – including through violence – was and remains a central tenet of Iranian foreign policy.[1]  Since

---

[1] Col. (ret.) Richard Kemp and Maj. (ret.) Charles Driver-Williams, *Killing Americans and Their Allies: Iran's Continuing War against the United States and the West*, Jerusalem Ctr. For Public Affairs (2015) ("*Killing Americans and Their Allies*"), http://jcpa.org/killing-americans-allies-irans-war/.

the Iranian Revolution, Iran has engaged in and supported acts of terrorism directed at the United

States and its allies as an instrument of Iran's foreign policy.

14.     Iran's support of terrorist proxies like Hezbollah, Hamas, the Taliban, and al-

Qaeda is well-documented.[2]  Iran's support for such groups is especially prevalent in areas where

Iran abstains from open conflict.  As a result of Iran's consistent and longstanding support of

anti-American terrorism, the U.S. State Department formally designated Iran as a State Sponsor

of Terrorism in 1984.[3]  It has maintained that designation at all times since.[4]  In 2007, the U.S.

State Department described Iran as "the most active state sponsor of terrorism" in the world and

"a threat to regional stability and U.S. interests in the Middle East because of its continued

support for violent groups."[5]

15.     Iran carries out its support of terrorism largely through the IRGC.  The IRGC, a

governmental entity of Iran, is a quasi-military state institution that operates separately from the

regular Iranian military.  The IRGC is organized like a traditional military and includes an army,

navy, air force, militia, and special forces.[6]  The IRGC is supervised by the Iranian government,

but it also "has a relatively strict command-and-control protocol and answers directly to the

Supreme Leader, Ayatollah Ali Khamenei."[7]  The Supreme Leader serves as commander-in-

chief of the armed forces, appoints the head of each military service, and declares war and peace.

---

[2] *See* Alireza Nader, Joya Laha, *Iran's Balancing Act in Afghanistan* at 9 (RAND Corp. 2011) ("*Iran's Balancing Act*").

[3] *See* 49 Fed. Reg. 2836–02 (Jan. 23, 1984) (statement of Sec'y of State George P. Shultz designating Iran); U.S. State Dep't, *State Sponsors of Terrorism*, https://www.state. gov/j/ct/list/c14151.htm.

[4] *Id.*

[5] U.S. State Dep't, *Country Reports on Terrorism 2007* at 172 (Apr. 2008).

[6] *See* Press Release, U.S. Treasury Dep't, *Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (Oct. 25, 2007).

[7] *Iran's Balancing Act* at 10.

He also routinely employs the IRGC to further Iran's global terrorist agenda.  As the U.S. Treasury Department noted in 2010 when it designated certain IRGC officials pursuant to Executive Order 13224, "Iran also uses the . . . IRGC . . . to implement its foreign policy goals, including, but not limited to, seemingly legitimate activities that provide cover for intelligence operations and support to terrorist and insurgent groups."[8]

16.     Members of the IRGC are officials, employees, or agents of Iran.  In light of the IRGC's regular support for terrorist organizations and the strict command structure tying them to Iran's central leadership, members of the IRGC act within the scope of employment when they provide material support to terrorist organizations.

17.     Iran's constitution vests in the IRGC responsibility for defending the Islamic Revolution.  The IRGC runs prisons in Iran, and it controls hundreds of companies, particularly in the oil-and-gas, engineering, construction, and defense industries.  Some analysts estimate that the IRGC controls up to one-third of Iran's economy – billions of dollars of business.

18.     On April 15, 2019, the U.S. State Department designated the IRGC as a FTO.[9] Announcing the designation, President Trump explained that "the IRGC actively participates in, finances, and promotes terrorism as a tool of statecraft."[10]  According to the U.S. State Department's public statement explaining the designation, the IRGC "has been directly involved in terrorist plotting; its support for terrorism is foundational and institutional, and it has killed

---

[8] Press Release, U.S. Treasury Dep't, *Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership* (Aug. 3, 2010).

[9] *See* 84 Fed. Reg. 15278-01 (Apr. 15, 2019).

[10] Statement from the President on the Designation of the Islamic Revolutionary Guard Corps as a Foreign Terrorist Organization (Apr. 8, 2019).

U.S. citizens."[11]  Through the IRGC's support for terrorist organizations throughout the region, "[t]he Iranian regime has made a clear choice not only to fund and equip, but also to fuel terrorism, violence, and unrest across the Middle East."[12]

19.     The IRGC has a special foreign division called the Qods Force.  The U.S. State Department has observed that "Iran used the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) to implement foreign policy goals, provide cover for intelligence operations, and create instability in the Middle East.  The Qods Force is Iran's primary mechanism for cultivating and supporting terrorists abroad."[13]  The Qods Force is the driving force behind Iran's activities in Afghanistan, as well as in Iraq and elsewhere in the region.

20.     The Qods Force has a long and well-documented history of assassinations, kidnappings, bombings, and arms dealing.  It also regularly trains foreign terrorist proxies whose attacks promote Iran's political goals.  The Qods Force, though operationally independent from the rest of the IRGC, is also responsible to and directed by the Supreme Leader of Iran.  Major General Qassem Soleimani, who was the chief of the Qods Force for more than twenty years, oversaw the Qods Force's support for terrorist groups to promote Iran's policies throughout the region.  Soleimani took his directions from Khamenei, with whom he shared a close personal relationship.  Soleimani was killed in a U.S. airstrike in Baghdad, Iraq on January 3, 2020.  Khamenei then appointed General Esmail Ghaani to replace him.

21.     The Qods Force provides weapons, funding, and training for terrorist operations targeting American citizens, including by supporting terrorist organizations such as al-Qaeda, the

---

[11] Press Release, U.S. State Dep't, *Fact Sheet: Designation of the Islamic Revolutionary Guard Corps* (Apr. 8, 2019), https://www.state.gov/designation-of-the-islamic-revolutionary-guard-corps/.

[12] *Id.*

[13] U.S. State Dep't, *Country Reports on Terrorism 2015* at 300 (June 2, 2016).

Taliban, and the Haqqani Network.  Iran's Supreme Leader and central government are aware of and encourage those acts.  As the U.S. government's Joint Improvised Explosive Device Defeat Organization ("JIEDDO") concluded:  "Iran's use of weapons smuggling networks is fairly predictable and meant to shape the manner in which foreign countries deal with Iran."[14]  For that reason, the Qods Force varies the quantity, rate, and types of weapons provided to its proxy terrorist organizations depending on the amount of pressure Iran wants to exert on a particular country.  Applying pressure against the United States by funding and supplying terrorist proxies in the Middle East and Central Asia is thus an official component of Iran's foreign policy.

22.     The Qods Force has four regional commands within Iran, with each focused on implementing Iran's foreign policy in a neighboring region.  The First Corps focuses on Iraq, the Second Corps on Pakistan, the Third Corps on Turkey and Kurdistan, and the Fourth Corps on Afghanistan.

23.     In October 2007, the U.S. Treasury Department designated the Qods Force as a SDGT under Executive Order 13224 for providing material support to the Taliban and other terrorist organizations, including Hezbollah and terrorist groups in Iraq.[15]  The U.S. Treasury Department also designated multiple Qods Force members as Specially Designated Nationals pursuant to Executive Order 13224, based on their activities in Afghanistan.[16]

24.     The U.S. State Department designated the Qods Force as a FTO in April 2019, along with the IRGC.[17]

---

[14] Eric Parks, *Iranian Weapons Smuggling Activities in Afghanistan* at 9, JIEDDO J2 Open Source Augmentation and Analysis Cell (Sept. 3, 2009) ("*JIEDDO Report*").

[15] Press Release, U.S. Treasury Dep't, *Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (Oct. 25, 2007).

[16] *Id.*

[17] *See* 84 Fed. Reg. 15278-01 (Apr. 15, 2019).

25.     Iran has also used its agent, Hezbollah,[18] to commit terrorist attacks.  Hezbollah is a Lebanon-based terrorist group that has pledged fealty to Iran's Supreme Leader.  Each year Iran provides Hezbollah approximately $100 million to $200 million in funding and weapons. As Ali Akbar Mohtashemi (a Hezbollah founder, former Iranian ambassador to Syria and Lebanon, and former Iranian Minister of Interior) explained, "[Hezbollah] is part of the Iranian rulership; [Hezbollah] is a central component of the Iranian military and security establishment; the ties between Iran and [Hezbollah] are far greater than those between a revolutionary regime with a revolutionary party or organization outside its borders."[19]

26.     Iran has long provided support – through the IRGC, Qods Force, and Hezbollah – for terrorist attacks against American military forces and contractors.  For example, Iran used the IRGC and Hezbollah to train, guide, direct, and motivate Shi'a terrorists targeting American service members and civilians in Iraq.[20]  Similarly, Iran (acting predominantly through Hezbollah) provided Iraqi terrorists with explosively formed penetrators, a weapon that inflicted more casualties on Americans than any other in Iraq.  And Iranian officials have often participated directly in attacks on Americans in Iraq.

## II.     THE TALIBAN IS PART OF AN AL-QAEDA-BACKED TERRORIST SYNDICATE THAT HAS WAGED A DEADLY INSURGENCY AGAINST AMERICANS IN AFGHANISTAN

27.     Since the United States-led overthrow of the Taliban-controlled government in Afghanistan in 2001, terrorists have repeatedly attacked American service members and civilians

---

[18] Several decisions in this District have held that Hezbollah is a proxy of Iran.  *See Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 61 (D.D.C. 2018); *Friends of Mayanot Inst., Inc. v. Islamic Republic of Iran*, 313 F. Supp. 3d 50, 53-55 (D.D.C. 2018); *Peterson v. Islamic Republic of Iran*, 264 F. Supp. 2d 46, 53 (D.D.C. 2003); *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286, 292 (D.D.C. 2003).

[19] *Killing Americans and Their Allies*.

[20] *Id.*

working to rebuild Afghanistan and support its elected government.  Iran provided material support for those attacks, which killed or injured Plaintiffs.

28.     Plaintiffs identify below several terrorist groups, subgroups, and partnerships responsible for the specific attacks that killed and injured them.  Each worked in concert and shared resources, personnel, and operational plans.  Indeed, the Taliban and al-Qaeda often participated in mafia-style meetings – attended by the leaders of several allied terrorist groups – in which they planned and authorized various terrorist attacks throughout Afghanistan.[21]  Given such coordination, one former CIA official and senior White House advisor called the resulting terrorist superstructure a "syndicate," composed of al-Qaeda, the Taliban, and several allied FTOs.[22]  In fact, bin Laden himself conceived of al-Qaeda as the leader of a broader coalition of terrorists drawing from other terrorist organizations in Pakistan and Afghanistan.[23]

29.     Iran's support for multiple components of this "syndicate," *see infra* Part III, ensured that its support had maximum effect.  Due to the mutually reinforcing ties between the Taliban and al-Qaeda in Afghanistan, support for the one benefited the other – and vice versa.  Iran recognized those interrelationships and so spread its support across multiple parts of the Afghan terror syndicate.  In doing so, Iran was able to achieve its intended effect:  wide-ranging terrorist attacks against Americans, executed mostly by the Taliban but supported by (and sometimes jointly committed with) al-Qaeda and the other components of the syndicate.

---

[21] *See* Bill Roggio and Thomas Joscelyn, *The al Qaeda – Taliban Connection*, Wash. Exam'r (July 4, 2011) ("*The al Qaeda-Taliban Connection*"), archived at https://www.washingtonexaminer.com/weekly-standard/the-al-qaeda-taliban-connection.

[22] Bruce Riedel, *Deadly Embrace: Pakistan, America, And The Future Of The Global Jihad* at 1 (Brookings Inst. Press 2d ed. 2011).

[23] *The al Qaeda-Taliban Connection*.

30.     Against that backdrop, Plaintiffs identify below the principal Afghan terrorist groups, subgroups, and cells that committed the attacks that killed and injured them.

### A.     The Taliban

31.     The Taliban is a Sunni Islamic terrorist organization.  It was formed in 1994 and was composed mostly of former mujahedin fighters who had expelled the Soviet Union from Afghanistan.  From its inception, the Taliban was a predominantly Pashtun movement led by Mullah Mohammed Omar.  It began to overtake Afghanistan in late 1994, seeking to establish a radical Islamic government demanding strict adherence to Sharia law.  The Taliban largely ruled Afghanistan from 1996 until 2001, although only three foreign countries formally recognized the Taliban government during that time.

32.     From 1996 until after September 11, 2001, the Taliban government harbored Osama bin Laden and al-Qaeda operatives in Afghanistan.  In late 2001, in response to al-Qaeda's September 11 attacks on the United States and the Taliban's refusal to turn over Osama bin Laden, American-led Coalition forces invaded Afghanistan.  They quickly overthrew the Taliban government.  By November 2001, the Taliban fled Kabul, and they abandoned Kandahar – their historical stronghold in southern Afghanistan – the following month.  While rank-and-file Taliban terrorists dispersed back into the countryside, the Taliban leadership – including Mullah Omar – took refuge in Pakistan.

33.     In December 2001, the United Nations passed Resolution 1386 authorizing the International Security Assistance Force ("ISAF") in Afghanistan, whose mandate was to maintain stability in Afghanistan and assist the Afghan government in rebuilding the country.

34.     In July 2002, President George W. Bush amended Executive Order 13224 to designate the Taliban and its leader Mullah Omar as SDGTs.[24]

35.     In May 2003, after the U.S. military toppled the Taliban-led government, the United States declared an end to major combat operations in Afghanistan.  Afghanistan ratified a new Constitution in December 2003, and the Taliban was not invited to participate in the formation of a new government.  The Taliban reacted by setting up "shadow" governments – including so-called "governors" – in most areas, seeking to exercise de-facto, extra-legal control over the Afghan people.

36.     The Taliban's principal goal has long been to expel Coalition forces, particularly Americans, from the country and undermine the elected government of Afghanistan.  To that end, the Taliban began to ramp up its terrorist attacks on U.S. forces in Afghanistan during the mid-2000s.  The Taliban also started using new attack types, including suicide bombings.  For example, the Taliban committed six suicide bombings in Afghanistan in 2004, and 141 in 2006.  Remotely detonated bombings more than doubled between 2005 and 2006.

37.     In 2008 and 2009, a growing Taliban insurgency attacked U.S. forces throughout Afghanistan with a particular emphasis on the southern provinces of Afghanistan, especially Helmand and Kandahar Provinces.  By 2010, the Taliban had regained much of the territory it had lost after 9/11.  Responding to the Taliban's growing threat, U.S. Marines launched counterinsurgency operations focused on "restoring government services, bolstering local police

---

[24] *See* Termination of Emergency With Respect to the Taliban and Amendment of Exec. Order No. 13,224, 67 Fed. Reg. 44,751 (Sept. 23, 2001); Exec. Order No. 13,268, 2002 WL 32817626 (July 2, 2002).

forces, and protecting civilians from Taliban incursion."[25]  The Taliban, in turn, responded with escalating violence.

38.    As of 2018, the Taliban had an active presence in 70% of the country.  Although the Taliban was the primary terrorist organization operating in all of the areas of Afghanistan where Plaintiffs (or their family members) were attacked, it was particularly active in the southern provinces in Afghanistan, including the provinces of Helmand, Zabul, and Kandahar.  It concentrated many of its most deadly attacks in and around Kandahar City.

39.    The Taliban often attacked American and Coalition forces, U.S. government contractors, and Afghan forces.  But it has also targeted civilian aid workers, non-governmental organization workers, and Afghan civilians.  In recent years, the Taliban has increased attacks on civilians by placing explosives in public locations and using suicide bombers.  It has also used civilians to attract Coalition forces before detonating a bomb, frequently killing more civilians than Coalition forces.

40.    The Taliban routinely violated the laws of war and did not comply with the Geneva Conventions.  Among other violations, Taliban terrorists refused to wear uniforms or otherwise distinguish themselves from civilians; intentionally slaughtered civilians; used indiscriminate weapons; conscripted children into committing attacks; and engaged in widespread kidnapping and torture in an effort to intimidate their enemies.

41.    The Taliban – sometimes operating jointly with other terrorist groups – committed the terrorist attacks that killed or injured the Plaintiffs in this case.  *See infra* Part IV.

---

[25] *Timeline: The U.S War in Afghanistan: 1999 – 2019*, Council on Foreign Rel., https://www.cfr.org/timeline/us-war-afghanistan.

42.     To effectuate those attacks, the Taliban employed a number of different attack types in service of its terrorist agenda.  Most prominently, the Taliban has relied heavily on Improvised Explosive Devices ("IEDs"), including Explosively Formed Penetrators ("EFPs"), designed to destroy American armored vehicles and inflict heavy casualties.  Many of the Plaintiffs, or their family members, were killed or injured by a Taliban-planted IED or EFP.

43.     The Taliban also has attacked U.S. forces and U.S. government contractors with suicide bombers with increasing frequency in recent years.  Many Plaintiffs, or their family members, were killed or injured in Taliban suicide bomber attacks.  For example, Army SGT Andrew R. Looney, whose family members are Plaintiffs in this case, was killed on June 21, 2010, when a Taliban suicide bomber detonated his bomb at a checkpoint that SGT Looney was manning.  *See infra* ¶¶ 1024-28.

44.     The Taliban (often through the Haqqani Network, *see infra* Part II.B) has also employed insider attacks carried out by members of the Afghan Army.  According to an August 2012 statement by Taliban commander Mullah Omar, Taliban terrorists "cleverly infiltrated in the ranks of the enemy according to the plan given to them last year."[26]  Mullah Omar expressly encouraged Afghan officers to defect and join the Taliban.  These attacks have taken place in all areas of Afghanistan, and the Taliban regularly claims responsibility for them.  Many Plaintiffs in this case, or their family members, were killed or injured in Taliban insider attacks.  For example, Army SGT Dillon C. Baldridge and Army SGT William M. Bays, whose family members are Plaintiffs in this case, were killed in an insider attack for which the Taliban claimed responsibility.  *See infra* ¶¶ 228-35, 254-60.

---

[26] Bill Roggio, *Mullah Omar Addresses Green-on-Blue Attacks*, Long War J. (Aug. 16, 2012).

### B.     The Haqqani Network

45.     The Haqqani Network is a Sunni Islamic terrorist organization that has been

operating in Afghanistan since the 1970s.  It was founded by Jalaluddin Haqqani and is now led

by his son, Sirajuddin Haqqani.  The Haqqani Network is part of the Taliban.

46.     On September 19, 2012, the U.S. State Department designated the Haqqani

Network as a FTO.[27]

47.     The United States has also designated various Haqqani leaders as SDGTs.  On

February 29, 2008, the U.S. State Department designated Sirajuddin Haqqani for "acts of

terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or

economy of the United States."[28]  In March 2009, the U.S. State Department put out a bounty of

$5 million for information leading to his capture.[29]  In 2010 and 2011, the United States

designated three other members of the Haqqani Family – Nasiruddin Haqqani, Badruddin

Haqqani, and Khalil Al-Rahman Haqqani – as fundraisers and commanders of the Haqqani

Network.  By February 2014, the U.S. State Department and the U.S. Treasury Department had

designated 14 leaders in the Haqqani Network under Executive Order 13224.

48.     The Haqqani Network began supplying weapons to the Taliban in the mid-1990s

when the Taliban was in its infancy.  It has operated as part of the Taliban since approximately

1995, when its founder Jalaluddin Haqqani swore allegiance to the Taliban after the Taliban

---

[27] U.S. State Dep't, *Country Reports on Terrorism 2017* at 294 (Sept. 2018) ("*Country Reports on Terrorism 2017*").

[28] Notice, U.S. State Dep't, *In the Matter of the Designation of Sirajuddin Haqqani, aka Sirajuddin Haqani, aka Siraj Haqqani, aka Siraj Haqani, aka Sarj Haqqani, aka Saraj Haqani, as a Specially Designated Global Terrorist Pursuant to Section 1(b) of Executive Order 13224, as Amended* at 12499 (Mar. 7, 2008).

[29] Press Release, U.S. State Dep't, *Rewards For Justice: Sirajuddin Haqqani* (Mar. 25, 2009).

captured Kabul.  Jalaluddin Haqqani was the Minister of Tribal and Border Affairs in the Taliban government until the United States invaded Afghanistan.

49.     The Haqqani Network is especially active in the southeastern parts of Afghanistan, particularly the provinces of Paktia, Paktika, and Khost, collectively called Loya Paktia.  It also developed a significant presence in the surrounding provinces of Kabul, Logar, Wardak, Ghazni, and Zabul.  Because of the Haqqani Network's longstanding tribal connections to the southeastern region of Afghanistan, the Taliban often acts through the Haqqani Network in these areas.  The Haqqani Network leads the Taliban's Miramshah Shura – one of the four councils below the Taliban's leadership council – for Loya Paktia and provinces north towards Kabul.  Sirajuddin Haqqani explained in a 2010 interview that the Haqqani Network is "assigned by the Islamic Emirate in the southeastern front of Afghanistan (Paktia, Khost, Paktika) and we have mujahideen members [guerilla fighters] who are carrying out jihad in the north (provinces in northern Afghanistan) and in the south (provinces in southern Afghanistan), and they are operating under the Amirs of the provinces they are under."[30]  The Taliban relies on the Haqqani Network to carry out the Taliban's operations within the Haqqani Network's sphere of influence, permitting the Taliban to present a united terrorist front throughout much of the country.

50.     The Taliban's terrorist commanders and shadow governors in the Loya Paktia area are often members of the Haqqani Network.  As the U.S. State Department explained when it announced the designation of Mullah Sangeen Zadran as a SDGT, Sangeen Zadran served as the "Shadow Governor for Paktika province, Afghanistan and a commander of the Haqqani

---

[30] Bill Roggio, *Taliban Cooperation With al Qaeda 'Is At The Highest Limits' – Siraj Haqqani*, Long War J. (Apr. 15, 2010).

Network, a Taliban-affiliated group."[31]  Similarly, Abdul Aziz Abbasin is a "key commander in

the Haqqani Network" and the Taliban's shadow governor for the Orgun District of Paktika

Province.[32]

51.     The Haqqani Network's influence is not limited to the southeastern provinces.

There is significant overlap between the broader leadership of the Taliban and the Haqqani

Network.  Sirajuddin Haqqani (Jalaluddin's son and successor) has been a member of the

Taliban's governing council since at least 2010.  Since 2015 he has been the Deputy Emir of the

Taliban, the second-in-command in the Taliban's leadership.

52.     In particular, the Haqqani Network has overseen the Taliban's terrorist attacks on

U.S. and Coalition forces in Afghanistan.  Jalaluddin Haqqani planned many of the Taliban's

attacks on U.S. forces in the early days following the overthrow of the Taliban government.  In

October 2001, a purported Jihadist publication (as published online) described Jalaluddin as the

"chief of the Taliban army."[33]  Indeed, in an interview published by Gulf News UAE, the

interviewer identified Jalaluddin as "the commander-in-chief of the Taliban's southern military

command" – akin to the Taliban army chief – "[and] Mullah Omar's top military strategist and

commander."[34]  As for his son, Sirajuddin oversees Taliban terrorist operations throughout the

country.

53.     According to Brigadier General Charles H. Cleveland, the chief spokesman for

United States and NATO forces in Afghanistan, as of 2016 Sirajuddin Haqqani "increasingly

---

[31] Media Note, *Designation of Haqqani Network Commander Sangeen Zadran*, Office of the Spokesperson, U.S. State Dep't (Aug. 16, 2011).

[32] Bill Roggio, *US adds 5 al Qaeda, Taliban, Haqqani Network, and IMU facilitators to terrorist list*, Long War. J. (Sept. 29, 2011).

[33] Karachi Jasarat, *Chief of Taliban Army Contacts Jamaat-i-Islami Chief* (Oct. 11, 2001).

[34] Aslam Khan, *Taliban Leader Warns Of Long Guerilla War,* Gulf News UAE (Oct. 21, 2001), https://gulfnews.com/uae/taliban-leader-warns-of-long-guerrilla-war-1.427860.

runs the day-to-day military operations for the Taliban, and, we believe, is likely involved in appointing shadow governors."[35]

54.     In 2016, the *New York Times* reported that, according a senior Taliban commander in southern Afghanistan, Sirajuddin Haqqani was in "constant contact" with Taliban field commanders throughout Afghanistan, including outside the Haqqani Network's area of particular influence in the southeast.[36]  According to the commander, all field commanders must contact Sirajuddin Haqqani for permission before launching a surge or changing fighting plans.

55.     The Haqqani Network also influenced Taliban strategic decisions about which types of attacks to employ.  The Haqqani Network was the first to use suicide bombings in Afghanistan, an innovation that al-Qaeda taught it.  The Haqqani Network also was involved in the rising number of Taliban insider attacks – attacks that strategically undermine relations between U.S. and Afghan forces.  By 2007, Army Lieutenant Colonel Dave Anders, the director of operations for Combined Joint Task Force-82, explained that "Siraj[uddin Haqqani] is the one dictating the new parameters of brutality associated with Taliban senior leadership" employing "[k]idnappings, assassinations, beheading women, indiscriminate killings and suicide bombers."[37]

56.     The Haqqani Network's influence within the broader Taliban is not limited to planning and authorizing attacks.  Even outside of the Haqqani Network's traditional stronghold, its members often commit attacks along with other Taliban terrorists.  For example, in early 2009 the Haqqani Network was operating in the southern provinces of Helmand and Kandahar.  A

---

[35] Mujib Mashal, *Haqqanis Steering Deadlier Taliban in Afghanistan, Officials Say*, N.Y. Times (May 7, 2016).

[36] *Id.*

[37] Bill Roggio, *Targeting Taliban Commander Siraj Haqqani*, Long War J. (Oct. 20, 2007).

spokesman for the Taliban confirmed that the Haqqani Network was operating in "Kandahar as well as nearby Helmand province to provide training, support – particularly in bomb-making – and to carry out attacks."

57.     In 2013, "[a] combined force in … Kandahar [] arrested a Haqqani network facilitator who managed supply routes from [Kandahar City] to other provinces" and was "also [] believed to have been instrumental in the acquisition and distribution of lethal aid to Haqqani fighters for attacks against Afghan and coalition forces."[38]   And a successful 2017 Taliban attack in Kandahar against the U.A.E. ambassador to Afghanistan, Juma Mohammad Abdullah al-Kaabi, has been attributed to the Haqqani Network.

58.     Both Sirajuddin and Jalaluddin Haqqani have confirmed that the Haqqani Network operates as part of the Taliban.[39]   The Taliban, for its part, has likewise rejected claims that the Haqqani Network is a separate entity from the Taliban.[40]

59.     The Haqqani Network also has significant links to al-Qaeda, dating back to the 1980s when Osama bin Laden established a training camp for his nascent terrorist group in Haqqani-controlled territory.   After the September 11, 2001 attacks, the Haqqanis provided sanctuary to bin Laden when he fled Afghanistan; Jalaluddin Haqqani himself announced that the Taliban would "retreat to the mountains and begin a long guerilla war to reclaim our pure

---

[38] News, U.S. Dep't of Def., *Afghan, Coalition Forces Kill Insurgents in Logar Province* (Feb. 20, 2013), https://archive.defense.gov/news/newsarticle.aspx?id=119329.

[39] Bill Roggio, *US Military Searches for Kabul Attack Network Members*, Long War J. (Apr. 27, 2016).

[40] Bill Roggio, *Taliban Call Haqqani Network a 'Conjured Entity'*, Long War J. (Sept. 9, 2012).

land from infidels" and "that Osama bin Laden is not only safe and sound, he is also in good spirits."[41]

60.     The Haqqani Network's close relationships with other terrorist groups have helped spawn the modern terrorist syndicate operating in Afghanistan.  Senior Haqqani Network officials have indicated that the Haqqani Network and al-Qaeda operate as one group.[42]  And in July 2008, Jalaluddin Haqqani's son – 18-year-old Muhammad Omar Haqqani – was killed alongside a top al-Qaeda commander in southeast Afghanistan.  The Haqqani Network also maintains training camps and safehouses that are used by both al-Qaeda and Taliban operatives.

61.     More recently, Sirajuddin Haqqani has openly welcomed al-Qaeda members to join and fight with the Haqqani Network and the rest of the Taliban.  According to U.S. intelligence officers, Sirajuddin Haqqani acts as a member of al-Qaeda's military council.  U.S. officials have described him as al-Qaeda's top facilitator in Afghanistan.[43]

62.     The U.S. Treasury Department has repeatedly recognized the links between Haqqani Network leaders and al-Qaeda.  For example, in July 2010, the U.S. Treasury Department designated Nasiruddin Haqqani, the brother of Sirajuddin Haqqani, pursuant to Executive Order 13224.[44]  The designation noted that Nasiruddin Haqqani had received funding via payments from al-Qaeda.[45]  And when the U.S. Treasury Department designated Sirajuddin

---

[41] Aslam Khan, *Taliban Leader Warns Of Long Guerilla War,* Gulf News UAE (Oct. 21, 2001).

[42] *See* Bill Roggio, *An Interview With Mullah Sangeen*, Long War J. (Sept. 17, 2009).

[43] Hindustan Times, *Al Qaeda Very Active In Afghanistan, Preparing For Attacks* (Apr. 13, 2016) ("The Taliban's current deputy commander, Siraj Haqqani, is head of the Haqqani Network and al Qaeda's top facilitator in Afghanistan, according to US officials.").

[44] *See*, *e.g.*, Press Release, U.S. Treasury Dep't, *Treasury Targets Taliban and Haqqani Network Leadership: Treasury Designates Three Financiers Operating in Afghanistan and Pakistan* (Jun. 22, 2010).

[45] *Id.*

Haqqani's uncle Khalil Al-Rahman Haqqani as a SDGT in 2011, it noted that he "has also acted on behalf of al-Qa'ida and has been linked to al-Qa'ida military operations."[46]

63.     The Haqqani Network is often considered the most radical part of the Taliban. Like the Taliban, it relies on terrorist attacks – including suicide bombings, IED attacks, insider attacks, and complex attacks – rather than open combat.[47]  Like the rest of the Taliban, the Haqqani Network routinely violates the laws of war and does not comply with the Geneva Conventions.

64.     Many Plaintiffs, or their family members, were killed or injured in attacks by the Haqqani Network.  For example, the Haqqani Network conducted terrorist attacks in the Loya Paktia area of Afghanistan, including the May 6, 2012 IED attack that severely injured Army CPL Jonathan Cleary.  *See infra* ¶¶ 445-48.

65.     The Haqqani Network also participated in the attack on Forward Operating Base Chapman that killed seven Americans on December 30, 2009, including Harold Brown, Jr., whose family members are Plaintiffs in this case.  *See infra* ¶¶ 363-69.

**C.     Al-Qaeda**

66.     Osama bin Laden formed al-Qaeda in the late 1980s in Afghanistan in response to the Soviet occupation of Afghanistan.  For decades, al-Qaeda has been a Sunni Islamic terrorist organization with the purpose of destroying the United States.

67.     Following the Soviet withdrawal from Afghanistan, Osama bin Laden began to transform al-Qaeda into a global terrorist group capable of launching attacks around the world.

---

[46] Press Release, U.S. Treasury Dep't, *Treasury Targets the Financial and Support Networks of Al Qa'ida and the Taliban, Haqqani Network Leadership* (Feb. 9, 2011).

[47] Bill Roggio, *Haqqani Network Promotes Suicide, IED Attacks, and Ambushes in 'Caravan of Heroes'*, Long War J. (Apr. 10, 2015).

After moving to Sudan in the early 1990s, al-Qaeda's leadership returned to Afghanistan in approximately 1996, where it was sheltered by the Taliban for the next five years. One scholar who surveyed first-hand accounts of the initial meeting between bin Laden and the Taliban reported that the initial meetings "emphasize[d] the Taliban's humble attitude toward the Saudi guest and their immediate readiness to serve him."[48]  While under the Taliban's shelter, Osama bin Laden declared war on the United States in a published fatwa (religious decree) in 1996.[49]

68.     In return for the Taliban's safe harbor, al-Qaeda provided substantial resources to the Taliban. By March 1997, bin Laden had met with Mullah Omar personally and offered to lend his fighters to the Taliban in their battles with northern factions that were still resisting Taliban rule. As bin Laden's deputy, Abu Hafs al-Masri, wrote at the time, "The [Taliban] movement is a capable Islamic entity and it is possible that it can be a turning point for the betterment of the Islamic world. The movement needs a vision and it needs support. It needs someone who will give it a military strategy. And it needs to build a military force which is suitable for the situation in Afghanistan."[50]  Al-Qaeda supplied the strategy and support that the Taliban needed to morph into a deadly terrorist group capable of inflicting mass casualties on Americans. During this time period, al-Qaeda also shared technical knowledge with the Taliban and reportedly paid the Taliban $10 million to $20 million a year for shelter.

---

[48] Anne Stenersen, *Al-Qaida in Afghanistan* at 58 (Cambridge Univ. Press, 2017) ("Stenersen, *Al-Qaida in Afghanistan*").

[49] *Id.* at 62-63; *Osama bin Laden,* Counter Extremism Project, https://www.counterextremism.com/extremists/osama-bin-laden; *The 9/11 Commission Report* at 48, National Commission on Terrorist Attacks Upon the United States, https://govinfo.library.unt.edu/911/report/911Report.pdf.

[50] Stenersen, *Al-Qaida in Afghanistan* at 67-68.

69.     At the same time that bin Laden was cementing his ties with the Taliban, he was escalating his attacks on the United States.  In 1998, while under the Taliban's protection, he declared a global jihad calling on all Muslims to kill Americans at any opportunity.

70.     On August 7, 1998, al-Qaeda suicide bombers in explosive-laden trucks simultaneously attacked the U.S. embassies in Kenya and Tanzania, killing more than 200 people and wounding more than 5,000 others.  The United States responded two weeks later with missile strikes on al-Qaeda bases in Afghanistan and demanded that Mullah Omar turn over bin Laden.  He refused.

71.     As a result of these and other terrorist attacks, the U.S. State Department designated al-Qaeda as a FTO on October 8, 1999.  A week later the U.N. called for sanctions against the Taliban unless it expelled bin Laden from Afghanistan.  Again, the Taliban refused.

72.     In the spring of 2001, bin Laden, on behalf of al-Qaeda, pledged an oath of allegiance to Mullah Omar and the Taliban.  A few months later, on September 11, 2001, al-Qaeda attacked the World Trade Center in New York and the Pentagon, killing thousands.  A third attack, possibly aimed at the White House, was thwarted by passengers aboard United Flight 93.  The United States demanded once again that the Taliban turn over bin Laden, and once again the Taliban refused.  A U.S.-led coalition invaded Afghanistan in October, and bin Laden and Taliban leaders eventually fled to Pakistan.

73.     Al-Qaeda's and the Taliban's close relationship continued long after 9/11.  In the years since, it has become clear that the al-Qaeda and Taliban organizations have been fused together:  al-Qaeda terrorists have often worked in close conjunction with Taliban terrorists and the affiliated Haqqani Network and Kabul Attack Network.  In May 2007, Taliban official

Mullah Dadullah said, "[W]e and al-Qaeda are as one."[51]   In early 2009, a military-intelligence official was quoted as saying, "The line between the Taliban and al Qaeda is increasingly blurred, especially from a command and control perspective."[52]   By the end of that year, Chairman of the Joint Chiefs of Staff Admiral Michael Mullen said the same thing openly.   "We are deeply concerned about the growing level of collusion between the Taliban and al Qaeda," he told *The Wall Street Journal*.[53]   And as Lieutenant General Ronald L. Burgess, Jr. reported in a February 2010 Hearing of the Senate Select Committee on Intelligence, "al Qaeda's propaganda, attack planning and support of the Taliban and Haqqani networks continues."[54]

74.     The Taliban and al-Qaeda have remained intimately intertwined.  For example, in 2015, Osama bin Laden's successor, Ayman Zawahiri, pledged an oath of allegiance to the recently-installed Taliban leader Mullah Akhtar Mohammad Mansour, who publicly announced his acceptance of the pledge the following day.[55]   When Mansour was killed in May 2016, Zawahiri pledged allegiance to his successor, Mawlawi Haibatullah Akhundzada.

75.     Often, individual Taliban leaders are also members of al-Qaeda.  For example, in late 2011 or early 2012 the Taliban appointed Sheikh Mohammed Aminullah, who has close ties to al-Qaeda, as the head of its Peshawar Regional Military Shura, which is responsible for attacks in northern and eastern Afghanistan.

---

[51] Thomas Ruttig, *The Other Side* 23, Afghanistan Analysts Network (July 2009).

[52] Bill Roggio, *Al Qaeda Builds A 'Shadow Army'*, Wash. Times (Feb. 13, 2009).

[53] Anand Gopal, *Afghan Police Killings Highlight Holes in Security*, Wall St. J. (Dec. 15, 2009).

[54] Transcript, Hr'g Of The Senate Select Committee On Intelligence Subject: "Current And Projected Threats To The United States, Fed. News Serv., 2010 WLNR 27828348 (Feb. 2, 2010).

[55] Thomas Joscelyn & Bill Roggio, *New Taliban Emir Accepts al Qaeda's Oath Of Allegiance*, Long War J. (Aug. 14, 2015).

76.     Al-Qaeda also encouraged the Taliban to embrace new terrorist techniques.  In February 2003, bin Laden issued a recording calling specifically for suicide attacks in Afghanistan and Iraq.  Taliban terrorists had previously viewed suicide attacks as taboo, but al-Qaeda convinced them they were religiously permissible.  Indeed, al-Qaeda trumpeted their ideological success online, announcing, "While suicide attacks were not accepted in the Afghani culture in the past, they have now become a regular phenomenon!"[56]  With al-Qaeda's encouragement and training, the number of such suicide attacks in Afghanistan increased from one in 2002, two in 2003, and six in 2004 to 21 in 2005 and more than 100 in 2006.  Al-Qaeda further encouraged these attacks by paying the families of suicide bombers in Afghanistan.

77.     Al-Qaeda's role in that suicide-bombing trend was pivotal.  As Islamic history scholar Bryan Glyn Williams explained, "Al Qaeda operatives carried out two to three [suicide] bombings per year on the Afghan government and NATO troops from 2002 to 2004 that were meant to demonstrate the effectiveness of this alien tactic to the local Taliban.  These demonstrative acts and videos of successful [Al Qaeda] suicide bombings in Iraq seem to have convinced the Taliban to condone the previously taboo tactic of suicide bombing."[57]

78.     Al-Qaeda operatives also served as embedded trainers with Taliban forces.  These experienced trainers provided instructions, funding, and resources for conducting local and international attacks.  By 2005 at the latest, al-Qaeda began bringing instructors from Iraq to train the Taliban how to fight Americans.  For example, al-Qaeda members trained Taliban commanders in bomb-making techniques.  Al-Qaeda also invited Taliban commanders to Iraq,

---

[56] Brian Glyn Williams, *Suicide Bombings In Afghanistan*, Jane's Islamic Affairs Analyst at 5 (Sept. 2007).

[57] Bryan Glyn Williams, *Afghanistan Declassified: A Guide to America's Longest War* at 202 (Univ. Penn. Press 2012).

where they learned how to make armor-penetrating "shaped" charges,[58] a type of IED later known as an EFP.  Taliban trainees also learned how to use remote controls and timers, and urban warfare tactics.

79.     As one writer put it in November 2009, "Small numbers of Al Qaeda instructors embedded with much larger Taliban units have functioned something like U.S. Special Forces do – as trainers and force multipliers."[59]

80.     By the mid-2000s, al-Qaeda's partnership with the Haqqani Network had facilitated the emergence of a network of al-Qaeda training camps in North Waziristan. According to a declassified 2008 Defense Intelligence Agency intelligence report:

> [Sirajuddin] Haqqani is also affiliated with the several foreign fighter (ff) training facilities that are controlled by or associated with al Qaeda (AQ) in North Waziristan. . . . A list and brief description of each facility follows . . .
> A.  Mohammad Taher ((Yuldashov)), leader of the Islamic Movement of Uzbekistan (IMU), and his 60 bodyguards are staying at an AQ training center in Miram Shah Dand.
> B.  There is an al-Qaeda training center located at the Miskeen and Khaisur in Miram Shah.  Approximately 45 U/I Arabs and Uzbeks receive training there.
> C.  An AQ training facility called "Shaki Massod" is located in Miram Shah and over 200 AQ members (NFI) reside there; Usama bin Laden has been seen in this center (NFI).
> D.  Another AQ training facility is located at Spin-Qamar in Masood District of Northern Waziristan.  Over 80 Arabs receive training there (NFI).[60]

81.     Al-Qaeda has also established multiple training camps within Afghanistan reportedly "hosted by the Taliban."[61]  One such camp covered nearly 30 square miles and

---

[58] Sami Yousafzai, *Unholy Allies*, Newsweek (Sept. 25, 2005).

[59] Peter Bergen, *The Front*, New Republic (Oct. 19, 2009), https://newrepublic.com/article/70376/the-front.

[60] Defense Intelligence Agency, *Location and Activities of the Training Centers Affiliated with the Haqqani Network, Taliban, and al-Qaeda in Northern Waziristan and Future Plans and Activities of Sarajuddin ((Haqqani))*, Intelligence Information Report (Apr. 16, 2008), https://www.dia.mil/FOIA/FOIA-Electronic-Reading-Room/FOIA-Reading-Room-Other-Available-Records/FileId/155424/.

[61] Thomas Joscelyn and Bill Roggio, *Trump's Bad Deal With The Taliban*, Politico (Mar. 18, 2019).

contained heavy weapons, IED-making material, anti-aircraft weapons, rocket-propelled grenade systems, machine guns, pistols, rifles, and ammunition.

82.     On top of the myriad forms of support detailed above, al-Qaeda also jointly planned and authorized terrorist attacks that the Taliban carried out.  Those joint planning sessions often occurred in meetings in which al-Qaeda, the Taliban, and other members of the al-Qaeda-Taliban syndicate (such as Lashkar-e-Taiba) would confer about particular geographies and targets to attack.[62]  The close operational coordination not only manifested itself in the Kabul Attack Network, but also provided a broader terrorist superstructure that organized the insurgency throughout Afghanistan.  In observing that this superstructure formed an Afghan-Pakistani "syndicate" of sorts, a former CIA analyst and White House advisor documented several notable syndicate-sponsored terrorist attacks in Afghanistan that "demonstrated the intricate connections between al Qaeda and its allies in Pakistan and Afghanistan."[63]  Those intimate connections enhanced the lethality of the overall anti-American insurgency.

83.     Information derived from al-Qaeda and Taliban detainees held at Guantanamo Bay, Cuba ("Gitmo") corroborates the planning and authorization activities of the al-Qaeda-Taliban syndicate.  For example, according to purported Gitmo intelligence files quoted by terrorism experts Bill Roggio and Thomas Joscelyn, one detainee, Abdul Razak, was a "high-level military commander in a newly-conceived 'unification' of Al Qaeda, [Hezb-e-Islami Gulbuddin ("HIG"),] and Taliban forces within Afghanistan," which the leaders of the respective terrorist groups "envisioned [as a] new coalition of HIG, Al Qaeda, and Taliban during a meeting

---

[62] *The al Qaeda-Taliban Connection.*

[63] Bruce Riedel, *Deadly Embrace: Pakistan, America, And The Future Of The Global Jihad* at 100 (Brookings Inst. Press 2d ed. 2011).

in Pakistan in early spring 2003."[64]  Another purported Gitmo detainee file quoted by Messrs.
Roggio and Joscelyn concerning Haroon al Afghani, a dual-hatted al-Qaeda/HIG terrorist,
contained the following intelligence report:

> [Afghani] is assessed to have attended a joint operations meeting among extremist
> elements in mid-2006.  A letter describing an 11 August 2006 meeting between
> commanders of the Taliban, al Qaeda, [Lashkar e Taiba], . . . and the Islamic Party
> (probably a reference to the HIG), disclosed that the groups decided to increase terrorist
> operations in the Kapisa, Kunar, Laghman, and Nangarhar provinces, including suicide
> bombings, mines, and assassinations.[65]

84.     Taken together, these reports "demonstrate a high degree of collusion between al
Qaeda and other terrorist groups" as part of a "jihadist hydra" that shares the "common goal" of
seeking to "drive the U.S.-led coalition out of Afghanistan."[66]  One al-Qaeda operative, whom
U.S. officials characterized as "an important al-Qaida planner and explosives expert," Ghazwan
al-Yemeni, trained Taliban members in Pakistan.[67]  He eventually helped plan the December 30,
2009 attack on Camp Chapman that killed seven Americans, including Harold Brown, Jr., whose
family members are Plaintiffs in this case.[68]  *See infra* ¶¶ 363-69.

85.     Al-Qaeda terrorists also regularly attacked U.S. forces alongside Taliban
terrorists, including in some of the attacks that killed or injured Plaintiffs.  For example, in the
early 2000s, al-Qaeda's third-ranking member participated in attacks on Americans in
Afghanistan alongside Taliban terrorists under the command of Sirajuddin Haqqani.  As another
example, on July 13, 2008, Taliban and al-Qaeda members jointly attacked a U.S.-Afghan
outpost in Nuristan Province.  Nine ISAF soldiers – including Army CPL Jason M. Bogar, Army

---

[64] *The al Qaeda – Taliban Connection*.

[65] *Id.*

[66] *Id.*

[67] Evan F. Kohlmann, *Al-Qa'ida's Yemeni Expatriate Faction in Pakistan*, CTC Sentinel at
11-12 (Jan. 2011).

[68] *Id.*

1LT Jonathan P. Brostrom, Army SGT Israel Garcia, Army SPC Jason D. Hovater, and Army CPL Pruitt A. Rainey, whose family members are Plaintiffs in this case – were killed in the attack. *See infra* ¶¶ 322-27, 357-62, 715-21, 884-87, 1275-78.

### D. The Kabul Attack Network

86.     The Kabul Attack Network is the operational manifestation of the terrorist syndicate led by al-Qaeda and the Taliban, including the Haqqani Network.  Specifically, the Kabul Attack Network is a set of terrorist cells focused on attacks against targets in Kabul, the capital, and extending outward into the provinces of Logar, Wardak, Nangarhar, Kapisa, Ghazni, and Zabul.[69]  It is particularly active around key waypoints and transit routes on the way to Kabul, including Wardak, Ghazni City, and areas of Logar Province.  The Kabul Attack Network was responsible for suicide bombings and other attacks on Americans in these areas.[70]

87.     The Kabul Attack Network's members include the Taliban, including the Haqqani Network, as well as al-Qaeda, Lashkar-e-Taiba, and other terrorists active in the Kabul area.

88.     The Kabul Attack Network is led by Mullah Dawood, the Taliban's shadow governor for Kabul who is also a Taliban and Haqqani Network commander, and Taj Mir Jawad, a top commander in the Haqqani Network with a long history of high-profile attacks.

89.     According to an ISAF public affairs officer, the "Haqqani Network is deeply entrenched in the Kabul Attack Network, specifically in the facilitation of weapons and fighters into the area south of Kabul in Logar and Wardak."[71]  Senior Haqqani Network leaders often

---

[69] Bill Roggio, *Karzai Assassination Plotters Part of Kabul Attack Network*, Long War J. (Oct. 5, 2011).

[70] *See* Bill Roggio, *Afghan Intel Captures Taliban Commander Involved In Targeting 'Foreigners' In Kabul*, Long War J. (Mar. 31, 2015).

[71] Bill Roggio, *Senior Taliban Commander Killed in Eastern Afghanistan*, Long War J. (Aug. 20, 2010).

planned and executed terrorist attacks by the Kabul Attack Network, including giving tactical advice during attacks.

90.     Many Plaintiffs, or their family members, were killed or injured in attacks by the Kabul Attack Network.  For example, on October 29, 2011, the Kabul Attack Network executed a suicide bombing attack that destroyed a large armored bus transporting forces around Kabul and killed Army LTC David E. Cabrera and SSG Christopher R. Newman, whose family members are Plaintiffs, and 16 others.  *See infra* ¶¶ 160-73, 1158-62.  Almost four years later, on August 22, 2015, the Kabul Attack Network murdered U.S. government contractors (and Army veterans) Corey J. Dodge and Richard P. McEvoy, whose family members are also Plaintiffs, in a suicide bombing attack against a NATO convoy in Kabul.  *See infra* ¶¶ 601-06, 1084-90.

## III.   IRAN PROVIDED MATERIAL SUPPORT TO THE TALIBAN AND AFFILIATED TERRORIST GROUPS IN AFGHANISTAN

### A.     Iran Provided Material Support For Anti-American Terrorism In Afghanistan To Undermine The U.S. Mission There

91.     Although there are religious differences between the Shiite Iranian regime and the Sunni Taliban organization, those differences have not deterred Iran from supporting the Taliban's terrorist activities.  Iran and the Taliban share a core geopolitical aim:  to inflict mass casualties on Americans in the region.  As two military-intelligence scholars observed, "the Iranian regime is ideologically and religiously opposed to the Taliban, [but] it nevertheless views the group as a useful counterweight to the United States."[72]  Similarly, as a Taliban commander stated in 2010 of Iran, "Our religions and our histories are different, but our target is the same –

---

[72] *Iran's Balancing Act* at 5.

we both want to kill Americans."[73]  Sectarian distinctions aside, Iran has supported and funded attacks by the Taliban on U.S. and allied forces in Afghanistan to harm the United States.

92.    The Fourth Corps of the Qods Force, one of its four regional commands, implements Iran's foreign policy in Afghanistan.[74]  During the relevant timeframe, the Qods Force did so largely by providing the Taliban (including the Haqqani Network) with material support for terrorist attacks in Afghanistan.  The Fourth Corps' al-Ansar Command Center is based in Iran's second-largest city, Mashhad, near the border with Afghanistan.[75]  Mashhad naturally serves as a stopping point between Afghanistan and Tehran, Iran's capital.[76]

93.    Following the 9/11 attacks on the United States, Iran met with senior Taliban officials to offer military aid to support the Taliban's fight against U.S.-led Coalition forces.  Iran planned that meeting and hosted it on the Iranian side of the Afghanistan border.  As part of this initial offer of support, Iran pledged to sell advanced military equipment to the Taliban for use against U.S. and allied forces, boasted of Iran's ability to track U.S. troop movements, and promised to allow terrorists entering Afghanistan to travel through Iranian territory.  Iran also provided safe harbor to Taliban leaders who escaped U.S. forces.

94.    Immediately following the U.S. invasion of Afghanistan, Iran made a pretense of professing support for the U.S. and NATO mission, but in reality was already seeking to undermine it.  In February 2002, then-CIA Director George J. Tenet testified before Congress that "initial signs of Tehran's cooperation and common cause with us in Afghanistan are being

---

[73] Bill Roggio, *Taliban Commander Linked To Al Qaeda, Iran, Killed In US Strike In Western Afghanistan*, Long War J. (July 16, 2010).

[74] *JIEDDO Report* at 5.

[75] Joseph Felter & Brian Fishman, *Iranian Strategy in Iraq, Politics and "Other Means"* at 18, Combating Terrorism Center (Oct. 13, 2008).

[76] *JIEDDO Report* at 5.

eclipsed by Iranian efforts to undermine US influence there.  While Iran's officials express a shared interest in a stable government in Afghanistan, its security forces appear bent on countering the US presence."[77]  As one scholar explained, Iran "feared the US might use Afghanistan as a base from which to launch a kinetic attack on Iran.  The Taliban insurgency thus became viewed by Tehran as a tool with which to keep American forces preoccupied."[78]

95.     The U.S. government documented Iran's escalating support for the Taliban terrorists over the course of the United States' involvement in Afghanistan.  In April 2007, General Peter Pace, Chairman of the U.S. Joint Chiefs of Staff, stated that Iranian explosives had been captured in Kandahar Province en route to the Taliban but acknowledged that it was not yet entirely clear who within Iran was responsible.[79]  The next day, U.S. Assistant Secretary of State Richard Boucher described "a series of indicators that Iran is maybe getting more involved in an unhealthy way in Afghanistan."[80]

96.     Those indicators rapidly grew in intensity, and soon there was little doubt that Iran was actively sponsoring the Taliban terrorists as a core part of its foreign policy.  A purported May 2007 U.S. State Department cable (as published online), for example, reported that Afghan President Hamid Karzai had expressed concerns "over Iranian agents engaging Taliban and supplying them with weapons."  A purported July 2007 U.S. State Department cable (as published online) similarly reported that Taliban terrorists had received "light weapons and grenade launchers [that] bore the stamps of the Iranian factories where they were manufactured,

---

[77] *DCI Testimony:  Converging Dangers in a Post 9/11 World*, Central Intelligence Agency (Feb. 6, 2002).

[78] Farhad Rezaei, *Iran and the Taliban:  A Tactical Alliance?*, The Begin-Sadat Center for Strategic Studies (Jan. 15, 2019) ("*Iran and the Taliban:  A Tactical Alliance?*").

[79] Breffni O'Rourke, *Afghanistan:  U.S. Says Iranian-Made Weapons Found*, RadioFreeEurope (Apr. 18, 2007).

[80] *Id.*

primarily in 2006 and 2007."  The same cable explained that the fighters claimed they had

received training in Iran and had been promised access to antiaircraft rockets by Iranian officials.

A purported military-intelligence summary the next month (as published online), reported on an

"'alarmingly rapid increase' in Iranian presence in Afghanistan."

97.    When the U.S. Treasury Department designated the Qods Force as a SDGT later

in 2007, it confirmed that the "Qods Force provides weapons and financial support to the Taliban

to support anti-U.S. and anti-Coalition activity in Afghanistan."[81]  As the designation explained:

> The Qods Force is the Iranian regime's primary instrument for providing lethal support to
> the Taliban.  The Qods Force provides weapons and financial support to the Taliban to
> support anti-U.S. and anti-Coalition activity in Afghanistan.  Since at least 2006, Iran has
> arranged frequent shipments of small arms and associated ammunition, rocket propelled
> grenades, mortar rounds, 107mm rockets, plastic explosives, and probably man-portable
> defense systems to the Taliban. . . .  Through Qods Force material support to the Taliban,
> we believe Iran is seeking to inflict casualties on U.S. and NATO forces.[82]

98.    Similar observations continued in 2008.  According to the U.S. State

Department's 2008 Country Reports on Terrorism:  "The Qods Force, an elite branch of the

Islamic Revolutionary Guard Corps (IRGC), is the regime's primary mechanism for cultivating

and supporting terrorists abroad.  The Qods Force provided aid in the form of weapons, training,

and funding to HAMAS and other Palestinian terrorist groups, Lebanese Hizballah, Iraq-based

militants, and Taliban fighters in Afghanistan."[83]

99.    The U.S. government's JIEDDO recognized in a 2009 report that "Iran's

intentions are the same in both Iraq and Afghanistan:  to develop, fund and arm proxy networks

to leverage against the perceived U.S. aim of pursuing an active regime change doctrine in

---

[81] Press Release, U.S. Treasury Dep't, *Fact Sheet: Designation of Iranian Entities and
Individuals for Proliferation Activities and Support for Terrorism* (Oct. 25, 2007).

[82] *Id.*

[83] U.S. State Dep't, *Country Reports on Terrorism 2008* at 182-83 (Apr. 2009).

Iran."[84]  Similarly, a purported January 2010 cable (as published online) explained that senior officials from the United Arab Emirates' State Security Department had accused Iran, through the IRGC, of supporting the Taliban by providing money and weapons, smuggling drugs, and facilitating the movement of Taliban leaders and fighters.

100.    **According to another purported February 2010 cable (as published online), President Karzai's Chief of Staff and former Ambassador to Iran, Omar Daudzai, reported that Iranian officials were no longer denying Iran's support for the Taliban in Afghanistan, instead remaining silent in the face of the assertion by the Government of Afghanistan.**

101.    By April 2010, the U.S. Department of Defense reported that Iran was "covertly" supporting the Taliban.  "Arms caches have been recently uncovered with large amounts of Iranian manufactured weapons, to include l07mm rockets, which we assess IRGC-QF delivered to Afghan militants."[85]  It further explained that "Tehran's support to the Taliban is inconsistent with their historic enmity, but fits with Iran's strategy of backing many groups to ensure that it will have a positive relationship with the eventual leaders."[86]

102.    On August 3, 2010, the U.S. Treasury Department – pursuant to Executive Order 13224 – designated General Hossein Musavi and Colonel Hasan Mortezavi, senior officials in the Qods Force, as SDGTs for their roles in supporting the Taliban.[87]  General Musavi was the leader of the Ansar Corps, also known as the Fourth Corps, the branch of the Qods Force

---

[84] *JIEDDO Report* at 5.

[85] Unclassified Report on Military Power of Iran (Apr. 2010), https://fas.org/man/eprint/dod_iran_2010.pdf.

[86] *Id.*

[87] Press Release, U.S. Treasury Dep't, *Fact Sheet: U.S. Treasury Department Targets Iran's Support for Terrorism Treasury Announces New Sanctions Against Iran's Islamic Revolutionary Guard Corps-Qods Force Leadership* (Aug. 3, 2010).

responsible for carrying out activities within Afghanistan.[88]  The U.S. Treasury Department found that both General Musavi and Colonel Mortezavi, acting in their capacity as senior Qods Force officers, had provided "financial and material support to the Taliban."[89]  The U.S. Treasury Department further concluded that "the IRGC-QF provides select members of the Taliban with weapons, funding, logistics and training."[90]

103.    General David Petraeus, then the Commander of the ISAF, testified before the Senate Armed Services Committee in March 2011 that Iran "without question" supplied weapons, training, and funding to the Taliban in order to "make life difficult" for U.S. and NATO forces in Afghanistan.[91]

104.    When the U.S. Department of Defense provided Congress with its Annual Report on Military Power of Iran in April 2012, it explained that, even though Iranian "support to the Taliban is inconsistent with their historic enmity, it complements Iran's strategy of backing many groups to maximize its influence while also undermining U.S. and [NATO] objectives by fomenting violence."[92]  By means of "the IRGC-QF, Iran provides material support to terrorist or militant groups such as . . . the Taliban."[93]  The U.S. Department of Defense characterized the support as part of a "grand strategy" to "challeng[e] U.S. influence."[94]

---

[88] *Id.*

[89] *Id.*

[90] *Id.*

[91] *The Situation in Afghanistan: Hr'g Before the S. Comm. On Armed Services,* 112 Cong. 40 (Mar. 15, 2011) (statement of General David Petraeus), https://www.govinfo.gov/content/pkg/CHRG-112shrg72295/pdf/CHRG-112shrg72295.pdf.

[92] *Annual Report on Military Power of Iran* 2 (Apr. 2012).

[93] *Id*. at 3.

[94] *Id.* at 1.

105.    In its 2012 Report on Progress Toward Security and Stability in Afghanistan, the

U.S. Department of Defense reported to Congress that Iran was engaging in "covert activities" in

Afghanistan, including the provision of weapons and training to the Taliban.[95]  As the report

explained, "Since 2007, Coalition and Afghan forces have interdicted several shipments of

Iranian weapons.  Tehran's relationship with the insurgency, although not ideologically based, is

consistent with Iran's short- to mid-term goal of undermining Coalition efforts and opposing the

international military presence in Afghanistan."[96]

106.    Less than two years later, the U.S. Treasury Department concluded that the Qods

Force "utilized now-detained Afghan associate, Sayyed Kamal Musavi, who was designated

today, to plan and execute attacks in Afghanistan."  It further confirmed that "[t]wo IRGC-QF

officers also designated today, Alireza Hemmati and Akbar Seyed Alhosseini, provided logistical

support to this associate."[97]  Similarly, according to a Taliban commander in central Afghanistan

in 2015:  "Iran supplies us with whatever we need."[98]

107.    In 2016, Taliban leader Mullah Mansour was killed by an American drone strike

while returning to Afghanistan from Tehran, where he had been meeting with Iranian security

officials, and possibly directly with Ayatollah Ali Khameni, to discuss tactical coordination of

Taliban terrorist activities in Afghanistan.  He had made at least two visits to Iran since 2013.

108.    Iran's support for terrorist groups in Afghanistan has continued.  The U.S. State

Department stated in 2017 that "Iran is responsible for intensifying multiple conflicts and

---

[95] U.S. Dep't of Def., *Report on Progress Toward Security and Stability in Afghanistan* at 148 (Dec. 2012).

[96] *Id.*

[97] Press Release, U.S. Treasury Dep't, *Treasury Targets Networks Linked To Iran* (Feb. 6, 2014).

[98] Margherita Stancati, *Iran Backs Taliban With Cash And Arms*, Wall St. J. (June 11, 2015).

undermining the legitimate governments of, and U.S. interests in, Afghanistan . . . ."[99]  The U.S. Department of Defense similarly confirmed that Iran "provides some support to the Taliban and Haqqani Network."[100]  In May 2018, U.S. Secretary of State Michael Pompeo publicly accused Iran of supporting the Taliban and other terrorist groups in Afghanistan.[101]

109.    In October 2018, the U.S. Treasury Department, pursuant to Executive Order 13224, designated additional Qods Force officials "for acting for or on behalf of IRGC-QF and for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, the Taliban."[102]  The U.S. Treasury Department acted along with the six other member nations of the Terrorist Financing Targeting Center – a multinational, cooperative effort to combat terrorism in the Middle East.[103]

110.    The Secretary of Iran's Supreme National Security Council, Ali Shamkhani, publicly acknowledged Iran's support for the Taliban in January 2019, claiming that it was designed to "curb[] the security problems in Afghanistan."[104]

111.    Most recently, the United States has recognized Iran's support of the Taliban in the aftermath of Qassem Soleimani's death.  In a press conference in the days after the killing of General Soleimani, Secretary of State Michael Pompeo publicly accused Iran of backing the Taliban and associated groups, including the Haqqani Network.

---

[99] *Country Reports on Terrorism 2017* at Foreword.

[100] U.S. Dep't of Def., *Enhancing Security and Stability in Afghanistan at 21* (June 2017).

[101] *Mike Pompeo speech:  What are the 12 demands given to Iran?*, Al Jazeera News (May 21, 2018).

[102] Press Release, U.S. Treasury Dep't, *Treasury and the Terrorist Financing Targeting Center Partners Sanction Taliban Facilitators and their Iranian Supporters* (Oct. 23, 2018).

[103] *Mike Pompeo speech:  What are the 12 demands given to Iran?*, Al Jazeera News (May 21, 2018); Press Release, U.S. Treasury Dep't, *U.S. and Saudi Arabia to Co-Chair New Terrorist Financing Targeting Center* (May 1, 2017).

[104] *Iran and the Taliban:  A Tactical Alliance?*

112.     Iran, in turn, signaled its continued focus on destabilizing U.S. forces in
Afghanistan by appointing General Esmail Ghaani ("Ghaani" or "Qaani"), the former head of
Iran's Qods Force branch in Afghanistan, to be the top commander of the Qods Force.  General
Ghaani traveled to Afghanistan in 2018 as the deputy ambassador of Iran to Kabul and remains
focused on cultivating Iran's relationship with the Taliban in Afghanistan.

113.     The Taliban's reaction to Soleimani's death similarly recognized Iran's support
for its terrorist activities.  A Taliban statement condemned American forces for the attack on
Soleimani and expressed regret for his "martyrdom."  Additional details were reported in
Taliban-aligned publications about Soleimani's support for the Taliban, including his meeting
with Taliban delegations in Iran, personally traveling to Afghanistan, and planning attacks.

114.     Consistent with the policy described above, Iran provided material support or
resources for the acts of extrajudicial killing that killed or injured Plaintiffs or their family
members.  As explained below, that support took the form of "currency . . .  lodging, training,
expert advice or assistance, safehouses, false documentation or identification, communications
equipment, facilities, weapons, lethal substances, explosives, personnel, . . . and
transportation."[105]

**B.     Iran Provided The Taliban With Weapons, Explosives, and Lethal Substances**

115.     Iran provided material support or resources for the acts of extrajudicial killing that
killed or injured Plaintiffs, or their family members, by providing (among other things) weapons,
explosives, and lethal substances to the Taliban.  Many of the weapons Iran provided were
designed to be particularly effective against U.S. and allied forces operating in Afghanistan.  For

---

[105] 18 U.S.C. § 2339A(b)(1).

example, Iran provided the Taliban with anti-tank mines, long range rockets, explosively formed penetrators, suicide vehicle-borne improvised explosive devices, rocket-propelled grenades, and explosives, which were uniquely suited for terrorist attacks on U.S. and allied forces.

116.   U.S. and allied forces have seized large caches of Iran-made weapons and explosives in Afghanistan, many of which bore markings of Iranian origin.  A purported April 2007 military-intelligence summary (as published online) reported that "Iranian officials" were sending "to Afghanistan explosive devices and vehicles ready to be used as SVBIEDs [suicide vehicle-borne improvised explosive devices]."[106]  A purported U.S. government document from August of that year (as published online) also reported that the Afghanistan National Police had found evidence of a planning meeting for 25 suicide attacks in which it was stated that "[t]he materials for the bombs will be supplied by Iran Government . . . ."

117.   When the U.S. Treasury Department designated the Qods Force as a SDGT under Executive Order 13224 in October 2007, it specifically documented Iran's frequent shipments of weapons to the Taliban over at least the prior year.  A purported December 2007 military-intelligence summary (as published online) further reported that explosive samples in suicide vests seized from four suicide bombers "tasked by Taliban/Al-Qaeda leaders" with carrying out a suicide attack in Helmand Province were found to be a 92% probability of a match against a suspected sample of Iran-sourced C4.

---

[106] *Afghanistan War Logs:  Anti-aircraft Missiles Clandestinely Transported From Iran Into Afghanistan – US Report,* The Guardian (July 25, 2010) ("*Anti-aircraft Missiles Clandestinely Transported*"); *see also Afghanistan War Logs: Afghan Government Seeking to Maintain Friendly Relations With Iran,* The Guardian (July 25, 2010) (referencing Iranian-made weapons recently found in Kandahar Province).

118.     In January 2008, a raid by Afghan Police in Farah Province discovered 130 mines, of which the Afghan Police concluded 60 were Iran-made.[107]  That same month the U.S. Ambassador to Afghanistan stated that "[t]here is no question that elements of insurgency have received weapons from Iran."[108]

119.     A purported June 2008 U.S. State Department cable (as published online) detailed multiple instances of Iran transferring arms to the Taliban in 2007 and 2008 and concluded that analyses of the weaponry "indicate the Taliban had access to Iranian weaponry produced as recently as 2006 and 2007."  Similarly, Afghan forces discovered a large cache of Iran-made explosives hidden near the Bakhshabad Dam in Farah Province in March 2009.  That same month, a purported military-intelligence summary (as published online) indicated that Taliban commanders had obtained portable surface-to-air missiles that originated in Iran.

120.     In May 2009, 44 bricks of Iran-made explosives and dozens of Iran-made mortars were discovered in a Taliban stronghold in Helmand Province.  Also in May 2009, Afghanistan border police intercepted a shipment crossing the Iranian border with dozens of anti-tank mines bound for Afghan militants.  And in September 2009, a purported military-intelligence summary report (as published online) claimed that the Taliban had received "six very powerful anti-tank mines from Iran" to target ISAF forces or important Afghan Police Officers.  That same year, the U.S. State Department reported that, "[s]ince at least 2006, Iran has arranged arms shipments to select Taliban members, including small arms and associated ammunition, rocket-propelled grenades, mortar rounds, 107mm rockets, and plastic explosives."[109]

---

[107] *JIEDDO Report* at 10.

[108] Brian Bennett, *Iran Raises the Heat in Afghanistan*, Time (Feb. 22, 2008).

[109] U.S. State Dep't, *Country Reports on Terrorism 2009* at 192 (Aug. 2010).

121.     By 2011, Taliban terrorists were using Iran-made and -sourced long-range rockets to attack Coalition targets in Afghanistan.  In February 2011, British forces intercepted more than four dozen 122-milimeter rockets in Nimruz Province near the Iranian border, which gave the terrorists roughly double the range to attack Coalition targets.  British Foreign Secretary William Hague stated that "detailed technical analysis, together with the circumstances of the seizure, leave us in no doubt that the weaponry recovered came from Iran."[110]  The *Wall Street Journal* similarly reported that U.S. officials "said the rockets' markings, and the location of their discovery, give them a 'high degree' of confidence that they came from the Revolutionary Guard's overseas unit, the Qods Force."[111]  General Petraeus later confirmed that the Qods Force had supplied these rockets to a "known Taliban facilitator."[112]  The U.S. Department of Defense's 2011 Report on Progress Toward Security and Stability in Afghanistan similarly stated that "[f]orensics teams examined the rockets and confirmed an Iranian point of origin."[113]

122.     In June 2015, Iran hired smugglers to ferry supplies across the Iranian border and deliver them to Taliban units in Afghanistan.  These Iran-supplied weapons included 82mm mortars, light machine guns, AK-47 rifles, rocket-propelled grenades, and materials for making roadside bombs.

123.     Iran also provided EFPs to the Taliban.  EFPs are specially shaped charges, first used by Hezbollah in Lebanon, which typically employ a manufactured concave copper disk and

---

[110] Julian Borger & Richard Norton-Taylor, *British Special Forces Seize Iranian Rockets In Afghanistan*, The Guardian (Mar. 9, 2011).

[111] Jay Solomon, *Iran Funnels New Weapons to Iraq and Afghanistan*, Wall St. J. (July 2, 2011).

[112] *The Situation in Afghanistan: Hr'g Before the S. Comm. On Armed Services,* 112 Cong. 40 (Mar. 15, 2011) (statement of General David Petraeus), https://www.govinfo.gov/content/pkg/CHRG-112shrg72295/pdf/CHRG-112shrg72295.pdf.

[113] U.S. Dep't of Def., *Report on Progress Toward Security and Stability in Afghanistan* at 107 (Apr. 2011).

an explosive-packed liner.  Thus, when Iran "smuggled [EFPs] to Afghan insurgents for use against U.S. Forces,"[114] Iran supplied the Taliban with a particularly lethal form of support. Indeed, Iran and Hezbollah designed EFPs to defeat armored vehicles like the ones used by Coalition forces in Afghanistan.  Those EFPs gave the Taliban a sophisticated anti-American weapon that it could not have obtained or deployed effectively on its own.

124.    The Taliban began using EFPs against Coalition forces in 2007.  A purported May 2007 U.S. State Department cable (as published online) reported on increased IED attacks and noted that recent attacks had been successful against armored ISAF vehicles, which indicated an Iran-supplied EFP.  Just days later another purported cable (as published online) reported that two EFPs had been discovered in April 2007 in Herat Province.  Through the summer of 2007, at least four EFPs were discovered in Herat Province, near other Iranian arms shipments.

125.    A purported September 2007 cable (as published online) stated that British forces "in Farah Province, Afghanistan intercepted an arms convoy they had been tracking from inside Iran," which included EFPs "of Iranian origin."  One week later, another purported cable (as published online) reported that, according to the U.K. Ambassador to NATO, Stewart Eldon, analysis of the munitions "showed a clear link to Iran and weapons the Iranian Revolutionary Guard Corps Qods Force has sent to insurgents in Iraq."  In 2008, the United Kingdom obtained proof that Iran was supplying the components for these EFPs.

126.    By 2007, the JIEDDO concluded that Iran was attempting to "inflict psychological damage" on the United States by smuggling EFPs "to Afghan insurgents for use against U.S. Forces."[115]

---

[114] *JIEDDO Report* at 1.
[115] *JIEDDO Report* at 3.

127.    In Afghanistan, Iranian EFPs earned the nickname "Dragons" because their explosive force was concentrated in the direction of the designated target rather than blasting in all directions and dispersing the impact.[116]  Unlike ordinary mines that cause only minor damage to U.S. military vehicles, a Dragon "superbomb" can completely destroy a military Humvee or tank.[117]  According to one Taliban commander, "If you lay an ordinary mine, it will only cause minor damage to Humvees or one of their big tanks.  But if you lay a[n] [Iranian] Dragon, it will destroy it completely."[118]

128.    On information and belief, many Plaintiffs, or their family members, were severely injured or killed in terrorist attacks using Iran-supplied EFPs.

129.    Iran also provided the Taliban with rockets and similar weapons that were particularly effective against U.S. and Coalition forces.  A purported April 2007 military-intelligence summary (as published online), for example, reported that Iran had purchased anti-aircraft missiles from Algeria in late 2006 and then smuggled them from Mashhad, Iran – where the Fourth Corps of the Qods Force is headquartered – into Afghanistan.[119]  A purported Afghanistan Police Report from the next month (as published online) claimed that Iran intelligence sources issued three anti-aircraft launchers and ammunition to a Taliban commander. A purported March 2009 military intelligence summary (as published online) included intelligence reports of portable surface-to-air missiles arriving in Afghanistan from Iran.

---

[116] Kate Clark, *Taliban Claim Weapons Supplied By Iran*, The Telegraph (Sept. 14, 2008).

[117] *Id.*

[118] Steven O'Hern, *Iran's Revolutionary Guard: The Threat That Grows While America Sleeps* at 112 (Potomac Books, 1st ed. 2012) (internal quotations and citation omitted); Kate Clark, *Taliban claim weapons supplied by Iran*, The Telegraph (Sept. 14, 2008).

[119] *Anti-aircraft Missiles Clandestinely Transported.*

Similarly, a purported July 2009 military-intelligence summary (as published online) included reports of two dozen "Stinger" style surface-to-air missiles smuggled from Iran into Afghanistan.

130.    According to a purported September 2009 military-intelligence summary (as published online), Taliban terrorists used an Iran-made rocket-propelled grenade launcher to shoot down Coalition helicopters.  The launcher was marked "Made In Iran."  The launcher was particularly effective because, unlike some other launchers, the Iran-made launcher had a scope that could be adjusted for targeting and was more accurate for shooting helicopters.

### C.    Iran Provided The Taliban With Lodging, Training, Expert Advice or Assistance, Safehouses, Personnel, and Transportation

131.    Iran also provided members of the Taliban and affiliated terrorist groups with lodging, training, expert advice or assistance, safe harbor, and transportation.  Iran taught the Taliban attack techniques that were particularly effective against U.S. and Coalition forces.  Without the training from Iran and its agents, the Taliban would not have been able to launch as successful a terrorist campaign against American forces.

132.    According to a purported June 2006 military-intelligence summary (as published online), two members of the Iranian Intelligence Secret Service had arrived in Parwan Province to help Taliban members "in carrying out terrorist attacks against the [Afghanistan] governmental authorities and the [Coalition] members, especially against the Americans forces."[120]  A purported military-intelligence summary later that year (as published online), reported that injured Taliban terrorists were evacuating to Tehran for shelter.[121]

---

[120] *Afghanistan War Logs: US Claims Iran Spies Helping Insurgents to Attack Coalition Forces,* The Guardian (July 25, 2010).

[121] *Afghanistan War Logs: Iranians Alleged to Be Sheltering Wounded Taliban Fighters in Tehran*, The Guardian (July 25, 2010).

133.    Iran also trained Taliban fighters at camps within Iran.  For example, a purported April 2007 military intelligence summary (as published online) reported that "Iranian officials train" members of the Taliban at an Iranian base in Birjand, Iran, near the Afghanistan border.[122] A similar purported June 2007 military intelligence summary (as published online) claimed that the IRGC was training roughly 300 foreign fighters in Iran, presumably to fight in Afghanistan.

134.    A purported military-intelligence summary (as published online) from May 2008 claimed that a Taliban commander had traveled to Iran for training and returned with 40 trained terrorists.  Similarly, a military-intelligence summary (as published online) from July 2008 referenced "trained fighters moving in from Iran."  And a purported military-intelligence summary (as published online) from October 2009 likewise reported on the return of a Taliban commander from training "in an Iran army barracks."

135.    Iran provided Taliban terrorists with specialized training on how best to deploy Iran-supplied weapons against U.S. and Coalition forces.  A purported December 2008 military-intelligence summary (as published online) reported on a group of 40 insurgents "who allegedly were trained in an Iranian Military base" who had plans to attack the capital of Farah Province using weapons that "Iran Intelligence could have provided."  According to a purported April 2009 military-intelligence summary (as published online), Iran was recruiting Taliban terrorists for training in Iran on shooting down Coalition helicopters.  And another purported April 2009 military-intelligence summary (as published online), reported on the return of a Taliban commander after receiving IED-manufacturing training in Iran.

136.    A March 21, 2010 article in London's *The Sunday Times* reported extensively on Iranian security officials training Taliban recruits to "ambush" Coalition forces, attack

---

[122] *Anti-aircraft Missiles Clandestinely Transported.*

checkpoints, and use guns and IEDs.  The *Times* interviewed two Taliban commanders – from Wardak and Ghanzi province – who had traveled to Iran with groups of Taliban terrorists for training, which improved their ability to launch lethal attacks on Coalition forces.  According to the commanders, Iran paid for this travel and training.  One commander who received training in Iran observed that the Taliban's and Iran's "religions and . . . histories are different, but our target is the same — we both want to kill Americans."[123]

137.    By 2009, U.S government officials were openly accusing the IRGC of training the Taliban.  In an August 2009 report, ISAF Commander General Stanley McChrystal explained that "the Iranian Qods Force is reportedly training fighters for certain Taliban groups and providing other forms of military assistance to insurgents."[124]  He confirmed again in May 2010 that Iran was training Afghan fighters in Iran.[125]  In its 2009 Country Reports on Terrorism, the U.S. State Department reported:  "Iran's Qods Force provided training to the Taliban in Afghanistan on small unit tactics, small arms, explosives, and indirect fire weapons . . . ."[126]  Similarly, in 2012 it explained: "the IRGC-QF trained Taliban elements on small unit tactics, small arms, explosives, and indirect fire weapons, such as mortars, artillery, and rockets."[127]

138.    Iran's training of Taliban terrorists has not diminished.  By 2015, the IRGC was operating at least four Taliban training camps within Iran.

---

[123] Miles Amoore, *Iranian military teaches Taliban fighters the art of ambush*, The Times (Mar. 21, 2010).

[124] Quoted by Sajjan M. Gohel, in *Iran's Ambiguous Role in Afghanistan* at 13, CTC Sentinel (March 2010).

[125] *Killing Americans and Their Allies*.

[126] U.S. State Dep't, *Country Reports on Terrorism 2009* at 192 (Aug. 2010).

[127] U.S. State Dep't, *Country Reports on Terrorism 2012* at 196 (May 2013).

139.     Iran also facilitated the Taliban's attacks by allowing the Taliban to establish offices in Iran to serve as bases for planning terrorist attacks.  For example, Iran permitted a senior leader of the Taliban to set up an office in Zahedan, Iran, near the borders with Afghanistan and Pakistan.  In or about 2014, the Taliban also opened an office in Mashhad, Iran, where the Fourth Corps of the Qods Force is headquartered.[128]  As of January 2019, the Taliban maintained an office in Tehran, Iran.[129]

140.     Iranian fighters also conducted attacks alongside Taliban terrorists.  In an October 2016 Taliban attack in Farah Province, four senior Iranian commandos were killed, and many of the other Taliban dead were taken across the border to Iran for burial.

141.     Mohammad Arif Shahjahan, the governor of Farah Province in western Afghanistan, told Radio Free Afghanistan in 2017 that Taliban leaders had been traveling frequently to Iran, where they received protection and support.[130]  He reported that Qods Force operatives had recently met with and advised the Taliban in Farah Province.[131]

142.     Iran's training of Taliban terrorists in small unit tactics, small arms, explosives, indirect fire, and other techniques enabled the Taliban to more effectively attack U.S. forces and Coalition forces.  The Taliban and affiliated terrorist groups in Afghanistan used Iran's training to kill or injure Plaintiffs or their family members.

---

[128] Oved Lobel, *Afghanistan:  The Forgotten Front Against Iran*, Australia/Israel & Jewish Affairs Council (Nov. 16, 2018).

[129] *Iran and the Taliban:  A Tactical Alliance?*

[130] Abubakar Siddique & Noorullah Shayan, *Mounting Afghan Ire Over Iran's Support For Taliban*, Gandhara (July 31, 2017).

[131] *Id.*

### D.   Iran Provided The Taliban With Financial Support

143.   Iran has also supported the Taliban financially.  On an annual basis, Iran provided large cash payments to the Taliban.  For example, a purported February 2005 military intelligence summary (as published online) reported that the IRGC delivered 10 million Afghanis (worth roughly $212,000) to a location on Iran's border where the money was transferred to four members of a Taliban-associated terrorist group.[132]

144.   Iran also directly paid Taliban insurgents to kill U.S. forces.  Another purported February 2005 military-intelligence summary (as published online) reported on a Taliban group that was being paid by the Iranian government $1,740 for each Afghanistan soldier killed and $3,481 for each Government of Afghanistan official killed.  The report further explained that the group would begin attacking U.S. forces if the attacks on Afghans were successful.[133]  Iran paid Taliban terrorists an estimated $1,000 for each U.S. soldier murdered in Afghanistan and $6,000 for each destroyed American military vehicle.  In one specific example, Taliban fighters received $18,000 from Iran as a reward for an attack in 2010 than killed several Afghan forces and destroyed an American armored vehicle.[134]

145.   Iran also provided funding to individual Taliban commanders, often as they were returning to Afghanistan from training in Iran.  A purported May 2008 military-intelligence summary (as published online) reported on a Taliban leader returning from training in Iran "along with a considerable amount of money."  A purported May 2009 U.S. State Department

---

[132] *Afghanistan War Logs:  Iran Smuggles Money into Afghanistan to Fund Insurgents, says US Report*, The Guardian (July 25, 2010).

[133] *Afghanistan War Logs:  Iran Offers Reward for Each Afghan Official and Solider Killed, According to Coalition Report*, The Guardian (July 25, 2010).

[134] Miles Amoore, *Iran pays the Taliban to Kill US Soldiers*, The Times (Sept. 5, 2010).

Cable (as published online) stated that the IRGC may provide Taliban Commander Mullah Sangin with financial support to engage Coalition forces, including U.S. contractors.

146.     Iran has also supported the Taliban's finances by supporting its ability to traffic narcotics, which Taliban terrorists use "to finance their acts of terror and violence."[135]  As the U.S. Treasury Department explained when it designated Iranian Qods Force General Gholamreza Baghbani as a Specially Designated Narcotics Trafficker in March 2012, General Baghbani allowed Afghan narcotics traffickers to smuggle opiates through Iran, facilitated the smuggling of chemicals necessary to produce heroin from Iran into Afghanistan, and helped "facilitate shipments of opium into Iran."[136]  General Baghbani also had narcotics traffickers deliver weapons on his behalf to the Taliban.[137]

147.     As reported in a 2015 *Wall Street Journal* article, a Taliban commander described Iran's financial support of the Taliban in the form of recruiting and paying individual terrorists. The commander explained that he had been detained for working illegally in Iran when he was approached by the IRGC and offered double his previous salary – to be paid by Iran – if he fought with the Taliban in Afghanistan.[138]  And in 2017, officials in Ghor Province accused Iran of financing a Taliban offensive that briefly enabled the Taliban to overtake a key district.[139]

---

[135] Press Release, U.S. Treasury Dep't, *Treasury Targets Taliban Shadow Governor of Helmand Afghanistan as Narcotics Trafficker* (Nov. 15, 2012).

[136] Press Release, U.S. Treasury Dep't, *Treasury Designates Iranian Qods Force General Overseeing Afghan Heroin Trafficking Through Iran* (Mar. 7, 2012).

[137] *Id.*

[138] Margherita Stancati, *Iran Backs Taliban With Cash And Arms*, Wall St. J. (June 11, 2015).

[139] Abubakar Siddique & Noorullah Shayan, *Mounting Afghan Ire Over Iran's Support For Taliban*, Gandhara (July 31, 2017).

### E.    Iran Provided Material Support To Al-Qaeda

148.    Iran has also long provided material support to al-Qaeda.  As with the Taliban, the sectarian differences between the Shiite regime in Tehran and the Sunni al-Qaeda leadership have not hindered cooperation between the groups.  Whatever their religious differences, both groups share a hatred of America and support anti-American violence.

149.    Iran has supported al-Qaeda's terrorist activities since the early 1990s, when Osama bin Laden lived in Sudan.  Iran, through the IRGC and Hezbollah, served as the original trainer for al-Qaeda with respect to suicide bombings, attacks against large buildings, IEDs, explosives, intelligence, and general attack tactics directed at American interests.  For example, senior al-Qaeda operatives traveled to Iran and Lebanon during this period to camps run by Hezbollah and sponsored by the Qods Force.[140]  The operatives received advanced explosives training that enabled al-Qaeda to launch large-scale terrorist attacks on American embassies in Africa.[141]  According to one senior al-Qaeda official, trainers at this time were already researching how to develop shaped charges to pierce armor plating – the technology later perfected in EFPs.

150.    When the U.S. Department of Justice indicted Osama bin Laden for the 1998 bombings of the U.S. embassies in Kenya and Tanzania, the indictment alleged that al-Qaeda had "forged alliances" with "the government of Iran and its associated terrorist group Hezballah [sic] for the purpose of working together against their perceived common enemies in the West,

---

[140] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 151 (D.D.C. 2011) ("Prior to al Qaeda members' training in Iran and Lebanon, al Qaeda had not carried out any successful large scale bombings.").

[141] *Id.*

particularly the United States."[142]  This Court subsequently found that Iran had caused the East

Africa Embassy bombings by materially supporting al-Qaeda's operations.[143]

151.    Following the September 11, 2001 attacks on the United States, Iran provided safe

harbor to many senior leaders of al-Qaeda and their families, including Osama bin Laden's sons.

Iran permitted these senior leaders to move freely within Iran in the early 2000s, while they

continued to direct, organize, and support al-Qaeda's terrorist operations throughout the world.[144]

In essence, Iran provided al-Qaeda with a safe location to orchestrate its terrorist activities.[145]

152.    In 2007, Osama bin Laden discouraged terrorist attacks against Iran because of its

historical support for al-Qaeda's terrorist operations, and he referred to Iran as al-Qaeda's "main

artery for funds, personnel, and communication."[146]  Similarly, a letter reportedly written by al-

Qaeda's second-in-command, Ayman al-Zawahiri, thanked the IRGC for its support in setting up

al-Qaeda's terrorist network in Yemen in 2008.

---

[142] Indictment at 3, *United States v. Bin Laden*, No. 1:98-cr-00539-LAK (S.D.N.Y. filed Nov. 5, 1998), Dkt. 1, *available at* https://fas.org/irp/news/1998/11/indict1.pdf.

[143] *See Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 151 (D.D.C. 2011).

[144] *Id.*

[145] *Id.* at 150-51 ("When a foreign sovereign allows a terrorist organization to operate from its territory, this meets the statutory definition of 'safehouse.'").

[146] October 18, 2007 translated letter from Osama bin Laden to Karim at 1, *Bin Laden's Bookshelf*, Office of the Director of National Intelligence, https://www.dni.gov/files/documents/ubl2016/english/Letter%20to%20Karim.pdf.  In March 2016, the Office of the Director of National Intelligence declassified items that had been obtained by U.S. special operators in the May 2011 raid on bin Laden's compound, including this letter.  *See* Bin Laden's Bookshelf, Office of the Director of National Intelligence, https://www.dni.gov/index.php/features/bin-laden-s-bookshelf?start=2.

153.     In 2012, the Council on Foreign Relations reported that "al-Qaeda has stepped up its cooperation on logistics and training with Hezbollah, a radical, Iran-backed Lebanese militia drawn from the minority Shiite strain of Islam."[147]

154.     The U.S. government has also recognized these connections.  In July 2011, the U.S. Treasury Department designated as SDGTs six members of al-Qaeda operating in Iran under a secret agreement between Iran and al-Qaeda.[148]  The agreement provided that al-Qaeda terrorists "must refrain from conducting any operations within Iranian territory and recruiting operatives inside Iran while keeping Iranian authorities informed of their activities.  In return, the Government of Iran gave the Iran-based al-Qa'ida network freedom of operation and uninhibited ability to travel for extremists and their families" and permitted al-Qaeda to use Iran as a "critical transit point for funding to support [al-Qaeda's] activities in Afghanistan and Pakistan."  The Treasury Department found that "Iran's secret deal with al-Qa'ida" facilitated a terrorist network that "serves as the core pipeline through which al-Qa'ida moves money, facilitators and operatives from across the Middle East to South Asia."[149]  Indeed, al-Qaeda has honored its commitment to Iran despite its attacks on Shi'a Muslims elsewhere in the Middle East.

155.     The U.S. Treasury Department has repeatedly recognized the link between al-Qaeda and Iran in making SDGT designations under Executive Order 13224.  In February 2012, the agency designated the Iranian Ministry of Intelligence and Security as a terrorist-sponsoring entity for, among other things, supporting al-Qaeda.[150]  In 2014, the agency likewise designated a

---

[147] *al-Qaeda (a.k.a. al-Qaida, al-Qa`ida)*, Council on Foreign Relations (June 6, 2012), https://www.cfr.org/backgrounder/al-qaeda-aka-al-qaida-al-qaida.

[148] Press Release, U.S. Treasury Dep't, *Treasury Targets Al-Qa`ida Funding and Support Network Using Iran as a Critical Transit Point* (July 28, 2011).

[149] *Id.*

[150] Press Release, U.S. Treasury Dep't, *Treasury Designates Iranian Ministry of Intelligence and Security for Human Rights Abuses and Support for Terrorism* (Feb. 16, 2012).

"key Iran-based" al-Qaeda facilitator who has "assisted extremists and operatives transiting Iran on their way into and out of Pakistan and Afghanistan."[151]

156.     The close relationship between al-Qaeda and Iran has continued in recent years. In 2017, the U.S. State Department explained, "Since at least 2009, Iran has allowed AQ facilitators to operate a core facilitation pipeline through the country, enabling AQ to move funds and fighters to South Asia and Syria."[152]  It further accused Iran of remaining unwilling to bring to justice or identify al-Qaeda members in its custody.[153]  The next year, the agency reaffirmed those conclusions and reiterated Iran's close relationship with al-Qaeda.[154]

157.     As alleged above, the mafia-style "syndicate" of which both the Taliban and al-Qaeda formed a part made attacks by each group more lethal.  Iran's mutually reinforcing support for both the Taliban and al-Qaeda made both organizations more effective.

158.     By supporting al-Qaeda, Iran provided material support and resources for the extrajudicial killings that killed or injured Plaintiffs or members of their families.  Al-Qaeda directly participated in many of the attacks that killed or injured Plaintiffs or their family members.  Moreover, al-Qaeda was closely intertwined with the Taliban and associated terrorist groups acting in Afghanistan, and al-Qaeda planned and authorized the Taliban attacks in which it did not directly participate.  Material support and resources provided to al-Qaeda thus flowed to the Taliban, causing the injury and deaths of Plaintiffs or their family members.

---

[151] Press Release, U.S. Treasury Dep't, *Treasury Targets Networks Linked To Iran* (Feb. 6, 2014).

[152] U.S. State Dep't, *Country Reports on Terrorism 2016* at Iran Section (July 2017).

[153] *Id.*

[154] *Country Reports on Terrorism 2017* at Foreword.

IV.     **THE TALIBAN KILLED AND INJURED PLAINTIFFS THROUGH TERRORIST ATTACKS FOR WHICH IRAN PROVIDED MATERIAL SUPPORT OR RESOURCES**

159.    Plaintiffs are members of the U.S. military, U.S. government employees, and U.S. government contractors serving in Afghanistan, and their family members, who were killed or injured in terrorist attacks conducted by the Taliban in conjunction with al-Qaeda and affiliated terrorist groups.  Iran's provision of material support or resources for these acts of extrajudicial killing caused Plaintiffs' personal injuries or deaths.

**The David E. Cabrera Family**

160.    Lieutenant Colonel David E. Cabrera served in Afghanistan as a member of the U.S. Army.  On October 29, 2011, LTC Cabrera was injured in a suicide bombing attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  LTC Cabrera died on October 29, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

161.    LTC Cabrera was a national of the United States at the time of the attack and his death.

162.    Plaintiff August Wildman is the widow of LTC Cabrera.  She is a national of the United States.

163.    Plaintiff Maxwell Gavan Cabrera is the son of LTC Cabrera.  He is a national of the United States.

164.    Plaintiff R.X.C., by and through his next friend August Wildman, is the minor son of LTC Cabrera.  He is a national of the United States.

165.    Plaintiff Corbin Cabrera is the son of LTC Cabrera.  He is a national of the United States.

166.    Plaintiff Gillian Leigh Cabrera is the daughter of LTC Cabrera.  She is a national of the United States.

167.    Plaintiff Ronald Paul Hopkins is the brother of LTC Cabrera.  He is a national of the United States.

168.    Plaintiff Suzanne Rene Martinez is the sister of LTC Cabrera.  She is a national of the United States.

169.    Plaintiff JD Prosser is the sister of LTC Cabrera.  She is a national of the United States.

170.    Plaintiff Robert Cabrera is the foster-father of LTC Cabrera.  He is a national of the United States.  Robert Cabrera lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological son.

171.    Plaintiff Daniel Matias Cabrera is the foster-brother of LTC Cabrera.  He is a national of the United States.  Daniel Matias Cabrera lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother.

172.    Plaintiff Gloria Diane Trelfa is the foster-sister of LTC Cabrera.  She is a national of the United States.  Gloria Diane Trelfa lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother.

173.    As a result of the October 29, 2011 attack and LTC Cabrera's injuries and death, each member of the Cabrera Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LTC Cabrera's society, companionship, and counsel.

**The Ryan C. Adams Family**

174.     Sergeant Ryan C. Adams served in Afghanistan as a member of the U.S. Army National Guard.  On October 2, 2009, SGT Adams was injured in a rocket propelled grenade attack committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan. SGT Adams died on October 2, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

175.     SGT Adams was a national of the United States at the time of the attack and his death.

176.     Plaintiff Jalane Ardith Adams is the mother of SGT Adams.  She is a national of the United States.

177.     Plaintiff Peter Adams is the father of SGT Adams.  He is a national of the United States.

178.     As a result of the October 2, 2009 attack and SGT Adams's injuries and death, each member of the Adams Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Adams's society, companionship, and counsel.

**The Raymond C. Alcaraz Family**

179.     Sergeant Raymond C. Alcaraz served in Afghanistan as a member of the U.S. Army.  On August 31, 2010, SGT Alcaraz was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan.  SGT Alcaraz died on August 31, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

180.     SGT Alcaraz was a national of the United States at the time of the attack and his death.

181.    Plaintiff Alma Murphy is the mother of SGT Alcaraz.  She is a national of the United States.

182.    [Plaintiff dismissed claims.  *See* Dkt. 131.]

183.    Plaintiff Paul Murphy is the step-father of SGT Alcaraz.  He is a national of the United States.  Paul Murphy lived in the same household as SGT Alcaraz for a substantial period of time and considered SGT Alcaraz the functional equivalent of a biological son.

184.    As a result of the August 31, 2010 attack and SGT Alcaraz's injuries and death, each member of the Alcaraz Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Alcaraz's society, companionship, and counsel.

**The Nekl B. Allen Family**

185.    Staff Sergeant Nekl B. Allen served in Afghanistan as a member of the U.S. Army.  On September 12, 2009, SSG Allen was injured in a complex attack involving an IED and small arms fire committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SSG Allen died on September 12, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

186.    SSG Allen was a national of the United States at the time of the attack and his death.

187.    Plaintiff Rana Goodrich Allen is the sister of SSG Allen.  She is a national of the United States.

188.    As a result of the September 12, 2009 attack and SSG Allen's injuries and death, each member of the Allen Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Allen's society, companionship, and counsel.

**The William Allen Family**

189.    William Allen served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On September 6, 2010, Mr. Allen was injured in an insider attack committed by the Taliban in Kandahar Province, Afghanistan.  Mr. Allen died on September 6, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

190.    Mr. Allen was a national of the United States at the time of the attack and his death.

191.    Plaintiff Ginny Lamb is the sister of Mr. Allen.  She is a national of the United States.

192.    Plaintiff Sherry Loan is the sister of Mr. Allen.  She is a national of the United States.

193.    Plaintiff Linda Phaneuf is the sister of Mr. Allen.  She is a national of the United States.

194.    As a result of the September 6, 2010 attack and Mr. Allen's injuries and death, each member of the Allen Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Allen's society, companionship, and counsel.

**The Billy G. Anderson Family**

195.    Private First Class Billy G. Anderson served in Afghanistan as a member of the U.S. Army.  On May 17, 2010, PFC Anderson was injured in an IED attack committed by the Taliban in Badghis Province, Afghanistan.  PFC Anderson died on May 17, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

196.    PFC Anderson was a national of the United States at the time of the attack and his death.

197.     Plaintiff Caitlin Elizabeth Anderson is the widow of PFC Anderson.  She is a national of the United States.

198.     Plaintiff L.G.A., by and through her next friend Caitlin Elizabeth Anderson, is the minor daughter of PFC Anderson.  She is a national of the United States.

199.     Plaintiff Bobby Gene Anderson is the father of PFC Anderson.  He is a national of the United States.

200.     Plaintiff Patricia Marlene Goodwin is the mother of PFC Anderson.  She is a national of the United States.

201.     Plaintiff April Lynn Anderson is the sister of PFC Anderson.  She is a national of the United States.

202.     Plaintiff Bobby Joe Anderson is the brother of PFC Anderson.  He is a national of the United States.

203.     Plaintiff John David Anderson is the brother of PFC Anderson.  He is a national of the United States.

204.     As a result of the May 17, 2010 attack and PFC Anderson's injuries and death, each member of the Anderson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Anderson's society, companionship, and counsel.

**The Brian M. Anderson Family**

205.     Specialist Brian M. Anderson served in Afghanistan as a member of the U.S. Army.  On June 12, 2010, SPC Anderson was injured in an IED attack committed by the Taliban in Kunduz Province, Afghanistan.  SPC Anderson died on June 12, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

206.    SPC Anderson was a national of the United States at the time of the attack and his death.

207.    Plaintiff Margaret Anderson is the mother of SPC Anderson.  She is a national of the United States.

208.    As a result of the June 12, 2010 attack and SPC Anderson's injuries and death, each member of the Anderson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Anderson's society, companionship, and counsel.

**The Carlos A. Aragon Family**

209.    Lance Corporal Carlos A. Aragon served in Afghanistan as a member of the U.S. Marine Corps Reserve.  On March 1, 2010, LCpl Aragon was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Aragon died on March 1, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

210.    LCpl Aragon was a national of the United States at the time of the attack and his death.

211.    Plaintiff Rosa Irma Halliday is the mother of LCpl Aragon.  She is a national of the United States.

212.    Plaintiff Armando Ochoa is the brother of LCpl Aragon.  He is a national of the United States.

213.    Plaintiff Eduardo Ochoa is the brother of LCpl Aragon.  He is a national of the United States.

214.    Plaintiff Brad Joseph Halliday is the step-father of LCpl Aragon.  He is a national of the United States.  Brad Joseph Halliday lived in the same household as LCpl Aragon for a

substantial period of time and considered LCpl Aragon the functional equivalent of a biological son.

215.    As a result of the March 1, 2010 attack and LCpl Aragon's injuries and death, each member of the Aragon Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Aragon's society, companionship, and counsel.

**The Bradley W. Atwell Family**

216.    Sergeant Bradley W. Atwell served in Afghanistan as a member of the U.S. Marine Corps.  On September 15, 2012, Sgt Atwell was injured in an insider attack committed by the Taliban in Helmand Province, Afghanistan.  Sgt Atwell died on September 15, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

217.    Sgt Atwell was a national of the United States at the time of the attack and his death.

218.    Plaintiff Cheryl Atwell is the mother of Sgt Atwell.  She is a national of the United States.

219.    Plaintiff Erin Riedel is the sister of Sgt Atwell.  She is a national of the United States.

220.    As a result of the September 15, 2012 attack and Sgt Atwell's injuries and death, each member of the Atwell Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt Atwell's society, companionship, and counsel.

**The David R. Baker Family**

221.    Lance Corporal David R. Baker served in Afghanistan as a member of the U.S. Marine Corps.  On October 20, 2009, LCpl Baker was injured in an IED attack committed by the

Taliban in Helmand Province, Afghanistan. LCpl Baker died on October 20, 2009 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

222.    LCpl Baker was a national of the United States at the time of the attack and his death.

223.    Plaintiff Mark Baker is the father of LCpl Baker. He is a national of the United States.

224.    Plaintiff Mark David Baker is the brother of LCpl Baker. He is a national of the United States.

225.    Plaintiff Taylor Genovese is the sister of LCpl Baker. She is a national of the United States.

226.    Plaintiff Rebecca E. Baker is the step-mother of LCpl Baker. She is a national of the United States. Rebecca E. Baker lived in the same household as LCpl Baker for a substantial period of time and considered LCpl Baker the functional equivalent of a biological son.

227.    As a result of the October 20, 2009 attack and LCpl Baker's injuries and death, each member of the Baker Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Baker's society, companionship, and counsel.

**The Dillon C. Baldridge Family**

228.    Sergeant Dillon C. Baldridge served in Afghanistan as a member of the U.S. Army. On June 10, 2017, SGT Baldridge was injured in an insider attack committed by the Taliban in Nangarhar Province, Afghanistan. SGT Baldridge died on June 10, 2017 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

229.    SGT Baldridge was a national of the United States at the time of the attack and his death.

230.    Plaintiff Christopher Baldridge is the father of SGT Baldridge.  He is a national of the United States.

231.    Plaintiff E.B., by and through his next friend Christopher Baldridge, is the minor brother of SGT Baldridge.  He is a national of the United States.

232.    Plaintiff L.B., by and through his next friend Christopher Baldridge, is the minor brother of SGT Baldridge.  He is a national of the United States.

233.    Plaintiff S.B., by and through her next friend Christopher Baldridge, is the minor sister of SGT Baldridge.  She is a national of the United States.

234.    Plaintiff Jessie Baldridge is the step-mother of SGT Baldridge.  She is a national of the United States.  Jessie Baldridge lived in the same household as SGT Baldridge for a substantial period of time and considered SGT Baldridge the functional equivalent of a biological son.

235.    As a result of the June 10, 2017 attack and SGT Baldridge's injuries and death, each member of the Baldridge Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Baldridge's society, companionship, and counsel.

**The Kevin B. Balduf Family**

236.    Sergeant Kevin B. Balduf served in Afghanistan as a member of the U.S. Marine Corps.  On May 12, 2011, Sgt Balduf was injured in an insider attack committed by the Taliban in Helmand Province, Afghanistan.  Sgt Balduf died on May 12, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

237.    Sgt Balduf was a national of the United States at the time of the attack and his death.

238.    Plaintiff Virginia Newsom is the mother of Sgt Balduf.  She is a national of the United States.

239.    Plaintiff Kyle Balduf is the brother of Sgt Balduf.  He is a national of the United States.

240.    As a result of the May 12, 2011 attack and Sgt Balduf's injuries and death, each member of the Balduf Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt Balduf's society, companionship, and counsel.

**The Brandon A. Barrett Family**

241.    Captain Brandon A. Barrett served in Afghanistan as a member of the U.S. Marine Corps.  On May 5, 2010, Capt Barrett was injured in a sniper attack committed by the Taliban in Helmand Province, Afghanistan.  Capt Barrett died on May 5, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

242.    Capt Barrett was a national of the United States at the time of the attack and his death.

243.    [Plaintiff dismissed claims.  *See* Dkt. 131.]

244.    As a result of the May 5, 2010 attack and Capt Barrett's injuries and death, each member of the Barrett Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Capt Barrett's society, companionship, and counsel.

**The Joseph A. Bauer Family**

245.    Specialist Joseph A. Bauer served in Afghanistan as a member of the U.S. Army.  On July 24, 2010, SPC Bauer was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SPC Bauer died on July 24, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

246.     SPC Bauer was a national of the United States at the time of the attack and his death.

247.     Plaintiff Shannon Denise Collins is the sister of SPC Bauer.  She is a national of the United States.

248.     As a result of the July 24, 2010 attack and SPC Bauer's injuries and death, each member of the Bauer Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Bauer's society, companionship, and counsel.

**The Ryan P. Baumann Family**

249.     Sergeant Ryan P. Baumann served in Afghanistan as a member of the U.S. Army. On August 1, 2008, SGT Baumann was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  SGT Baumann died on August 1, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

250.     SGT Baumann was a national of the United States at the time of the attack and his death.

251.     Plaintiff Cindy Jeanne Lohman is the mother of SGT Baumann.  She is a national of the United States.

252.     Plaintiff Gary Edward Lohman is the step-father of SGT Baumann.  He is a national of the United States.  Gary Edward Lohman lived in the same household as SGT Baumann for a substantial period of time and considered SGT Baumann the functional equivalent of a biological son.

253.     As a result of the August 1, 2008 attack and SGT Baumann's injuries and death, each member of the Baumann Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Baumann's society, companionship, and counsel.

**The William M. Bays Family**

254.     Sergeant William M. Bays served in Afghanistan as a member of the U.S. Army. On June 10, 2017, SGT Bays was injured in an insider attack committed by the Taliban in Nangarhar Province, Afghanistan.  SGT Bays died on June 10, 2017 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

255.     SGT Bays was a national of the United States at the time of the attack and his death.

256.     Plaintiff April Angel Bays is the mother of SGT Bays.  She is a national of the United States.

257.     Plaintiff Timothy Lee Bays is the father of SGT Bays.  He is a national of the United States.

258.     Plaintiff Brenda Griner is the sister of SGT Bays.  She is a national of the United States.

259.     Plaintiff Lindsay Redoutey is the sister of SGT Bays.  She is a national of the United States.

260.     As a result of the June 10, 2017 attack and SGT Bays's injuries and death, each member of the Bays Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Bays's society, companionship, and counsel.

**The Thomas A. Baysore Jr. Family**

261.     Staff Sergeant Thomas A. Baysore Jr. served in Afghanistan as a member of the U.S. Army.  On September 26, 2013, SSG Baysore was injured in an insider attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Paktia Province, Afghanistan.  SSG Baysore died on September 26, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

262.     SSG Baysore was a national of the United States at the time of the attack and his death.

263.     Plaintiff Angela Kahler is the sister of SSG Baysore.  She is a national of the United States.

264.     As a result of the September 26, 2013 attack and SSG Baysore's injuries and death, each member of the Baysore Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Baysore's society, companionship, and counsel.

**The Vincent J. Bell Family**

265.     Staff Sergeant Vincent J. Bell served in Afghanistan as a member of the U.S. Marine Corps.  On November 30, 2011, SSgt Bell was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSgt Bell died on November 30, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

266.     SSgt Bell was a national of the United States at the time of the attack and his death.

267.     Plaintiff James Bell is the father of SSgt Bell.  He is a national of the United States.

268.    Plaintiff Pamela E. Alexander Bell is the mother of SSgt Bell.  She is a national of the United States.

269.    Plaintiff London Jacinda Bell is the sister of SSgt Bell.  She is a national of the United States.

270.    Plaintiff Andrea Roe is the sister of SSgt Bell.  She is a national of the United States.

271.    As a result of the November 30, 2011 attack and SSgt Bell's injuries and death, each member of the Bell Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt Bell's society, companionship, and counsel.

**The Robert N. Bennedsen Family**

272.    First Lieutenant Robert N. Bennedsen served in Afghanistan as a member of the U.S. Army.  On July 18, 2010, 1LT Bennedsen was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  1LT Bennedsen died on July 18, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

273.    1LT Bennedsen was a national of the United States at the time of the attack and his death.

274.    Plaintiff Scott Bennedsen is the father of 1LT Bennedsen.  He is a national of the United States.

275.    Plaintiff Tracy Bennedsen is the mother of 1LT Bennedsen.  She is a national of the United States.

276.    Plaintiff Jamie Johanna Coates is the sister of 1LT Bennedsen.  She is a national of the United States.

277.     As a result of the July 18, 2010 attack and 1LT Bennedsen's injuries and death, each member of the Bennedsen Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Bennedsen's society, companionship, and counsel.

**The Darrik C. Benson Family**

278.     Petty Officer 1st Class Darrik C. Benson served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, SO1 (SEAL) Benson was injured in an attack on a helicopter committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan. SO1 (SEAL) Benson died on August 6, 2011 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

279.     SO1 (SEAL) Benson was a national of the United States at the time of the attack and his death.

280.     Plaintiff Frederick C. Benson is the father of SO1 (SEAL) Benson.  He is a national of the United States.

281.     Plaintiff Beverly Mills is the mother of SO1 (SEAL) Benson.  She is a national of the United States.

282.     As a result of the August 6, 2011 attack and SO1 (SEAL) Benson's injuries and death, each member of the Benson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SO1 (SEAL) Benson's society, companionship, and counsel.

**The Brett Benton Family**

283.     Brett Benton served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On June 4, 2011, Mr. Benton was injured in an IED attack committed by the Taliban in Laghman Province, Afghanistan.  Mr. Benton died on June 4, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

284.    Mr. Benton was a national of the United States at the time of the attack and his death.

285.    Plaintiff Bethany Ann Benton is the widow of Mr. Benton.  She is a national of the United States.

286.    As a result of the June 4, 2011 attack and Mr. Benton's injuries and death, each member of the Benton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Benton's society, companionship, and counsel.

**The Julian L. Berisford Family**

287.    Specialist Julian L. Berisford served in Afghanistan as a member of the U.S. Army.  On November 4, 2009, SPC Berisford was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  SPC Berisford died on November 4, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

288.    SPC Berisford was a national of the United States at the time of the attack and his death.

289.    Plaintiff Gina Berisford is the widow of SPC Berisford.  She is a national of the United States.

290.    Plaintiff M.B., by and through her next friend Gina Berisford, is the minor daughter of SPC Berisford.  She is a national of the United States.

291.    Plaintiff Shelley Guthrie is the mother of SPC Berisford.  She is a national of the United States.

292.     As a result of the November 4, 2009 attack and SPC Berisford's injuries and death, each member of the Berisford Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Berisford's society, companionship, and counsel.

**The Richard J. Berrettini Family**

293.     Lieutenant Colonel Richard J. Berrettini served in Afghanistan as a member of the U.S. Army National Guard.  On January 2, 2008, LTC Berrettini was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  LTC Berrettini died on January 11, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

294.     LTC Berrettini was a national of the United States at the time of the attack and his death.

295.     Plaintiff Jane Berrettini is the widow of LTC Berrettini.  She is a national of the United States.

296.     Plaintiff Vincent Berrettini is the son of LTC Berrettini.  He is a national of the United States.

297.     As a result of the January 2, 2008 attack and LTC Berrettini's injuries and death, each member of the Berrettini Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LTC Berrettini's society, companionship, and counsel.

**The Cory J. Bertrand Family**

298.     Specialist Cory J. Bertrand served in Afghanistan as a member of the U.S. Army. On October 14, 2008, SPC Bertrand was injured in an IED attack committed by the Taliban in Kunar Province, Afghanistan.  SPC Bertrand died on October 14, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

299.    SPC Bertrand was a national of the United States at the time of the attack and his death.

300.    Plaintiff Charlotte Allen is the mother of SPC Bertrand.  She is a national of the United States.

301.    Plaintiff Austin Nelams is the brother of SPC Bertrand.  He is a national of the United States.

302.    Plaintiff Matthew Allen is the step-father of SPC Bertrand.  He is a national of the United States.  Matthew Allen lived in the same household as SPC Bertrand for a substantial period of time and considered SPC Bertrand the functional equivalent of a biological son.

303.    As a result of the October 14, 2008 attack and SPC Bertrand's injuries and death, each member of the Bertrand Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Bertrand's society, companionship, and counsel.

**The Jeremy E. Bessa Family**

304.    Staff Sergeant Jeremy E. Bessa served in Afghanistan as a member of the U.S. Army.  On February 20, 2009, SSG Bessa was injured in a complex attack involving an IED and small arms fire committed by the Taliban in Uruzgan Province, Afghanistan.  SSG Bessa died on February 20, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

305.    SSG Bessa was a national of the United States at the time of the attack and his death.

306.    Plaintiff Julie Bessa is the mother of SSG Bessa.  She is a national of the United States.

307.    Plaintiff Bryana Elyse Bessa is the sister of SSG Bessa.  She is a national of the United States.

308.    Plaintiff Joel D. Bessa is the brother of SSG Bessa.  He is a national of the United States.

309.    As a result of the February 20, 2009 attack and SSG Bessa's injuries and death, each member of the Bessa Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Bessa's society, companionship, and counsel.

**The John D. Blair Family**

310.    First Sergeant John D. Blair served in Afghanistan as a member of the U.S. Army National Guard.  On June 20, 2009, 1SG Blair was injured in a rocket propelled grenade attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  1SG Blair died on June 20, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

311.    1SG Blair was a national of the United States at the time of the attack and his death.

312.    Plaintiff Donna Blair is the widow of 1SG Blair.  She is a national of the United States.

313.    Plaintiff Dallas Bryant is the step-son of 1SG Blair.  He is a national of the United States.  Dallas Bryant lived in the same household as 1SG Blair for a substantial period of time and considered 1SG Blair the functional equivalent of a biological father.

314.    Plaintiff Georgia Priest is the step-daughter of 1SG Blair.  She is a national of the United States.  Georgia Priest lived in the same household as 1SG Blair for a substantial period of time and considered 1SG Blair the functional equivalent of a biological father.

315.     As a result of the June 20, 2009 attack and 1SG Blair's injuries and death, each member of the Blair Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1SG Blair's society, companionship, and counsel.

**The Joshua C. Blaney Family**

316.     Sergeant Joshua C. Blaney served in Afghanistan as a member of the U.S. Army. On December 12, 2007, SGT Blaney was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  SGT Blaney died on December 12, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

317.     SGT Blaney was a national of the United States at the time of the attack and his death.

318.     Plaintiff Charles Edward Blaney is the father of SGT Blaney.  He is a national of the United States.

319.     Plaintiff Dianne Belk Massey is the mother of SGT Blaney.  She is a national of the United States.

320.     Plaintiff Carley Blaney is the sister of SGT Blaney.  She is a national of the United States.

321.     As a result of the December 12, 2007 attack and SGT Blaney's injuries and death, each member of the Blaney Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Blaney's society, companionship, and counsel.

**The Jason M. Bogar Family**

322.     Corporal Jason M. Bogar served in Afghanistan as a member of the U.S. Army. On July 13, 2008, CPL Bogar was injured in a complex attack involving small arms fire and

rocket propelled grenades committed by the Taliban and al-Qaeda, a designated FTO at the time of the attack, in Nuristan Province, Afghanistan.  CPL Bogar died on July 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

323.     CPL Bogar was a national of the United States at the time of the attack and his death.

324.     Plaintiff Carlene Cross is the mother of CPL Bogar.  She is a national of the United States.

325.     Plaintiff Micael D. Gauger is the sister of CPL Bogar.  She is a national of the United States.

326.     Plaintiff Carise Martindale is the sister of CPL Bogar.  She is a national of the United States.

327.     As a result of the July 13, 2008 attack and CPL Bogar's injuries and death, each member of the Bogar Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Bogar's society, companionship, and counsel.

**The Jeremie S. Border Family**

328.     Staff Sergeant Jeremie S. Border served in Afghanistan as a member of the U.S. Army.  On September 1, 2012, SSG Border was injured in a complex attack involving small arms fire and grenades committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  SSG Border died on September 1, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

329.     SSG Border was a national of the United States at the time of the attack and his death.

330.    Plaintiff Mary Border is the mother of SSG Border.  She is a national of the United States.

331.    Plaintiff Katherine Abreu-Border is the sister of SSG Border.  She is a national of the United States.

332.    Plaintiff Delaynie K. Peek is the sister of SSG Border.  She is a national of the United States.

333.    As a result of the September 1, 2012 attack and SSG Border's injuries and death, each member of the Border Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Border's society, companionship, and counsel.

**The James Michael Boucher Jr. Family**

334.    Plaintiff Corporal James Michael Boucher Jr. served in Afghanistan as a member of the U.S. Marine Corps.  On June 12, 2011, Cpl Boucher was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded Cpl Boucher, who lost both of his legs and suffered from a serious injury to his left-hand.  The attack constituted an extrajudicial killing.  As a result of the June 12, 2011 attack and his injuries, Cpl Boucher has experienced severe physical and emotional pain and suffering.

335.    Cpl Boucher was a national of the United States at the time of the attack, and remains one to this day.

336.    Plaintiff James Boucher Sr. is the father of Cpl Boucher.  He is a national of the United States.

337.    Plaintiff Kimberly Boucher is the mother of Cpl Boucher.  She is a national of the United States.

338.    Plaintiff Britany Boucher is the sister of Cpl Boucher.  She is a national of the United States.

339.    As a result of the June 12, 2011 attack and Cpl Boucher's injuries, each member of the Boucher Family has experienced severe mental anguish, emotional pain and suffering.

**The Collin J. Bowen Family**

340.    Sergeant First Class Collin J. Bowen served in Afghanistan as a member of the U.S. Army National Guard.  On February 2, 2008, SFC Bowen was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  SFC Bowen died on March 14, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

341.    SFC Bowen was a national of the United States at the time of the attack and his death.

342.    Plaintiff Michael Bowen is the father of SFC Bowen.  He is a national of the United States.

343.    As a result of the February 2, 2008 attack and SFC Bowen's injuries and death, each member of the Bowen Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Bowen's society, companionship, and counsel.

**The Francisco J. Briseño-Alvarez Jr. Family**

344.    Specialist Francisco J. Briseño-Alvarez Jr. served in Afghanistan as a member of the U.S. Army National Guard.  On September 25, 2011, SPC Briseño-Alvarez was injured in an IED attack committed by the Taliban in Laghman Province, Afghanistan.  SPC Briseño-Alvarez died on September 25, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

345.     SPC Briseño-Alvarez was a member of the armed forces at the time of the attack and his death.

346.     Plaintiff Francisco Javier Briseño Gutierrez is the father of SPC Briseño-Alvarez. He is a national of the United States.

347.     Plaintiff Luis Briseño Alvarez is the brother of SPC Briseño-Alvarez.  He is a national of the United States.

348.     As a result of the September 25, 2011 attack and SPC Briseño-Alvarez's injuries and death, each member of the Briseño-Alvarez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Briseño-Alvarez's society, companionship, and counsel.

**The David L. Brodeur Family**

349.     Major David L. Brodeur served in Afghanistan as a member of the U.S. Air Force.  On April 27, 2011, Maj Brodeur was injured in an insider attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Maj Brodeur died on April 27, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

350.     Maj Brodeur was a national of the United States at the time of the attack and his death.

351.     Plaintiff Susan Brodeur is the widow of Maj Brodeur.  She is a national of the United States.

352.     Plaintiff D.L.B., by and through his next friend Susan Brodeur, is the minor son of Maj Brodeur.  He is a national of the United States.

353.     Plaintiff Elizabeth L. Brodeur is the daughter of Maj Brodeur.  She is a national of the United States.

354.    Plaintiff Joyce A. Brodeur is the mother of Maj Brodeur.  She is a national of the United States.

355.    Plaintiff Lawrence A. Brodeur is the father of Maj Brodeur.  He is a national of the United States.

356.    As a result of the April 27, 2011 attack and Maj Brodeur's injuries and death, each member of the Brodeur Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Maj Brodeur's society, companionship, and counsel.

**The Jonathan P. Brostrom Family**

357.    First Lieutenant Jonathan P. Brostrom served in Afghanistan as a member of the U.S. Army.  On July 13, 2008, 1LT Brostrom was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban and al-Qaeda, a designated FTO at the time of the attack, in Nuristan Province, Afghanistan.  1LT Brostrom died on July 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

358.    1LT Brostrom was a national of the United States at the time of the attack and his death.

359.    Plaintiff David Brostrom is the father of 1LT Brostrom.  He is a national of the United States.

360.    Plaintiff Mary Jo Brostrom is the mother of 1LT Brostrom.  She is a national of the United States.

361.    Plaintiff Blake D. Brostrom is the brother of 1LT Brostrom.  He is a national of the United States.

362.     As a result of the July 13, 2008 attack and 1LT Brostrom's injuries and death, each member of the Brostrom Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Brostrom's society, companionship, and counsel.

**The Harold Brown Jr. Family**

363.     Harold Brown Jr. served in Afghanistan as a U.S. government employee serving in the Central Intelligence Agency.  On December 30, 2009, Mr. Brown was injured in a suicide bombing attack committed by the Taliban and al-Qaeda, a designated FTO at the time of the attack, in Khost Province, Afghanistan.  Mr. Brown died on December 30, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

364.     Mr. Brown was a national of the United States at the time of the attack and his death.

365.     Plaintiff Barbara Brown is the mother of Mr. Brown.  She is a national of the United States.

366.     Plaintiff Harold Brown Sr. is the father of Mr. Brown.  He is a national of the United States.

367.     Plaintiff Regina Brown is the sister of Mr. Brown.  She is a national of the United States.

368.     Plaintiff Paula Rich is the sister of Mr. Brown.  She is a national of the United States.

369.     As a result of the December 30, 2009 attack and Mr. Brown's injuries and death, each member of the Brown Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Brown's society, companionship, and counsel.

**The Scott W. Brunkhorst Family**

370.     Staff Sergeant Scott W. Brunkhorst served in Afghanistan as a member of the U.S. Army.  On March 30, 2010, SSG Brunkhorst was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SSG Brunkhorst died on March 30, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

371.     SSG Brunkhorst was a national of the United States at the time of the attack and his death.

372.     Plaintiff Richard G. Brunkhorst is the father of SSG Brunkhorst.  He is a national of the United States.

373.     As a result of the March 30, 2010 attack and SSG Brunkhorst's injuries and death, each member of the Brunkhorst Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Brunkhorst's society, companionship, and counsel.

**The Frank D. Bryant Jr. Family**

374.     Lieutenant Colonel Frank D. Bryant Jr. served in Afghanistan as a member of the U.S. Air Force.  On April 27, 2011, Lt Co Bryant was injured in an insider attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Lt Co Bryant died on April 27, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

375.     Lt Co Bryant was a national of the United States at the time of the attack and his death.

376.     Plaintiff Janice Harriman Bryant is the widow of Lt Co Bryant.  She is a national of the United States.

377.     Plaintiff S.L.B., by and through his next friend Janice Harriman Bryant, is the minor son of Lt Co Bryant.  He is a national of the United States.

378.     As a result of the April 27, 2011 attack and Lt Co Bryant's injuries and death, each member of the Bryant Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Lt Co Bryant's society, companionship, and counsel.

**The Nicholas B. Burley Family**

379.     Specialist Nicholas B. Burley served in Afghanistan as a member of the U.S. Army.  On July 30, 2013, SPC Burley was injured in an indirect fire attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Logar Province, Afghanistan.  SPC Burley died on July 30, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

380.     SPC Burley was a national of the United States at the time of the attack and his death.

381.     Plaintiff William Michael Burley is the father of SPC Burley.  He is a national of the United States.

382.     Plaintiff Tammy Olmstead is the mother of SPC Burley.  She is a national of the United States.

383.     Plaintiff Michael Collins is the brother of SPC Burley.  He is a national of the United States.

384.     Plaintiff Dan Olmstead is the step-father of SPC Burley.  He is a national of the United States.  Dan Olmstead lived in the same household as SPC Burley for a substantial period of time and considered SPC Burley the functional equivalent of a biological son.

385.     As a result of the July 30, 2013 attack and SPC Burley's injuries and death, each member of the Burley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Burley's society, companionship, and counsel.

**The Norman L. Cain III Family**

386.     Specialist Norman L. Cain III served in Afghanistan as a member of the U.S. Army National Guard.  On March 15, 2009, SPC Cain was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SPC Cain died on March 15, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

387.     SPC Cain was a national of the United States at the time of the attack and his death.

388.     Plaintiff Brigette Peterson is the widow of SPC Cain.  She is a national of the United States.

389.     Plaintiff T.C., by and through his next friend Brigette Peterson is the minor son of SPC Cain.  He is a national of the United States.

390.     Plaintiff Andrew Bower is the brother of SPC Cain.  He is a national of the United States.

391.     Plaintiff F.S., by and through her next friend Brigette Peterson, is the minor step-daughter of SPC Cain.  She is a national of the United States.  F.S. lived in the same household as SPC Cain for a substantial period of time and considered SPC Cain the functional equivalent of a biological father.

392.     As a result of the March 15, 2009 attack and SPC Cain's injuries and death, each member of the Cain Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Cain's society, companionship, and counsel.

**The Joshua R. Campbell Family**

393.     Specialist Joshua R. Campbell served in Afghanistan as a member of the U.S. Army.  On January 29, 2011, SPC Campbell was injured in an IED attack committed by the

Taliban in Helmand Province, Afghanistan.  SPC Campbell died on January 29, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

394.    SPC Campbell was a national of the United States at the time of the attack and his death.

395.    Plaintiff James Reginald Campbell is the father of SPC Campbell.  He is a national of the United States.

396.    As a result of the January 29, 2011 attack and SPC Campbell's injuries and death, each member of the Campbell Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Campbell's society, companionship, and counsel.

**The Kevin Cardoza Family**

397.    Specialist Kevin Cardoza served in Afghanistan as a member of the U.S. Army. On May 4, 2013, SPC Cardoza was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Cardoza died on May 4, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

398.    SPC Cardoza was a national of the United States at the time of the attack and his death.

399.    Plaintiff Maria Cardoza is the mother of SPC Cardoza.  She is a national of the United States.

400.    Plaintiff Ramiro Cardoza Sr. is the father of SPC Cardoza.  He is a national of the United States.

401.    Plaintiff Ramiro Cardoza Jr. is the brother of SPC Cardoza.  He is a national of the United States.

402.     As a result of the May 4, 2013 attack and SPC Cardoza's injuries and death, each member of the Cardoza Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Cardoza's society, companionship, and counsel.

**The Nicholas R. Carnes Family**

403.     Staff Sergeant Nicholas R. Carnes served in Afghanistan as a member of the U.S. Army National Guard.  On August 26, 2007, SSG Carnes was injured in a small arms fire attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan. SSG Carnes died on August 26, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

404.     SSG Carnes was a national of the United States at the time of the attack and his death.

405.     Plaintiff WrayJean Carnes is the mother of SSG Carnes.  She is a national of the United States.

406.     Plaintiff Amanda Nicole Manasra is the sister of SSG Carnes.  She is a national of the United States.

407.     As a result of the August 26, 2007 attack and SSG Carnes's injuries and death, each member of the Carnes Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Carnes's society, companionship, and counsel.

**The Joseph T. Caron Family**

408.     Specialist Joseph T. Caron served in Afghanistan as a member of the U.S. Army. On April 11, 2010, SPC Caron was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SPC Caron died on April 11, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

409.     SPC Caron was a national of the United States at the time of the attack and his death.

410.     Plaintiff Jeff Caron is the father of SPC Caron.  He is a national of the United States.

411.     Plaintiff Cassandra Caron is the sister of SPC Caron.  She is a national of the United States.

412.     Plaintiff Karen Caron is the step-mother of SPC Caron.  She is a national of the United States.  Karen Caron lived in the same household as SPC Caron for a substantial period of time and considered SPC Caron the functional equivalent of a biological son.

413.     As a result of the April 11, 2010 attack and SPC Caron's injuries and death, each member of the Caron Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Caron's society, companionship, and counsel.

**The Patrick R. Carroll Family**

414.     Sergeant Patrick R. Carroll served in Afghanistan as a member of the U.S. Army. On February 7, 2011, SGT Carroll was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Carroll died on February 7, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

415.     SGT Carroll was a national of the United States at the time of the attack and his death.

416.     Plaintiff Sumer J. Roberts is the sister of SGT Carroll.  She is a national of the United States.

417.    As a result of the February 7, 2011 attack and SGT Carroll's injuries and death, each member of the Carroll Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Carroll's society, companionship, and counsel.

**The George W. Cauley Family**

418.    Specialist George W. Cauley served in Afghanistan as a member of the U.S. Army National Guard.  On October 7, 2009, SPC Cauley was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SPC Cauley died on October 10, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

419.    SPC Cauley was a national of the United States at the time of the attack and his death.

420.    [Plaintiff dismissed claims.  *See* Dkt. 131.]

421.    Plaintiff Richard Allen Cauley is the father of SPC Cauley.  He is a national of the United States.

422.    As a result of the October 7, 2009 attack and SPC Cauley's injuries and death, each member of the Cauley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Cauley's society, companionship, and counsel.

**The Rick J. Centanni Family**

423.    Lance Corporal Rick J. Centanni served in Afghanistan as a member of the U.S. Marine Corps.  On March 24, 2010, LCpl Centanni was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Centanni died on March 24, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

424.    LCpl Centanni was a national of the United States at the time of the attack and his death.

425.    Plaintiff Jon Centanni is the father of LCpl Centanni.  He is a national of the United States.

426.    As a result of the March 24, 2010 attack and LCpl Centanni's injuries and death, each member of the Centanni Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Centanni's society, companionship, and counsel.

**The Benjamen G. Chisholm Family**

427.    Private First Class Benjamen G. Chisholm served in Afghanistan as a member of the U.S. Army.  On August 17, 2010, PFC Chisholm was injured in an IED attack committed by the Taliban in Kunar Province, Afghanistan.  PFC Chisholm died on August 17, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

428.    PFC Chisholm was a national of the United States at the time of the attack and his death.

429.    Plaintiff Glenn Chisholm is the father of PFC Chisholm.  He is a national of the United States.

430.    Plaintiff Karma Chisholm is the step-mother of PFC Chisholm.  She is a national of the United States.  Karma Chisholm lived in the same household as PFC Chisholm for a substantial period of time and considered PFC Chisholm the functional equivalent of a biological son.

431.    As a result of the August 17, 2010 attack and PFC Chisholm's injuries and death, each member of the Chisholm Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Chisholm's society, companionship, and counsel.

**The Rusty H. Christian Family**

432.    Staff Sergeant Rusty H. Christian served in Afghanistan as a member of the U.S. Army.  On January 28, 2010, SSG Christian was injured in an IED attack committed by the Taliban in Uruzgan Province, Afghanistan.  SSG Christian died on January 28, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

433.    SSG Christian was a national of the United States at the time of the attack and his death.

434.    Plaintiff Donna Ball is the mother of SSG Christian.  She is a national of the United States.

435.    Plaintiff Michael Christian is the father of SSG Christian.  He is a national of the United States.

436.    Plaintiff Michael Aaron Christian is the brother of SSG Christian.  He is a national of the United States.

437.    As a result of the January 28, 2010 attack and SSG Christian's injuries and death, each member of the Christian Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Christian's society, companionship, and counsel.

**The Chazray C. Clark Family**

438.    Specialist Chazray C. Clark served in Afghanistan as a member of the U.S. Army. On September 18, 2011, SPC Clark was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Clark died on September 18, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

439.    SPC Clark was a national of the United States at the time of the attack and his death.

440.    Plaintiff Keyko D. Clark is the mother of SPC Clark.  She is a national of the United States.

441.    Plaintiff Corteize Clark is the brother of SPC Clark.  He is a national of the United States.

442.    Plaintiff Precious Clark is the sister of SPC Clark.  She is a national of the United States.

443.    Plaintiff Cleveland Davis is the brother of SPC Clark.  He is a national of the United States.

444.    As a result of the September 18, 2011 attack and SPC Clark's injuries and death, each member of the Clark Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Clark's society, companionship, and counsel.

**The Jonathan Cleary Family**

445.    Plaintiff Corporal Jonathan Cleary served in Afghanistan as a member of the U.S. Army.  On May 6, 2012, CPL Cleary was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktia Province, Afghanistan.  The attack severely wounded CPL Cleary, who lost his right leg below the knee.  The attack constituted an extrajudicial killing.  As a result of the May 6, 2012 attack and his injuries, CPL Cleary has experienced severe physical and emotional pain and suffering.

446.    CPL Cleary was a national of the United States at the time of the attack, and remains one to this day.

447.    Plaintiff April Cleary is the mother of CPL Cleary.  She is a national of the United States.

448.     As a result of the May 6, 2012 attack and CPL Cleary's injuries, each member of the Cleary Family has experienced severe mental anguish, emotional pain and suffering.

**The John J. Cleaver Family**

449.     Staff Sergeant John J. Cleaver served in Afghanistan as a member of the U.S. Army.  On November 19, 2009, SSG Cleaver was injured in a suicide bombing attack committed by the Kabul Attack Network in Zabul Province, Afghanistan.  SSG Cleaver died on November 19, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

450.     SSG Cleaver was a national of the United States at the time of the attack and his death.

451.     Plaintiff Kim Sola is the widow of SSG Cleaver.  She is a national of the United States.

452.     Plaintiff Aidan Cleaver is the son of SSG Cleaver.  He is a national of the United States.

453.     Plaintiff Collin Cleaver is the son of SSG Cleaver.  He is a national of the United States.

454.     As a result of the November 19, 2009 attack and SSG Cleaver's injuries and death, each member of the Cleaver Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Cleaver's society, companionship, and counsel.

**The Christopher J. Coffland Family**

455.     Corporal Christopher J. Coffland served in Afghanistan as a member of the U.S. Army Reserve.  On November 13, 2009, CPL Coffland was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  CPL Coffland

died on November 13, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

456.    CPL Coffland was a national of the United States at the time of the attack and his death.

457.    Plaintiff Antoinette Mary Coffland is the mother of CPL Coffland.  She is a national of the United States.

458.    Plaintiff David Lee Coffland is the father of CPL Coffland.  He is a national of the United States.

459.    Plaintiff Laurie Ann Bartlett is the sister of CPL Coffland.  She is a national of the United States.

460.    Plaintiff Karen Ann Bresnahan is the sister of CPL Coffland.  She is a national of the United States.

461.    Plaintiff David Lee Coffland, Jr. is the brother of CPL Coffland.  He is a national of the United States.

462.    Plaintiff Lynn Marie Coffland is the sister of CPL Coffland.  She is a national of the United States.

463.    As a result of the November 13, 2009 attack and CPL Coffland's injuries and death, each member of the Coffland Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Coffland's society, companionship, and counsel.

**The Casey D. Combs Family**

464.    Staff Sergeant Casey D. Combs served in Afghanistan as a member of the U.S. Army.  On April 12, 2007, SSG Combs was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  SSG Combs died on April 12,

2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

465.     SSG Combs was a national of the United States at the time of the attack and his death.

466.     Plaintiff Amber Dawn Moreland is the widow of SSG Combs.  She is a national of the United States.

467.     Plaintiff Trenton Dean Combs is the son of SSG Combs.  He is a national of the United States.

468.     Plaintiff Hallie May Combs is the daughter of SSG Combs.  She is a national of the United States.

469.     As a result of the April 12, 2007 attack and SSG Combs's injuries and death, each member of the Combs Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Combs's society, companionship, and counsel.

**The Timothy J. Conrad Jr. Family**

470.     Sergeant Timothy J. Conrad Jr. served in Afghanistan as a member of the U.S. Army.  On February 23, 2012, SGT Conrad was injured in an insider attack committed by the Taliban in Nangarhar Province, Afghanistan.  SGT Conrad died on February 23, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

471.     SGT Conrad was a national of the United States at the time of the attack and his death.

472.     Plaintiff Holly Conrad is the widow of SGT Conrad.  She is a national of the United States.

473.     Plaintiff B.C., by and through his next friend Holly Conrad, is the minor son of SGT Conrad.  He is a national of the United States.

474.     As a result of the February 23, 2012 attack and SGT Conrad's injuries and death, each member of the Conrad Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Conrad's society, companionship, and counsel.

**The Robert J. Cottle Family**

475.     Sergeant Major Robert J. Cottle served in Afghanistan as a member of the U.S. Marine Corps Reserve.  On March 24, 2010, SgtMaj Cottle was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SgtMaj Cottle died on March 24, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

476.     SgtMaj Cottle was a national of the United States at the time of the attack and his death.

477.     Plaintiff Kenneth Cottle is the father of SgtMaj Cottle.  He is a national of the United States.

478.     As a result of the March 24, 2010 attack and SgtMaj Cottle's injuries and death, each member of the Cottle Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SgtMa Cottle's society, companionship, and counsel.

**The Daniel L. Cox Family**

479.     Corporal Daniel L. Cox served in Afghanistan as a member of the U.S. Army.  On September 12, 2009, CPL Cox was injured in a complex attack involving an IED and small arms fire committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.

CPL Cox died on September 12, 2009 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

480.    CPL Cox was a national of the United States at the time of the attack and his death.

481.    Plaintiff Kim B. Cox is the father of CPL Cox. He is a national of the United States.

482.    Plaintiff Sharon J. Cox is the mother of CPL Cox. She is a national of the United States.

483.    Plaintiff Shannon Butler is the sister of CPL Cox. She is a national of the United States.

484.    As a result of the September 12, 2009 attack and CPL Cox's injuries and death, each member of the Cox Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Cox's society, companionship, and counsel.

**The Nathan M. Cox Family**

485.    Staff Sergeant Nathan M. Cox served in Afghanistan as a member of the U.S. Army. On September 20, 2008, SSG Cox was injured in an IED attack committed by the Taliban in Kunar Province, Afghanistan. SSG Cox died on September 20, 2008 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

486.    SSG Cox was a national of the United States at the time of the attack and his death.

487.    Plaintiff Hannah Cox is the sister of SSG Cox. She is a national of the United States.

488.     As a result of the September 20, 2008 attack and SSG Cox's injuries and death, each member of the Cox Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Cox's society, companionship, and counsel.

**The Ross Cox Family**

489.     Plaintiff Staff Sergeant Ross Cox served in Afghanistan as a member of the U.S. Army.  On November 15, 2011, SSG Cox was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SSG Cox, who lost his left leg and suffered from a serious right leg injury, left arm nerve damage, and hearing loss.  The attack constituted an extrajudicial killing.  As a result of the November 15, 2011 attack and his injuries, SSG Cox has experienced severe physical and emotional pain and suffering.

490.     SSG Cox was a national of the United States at the time of the attack, and remains one to this day.

491.     Plaintiff Nicole Cox is the wife of SSG Cox.  She is a national of the United States.

492.     Plaintiff A.C., by and through his next friend Ross Cox, is the minor son of SSG Cox.  He is a national of the United States.

493.     Plaintiff Brennan Cox is the son of SSG Cox.  He is a national of the United States.

494.     Plaintiff H.C., by and through her next friend Ross Cox, is the minor daughter of SSG Cox.  She is a national of the United States.

495.     Plaintiff Peyton Cooney is the daughter of SSG Cox.  She is a national of the United States.

496.    As a result of the November 15, 2011 attack and SSG Cox's injuries, each member of the Cox Family has experienced severe mental anguish, emotional pain and suffering.

**The Robert W. Crow Family**

497.    Specialist Robert W. Crow served in Afghanistan as a member of the U.S. Army National Guard.  On July 10, 2010, SPC Crow was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  SPC Crow died on July 10, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

498.    SPC Crow was a national of the United States at the time of the attack and his death.

499.    Plaintiff David Aaron Crow is the son of SPC Crow.  He is a national of the United States.

500.    As a result of the July 10, 2010 attack and SPC Crow's injuries and death, each member of the Crow Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Crow's society, companionship, and counsel.

**The Justin E. Culbreth Family**

501.    Specialist Justin E. Culbreth served in Afghanistan as a member of the U.S. Army.  On November 17, 2010, SPC Culbreth was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Culbreth died on November 17, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

502.    SPC Culbreth was a national of the United States at the time of the attack and his death.

503.    Plaintiff Cheryl M. Culbreth is the mother of SPC Culbreth.  She is a national of the United States.

504.    Plaintiff Walter L. Culbreth is the father of SPC Culbreth.  He is a national of the United States.

505.    As a result of the November 17, 2010 attack and SPC Culbreth's injuries and death, each member of the Culbreth Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Culbreth's society, companionship, and counsel.

**The Joshua J. Cullins Family**

506.    Staff Sergeant Joshua J. Cullins served in Afghanistan as a member of the U.S. Marine Corps.  On October 19, 2010, SSgt Cullins was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSgt Cullins died on October 19, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

507.    SSgt Cullins was a national of the United States at the time of the attack and his death.

508.    Plaintiff James Farris Cullins Jr. is the father of SSgt Cullins.  He is a national of the United States.

509.    Plaintiff Cooper Henry Pike Cullins is the brother of SSgt Cullins.  He is a national of the United States.

510.    Plaintiff Donavan Kurt Schilling Cullins is the brother of SSgt Cullins.  He is a national of the United States.

511.    Plaintiff Barbara Schilling is the step-mother of SSgt Cullins.  She is a national of the United States.  Barbara Schilling lived in the same household as SSgt Cullins for a

substantial period of time and considered SSgt Cullins the functional equivalent of a biological son.

512.     As a result of the October 19, 2010 attack and SSgt Cullins's injuries and death, each member of the Cullins Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt Cullins's society, companionship, and counsel.

**The Michael S. Curry Jr. Family**

513.     First Sergeant Michael S. Curry Jr. served in Afghanistan as a member of the U.S. Army.  On July 23, 2007, 1SG Curry was injured in an IED attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  1SG Curry died on July 23, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

514.     1SG Curry was a national of the United States at the time of the attack and his death.

515.     Plaintiff Lavette Curry is the sister of 1SG Curry.  She is a national of the United States.

516.     Plaintiff Niki Martin is the sister of 1SG Curry.  She is a national of the United States.

517.     As a result of the July 23, 2007 attack and 1SG Curry's injuries and death, each member of the Curry Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1SG Curry's society, companionship, and counsel.

**The Michael A. Dahl Jr. Family**

518.     Specialist Michael A. Dahl Jr. served in Afghanistan as a member of the U.S. Army.  On October 17, 2009, SPC Dahl was injured in an IED attack committed by the Taliban

in Kandahar Province, Afghanistan.  SPC Dahl died on October 17, 2009 as a result of injuries

sustained during the attack.  The attack constituted an extrajudicial killing.

519.     SPC Dahl was a national of the United States at the time of the attack and his

death.

520.     Plaintiff Patricia Dahl is the mother of SPC Dahl.  She is a national of the United

States.

521.     Plaintiff Angel Dahl is the brother of SPC Dahl.  He is a national of the United

States.

522.     As a result of the October 17, 2009 attack and SPC Dahl's injuries and death,

each member of the Dahl Family has experienced severe mental anguish, emotional pain and

suffering, and the loss of SPC Dahl's society, companionship, and counsel.

**The Marcus Dandrea Family**

523.     Plaintiff Sergeant Marcus Dandrea served in Afghanistan as a member of the U.S.

Marine Corps.  On February 24, 2011, Sgt Dandrea was injured in an IED attack committed by

the Taliban in Helmand Province, Afghanistan.  The attack severely wounded Sgt Dandrea, who

lost both legs above the knee and suffered from injuries to his right hand and arm and a traumatic

brain injury.  The attack constituted an extrajudicial killing.  As a result of the February 24, 2011

attack and his injuries, Sgt Dandrea has experienced severe physical and emotional pain and

suffering.

524.     Sgt Dandrea was a national of the United States at the time of the attack, and

remains one to this day.

525.     Plaintiff N.D., by and through her next friend Marcus Dandrea, is the minor

daughter of Sgt Dandrea.  She is a national of the United States.

526.    Plaintiff Leanora Dandrea is the mother of Sgt Dandrea.  She is a national of the United States.

527.    Plaintiff Mark William Dandrea is the father of Sgt Dandrea.  He is a national of the United States.

528.    Plaintiff Hope Dandrea is the sister of Sgt Dandrea.  She is a national of the United States.

529.    Plaintiff I.D., by and through his next friend Leanora Dandrea, is the minor brother of Sgt Dandrea.  He is a national of the United States.

530.    Plaintiff Benjamin Dandrea is the brother of Sgt Dandrea.  He is a national of the United States.

531.    Plaintiff Gabriel Dandrea is the brother of Sgt Dandrea.  He is a national of the United States.

532.    Plaintiff Hannah Dandrea is the sister of Sgt Dandrea.  She is a national of the United States.

533.    Plaintiff Joshua Dandrea is the brother of Sgt Dandrea.  He is a national of the United States.

534.    Plaintiff Samuel Dandrea is the brother of Sgt Dandrea.  He is a national of the United States.

535.    As a result of the February 24, 2011 attack and Sgt Dandrea's injuries, each member of the Dandrea Family has experienced severe mental anguish, emotional pain and suffering.

**The Devin J. Daniels Family**

536.    Sergeant Devin J. Daniels served in Afghanistan as a member of the U.S. Army. On August 25, 2011, SGT Daniels was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SGT Daniels died on August 25, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

537.    SGT Daniels was a national of the United States at the time of the attack and his death.

538.    Plaintiff James L. Daniels is the father of SGT Daniels.  He is a national of the United States.

539.    Plaintiff Lucas Daniels is the brother of SGT Daniels.  He is a national of the United States.

540.    Plaintiff Sophie Daniels is the sister of SGT Daniels.  She is a national of the United States.

541.    As a result of the August 25, 2011 attack and SGT Daniels's injuries and death, each member of the Daniels Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Daniels's society, companionship, and counsel.

**The Joseph D'Augustine Family**

542.    Staff Sergeant Joseph D'Augustine served in Afghanistan as a member of the U.S. Marine Corps.  On March 27, 2012, SSgt D'Augustine was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSgt D'Augustine died on March 27, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

543.    SSgt D'Augustine was a national of the United States at the time of the attack and his death.

544.    Plaintiff Anthony D'Augustine is the father of SSgt D'Augustine.  He is a national of the United States.

545.    Plaintiff Patricia D'Augustine is the mother of SSgt D'Augustine.  She is a national of the United States.

546.    Plaintiff Jennifer D'Augustine is the sister of SSgt D'Augustine.  She is a national of the United States.

547.    Plaintiff Nicole D'Augustine is the sister of SSgt D'Augustine.  She is a national of the United States.

548.    Plaintiff Michele Kulesa is the sister of SSgt D'Augustine.  She is a national of the United States.

549.    As a result of the March 27, 2012 attack and SSgt D'Augustine's injuries and death, each member of the D'Augustine Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt D'Augustine's society, companionship, and counsel.

**The Adam J. Davis Family**

550.    Specialist Adam J. Davis served in Afghanistan as a member of the U.S. Army. On July 23, 2007, SPC Davis was injured in an IED attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  SPC Davis died on July 23, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

551.    SPC Davis was a national of the United States at the time of the attack and his death.

552.    Plaintiff Tracy Lee Carrico is the mother of SPC Davis.  She is a national of the United States.

553.     Plaintiff Timothy Davis is the father of SPC Davis.  He is a national of the United States.

554.     Plaintiff Stephanie Frances Bova is the sister of SPC Davis.  She is a national of the United States.

555.     As a result of the July 23, 2007 attack and SPC Davis's injuries and death, each member of the Davis Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Davis's society, companionship, and counsel.

**The Jonathan D. Davis Family**

556.     Staff Sergeant Jonathan D. Davis served in Afghanistan as a member of the U.S. Marine Corps.  On February 22, 2013, SSgt Davis was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSgt Davis died on February 22, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

557.     SSgt Davis was a national of the United States at the time of the attack and his death.

558.     Plaintiff Helena Davis is the widow of SSgt Davis.  She is a national of the United States.

559.     Plaintiff C.D., by and through his next friend Helena Davis, is the minor son of SSgt Davis.  He is a national of the United States.

560.     As a result of the February 22, 2013 attack and SSgt Davis's injuries and death, each member of the Davis Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt Davis's society, companionship, and counsel.

**The Ezra Dawson Family**

561.    Sergeant Ezra Dawson served in Afghanistan as a member of the U.S. Army.  On January 17, 2009, SGT Dawson was injured in an attack on a helicopter committed by the Taliban in Kunar Province, Afghanistan.  SGT Dawson died on January 17, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

562.    SGT Dawson was a national of the United States at the time of the attack and his death.

563.    Plaintiff Eva Farr-Wallace is the mother of SGT Dawson.  She is a national of the United States.

564.    Plaintiff Calvin D. Jamison is the father of SGT Dawson.  He is a national of the United States.

565.    Plaintiff Atarah Wright is the sister of SGT Dawson.  She is a national of the United States.

566.    As a result of the January 17, 2009 attack and SGT Dawson's injuries and death, each member of the Dawson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Dawson's society, companionship, and counsel.

**The David P. Day Family**

567.    Staff Sergeant David P. Day served in Afghanistan as a member of the U.S. Marine Corps.  On April 24, 2011, SSgt Day was injured in an IED attack committed by the Taliban in Badghis Province, Afghanistan.  SSgt Day died on April 24, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

568.    SSgt Day was a national of the United States at the time of the attack and his death.

569.     Plaintiff Don Day is the father of SSgt Day.  He is a national of the United States.

570.     Plaintiff Kathy Day is the mother of SSgt Day.  She is a national of the United States.

571.     As a result of the April 24, 2011 attack and SSgt Day's injuries and death, each member of the Day Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt Day's society, companionship, and counsel.

**The Fernando De La Rosa Family**

572.     Sergeant Fernando De La Rosa served in Afghanistan as a member of the U.S. Army.  On October 27, 2009, SGT De La Rosa was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT De La Rosa died on October 27, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

573.     SGT De La Rosa was a national of the United States at the time of the attack and his death.

574.     Plaintiff Rolando De La Rosa is the father of SGT De La Rosa.  He is a national of the United States.

575.     As a result of the October 27, 2009 attack and SGT De La Rosa's injuries and death, each member of the De La Rosa Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT De La Rosa's society, companionship, and counsel.

**The Jeffrey F. DePrimo Family**

576.     First Lieutenant Jeffrey F. DePrimo served in Afghanistan as a member of the U.S. Army National Guard.  On May 20, 2008, 1LT DePrimo was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.

1LT DePrimo died on May 20, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

577.   1LT DePrimo was a national of the United States at the time of the attack and his death.

578.   Plaintiff Helen DePrimo is the mother of 1LT DePrimo.  She is a national of the United States.

579.   Plaintiff Joseph DePrimo is the father of 1LT DePrimo.  He is a national of the United States.

580.   Plaintiff Jodi Calabro is the sister of 1LT DePrimo.  She is a national of the United States.

581.   Plaintiff Danielle Fediw is the sister of 1LT DePrimo.  She is a national of the United States.

582.   As a result of the May 20, 2008 attack and 1LT DePrimo's injuries and death, each member of the DePrimo Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT DePrimo's society, companionship, and counsel.

**The Matthew J. DeYoung Family**

583.   Sergeant Matthew J. DeYoung served in Afghanistan as a member of the U.S. Marine Corps.  On February 18, 2011, Sgt DeYoung was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Sgt DeYoung died on February 18, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

584.   Sgt DeYoung was a national of the United States at the time of the attack and his death.

585.     Plaintiff Teddi DeYoung is the mother of Sgt DeYoung.  She is a national of the United States.

586.     As a result of the February 18, 2011 attack and Sgt DeYoung's injuries and death, each member of the DeYoung Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt DeYoung's society, companionship, and counsel.

**The Ara T. Deysie Family**

587.     Private First Class Ara T. Deysie served in Afghanistan as a member of the U.S. Army.  On May 9, 2008, PFC Deysie was injured in a rocket propelled grenade attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  PFC Deysie died on May 9, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

588.     PFC Deysie was a national of the United States at the time of the attack and his death.

589.     Plaintiff Lori Deysie is the mother of PFC Deysie.  She is a national of the United States.

590.     Plaintiff Erisa Deysie is the sister of PFC Deysie.  She is a national of the United States.

591.     Plaintiff Sidnee Deysie is the sister of PFC Deysie.  She is a national of the United States.

592.     As a result of the May 9, 2008 attack and PFC Deysie's injuries and death, each member of the Deysie Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Deysie's society, companionship, and counsel.

**The John P. Dion Family**

593.     Private First Class John P. Dion served in Afghanistan as a member of the U.S. Army.  On January 3, 2010, PFC Dion was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  PFC Dion died on January 3, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

594.     PFC Dion was a national of the United States at the time of the attack and his death.

595.     Plaintiff Patricia Elsner is the mother of PFC Dion.  She is a national of the United States.

596.     Plaintiff Kelsey Thomas is the sister of PFC Dion.  She is a national of the United States.

597.     Plaintiff Mark Elsner is the step-father of PFC Dion.  He is a national of the United States.  Mark Elsner lived in the same household as PFC Dion for a substantial period of time and considered PFC Dion the functional equivalent of a biological son.

598.     Plaintiff Jacqueline Allen is the step-sister of PFC Dion.  She is a national of the United States.  Jacqueline Allen lived in the same household as PFC Dion for a substantial period of time and considered PFC Dion the functional equivalent of a biological brother.

599.     Plaintiff Mark Anthony Elsner is the step-brother of PFC Dion.  He is a national of the United States.  Mark Anthony Elsner lived in the same household as PFC Dion for a substantial period of time and considered PFC Dion the functional equivalent of a biological brother.

600.     As a result of the January 3, 2010 attack and PFC Dion's injuries and death, each member of the Dion Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Dion's society, companionship, and counsel.

**The Corey J. Dodge Family**

601.     Corey J. Dodge served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On August 22, 2015, Mr. Dodge was injured in a suicide bombing attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. Dodge died on August 22, 2015 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

602.     Mr. Dodge was a national of the United States at the time of the attack and his death.

603.     Plaintiff Kelli-Jo Dodge is the widow of Mr. Dodge.  She is a national of the United States.

604.     Plaintiff B.C.D., by and through his next friend Kelli-Jo Dodge, is the minor son of Mr. Dodge.  He is a national of the United States.

605.     Plaintiff P.A.D., by and through her next friend Kelli-Jo Dodge, is the minor daughter of Mr. Dodge.  She is a national of the United States.

606.     As a result of the August 22, 2015 attack and Mr. Dodge's injuries and death, each member of the Dodge Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Dodge's society, companionship, and counsel.

**The Max W. Donahue Family**

607.     Corporal Max W. Donahue served in Afghanistan as a member of the U.S. Marine Corps.  On August 4, 2010, Cpl Donahue was injured in an IED attack committed by the Taliban

in Helmand Province, Afghanistan.  Cpl Donahue died on August 7, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

608.    Cpl Donahue was a national of the United States at the time of the attack and his death.

609.    Plaintiff Julie Schrock is the mother of Cpl Donahue.  She is a national of the United States.

610.    Plaintiff Ryan Donahue is the brother of Cpl Donahue.  He is a national of the United States.

611.    Plaintiff Chandler Schrock is the step-father of Cpl Donahue.  He is a national of the United States.  Chandler Schrock lived in the same household as Cpl Donahue for a substantial period of time and considered Cpl Donahue the functional equivalent of a biological son.

612.    Plaintiff Taylor Schrock is the step-brother of Cpl Donahue.  He is a national of the United States.  Taylor Schrock lived in the same household as Cpl Donahue for a substantial period of time and considered Cpl Donahue the functional equivalent of a biological brother.

613.    As a result of the August 4, 2010 attack and Cpl Donahue's injuries and death, each member of the Donahue Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Cpl Donahue's society, companionship, and counsel.

**The Stephen J. Dunning Family**

614.    Staff Sergeant Stephen J. Dunning served in Afghanistan as a member of the U.S. Marine Corps.  On October 27, 2011, SSgt Dunning was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSgt Dunning died on October 27, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

615.     SSgt Dunning was a national of the United States at the time of the attack and his death.

616.     Plaintiff Robert L. Dunning is the father of SSgt Dunning.  He is a national of the United States.

617.     Plaintiff Tomoe Dunning was the mother of SSgt Dunning.  She was a national of the United States.  During the pendency of this litigation, Plaintiff Tomoe Dunning passed away. Her estate, represented by Plaintiff Robert L. Dunning, continues her claims.

618.     Plaintiff Joy Coy is the sister of SSgt Dunning.  She is a national of the United States.

619.     As a result of the October 27, 2011 attack and SSgt Dunning's injuries and death, each member of the Dunning Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt Dunning's society, companionship, and counsel.

**The Kevin A. Dupont Family**

620.     Sergeant First Class Kevin A. Dupont served in Afghanistan as a member of the U.S. Army.  On March 8, 2009, SFC Dupont was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  SFC Dupont died on June 17, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

621.     SFC Dupont was a national of the United States at the time of the attack and his death.

622.     Plaintiff Lisa Murawski-Dupont is the widow of SFC Dupont.  She is a national of the United States.

623.    Plaintiff Mark P. Dupont is the brother of SFC Dupont.  He is a national of the United States.

624.    As a result of the March 8, 2009 attack and SFC Dupont's injuries and death, each member of the Dupont Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Dupont's society, companionship, and counsel.

**Erich Ellis**

625.    Plaintiff Sergeant Erich Ellis served in Afghanistan as a member of the U.S. Marine Corps.  On June 12, 2019, Sgt Ellis was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded Sgt Ellis, who lost his right leg and suffered from extensive, permanent damage to his left leg, right arm, and upper right leg as well as a traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result of the June 12, 2019 attack and his injuries, Sgt Ellis has experienced severe physical and emotional pain and suffering.

626.    Sgt Ellis was a national of the United States at the time of the attack, and remains one to this day.

**The Robert W. Ellis Family**

627.    Specialist Robert W. Ellis served in Afghanistan as a member of the U.S. Army. On June 18, 2013, SPC Ellis was injured in a rocket attack committed by the Taliban in Parwan Province, Afghanistan.  SPC Ellis died on June 18, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

628.    SPC Ellis was a national of the United States at the time of the attack and his death.

629.    Plaintiff Joelle R. Ellis is the mother of SPC Ellis.  She is a national of the United States.

630.    Plaintiff John F. Ellis is the father of SPC Ellis.  He is a national of the United States.

631.    Plaintiff James Earl Ellis is the brother of SPC Ellis.  He is a national of the United States.

632.    As a result of the June 18, 2013 attack and SPC Ellis's injuries and death, each member of the Ellis Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Ellis's society, companionship, and counsel.

**The Vincent J. Ellis Family**

633.    Private First Class Vincent J. Ellis served in Afghanistan as a member of the U.S. Army.  On June 1, 2012, PFC Ellis was injured in a complex attack involving a suicide truck bomb, small arms fire, and rocket propelled and fragmentation grenades committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  PFC Ellis died on June 6, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

634.    PFC Ellis was a national of the United States at the time of the attack and his death.

635.    Plaintiff Brian Edward Ellis is the father of PFC Ellis.  He is a national of the United States.

636.    Plaintiff Julie Ann Sandifer is the mother of PFC Ellis.  She is a national of the United States.

637.    Plaintiff Vanessa Marie Anzures is the sister of PFC Ellis.  She is a national of the United States.

638.    Plaintiff Victor Raymond Ellis is the brother of PFC Ellis.  He is a national of the United States.

639.    As a result of the June 1, 2012 attack and PFC Ellis's injuries and death, each member of the Ellis Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Ellis's society, companionship, and counsel.

**The Michael D. Elm Family**

640.    Specialist Michael D. Elm served in Afghanistan as a member of the U.S. Army. On October 14, 2011, SPC Elm was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  SPC Elm died on October 14, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

641.    SPC Elm was a national of the United States at the time of the attack and his death.

642.    Plaintiff Dennis John Elm is the father of SPC Elm.  He is a national of the United States.

643.    Plaintiff Donna Lee Elm is the mother of SPC Elm.  She is a national of the United States.

644.    Plaintiff Catherine Elm Boatwright is the sister of SPC Elm.  She is a national of the United States.

645.    Plaintiff Margaret Elm Campbell is the sister of SPC Elm.  She is a national of the United States.

646.     Plaintiff Matthew Elm is the brother of SPC Elm.  He is a national of the United States.

647.     Plaintiff Christine Rangel is the sister of SPC Elm.  She is a national of the United States.

648.     As a result of the October 14, 2011 attack and SPC Elm's injuries and death, each member of the Elm Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Elm's society, companionship, and counsel.

**The Kenneth B. Elwell Family**

649.     Sergeant First Class Kenneth B. Elwell served in Afghanistan as a member of the U.S. Army.  On July 17, 2011, SFC Elwell was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SFC Elwell died on July 17, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

650.     SFC Elwell was a national of the United States at the time of the attack and his death.

651.     Plaintiff Kristen A. Elwell is the widow of SFC Elwell.  She is a national of the United States.

652.     Plaintiff Elise M. Elwell is the daughter of SFC Elwell.  She is a national of the United States.

653.     Plaintiff N.B.E., by and through his next friend Kristen A. Elwell, is the minor son of SFC Elwell.  He is a national of the United States.

654.     Plaintiff Susan Burkhard is the sister of SFC Elwell.  She is a national of the United States.

655.     As a result of the July 17, 2011 attack and SFC Elwell's injuries and death, each member of the Elwell Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Elwell's society, companionship, and counsel.

**The Richard A. Essex Family**

656.     Sergeant Richard A. Essex served in Afghanistan as a member of the U.S. Army. On August 16, 2012, SGT Essex was injured in an attack on a helicopter committed by the Taliban in Kandahar Province, Afghanistan.  SGT Essex died on August 16, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

657.     SGT Essex was a national of the United States at the time of the attack and his death.

658.     Plaintiff Charles Essex is the father of SGT Essex.  He is a national of the United States.

659.     Plaintiff Marion Ruth Hopkins is the mother of SGT Essex.  She is a national of the United States.

660.     As a result of the August 16, 2012 attack and SGT Essex's injuries and death, each member of the Essex Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Essex's society, companionship, and counsel.

**The Jerry Randall Evans Jr. Family**

661.     Sergeant Jerry Randall Evans Jr. served in Afghanistan as a member of the U.S. Army.  On August 7, 2009, SGT Evans was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SGT Evans died on August 7, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

662.    SGT Evans was a national of the United States at the time of the attack and his death.

663.    Plaintiff L.D., by and through his next friend Britani Lee, is the minor son of SGT Evans.  He is a national of the United States.

664.    Plaintiff Jerry Randall Evans Sr. is the father of SGT Evans.  He is a national of the United States.

665.    Plaintiff Martha Ann Evans is the mother of SGT Evans.  She is a national of the United States.

666.    Plaintiff Larissa Ann Barnhart is the sister of SGT Evans.  She is a national of the United States.

667.    Plaintiff Brittany Evans is the sister of SGT Evans.  She is a national of the United States.

668.    Plaintiff Crystal Nicole Evans is the sister of SGT Evans.  She is a national of the United States.

669.    Plaintiff Jonathan Dewayne Rogers is the brother of SGT Evans.  He is a national of the United States.

670.    As a result of the August 7, 2009 attack and SGT Evans's injuries and death, each member of the Evans Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Evans's society, companionship, and counsel.

**The Jered W. Ewy Family**

671.    Second Lieutenant Jered W. Ewy served in Afghanistan as a member of the U.S. Army National Guard.  On July 29, 2011, 2LT Ewy was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktia Province, Afghanistan.  2LT Ewy died on

July 29, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

672.    2LT Ewy was a national of the United States at the time of the attack and his death.

673.    Plaintiff John Ewy is the father of 2LT Ewy.  He is a national of the United States.

674.    As a result of the July 29, 2011 attack and 2LT Ewy's injuries and death, each member of the Ewy Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 2LT Ewy's society, companionship, and counsel.

**The Garrett A. Fant Family**

675.    Specialist Garrett A. Fant served in Afghanistan as a member of the U.S. Army. On September 26, 2011, SPC Fant was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SPC Fant died on September 26, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

676.    SPC Fant was a national of the United States at the time of the attack and his death.

677.    Plaintiff John L. Fant is the father of SPC Fant.  He is a national of the United States.

678.    As a result of the September 26, 2011 attack and SPC Fant's injuries and death, each member of the Fant Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Fant's society, companionship, and counsel.

**The Jason D. Fingar Family**

679.    Specialist Jason D. Fingar served in Afghanistan as a member of the U.S. Army. On May 22, 2010, SPC Fingar was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SPC Fingar died on May 22, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

680.    SPC Fingar was a national of the United States at the time of the attack and his death.

681.    Plaintiff David Fingar is the father of SPC Fingar.  He is a national of the United States.

682.    Plaintiff Rhonda G. Fingar is the mother of SPC Fingar.  She is a national of the United States.

683.    Plaintiff Andrea Dietz is the sister of SPC Fingar.  She is a national of the United States.

684.    Plaintiff Buford Jeremiah Fingar is the brother of SPC Fingar.  He is a national of the United States.

685.    Plaintiff Donald Joshua Fingar is the brother of SPC Fingar.  He is a national of the United States.

686.    As a result of the May 22, 2010 attack and SPC Fingar's injuries and death, each member of the Fingar Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Fingar's society, companionship, and counsel.

**The James M. Finley Family**

687.    Specialist James M. Finley served in Afghanistan as a member of the U.S. Army. On May 31, 2008, SPC Finley was injured in an IED attack committed by the Taliban in

Nangarhar Province, Afghanistan.  SPC Finley died on May 31, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

688.    SPC Finley was a national of the United States at the time of the attack and his death.

689.    Plaintiff Gerald W. Finley is the father of SPC Finley.  He is a national of the United States.

690.    Plaintiff John M. Finley is the brother of SPC Finley.  He is a national of the United States.

691.    Plaintiff Joshua M. Finley is the brother of SPC Finley.  He is a national of the United States.

692.    Plaintiff Jennifer M. Lefors is the sister of SPC Finley.  She is a national of the United States.

693.    As a result of the May 31, 2008 attack and SPC Finley's injuries and death, each member of the Finley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Finley's society, companionship, and counsel.

**The Michael L. Freeman Jr. Family**

694.    Lance Corporal Michael L. Freeman Jr. served in Afghanistan as a member of the U.S. Marine Corps.  On February 1, 2010, LCpl Freeman was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Freeman died on February 1, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

695.    LCpl Freeman was a national of the United States at the time of the attack and his death.

696.    Plaintiff Stephanie Freeman is the widow of LCpl Freeman.  She is a national of the United States.

697.    As a result of the February 1, 2010 attack and LCpl Freeman's injuries and death, each member of the Freeman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Freeman's society, companionship, and counsel.

## The Ronald D. Freeman Family

698.    Lance Corporal Ronald D. Freeman served in Afghanistan as a member of the U.S. Marine Corps.  On April 28, 2011, LCpl Freeman was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Freeman died on April 28, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

699.    LCpl Freeman was a national of the United States at the time of the attack and his death.

700.    Plaintiff Katie C. Freeman is the widow of LCpl Freeman.  She is a national of the United States.

701.    Plaintiff K.M.F., by and through her next friend Katie C. Freeman, is the minor daughter of LCpl Freeman.  She is a national of the United States.

702.    Plaintiff W.D.F., by and through his next friend Katie C. Freeman is the minor son of LCpl Freeman.  He is a national of the United States.

703.    As a result of the April 28, 2011 attack and LCpl Freeman's injuries and death, each member of the Freeman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Freeman's society, companionship, and counsel.

**The Alex French IV Family**

704.    Staff Sergeant Alex French IV served in Afghanistan as a member of the U.S. Army National Guard.  On September 30, 2009, SSG French was injured in a suicide bombing attack committed by the Kabul Attack Network in Khost Province, Afghanistan.  SSG French died on September 30, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

705.    SSG French was a national of the United States at the time of the attack and his death.

706.    [Plaintiff dismissed claims.  *See* Dkt. 131.]

707.    Plaintiff Gwendolyn French is the mother of SSG French.  She is a national of the United States.

708.    Plaintiff Laquitta French is the sister of SSG French.  She is a national of the United States.

709.    [Plaintiff dismissed claims.  *See* Dkt. 131.]

710.    As a result of the September 30, 2009 attack and SSG French's injuries and death, each member of the French Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG French's society, companionship, and counsel.

**The Demetrius M. Frison Family**

711.    First Lieutenant Demetrius M. Frison served in Afghanistan as a member of the U.S. Army.  On May 10, 2011, 1LT Frison was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  1LT Frison died on May 10, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

712.    1LT Frison was a national of the United States at the time of the attack and his death.

713.    Plaintiff Louella E. Frison is the mother of 1LT Frison.  She is a national of the United States.

714.    As a result of the May 10, 2011 attack and 1LT Frison's injuries and death, each member of the Frison Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Frison's society, companionship, and counsel.

**The Israel Garcia Family**

715.    Sergeant Israel Garcia served in Afghanistan as a member of the U.S. Army.  On July 13, 2008, SGT Garcia was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban and al-Qaeda, a designated FTO at the time of the attack, in Nuristan Province, Afghanistan.  SGT Garcia died on July 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

716.    SGT Garcia was a national of the United States at the time of the attack and his death.

717.    Plaintiff Lesly Yohana Garcia is the widow of SGT Garcia.  She is a national of the United States.

718.    Plaintiff Maricruz Garcia Velasquez is the mother of SGT Garcia.  She is a national of the United States.

719.    Plaintiff Victor Garcia is the father of SGT Garcia.  He is a national of the United States.

720.    Plaintiff Ramsses Garcia is the brother of SGT Garcia.  He is a national of the United States.

721.    As a result of the July 13, 2008 attack and SGT Garcia's injuries and death, each member of the Garcia Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Garcia's society, companionship, and counsel.

**The Jair De Jesus Garcia Family**

722.    Private Jair De Jesus Garcia served in Afghanistan as a member of the U.S. Army. On August 1, 2008, PVT Garcia was injured in an IED attack committed by the Taliban in Kunar Province, Afghanistan.  PVT Garcia died on August 1, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

723.    PVT Garcia was a national of the United States at the time of the attack and his death.

724.    Plaintiff Maria L. Avneri is the mother of PVT Garcia.  She is a national of the United States.

725.    Plaintiff Eduardo G. Garcia is the brother of PVT Garcia.  He is a national of the United States.

726.    Plaintiff Jacob Avneri is the step-father of PVT Garcia.  He is a national of the United States.  Jacob Avneri lived in the same household as PVT Garcia for a substantial period of time and considered PVT Garcia the functional equivalent of a biological son.

727.    As a result of the August 1, 2008 attack and PVT Garcia's injuries and death, each member of the Garcia Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PVT Garcia's society, companionship, and counsel.

**The Joseph M. Garrison Family**

728.    Sergeant Joseph M. Garrison served in Afghanistan as a member of the U.S. Marine Corps.  On June 6, 2011, Sgt Garrison was injured in an IED attack committed by the

Taliban in Helmand Province, Afghanistan.  Sgt Garrison died on June 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

729.    Sgt Garrison was a national of the United States at the time of the attack and his death.

730.    Plaintiff Joseph D. Garrison is the father of Sgt Garrison.  He is a national of the United States.

731.    As a result of the June 6, 2011 attack and Sgt Garrison's injuries and death, each member of the Garrison Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt Garrison's society, companionship, and counsel.

**The Joel C. Gentz Family**

732.    Captain Joel C. Gentz served in Afghanistan as a member of the U.S. Air Force. On June 9, 2010, Capt Gentz was injured in an attack on a helicopter committed by the Taliban in Helmand Province, Afghanistan.  Capt Gentz died on June 9, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

733.    Capt Gentz was a national of the United States at the time of the attack and his death.

734.    Plaintiff Judith Rowe Gentz is the mother of Capt Gentz.  She is a national of the United States.

735.    As a result of the June 9, 2010 attack and Capt Gentz's injuries and death, each member of the Gentz Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Capt Gentz's society, companionship, and counsel.

**The William Joseph Gilbert Family**

736.    Specialist William Joseph Gilbert served in Afghanistan as a member of the U.S. Army.  On May 14, 2013, SPC Gilbert was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Gilbert died on May 14, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

737.    SPC Gilbert was a national of the United States at the time of the attack and his death.

738.    Plaintiff Joanna Gilbert is the mother of SPC Gilbert.  She is a national of the United States.

739.    As a result of the May 14, 2013 attack and SPC Gilbert's injuries and death, each member of the Gilbert Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Gilbert's society, companionship, and counsel.

**The Paul Goins Jr. Family**

740.    Paul Goins Jr. served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On February 10, 2014, Mr. Goins was injured in an IED attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. Goins died on February 10, 2014 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

741.    Mr. Goins was a national of the United States at the time of the attack and his death.

742.    Plaintiff Patricia Goins is the widow of Mr. Goins.  She is a national of the United States.

743.    Plaintiff Paul Edward Goins III is the son of Mr. Goins.  He is a national of the United States.

744.    Plaintiff Emmitt Dwayne Burns is the step-son of Mr. Goins.  He is a national of the United States.  Emmitt Dwayne Burns lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father.

745.    Plaintiff Janice Caruso is the step-daughter of Mr. Goins.  She is a national of the United States.  Janice Caruso lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father.

746.    Plaintiff Dana Rainey is the step-daughter of Mr. Goins.  She is a national of the United States.  Dana Rainey lived in the same household as Mr. Goins for a substantial period of time and considered Mr. Goins the functional equivalent of a biological father.

747.    As a result of the February 10, 2014 attack and Mr. Goins's injuries and death, each member of the Goins Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Goins's society, companionship, and counsel.

**The Wyatt A. Goldsmith Family**

748.    Sergeant First Class Wyatt A. Goldsmith served in Afghanistan as a member of the U.S. Army.  On July 15, 2011, SFC Goldsmith was injured in a rocket propelled grenade attack committed by the Taliban in Helmand Province, Afghanistan.  SFC Goldsmith died on July 15, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

749.    SFC Goldsmith was a national of the United States at the time of the attack and his death.

750.    Plaintiff John Wayne Goldsmith is the father of SFC Goldsmith.  He is a national of the United States.

751.    Plaintiff Lorie Goldsmith is the mother of SFC Goldsmith.  She is a national of the United States.

752.    As a result of the July 15, 2011 attack and SFC Goldsmith's injuries and death, each member of the Goldsmith Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Goldsmith's society, companionship, and counsel.

**The Kristopher J. Gould Family**

753.    Sergeant Kristopher J. Gould served in Afghanistan as a member of the U.S. Army.  On February 27, 2011, SGT Gould was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  SGT Gould died on February 27, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

754.    SGT Gould was a national of the United States at the time of the attack and his death.

755.    Plaintiff Ann L. Gould is the mother of SGT Gould.  She is a national of the United States.

756.    Plaintiff James A. Gould is the father of SGT Gould.  He is a national of the United States.

757.    Plaintiff Julianna Symkowiak is the sister of SGT Gould.  She is a national of the United States.

758.    As a result of the February 27, 2011 attack and SGT Gould's injuries and death, each member of the Gould Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Gould's society, companionship, and counsel.

**The Ryan J. Grady Family**

759.    Specialist Ryan J. Grady served in Afghanistan as a member of the U.S. Army National Guard.  On July 1, 2010, SPC Grady was injured in an IED attack committed by the Taliban in Parwan Province, Afghanistan.  SPC Grady died on July 1, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

760.    SPC Grady was a national of the United States at the time of the attack and his death.

761.    Plaintiff James A. Grady is the father of SPC Grady.  He is a national of the United States.

762.    Plaintiff James Michael Grady is the brother of SPC Grady.  He is a national of the United States.

763.    As a result of the July 1, 2010 attack and SPC Grady's injuries and death, each member of the Grady Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Grady's society, companionship, and counsel.

**The Alejandro Granado III Family**

764.    Sergeant First Class Alejandro Granado III served in Afghanistan as a member of the U.S. Army National Guard.  On August 2, 2009, SFC Granado was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan. SFC Granado died on August 2, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

765.    SFC Granado was a national of the United States at the time of the attack and his death.

766.    Plaintiff Hasson Granado is the son of SFC Granado.  He is a national of the United States.

767.    [Plaintiff dismissed claims.  *See* Dkt. 25.]

768.    As a result of the August 2, 2009 attack and SFC Granado's injuries and death, each member of the Granado Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Granado's society, companionship, and counsel.

**The Anthony G. Green Family**

769.    Sergeant Anthony G. Green served in Afghanistan as a member of the U.S. Army National Guard.  On October 16, 2009, SGT Green was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SGT Green died on October 16, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

770.    SGT Green was a national of the United States at the time of the attack and his death.

771.    Plaintiff Almuth Cornelius Green Jr. is the father of SGT Green.  He is a national of the United States.

772.    Plaintiff Patricia C. Green is the mother of SGT Green.  She is a national of the United States.

773.    As a result of the October 16, 2009 attack and SGT Green's injuries and death, each member of the Green Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Green's society, companionship, and counsel.

**The Douglas J. Green Family**

774.     Specialist Douglas J. Green served in Afghanistan as a member of the U.S. Army. On August 28, 2011, SPC Green was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Green died on August 28, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

775.     SPC Green was a national of the United States at the time of the attack and his death.

776.     Plaintiff Suni Chabrow is the mother of SPC Green.  She is a national of the United States.

777.     Plaintiff Kristin Caracciolo is the sister of SPC Green.  She is a national of the United States.

778.     Plaintiff Paige Erlanger is the sister of SPC Green.  She is a national of the United States.

779.     As a result of the August 28, 2011 attack and SPC Green's injuries and death, each member of the Green Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Green's society, companionship, and counsel.

**The Kevin D. Grieco Family**

780.     Staff Sergeant Kevin D. Grieco served in Afghanistan as a member of the U.S. Army National Guard.  On October 27, 2008, SSG Grieco was injured in a suicide bombing attack committed by the Taliban in Baghlan Province, Afghanistan.  SSG Grieco died on October 27, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

781.    SSG Grieco was a national of the United States at the time of the attack and his death.

782.    Plaintiff Linda K. Grieco is the mother of SSG Grieco.  She is a national of the United States.

783.    Plaintiff Ralph Grieco is the father of SSG Grieco.  He is a national of the United States.

784.    Plaintiff Jennifer Grieco Burch is the sister of SSG Grieco.  She is a national of the United States.

785.    As a result of the October 27, 2008 attack and SSG Grieco's injuries and death, each member of the Grieco Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Grieco's society, companionship, and counsel.

**The Kevin J. Griffin Family**

786.    Command Sergeant Major Kevin J. Griffin served in Afghanistan as a member of the U.S. Army.  On August 8, 2012, CSM Griffin was injured in a suicide bombing attack committed by the Taliban in Kunar Province, Afghanistan.  CSM Griffin died on August 8, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

787.    CSM Griffin was a national of the United States at the time of the attack and his death.

788.    Plaintiff Matthew Griffin is the brother of CSM Griffin.  He is a national of the United States.

789.    Plaintiff Shawn Patrick Griffin is the brother of CSM Griffin.  He is a national of the United States.

790.    Plaintiff Sheila Ristaino is the sister of CSM Griffin.  She is a national of the United States.

791.    Plaintiff Daniel Griffin is the step-brother of CSM Griffin.  He is a national of the United States.  Daniel Griffin lived in the same household as CSM Griffin for a substantial period of time and considered CSM Griffin the functional equivalent of a biological brother.

792.    As a result of the August 8, 2012 attack and CSM Griffin's injuries and death, each member of the Griffin Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CSM Griffin's society, companionship, and counsel.

**The Casey J. Grochowiak Family**

793.    Staff Sergeant Casey J. Grochowiak served in Afghanistan as a member of the U.S. Army.  On August 30, 2010, SSG Grochowiak was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SSG Grochowiak died on August 30, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

794.    SSG Grochowiak was a national of the United States at the time of the attack and his death.

795.    Plaintiff Celestina Grochowiak is the widow of SSG Grochowiak.  She is a national of the United States.

796.    Plaintiff D.G., by and through his next friend Celestina Grochowiak, is the minor son of SSG Grochowiak.  He is a national of the United States.

797.    As a result of the August 30, 2010 attack and SSG Grochowiak's injuries and death, each member of the Grochowiak Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Grochowiak's society, companionship, and counsel.

**The William Gross Paniagua Family**

798.     Sergeant William Gross Paniagua served in Afghanistan as a member of the U.S. Army.  On July 31, 2011, SGT Gross Paniagua was injured in an IED attack committed by the Taliban in Kunar Province, Afghanistan.  SGT Gross Paniagua died on July 31, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

799.     SGT Gross Paniagua was a national of the United States at the time of the attack and his death.

800.     Plaintiff Soccoro Gross Paniagua is the mother of SGT Gross Paniagua.  She is a national of the United States.

801.     Plaintiff Carlos Benjamin Gross Rios Sr. is the father of SGT Gross Paniagua.  He is a national of the United States.

802.     Plaintiff Carlos Benjamin Gross Paniagua is the brother of SGT Gross Paniagua. He is a national of the United States.

803.     Plaintiff Felicia Gross Paniagua is the cousin and foster-sister of SGT Gross Paniagua.  She is a national of the United States.  Felicia Gross Paniagua lived in the same household as SGT Gross Paniagua for a substantial period of time and considered SGT Gross Paniagua the functional equivalent of a biological brother.

804.     As a result of the July 31, 2011 attack and SGT Gross Paniagua's injuries and death, each member of the Gross Paniagua Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Gross Paniagua's society, companionship, and counsel.

**The Matthias N. Hanson Family**

805.    Lance Corporal Matthias N. Hanson served in Afghanistan as a member of the U.S. Marine Corps.  On February 21, 2010, LCpl Hanson was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Hanson died on February 21, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

806.    LCpl Hanson was a national of the United States at the time of the attack and his death.

807.    Plaintiff Lowell Hanson Jr. is the father of LCpl Hanson.  He is a national of the United States.

808.    Plaintiff Megan Kathleen Dohn is the sister of LCpl Hanson.  She is a national of the United States.

809.    Plaintiff Cynthia Hanson is the step-mother of LCpl Hanson.  She is a national of the United States.  Cynthia Hanson lived in the same household as LCpl Hanson for a substantial period of time and considered LCpl Hanson the functional equivalent of a biological son.

810.    As a result of the February 21, 2010 attack and LCpl Hanson's injuries and death, each member of the Hanson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Hanson's society, companionship, and counsel.

**The Scott D. Harper Family**

811.    Lance Corporal Scott D. Harper served in Afghanistan as a member of the U.S. Marine Corps.  On October 13, 2011, LCpl Harper was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Harper died on October 13, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

812.    LCpl Harper was a national of the United States at the time of the attack and his death.

813.    Plaintiff Brian Harper is the father of LCpl Harper.  He is a national of the United States.

814.    As a result of the October 13, 2011 attack and LCpl Harper's injuries and death, each member of the Harper Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Harper's society, companionship, and counsel.

**The Devon J. Harris Family**

815.    Private First Class Devon J. Harris served in Afghanistan as a member of the U.S. Army.  On November 27, 2010, PFC Harris was injured in a rocket propelled grenade attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan. PFC Harris died on November 27, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

816.    PFC Harris was a national of the United States at the time of the attack and his death.

817.    Plaintiff Sorainya Harris is the mother of PFC Harris.  She is a national of the United States.

818.    Plaintiff Tennyson Charles Harris is the father of PFC Harris.  He is a national of the United States.

819.    Plaintiff Tiffany Dotson is the sister of PFC Harris.  She is a national of the United States.

820.    Plaintiff Ashley Michelle Harris is the sister of PFC Harris.  She is a national of the United States.

821.    Plaintiff Christopher Wayne Johnson is the brother of PFC Harris.  He is a national of the United States.

822.    Plaintiff David L. Parker is the brother of PFC Harris.  He is a national of the United States.

823.    Plaintiff Felicia Ann Harris is the step-mother of PFC Harris.  She is a national of the United States.  Felicia Ann Harris lived in the same household as PFC Harris for a substantial period of time and considered PFC Harris the functional equivalent of a biological son.

824.    Plaintiff Michael Rufus II is the step-brother of PFC Harris.  He is a national of the United States.  Michael Rufus II lived in the same household as PFC Harris for a substantial period of time and considered PFC Harris the functional equivalent of a biological brother.

825.    Plaintiff Stephanie Rufus is the step-sister of PFC Harris.  She is a national of the United States.  Stephanie Rufus lived in the same household as PFC Harris for a substantial period of time and considered PFC Harris the functional equivalent of a biological brother.

826.    As a result of the November 27, 2010 attack and PFC Harris's injuries and death, each member of the Harris Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Harris's society, companionship, and counsel.

**The Joshua A. Harton Family**

827.    Corporal Joshua A. Harton served in Afghanistan as a member of the U.S. Army. On September 18, 2010, CPL Harton was injured in a rocket propelled grenade attack committed by the Taliban in Faryab Province, Afghanistan.  CPL Harton died on September 18, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

828.    CPL Harton was a national of the United States at the time of the attack and his death.

829.    Plaintiff Ruth M. Harton is the mother of CPL Harton.  She is a national of the United States.

830.    As a result of the September 18, 2010 attack and CPL Harton's injuries and death, each member of the Harton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Harton's society, companionship, and counsel.

**The Shawn P. Hefner Family**

831.    Lance Corporal Shawn P. Hefner served in Afghanistan as a member of the U.S. Marine Corps.  On November 13, 2009, LCpl Hefner was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Hefner died on November 13, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

832.    LCpl Hefner was a national of the United States at the time of the attack and his death.

833.    Plaintiff Robin Hefner is the mother of LCpl Hefner.  She is a national of the United States.

834.    Plaintiff Brandon Dale Hefner is the brother of LCpl Hefner.  He is a national of the United States.

835.    Plaintiff Jessica Meagan Hefner is the sister of LCpl Hefner.  She is a national of the United States.

836.    As a result of the November 13, 2009 attack and LCpl Hefner's injuries and death, each member of the Hefner Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Hefner's society, companionship, and counsel.

**The Christopher D. Henderson Family**

837.    Sergeant First Class Christopher D. Henderson served in Afghanistan as a member of the U.S. Army.  On June 17, 2007, SFC Henderson was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SFC Henderson died on June 17, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

838.    SFC Henderson was a national of the United States at the time of the attack and his death.

839.    Plaintiff James Henderson is the father of SFC Henderson.  He is a national of the United States.

840.    As a result of the June 17, 2007 attack and SFC Henderson's injuries and death, each member of the Henderson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Henderson's society, companionship, and counsel.

**The Jay Henigan Family**

841.    Jay Henigan served in Afghanistan as a civilian government contractor working for the CIA.  On September 25, 2011, Mr. Henigan was injured in an insider attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. Henigan died on September 25, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

842.    Mr. Henigan was a national of the United States at the time of the attack and his death.

843.    Plaintiff Alex Henigan is the son of Mr. Henigan.  He is a national of the United States.

844.    Plaintiff Todd McClain Henigan is the son of Mr. Henigan.  He is a national of the United States.

845.    As a result of the September 25, 2011 attack and Mr. Henigan's injuries and death, each member of the Henigan Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Henigan's society, companionship, and counsel.

**The Nicholas C.D. Hensley Family**

846.    Specialist Nicholas C.D. Hensley served in Afghanistan as a member of the U.S. Army.  On June 15, 2011, SPC Hensley was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Hensley died on June 24, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

847.    SPC Hensley was a national of the United States at the time of the attack and his death.

848.    Plaintiff Joan Thelma Hensley is the mother of SPC Hensley.  She is a national of the United States.

849.    Plaintiff Terry L. Hensley is the father of SPC Hensley.  He is a national of the United States.

850.    As a result of the June 15, 2011 attack and SPC Hensley's injuries and death, each member of the Hensley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Hensley's society, companionship, and counsel.

**The Jose A. Hernandez Family**

851.    Lance Corporal Jose A. Hernandez served in Afghanistan as a member of the U.S. Marine Corps.  On December 14, 2010, LCpl Hernandez was injured in an IED attack committed

by the Taliban in Helmand Province, Afghanistan.  LCpl Hernandez died on December 14, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

852.    LCpl Hernandez was a national of the United States at the time of the attack and his death.

853.    [Plaintiff dismissed claims.  *See* Dkt. 131.]

854.    Plaintiff Don Hernandez is the brother of LCpl Hernandez.  He is a national of the United States.

855.    As a result of the December 14, 2010 attack and LCpl Hernandez's injuries and death, each member of the Hernandez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Hernandez's society, companionship, and counsel.

**The Joseph M. Hernandez Family**

856.    Corporal Joseph M. Hernandez served in Afghanistan as a member of the U.S. Army.  On January 9, 2009, CPL Hernandez was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  CPL Hernandez died on January 9, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

857.    CPL Hernandez was a national of the United States at the time of the attack and his death.

858.    Plaintiff Jessie Hernandez is the father of CPL Hernandez.  He is a national of the United States.

859.    As a result of the January 9, 2009 attack and CPL Hernandez's injuries and death, each member of the Hernandez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Hernandez's society, companionship, and counsel.

## The Daren M. Hidalgo Family

860.    First Lieutenant Daren M. Hidalgo served in Afghanistan as a member of the U.S. Army.  On February 20, 2011, 1LT Hidalgo was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  1LT Hidalgo died on February 20, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

861.    1LT Hidalgo was a national of the United States at the time of the attack and his death.

862.    Plaintiff Andrea Hidalgo is the mother of 1LT Hidalgo.  She is a national of the United States.

863.    Plaintiff Jorge Hidalgo is the father of 1LT Hidalgo.  He is a national of the United States.

864.    As a result of the February 20, 2011 attack and 1LT Hidalgo's injuries and death, each member of the Hidalgo Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Hidalgo's society, companionship, and counsel.

## The Adrian E. Hike Family

865.    Sergeant Adrian E. Hike served in Afghanistan as a member of the U.S. Army. On November 12, 2007, SGT Hike was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  SGT Hike died on November 12, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

866.    SGT Hike was a national of the United States at the time of the attack and his death.

867.    Plaintiff Robert A. Bird is the step-father of SGT Hike.  He is a national of the United States.  Robert A. Bird lived in the same household as SGT Hike for a substantial period of time and considered SGT Hike the functional equivalent of a biological son.

868.    As a result of the November 12, 2007 attack and SGT Hike's injuries and death, each member of the Hike Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Hike's society, companionship, and counsel.

**The Matthew L. Hilton Family**

869.    Sergeant First Class Matthew L. Hilton served in Afghanistan as a member of the U.S. Army National Guard.  On June 26, 2008, SFC Hilton was injured in a complex attack involving IEDs, small arms fire, and rocket propelled grenades committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan.  SFC Hilton died on June 26, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

870.    SFC Hilton was a national of the United States at the time of the attack and his death.

871.    Plaintiff Mary Hilton is the widow of SFC Hilton.  She is a national of the United States.

872.    Plaintiff Jeanine Hilton is the sister of SFC Hilton.  She is a national of the United States.

873.    As a result of the June 26, 2008 attack and SFC Hilton's injuries and death, each member of the Hilton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Hilton's society, companionship, and counsel.

**The Floyd E.C. Holley Family**

874.    Gunnery Sergeant Floyd E.C. Holley served in Afghanistan as a member of the U.S. Marine Corps.  On August 29, 2010, GySgt Holley was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  GySgt Holley died on August 29, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

875.    GySgt Holley was a national of the United States at the time of the attack and his death.

876.    Plaintiff Dominic Giacchi is the brother of GySgt Holley.  He is a national of the United States.

877.    As a result of the August 29, 2010 attack and GySgt Holley's injuries and death, each member of the Holley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of GySgt Holley's society, companionship, and counsel.

**Kevin Honaker**

878.    Plaintiff Lance Corporal Kevin Honaker served in Afghanistan as a member of the U.S. Marine Corps.  On September 13, 2011, LCpl. Honaker was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded LCpl. Honaker, who lost his left leg above the knee, his right leg below the knee, and a finger on his left hand.  The attack constituted an extrajudicial killing.  As a result of the September 13, 2011 attack and his injuries, LCpl. Honaker has experienced severe physical and emotional pain and suffering.

879.    LCpl. Honaker was a national of the United States at the time of the attack, and remains one to this day.

**The Chester W. Hosford Family**

880.    Sergeant Chester W. Hosford served in Afghanistan as a member of the U.S. Army National Guard.  On July 6, 2009, SGT Hosford was injured in an IED attack committed by the Taliban in Kunduz Province, Afghanistan.  SGT Hosford died on July 6, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

881.    SGT Hosford was a national of the United States at the time of the attack and his death.

882.    Plaintiff Tristyn Anthony Vinson-Hosford is the son of SGT Hosford.  He is a national of the United States.

883.    As a result of the July 6, 2009 attack and SGT Hosford's injuries and death, each member of the Hosford Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Hosford's society, companionship, and counsel.

**The Jason D. Hovater Family**

884.    Specialist Jason D. Hovater served in Afghanistan as a member of the U.S. Army. On July 13, 2008, SPC Hovater was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban and al-Qaeda, a designated FTO at the time of the attack, in Nuristan Province, Afghanistan.  SPC Hovater died on July 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

885.    SPC Hovater was a national of the United States at the time of the attack and his death.

886.    Plaintiff Jenna Vanosdale is the widow of SPC Hovater.  She is a national of the United States.

887.    As a result of the July 13, 2008 attack and SPC Hovater's injuries and death, each member of the Hovater Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Hovater's society, companionship, and counsel.

**The Abram L. Howard Family**

888.    Lance Corporal Abram L. Howard served in Afghanistan as a member of the U.S. Marine Corps Reserve.  On July 27, 2010, LCpl Howard was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Howard died on July 27, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

889.    LCpl Howard was a national of the United States at the time of the attack and his death.

890.    Plaintiff Bart LaRue Howard is the father of LCpl Howard.  He is a national of the United States.

891.    Plaintiff Constance Louise Howard is the mother of LCpl Howard.  She is a national of the United States.

892.    Plaintiff Alexander James Howard is the brother of LCpl Howard.  He is a national of the United States.

893.    Plaintiff Olivia Marie Howard is the sister of LCpl Howard.  She is a national of the United States.

894.    As a result of the July 27, 2010 attack and LCpl Howard's injuries and death, each member of the Howard Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Howard's society, companionship, and counsel.

**The Michael A. Hughes Family**

895.    Michael A. Hughes served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On February 10, 2014, Mr. Hughes was injured in an IED attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. Hughes died on February 10, 2014 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

896.    Mr. Hughes was a national of the United States at the time of the attack and his death.

897.    Plaintiff Kristine Anne Zitny is the sister of Mr. Hughes.  She is a national of the United States.

898.    As a result of the February 10, 2014 attack and Mr. Hughes's injuries and death, each member of the Hughes Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Hughes's society, companionship, and counsel.

**The Eric M. Hunter Family**

899.    Plaintiff Sergeant Eric M. Hunter served in Afghanistan as a member of the U.S. Army.  On May 31, 2012, SGT Hunter was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SGT Hunter, who lost his right leg and suffered from a severely injured left leg, post-traumatic stress disorder, and a traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result of the May 31, 2012 attack and his injuries, SGT Hunter has experienced severe physical and emotional pain and suffering.

900.    SGT Hunter was a national of the United States at the time of the attack, and remains one to this day.

901.    Plaintiff Kenna Hunter is the wife of SGT Hunter.  She is a national of the United States.

902.    Plaintiff J.H., by and through his next friend Kenna Hunter, is the minor son of SGT Hunter.  He is a national of the United States.

903.    Plaintiff K.H. by and through her next friend Kenna Hunter, is the minor daughter of SGT Hunter.  She is a national of the United States.

904.    As a result of the May 31, 2012 attack and SGT Hunter's injuries, each member of the Hunter Family has experienced severe mental anguish, emotional pain and suffering.

**The Jesse Infante Family**

905.    Staff Sergeant Jesse Infante served in Afghanistan as a member of the U.S. Army. On August 30, 2010, SSG Infante was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSG Infante died on August 30, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

906.    SSG Infante was a national of the United States at the time of the attack and his death.

907.    Plaintiff Jesus Infante is the father of SSG Infante.  He is a national of the United States.

908.    Plaintiff Jessica Infante is the sister of SSG Infante.  She is a national of the United States.

909.    Plaintiff Juan Infante is the brother of SSG Infante.  He is a national of the United States.

910.   As a result of the August 30, 2010 attack and SSG Infante's injuries and death, each member of the Infante Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Infante's society, companionship, and counsel.

**The Michael K. Ingram Jr. Family**

911.   Sergeant Michael K. Ingram Jr. served in Afghanistan as a member of the U.S. Army.  On April 17, 2010, SGT Ingram was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Ingram died on April 17, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

912.   SGT Ingram was a national of the United States at the time of the attack and his death.

913.   Plaintiff Michael K. Ingram Sr. is the father of SGT Ingram.  He is a national of the United States.

914.   Plaintiff Julie Ingram is the step-mother of SGT Ingram.  She is a national of the United States.  Julie Ingram lived in the same household as SGT Ingram for a substantial period of time and considered SGT Ingram the functional equivalent of a biological son.

915.   As a result of the April 17, 2010 attack and SGT Ingram's injuries and death, each member of the Ingram Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Ingram's society, companionship, and counsel.

**The Issac B. Jackson Family**

916.   Sergeant Issac B. Jackson served in Afghanistan as a member of the U.S. Army.  On October 27, 2009, SGT Jackson was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Jackson died on October 27, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

917.    SGT Jackson was a national of the United States at the time of the attack and his death.

918.    Plaintiff Christal A. Thomas-Kariker is the mother of SGT Jackson.  She is a national of the United States.

919.    Plaintiff Jeremy Jackson is the brother of SGT Jackson.  He is a national of the United States.

920.    Plaintiff Larry Jackson is the brother of SGT Jackson.  He is a national of the United States.

921.    Plaintiff Edward Kariker is the step-father of SGT Jackson.  He is a national of the United States.  Edward Kariker lived in the same household as SGT Jackson for a substantial period of time and considered SGT Jackson the functional equivalent of a biological son.

922.    As a result of the October 27, 2009 attack and SGT Jackson's injuries and death, each member of the Jackson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Jackson's society, companionship, and counsel.

**The Ryan P. Jayne Family**

923.    Specialist Ryan P. Jayne served in Afghanistan as a member of the U.S. Army Reserve.  On November 3, 2012, SPC Jayne was injured in an IED attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Paktia Province, Afghanistan.  SPC Jayne died on November 3, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

924.    SPC Jayne was a national of the United States at the time of the attack and his death.

925.    Plaintiff Paul Elmer Jayne is the father of SPC Jayne.  He is a national of the United States.

926.    Plaintiff Sherry A. Skeens is the mother of SPC Jayne.  She is a national of the United States.

927.    Plaintiff Adam Matthew Jayne is the brother of SPC Jayne.  He is a national of the United States.

928.    Plaintiff Garrett A. Skeens is the brother of SPC Jayne.  He is a national of the United States.

929.    Plaintiff Trent Lorne Skeens is the brother of SPC Jayne.  He is a national of the United States.

930.    Plaintiff Z.R.S., by and through her next friend Kent Alan Skeens, is the minor sister of SPC Jayne.  She is a national of the United States.

931.    Plaintiff Kent Alan Skeens is the step-father of SPC Jayne.  He is a national of the United States.  Kent Alan Skeens lived in the same household as SPC Jayne for a substantial period of time and considered SPC Jayne the functional equivalent of a biological son.

932.    As a result of the November 3, 2012 attack and SPC Jayne's injuries and death, each member of the Jayne Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Jayne's society, companionship, and counsel.

**The Joseph D. Johnson Family**

933.    Specialist Joseph D. Johnson served in Afghanistan as a member of the U.S. Army.  On June 16, 2010, SPC Johnson was injured in an IED attack committed by the Taliban in Kunduz Province, Afghanistan.  SPC Johnson died on June 16, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

934.    SPC Johnson was a national of the United States at the time of the attack and his death.

935.    Plaintiff Dennis Johnson is the father of SPC Johnson.  He is a national of the United States.

936.    Plaintiff Teri Johnson is the mother of SPC Johnson.  She is a national of the United States.

937.    As a result of the June 16, 2010 attack and SPC Johnson's injuries and death, each member of the Johnson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Johnson's society, companionship, and counsel.

**The Timothy L. Johnson Family**

938.    Specialist Timothy L. Johnson served in Afghanistan as a member of the U.S. Army.  On September 16, 2010, SPC Johnson was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SPC Johnson died on September 16, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

939.    SPC Johnson was a national of the United States at the time of the attack and his death.

940.    Plaintiff Cheryl Johnson is the mother of SPC Johnson.  She is a national of the United States.

941.    As a result of the September 16, 2010 attack and SPC Johnson's injuries and death, each member of the Johnson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Johnson's society, companionship, and counsel.

**The Ricky D. Jones Family**

942.    Sergeant Ricky D. Jones served in Afghanistan as a member of the U.S. Army. On June 21, 2009, SGT Jones was injured in a rocket attack committed by the Taliban in Parwan Province, Afghanistan.  SGT Jones died on June 21, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

943.    SGT Jones was a national of the United States at the time of the attack and his death.

944.    Plaintiff Fredda Lynn Jones is the widow of SGT Jones.  She is a national of the United States.

945.    Plaintiff J.J., by and through his next friend Fredda Lynn Jones, is the minor son of SGT Jones.  He is a national of the United States.

946.    Plaintiff Kenderrick Jones is the son of SGT Jones.  He is a national of the United States.

947.    Plaintiff I'Kemeyon Crow is the step-son of SGT Jones.  He is a national of the United States.  Plaintiff I'Kemeyon Crow lived in the same household as SGT Jones for a substantial period of time and considered SGT Jones the functional equivalent of a biological father.

948.    As a result of the June 21, 2009 attack and SGT Jones's injuries and death, each member of the Jones Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Jones's society, companionship, and counsel.

**The Manoharan "Paul" Kamaleson Family**

949.    Manoharan "Paul" Kamaleson served in Afghanistan as a civilian finance officer with First MicroFinance Bank.  On January 14, 2019, Mr. Kamaleson was injured in a suicide

bombing attack committed by the Kabul Attack Network in Kabul Province, Afghanistan. Mr. Kamaleson died on January 14, 2019 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

950. Mr. Kamaleson was a national of the United States at the time of the attack and his death.

951. Plaintiff Nicole Kamaleson is the widow of Mr. Kamaleson. She is a national of the United States.

952. Plaintiff Barclay Kamaleson is the son of Mr. Kamaleson. He is a national of the United States.

953. Plaintiff Cade Kamaleson is the son of Mr. Kamaleson. He is a national of the United States.

954. Plaintiff Cedric Paul Kamaleson is the son of Mr. Kamaleson. He is a national of the United States.

955. Plaintiff Sunderraj Mark Kamaleson is the brother of Mr. Kamaleson. He is a national of the United States.

956. As a result of the January 14, 2019 attack and Mr. Kamaleson's injuries and death, each member of the Kamaleson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Kamaleson's society, companionship, and counsel.

**The Hansen B. Kirkpatrick Family**

957. Private First Class Hansen B. Kirkpatrick served in Afghanistan as a member of the U.S. Army. On July 3, 2017, PFC Kirkpatrick was injured in an indirect fire attack committed by the Taliban in Helmand Province, Afghanistan. PFC Kirkpatrick died on July 3,

2017 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

958.    PFC Kirkpatrick was a national of the United States at the time of the attack and his death.

959.    Plaintiff Anngel Joy Norkist is the mother of PFC Kirkpatrick.  She is a national of the United States.

960.    Plaintiff Hart Norkist is the brother of PFC Kirkpatrick.  He is a national of the United States.

961.    Plaintiff Aujza Norkist is the sister of PFC Kirkpatrick.  She is a national of the United States.

962.    Plaintiff William Newnham is the step-father of PFC Kirkpatrick.  He is a national of the United States.  William Newnham lived in the same household as PFC Kirkpatrick for a substantial period of time and considered PFC Kirkpatrick the functional equivalent of a biological son.

963.    As a result of the July 3, 2017 attack and PFC Kirkpatrick's injuries and death, each member of the Kirkpatrick Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Kirkpatrick's society, companionship, and counsel.

**The Denis D. Kisseloff Family**

964.    Sergeant Denis D. Kisseloff served in Afghanistan as a member of the U.S. Army National Guard.  On May 14, 2010, SGT Kisseloff was injured in a rocket propelled grenade attack committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan. SGT Kisseloff died on May 14, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

965.    SGT Kisseloff was a national of the United States at the time of the attack and his death.

966.    Plaintiff Michael Kisseloff Sr. is the father of SGT Kisseloff.  He is a national of the United States.

967.    Plaintiff Milagros Kisseloff is the mother of SGT Kisseloff.  She is a national of the United States.

968.    As a result of the May 14, 2010 attack and SGT Kisseloff's injuries and death, each member of the Kisseloff Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Kisseloff's society, companionship, and counsel.

**Edward Klein**

969.    Plaintiff Major Edward Klein served in Afghanistan as a member of the U.S. Army.  On October 22, 2012, MAJ Klein was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded MAJ Klein, who lost both legs above the knee, his right arm, and three fingers on his left hand.  The attack constituted an extrajudicial killing.  As a result of the October 22, 2012 attack and his injuries, MAJ Klein has experienced severe physical and emotional pain and suffering.

970.    MAJ Klein was a national of the United States at the time of the attack, and remains one to this day.

**The Michael J. Knapp Family**

971.    Sergeant Michael J. Knapp served in Afghanistan as a member of the U.S. Army.  On May 18, 2012, SGT Knapp was injured in an indirect fire attack committed by the Taliban in Kunar Province, Afghanistan.  SGT Knapp died on May 18, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

972.    SGT Knapp was a national of the United States at the time of the attack and his death.

973.    Plaintiff Abby Knapp-Morris is the widow of SGT Knapp.  She is a national of the United States.

974.    Plaintiff K.K., by and through her next friend Abby Knapp-Morris, is the minor daughter of SGT Knapp.  She is a national of the United States.

975.    As a result of the May 18, 2012 attack and SGT Knapp's injuries and death, each member of the Knapp Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Knapp's society, companionship, and counsel.

**Brandon Korona**

976.    Plaintiff Sergeant Brandon Korona served in Afghanistan as a member of the U.S. Army.  On June 23, 2013, SGT Korona was injured in an IED attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Paktika Province, Afghanistan.  The attack severely wounded SGT Korona, who suffered from significant injuries to his left leg requiring a below knee amputation in 2017, a fractured right ankle, and a traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result of the June 23, 2013 attack and his injuries, SGT Korona has experienced severe physical and emotional pain and suffering.

977.    SGT Korona was a national of the United States at the time of the attack, and remains one to this day.

**The Patrick F. Kutschbach Family**

978.    Staff Sergeant Patrick F. Kutschbach served in Afghanistan as a member of the U.S. Army.  On November 10, 2007, SSG Kutschbach was injured in a rocket propelled grenade

attack committed by the Taliban in Kapisa Province, Afghanistan. SSG Kutschbach died on November 10, 2007 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

979.    SSG Kutschbach was a national of the United States at the time of the attack and his death.

980.    Plaintiff Ginger Kutschbach is the widow of SSG Kutschbach. She is a national of the United States.

981.    As a result of the November 10, 2007 attack and SSG Kutschbach's injuries and death, each member of the Kutschbach Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Kutschbach's society, companionship, and counsel.

**The Todd W. Lambka Family**

982.    First Lieutenant Todd W. Lambka served in Afghanistan as a member of the U.S. Army. On August 1, 2012, 1LT Lambka was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan. 1LT Lambka died on August 1, 2012 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

983.    1LT Lambka was a national of the United States at the time of the attack and his death.

984.    Plaintiff Brian Lambka is the father of 1LT Lambka. He is a national of the United States.

985.    As a result of the August 1, 2012 attack and 1LT Lambka's injuries and death, each member of the Lambka Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Lambka's society, companionship, and counsel.

**The Jason D. Landphair Family**

986.    Jason D. Landphair served in Afghanistan as a civilian government contractor working for Praetorian Standard Inc.  On January 29, 2015, Mr. Landphair was injured in an insider attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. Landphair died on January 29, 2015 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

987.    Mr. Landphair was a national of the United States at the time of the attack and his death.

988.    Plaintiff Natasha Buchanan is the widow of Mr. Landphair.  She is a national of the United States.

989.    Plaintiff Douglas A. Landphair is the father of Mr. Landphair.  He is a national of the United States.

990.    Plaintiff Jean S. Landphair is the mother of Mr. Landphair.  She is a national of the United States.

991.    Plaintiff Meredith Landphair is the sister of Mr. Landphair.  She is a national of the United States.

992.    As a result of the January 29, 2015 attack and Mr. Landphair's injuries and death, each member of the Landphair Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Landphair's society, companionship, and counsel.

**The Brandon J. Landrum Family**

993.    First Lieutenant Brandon J. Landrum served in Afghanistan as a member of the U.S. Army.  On May 4, 2013, 1LT Landrum was injured in an IED attack committed by the

Taliban in Kandahar Province, Afghanistan.  1LT Landrum died on May 4, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

994.    1LT Landrum was a national of the United States at the time of the attack and his death.

995.    Plaintiff Miranda Landrum is the widow of 1LT Landrum.  She is a national of the United States.

996.    Plaintiff B.R.L., by and through her next friend Miranda Landrum, is the minor daughter of 1LT Landrum.  She is a national of the United States.

997.    Plaintiff G.B.L., by and through his next friend Miranda Landrum, is the minor son of 1LT Landrum.  He is a national of the United States.

998.    Plaintiff James R. Landrum is the father of 1LT Landrum.  He is a national of the United States.

999.    Plaintiff Janet Landrum is the mother of 1LT Landrum.  She is a national of the United States.

1000.   As a result of the May 4, 2013 attack and 1LT Landrum's injuries and death, each member of the Landrum Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Landrum's society, companionship, and counsel.

**The Jacob C. Leicht Family**

1001.   Corporal Jacob C. Leicht served in Afghanistan as a member of the U.S. Marine Corps.  On May 27, 2010, Cpl Leicht was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Cpl Leicht died on May 27, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1002.   Cpl Leicht was a national of the United States at the time of the attack and his death.

1003.   Plaintiff Craig Leicht is the father of Cpl Leicht.  He is a national of the United States.

1004.   Plaintiff Shirly A. Leicht is the mother of Cpl Leicht.  She is a national of the United States.

1005.   Plaintiff Elizabeth C. Leicht is the sister of Cpl Leicht.  She is a national of the United States.

1006.   Plaintiff Jesse H. Leicht is the brother of Cpl Leicht.  He is a national of the United States.

1007.   Plaintiff Jonathan Leicht is the brother of Cpl Leicht.  He is a national of the United States.

1008.   Plaintiff Mary Rose Leicht is the sister of Cpl Leicht.  She is a national of the United States.

1009.   Plaintiff Sarah Grace Leicht is the sister of Cpl Leicht.  She is a national of the United States.

1010.   As a result of the May 27, 2010 attack and Cpl Leicht's injuries and death, each member of the Leicht Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Cpl Leicht's society, companionship, and counsel.

**The Eric N. Lembke Family**

1011.   Specialist Eric N. Lembke served in Afghanistan as a member of the U.S. Army. On October 23, 2009, SPC Lembke was injured in an IED attack committed by the Taliban in

Kandahar Province, Afghanistan.  SPC Lembke died on October 23, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1012.   SPC Lembke was a national of the United States at the time of the attack and his death.

1013.   Plaintiff Robert Roland Lembke is the brother of SPC Lembke.  He is a national of the United States.

1014.   As a result of the October 23, 2009 attack and SPC Lembke's injuries and death, each member of the Lembke Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Lembke's society, companionship, and counsel.

**The Jared Satoshi Lemon Family**

1015.   Plaintiff Sergeant Jared Satoshi Lemon served in Afghanistan as a member of the U.S. Army.  On April 11, 2010, SGT Lemon was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SGT Lemon, who suffered from a compound fracture of his right arm, requiring amputation, shrapnel injuries to his head and back, post traumatic stress disorder, and a traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result of the April 11, 2010 attack and his injuries, SGT Lemon has experienced severe physical and emotional pain and suffering.

1016.   SGT Lemon was a national of the United States at the time of the attack, and remains one to this day.

1017.   Plaintiff K.E.L., by and through her next friend Jared Satoshi Lemon, is the minor daughter of SGT Lemon.  She is a national of the United States.

1018.   Plaintiff Frank L. Lemon is the father of SGT Lemon.  He is a national of the United States.

1019.   Plaintiff Jackie L. Lemon is the mother of SGT Lemon.  She is a national of the United States.

1020.   Plaintiff Benjamin Lemon is the brother of SGT Lemon.  He is a national of the United States.

1021.   Plaintiff Matthew C. S. Lemon is the brother of SGT Lemon.  He is a national of the United States.

1022.   Plaintiff Nathan Kenji Lemon is the brother of SGT Lemon.  He is a national of the United States.

1023.   As a result of the April 11, 2010 attack and SGT Lemon's injuries, each member of the Lemon Family has experienced severe mental anguish, emotional pain and suffering.

**The Andrew R. Looney Family**

1024.   Sergeant Andrew R. Looney served in Afghanistan as a member of the U.S. Army.  On June 21, 2010, SGT Looney was injured in a suicide bombing attack committed by the Taliban in Kunar Province, Afghanistan.  SGT Looney died on June 21, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1025.   SGT Looney was a national of the United States at the time of the attack and his death.

1026.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1027.   Plaintiff Martha Looney is the mother of SGT Looney.  She is a national of the United States.

1028.   As a result of the June 21, 2010 attack and SGT Looney's injuries and death, each member of the Looney Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Looney's society, companionship, and counsel.

**The Russell E. Madden Family**

1029.   Specialist Russell E. Madden served in Afghanistan as a member of the U.S. Army.   On June 23, 2010, SPC Madden was injured in an indirect fire attack committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan.   SPC Madden died on June 23, 2010 as a result of injuries sustained during the attack.   The attack constituted an extrajudicial killing.

1030.   SPC Madden was a national of the United States at the time of the attack and his death.

1031.   Plaintiff Martin E. Madden is the father of SPC Madden.   He is a national of the United States.

1032.   Plaintiff Martin P. Madden is the brother of SPC Madden.   He is a national of the United States.

1033.   Plaintiff Lindsey R. Madden is the sister of SPC Madden.   She is a national of the United States.

1034.   Plaintiff Pamela J. Madden is the step-mother of SPC Madden.   She is a national of the United States.   Pamela J. Madden lived in the same household as SPC Madden for a substantial period of time and considered SPC Madden the functional equivalent of a biological son.

1035.   As a result of the June 23, 2010 attack and SPC Madden's injuries and death, each member of the Madden Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Madden's society, companionship, and counsel.

**The Kyle Malin Family**

1036.   Plaintiff Staff Sergeant Kyle Malin served in Afghanistan as a member of the U.S. Army.  On July 12, 2010, SSG Malin was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SSG Malin, who lost both his legs above the knee.  The attack constituted an extrajudicial killing.  As a result of the July 12, 2010 attack and his injuries, SSG Malin has experienced severe physical and emotional pain and suffering.

1037.   SSG Malin was a national of the United States at the time of the attack, and remains one to this day.

1038.   Plaintiff Alicia Malin is the wife of SSG Malin.  She is a national of the United States.

1039.   Plaintiff C.M., by and through his next friend Alicia Malin, is the minor son of SSG Malin.  He is a national of the United States.

1040.   Plaintiff K.M., by and through his next friend Alicia Malin, is the minor son of SSG Malin.  He is a national of the United States.

1041.   As a result of the July 12, 2010 attack and SSG Malin's injuries, each member of the Malin Family has experienced severe mental anguish, emotional pain and suffering.

**The Chase S. Marta Family**

1042.   Specialist Chase S. Marta served in Afghanistan as a member of the U.S. Army. On May 7, 2012, SPC Marta was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  SPC Marta died on May 7, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1043.   SPC Marta was a national of the United States at the time of the attack and his death.

1044.   Plaintiff Taylor Marta is the sister of SPC Marta.  She is a national of the United States.

1045.   As a result of the May 7, 2012 attack and SPC Marta's injuries and death, each member of the Marta Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Marta's society, companionship, and counsel.

**The Ethan J. Martin Family**

1046.   Corporal Ethan J. Martin served in Afghanistan as a member of the U.S. Army. On August 7, 2012, CPL Martin was injured in an insider attack committed by the Haqqani Network, a part of the Taliban, in Paktia Province, Afghanistan.  CPL Martin died on August 7, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1047.   CPL Martin was a national of the United States at the time of the attack and his death.

1048.   Plaintiff Kristie Surprenant is the mother of CPL Martin.  She is a national of the United States.

1049.   Plaintiff Bob Surprenant is the step-father of CPL Martin.  He is a national of the United States.  Bob Surprenant lived in the same household as CPL Martin for a substantial period of time and considered CPL Martin the functional equivalent of a biological son.

1050.   As a result of the August 7, 2012 attack and CPL Martin's injuries and death, each member of the Martin Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Martin's society, companionship, and counsel.

**The Wyatt J. Martin Family**

1051.   Specialist Wyatt J. Martin served in Afghanistan as a member of the U.S. Army. On December 12, 2014, SPC Martin was injured in a command wire-detonated IED attack committed by the Taliban in Parwan Province, Afghanistan.  SPC Martin died on December 12, 2014 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1052.   SPC Martin was a national of the United States at the time of the attack and his death.

1053.   Plaintiff Brian M. Martin is the father of SPC Martin.  He is a national of the United States.

1054.   Plaintiff Julie K. Martin is the mother of SPC Martin.  She is a national of the United States.

1055.   Plaintiff Catherine G. Martin is the sister of SPC Martin.  She is a national of the United States.

1056.   Plaintiff Elizabeth A. Martin is the sister of SPC Martin.  She is a national of the United States.

1057.   As a result of the December 12, 2014 attack and SPC Martin's injuries and death, each member of the Martin Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Martin's society, companionship, and counsel.

**The Chauncy R. Mays Family**

1058.   Staff Sergeant Chauncy R. Mays served in Afghanistan as a member of the U.S. Army.  On February 28, 2011, SSG Mays was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SSG Mays died on

February 28, 2011 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1059. SSG Mays was a national of the United States at the time of the attack and his death.

1060. Plaintiff Thomas Pierce Mays is the father of SSG Mays. He is a national of the United States.

1061. Plaintiff Alyson Overman Rodgers is the mother of SSG Mays. She is a national of the United States.

1062. Plaintiff Cody Cheyenne Mays is the brother of SSG Mays. He is a national of the United States.

1063. Plaintiff Tammy Renee Mays is the step-mother of SSG Mays. She is a national of the United States. Tammy Renee Mays lived in the same household as SSG Mays for a substantial period of time and considered SSG Mays the functional equivalent of a biological son.

1064. As a result of the February 28, 2011 attack and SSG Mays's injuries and death, each member of the Mays Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Mays's society, companionship, and counsel.

**The Chester J. McBride III Family**

1065. Staff Sergeant Chester J. McBride III served in Afghanistan as a member of the U.S. Air Force. On December 21, 2015, SSgt McBride was injured in a suicide bombing attack committed by the Taliban in Parwan Province, Afghanistan. SSgt McBride died on December 21, 2015 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1066.   SSgt McBride was a national of the United States at the time of the attack and his death.

1067.   Plaintiff Annie L. McBride is the mother of SSgt McBride.  She is a national of the United States.

1068.   Plaintiff Chester R. McBride Sr. is the father of SSgt McBride.  He is a national of the United States.

1069.   As a result of the December 21, 2015 attack and SSgt McBride's injuries and death, each member of the McBride Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt McBride's society, companionship, and counsel.

**The Matthew Q. McClintock Family**

1070.   Sergeant First Class Matthew Q. McClintock served in Afghanistan as a member of the U.S. Army National Guard.  On January 5, 2016, SFC McClintock was injured in a complex attack involving small arms fire committed by the Taliban in Helmand Province, Afghanistan.  SFC McClintock died on January 5, 2016 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1071.   SFC McClintock was a national of the United States at the time of the attack and his death.

1072.   Plaintiff Joyce Patricia Paulsen is the mother of SFC McClintock.  She is a national of the United States.

1073.   [Plaintiff dismissed claims.  *See* Dkt. 81.]

1074.   As a result of the January 5, 2016 attack and SFC McClintock's injuries and death, each member of the McClintock Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC McClintock's society, companionship, and counsel.

**The Mecolus C. McDaniel Family**

1075.   Staff Sergeant Mecolus C. McDaniel served in Afghanistan as a member of the U.S. Army.  On March 19, 2011, SSG McDaniel was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  SSG McDaniel died on March 19, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1076.   SSG McDaniel was a national of the United States at the time of the attack and his death.

1077.   Plaintiff Sonja McDaniel is the widow of SSG McDaniel.  She is a national of the United States.

1078.   Plaintiff Matthew McDaniel is the son of SSG McDaniel.  He is a national of the United States.

1079.   Plaintiff Charlette Gilbert is the step-daughter of SSG McDaniel.  She is a national of the United States.  Charlette Gilbert lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father.

1080.   Plaintiff Charmaine Renee Gilbert is the step-daughter of SSG McDaniel.  She is a national of the United States.  Charmaine Renee Gilbert lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father.

1081.   Plaintiff Jordan Gilbert is the step-son of SSG McDaniel.  He is a national of the United States.  Jordan Gilbert lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father.

1082.   Plaintiff Jasmine Thomas is the step-daughter of SSG McDaniel.  She is a national of the United States.  Jasmine Thomas lived in the same household as SSG McDaniel for a substantial period of time and considered SSG McDaniel the functional equivalent of a biological father.

1083.   As a result of the March 19, 2011 attack and SSG McDaniel's injuries and death, each member of the McDaniel Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG McDaniel's society, companionship, and counsel.

**The Richard P. McEvoy Family**

1084.   Richard P. McEvoy served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On August 22, 2015, Mr. McEvoy was injured in a suicide bombing attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. McEvoy died on August 22, 2015 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1085.   Mr. McEvoy was a national of the United States at the time of the attack and his death.

1086.   Plaintiff Kathleen McEvoy is the widow of Mr. McEvoy.  She is a national of the United States.

1087.   Plaintiff Michelle Rose McEvoy is the daughter of Mr. McEvoy.  She is a national of the United States.

1088.   Plaintiff Patrick Charles McEvoy is the son of Mr. McEvoy.  He is a national of the United States.

1089.   Plaintiff Janice H. Proctor is the mother of Mr. McEvoy.  She is a national of the United States.

1090.   As a result of the August 22, 2015 attack and Mr. McEvoy's injuries and death, each member of the McEvoy Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. McEvoy's society, companionship, and counsel.

**The Thomas P. McGee Family**

1091.   Sergeant Thomas P. McGee served in Afghanistan as a member of the U.S. Army. On July 6, 2007, SGT McGee was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  SGT McGee died on July 6, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1092.   SGT McGee was a national of the United States at the time of the attack and his death.

1093.   Plaintiff Sylvia McGee is the mother of SGT McGee.  She is a national of the United States.

1094.   Plaintiff Thomas McGee is the father of SGT McGee.  He is a national of the United States.

1095.   Plaintiff Corey McGee is the brother of SGT McGee.  He is a national of the United States.

1096.   As a result of the July 6, 2007 attack and SGT McGee's injuries and death, each member of the McGee Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT McGee's society, companionship, and counsel.

**The Jason A. McLeod Family**

1097.   Sergeant Jason A. McLeod served in Afghanistan as a member of the U.S. Army. On November 23, 2009, SGT McLeod was injured in a mortar attack committed by the Taliban

in Kandahar Province, Afghanistan.  SGT McLeod died on November 23, 2009 as a result of

injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1098.   SGT McLeod was a national of the United States at the time of the attack and his

death.

1099.   Plaintiff Aimee Wood is the widow of SGT McLeod.  She is a national of the

United States.

1100.   Plaintiff J.M., by and through her next friend Aimee Wood, is the minor daughter

of SGT McLeod.  She is a national of the United States.

1101.   Plaintiff Barbara Hanke is the mother of SGT McLeod.  She is a national of the

United States.

1102.   Plaintiff Gregory McLeod is the father of SGT McLeod.  He is a national of the

United States.

1103.   Plaintiff Jacqueline McLeod is the sister of SGT McLeod.  She is a national of the

United States.

1104.   Plaintiff Justin McLeod is the brother of SGT McLeod.  He is a national of the

United States.

1105.   As a result of the November 23, 2009 attack and SGT McLeod's injuries and

death, each member of the McLeod Family has experienced severe mental anguish, emotional

pain and suffering, and the loss of SGT McLeod's society, companionship, and counsel.

**The Richard L. McNulty III Family**

1106.   Private First Class Richard L. McNulty III served in Afghanistan as a member of

the U.S. Army.  On May 13, 2012, PFC McNulty was injured in an IED attack committed by the

Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  PFC McNulty died on

May 13, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1107.   PFC McNulty was a national of the United States at the time of the attack and his death.

1108.   Plaintiff Shannon K. McNulty is the sister of PFC McNulty.  She is a national of the United States.

1109.   As a result of the May 13, 2012 attack and PFC McNulty's injuries and death, each member of the McNulty Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC McNulty's society, companionship, and counsel.

**The Dale W. Means Family**

1110.   Lance Corporal Dale W. Means served in Afghanistan as a member of the U.S. Marine Corps.  On November 18, 2012, LCpl Means was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Means died on November 18, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1111.   LCpl Means was a national of the United States at the time of the attack and his death.

1112.   Plaintiff John Means is the father of LCpl Means.  He is a national of the United States.

1113.   As a result of the November 18, 2012 attack and LCpl Means's injuries and death, each member of the Means Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Means's society, companionship, and counsel.

**Nicholas D. Mendes**

1114.   Plaintiff Sergeant Nicholas D. Mendes served in Afghanistan as a member of the U.S. Army.  On April 30, 2011, SGT Mendes was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SGT Mendes, who was paralyzed from neck down.  The attack constituted an extrajudicial killing.  As a result of the April 30, 2011 attack and his injuries, SGT Mendes has experienced severe physical and emotional pain and suffering.

1115.   SGT Mendes was a national of the United States at the time of the attack, and remains one to this day.

**The Jonathan M. Metzger Family**

1116.   Staff Sergeant Jonathan M. Metzger served in Afghanistan as a member of the U.S. Army National Guard.  On January 6, 2012, SSG Metzger was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SSG Metzger died on January 6, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1117.   SSG Metzger was a national of the United States at the time of the attack and his death.

1118.   Plaintiff Jeremy J. Metzger is the brother of SSG Metzger.  He is a national of the United States.

1119.   As a result of the January 6, 2012 attack and SSG Metzger's injuries and death, each member of the Metzger Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Metzger's society, companionship, and counsel.

**The Paul J. Miller Family**

1120.   Corporal Paul J. Miller served in Afghanistan as a member of the U.S. Marine Corps.  On July 19, 2010, Cpl Miller was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Cpl Miller died on July 19, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1121.   Cpl Miller was a national of the United States at the time of the attack and his death.

1122.   Plaintiff Sarah Beth Miller Morgan is the widow of Cpl Miller.  She is a national of the United States.

1123.   As a result of the July 19, 2010 attack and Cpl Miller's injuries and death, each member of the Miller Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Cpl Miller's society, companionship, and counsel.

**The Shaun M. Mittler Family**

1124.   Staff Sergeant Shaun M. Mittler served in Afghanistan as a member of the U.S. Army.  On July 10, 2010, SSG Mittler was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban in Kunar Province, Afghanistan.  SSG Mittler died on July 10, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1125.   SSG Mittler was a national of the United States at the time of the attack and his death.

1126.   Plaintiff Terry Mittler is the father of SSG Mittler.  He is a national of the United States.

1127.   As a result of the July 10, 2010 attack and SSG Mittler's injuries and death, each member of the Mittler Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Mittler's society, companionship, and counsel.

**The Conrad A. Mora Family**

1128.   Staff Sergeant Conrad A. Mora served in Afghanistan as a member of the U.S. Army.  On July 24, 2010, SSG Mora was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SSG Mora died on July 24, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1129.   SSG Mora was a national of the United States at the time of the attack and his death.

1130.   Plaintiff Carmelita D. Fernando is the mother of SSG Mora.  She is a national of the United States.

1131.   As a result of the July 24, 2010 attack and SSG Mora's injuries and death, each member of the Mora Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Mora's society, companionship, and counsel.

**The Travis A. Morgado Family**

1132.   Second Lieutenant Travis A. Morgado served in Afghanistan as a member of the U.S. Army.  On May 23, 2012, 2LT Morgado was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  2LT Morgado died on May 23, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1133.   2LT Morgado was a national of the United States at the time of the attack and his death.

1134.   Plaintiff Andrea Kessler is the mother of 2LT Morgado.  She is a national of the United States.

1135.   Plaintiff Jose Alberto Morgado is the father of 2LT Morgado.  He is a national of the United States.

1136.   Plaintiff Eric Morgado is the brother of 2LT Morgado.  He is a national of the United States.

1137.   As a result of the May 23, 2012 attack and 2LT Morgado's injuries and death, each member of the Morgado Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 2LT Morgado's society, companionship, and counsel.

**The Donald S. Morrison Family**

1138.   Specialist Donald S. Morrison served in Afghanistan as a member of the U.S. Army.  On September 26, 2010, SPC Morrison was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Morrison died on September 26, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1139.   SPC Morrison was a national of the United States at the time of the attack and his death.

1140.   Plaintiff Susan Morrison is the mother of SPC Morrison.  She is a national of the United States.

1141.   As a result of the September 26, 2010 attack and SPC Morrison's injuries and death, each member of the Morrison Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Morrison's society, companionship, and counsel.

**The Sean W. Mullen Family**

1142.   Warrant Officer Sean W. Mullen served in Afghanistan as a member of the U.S. Army.  On June 2, 2013, WO1 Mullen was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  WO1 Mullen died on June 2, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1143.   WO1 Mullen was a national of the United States at the time of the attack and his death.

1144.   Plaintiff Miriam A. Mullen is the mother of WO1 Mullen.  She is a national of the United States.

1145.   Plaintiff William J. Mullen is the father of WO1 Mullen.  He is a national of the United States.

1146.   As a result of the June 2, 2013 attack and WO1 Mullen's injuries and death, each member of the Mullen Family has experienced severe mental anguish, emotional pain and suffering, and the loss of WO1 Mullen's society, companionship, and counsel.

**The Brandon S. Mullins Family**

1147.   Specialist Brandon S. Mullins served in Afghanistan as a member of the U.S. Army.  On August 25, 2011, SPC Mullins was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Mullins died on August 25, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1148.   SPC Mullins was a national of the United States at the time of the attack and his death.

1149.   Plaintiff Catherine Mullins is the mother of SPC Mullins.  She is a national of the United States.

1150.   Plaintiff Thomas Mullins is the father of SPC Mullins.  He is a national of the United States.

1151.   Plaintiff Bethany Rose Mullins Randall is the sister of SPC Mullins.  She is a national of the United States.

1152.   As a result of the August 25, 2011 attack and SPC Mullins's injuries and death, each member of the Mullins Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Mullins's society, companionship, and counsel.

**The Thomas Paige Murach Family**

1153.   Specialist Thomas Paige Murach served in Afghanistan as a member of the U.S. Army.  On May 4, 2013, SPC Murach was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Murach died on May 4, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1154.   SPC Murach was a national of the United States at the time of the attack and his death.

1155.   Plaintiff Chet Murach is the father of SPC Murach.  He is a national of the United States.

1156.   Plaintiff William Anthony Murach is the brother of SPC Murach.  He is a national of the United States.

1157.   As a result of the May 4, 2013 attack and SPC Murach's injuries and death, each member of the Murach Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Murach's society, companionship, and counsel.

**The Christopher R. Newman Family**

1158.   Staff Sergeant Christopher R. Newman served in Afghanistan as a member of the U.S. Army.  On October 29, 2011, SSG Newman was injured in a suicide bombing attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  SSG Newman died on October 29, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1159.   SSG Newman was a national of the United States at the time of the attack and his death.

1160.   Plaintiff Amanda Newman is the widow of SSG Newman.  She is a national of the United States.

1161.   [Plaintiff dismissed claims.  *See* Dkt. 81.]

1162.   As a result of the October 29, 2011 attack and SSG Newman's injuries and death, each member of the Newman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Newman's society, companionship, and counsel.

**The Jamie S. Nicholas Family**

1163.   Sergeant First Class Jamie S. Nicholas served in Afghanistan as a member of the U.S. Army.  On September 29, 2008, SFC Nicholas was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SFC Nicholas died on September 29, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1164.   SFC Nicholas was a national of the United States at the time of the attack and his death.

1165.   Plaintiff Michelle M. Nicholas is the widow of SFC Nicholas.  She is a national of the United States.

1166.   As a result of the September 29, 2008 attack and SFC Nicholas's injuries and death, each member of the Nicholas Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Nicholas's society, companionship, and counsel.

**The Bryan J. Nichols Family**

1167.   Chief Warrant Officer 2 Bryan J. Nichols served in Afghanistan as a member of the U.S. Army Reserve.  On August 6, 2011, CW2 Nichols was injured in an attack on a helicopter committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  CW2 Nichols died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1168.   CW2 Nichols was a national of the United States at the time of the attack and his death.

1169.   Plaintiff Cynthia Nichols is the mother of CW2 Nichols.  She is a national of the United States.

1170.   Plaintiff Douglas Nichols is the father of CW2 Nichols.  He is a national of the United States.

1171.   Plaintiff Brandon Nichols is the brother of CW2 Nichols.  He is a national of the United States.

1172.   As a result of the August 6, 2011 attack and CW2 Nichols's injuries and death, each member of the Nichols Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CW2 Nichols's society, companionship, and counsel.

**The Donald L. Nichols Family**

1173.   Specialist Donald L. Nichols served in Afghanistan as a member of the U.S. Army National Guard.  On April 13, 2011, SPC Nichols was injured in an IED attack committed

by the Taliban in Laghman Province, Afghanistan.  SPC Nichols died on April 13, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1174.   SPC Nichols was a national of the United States at the time of the attack and his death.

1175.   Plaintiff Becky S. Poock is the mother of SPC Nichols.  She is a national of the United States.

1176.   Plaintiff Roger Poock is the step-father of SPC Nichols.  He is a national of the United States.  Roger Poock lived in the same household as SPC Nichols for a substantial period of time and considered SPC Nichols the functional equivalent of a biological son.

1177.   As a result of the April 13, 2011 attack and SPC Nichols's injuries and death, each member of the Nichols Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Nichols's society, companionship, and counsel.

**The Andrew C. Nicol Family**

1178.   Sergeant Andrew C. Nicol served in Afghanistan as a member of the U.S. Army.  On August 8, 2010, SGT Nicol was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Nicol died on August 8, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1179.   SGT Nicol was a national of the United States at the time of the attack and his death.

1180.   Plaintiff Patricia A. Nicol is the mother of SGT Nicol.  She is a national of the United States.

1181.   Plaintiff Roland N. Nicol is the father of SGT Nicol.  He is a national of the United States.

1182.   Plaintiff Alaina Nicol is the sister of SGT Nicol.  She is a national of the United States.

1183.   Plaintiff Roland J. Nicol is the brother of SGT Nicol.  He is a national of the United States.

1184.   As a result of the August 8, 2010 attack and SGT Nicol's injuries and death, each member of the Nicol Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Nicol's society, companionship, and counsel.

**The Rafael A. Nieves Jr. Family**

1185.   Specialist Rafael A. Nieves Jr. served in Afghanistan as a member of the U.S. Army.  On July 10, 2011, SPC Nieves was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  SPC Nieves died on July 10, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1186.   SPC Nieves was a national of the United States at the time of the attack and his death.

1187.   Plaintiff Thomas Priolo is the foster-father of SPC Nieves.  He is a national of the United States.  Thomas Priolo lived in the same household as SPC Nieves for a substantial period of time and considered SPC Nieves the functional equivalent of a biological son.

1188.   As a result of the July 10, 2011 attack and SPC Nieves's injuries and death, each member of the Nieves Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Nieves's society, companionship, and counsel.

**The Adam J. Novak Family**

1189.   Private Adam J. Novak served in Afghanistan as a member of the U.S. Army.  On August 27, 2010, PVT Novak was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktia Province, Afghanistan.  PVT Novak died on August 27, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1190.   PVT Novak was a national of the United States at the time of the attack and his death.

1191.   Plaintiff Susan Novak is the mother of PVT Novak.  She is a national of the United States.

1192.   As a result of the August 27, 2010 attack and PVT Novak's injuries and death, each member of the Novak Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PVT Novak's society, companionship, and counsel.

**The Tanner J. O'Leary Family**

1193.   Corporal Tanner J. O'Leary served in Afghanistan as a member of the U.S. Army.  On December 9, 2007, CPL O'Leary was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  CPL O'Leary died on December 9, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1194.   CPL O'Leary was a national of the United States at the time of the attack and his death.

1195.   Plaintiff Carmen Louise O'Leary is the mother of CPL O'Leary.  She is a national of the United States.

1196.   As a result of the December 9, 2007 attack and CPL O'Leary's injuries and death, each member of the O'Leary Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL O'Leary's society, companionship, and counsel.

**The Kyle B. Osborn Family**

1197.   Sergeant Kyle B. Osborn served in Afghanistan as a member of the U.S. Army. On September 13, 2012, SGT Osborn was injured in a rocket propelled grenade attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan. SGT Osborn died on September 13, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1198.   SGT Osborn was a national of the United States at the time of the attack and his death.

1199.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1200.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1201.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1202.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1203.   As a result of the September 13, 2012 attack and SGT Osborn's injuries and death, each member of the Osborn Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Osborn's society, companionship, and counsel.

**The Nicholas S. Ott Family**

1204.   Corporal Nicholas S. Ott served in Afghanistan as a member of the U.S. Marine Corps.  On August 10, 2011, Cpl Ott was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Cpl Ott died on August 10, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1205.   Cpl Ott was a national of the United States at the time of the attack and his death.

1206.   Plaintiff Julia Ott is the sister of Cpl Ott.  She is a national of the United States.

1207.   As a result of the August 10, 2011 attack and Cpl Ott's injuries and death, each member of the Ott Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Cpl Ott's society, companionship, and counsel.

## The Mark C. Palmateer Family

1208.   Sergeant Mark C. Palmateer served in Afghanistan as a member of the U.S. Army National Guard.  On June 26, 2008, SGT Palmateer was injured in a complex attack involving IEDs, small arms fire, and rocket propelled grenades committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan.  SGT Palmateer died on June 26, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1209.   SGT Palmateer was a national of the United States at the time of the attack and his death.

1210.   Plaintiff Christopher Alexander Palmateer is the brother of SGT Palmateer.  He is a national of the United States.

1211.   Plaintiff Marjorie Vail is the sister of SGT Palmateer.  She is a national of the United States.

1212.   As a result of the June 26, 2008 attack and SGT Palmateer's injuries and death, each member of the Palmateer Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Palmateer's society, companionship, and counsel.

## The Isaac Palomarez Family

1213.   Sergeant Isaac Palomarez served in Afghanistan as a member of the U.S. Army. On May 9, 2008, SGT Palomarez was injured in an IED attack committed by the Taliban in

Kapisa Province, Afghanistan.  SGT Palomarez died on May 9, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1214.   SGT Palomarez was a national of the United States at the time of the attack and his death.

1215.   Plaintiff Elma Garza Palomarez is the mother of SGT Palomarez.  She is a national of the United States.

1216.   Plaintiff Candido Palomarez III is the brother of SGT Palomarez.  He is a national of the United States.

1217.   Plaintiff Omar Palomarez is the brother of SGT Palomarez.  He is a national of the United States.

1218.   Plaintiff Rene Palomarez is the brother of SGT Palomarez.  He is a national of the United States.

1219.   As a result of the May 9, 2008 attack and SGT Palomarez's injuries and death, each member of the Palomarez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Palomarez's society, companionship, and counsel.

**The Jason R. Parsons Family**

1220.   Sergeant Jason R. Parsons served in Afghanistan as a member of the U.S. Army.  On January 9, 2009, SGT Parsons was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SGT Parsons died on January 9, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1221.   SGT Parsons was a national of the United States at the time of the attack and his death.

1222.   Plaintiff Garland Parsons is the father of SGT Parsons.  He is a national of the United States.

1223.   Plaintiff Cathy Parsons is the step-mother of SGT Parsons.  She is a national of the United States.  Cathy Parsons lived in the same household as SGT Parsons for a substantial period of time and considered SGT Parsons the functional equivalent of a biological son.

1224.   As a result of the January 9, 2009 attack and SGT Parsons's injuries and death, each member of the Parsons Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Parsons's society, companionship, and counsel.

**The Justin R. Pellerin Family**

1225.   Specialist Justin R. Pellerin served in Afghanistan as a member of the U.S. Army. On August 20, 2009, SPC Pellerin was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SPC Pellerin died on August 20, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1226.   SPC Pellerin was a national of the United States at the time of the attack and his death.

1227.   Plaintiff Chelsey Pellerin is the widow of SPC Pellerin.  She is a national of the United States.

1228.   As a result of the August 20, 2009 attack and SPC Pellerin's injuries and death, each member of the Pellerin Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Pellerin's society, companionship, and counsel.

**The Joseph Michael Peters Family**

1229.   Sergeant Joseph Michael Peters served in Afghanistan as a member of the U.S. Army.  On October 6, 2013, SGT Peters was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Peters died on October 6, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1230.   SGT Peters was a national of the United States at the time of the attack and his death.

1231.   Plaintiff Ashley Peters is the widow of SGT Peters.  She is a national of the United States.

1232.   Plaintiff G.R.P., by and through his next friend Ashley Peters, is the minor son of SGT Peters.  He is a national of the United States.

1233.   Plaintiff Deborah Jean Peters is the mother of SGT Peters.  She is a national of the United States.

1234.   Plaintiff Dennis W. Peters is the father of SGT Peters.  He is a national of the United States.

1235.   As a result of the October 6, 2013 attack and SGT Peters's injuries and death, each member of the Peters Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Peters's society, companionship, and counsel.

**The Francis G. Phillips IV Family**

1236.   Staff Sergeant Francis G. Phillips IV served in Afghanistan as a member of the U.S. Army.  On May 4, 2013, SSG Phillips was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SSG Phillips died on May 4, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1237.   SSG Phillips was a national of the United States at the time of the attack and his death.

1238.   Plaintiff Christine H. Phillips is the widow of SSG Phillips.  She is a national of the United States.

1239.   Plaintiff S.N.P., by and through her next friend Christine H. Phillips, is the minor daughter of SSG Phillips.  She is a national of the United States.

1240.   As a result of the May 4, 2013 attack and SSG Phillips's injuries and death, each member of the Phillips Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Phillips's society, companionship, and counsel.

**The Jared C. Plunk Family**

1241.   Specialist Jared C. Plunk served in Afghanistan as a member of the U.S. Army. On June 25, 2010, SPC Plunk was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban in Kunar Province, Afghanistan.  SPC Plunk died on June 25, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1242.   SPC Plunk was a national of the United States at the time of the attack and his death.

1243.   Plaintiff Glenda Willard is the mother of SPC Plunk.  She is a national of the United States.

1244.   Plaintiff Ranee Massoni is the sister of SPC Plunk.  She is a national of the United States.

1245.   Plaintiff Jordan Plunk is the brother of SPC Plunk.  He is a national of the United States.

1246.   Plaintiff Justin T. Plunk is the brother of SPC Plunk.  He is a national of the United States.

1247.   As a result of the June 25, 2010 attack and SPC Plunk's injuries and death, each member of the Plunk Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Plunk's society, companionship, and counsel.

**The Matthew C. Powell Family**

1248.   Specialist Matthew C. Powell served in Afghanistan as a member of the U.S. Army.  On October 12, 2010, SPC Powell was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Powell died on October 12, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1249.   SPC Powell was a national of the United States at the time of the attack and his death.

1250.   Plaintiff Janie Rabalais Goncalves is the mother of SPC Powell.  She is a national of the United States.

1251.   As a result of the October 12, 2010 attack and SPC Powell's injuries and death, each member of the Powell Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Powell's society, companionship, and counsel.

**The Brandon Joseph Prescott Family**

1252.   Specialist Brandon Joseph Prescott served in Afghanistan as a member of the U.S. Army.  On May 4, 2013, SPC Prescott was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Prescott died on May 4, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1253.   SPC Prescott was a national of the United States at the time of the attack and his death.

1254.   Plaintiff Aaron William Prescott is the brother of SPC Prescott.  He is a national of the United States.

1255.   Plaintiff Jacob Richard Prescott is the brother of SPC Prescott.  He is a national of the United States.

1256.   Plaintiff Joshua Michael Prescott is the brother of SPC Prescott.  He is a national of the United States.

1257.   As a result of the May 4, 2013 attack and SPC Prescott's injuries and death, each member of the Prescott Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Prescott's society, companionship, and counsel.

**The Matthew A. Pucino Family**

1258.   Staff Sergeant Matthew A. Pucino served in Afghanistan as a member of the U.S. Army National Guard.  On November 23, 2009, SSG Pucino was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SSG Pucino died on November 23, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1259.   SSG Pucino was a national of the United States at the time of the attack and his death.

1260.   Plaintiff Albert W. Pucino Jr. is the father of SSG Pucino.  He is a national of the United States.

1261.   Plaintiff Kathryn M. Pucino is the mother of SSG Pucino.  She is a national of the United States.

1262.   Plaintiff Lisa M. Haglof is the sister of SSG Pucino.  She is a national of the United States.

1263.   Plaintiff Melissa A. Pucino is the sister of SSG Pucino.  She is a national of the United States.

1264.   As a result of the November 23, 2009 attack and SSG Pucino's injuries and death, each member of the Pucino Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Pucino's society, companionship, and counsel.

**The Lucas Todd Pyeatt Family**

1265.   Corporal Lucas Todd Pyeatt served in Afghanistan as a member of the U.S. Marine Corps.  On February 5, 2011, Cpl Pyeatt was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Cpl Pyeatt died on February 5, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1266.   Cpl Pyeatt was a national of the United States at the time of the attack and his death.

1267.   Plaintiff Cynthia L. Pyeatt is the mother of Cpl Pyeatt.  She is a national of the United States.

1268.   Plaintiff Lon Scott Pyeatt is the father of Cpl Pyeatt.  He is a national of the United States.

1269.   Plaintiff Emily Smalley is the sister of Cpl Pyeatt.  She is a national of the United States.

1270.   As a result of the February 5, 2011 attack and Cpl Pyeatt's injuries and death, each member of the Pyeatt Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Cpl Pyeatt's society, companionship, and counsel.

**The Christopher K. Raible Family**

1271.   Lieutenant Colonel Christopher K. Raible served in Afghanistan as a member of the U.S. Marine Corps.  On September 15, 2012, LtCol Raible was injured in an insider attack committed by the Taliban in Helmand Province, Afghanistan.  LtCol Raible died on September 15, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1272.   LtCol Raible was a national of the United States at the time of the attack and his death.

1273.   Plaintiff Lona L. Gambone is the sister of LtCol Raible.  She is a national of the United States.

1274.   As a result of the September 15, 2012 attack and LtCol Raible's injuries and death, each member of the Raible Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LtCol Raible's society, companionship, and counsel.

**The Pruitt A. Rainey Family**

1275.   Corporal Pruitt A. Rainey served in Afghanistan as a member of the U.S. Army. On July 13, 2008, CPL Rainey was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban and al-Qaeda, a designated FTO at the time of the attack, in Nuristan Province, Afghanistan.  CPL Rainey died on July 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1276.   CPL Rainey was a national of the United States at the time of the attack and his death.

1277.   Plaintiff Renda Riggins is the mother of CPL Rainey.  She is a national of the United States.

1278.   As a result of the July 13, 2008 attack and CPL Rainey's injuries and death, each member of the Rainey Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Rainey's society, companionship, and counsel.

**The Thomas A. Ratzlaff Family**

1279.   Senior Chief Petty Officer (SEAL) Thomas A. Ratzlaff served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, CPO (SEAL) Ratzlaff was injured in an attack on a helicopter committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  CPO (SEAL) Ratzlaff died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1280.   CPO (SEAL) Ratzlaff was a national of the United States at the time of the attack and his death.

1281.   Plaintiff Andrea N. Ratzlaff is the widow of CPO (SEAL) Ratzlaff.  She is a national of the United States.

1282.   As a result of the August 6, 2011 attack and CPO (SEAL) Ratzlaff's injuries and death, each member of the Ratzlaff Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPO (SEAL) Ratzlaff's society, companionship, and counsel.

**The Jesse D. Reed Family**

1283.   Specialist Jesse D. Reed served in Afghanistan as a member of the U.S. Army.  On July 14, 2010, SPC Reed was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SPC Reed died on July 14, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1284.   SPC Reed was a national of the United States at the time of the attack and his death.

1285.   Plaintiff Heather L. Reed is the widow of SPC Reed.  She is a national of the United States.

1286.   Plaintiff David Reed is the father of SPC Reed.  He is a national of the United States.

1287.   Plaintiff Dolores A. Reed is the mother of SPC Reed.  She is a national of the United States.

1288.   As a result of the July 14, 2010 attack and SPC Reed's injuries and death, each member of the Reed Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Reed's society, companionship, and counsel.

**The Chad R. Regelin Family**

1289.   Petty Officer First Class Chad R. Regelin served in Afghanistan as a member of the U.S. Navy.  On January 2, 2012, PO1 Regelin was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  PO1 Regelin died on January 2, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1290.   PO1 Regelin was a national of the United States at the time of the attack and his death.

1291.   Plaintiff Scott Regelin is the father of PO1 Regelin.  He is a national of the United States.

1292.   Plaintiff Shirene Regelin is the mother of PO1 Regelin.  She is a national of the United States.

1293.   As a result of the January 2, 2012 attack and PO1 Regelin's injuries and death, each member of the Regelin Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PO1 Regelin's society, companionship, and counsel.

**The Marc A. Retmier Family**

1294.   Hospitalman Marc A. Retmier served in Afghanistan as a member of the U.S. Navy.  On June 18, 2008, HM Retmier was injured in a rocket attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan.  HM Retmier died on June 18, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1295.   HM Retmier was a national of the United States at the time of the attack and his death.

1296.   Plaintiff Joy L. Retmier is the mother of HM Retmier.  She is a national of the United States.

1297.   Plaintiff Steven C. Retmier is the father of HM Retmier.  He is a national of the United States.

1298.   Plaintiff Mason D. Retmier is the brother of HM Retmier.  He is a national of the United States.

1299.   Plaintiff Matthew S. Retmier is the brother of HM Retmier.  He is a national of the United States.

1300.   As a result of the June 18, 2008 attack and HM Retmier's injuries and death, each member of the Retmier Family has experienced severe mental anguish, emotional pain and suffering, and the loss of HM Retmier's society, companionship, and counsel.

**The Joseph A. Richardson Family**

1301.   Sergeant Joseph A. Richardson served in Afghanistan as a member of the U.S. Army.  On November 16, 2012, SGT Richardson was injured in a complex attack involving an IED and small arms fire committed by the Haqqani Network, a designated FTO at the time of the

attack and part of the Taliban, in Paktika Province, Afghanistan.  SGT Richardson died on

November 16, 2012 as a result of injuries sustained during the attack.  The attack constituted an

extrajudicial killing.

1302.   SGT Richardson was a national of the United States at the time of the attack and

his death.

1303.   Plaintiff Cassie Marie Richardson is the sister of SGT Richardson.  She is a

national of the United States.

1304.   As a result of the November 16, 2012 attack and SGT Richardson's injuries and

death, each member of the Richardson Family has experienced severe mental anguish, emotional

pain and suffering, and the loss of SGT Richardson's society, companionship, and counsel.

**The Joshua J. Rimer Family**

1305.   Sergeant Joshua J. Rimer served in Afghanistan as a member of the U.S. Army.

On July 22, 2009, SGT Rimer was injured in an IED attack committed by the Haqqani Network,

a part of the Taliban, in Zabul Province, Afghanistan.  SGT Rimer died on July 22, 2009 as a

result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1306.   SGT Rimer was a national of the United States at the time of the attack and his

death.

1307.   Plaintiff Donna Rimer is the mother of SGT Rimer.  She is a national of the

United States.

1308.   Plaintiff James Rimer is the father of SGT Rimer.  He is a national of the United

States.

1309.   As a result of the July 22, 2009 attack and SGT Rimer's injuries and death, each member of the Rimer Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Rimer's society, companionship, and counsel.

**The Michael E. Ristau Family**

1310.   Sergeant Michael E. Ristau served in Afghanistan as a member of the U.S. Army. On July 13, 2012, SGT Ristau was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SGT Ristau died on July 13, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1311.   SGT Ristau was a national of the United States at the time of the attack and his death.

1312.   Plaintiff Randy Ristau is the father of SGT Ristau.  He is a national of the United States.

1313.   Plaintiff Halie Ristau is the sister of SGT Ristau.  She is a national of the United States.

1314.   Plaintiff Suzanne Ristau is the step-mother of SGT Ristau.  She is a national of the United States.  Suzanne Ristau lived in the same household as SGT Ristau for a substantial period of time and considered SGT Ristau the functional equivalent of a biological son.

1315.   Plaintiff Christopher Powers is the step-brother of SGT Ristau.  He is a national of the United States.  Christopher Powers lived in the same household as SGT Ristau for a substantial period of time and considered SGT Ristau the functional equivalent of a biological brother.

1316.   As a result of the July 13, 2012 attack and SGT Ristau's injuries and death, each member of the Ristau Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Ristau's society, companionship, and counsel.

**The Edgar N. Roberts III Family**

1317.   Sergeant First Class Edgar N. Roberts III served in Afghanistan as a member of the U.S. Army National Guard.  On June 26, 2010, SFC Roberts was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan. SFC Roberts died on August 17, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1318.   SFC Roberts was a national of the United States at the time of the attack and his death.

1319.   Plaintiff E.N.R., by and through his next friend Jannett Cecilia Roberts, is the minor son of SFC Roberts.  He is a national of the United States.

1320.   Plaintiff Miguel Angel Nathaniel Roberts is the son of SFC Roberts.  He is a national of the United States.

1321.   Plaintiff Miriatliz Roberts is the daughter of SFC Roberts.  She is a national of the United States.

1322.   As a result of the June 26, 2010 attack and SFC Roberts's injuries and death, each member of the Roberts Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Roberts's society, companionship, and counsel.

**The Simone A. Robinson Family**

1323.   Sergeant Simone A. Robinson served in Afghanistan as a member of the U.S. Army National Guard.  On January 17, 2009, SGT Robinson was injured in an IED attack

committed by the Kabul Attack Network in Kabul Province, Afghanistan.  SGT Robinson died on March 1, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1324.   SGT Robinson was a national of the United States at the time of the attack and her death.

1325.   Plaintiff Regina Byther is the mother of SGT Robinson.  She is a national of the United States.

1326.   As a result of the January 17, 2009 attack and SGT Robinson's injuries and death, each member of the Robinson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Robinson's society, companionship, and counsel.

**The Adrian Robles Family**

1327.   Corporal Adrian Robles served in Afghanistan as a member of the U.S. Marine Corps.  On October 22, 2008, Cpl Robles was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Cpl Robles died on October 22, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1328.   Cpl Robles was a national of the United States at the time of the attack and his death.

1329.   Plaintiff Cesar Robles is the father of Cpl Robles.  He is a national of the United States.

1330.   Plaintiff Yolanda Robles is the mother of Cpl Robles.  She is a national of the United States.

1331.   As a result of the October 22, 2008 attack and Cpl Robles's injuries and death, each member of the Robles Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Cpl Robles's society, companionship, and counsel.

**The Mario Rodriguez Jr. Family**

1332.   Sergeant Mario Rodriguez Jr. served in Afghanistan as a member of the U.S. Army.  On June 11, 2010, SGT Rodriguez was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan.  SGT Rodriguez died on June 11, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1333.   SGT Rodriguez was a national of the United States at the time of the attack and his death.

1334.   Plaintiff Leslie Rodriguez is the widow of SGT Rodriguez.  She is a national of the United States.

1335.   Plaintiff Raven George is the step-daughter of SGT Rodriguez.  She is a national of the United States.  Plaintiff Raven George lived in the same household as SGT Rodriguez for a substantial period of time and considered SGT Rodriguez the functional equivalent of a biological father.

1336.   As a result of the June 11, 2010 attack and SGT Rodriguez's injuries and death, each member of the Rodriguez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Rodriguez's society, companionship, and counsel.

**The Rodolfo Rodriguez Jr. Family**

1337.   Sergeant Rodolfo Rodriguez Jr. served in Afghanistan as a member of the U.S. Army.  On September 14, 2011, SGT Rodriguez was injured in an IED attack committed by the

Taliban in Kandahar Province, Afghanistan.  SGT Rodriguez died on September 14, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1338.   SGT Rodriguez was a national of the United States at the time of the attack and his death.

1339.   Plaintiff Rodolfo Rodriguez Sr. is the father of SGT Rodriguez.  He is a national of the United States.

1340.   Plaintiff Rodzie Efren Rodriguez is the brother of SGT Rodriguez.  He is a national of the United States.

1341.   As a result of the September 14, 2011 attack and SGT Rodriguez's injuries and death, each member of the Rodriguez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Rodriguez's society, companionship, and counsel.

**The Jason A. Rogers Family**

1342.   Staff Sergeant Jason A. Rogers served in Afghanistan as a member of the U.S. Marine Corps.  On April 7, 2011, SSgt Rogers was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSgt Rogers died on April 7, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1343.   SSgt Rogers was a national of the United States at the time of the attack and his death.

1344.   Plaintiff Angela Rita Marie Rogers is the widow of SSgt Rogers.  She is a national of the United States.

1345.   As a result of the April 7, 2011 attack and SSgt Rogers's injuries and death, each member of the Rogers Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt Rogers's society, companionship, and counsel.

**The Matthew D. Roland Family**

1346.   Captain Matthew D. Roland served in Afghanistan as a member of the U.S. Air Force.  On August 26, 2015, Capt Roland was injured in an insider attack committed by the Taliban in Helmand Province, Afghanistan.  Capt Roland died on August 26, 2015 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1347.   Capt Roland was a national of the United States at the time of the attack and his death.

1348.   Plaintiff Barbara A. Roland is the mother of Capt Roland.  She is a national of the United States.

1349.   Plaintiff Mark K. Roland is the father of Capt Roland.  He is a national of the United States.

1350.   Plaintiff Erica M. Roland is the sister of Capt Roland.  She is a national of the United States.

1351.   As a result of the August 26, 2015 attack and Capt Roland's injuries and death, each member of the Roland Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Capt Roland's society, companionship, and counsel.

**The Angel Roldan Jr. Family**

1352.   Angel Roldan Jr. served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On May 16, 2013, Mr. Roldan was injured in a suicide bombing attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. Roldan died on May 16, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1353.   Mr. Roldan was a national of the United States at the time of the attack and his death.

1354.   Plaintiff Lieselotte R. Roldan is the widow of Mr. Roldan.  She is a national of the United States.

1355.   Plaintiff Angel R. Roldan is the son of Mr. Roldan.  He is a national of the United States.

1356.   Plaintiff Matthias P. Roldan is the son of Mr. Roldan.  He is a national of the United States.

1357.   Plaintiff Samantha G. Roldan is the daughter of Mr. Roldan.  She is a national of the United States.

1358.   As a result of the May 16, 2013 attack and Mr. Roldan's injuries and death, each member of the Roldan Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Roldan's society, companionship, and counsel.

**The Andrew Jay Roughton Family**

1359.   Specialist Andrew Jay Roughton served in Afghanistan as a member of the U.S. Army.  On July 20, 2009, SPC Roughton was injured in a complex attack involving IEDs, small arms fire, and rocket propelled grenades committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SPC Roughton died on July 20, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1360.   SPC Roughton was a national of the United States at the time of the attack and his death.

1361.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

206

1362.   As a result of the July 20, 2009 attack and SPC Roughton's injuries and death, each member of the Roughton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Roughton's society, companionship, and counsel.

**The Larry I. Rougle Family**

1363.   Staff Sergeant Larry I. Rougle served in Afghanistan as a member of the U.S. Army.  On October 23, 2007, SSG Rougle was injured in an attack involving small arms fire committed by the Taliban in Kunar Province, Afghanistan.  SSG Rougle died on October 23, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1364.   SSG Rougle was a national of the United States at the time of the attack and his death.

1365.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1366.   Plaintiff Nancy Rougle is the mother of SSG Rougle.  She is a national of the United States.

1367.   As a result of the October 23, 2007 attack and SSG Rougle's injuries and death, each member of the Rougle Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Rougle's society, companionship, and counsel.

**The Nicholas R. Roush Family**

1368.   Corporal Nicholas R. Roush served in Afghanistan as a member of the U.S. Army.  On August 16, 2009, CPL Roush was injured in an IED attack committed by the Taliban in Herat Province, Afghanistan.  CPL Roush died on August 16, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1369.   CPL Roush was a national of the United States at the time of the attack and his death.

1370.   Plaintiff Donna Mae Roush is the mother of CPL Roush.  She is a national of the United States.

1371.   Plaintiff Robert Graham Roush Jr. is the father of CPL Roush.  He is a national of the United States.

1372.   As a result of the August 16, 2009 attack and CPL Roush's injuries and death, each member of the Roush Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Roush's society, companionship, and counsel.

**The Nicholas J. Rozanski Family**

1373.   Captain Nicholas J. Rozanski served in Afghanistan as a member of the U.S. Army National Guard.  On April 4, 2012, CPT Rozanski was injured in a suicide bombing attack committed by the Taliban in Faryab Province, Afghanistan.  CPT Rozanski died on April 4, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1374.   CPT Rozanski was a national of the United States at the time of the attack and his death.

1375.   Plaintiff Alex Jason Rozanski is the brother of CPT Rozanski.  He is a national of the United States.

1376.   As a result of the April 4, 2012 attack and CPT Rozanski's injuries and death, each member of the Rozanski Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPT Rozanski's society, companionship, and counsel.

**The Rex L. Schad Family**

1377.   Staff Sergeant Rex L. Schad served in Afghanistan as a member of the U.S. Army.  On March 11, 2013, SSG Schad was injured in an insider attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Wardak Province, Afghanistan.  SSG Schad died on March 11, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1378.   SSG Schad was a national of the United States at the time of the attack and his death.

1379.   Plaintiff Colleen Whipple is the mother of SSG Schad.  She is a national of the United States.

1380.   As a result of the March 11, 2013 attack and SSG Schad's injuries and death, each member of the Schad Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Schad's society, companionship, and counsel.

**The Jonathan P. Schmidt Family**

1381.   Staff Sergeant Jonathan P. Schmidt served in Afghanistan as a member of the U.S. Army.  On September 1, 2012, SSG Schmidt was injured in a complex attack involving small arms fire and grenades committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  SSG Schmidt died on September 1, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1382.   SSG Schmidt was a national of the United States at the time of the attack and his death.

1383.   Plaintiff Phillip J. Schmidt is the father of SSG Schmidt.  He is a national of the United States.

1384.   Plaintiff Brandon Tyler Schmidt is the brother of SSG Schmidt.  He is a national of the United States.

1385.   As a result of the September 1, 2012 attack and SSG Schmidt's injuries and death, each member of the Schmidt Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Schmidt's society, companionship, and counsel.

**The Jacob M. Schwallie Family**

1386.   Sergeant Jacob M. Schwallie served in Afghanistan as a member of the U.S. Army.  On May 7, 2012, SGT Schwallie was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  SGT Schwallie died on May 7, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1387.   SGT Schwallie was a national of the United States at the time of the attack and his death.

1388.   Plaintiff Thomas Schwallie is the father of SGT Schwallie.  He is a national of the United States.

1389.   As a result of the May 7, 2012 attack and SGT Schwallie's injuries and death, each member of the Schwallie Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Schwallie's society, companionship, and counsel.

**The Derek L. Shanfield Family**

1390.   Sergeant Derek L. Shanfield served in Afghanistan as a member of the U.S. Marine Corps.  On June 8, 2010, Sgt Shanfield was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Sgt Shanfield died on June 8, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1391.   Sgt Shanfield was a national of the United States at the time of the attack and his death.

1392.   Plaintiff David Shanfield is the father of Sgt Shanfield.  He is a national of the United States.

1393.   Plaintiff Pamela Shanfield is the mother of Sgt Shanfield.  She is a national of the United States.

1394.   Plaintiff Sydney Shanfield is the brother of Sgt Shanfield.  He is a national of the United States.

1395.   As a result of the June 8, 2010 attack and Sgt Shanfield's injuries and death, each member of the Shanfield Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt Shanfield's society, companionship, and counsel.

**The Charles Seth Sharp Family**

1396.   Lance Corporal Charles Seth Sharp served in Afghanistan as a member of the U.S. Marine Corps.  On July 2, 2009, LCpl Sharp was injured in an attack involving small arms fire committed by the Taliban in Helmand Province, Afghanistan.  LCpl Sharp died on July 2, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1397.   LCpl Sharp was a national of the United States at the time of the attack and his death.

1398.   Plaintiff Reuben Eric Sharp is the father of LCpl Sharp.  He is a national of the United States.

1399.   As a result of the July 2, 2009 attack and LCpl Sharp's injuries and death, each member of the Sharp Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Sharp's society, companionship, and counsel.

**The Justin B. Shoecraft Family**

1400.   Specialist Justin B. Shoecraft served in Afghanistan as a member of the U.S. Army.  On August 24, 2010, SPC Shoecraft was injured in an IED attack committed by the Taliban in Uruzgan Province, Afghanistan.  SPC Shoecraft died on August 24, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1401.   SPC Shoecraft was a national of the United States at the time of the attack and his death.

1402.   Plaintiff Sherry Jean Pepper is the sister of SPC Shoecraft.  She is a national of the United States.

1403.   As a result of the August 24, 2010 attack and SPC Shoecraft's injuries and death, each member of the Shoecraft Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Shoecraft's society, companionship, and counsel.

**The Billy J. Siercks Family**

1404.   First Sergeant Billy J. Siercks served in Afghanistan as a member of the U.S. Army.  On September 27, 2011, 1SG Siercks was injured in an indirect fire attack committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan.  1SG Siercks died on September 28, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1405.   1SG Siercks was a national of the United States at the time of the attack and his death.

1406.   Plaintiff Georganne M. Siercks is the widow of 1SG Siercks.  She is a national of the United States.

1407.   Plaintiff Gage Siercks is the son of 1SG Siercks.  He is a national of the United States.

1408.   Plaintiff G.S., by and through his next friend Georganne M. Siercks, is the minor son of 1SG Siercks.  He is a national of the United States.

1409.   As a result of the September 27, 2011 attack and 1SG Siercks's injuries and death, each member of the Siercks Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1SG Siercks's society, companionship, and counsel.

**The Amy R. Sinkler Family**

1410.   Private First Class Amy R. Sinkler served in Afghanistan as a member of the U.S. Army.  On January 20, 2011, PFC Sinkler was injured in a rocket propelled grenade attack committed by the Taliban in Baghlan Province, Afghanistan.  PFC Sinkler died on January 20, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1411.   PFC Sinkler was a national of the United States at the time of the attack and her death.

1412.   Plaintiff Jacqueline B. Thompson is the mother of PFC Sinkler.  She is a national of the United States.

1413.   Plaintiff Randolph D. Thompson is the father of PFC Sinkler.  He is a national of the United States.

1414.   Plaintiff Britteny Bullock is the sister of PFC Sinkler.  She is a national of the United States.

1415.   As a result of the January 20, 2011 attack and PFC Sinkler's injuries and death, each member of the Sinkler Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Sinkler's society, companionship, and counsel.

**The Wade A. Slack Family**

1416.   Specialist Wade A. Slack served in Afghanistan as a member of the U.S. Army. On May 6, 2010, SPC Slack was injured in an indirect fire attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SPC Slack died on May 6, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1417.   SPC Slack was a national of the United States at the time of the attack and his death.

1418.   Plaintiff Andrew Slack is the brother of SPC Slack.  He is a national of the United States.

1419.   Plaintiff Jesse Slack is the brother of SPC Slack.  He is a national of the United States.

1420.   Plaintiff Jonathan H. Slack is the brother of SPC Slack.  He is a national of the United States.

1421.   Plaintiff Lauren Slack is the sister of SPC Slack.  She is a national of the United States.

1422.   Plaintiff Rose Ann Crossman is the step-mother of SPC Slack.  She is a national of the United States.  Rose Ann Crossman lived in the same household as SPC Slack for a substantial period of time and considered SPC Slack the functional equivalent of a biological son.

1423.   Plaintiff Jessica Cook is the step-sister of SPC Slack.  She is a national of the United States.  Jessica Cook lived in the same household as SPC Slack for a substantial period of time and considered SPC Slack the functional equivalent of a biological brother.

1424.   As a result of the May 6, 2010 attack and SPC Slack's injuries and death, each member of the Slack Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Slack's society, companionship, and counsel.

**The Anne T. Smedinghoff Family**

1425.   Anne T. Smedinghoff served in Afghanistan as a U.S. Foreign Service Officer. On April 6, 2013, Ms. Smedinghoff was injured in a suicide bombing attack committed by the Kabul Attack Network in Zabul Province, Afghanistan.  Ms. Smedinghoff died on April 6, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1426.   Ms. Smedinghoff was a national of the United States at the time of the attack and her death.

1427.   Plaintiff Mary Beth Smedinghoff is the mother of Ms. Smedinghoff.  She is a national of the United States.

1428.   Plaintiff Thomas Smedinghoff is the father of Ms. Smedinghoff.  He is a national of the United States.

1429.   As a result of the April 6, 2013 attack and Ms. Smedinghoff's injuries and death, each member of the Smedinghoff Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Ms. Smedinghoff's society, companionship, and counsel.

**The Edward Bernard Smith Family**

1430.   Staff Sergeant Edward Bernard Smith served in Afghanistan as a member of the U.S. Army.  On September 24, 2009, SSG Smith was injured in an IED attack committed by the

Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SSG Smith died on September 24, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1431.   SSG Smith was a national of the United States at the time of the attack and his death.

1432.   Plaintiff Jamie Smith is the widow of SSG Smith.  She is a national of the United States.

1433.   Plaintiff Robert Earl Smith is the brother of SSG Smith.  He is a national of the United States.

1434.   Plaintiff Thelma Smith is the sister of SSG Smith.  She is a national of the United States.

1435.   Plaintiff Annette Parrish is the grandmother of SSG Smith.  She is a national of the United States.  Annette Parrish lived in the same household as SSG Smith for a substantial period of time and considered SSG Smith the functional equivalent of a biological son.

1436.   Plaintiff DeAnndrea Luney is the step-daughter of SSG Smith.  She is a national of the United States.  DeAnndrea Luney lived in the same household as SSG Smith for a substantial period of time and considered SSG Smith the functional equivalent of a biological father.

1437.   Plaintiff Deiontay Welch is the step-son of SSG Smith.  He is a national of the United States.  Deiontay Welch lived in the same household as SSG Smith for a substantial period of time and considered SSG Smith the functional equivalent of a biological father.

1438.   As a result of the September 24, 2009 attack and SSG Smith's injuries and death, each member of the Smith Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Smith's society, companionship, and counsel.

**The Paul G. Smith Family**

1439.   Staff Sergeant Paul G. Smith served in Afghanistan as a member of the U.S. Army National Guard.  On June 19, 2009, SSG Smith was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SSG Smith died on June 19, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1440.   SSG Smith was a national of the United States at the time of the attack and his death.

1441.   Plaintiff Kim Smith is the widow of SSG Smith.  She is a national of the United States.

1442.   Plaintiff Sarah Ngiraibiochel is the daughter of SSG Smith.  She is a national of the United States.

1443.   Plaintiff Benjiman Smith is the son of SSG Smith.  He is a national of the United States.

1444.   As a result of the June 19, 2009 attack and SSG Smith's injuries and death, each member of the Smith Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Smith's society, companionship, and counsel.

**The Deangelo B. Snow Family**

1445.   Specialist Deangelo B. Snow served in Afghanistan as a member of the U.S. Army.  On September 17, 2010, SPC Snow was injured in a rocket propelled grenade attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Snow died on September 17,

2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1446.   SPC Snow was a national of the United States at the time of the attack and his death.

1447.   Plaintiff Deloris Snow is the mother of SPC Snow.  She is a national of the United States.

1448.   Plaintiff Miracle Burton is the sister of SPC Snow.  She is a national of the United States.

1449.   Plaintiff Damen Snow is the brother of SPC Snow.  He is a national of the United States.

1450.   As a result of the September 17, 2010 attack and SPC Snow's injuries and death, each member of the Snow Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Snow's society, companionship, and counsel.

**The Devin A. Snyder Family**

1451.   Specialist Devin A. Snyder served in Afghanistan as a member of the U.S. Army. On June 4, 2011, SPC Snyder was injured in an IED attack committed by the Taliban in Laghman Province, Afghanistan.  SPC Snyder died on June 4, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1452.   SPC Snyder was a national of the United States at the time of the attack and her death.

1453.   Plaintiff Dineen Snyder is the mother of SPC Snyder.  She is a national of the United States.

1454.   Plaintiff Edward Snyder is the father of SPC Snyder.  He is a national of the United States.

1455.   Plaintiff Damien Edward Snyder is the brother of SPC Snyder.  He is a national of the United States.

1456.   As a result of the June 4, 2011 attack and SPC Snyder's injuries and death, each member of the Snyder Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Snyder's society, companionship, and counsel.

**The Kristoffer M. Solesbee Family**

1457.   Technical Sergeant Kristoffer M. Solesbee served in Afghanistan as a member of the U.S. Air Force.  On May 26, 2011, TSgt Solesbee was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  TSgt Solesbee died on May 26, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1458.   TSgt Solesbee was a national of the United States at the time of the attack and his death.

1459.   Plaintiff Larry Michael Solesbee is the father of TSgt Solesbee.  He is a national of the United States.

1460.   As a result of the May 26, 2011 attack and TSgt Solesbee's injuries and death, each member of the Solesbee Family has experienced severe mental anguish, emotional pain and suffering, and the loss of TSgt Solesbee's society, companionship, and counsel.

**The Omar Soltero Family**

1461.   Specialist Omar Soltero served in Afghanistan as a member of the U.S. Army. On January 31, 2011, SPC Soltero was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SPC Soltero died on January

31, 2011 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1462. SPC Soltero was a national of the United States at the time of the attack and his death.

1463. Plaintiff Gustavo Alfonso Soltero is the father of SPC Soltero. He is a national of the United States.

1464. Plaintiff Adrian Carrillo Soltero is the brother of SPC Soltero. He is a national of the United States.

1465. As a result of the January 31, 2011 attack and SPC Soltero's injuries and death, each member of the Soltero Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Soltero's society, companionship, and counsel.

**The Jared W. Southworth Family**

1466. First Lieutenant Jared W. Southworth served in Afghanistan as a member of the U.S. Army National Guard. On February 8, 2009, 1LT Southworth was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan. 1LT Southworth died on February 8, 2009 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1467. 1LT Southworth was a national of the United States at the time of the attack and his death.

1468. Plaintiff Chrissy Prado is the widow of 1LT Southworth. She is a national of the United States.

1469. Plaintiff A.M.S., by and through her next friend Chrissy Prado, is the minor daughter of 1LT Southworth. She is a national of the United States.

1470.   Plaintiff C.S.S., by and through her next friend Chrissy Prado, is the minor daughter of 1LT Southworth.  She is a national of the United States.

1471.   Plaintiff Owen M. Southworth is the son of 1LT Southworth.  He is a national of the United States.

1472.   Plaintiff Logan M. Southworth is the son of 1LT Southworth.  He is a national of the United States.

1473.   Plaintiff Kimberly Southworth is the mother of 1LT Southworth.  She is a national of the United States.

1474.   Plaintiff Robert Southworth is the father of 1LT Southworth.  He is a national of the United States.

1475.   Plaintiff Christina Nikole Guerrero is the sister of 1LT Southworth.  She is a national of the United States.

1476.   Plaintiff Michael Southworth is the brother of 1LT Southworth.  He is a national of the United States.

1477.   As a result of the February 8, 2009 attack and 1LT Southworth's injuries and death, each member of the Southworth Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Southworth's society, companionship, and counsel.

**The Orion N. Sparks Family**

1478.   Staff Sergeant Orion N. Sparks served in Afghanistan as a member of the U.S. Army.  On September 26, 2012, SSG Sparks was injured in a suicide bombing attack committed by the Kabul Attack Network in Logar Province, Afghanistan.  SSG Sparks died on September 26, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1479.   SSG Sparks was a national of the United States at the time of the attack and his death.

1480.   Plaintiff Garry Lee Sparks is the father of SSG Sparks.  He is a national of the United States.

1481.   Plaintiff Jan Marie Hurnblad Sparks is the mother of SSG Sparks.  She is a national of the United States.

1482.   Plaintiff Erik Sparks is the brother of SSG Sparks.  He is a national of the United States.

1483.   Plaintiff Zachary Douglas Sparks is the brother of SSG Sparks.  He is a national of the United States.

1484.   Plaintiff Jane Sparks is the step-mother of SSG Sparks.  She is a national of the United States.  Jane Sparks lived in the same household as SSG Sparks for a substantial period of time and considered SSG Sparks the functional equivalent of a biological son.

1485.   As a result of the September 26, 2012 attack and SSG Sparks's injuries and death, each member of the Sparks Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Sparks's society, companionship, and counsel.

**The Tyler M. Springmann Family**

1486.   Private First Class Tyler M. Springmann served in Afghanistan as a member of the U.S. Army.  On July 17, 2011, PFC Springmann was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  PFC Springmann died on July 17, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1487.   PFC Springmann was a national of the United States at the time of the attack and his death.

1488.   Plaintiff Tina Lynn Seekins is the mother of PFC Springmann.  She is a national of the United States.

1489.   As a result of the July 17, 2011 attack and PFC Springmann's injuries and death, each member of the Springmann Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Springmann's society, companionship, and counsel.

**The Cameron J. Stambaugh Family**

1490.   Specialist Cameron J. Stambaugh served in Afghanistan as a member of the U.S. Army.  On July 8, 2012, SPC Stambaugh was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SPC Stambaugh died on July 8, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1491.   SPC Stambaugh was a national of the United States at the time of the attack and his death.

1492.   Plaintiff Mitchell L. Stambaugh is the father of SPC Stambaugh.  He is a national of the United States.

1493.   As a result of the July 8, 2012 attack and SPC Stambaugh's injuries and death, each member of the Stambaugh Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Stambaugh's society, companionship, and counsel.

**The Brandon K. Steffey Family**

1494.   Specialist Brandon K. Steffey served in Afghanistan as a member of the U.S. Army.  On October 25, 2009, SPC Steffey was injured in an IED attack committed by the Taliban in Laghman Province, Afghanistan.  SPC Steffey died on October 25, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1495.   SPC Steffey was a national of the United States at the time of the attack and his death.

1496.   Plaintiff Rachel Humpf is the mother of SPC Steffey.  She is a national of the United States.

1497.   Plaintiff Dennis Steffey is the father of SPC Steffey.  He is a national of the United States.

1498.   Plaintiff Heather Jackson is the sister of SPC Steffey.  She is a national of the United States.

1499.   Plaintiff David Humpf is the step-father of SPC Steffey.  He is a national of the United States.  David Humpf lived in the same household as SPC Steffey for a substantial period of time and considered SPC Steffey the functional equivalent of a biological son.

1500.   As a result of the October 25, 2009 attack and SPC Steffey's injuries and death, each member of the Steffey Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Steffey's society, companionship, and counsel.

**The Jonnie L. Stiles Family**

1501.   Sergeant Jonnie L. Stiles served in Afghanistan as a member of the U.S. Army National Guard.  In or about October 2008, SGT Stiles was injured in a terrorist attack.  On November 13, 2008, SGT Stiles was injured in an IED attack committed by the Taliban in Nangarhar Province, Afghanistan.  SGT Stiles died on November 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1502.   SGT Stiles was a national of the United States at the time of the attack and his death.

1503.   Plaintiff Launa Lee Chavez is the widow of SGT Stiles.  She is a national of the United States.

1504.   Plaintiff Charles Lynn Stiles is the father of SGT Stiles.  He is a national of the United States.

1505.   Plaintiff Kenneth J. Stiles is the brother of SGT Stiles.  He is a national of the United States.

1506.   Plaintiff Natalie Michelle Schoening is the sister of SGT Stiles.  She is a national of the United States.

1507.   Plaintiff Cecilia Stiles is the step-mother of SGT Stiles.  She is a national of the United States.  Cecilia Stiles lived in the same household as SGT Stiles for a substantial period of time and considered SGT Stiles the functional equivalent of a biological son.

1508.   As a result of the November 13, 2008 attack and SGT Stiles's injuries and death, each member of the Stiles Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Stiles's society, companionship, and counsel.

**The Kyle Brandon Stout Family**

1509.   Sergeant Kyle Brandon Stout served in Afghanistan as a member of the U.S. Army.  On July 30, 2010, SGT Stout was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Stout died on July 30, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1510.   SGT Stout was a national of the United States at the time of the attack and his death.

1511.   Plaintiff Billy Michael Stout is the father of SGT Stout.  He is a national of the United States.

1512.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1513.   Plaintiff Melissa Keener is the sister of SGT Stout.  She is a national of the United States.

1514.   As a result of the July 30, 2010 attack and SGT Stout's injuries and death, each member of the Stout Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Stout's society, companionship, and counsel.

**The Mark E. Stratton II Family**

1515.   Lieutenant Colonel Mark E. Stratton II served in Afghanistan as a member of the U.S. Air Force.  On May 26, 2009, Lt Co Stratton was injured in a suicide bombing attack committed by the Kabul Attack Network in Kapisa Province, Afghanistan.  Lt Co Stratton died on May 26, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1516.   Lt Co Stratton was a national of the United States at the time of the attack and his death.

1517.   Plaintiff Janice Cochran York is the mother of Lt Co Stratton.  She is a national of the United States.

1518.   Plaintiff Franklin Little is the brother of Lt Co Stratton.  He is a national of the United States.

1519.   As a result of the May 26, 2009 attack and Lt Co Stratton's injuries and death, each member of the Stratton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Lt Co Stratton's society, companionship, and counsel.

**The Joshua J. Strickland Family**

1520.   Sergeant Joshua J. Strickland served in Afghanistan as a member of the U.S. Army.  On September 21, 2013, SGT Strickland was injured in an insider attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Paktia Province, Afghanistan.  SGT Strickland died on September 21, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1521.   SGT Strickland was a national of the United States at the time of the attack and his death.

1522.   Plaintiff Garrett Layne Funk is the brother of SGT Strickland.  He is a national of the United States.

1523.   As a result of the September 21, 2013 attack and SGT Strickland's injuries and death, each member of the Strickland Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Strickland's society, companionship, and counsel.

**The Brandon M. Styer Family**

1524.   Private First Class Brandon M. Styer served in Afghanistan as a member of the U.S. Army.  On October 15, 2009, PFC Styer was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  PFC Styer died on October 15, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1525.   PFC Styer was a national of the United States at the time of the attack and his death.

1526.   Plaintiff Jill Myers is the mother of PFC Styer.  She is a national of the United States.

1527.   Plaintiff Alyssa Marie Styer is the sister of PFC Styer.  She is a national of the United States.

1528.   Plaintiff John Anderson Hall is the step-father of PFC Styer.  He is a national of the United States.  John Anderson Hall lived in the same household as PFC Styer for a substantial period of time and considered PFC Styer the functional equivalent of a biological son.

1529.   As a result of the October 15, 2009 attack and PFC Styer's injuries and death, each member of the Styer Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Styer's society, companionship, and counsel.

**The Barry Sutton Family**

1530.   Barry Sutton served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On August 22, 2015, Mr. Sutton was injured in a suicide bombing attack committed by the Kabul Attack Network in Kabul Province, Afghanistan.  Mr. Sutton died on August 22, 2015 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1531.   Mr. Sutton was a national of the United States at the time of the attack and his death.

1532.   Plaintiff Harriet Sutton is the mother of Mr. Sutton.  She is a national of the United States.

1533.   As a result of the August 22, 2015 attack and Mr. Sutton's injuries and death, each member of the Sutton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Sutton's society, companionship, and counsel.

**The Christopher M. Talbert Family**

1534.   Specialist Christopher M. Talbert served in Afghanistan as a member of the U.S. Army National Guard.  On July 7, 2009, SPC Talbert was injured in an IED attack committed by the Taliban in Herat Province, Afghanistan.  SPC Talbert died on July 7, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1535.   SPC Talbert was a national of the United States at the time of the attack and his death.

1536.   Plaintiff Jeffrey Scott Kuykendall is the brother of SPC Talbert.  He is a national of the United States.

1537.   Plaintiff Larry Kuykendall is the brother of SPC Talbert.  He is a national of the United States.

1538.   As a result of the July 7, 2009 attack and SPC Talbert's injuries and death, each member of the Talbert Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Talbert's society, companionship, and counsel.

**The Aaron J. Taylor Family**

1539.   Staff Sergeant Aaron J. Taylor served in Afghanistan as a member of the U.S. Marine Corps.  On October 9, 2009, SSgt Taylor was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSgt Taylor died on October 9, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1540.   SSgt Taylor was a national of the United States at the time of the attack and his death.

1541.   Plaintiff Clifford Taylor is the father of SSgt Taylor.  He is a national of the United States.

1542.   As a result of the October 9, 2009 attack and SSgt Taylor's injuries and death, each member of the Taylor Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSgt Taylor's society, companionship, and counsel.

**The James E. Thode Family**

1543.   Sergeant First Class James E. Thode served in Afghanistan as a member of the U.S. Army National Guard.  On December 2, 2010, SFC Thode was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  SFC Thode died on December 2, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1544.   SFC Thode was a national of the United States at the time of the attack and his death.

1545.   Plaintiff Evelyn Taylor is the mother of SFC Thode.  She is a national of the United States.

1546.   As a result of the December 2, 2010 attack and SFC Thode's injuries and death, each member of the Thode Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Thode's society, companionship, and counsel.

**The Allen R. Thomas Family**

1547.   Staff Sergeant Allen R. Thomas served in Afghanistan as a member of the U.S. Army.  On March 16, 2010, SSG Thomas was injured in a suicide bombing attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SSG Thomas, who suffered from a traumatic brain injury with post-concussive syndrome, a restrictive ventilatory defect, thoracic neuritis with chronic pain syndrome, post-traumatic stress disorder, left lateral thorax scars, and extensive right back scars.  The attack constituted an extrajudicial killing.  As a

result of the March 16, 2010 attack and his injuries, SSG Thomas has experienced severe physical and emotional pain and suffering.  SSG Thomas died on September 29, 2013 as a result of injuries sustained during the attack.

1548.   SSG Thomas was a national of the United States at the time of the attack and his death.

1549.   Plaintiff Danica Thomas is the widow of SSG Thomas.  She is a national of the United States.

1550.   Plaintiff L.T., by and through her next friend Danica Thomas, is the minor daughter of SSG Thomas.  She is a national of the United States.

1551.   As a result of the March 16, 2010 attack and SSG Thomas's injuries and death, each member of the Thomas Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Thomas's society, companionship, and counsel.

**The Jesse R. Tilton Family**

1552.   Sergeant Jesse R. Tilton served in Afghanistan as a member of the U.S. Army. On July 13, 2010, SGT Tilton was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban in Kandahar Province, Afghanistan.  SGT Tilton died on July 16, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1553.   SGT Tilton was a national of the United States at the time of the attack and his death.

1554.   Plaintiff Julie Magana is the mother of SGT Tilton.  She is a national of the United States.

1555.   As a result of the July 13, 2010 attack and SGT Tilton's injuries and death, each member of the Tilton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Tilton's society, companionship, and counsel.

**The Ryan Gregory Timoney Family**

1556.   Plaintiff Captain Ryan Gregory Timoney served in Afghanistan as a member of the U.S. Army.  On May 20, 2012, CPT Timoney was injured in a suicide bomber attack committed by the Taliban in Uruzgan Province, Afghanistan.  The attack severely wounded CPT Timoney, who lost his left leg, suffered shrapnel injuries to his left arm, left chest, left abdomen, and left side of his skull, and also suffers from spinal pain, seizures, physical limitations, and speech, reading and vision difficulty.  The attack constituted an extrajudicial killing.  As a result of the May 20, 2012 attack and his injuries, CPT Timoney has experienced severe physical and emotional pain and suffering.

1557.   CPT Timoney was a national of the United States at the time of the attack, and remains one to this day.

1558.   Plaintiff Diane Timoney is the mother of CPT Timoney.  She is a national of the United States.

1559.   Plaintiff Gregory Timoney is the father of CPT Timoney.  He is a national of the United States.

1560.   As a result of the May 20, 2012 attack and CPT Timoney's injuries, each member of the Timoney Family has experienced severe mental anguish, emotional pain and suffering.

**The Aaron C. Torian Family**

1561.   Master Sergeant Aaron C. Torian served in Afghanistan as a member of the U.S. Marine Corps.  On February 15, 2014, MSgt Torian was injured in an IED attack committed by

the Taliban in Helmand Province, Afghanistan. MSgt Torian died on February 15, 2014 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1562. MSgt Torian was a national of the United States at the time of the attack and his death.

1563. Plaintiff Esta Smith is the mother of MSgt Torian. She is a national of the United States.

1564. Plaintiff Joe Torian is the father of MSgt Torian. He is a national of the United States.

1565. Plaintiff Emily Torian is the sister of MSgt Torian. She is a national of the United States.

1566. Plaintiff Nathan Ewell Torian is the brother of MSgt Torian. He is a national of the United States.

1567. Plaintiff Jimmy Smith is the step-father of MSgt Torian. He is a national of the United States. Jimmy Smith lived in the same household as MSgt Torian for a substantial period of time and considered MSgt Torian the functional equivalent of a biological son.

1568. As a result of the February 15, 2014 attack and MSgt Torian's injuries and death, each member of the Torian Family has experienced severe mental anguish, emotional pain and suffering, and the loss of MSgt Torian's society, companionship, and counsel.

**The Chad M. Trimble Family**

1569. Private First Class Chad M. Trimble served in Afghanistan as a member of the U.S. Army. On May 28, 2008, PFC Trimble was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktia Province, Afghanistan. PFC Trimble died on

May 28, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1570.   PFC Trimble was a national of the United States at the time of the attack and his death.

1571.   Plaintiff Nancy M. Trimble is the mother of PFC Trimble.  She is a national of the United States.

1572.   Plaintiff Timothy M. Trimble is the father of PFC Trimble.  He is a national of the United States.

1573.   As a result of the May 28, 2008 attack and PFC Trimble's injuries and death, each member of the Trimble Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Trimble's society, companionship, and counsel.

**Kevin Trimble**

1574.   Plaintiff Private First Class Kevin Trimble served in Afghanistan as a member of the U.S. Army.  On September 17, 2012, PFC Trimble was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded PFC Trimble, who lost both legs above the knee, lost his left arm above the elbow, and also suffered from post-traumatic stress disorder and partial hearing loss.  The attack constituted an extrajudicial killing. As a result of the September 17, 2012 attack and his injuries, PFC Trimble has experienced severe physical and emotional pain and suffering.

1575.   PFC Trimble was a national of the United States at the time of the attack, and remains one to this day.

**The Estell L. Turner Family**

1576.   Specialist Estell L. Turner served in Afghanistan as a member of the U.S. Army. On June 28, 2008, SPC Turner was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  SPC Turner died on July 2, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1577.   SPC Turner was a national of the United States at the time of the attack and his death.

1578.   Plaintiff Lyda Nieshe is the step-daughter of SPC Turner.  She is a national of the United States.  Lyda Nieshe lived in the same household as SPC Turner for a substantial period of time and considered SPC Turner the functional equivalent of a biological father.

1579.   As a result of the June 28, 2008 attack and SPC Turner's injuries and death, each member of the Turner Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Turner's society, companionship, and counsel.

**The Marcus A. Tynes Family**

1580.   Private First Class Marcus A. Tynes served in Afghanistan as a member of the U.S. Army.  On November 22, 2009, PFC Tynes was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  PFC Tynes died on November 22, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1581.   PFC Tynes was a national of the United States at the time of the attack and his death.

1582.   Plaintiff Dana Atlas is the mother of PFC Tynes.  She is a national of the United States.

1583.   Plaintiff S.A.A., by and through her next friend Dana Atlas, is the minor sister of PFC Tynes.  She is a national of the United States.

1584.   Plaintiff S.R.A., by and through her next friend Dana Atlas, is the minor sister of PFC Tynes.  She is a national of the United States.

1585.   Plaintiff Johannes Atlas is the brother of PFC Tynes.  He is a national of the United States.

1586.   As a result of the November 22, 2009 attack and PFC Tynes's injuries and death, each member of the Tynes Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Tynes's society, companionship, and counsel.

**The Jason A. Vazquez Family**

1587.   Staff Sergeant Jason A. Vazquez served in Afghanistan as a member of the U.S. Army National Guard.  On September 17, 2008, SSG Vazquez was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Paktika Province, Afghanistan. SSG Vazquez died on September 17, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1588.   SSG Vazquez was a national of the United States at the time of the attack and his death.

1589.   Plaintiff Jose Antonio Vazquez Sr. is the father of SSG Vazquez.  He is a national of the United States.

1590.   Plaintiff Janice Vazquez is the sister of SSG Vazquez.  She is a national of the United States.

1591.   As a result of the September 17, 2008 attack and SSG Vazquez's injuries and death, each member of the Vazquez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Vazquez's society, companionship, and counsel.

## Michael Verardo

1592.   Plaintiff Sergeant Michael Verardo served in Afghanistan as a member of the U.S. Army.  On April 24, 2010, SGT Verardo was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SGT Verardo, who lost one leg and part of his left arm and suffered from significant burns, a traumatic brain injury, eardrum injury, and injuries to his face and airways.  The attack constituted an extrajudicial killing.  As a result of the April 24, 2010 attack and his injuries, SGT Verardo has experienced severe physical and emotional pain and suffering.

1593.   SGT Verardo was a national of the United States at the time of the attack, and remains one to this day.

## The Chad S. Wade Family

1594.   Corporal Chad S. Wade served in Afghanistan as a member of the U.S. Marine Corps.  On December 1, 2010, Cpl Wade was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Cpl Wade died on December 1, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1595.   Cpl Wade was a national of the United States at the time of the attack and his death.

1596.   Plaintiff Tamara Anne Boyett is the mother of Cpl Wade.  She is a national of the United States.

1597.   Plaintiff Terry Lynn Boyett is the step-father of Cpl Wade.  He is a national of the United States.  Terry Lynn Boyett lived in the same household as Cpl Wade for a substantial period of time and considered Cpl Wade the functional equivalent of a biological son.

1598.   As a result of the December 1, 2010 attack and Cpl Wade's injuries and death, each member of the Wade Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Cpl Wade's society, companionship, and counsel.

### Darryl Wallace

1599.   Plaintiff Sergeant Darryl Wallace served in Afghanistan as a member of the U.S. Army.  On June 9, 2007, SGT Wallace was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  The attack severely wounded SGT Wallace, who lost both of his legs and suffered from crushed hips and pelvis, a broken lower back, a ruptured spleen, a broken left forearm requiring metal plates and over 100 screws, crushed facial bones requiring reconstructive surgery, and post-traumatic stress disorder.  The attack constituted an extrajudicial killing.  As a result of the June 9, 2007 attack and his injuries, SGT Wallace has experienced severe physical and emotional pain and suffering.

1600.   SGT Wallace was a national of the United States at the time of the attack, and remains one to this day.

### The Johnny C. Walls Family

1601.   Sergeant First Class Johnny C. Walls served in Afghanistan as a member of the U.S. Army.  On November 2, 2007, SFC Walls was injured in a sniper attack committed by the Taliban in Uruzgan Province, Afghanistan.  SFC Walls died on November 2, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1602. SFC Walls was a national of the United States at the time of the attack and his death.

1603. Plaintiff Harvey Lane Walls is the brother of SFC Walls. He is a national of the United States.

1604. As a result of the November 2, 2007 attack and SFC Walls's injuries and death, each member of the Walls Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Walls's society, companionship, and counsel.

**The Jonathan Michael Walls Family**

1605. Corporal Jonathan Michael Walls served in Afghanistan as a member of the U.S. Army. On August 1, 2009, CPL Walls was injured in an attack involving an IED and rocket propelled grenades committed by the Taliban in Kandahar Province, Afghanistan. CPL Walls died on August 1, 2009 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1606. CPL Walls was a national of the United States at the time of the attack and his death.

1607. Plaintiff Steven Walls Sr. is the father of CPL Walls. He is a national of the United States.

1608. As a result of the August 1, 2009 attack and CPL Walls's injuries and death, each member of the Walls Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Walls's society, companionship, and counsel.

**The Tyler R. Walshe-Vietti Family**

1609. Specialist Tyler R. Walshe-Vietti served in Afghanistan as a member of the U.S. Army. On August 31, 2009, SPC Walshe-Vietti was injured in an IED attack committed by the

Taliban in Kandahar Province, Afghanistan.  SPC Walshe-Vietti died on August 31, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1610.   SPC Walshe-Vietti was a national of the United States at the time of the attack and his death.

1611.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1612.   Plaintiff Danny Vietti is the brother of SPC Walshe-Vietti.  He is a national of the United States.

1613.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1614.   As a result of the August 31, 2009 attack and SPC Walshe-Vietti's injuries and death, each member of the Walshe-Vietti Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Walshe-Vietti's society, companionship, and counsel.

**The James J. Walton Family**

1615.   Lieutenant Colonel James J. Walton served in Afghanistan as a member of the U.S. Army.  On June 21, 2008, LTC Walton was injured in a complex attack involving an IED and small arms fire committed by the Taliban in Kandahar Province, Afghanistan.  LTC Walton died on June 21, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1616.   LTC Walton was a national of the United States at the time of the attack and his death.

1617.   Plaintiff Sarah Moschler Walton is the widow of LTC Walton.  She is a national of the United States.

1618.  As a result of the June 21, 2008 attack and LTC Walton's injuries and death, each member of the Walton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LTC Walton's society, companionship, and counsel.

**The Jason R. Watson Family**

1619.  Private First Class Jason R. Watson served in Afghanistan as a member of the U.S. Army.  On February 10, 2009, PFC Watson was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Khost Province, Afghanistan.  PFC Watson died on February 10, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1620.  PFC Watson was a national of the United States at the time of the attack and his death.

1621.  Plaintiff Robert Watson Jr. is the father of PFC Watson.  He is a national of the United States.

1622.  As a result of the February 10, 2009 attack and PFC Watson's injuries and death, each member of the Watson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Watson's society, companionship, and counsel.

**The Nickolas S. Welch Family**

1623.  Specialist Nickolas S. Welch served in Afghanistan as a member of the U.S. Army.  On July 23, 2013, SPC Welch was injured in an IED attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Wardak Province, Afghanistan.  SPC Welch died on August 6, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1624.   SPC Welch was a national of the United States at the time of the attack and his death.

1625.   Plaintiff Barry Welch is the father of SPC Welch.  He is a national of the United States.

1626.   Plaintiff Lorria Welch is the mother of SPC Welch.  She is a national of the United States.

1627.   As a result of the July 23, 2013 attack and SPC Welch's injuries and death, each member of the Welch Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Welch's society, companionship, and counsel.

**The Matthew J. West Family**

1628.   Staff Sergeant Matthew J. West served in Afghanistan as a member of the U.S. Army.  On August 30, 2010, SSG West was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  SSG West died on August 30, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1629.   SSG West was a national of the United States at the time of the attack and his death.

1630.   Plaintiff John M. West is the father of SSG West.  He is a national of the United States.

1631.   Plaintiff Marcia M. West is the mother of SSG West.  She is a national of the United States.

1632.   Plaintiff Kristine Willis is the sister of SSG West.  She is a national of the United States.

1633.   As a result of the August 30, 2010 attack and SSG West's injuries and death, each member of the West Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG West's society, companionship, and counsel.

**The Benjamin D. White Family**

1634.   Senior Airman Benjamin D. White served in Afghanistan as a member of the U.S. Air Force.  On June 9, 2010, SrA White was injured in an attack on a helicopter committed by the Taliban in Helmand Province, Afghanistan.  SrA White died on June 9, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1635.   SrA White was a national of the United States at the time of the attack and his death.

1636.   Plaintiff Anthony Curtis White is the father of SrA White.  He is a national of the United States.

1637.   Plaintiff Anthony Evan White is the brother of SrA White.  He is a national of the United States.

1638.   Plaintiff Zachary Luke White is the brother of SrA White.  He is a national of the United States.

1639.   Plaintiff Mark Anthony White is the brother of SrA White.  He is a national of the United States.

1640.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1641.   As a result of the June 9, 2010 attack and SrA White's injuries and death, each member of the White Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SrA White's society, companionship, and counsel.

**The James T. Wickliff-Chacin Family**

1642.   Specialist James T. Wickliff-Chacin served in Afghanistan as a member of the U.S. Army.  On August 12, 2013, SPC Wickliff-Chacin was injured in an IED attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Logar Province, Afghanistan.  SPC Wickliff-Chacin died on September 20, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1643.   SPC Wickliff-Chacin was a national of the United States at the time of the attack and his death.

1644.   Plaintiff Martha Carolina Smith is the mother of SPC Wickliff-Chacin.  She is a national of the United States.

1645.   Plaintiff Thomas Elmer Wickliff is the father of SPC Wickliff-Chacin.  He is a national of the United States.

1646.   Plaintiff Michelle Carolina Rotelli is the sister of SPC Wickliff-Chacin.  She is a national of the United States.

1647.   As a result of the August 12, 2013 attack and SPC Wickliff-Chacin's injuries and death, each member of the Wickliff-Chacin Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Wickliff-Chacin's society, companionship, and counsel.

**The Matthew E. Wildes Family**

1648.   Private First Class Matthew E. Wildes served in Afghanistan as a member of the U.S. Army.  On August 27, 2009, PFC Wildes was injured in an IED attack committed by the Taliban in Maywand Province, Afghanistan.  PFC Wildes died on August 27, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1649.   PFC Wildes was a national of the United States at the time of the attack and his death.

1650.   Plaintiff Clint Coleman Wildes is the father of PFC Wildes.  He is a national of the United States.

1651.   Plaintiff Jamie E. Surles is the sister of PFC Wildes.  She is a national of the United States.

1652.   As a result of the August 27, 2009 attack and PFC Wildes's injuries and death, each member of the Wildes Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Wildes's society, companionship, and counsel.

**The Clarence Williams III Family**

1653.   Specialist Clarence Williams III served in Afghanistan as a member of the U.S. Army.  On July 8, 2012, SPC Williams was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  SPC Williams died on July 8, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1654.   SPC Williams was a national of the United States at the time of the attack and his death.

1655.   Plaintiff Clarence Williams Jr. is the father of SPC Williams.  He is a national of the United States.

1656.   Plaintiff Talisa Shervon Williams is the mother of SPC Williams.  She is a national of the United States.

1657.   Plaintiff Samantha Shervon Williams is the sister of SPC Williams.  She is a national of the United States.

1658.   Plaintiff Abrill Renee Williams is the sister of SPC Williams.  She is a national of the United States.

1659.   As a result of the July 8, 2012 attack and SPC Williams's injuries and death, each member of the Williams Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Williams's society, companionship, and counsel.

**The Patrick O. Williamson Family**

1660.   Sergeant Patrick O. Williamson served in Afghanistan as a member of the U.S. Army.  On October 27, 2009, SGT Williamson was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Williamson died on October 27, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1661.   SGT Williamson was a national of the United States at the time of the attack and his death.

1662.   Plaintiff Leon Williamson III is the father of SGT Williamson.  He is a national of the United States.

1663.   Plaintiff Sybil B. Williamson is the mother of SGT Williamson.  She is a national of the United States.

1664.   As a result of the October 27, 2009 attack and SGT Williamson's injuries and death, each member of the Williamson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Williamson's society, companionship, and counsel.

**The Leston M. Winters Family**

1665.   Staff Sergeant Leston M. Winters served in Afghanistan as a member of the U.S. Army.  On July 15, 2010, SSG Winters was injured in an IED attack committed by the Taliban in

Kandahar Province, Afghanistan.  SSG Winters died on July 15, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1666.   SSG Winters was a national of the United States at the time of the attack and his death.

1667.   Plaintiff Cheryl Spivey is the mother of SSG Winters.  She is a national of the United States.

1668.   Plaintiff Corbin Wayne Hunt is the brother of SSG Winters.  He is a national of the United States.

1669.   As a result of the July 15, 2010 attack and SSG Winters's injuries and death, each member of the Winters Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Winters's society, companionship, and counsel.

**The David T. Wright II Family**

1670.   First Lieutenant David T. Wright II served in Afghanistan as a member of the U.S. Army.  On September 14, 2009, 1LT Wright was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  1LT Wright died on September 14, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1671.   1LT Wright was a national of the United States at the time of the attack and his death.

1672.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1673.   Plaintiff Regina Michele Wright is the mother of 1LT Wright.  She is a national of the United States.

1674.   As a result of the September 14, 2009 attack and 1LT Wright's injuries and death, each member of the Wright Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Wright's society, companionship, and counsel.

**The Randal P. Wright Family**

1675.   Lance Corporal Randal P. Wright served in Afghanistan as a member of the U.S. Marine Corps.  On May 7, 2010, LCpl. Wright was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded LCpl. Wright, who lost both legs above the knee, lost his left hand, and also suffered from blown out ear drums, a traumatic brain injury, and numerous tissue and bone injuries.  The attack constituted an extrajudicial killing.  As a result of the May 7, 2010 attack and his injuries, LCpl. Wright experienced severe physical and emotional pain and suffering.  LCpl. Wright died on March 9, 2017 as a result of injuries sustained during the attack.

1676.   LCpl. Wright was a national of the United States at the time of the attack and his death.

1677.   Plaintiff F.S., by and through her next friend Ashley Rose Serocki, is the minor daughter of LCpl. Wright.  She is a national of the United States.

1678.   Plaintiff Dawn Marie Pattee is the mother of LCpl. Wright.  She is a national of the United States.

1679.   Plaintiff Jalisa Marie Hammond is the sister of LCpl. Wright.  She is a national of the United States.

1680.   Plaintiff Kristen Colleen Wright is the sister of LCpl. Wright.  She is a national of the United States.

1681.   As a result of the May 7, 2010 attack and LCpl. Wright's injuries and death, each member of the Wright Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl. Wright's society, companionship, and counsel.

**The Jonathan Christopher Yanney Family**

1682.   Private First Class Jonathan Christopher Yanney served in Afghanistan as a member of the U.S. Army.  On August 18, 2009, PFC Yanney was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  PFC Yanney died on August 18, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1683.   PFC Yanney was a national of the United States at the time of the attack and his death.

1684.   Plaintiff Russell Glenn Yanney is the father of PFC Yanney.  He is a national of the United States.

1685.   As a result of the August 18, 2009 attack and PFC Yanney's injuries and death, each member of the Yanney Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Yanney's society, companionship, and counsel.

**The Mitchell W. Young Family**

1686.   Master Sergeant Mitchell W. Young served in Afghanistan as a member of the U.S. Army.  On July 13, 2008, MSG Young was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  MSG Young died on July 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1687.   MSG Young was a national of the United States at the time of the attack and his death.

1688.   Plaintiff Robyn Young is the widow of MSG Young.  She is a national of the United States.

1689.   As a result of the July 13, 2008 attack and MSG Young's injuries and death, each member of the Young Family has experienced severe mental anguish, emotional pain and suffering, and the loss of MSG Young's society, companionship, and counsel.

**The Frank R. Zaehringer III Family**

1690.   Sergeant Frank R. Zaehringer III served in Afghanistan as a member of the U.S. Marine Corps.  On October 11, 2010, Sgt Zaehringer was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Sgt Zaehringer died on October 11, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1691.   Sgt Zaehringer was a national of the United States at the time of the attack and his death.

1692.   Plaintiff Sharon K. Zaehringer is the mother of Sgt Zaehringer.  She is a national of the United States.

1693.   Plaintiff Nicole R. Scott is the sister of Sgt Zaehringer.  She is a national of the United States.

1694.   As a result of the October 11, 2010 attack and Sgt Zaehringer's injuries and death, each member of the Zaehringer Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt Zaehringer's society, companionship, and counsel.

**The Sonny C. Zimmerman Family**

1695.   Staff Sergeant Sonny C. Zimmerman served in Afghanistan as a member of the U.S. Army.  On July 16, 2013, SSG Zimmerman was injured in an attack involving a recoiless rifle committed by the Haqqani Network, a designated FTO at the time of the attack and part of

the Taliban, in Paktia Province, Afghanistan.  SSG Zimmerman died on July 16, 2013 as a result

of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1696.   SSG Zimmerman was a national of the United States at the time of the attack and

his death.

1697.   Plaintiff Michelle Marie Zimmerman is the mother of SSG Zimmerman.  She is a

national of the United States.

1698.   Plaintiff Chris Lee Zimmerman is the father of SSG Zimmerman.  He is a national

of the United States.

1699.   Plaintiff Baily Zimmerman is the sister of SSG Zimmerman.  She is a national of

the United States.

1700.   As a result of the July 16, 2013 attack and SSG Zimmerman's injuries and death,

each member of the Zimmerman Family has experienced severe mental anguish, emotional pain

and suffering, and the loss of SSG Zimmerman's society, companionship, and counsel.

## V.   THE TALIBAN KILLED AND INJURED ADDITIONAL PLAINTIFFS THROUGH TERRORIST ATTACKS FOR WHICH IRAN PROVIDED MATERIAL SUPPORT OR RESOURCES

1701.   The following additional Plaintiffs, who were not part of the FAC, *see* Dkt. 8,

bring claims against Iran as permitted by the Court's December 14, 2020 Case Management

Order, *see* Dkt. 28.

### A.   Additional Family Members of Existing Plaintiffs

1702.   The following plaintiffs have family members who are existing Plaintiffs in this

case.  These plaintiffs adopt the relevant allegations pertaining to their family in the FAC, which

remain set forth (as before) in Part IV of this Third Amended Complaint.

**The Ryan C. Adams Family**

1703.   Plaintiff Amanda Boone is the sister of SGT Adams.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Amanda Boone adopts.  *See supra* ¶¶ 174-78.

**The Nekl B. Allen Family**

1704.   Plaintiff Amy Allen is the widow of SSG Allen.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Amy Allen adopts. *See supra* ¶¶ 185-88.

1705.   Plaintiff Daniel Allen is the father of SSG Allen.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Daniel Allen adopts. *See id.*

**The William M. Bays Family**

1706.   Plaintiff Jasmin Bays is the widow of SGT Bays.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Jasmin Bays adopts. *See supra* ¶¶ 254-60.

**The Darrik C. Benson Family**

1707.   [Plaintiff dismissed claims.  *See* Dkt. 81.]

**The Richard J. Berrettini Family**

1708.   Plaintiff Christopher Berrettini is the son of LTC Berrettini.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Christopher Berrettini adopts.  *See supra* ¶¶ 293-97.

1709.   Plaintiff Nello Berrettini is the brother of LTC Berrettini.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Nello Berrettini adopts.  *See id.*

**The Jason M. Bogar Family**

1710.   Plaintiff Michael Bogar is the father of CPL Bogar.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Michael Bogar adopts.  *See supra* ¶¶ 322-27.

**The Jonathan P. Brostrom Family**

1711.   Plaintiff Jase Brostrom is the son of 1LT Brostrom.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Jase Brostrom adopts. *See supra* ¶¶ 357-62.

**The Frank D. Bryant Jr. Family**

1712.   Plaintiff Frank Bryant Sr. is the father of Lt Col Bryant.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Frank Bryant Sr. adopts.  *See supra* ¶¶ 374-78.

1713.   Plaintiff Patricia Bryant is the mother of Lt Col Bryant.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Patricia Bryant adopts.  *See id.*

**The Benjamen G. Chisholm Family**

1714.   Plaintiff Linda Reynolds is the mother of PFC Chisholm.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Linda Reynolds adopts.  *See supra* ¶¶ 427-31.

**The Chazray C. Clark Family**

1715.  Plaintiff Cordaro Clark is the brother of SPC Clark.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Cordaro Clark adopts. *See supra* ¶¶ 438-44.

**The Devin J. Daniels Family**

1716.  Plaintiff Heather Daniels is the step-mother of SGT Daniels.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Heather Daniels adopts.  *See supra* ¶¶ 536-41.  Heather Daniels lived in the same household as SGT Daniels for a substantial period of time and considered SGT Daniels the functional equivalent of a biological son.

**The Erich Ellis Family**

1717.  Plaintiff James Ellis is the father of Sgt Ellis.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations James Ellis adopts.  *See supra* ¶¶ 625-26.

**The Ronald D. Freeman Family**

1718.  Plaintiff Brian Freeman is the father of LCpl Freeman.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Brian Freeman adopts.  *See supra* ¶¶ 698-703.

**The Joel C. Gentz Family**

1719.  Plaintiff Steven M. Gentz is the father of Capt Gentz.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Steven M. Gentz adopts.  *See supra* ¶¶ 732-35.

**The William Joseph Gilbert Family**

1720.   Plaintiff Jessica Benson is the sister of SPC Gilbert.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Jessica Benson adopts.  *See supra* ¶¶ 736-39.

**The Wyatt A. Goldsmith Family**

1721.   Plaintiff Nicole Goldsmith is the sister of SFC Goldsmith.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Nicole Goldsmith adopts.  *See supra* ¶¶ 748-52.

**The Ryan J. Grady Family**

1722.   Plaintiff Alexis J. Quisenberry is the daughter of SPC Grady.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Alexis J. Quisenberry adopts.  *See supra* ¶¶ 759-63.

1723.   Plaintiff Kevin Grady is the brother of SPC Grady.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Kevin Grady adopts. *See id*.

**The Anthony G. Green Family**

1724.   Plaintiff Jesse Green is the brother of SGT Green.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Jesse Green adopts. *See supra* ¶¶ 769-73.

**The Kevin J. Griffin Family**

1725.   Plaintiff Carol Griffin is the step-mother of CSM Griffin.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Carol Griffin adopts.  *See supra* ¶¶ 786-92.  Carol Griffin lived in the same household as CSM Griffin for a

substantial period of time and considered CSM Griffin the functional equivalent of a biological son.

**The Scott D. Harper Family**

1726.   Plaintiff Angela Harper is the step-mother of LCpl Harper.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Angela Harper adopts.  *See supra* ¶¶ 811-14.  Angela Harper lived in the same household as LCpl Harper for a substantial period of time and considered LCpl Harper the functional equivalent of a biological son.

1727.   Plaintiff Holly Harpe is the step-sister of LCpl Harper.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Holly Harpe adopts.  *See id.*  Holly Harpe lived in the same household as LCpl Harper for a substantial period of time and considered LCpl Harper the functional equivalent of a biological brother.

1728.   Plaintiff Joseph Hulsey Jr. is the step-brother of LCpl Harper.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Joseph Hulsey Jr. adopts.  *See id.*  Joseph Hulsey Jr. lived in the same household as LCpl Harper for a substantial period of time and considered LCpl Harper the functional equivalent of a biological brother.

**The Christopher D. Henderson Family**

1729.   Plaintiff Cindy Henderson is the mother of SFC Henderson.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Cindy Henderson adopts.  *See supra* ¶¶ 837-40.

1730.   Plaintiff Athena Gordon is the sister of SFC Henderson.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Athena Gordon adopts.  *See id.*

**The Nicholas C.D. Hensley Family**

1731.   Plaintiff Gloria Hensley is the widow of SPC Hensley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Gloria Hensley adopts.  *See supra* ¶¶ 846-50.

1732.   Plaintiff A.L.H., by and through her next friend Gloria Hensley, is the minor daughter of SPC Hensley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations A.L.H. adopts.  *See id.*

1733.   Plaintiff E.M.H., by and through her next friend Gloria Hensley, is the minor daughter of SPC Hensley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations E.M.H. adopts.  *See id.*

1734.   Plaintiff N.R.H., by and through her next friend Gloria Hensley, is the minor daughter of SPC Hensley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations N.R.H. adopts.  *See id.*

1735.   Plaintiff Michaela Hensley is the sister of SPC Hensley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Michaela Hensley adopts.  *See id.*

1736.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

**The Matthew L. Hilton Family**

1737.   Plaintiff Brent Robinson is the step-son of SFC Hilton.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Brent

Robinson adopts.  *See supra* ¶¶ 869-73.  Brent Robinson lived in the same household as SFC Hilton for a substantial period of time and considered SFC Hilton the functional equivalent of a biological father.

1738.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

**The Floyd E.C. Holley Family**

1739.   Plaintiff Christen Holley is the widow of GySgt Holley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Christen Holley adopts.  *See supra* ¶¶ 874-77.

1740.   Plaintiff S.G.C.H., by and through her next friend Christen Holley, is the minor daughter of GySgt Holley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations S.G.C.H. adopts.  *See id.*

1741.   Plaintiff Charissa DelGiorno is the sister of GySgt Holley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Charissa DelGiorno adopts.  *See id.*

1742.   Plaintiff Alyssa Sheridan is the step-daughter of GySgt Holley.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Alyssa Sheridan adopts.  *See id.*  Alyssa Sheridan lived in the same household as GySgt Holley for a substantial period of time and considered GySgt Holley the functional equivalent of a biological father.

1743.   Plaintiff Andrew Sheridan is the step-son of GySgt Holley.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Andrew Sheridan adopts.  *See id.*  Andrew Sheridan lived in the same household as GySgt Holley for a

substantial period of time and considered GySgt Holley the functional equivalent of a biological father.

**The Michael A. Hughes Family**

1744.   Plaintiff Kathleen Lynn Alexander is the sister of Mr. Hughes.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Kathleen Lynn Alexander adopts.  *See supra* ¶¶ 895-98.

1745.   Plaintiff Daniel Owen Hughes is the brother of Mr. Hughes.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Daniel Owen Hughes adopts.  *See id.*

1746.   Plaintiff Patricia Hughes is the sister of Mr. Hughes.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Patricia Hughes adopts.  *See id.*

**The Eric Hunter Family**

1747.   Plaintiff Betty Black is the mother of SGT Hunter.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Betty Black adopts.  *See supra* ¶¶ 899-904.

1748.   Plaintiff Joey Hunter Sr. is the father of SGT Hunter.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Joey Hunter adopts.  *See id.*

1749.   Plaintiff Joey Hunter II is the brother of SGT Hunter.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Joey Hunter II adopts.  *See id.*

1750.   Plaintiff Nicholas Robinson IV is the brother of SGT Hunter.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Nicholas Robinson IV adopts.  *See id.*

**The Ryan P. Jayne Family**

1751.   Plaintiff Ayzia J. Jayne is the sister of SPC Jayne.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Ayzia J. Jayne adopts.  *See supra* ¶¶ 923-32.

**The Ricky D. Jones Family**

1752.   Plaintiff Marius R. Washington is the son of SGT Jones.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Marius R. Washington adopts.  *See supra* ¶¶ 942-48.

1753.   Plaintiff Sheila McCary is the mother of SGT Jones.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Sheila McCary adopts.  *See supra* ¶¶ *id.*

1754.   Plaintiff Jasmine Jones is the sister of SGT Jones.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Jasmine Jones adopts. *See id.*

**The Denis D. Kisseloff Family**

1755.   Plaintiff Aleksandr Kisseloff is the son of SGT Kisseloff.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Aleksandr Kisseloff adopts.  *See supra* ¶¶ 964-68.

**The Patrick F. Kutschbach Family**

1756.  Plaintiff B.T.K., by and through his next friend Ginger Kutschbach, is the minor son of SSG Kutschbach.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations B.T.K. adopts.  *See supra* ¶¶ 978-81

**The Todd W. Lambka Family**

1757.  Plaintiff Jordan Lambka is the brother of 1LT Lambka.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Jordan Lambka adopts.  *See supra* ¶¶ 982-85.

**The Jason D. Landphair Family**

1758.  Plaintiff L.A.E.L.B., by and through her next friend Natasha Buchanan, is the minor daughter of Mr. Landphair.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations L.A.E.L.B. adopts.  *See supra* ¶¶ 986-92.

1759.  Plaintiff S.L.L.B., by and through her next friend Natasha Buchanan, is the minor daughter of Mr. Landphair.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations S.L.L.B. adopts.  *See id.*

**The Eric N. Lembke Family**

1760.  Plaintiff Mashelle Lembke is the widow of SPC Lembke.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Mashelle Lembke adopts.  *See supra* ¶¶ 1011-14.

1761.  Plaintiff Alexis Marie Lembke is the daughter of SPC Lembke.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Alexis Marie Lembke adopts.  *See id.*

1762.   Plaintiff T.N.L., by and through his next friend Mashelle Lembke, is the minor son of SPC Lembke.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations T.N.L. adopts.  *See id.*

**The Chase S. Marta Family**

1763.   Plaintiff Karyn Sue Stone is the mother of SPC Marta.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Karyn Sue Stone adopts.  *See supra* ¶¶ 1042-45

1764.   Plaintiff Lawrence Marta is the father of SPC Marta.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Lawrence Marta adopts.  *See id.*

**The Matthew Q. McClintock Family**

1765.   Plaintiff Alexandra McClintock is the widow of SFC McClintock.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Alexandra McClintock adopts.  *See supra* ¶¶ 1070-74.

1766.   Plaintiff D.C.M., by and through his next friend Alexandra McClintock, is the minor son of SFC McClintock.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations D.C.M. adopts.  *See id.*

1767.   Plaintiff George McClintock III is the father of SFC McClintock.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations George McClintock III adopts.  *See id.*

**The Richard P. McEvoy Family**

1768.   Plaintiff Luann Varney is the sister of Mr. McEvoy.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Luann Varney adopts.  *See supra* ¶¶ 1084-90.

**The Shaun M. Mittler Family**

1769.   Plaintiff Cristine Mittler is the daughter of SSG Mittler.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Cristine Mittler adopts.  *See supra* ¶¶ 1124-27.

1770.   Plaintiff Joyce Turner is the mother of SSG Mittler.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Joyce Turner adopts.  *See id.*

1771.   Plaintiff Misty Barclay is the sister of SSG Mittler.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Misty Barclay adopts.  *See id.*

1772.   Plaintiff Alexander Mittler is the brother of SSG Mittler.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Alexander Mittler adopts.  *See id.*

**The Travis A. Morgado Family**

1773.   Plaintiff Anna Banzer is the sister of 2LT Morgado.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Anna Banzer adopts.  *See supra* ¶¶ 1132-37.

1774.   Plaintiff Sofia Kessler is the sister of 2LT Morgado.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Sofia Kessler adopts.  *See id.*

1775.   Plaintiff Connor Alexian Pladeck-Morgado is the brother of 2LT Morgado.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Connor Alexian Pladeck-Morgado adopts.  *See id.*

**The Sean W. Mullen Family**

1776.   Plaintiff Nancy Mullen is the widow of WO1 Mullen.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Nancy Mullen adopts.  *See supra* ¶¶ 1142-46.

**The Christopher R. Newman Family**

1777.   Plaintiff Donald Newman Sr. is the grandfather of SSG Newman.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Donald Newman Sr. adopts.  *See supra* ¶¶ 1158-62.  Donald Newman Sr. lived in the same household as SSG Newman for a substantial period of time and considered SSG Newman the functional equivalent of a biological son.

**The Bryan J. Nichols Family**

1778.   Plaintiff Mary Hammerbacher-Nichols is the widow of CW2 Nichols.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Mary Hammerbacher-Nichols adopts.  *See supra* ¶¶ 1167-72.

1779.   Plaintiff Monte Nichols is the brother of CW2 Nichols.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Monte Nichols adopts.  *See id.*

1780.   Plaintiff Nicole Robles is the sister of CW2 Nichols.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Nicole Robles adopts.  *See id.*

**The Adam J. Novak Family**

1781.   Plaintiff Jessica Cruz is the sister of PVT Novak.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Jessica Cruz adopts. *See supra* ¶¶ 1189-92.

**The Isaac Palomarez Family and Estate**

1782.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

1783.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

**The Jared C. Plunk Family**

1784.   Plaintiff Michelle Hock is the sister of SPC Plunk.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Michelle Hock adopts.  *See supra* ¶¶ 1241-47

**The Joshua J. Rimer Family**

1785.   Plaintiff Shannon Fenton is the sister of SGT Rimer.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Shannon Fenton adopts.  *See supra* ¶¶ 1305-09.

**The Edgar N. Roberts III Family**

1786.   Plaintiff Carlos Cruz is the step-son of SFC Roberts.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Carlos Cruz adopts.  *See supra* ¶¶ 1317-22.  Carlos Cruz lived in the same household as SFC Roberts for a

substantial period of time and considered SFC Roberts the functional equivalent of a biological father.

1787.   Plaintiff Joel Cruz is the step-son of SFC Roberts.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Joel Cruz adopts.  *See id.*  Joel Cruz lived in the same household as SFC Roberts for a substantial period of time and considered SFC Roberts the functional equivalent of a biological father.

**The Simone A. Robinson Family**

1788.   Plaintiff N.W., by and through her next friend Regina Byther, is the minor daughter of SGT Robinson.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations N.W. adopts.  *See supra* ¶¶ 1323-26.

**The Nicholas R. Roush Family**

1789.   [Plaintiff dismissed claims.  *See* Dkt. 81.]

1790.   Plaintiff Robert Roush III is the brother of CPL Roush.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Robert Roush III adopts.  *See id.*

**The Jonathan P. Schmidt Family**

1791.   Plaintiff Natalie Schmidt is the widow of SSG Schmidt.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Natalie Schmidt adopts.  *See supra* ¶¶ 1381-85.

1792.   Plaintiff A.L.S., by and through his next friend Natalie Schmidt, is the minor son of SSG Schmidt.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations A.L.S. adopts.  *See id.*

1793.   Plaintiff LeeAnn Schmidt is the mother of SSG Schmidt.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations LeeAnn Schmidt adopts.  *See id.*

**The Jacob M. Schwallie Family**

1794.   Plaintiff Sarah Schwallie is the mother of SGT Schwallie.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Sarah Schwallie adopts.  *See supra* ¶¶ 1386-89.

**The Charles Seth Sharp Family**

1795.   Plaintiff Angela Preston is the mother of LCpl Sharp.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Angela Preston adopts.  *See supra* ¶¶ 1396-99.

1796.   Plaintiff A.P., by and through his next friend Angela Preston, is the minor brother of LCpl Sharp.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations A.P. adopts.  *See id.*

1797.   Plaintiff Gus Preston is the step-father of LCpl Sharp.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Gus Preston adopts.  *See id.*  Gus Preston lived in the same household as LCpl Sharp for a substantial period of time and considered LCpl Sharp the functional equivalent of a biological son.

**The Anne T. Smedinghoff Family**

1798.   Plaintiff Joan Smedinghoff is the sister of Ms. Smedinghoff.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Joan Smedinghoff adopts.  *See supra* ¶¶ 1425-29.

1799.   Plaintiff Mark Smedinghoff is the brother of Ms. Smedinghoff.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Mark Smedinghoff adopts.  *See id.*

1800.   Plaintiff Regina Smedinghoff is the sister of Ms. Smedinghoff.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Regina Smedinghoff adopts.  *See id.*

**The Edward Bernard Smith Family**

1801.   Plaintiff Steven Flowers Jr. is the brother of SSG Smith.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Steven Flowers Jr. adopts.  *See supra* ¶¶ 1430-38.

1802.   Plaintiff Craig Smith is the brother of SSG Smith.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Craig Smith adopts. *See id.*

**The Devin A. Snyder Family**

1803.   Plaintiff Natasha Snyder is the sister of SPC Snyder.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Natasha Snyder adopts.  *See supra* ¶¶ 1451-56.

**The Kristoffer M. Solesbee Family**

1804.   Plaintiff Trina Solesbee is the sister of TSgt Solesbee.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Trina Solesbee adopts.  *See supra* ¶¶ 1457-60.

**The Brandon K. Steffey Family**

1805.   Plaintiff Andrea Steffey is the widow of SPC Steffey.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Andrea Steffey adopts.  *See supra* ¶¶ 1494-500.

1806.   Plaintiff A.G.S., by and through her next friend Andrea Steffey, is the minor daughter of SPC Steffey.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations A.G.S. adopts.  *See id.*

**The Jonnie L. Stiles Family**

1807.   Plaintiff Charles Stiles II is the brother of SGT Stiles.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Charles Stiles II adopts.  *See supra* ¶¶ 1501-08.

**The Kyle Brandon Stout Family**

1808.   Plaintiff Michael Stout is the brother of SGT Stout.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Michael Stout adopts. *See supra* ¶¶ 1509-14.

**The Mark E. Stratton II Family**

1809.   Plaintiff Michael Stratton is the brother of Lt Col Stratton.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Michael Stratton adopts.  *See supra* ¶¶ 1515-19.

1810.   Plaintiff Steven Stratton is the brother of Lt Col Stratton.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Steven Stratton adopts.  *See id.*

1811.   Plaintiff Deborah Young is the step-mother of Lt Col Stratton.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Deborah Young adopts.  *See id.*  Deborah Young lived in the same household as Lt Col Stratton for a substantial period of time and considered Lt Col Stratton the functional equivalent of a biological son.

**The Barry Sutton Family**

1812.   Plaintiff Erin Goss is the daughter of Mr. Sutton.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Erin Goss adopts.  *See supra* ¶¶ 1530-33.

1813.   Plaintiff Summer Sutton is the daughter of Mr. Sutton.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Summer Sutton adopts.  *See id.*

1814.   Plaintiff Trecia Brock Hood is the sister of Mr. Sutton.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Trecia Brock Hood adopts.  *See id.*

1815.   Plaintiff Wendy Shedd is the sister of Mr. Sutton.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Wendy Shedd adopts.  *See id.*

1816.   Plaintiff Freddie Sutton is the brother of Mr. Sutton.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Freddie Sutton adopts.  *See id.*

**The Aaron J. Taylor Family**

1817.   Plaintiff Kyle Taylor is the brother of SSgt Taylor.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Kyle Taylor adopts. *See supra* ¶¶ 1539-42.

**The Chad M. Trimble Family**

1818.   Plaintiff Rosanna Trimble is the widow of PFC Trimble.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Rosanna Trimble adopts.  *See supra* ¶¶ 1569-73.

1819.   Plaintiff Micaela Trimble is the daughter of PFC Trimble.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Micaela Trimble adopts.  *See id.*

1820.   Plaintiff Steffani Trimble is the daughter of PFC Trimble.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Steffani Trimble adopts.  *See id.*

**The Estell L. Turner Family**

1821.   Plaintiff Leah Turner is the widow of SPC Turner.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Leah Turner adopts. *See supra* ¶¶ 1576-79.

**The Jason A. Vazquez Family**

1822.   Plaintiff Jose Vazquez Jr. is the brother of SSG Vazquez.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Jose Vazquez Jr. adopts.  *See supra* ¶¶ 1587-91.

**The Darryl Wallace Family**

1823.   Plaintiff Tiffany Wallace is the wife of SGT Wallace.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Tiffany Wallace adopts.  *See supra* ¶¶ 1599-600.

1824.   Plaintiff Chase Wallace son of SGT Wallace.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Chase Wallace adopts.  *See id.*

**The Jonathan Michael Walls Family**

1825.   Plaintiff Lisa Hicks is the mother of SGT Walls.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Lisa Hicks adopts. *See supra* ¶¶ 1605-08.

1826.   Plaintiff Michael Skoufalos is the brother of SGT Walls.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Michael Skoufalos adopts.  *See id.*

**The Tyler R. Walshe Family**

1827.   Plaintiff Eric Allen Vietti is the brother of SPC Walshe.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Eric Allen Vietti adopts.  *See supra* ¶¶ 1609-14 (bringing claims on behalf of the family of Tyler R. Walshe-Vietti, whose legal last name was subsequently confirmed as Walshe).

**The Nickolas S. Welch Family**

1828.   Plaintiff Zackary Welch is the brother of SPC Welch.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Zackary Welch adopts.  *See supra* ¶¶ 1623-27.

**The Benjamin D. White Family**

1829.   Plaintiff Laura White is the sister of SrA White.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Laura White adopts. *See supra* ¶¶ 1634-41.

B.      **New Plaintiff Families**

1830.   The following plaintiffs are members of families not already represented in the FAC and involve new direct victims beyond those already encompassed by the FAC.

**The Charles Adkins Family**

1831.   Sergeant First Class Charles Adkins served in Afghanistan as a member of the U.S. Army.  On April 16, 2011, SFC Adkins was injured in a suicide bombing insider attack committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Laghman Province, Afghanistan.  SFC Adkins died on April 16, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1832.   SFC Adkins was a national of the United States at the time of the attack and his death.

1833.   Plaintiff Charles Adkins is the father of SFC Adkins.  He is a national of the United States.

1834.   Plaintiff Sheila Good is the mother of SFC Adkins.  She is a national of the United States.

1835.   Plaintiff Velvet Adkins is the step-mother of SFC Adkins.  She is a national of the United States.  Velvet Adkins lived in the same household as SFC Adkins for a substantial period of time and considered SFC Adkins the functional equivalent of a biological son.

1836.   As a result of the April 16, 2011 attack and SFC Adkins's injuries and death, each member of the Adkins Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Adkins's society, companionship, and counsel.

**The Vinson Adkinson III Family**

1837.   Plaintiff Staff Sergeant Vinson Adkinson III served in Afghanistan as a member of the U.S. Army.  On August 31, 2010, SSG Adkinson was injured in an IED attack committed by the Haqqani Network, part of the Taliban, in Logar Province, Afghanistan.  SSG Adkinson died on August 31, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1838.   SSG Adkinson was a national of the United States at the time of the attack and his death.

1839.   Plaintiff Veronica Adkinson is the widow of SSG Adkinson.  She is a national of the United States.

1840.   As a result of the August 31, 2010 attack and SSG Adkinson's injuries and death, each member of the Adkinson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Adkinson's society, companionship, and counsel.

1841.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

**The Nicholas Aleman Family**

1842.   Sergeant Nicholas Aleman served in Afghanistan as a member of the U.S. Marine Corps.  On December 5, 2010, Sgt Aleman was injured in a suicide bombing insider attack committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Paktia Province,

Afghanistan.  Sgt Aleman died on December 5, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1843.   Sgt Aleman was a national of the United States at the time of the attack and his death.

1844.   Plaintiff Jose Aleman is the father of Sgt Aleman.  He is a naturalized national of the United States.

1845.   Plaintiff Stephanie Hager is the sister of Sgt Aleman.  She is a national of the United States.

1846.   As a result of the December 5, 2010 attack and Sgt Aleman's injuries and death, each member of the Aleman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt Aleman's society, companionship, and counsel.

**The Darryn D. Andrews Family**

1847.   Second Lieutenant Darryn D. Andrews served in Afghanistan as a member of the U.S. Army.  On September 4, 2009, 2LT Andrews was injured in a complex attack involving an IED and rocket propelled grenades committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Paktika Province, Afghanistan.  2LT Andrews died on September 4, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1848.   2LT Andrews was a national of the United States at the time of the attack and his death.

1849.   Plaintiff Robert Andrews is the father of 2LT Andrews.  He is a national of the United States.

1850.   Plaintiff Sondra Andrews is the mother of 2LT Andrews.  She is a national of the United States.

1851.   As a result of the September 4, 2009 attack and 2LT Andrews's injuries and death, each member of the Andrews Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 2LT Andrews's society, companionship, and counsel.

**The Joshua Ashley Family**

1852.   Sergeant Joshua Ashley served in Afghanistan as a member of the U.S. Marine Corps.  On July 19, 2012, Sgt Ashley was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  Sgt Ashley died on July 19, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1853.   Sgt Ashley was a national of the United States at the time of the attack and his death.

1854.   Plaintiff Jonathan Ashley III is the father of Sgt Ashley.  He is a national of the United States.

1855.   Plaintiff Tammie Ashley is the mother of Sgt Ashley.  She is a national of the United States.

1856.   Plaintiff Jonathan Ashley IV is the brother of Sgt Ashley.  He is a national of the United States.

1857.   Plaintiff Jordan Ashley is the brother of Sgt Ashley.  He is a national of the United States.

1858.   As a result of the July 19, 2012 attack and Sgt Ashley's injuries and death, each member of the Ashley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Sgt Ashley's society, companionship, and counsel.

**The Jeffrey Ausborn Family**

1859.   Major Jeffrey Ausborn served in Afghanistan as a member of the U.S. Air Force. On April 27, 2011, Maj Ausborn was injured in an insider attack committed by the Taliban (including the Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  Maj Ausborn died on April 27, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1860.   Maj Ausborn was a national of the United States at the time of the attack and his death.

1861.   Plaintiff Suzanna Ausborn is the widow of Maj Ausborn.  She is a national of the United States.

1862.   Plaintiff Mitchell Maloy is the step-son of Maj Ausborn.  He is a national of the United States.  Mitchell Maloy lived in the same household as Maj Ausborn for a substantial period of time and considered Maj Ausborn the functional equivalent of a biological father.

1863.   Plaintiff Summer Maloy is the step-daughter of Maj Ausborn.  She is a national of the United States.  Summer Maloy lived in the same household as Maj Ausborn for a substantial period of time and considered Maj Ausborn the functional equivalent of a biological father.

1864.   As a result of the April 27, 2011 attack and Maj Ausborn's injuries and death, each member of the Ausborn Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Maj Ausborn's society, companionship, and counsel.

**The Brian Bates Jr. Family**

1865.   Private First Class Brian Bates Jr. served in Afghanistan as a member of the U.S. Army.  On October 27, 2009, PFC Bates was injured in an IED attack committed by the Taliban

in Kandahar Province, Afghanistan. PFC Bates died on October 27, 2009 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1866. PFC Bates was a national of the United States at the time of the attack and his death.

1867. Plaintiff Enjolie Bates is the widow of PFC Bates. She is a national of the United States.

1868. Plaintiff B.B., by and through his next friend Enjolie Bates, is the minor son of PFC Bates. He is a national of the United States.

1869. Plaintiff R.B., by and through her next friend Enjolie Bates, is the minor daughter of PFC Bates. She is a national of the United States.

1870. Plaintiff Marline Tully is the mother of PFC Bates. She is a national of the United States.

1871. As a result of the October 27, 2009 attack and PFC Bates's injuries and death, each member of the Bates Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Bates's society, companionship, and counsel.

**The Christopher Billmyer Family**

1872. Plaintiff Lance Corporal Christopher Billmyer served in Afghanistan as a member of the U.S. Marine Corps. On October 23, 2010, LCpl Billmyer was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan. The attack severely wounded LCpl Billmyer, who suffered a double amputation, a damaged arm, ear damage, and internal injuries. The attack constituted an extrajudicial killing. As a result of the October 23, 2010 attack and his injuries, LCpl Billmyer has experienced severe physical and emotional pain and suffering.

1873.   LCpl Billmyer was a national of the United States at the time of the attack, and remains one to this day.

1874.   Plaintiff Cheryl Billmyer is the mother of LCpl Billmyer.  She is a national of the United States.

1875.   Plaintiff James Billmyer is the father of LCpl Billmyer.  He is a national of the United States.

1876.   As a result of the October 23, 2010 attack and LCpl Billmyer's injuries, each member of the Billmyer Family has experienced severe mental anguish, emotional pain and suffering.

**Maggie Bilyeu**

1877.   Plaintiff Specialist Maggie Bilyeu served in Afghanistan as a member of the U.S. Army.  On November 12, 2016, SPC Bilyeu was injured in a suicide bombing attack committed by the Taliban in Parwan Province, Afghanistan.  The attack severely wounded SPC Bilyeu, who suffered injuries from shrapnel requiring 22 surgeries to her leg, breast and abdomen, an amputated left leg, and hearing loss requiring a hearing aid.  The attack constituted an extrajudicial killing.  As a result of the November 12, 2016 attack and her injuries, SPC Bilyeu has experienced severe physical and emotional pain and suffering.

1878.   SPC Bilyeu was a national of the United States at the time of the attack and remains one to this day.

**The Jesse Blamires Family**

1879.   Sergeant Jesse Blamires served in Afghanistan as a member of the U.S. Army. On May 30, 2007, SGT Blamires was injured in a rocket propelled grenade attack committed by

the Taliban in Helmand Province, Afghanistan.  SGT Blamires died on May 30, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1880.   SGT Blamires was a national of the United States at the time of the attack and his death.

1881.   Plaintiff Kimberly Blamires is the widow of SGT Blamires.  She is a national of the United States.

1882.   Plaintiff D.L.B., by and through her next friend Kimberly Blamires, is the minor daughter of SGT Blamires.  She is a national of the United States.

1883.   Plaintiff Kalli Blamires is the daughter of SGT Blamires.  She is a national of the United States.

1884.   Plaintiff Craig Blamires is the father of SGT Blamires.  He is a national of the United States.

1885.   Plaintiff Sandra Blamires is the mother of SGT Blamires.  She is a national of the United States.

1886.   Plaintiff Beau Blamires is the brother of SGT Blamires.  He is a national of the United States.

1887.   Plaintiff Eric Blamires is the brother of SGT Blamires.  He is a national of the United States.

1888.   Plaintiff Ethan Blamires is the brother of SGT Blamires.  He is a national of the United States.

1889.   Plaintiff Neil Blamires is the brother of SGT Blamires.  He is a national of the United States.

1890.   Plaintiff Julie McGraw is the sister of SGT Blamires.  She is a national of the United States.

1891.   As a result of the May 30, 2007 attack and SGT Blamires's injuries and death, each member of the Blamires Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Blamires's society, companionship, and counsel.

## The Tara Brown Family

1892.   Master Sergeant Tara Brown served in Afghanistan as a member of the U.S. Air Force.  On April 27, 2011, MSgt Brown was injured in an insider attack committed by the Taliban (including the Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  MSgt Brown died on April 27, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1893.   MSgt Brown was a national of the United States at the time of the attack and her death.

1894.   Plaintiff Ernest Brown II is the widower of MSgt Brown.  He is a national of the United States.

1895.   Plaintiff Jim Arthur Jacobs is the father of MSgt Brown.  He is a national of the United States.

1896.   Plaintiff Gladys Vereen is the mother of MSgt Brown.  She is a national of the United States.

1897.   Plaintiff Christopher Baptist is the brother of MSgt Brown.  He is a national of the United States.

1898.   Plaintiff Dominic Jacobs is the brother of MSgt Brown.  He is a national of the United States.

1899.   Plaintiff Jim Augustino Jacobs is the brother of MSgt Brown.  He is a national of the United States.

1900.   Plaintiff Laguanda Jacobs is the sister of MSgt Brown.  She is a national of the United States.

1901.   As a result of the April 27, 2011 attack and MSgt Brown's injuries and death, each member of the Brown Family has experienced severe mental anguish, emotional pain and suffering, and the loss of MSgt Brown's society, companionship, and counsel.

**The Gavin Brummund Family**

1902.   Lance Corporal Gavin Brummund served in Afghanistan as a member of the U.S. Marine Corps.  On June 10, 2010, LCpl Brummund was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Brummund died on June 10, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1903.   LCpl Brummund was a national of the United States at the time of the attack and his death.

1904.   Plaintiff Michaela Jeanne Taylor is the widow of LCpl Brummund.  She is a national of the United States.

1905.   As a result of the June 10, 2010 attack and LCpl Brummund's injuries and death, each member of the Brummund Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Brummund's society, companionship, and counsel.

**The Christopher Campbell Family**

1906.   Petty Officer 1st Class Christopher Campbell served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, PO1 Campbell was injured in an attack on a helicopter committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) in Wardak Province, Afghanistan.  PO1 Campbell died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1907.   PO1 Campbell was a national of the United States at the time of the attack and his death.

1908.   Plaintiff Cynthia Campbell is the sister of PO1 Campbell.  She is a national of the United States.

1909.   As a result of the August 6, 2011 attack and PO1 Campbell's injuries and death, each member of the Campbell Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PO1 Campbell's society, companionship, and counsel.

**The Karl Campbell Family**

1910.   Sergeant Karl Campbell served in Afghanistan as a member of the U.S. Army. On October 4, 2010, SGT Campbell was injured in an IED attack committed by the Taliban (including the Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  SGT Campbell died on October 4, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1911.   SGT Campbell was a national of the United States at the time of the attack and his death.

1912.   Plaintiff Arthur Campbell is the father of SGT Campbell.  He is a national of the United States.

1913.   Plaintiff Audrey Campbell is the mother of SGT Campbell.  She is a national of the United States.

1914.   Plaintiff Tina Campbell is the sister of SGT Campbell.  She is a national of the United States.

1915.   As a result of the October 4, 2010 attack and SGT Campbell's injuries and death, each member of the Campbell Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Campbell's society, companionship, and counsel.

**The Timothy Carner Family**

1916.   Plaintiff Specialist Timothy Carner served in Afghanistan as a member of the U.S. Army.  On December 13, 2011, SPC Carner was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SPC Carner, who suffered an amputation of his left leg below the knee, right thigh injuries, a concussion, traumatic brain injury, and post-traumatic stress disorder.  The attack constituted an extrajudicial killing. As a result of the December 13, 2011 attack and his injuries, SPC Carner has experienced severe physical and emotional pain and suffering.

1917.   SPC Carner was a national of the United States at the time of the attack, and remains one to this day.

1918.   Plaintiff Brittani Carner is the wife of SPC Carner.  She is a national of the United States.

1919.   Plaintiff T.M.C., by and through his next friend Timothy Carner, is the minor son of SPC Carner.  He is a national of the United States.

1920.   As a result of the December 13, 2011 attack and SPC Carner's injuries, each member of the Carner Family has experienced severe mental anguish, emotional pain and suffering.

**The Cory Clark Family**

1921.   Sergeant Cory Clark served in Afghanistan as a member of the U.S. Army.  On August 28, 2007, SGT Clark was injured in an IED attack committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Paktia Province, Afghanistan.  SGT Clark died on August 28, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1922.   SGT Clark was a national of the United States at the time of the attack and his death.

1923.   Plaintiff Wrenita Randall is the mother of SGT Clark.  She is a national of the United States.

1924.   Plaintiff Ediena McGee is the sister of SGT Clark.  She is a national of the United States.

1925.   As a result of the August 28, 2007 attack and SGT Clark's injuries and death, each member of the Clark Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Clark's society, companionship, and counsel.

**The Justin Coleman Family**

1926.   Specialist Justin Coleman served in Afghanistan as a member of the U.S. Army.  On July 24, 2009, SPC Coleman was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Nuristan Province, Afghanistan.

SPC Coleman died on July 24, 2009 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1927. SPC Coleman was a national of the United States at the time of the attack and his death.

1928. Plaintiff Dean Coleman is the father of SPC Coleman. He is a national of the United States.

1929. As a result of the July 24, 2009 attack and SPC Coleman's injuries and death, each member of the Coleman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Coleman's society, companionship, and counsel.

**The Mitchell Daehling Family**

1930. Specialist Mitchell Daehling served in Afghanistan as a member of the U.S. Army. On May 14, 2013, SPC Daehling was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan. SPC Daehling died on May 14, 2013 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

1931. SPC Daehling was a national of the United States at the time of the attack and his death.

1932. Plaintiff Samantha McNamara is the widow of SPC Daehling. She is a national of the United States.

1933. Plaintiff Brenda Daehling is the mother of SPC Daehling. She is a national of the United States.

1934. Plaintiff Kirk Daehling is the father of SPC Daehling. He is a national of the United States.

1935.   Plaintiff Adam Daehling is the brother of SPC Daehling.  He is a national of the United States.

1936.   Plaintiff Kayla Marie Daehling is the sister of SPC Daehling.  She is a national of the United States.

1937.   As a result of the May 14, 2013 attack and SPC Daehling's injuries and death, each member of the Daehling Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Daehling's society, companionship, and counsel.

**The James Darrough Family**

1938.   Sergeant James Darrough served in Afghanistan as a member of the U.S. Army. On October 29, 2011, SGT Darrough was injured in a suicide bombing attack committed by the Taliban (including the Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  SGT Darrough died on October 29, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1939.   SGT Darrough was a national of the United States at the time of the attack and his death.

1940.   Plaintiff Robert Darrough is the father of SGT Darrough.  He is a national of the United States.

1941.   Plaintiff Judith Darrough is the step-mother of SGT Darrough.  She is a national of the United States.  Judith Darrough lived in the same household as SGT Darrough for a substantial period of time and considered SGT Darrough the functional equivalent of a biological son.

1942.   As a result of the October 29, 2011 attack and SGT Darrough's injuries and death, each member of the Darrough Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Darrough's society, companionship, and counsel.

**The Preston Dennis Family**

1943.   Corporal Preston Dennis served in Afghanistan as a member of the U.S. Army. On April 28, 2011, CPL Dennis was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  CPL Dennis died on April 28, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1944.   CPL Dennis was a national of the United States at the time of the attack and his death.

1945.   Plaintiff Richard Dennis is the father of CPL Dennis.  He is a national of the United States.

1946.   Plaintiff Maria Mix is the mother of CPL Dennis.  She is a national of the United States.

1947.   Plaintiff Amanda Dennis-Silva is the sister of CPL Dennis.  She is a national of the United States.

1948.   Plaintiff Angelica Mix is the sister of CPL Dennis.  She is a national of the United States.

1949.   As a result of the April 28, 2011 attack and CPL Dennis's injuries and death, each member of the Dennis Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Dennis's society, companionship, and counsel.

**Marc Dervaes**

1950.   Plaintiff Sergeant First Class Marc Dervaes served in Afghanistan as a member of the U.S. Army National Guard.  On September 12, 2009, SFC Dervaes was injured in a rocket propelled grenade attack committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Kunar Province, Afghanistan. The attack severely wounded SFC Dervaes resulting in an amputated right arm.  The attack constituted an extrajudicial killing.  As a result of the September 12, 2009 attack and his injuries, SFC Dervaes has experienced severe physical and emotional pain and suffering.

1951.   SFC Dervaes was a national of the United States at the time of the attack and remains one to this day.

**The Joseph Deslauriers Family**

1952.   Plaintiff Master Sergeant Joseph Deslauriers served in Afghanistan as a member of the U.S. Air Force.  On September 23, 2011, MSgt Deslauriers was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded MSgt Deslauriers, who lost both of his legs above the knee and his left arm below the elbow. The attack constituted an extrajudicial killing.  As a result of the September 23, 2011 attack and his injuries, MSgt Deslauriers has experienced severe physical and emotional pain and suffering.

1953.   MSgt Deslauriers was a national of the United States at the time of the attack, and remains one to this day.

1954.   Plaintiff Lisa Deslauriers is the wife of MSgt Deslauriers.  She is a national of the United States.

1955.   As a result of the September 23, 2011 attack and MSgt Deslauriers's injuries, each member of the Deslauriers Family has experienced severe mental anguish, emotional pain and suffering.

**The Alberto Diaz Family**

1956.   Plaintiff Specialist Alberto Diaz served in Afghanistan as a member of the U.S. Army.  On August 12, 2014, SPC Diaz was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SPC Diaz, who suffered severe brain injuries and facial damage requiring complete right side facial reconstruction, and also suffers from post-traumatic stress disorder, chronic fatigue syndrome, chronic pain, social anxiety, panic attacks, hearing loss, and tremors.  The attack constituted an extrajudicial killing. As a result of the August 12, 2014 attack and his injuries, SPC Diaz has experienced severe physical and emotional pain and suffering.

1957.   SPC Diaz was a national of the United States at the time of the attack, and remains one to this day.

1958.   Plaintiff Kayla Diaz is the wife of SPC Diaz.  She is a national of the United States.

1959.   Plaintiff N.J.D., by and through her next friend Kayla Diaz, is the minor daughter of SPC Diaz.  She is a national of the United States.

1960.   Plaintiff N.J.A.D., by and through his next friend Kayla Diaz, is the minor son of SPC Diaz.  He is a national of the United States.

1961.   Plaintiff Frances Diaz is the mother of SPC Diaz.  She is a national of the United States.

1962.   Plaintiff Maximo Diaz is the father of SPC Diaz.  He is a national of the United States.

1963.   Plaintiff Anthony Diaz is the brother of SPC Diaz.  He is a national of the United States.

1964.   Plaintiff Matthew Diaz is the brother of SPC Diaz.  He is a national of the United States.

1965.   As a result of the August 12, 2014 attack and SPC Diaz's injuries, each member of the Diaz Family has experienced severe mental anguish, emotional pain and suffering.

**Robert Dove**

1966.   Plaintiff Staff Sergeant Robert Dove served in Afghanistan as a member of the U.S. Army.  On June 9, 2012, SSG Dove was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SSG Dove, who lost his right arm below the elbow and right leg above the knee, and suffered a traumatic brain injury, crushed pelvis, numerous soft tissue and shrapnel injuries, hearing loss, and multiple fractures of the left hand requiring 38 surgeries.  The attack constituted an extrajudicial killing.  As a result of the June 9, 2012 attack and his injuries, SSG Dove has experienced severe physical and emotional pain and suffering.

1967.   SSG Dove was a national of the United States at the time of the attack and remains one to this day.

**The David Drakulich Family**

1968.   Sergeant David Drakulich served in Afghanistan as a member of the U.S. Army. On January 9, 2008, SGT Drakulich was injured in an IED attack committed by the Taliban in

Helmand Province, Afghanistan.  SGT Drakulich died on January 9, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1969.   SGT Drakulich was a national of the United States at the time of the attack and his death.

1970.   Plaintiff Antoinette Drakulich is the mother of SGT Drakulich.  She is a national of the United States.

1971.   Plaintiff Joseph Drakulich is the father of SGT Drakulich.  He is a national of the United States.

1972.   Plaintiff Thomas Drakulich is the brother of SGT Drakulich.  He is a national of the United States.

1973.   Plaintiff Dana Drakulich-King is the sister of SGT Drakulich.  She is a national of the United States.

1974.   As a result of the January 9, 2008 attack and SGT Drakulich's injuries and death, each member of the Drakulich Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Drakulich's society, companionship, and counsel.

**The Patrick Durham Family**

1975.   Sergeant Patrick Durham served in Afghanistan as a member of the U.S. Army. On August 28, 2010, SGT Durham was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SGT Durham died on August 28, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1976.   SGT Durham was a national of the United States at the time of the attack and his death.

1977.   Plaintiff J.G.A., by and through his next friend Jamie Allison, is the minor son of SGT Durham.  He is a national of the United States.

1978.   As a result of the August 28, 2010 attack and SGT Durham's injuries and death, each member of the Durham Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Durham's society, companionship, and counsel.

**The Donald Edgerton Family**

1979.   Sergeant Donald Edgerton served in Afghanistan as a member of the U.S. Army. On July 10, 2010, SGT Edgerton was injured in an IED attack committed by the Taliban in Kunduz Province, Afghanistan.  SGT Edgerton died on July 10, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1980.   SGT Edgerton was a national of the United States at the time of the attack and his death.

1981.   Plaintiff Kyle Edgerton is the brother of SGT Edgerton.  He is a national of the United States.

1982.   As a result of the July 10, 2010 attack and SGT Edgerton's injuries and death, each member of the Edgerton Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Edgerton's society, companionship, and counsel.

**The Thomas Fogarty Family**

1983.   Staff Sergeant Thomas Fogarty served in Afghanistan as a member of the U.S. Army.  On May 6, 2012, SSG Fogarty was injured in an IED attack committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Paktia Province, Afghanistan.  SSG Fogarty died on

May 6, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1984.   SSG Fogarty was a national of the United States at the time of the attack and his death.

1985.   Plaintiff C.F., by and through his next friend Stephanie Fisher, is the minor son of SSG Fogarty.  He is a national of the United States.

1986.   Plaintiff K.F., by and through his next friend Stephanie Fisher, is the minor son of SSG Fogarty.  He is a national of the United States.

1987.   Plaintiff Stephanie Fisher is the mother of SSG Fogarty.  She is a national of the United States.

1988.   Plaintiff Thomas Fogarty is the father of SSG Fogarty.  He is a national of the United States.

1989.   As a result of the May 6, 2012 attack and SSG Fogarty's injuries and death, each member of the Fogarty Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Fogarty's society, companionship, and counsel.

**The Dillon Foxx Family**

1990.   Sergeant Dillon Foxx served in Afghanistan as a member of the U.S. Army.  On February 5, 2010, SGT Foxx was injured in an IED attack committed by the Taliban in Badghis Province, Afghanistan.  SGT Foxx died on February 5, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1991.   SGT Foxx was a national of the United States at the time of the attack and his death.

1992.   Plaintiff Robert Lentz is the father of SGT Foxx.  He is a national of the United States.

1993.   As a result of the February 5, 2010 attack and SGT Foxx's injuries and death, each member of the Foxx Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Foxx's society, companionship, and counsel.

## The Matthew Freeman Family

1994.   Captain Matthew Freeman served in Afghanistan as a member of the U.S. Marine Corps.  On August 7, 2009, Capt Freeman was injured in a sniper attack committed by the Taliban in Kapisa Province, Afghanistan.  Capt Freeman died on August 7, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

1995.   Capt Freeman was a national of the United States at the time of the attack and his death.

1996.   Plaintiff Lisa Lee Freeman is the mother of Capt Freeman.  She is a national of the United States.

1997.   Plaintiff Virginia Wiedower is the sister of Capt Freeman.  She is a national of the United States.

1998.   As a result of the August 7, 2009 attack and Capt Freeman's injuries and death, each member of the Freeman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Capt Freeman's society, companionship, and counsel.

## The Joshua Gire Family

1999.   Staff Sergeant Joshua Gire served in Afghanistan as a member of the U.S. Army. On March 22, 2011, SSG Gire was injured in a complex attack involving an IED, small arms fire, and rocket propelled grenades committed by the Haqqani Network, part of the Taliban, in

Logar Province, Afghanistan.  SSG Gire died on March 22, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2000.   SSG Gire was a national of the United States at the time of the attack and his death.

2001.   Plaintiff Paul Gire Jr. is the father of SSG Gire.  He is a national of the United States.

2002.   As a result of the March 22, 2011 attack and SSG Gire's injuries and death, each member of the Gire Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Gire's society, companionship, and counsel.

**The Jonathan Gollnitz Family**

2003.   Sergeant Jonathan Gollnitz served in Afghanistan as a member of the U.S. Army.  On September 26, 2012, SGT Gollnitz was injured in a suicide bombing attack committed by the Taliban (including the Haqqani Network, a designated FTO at the time of the attack) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Logar Province, Afghanistan.  SGT Gollnitz died on September 26, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2004.   SGT Gollnitz was a national of the United States at the time of the attack and his death.

2005.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

2006.   Plaintiff Kirk Gollnitz is the brother of SGT Gollnitz.  He is a national of the United States.

2007.   Plaintiff Tyler Gollnitz is the brother of SGT Gollnitz.  He is a national of the United States.

2008.   As a result of the September 26, 2012 attack and SGT Gollnitz's injuries and death, each member of the Gollnitz Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Gollnitz's society, companionship, and counsel.

**The Brittany Gordon Family**

2009.   Specialist Brittany Gordon served in Afghanistan as a member of the U.S. Army. On October 13, 2012, SPC Gordon was injured in an IED attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Zabul Province, Afghanistan.  SPC Gordon died on October 13, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2010.   SPC Gordon was a national of the United States at the time of the attack and her death.

2011.   Plaintiff Cedric F. Gordon is the father of SPC Gordon.  He is a national of the United States.

2012.   Plaintiff Conchetta Michell Diaz is the sister of SPC Gordon.  She is a national of the United States.

2013.   Plaintiff Cedric D. Gordon Sr. is the brother of SPC Gordon.  He is a national of the United States.

2014.   Plaintiff Adrian Kie-Alun Sherrod is the brother of SPC Gordon.  He is a national of the United States.

2015.   As a result of the October 13, 2012 attack and SPC Gordon's injuries and death, each member of the Gordon Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Gordon's society, companionship, and counsel.

**The Travis Green Family**

2016.   Plaintiff Gunnery Sergeant Travis Green served in Afghanistan as a member of the U.S. Marine Corps.  On September 15, 2011, GySgt Green was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded GySgt Green, who lost both of his legs, suffered a traumatic brain injury and micro bleeds, and suffers from post-traumatic stress disorder.  The attack constituted an extrajudicial killing.  As a result of the September 15, 2011 attack and his injuries, GySgt Green has experienced severe physical and emotional pain and suffering.

2017.   GySgt Green was a national of the United States at the time of the attack, and remains one to this day.

2018.   Plaintiff Julie Green is the ex-wife of GySgt Green and was married to GySgt Green at the time of the attack.  She is a national of the United States.

2019.   Plaintiff Alexandria Green is the daughter of GySgt Green.  She is a national of the United States.

2020.   Plaintiff A.G., by and through her next friend Travis Green, is the minor daughter of GySgt Green.  She is a national of the United States.

2021.   Plaintiff E.G., by and through her next friend Travis Green, is the minor daughter of GySgt Green.  She is a national of the United States.

2022.   Plaintiff T.G., by and through her next friend Travis Green, is the minor daughter of GySgt Green.  She is a national of the United States.

2023.   Plaintiff Glenda Green is the sister of GySgt Green.  She is a national of the United States.

2024.   Plaintiff Colby Anderson is the step-son of GySgt Green.  He is a national of the United States.  Colby Anderson lived in the same household as GySgt Green for a substantial period of time and considers GySgt Green the functional equivalent of a biological father.

2025.   Plaintiff Hayley Anderson is the step-daughter of GySgt Green.  She is a national of the United States.  Hayley Anderson lived in the same household as GySgt Green for a substantial period of time and considers GySgt Green the functional equivalent of a biological father.

2026.   As a result of the September 15, 2011 attack and GySgt Green's injuries, each member of the Green Family has experienced severe mental anguish, emotional pain and suffering.

**The Frank Robert Gross Family**

2027.   Corporal Frank Robert Gross served in Afghanistan as a member of the U.S. Army.  On July 16, 2011, CPL Gross was injured in an IED attack committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Khost Province, Afghanistan.  CPL Gross died on July 16, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2028.   CPL Gross was a national of the United States at the time of the attack and his death.

2029.   Plaintiff Craig Gross is the father of CPL Gross.  He is a national of the United States.

2030.   Plaintiff Natalie Gross is the sister of CPL Gross.  She is a national of the United States.

2031.   As a result of the July 16, 2011 attack and CPL Gross's injuries and death, each member of the Gross Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Gross's society, companionship, and counsel.

**The Timothy Hagen Family**

2032.   Plaintiff Lance Corporal Timothy Hagen served in Afghanistan as a member of the U.S. Marine Corps.  On November 29, 2010, LCpl Hagen was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded LCpl Hagen, who was pierced with shrapnel in the face and head which required facial reconstruction surgery, suffered traumatic brain injury, facial damage, right eye tissue vision loss, and concussive symptoms.  The attack constituted an extrajudicial killing.  As a result of the November 29, 2010 attack and his injuries, LCpl Hagen has experienced severe physical and emotional pain and suffering.

2033.   LCpl Hagen was a national of the United States at the time of the attack, and remains one to this day.

2034.   Plaintiff Debra L. Hagen is the mother of LCpl Hagen.  She is a national of the United States.

2035.   Plaintiff Lance Timothy Hagen is the brother of LCpl Hagen.  He is a national of the United States.

2036.   Plaintiff Ryan Scott Hagen is the brother of LCpl Hagen.  He is a national of the United States.

2037.   Plaintiff Samuel Alan Hagen is the brother of LCpl Hagen.  He is a national of the United States.

2038.   As a result of the November 29, 2010 attack and LCpl Hagen's injuries, each member of the Hagen Family has experienced severe mental anguish, emotional pain and suffering.

**The Scott Hagerty Family**

2039.   Major Scott Hagerty served in Afghanistan as a member of the U.S. Army Reserve.  On June 3, 2008, MAJ Hagerty was injured in an IED attack committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Paktia Province, Afghanistan.  MAJ Hagerty died on June 3, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2040.   MAJ Hagerty was a national of the United States at the time of the attack and his death.

2041.   Plaintiff Lynne Farmer is the sister of MAJ Hagerty.  She is a national of the United States.

2042.   As a result of the June 3, 2008 attack and MAJ Hagerty's injuries and death, each member of the Hagerty Family has experienced severe mental anguish, emotional pain and suffering, and the loss of MAJ Hagerty's society, companionship, and counsel.

**The Jeremy Hardison Family**

2043.   Sergeant Jeremy Hardison served in Afghanistan as a member of the U.S. Army National Guard.  On October 1, 2012, SGT Hardison was injured in suicide bombing attack by an individual wearing an Afghan police uniform committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint

al-Qaeda-Taliban cell in Khost Province, Afghanistan.  SGT Hardison died on October 1, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2044.   SGT Hardison was a national of the United States at the time of the attack and his death.

2045.   Plaintiff Jerry Hardison is the father of SGT Hardison.  He is a national of the United States.

2046.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

2047.   Plaintiff Justina Hardison is the sister of SGT Hardison.  She is a national of the United States.

2048.   As a result of the October 1, 2012 attack and SGT Hardison's injuries and death, each member of the Hardison Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Hardison's society, companionship, and counsel.

**The Daus Hempker Family**

2049.   Plaintiff Specialist Daus Hempker served in Afghanistan as a member of the U.S. Army.  On September 16, 2010, SPC Hempker was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SPC Hempker, who suffered a severe abdominal injury from the blast requiring multiple surgeries and two years in a transition facility; he also suffers from tinnitus, a traumatic brain injury, and post-traumatic stress disorder.  The attack constituted an extrajudicial killing.  As a result of the September 16, 2010 attack and his injuries, SPC Hempker has experienced severe physical and emotional pain and suffering.

2050.   SPC Hempker was a national of the United States at the time of the attack, and remains one to this day.

2051.   Plaintiff Dennis Hempker is the father of SPC Hempker.  He is a national of the United States.

2052.   Plaintiff Jewelyn Hempker is the sister of SPC Hempker.  She is a national of the United States.

2053.   As a result of the September 16, 2010 attack and SPC Hempker's injuries, each member of the Hempker Family has experienced severe mental anguish, emotional pain and suffering.

**The Alan Herzel Family**

2054.   Alan Herzel served in Afghanistan as a civilian government contractor working for DynCorp, Int'l.  On September 6, 2010, Mr. Herzel was injured in a mortar attack committed by the Taliban in Kandahar Province, Afghanistan.  Mr. Herzel died on September 6, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2055.   Mr. Herzel was a national of the United States at the time of the attack and his death.

2056.   Plaintiff Connie Herzel is the widow of Mr. Herzel.  She is a national of the United States.

2057.   Plaintiff Stephanie Hayhurst is the step-daughter of Mr. Herzel.  She is a national of the United States.  Stephanie Hayhurst lived in the same household as Mr. Herzel for a substantial period of time and considered Mr. Herzel the functional equivalent of a biological father.

2058.   As a result of the September 6, 2010 attack and Mr. Herzel's injuries and death, each member of the Herzel Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Herzel's society, companionship, and counsel.

**The Thor Hesla Family**

2059.   Thor Hesla served in Afghanistan as a civilian contractor for BearingPoint Management & Technology Consultants, contracting with USAID.  On January 14, 2008, Mr. Hesla was injured in a complex attack involving suicide bombing, small arms fire, and grenades committed by al-Qaeda (a designated FTO at the time of the attack) and the Taliban with al-Qaeda providing and training the suicide bomber in Helmand Province, Afghanistan.  Mr. Hesla died on January 14, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2060.   Mr. Hesla was a national of the United States at the time of the attack and his death.

2061.   Plaintiff Maren Hesla is the sister of Mr. Hesla.  She is a national of the United States.

2062.   As a result of the January 14, 2008 attack and Mr. Hesla's injuries and death, each member of the Hesla Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Hesla's society, companionship, and counsel.

**The Christopher Horns Family**

2063.   Private First Class Christopher Horns served in Afghanistan as a member of the U.S. Army.  On October 22, 2011, PFC Horns was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  PFC Horns died on October 22, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2064.   PFC Horns was a national of the United States at the time of the attack and his death.

2065.   Plaintiff Larry D. Horns is the father of PFC Horns.  He is a national of the United States.

2066.   Plaintiff Tamara Horns is the mother of PFC Horns.  She is a national of the United States.

2067.   Plaintiff Tiffany Louise Horns is the sister of PFC Horns.  She is a national of the United States.

2068.   As a result of the October 22, 2011 attack and PFC Horns's injuries and death, each member of the Horns Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Horns's society, companionship, and counsel.

**The Justin Horsley Family**

2069.   Specialist Justin Horsley served in Afghanistan as a member of the U.S. Army. On July 22, 2012, SPC Horsley was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Logar Province, Afghanistan.  SPC Horsley died on July 22, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2070.   SPC Horsley was a national of the United States at the time of the attack and his death.

2071.   Plaintiff Songmi Kietzmann is the mother of SPC Horsley.  She is a national of the United States.

2072.   Plaintiff Benjamin Horsley is the brother of SPC Horsley.  He is a national of the United States.

2073.   Plaintiff John Horsley is the brother of SPC Horsley.  He is a national of the United States.

2074.   As a result of the July 22, 2012 attack and SPC Horsley's injuries and death, each member of the Horsley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Horsley's society, companionship, and counsel.

**The Matthew Ingram Family**

2075.   Sergeant Matthew Ingram served in Afghanistan as a member of the U.S. Army. On August 21, 2009, SGT Ingram was injured in a complex attack involving an IED and small arms fire committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Kunar Province, Afghanistan.  SGT Ingram died on August 21, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2076.   SGT Ingram was a national of the United States at the time of the attack and his death.

2077.   Plaintiff Holly Ingram is the widow of SGT Ingram.  She is a national of the United States.

2078.   Plaintiff C.A.I., by and through her next friend Holly Ingram, is the minor daughter of SGT Ingram.  She is a national of the United States.

2079.   As a result of the August 21, 2009 attack and SGT Ingram's injuries and death, each member of the Ingram Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Ingram's society, companionship, and counsel.

**The Tyler Iubelt Family**

2080.   Private First Class Tyler Iubelt served in Afghanistan as a member of the U.S. Army.  On November 12, 2016, PFC Iubelt was injured in a suicide bombing attack committed by al-Qaeda (a designated FTO at the time of the attack) and the Taliban with al-Qaeda

providing and training the suicide bomber in Parwan Province, Afghanistan. PFC Iubelt died on November 12, 2016 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

2081. PFC Iubelt was a national of the United States at the time of the attack and his death.

2082. Plaintiff Shelby Iubelt is the widow of PFC Iubelt. She is a national of the United States.

2083. Plaintiff V.I., by and through her next friend Shelby Iubelt, is the minor daughter of PFC Iubelt. She is a national of the United States.

2084. Plaintiff Michael Iubelt is the father of PFC Iubelt. He is a national of the United States.

2085. Plaintiff Charlotte Loquasto is the mother of PFC Iubelt. She is a national of the United States.

2086. Plaintiff J.A.L., by and through his next friend Charlotte Loquasto, is the minor brother of PFC Iubelt. He is a national of the United States.

2087. As a result of the November 12, 2016 attack and PFC Iubelt's injuries and death, each member of the Iubelt Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Iubelt's society, companionship, and counsel.

**The Darius Johnson Family**

2088. Plaintiff Staff Sergeant Darius Johnson served in Afghanistan as a member of the U.S. Army. On July 17, 2011, SSG Johnson was injured in a complex attack involving an IED and small arms fire committed by the Taliban in Kandahar Province, Afghanistan. The attack severely wounded SSG Johnson, who lost his left arm, and suffered from burns on over 30

percent of his body, a broken jaw, and extensive scaring, requiring 28 surgeries; he also suffers from a traumatic brain injury, post-traumatic stress disorder, depression, nightmares, and insomnia.  The attack constituted an extrajudicial killing.  As a result of the July 17, 2011 attack and his injuries, SSG Johnson has experienced severe physical and emotional pain and suffering.

2089.   SSG Johnson was a national of the United States at the time of the attack, and remains one to this day.

2090.   Plaintiff Judy B. Cusack is the mother of SSG Johnson.  She is a national of the United States.

2091.   Plaintiff Kia Cusack is the sister of SSG Johnson.  She is a national of the United States.

2092.   As a result of the July 17, 2011 attack and SSG Johnson's injuries, each member of the Johnson Family has experienced severe mental anguish, emotional pain and suffering.

**The Travon T. Johnson Family**

2093.   Sergeant Travon T. Johnson served in Afghanistan as a member of the U.S. Army.  On July 23, 2007, SGT Johnson was injured in an IED attack committed by the Taliban (including the Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  SGT Johnson died on July 23, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2094.   SGT Johnson was a national of the United States at the time of the attack and his death.

2095.   Plaintiff Billie Shotlow is the mother of SGT Johnson.  She is a national of the United States.

2096.   Plaintiff Michael Shotlow is the step-father of SGT Johnson.  He is a national of the United States.  Michael Shotlow lived in the same household as SGT Johnson for a substantial period of time and considered SGT Johnson the functional equivalent of a biological son.

2097.   As a result of the July 23, 2007 attack and SGT Johnson's injuries and death, each member of the Johnson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Johnson's society, companionship, and counsel.

**The Jeffrey Jordan Family**

2098.   Sergeant Jeffrey Jordan served in Afghanistan as a member of the U.S. Army National Guard.  On June 4, 2009, SGT Jordan was injured in a complex attack involving IEDs and small arms fire committed by the Haqqani Network, part of the Taliban, in Zabul Province, Afghanistan.  SGT Jordan died on June 4, 2009 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

2099.   SGT Jordan was a national of the United States at the time of the attack and his death.

2100.   Plaintiff Lacey Jordan is the widow of SGT Jordan.  She is a national of the United States.

2101.   Plaintiff T.J.J., by and through his next friend Lacey Jordan, is the minor son of SGT Jordan.  He is a national of the United States.

2102.   As a result of the June 4, 2009 attack and SGT Jordan's injuries and death, each member of the Jordan Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Jordan's society, companionship, and counsel.

**The Alexis Kamerman Family**

2103.   Alexis Kamerman served in Afghanistan as a civilian educator with American University of Afghanistan.  On January 17, 2014, Ms. Kamerman was injured in a complex attack involving a suicide bomber and gunmen committed by the Taliban (including the Haqqani Network, a designated FTO at the time of the attack) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  Ms. Kamerman died on January 17, 2014 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2104.   Ms. Kamerman was a national of the United States at the time of the attack and her death.

2105.   Plaintiff Alison Pohn is the mother of Ms. Kamerman.  She is a national of the United States.

2106.   Plaintiff John C. McCarthy is the step-father of Ms. Kamerman.  He is a national of the United States.  John C. McCarthy lived in the same household as Ms. Kamerman for a substantial period of time and considered Ms. Kamerman the functional equivalent of a biological daughter.

2107.   As a result of the January 17, 2014 attack and Ms. Kamerman's injuries and death, each member of the Kamerman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Ms. Kamerman's society, companionship, and counsel.

**The Christopher Karch Family**

2108.   Sergeant Christopher Karch served in Afghanistan as a member of the U.S. Army. On August 11, 2010, SGT Karch was injured in a complex attack involving an IED and small arms fire committed by the Taliban in Kandahar Province, Afghanistan.  SGT Karch died on

August 11, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2109.   SGT Karch was a national of the United States at the time of the attack and his death.

2110.   Plaintiff Norman Karch is the father of SGT Karch.  He is a national of the United States.

2111.   As a result of the August 11, 2010 attack and SGT Karch's injuries and death, each member of the Karch Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Karch's society, companionship, and counsel.

**The Cameron Sade Kennedy Family**

2112.   Plaintiff Sergeant Cameron Sade Kennedy served in Afghanistan as a member of the U.S. Army.  On January 4, 2011, SGT Kennedy was injured in a rocket propelled grenade attack committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Khost Province, Afghanistan.  The attack severely wounded SGT Kennedy, who suffers from permanent loss of vision in both eyes (20/200 vision with a visual field 10 degrees) requiring the use of a guide dog, a traumatic brain injury, migraines, post-traumatic stress disorder, and tinnitus..  The attack constituted an extrajudicial killing.  As a result of the January 4, 2011 attack and his injuries, SGT Kennedy has experienced severe physical and emotional pain and suffering.

2113.   SGT Kennedy was a national of the United States at the time of the attack, and remains one to this day.

2114.   Plaintiff A.D.R.K.-Y., by and through her next friend Cameron Sade Kennedy, is the minor daughter of SGT Kennedy.  She is a national of the United States.

2115.  Plaintiff K.A.K., by and through her next friend Cameron Sade Kennedy, is the minor daughter of SGT Kennedy.  She is a national of the United States.

2116.  Plaintiff T.M.S., by and through his next friend Cameron Sade Kennedy, is the minor son of SGT Kennedy.  He is a national of the United States.

2117.  As a result of the January 4, 2011 attack and SGT Kennedy's injuries, each member of the Kennedy Family has experienced severe mental anguish, emotional pain and suffering.

**The Kevin King Family**

2118.  Plaintiff Professor Kevin King served in Afghanistan as a civilian professor teaching at American University of Afghanistan.  On August 7, 2016, Mr. King was kidnapped at gunpoint outside the front gates of American University of Afghanistan in Kabul Province, Afghanistan.  Mr. King was held hostage under deplorable conditions, beaten frequently, and denied adequate medical care for over three years before being released in a prisoner exchange on November 19, 2019.  The attack was committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban.  The attack severely wounded Mr. King, who has suffered from severe caloric malnutrition, muscle atrophy, peripheral neuropathy, hypocalcemia, vitamin D deficiency, low bone mineral density, hyperparathyroidism, frostbite on feet and ankles, a weak bladder, and other physical injuries due to repeated beatings.  The attack constituted hostage taking and torture.  As a result of the August 7, 2016 attack and his injuries, Mr. King has experienced severe physical and emotional pain and suffering.

2119.  Mr. King was a national of the United States at the time of the attack, and remains one to this day.

2120.   Plaintiff Stephanie Miller is the sister of Mr. King.  She is a national of the United States.

2121.   As a result of the August 7, 2016 attack and Mr. King's injuries, each member of the King Family has experienced severe mental anguish, emotional pain and suffering.

**The Brandon Kreischer Family**

2122.   Private First Class Brandon Kreischer served in Afghanistan as a member of the U.S. Army.  On July 29, 2019, PFC Kreischer was injured in an insider attack involving small arms fire committed by the Taliban in Uruzgan Province, Afghanistan.  PFC Kreischer died on July 29, 2019 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2123.   PFC Kreischer was a national of the United States at the time of the attack and his death.

2124.   Plaintiff Grace Kreischer is the widow of PFC Kreischer.  She is a national of the United States.

2125.   Plaintiff C.L.K., by and through his next friend Grace Kreischer, is the minor son of PFC Kreischer.  He is a national of the United States.

2126.   Plaintiff Brianne Barlow is the mother of PFC Kreischer.  She is a national of the United States.

2127.   Plaintiff Jason Barlow is the step-father of PFC Kreischer.  He is a national of the United States.  Jason Barlow lived in the same household as PFC Kreischer for a substantial period of time and considered PFC Kreischer the functional equivalent of a biological son.

2128.   As a result of the July 29, 2019 attack and PFC Kreischer's injuries and death, each member of the Kreischer Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Kreischer's society, companionship, and counsel.

**The Elliot Lander Family**

2129.   Plaintiff Staff Sergeant Elliot Lander served in Afghanistan as a member of the U.S. Marine Corps.  On March 14, 2011, SSgt Lander was injured in a complex attack involving small arms fire, light machine gun fire, and a hand grenade committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SSgt Lander, who suffered a gunshot wound to his left hip resulting in permanent disability and shrapnel wounds causing significant scarring all over his body; he also suffers from a traumatic brain injury, tinnitus, memory loss, headaches, and post-traumatic stress disorder.  The attack constituted an extrajudicial killing.  As a result of the March 14, 2011 attack and his injuries, SSgt Lander has experienced severe physical and emotional pain and suffering.

2130.   SSgt Lander was a national of the United States at the time of the attack, and remains one to this day.

2131.   Plaintiff Hollan Lander is the wife of SSgt Lander.  She is a national of the United States.

2132.   Plaintiff T.L., by and through her next friend Elliot Lander, is the minor daughter of SSgt Lander.  She is a national of the United States.

2133.   Plaintiff Gregory N. Lander is the father of SSgt Lander.  He is a national of the United States.

2134.   Plaintiff Kimber Morin is the mother of SSgt Lander.  She is a national of the United States.

2135.   Plaintiff Eric Lander is the brother of SSgt Lander.  He is a national of the United States.

2136.   Plaintiff Catheryn Schoenfarber is the sister of SSgt Lander.  She is a national of the United States.

2137.   As a result of the March 14, 2011 attack and SSgt Lander's injuries, each member of the Lander Family has experienced severe mental anguish, emotional pain and suffering.

**The David Lau Family**

2138.   Plaintiff Sergeant First Class David Lau served in Afghanistan as a member of the U.S. Army National Guard.  On April 4, 2012, SFC Lau was injured in a suicide bombing attack committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) with al-Qaeda providing and training the suicide bomber in Faryab Province, Afghanistan.  The attack severely wounded SFC Lau, who suffered severe injuries to both his legs requiring three years in a limb salvage program, extensive injuries to his dominant hand including the loss of a finger resulting in diminished function, severe injuries to shoulders and bicep, limb atrophy, dental injuries, loss of hearing, burns, and embedded toxic ball bearings.  The attack constituted an extrajudicial killing.  As a result of the April 4, 2012 attack and his injuries, SFC Lau has experienced severe physical and emotional pain and suffering.

2139.   SFC Lau was a national of the United States at the time of the attack, and remains one to this day.

2140.   Plaintiff Hamide Lau is the wife of SFC Lau.  She is a national of the United States.

2141.   Plaintiff K.L., by and through his next friend David Lau, is the minor son of SFC Lau.  He is a national of the United States.

2142.   Plaintiff M.L., by and through her next friend David Lau, is the minor daughter of SFC Lau.  She is a national of the United States.

2143.   Plaintiff Alexander Lau is the son of SFC Lau.  He is a national of the United States.

2144.   Plaintiff Vivian Perry is the mother of SFC Lau.  She is a national of the United States.

2145.   Plaintiff Holly Abraham is the sister of SFC Lau.  She is a national of the United States.

2146.   Plaintiff Leroy Lau Jr. is the brother of SFC Lau.  He is a national of the United States.

2147.   Plaintiff Michelle Lee Rauschenberger is the sister of SFC Lau.  She is a national of the United States.

2148.   Plaintiff Jammie Smith is the sister of SFC Lau.  She is a national of the United States.

2149.   As a result of the April 4, 2012 attack and SFC Lau's injuries, each member of the Lau Family has experienced severe mental anguish, emotional pain and suffering.

**Todd Love**

2150.   Plaintiff Corporal Todd Love served in Afghanistan as a member of the U.S. Marine Corps.  On October 25, 2010, Cpl Love was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded Cpl Love, who lost his left arm below the elbow and both his legs from just below the waist and suffers from hearing loss and a mild traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result

of the October 25, 2010 attack and his injuries, Cpl Love has experienced severe physical and emotional pain and suffering.

2151.   Cpl Love was a national of the United States at the time of the attack and remains one to this day.

**Eric Lund**

2152.   Plaintiff Sergeant Eric Lund served in Afghanistan as a member of the U.S. Army National Guard.  On May 20, 2012, SGT Lund was injured in a complex attack involving two IEDs followed by small arms fire and rocket propelled grenades committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SGT Lund, who lost both of his arms above the elbow, fractured his skull, broke his femur resulting in the loss of one inch of bone, broke his tibia, broke his back, and sustained a traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result of the May 20, 2012 attack and his injuries, SGT Lund has experienced severe physical and emotional pain and suffering.

2153.   SGT Lund was a national of the United States at the time of the attack and remains one to this day.

**Kevin McCloskey**

2154.   Plaintiff Corporal Kevin McCloskey served in Afghanistan as a member of the U.S. Army.  On June 8, 2008, CPL McCloskey was injured in an IED attack committed by the Haqqani Network, part of the Taliban, in Logar Province, Afghanistan.  The attack severely wounded CPL McCloskey, who suffered the loss of both his legs, vision loss in his right eye, burns all over his body, and a traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result of the June 8, 2008 attack and his injuries, CPL McCloskey has experienced severe physical and emotional pain and suffering.

2155.  CPL McCloskey was a national of the United States at the time of the attack and remains one to this day.

**The Michael Metcalf Family**

2156.  Private First Class Michael Metcalf served in Afghanistan as a member of the U.S. Army.  On April 22, 2012, PFC Metcalf was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  PFC Metcalf died on April 22, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2157.  PFC Metcalf was a national of the United States at the time of the attack and his death.

2158.  Plaintiff Clarence Metcalf is the father of PFC Metcalf.  He is a national of the United States.

2159.  Plaintiff Kimberly Metcalf is the mother of PFC Metcalf.  She is a national of the United States.

2160.  As a result of the April 22, 2012 attack and PFC Metcalf's injuries and death, each member of the Metcalf Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Metcalf's society, companionship, and counsel.

**The Eugene Mills III Family**

2161.  Lance Corporal Eugene Mills III served in Afghanistan as a member of the U.S. Marine Corps.  On June 22, 2012, LCpl Mills was injured in a sniper attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Mills died on June 22, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2162.   LCpl Mills was a national of the United States at the time of the attack and his death.

2163.   Plaintiff Theresa Karlson is the mother of LCpl Mills.  She is a national of the United States.

2164.   As a result of the June 22, 2012 attack and LCpl Mills's injuries and death, each member of the Mills Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Mills's society, companionship, and counsel.

**The Gil Morales Del Valle Family**

2165.   Private First Class Gil Morales Del Valle served in Afghanistan as a member of the U.S. Army.  On August 3, 2011, PFC Morales Del Valle was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan. PFC Morales Del Valle died on August 3, 2011 as a result of injuries sustained during the attack. The attack constituted an extrajudicial killing.

2166.   PFC Morales Del Valle was a national of the United States at the time of the attack and his death.

2167.   Plaintiff Gladys Del Valle Montanez was the mother of PFC Morales Del Valle. She was a national of the United States.  During the pendency of this litigation, Plaintiff Gladys Del Valle Montanez passed away.  Her estate, represented by Plaintiff Renes Perez, continues her claims.

2168.   Plaintiff Kiara Perez Del Valle is the sister of PFC Morales Del Valle.  She is a national of the United States.

2169.   Plaintiff Renes Perez is the step-father of PFC Morales Del Valle.  He is a national of the United States.  Renes Perez lived in the same household as PFC Morales Del

Valle for a substantial period of time and considered PFC Morales Del Valle the functional equivalent of a biological son.

2170.   As a result of the August 3, 2011 attack and PFC Morales Del Valle's injuries and death, each member of the Morales Del Valle Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Morales Del Valle's society, companionship, and counsel.

**The Michael Nance Family**

2171.   Specialist Michael Nance served in Afghanistan as a member of the U.S. Army. On July 29, 2019, SPC Nance was injured in an insider attack involving small arms fire committed by the Taliban in Uruzgan Province, Afghanistan.  SPC Nance died on July 29, 2019 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2172.   SPC Nance was a national of the United States at the time of the attack and his death.

2173.   Plaintiff ShuShawndra Gregoire is the mother of SPC Nance.  She is a national of the United States.

2174.   Plaintiff J.D.G., by and through his next friend ShuShawndra Gregoire, is the minor brother of SPC Nance.  He is a national of the United States.

2175.   Plaintiff John Gregoire Sr. is the step-father of SPC Nance.  He is a national of the United States.  John Gregoire Sr. lived in the same household as SPC Nance for a substantial period of time and considered SPC Nance the functional equivalent of a biological son.

2176.   Plaintiff L.R.G., by and through her next friend John Gregoire Sr., is the minor step-sister of SPC Nance.  She is a national of the United States.  L.R.G. lived in the same

household as SPC Nance for a substantial period of time and considered SPC Nance the

functional equivalent of a biological brother.

2177.   As a result of the July 29, 2019 attack and SPC Nance's injuries and death, each

member of the Nance Family has experienced severe mental anguish, emotional pain and

suffering, and the loss of SPC Nance's society, companionship, and counsel.

**The Brendan P. Neenan Family**

2178.   Specialist Brendan P. Neenan served in Afghanistan as a member of the U.S.

Army.  On June 7, 2010, SPC Neenan was injured in an IED attack committed by the Taliban in

Kandahar Province, Afghanistan.  SPC Neenan died on June 7, 2010 as a result of injuries

sustained during the attack.  The attack constituted an extrajudicial killing.

2179.   SPC Neenan was a national of the United States at the time of the attack and his

death.

2180.   Plaintiff Hugh Neenan is the father of SPC Neenan.  He is a national of the United

States.

2181.   Plaintiff Kathleen Neenan is the sister of SPC Neenan.  She is a national of the

United States.

2182.   Plaintiff Timothy Neenan is the brother of SPC Neenan.  He is a national of the

United States.

2183.   Plaintiff Lesa Neenan is the step-mother of SPC Neenan.  She is a national of the

United States.  Lesa Neenan lived in the same household as SPC Neenan for a substantial period

of time and considered SPC Neenan the functional equivalent of a biological son.

2184.   As a result of the June 7, 2010 attack and SPC Neenan's injuries and death, each member of the Neenan Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Neenan's society, companionship, and counsel.

**The Carlos Negron Sr. Family**

2185.   Specialist Carlos Negron Sr. served in Afghanistan as a member of the U.S. Army.  On July 10, 2010, SPC Negron was injured in a complex attack involving rocket propelled grenades and small arms fire committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Kunar Province, Afghanistan.  SPC Negron died on July 10, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2186.   SPC Negron was a national of the United States at the time of the attack and his death.

2187.   Plaintiff Gabriel Negron is the father of SPC Negron.  He is a national of the United States.

2188.   Plaintiff Marta Torres is the mother of SPC Negron.  She is a national of the United States.

2189.   Plaintiff Jose Negron is the brother of SPC Negron.  He is a national of the United States.

2190.   Plaintiff Maribel Negron is the sister of SPC Negron.  She is a national of the United States.

2191.   Plaintiff Marvin Negron is the brother of SPC Negron.  He is a national of the United States.

2192.   As a result of the July 10, 2010 attack and SPC Negron's injuries and death, each member of the Negron Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Negron's society, companionship, and counsel.

**The Liam Nevins Family**

2193.   Sergeant First Class Liam Nevins served in Afghanistan as a member of the U.S. Army.  On September 21, 2013, SFC Nevins was injured in an insider attack committed by the Haqqani Network (a designated FTO at the time of the attack and part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Paktia Province, Afghanistan.  SFC Nevins died on September 21, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2194.   SFC Nevins was a national of the United States at the time of the attack and his death.

2195.   Plaintiff William Nevins is the father of SFC Nevins.  He is a national of the United States.

2196.   As a result of the September 21, 2013 attack and SFC Nevins's injuries and death, each member of the Nevins Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SFC Nevins's society, companionship, and counsel.

**Ryan Newell**

2197.   Plaintiff Sergeant Ryan Newell served in Afghanistan as a member of the U.S. Army.  On January 7, 2008, SGT Newell was injured in an IED attack committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Nangarhar Province, Afghanistan.  The attack severely wounded SGT Newell, who lost both his legs, and suffered from a traumatic brain injury, post-traumatic stress disorder,

hearing loss, and tinnitus.  The attack constituted an extrajudicial killing.  As a result of the January 7, 2008 attack and his injuries, SGT Newell has experienced severe physical and emotional pain and suffering.

2198.   SGT Newell was a national of the United States at the time of the attack and remains one to this day.

**The Rob Lee Nichols Family**

2199.   Specialist Rob Lee Nichols served in Afghanistan as a member of the U.S. Army. On July 23, 2013, SPC Nichols was injured in an IED attack committed by the Haqqani Network, a designated FTO at the time of the attack and part of the Taliban, in Wardak Province, Afghanistan.  SPC Nichols died on July 23, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2200.   SPC Nichols was a national of the United States at the time of the attack and his death.

2201.   Plaintiff Bruce Nichols is the father of SPC Nichols.  He is a national of the United States.

2202.   Plaintiff Molly G. Nichols is the sister of SPC Nichols.  She is a national of the United States.

2203.   Plaintiff Jeanne Nichols is the step-mother of SPC Nichols.  She is a national of the United States.  Jeanne Nichols lived in the same household as SPC Nichols for a substantial period of time and considered SPC Nichols the functional equivalent of a biological son.

2204.   As a result of the July 23, 2013 attack and SPC Nichols's injuries and death, each member of the Nichols Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Nichols's society, companionship, and counsel.

## The Raul Olivares Jr. Family

2205.   Plaintiff Corporal Raul Olivares Jr. served in Afghanistan as a member of the U.S. Marine Corps.  On June 18, 2010, Cpl Olivares was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded Cpl Olivares, who sustained a facial laceration, tibial and fibula fractures to the left leg, and a calcaneus fracture to the right leg, which may potentially require salvage in both limbs.  The attack constituted an extrajudicial killing.  As a result of the June 18, 2010 attack and his injuries, Cpl Olivares has experienced severe physical and emotional pain and suffering.

2206.   Cpl Olivares was a national of the United States at the time of the attack, and remains one to this day.

2207.   Plaintiff Lesley Olivares is the wife of Cpl Olivares.  She is a national of the United States.

2208.   Plaintiff D.R.M., by and through her next friend Lesley Olivares, is the minor step-daughter of Cpl Olivares.  She is a national of the United States.  D.R.M. lived in the same household as Cpl Olivares for a substantial period of time and considers Cpl Olivares the functional equivalent of a biological father.

2209.   As a result of the June 18, 2010 attack and Cpl Olivares's injuries, each member of the Olivares Family has experienced severe mental anguish, emotional pain and suffering.

## The Nicholas Henry Olivas Family

2210.   Corporal Nicholas Henry Olivas served in Afghanistan as a member of the U.S. Army.  On May 30, 2012, CPL Olivas was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  CPL Olivas died on May 30, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2211.   CPL Olivas was a national of the United States at the time of the attack and his death.

2212.   Plaintiff Adolf Olivas is the father of CPL Olivas.  He is a national of the United States.

2213.   As a result of the May 30, 2012 attack and CPL Olivas's injuries and death, each member of the Olivas Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Olivas's society, companionship, and counsel.

**The Jonathan O'Neill Family and Estate**

2214.   Specialist Jonathan O'Neill served in Afghanistan as a member of the U.S. Army. On June 2, 2009, SPC O'Neill was injured in a complex attack involving an IED and small arms fire committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Paktia Province, Afghanistan.  SPC O'Neill died on June 15, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2215.   SPC O'Neill was a national of the United States at the time of the attack and his death.

2216.   Plaintiff Jacqueline O'Neill is the mother of SPC O'Neill.  She is a national of the United States.  She brings claims in both her personal capacity and her representative capacity on behalf of SPC O'Neill's estate.

2217.   Plaintiff Robert O'Neill is the father of SPC O'Neill.  He is a national of the United States.

2218.   Plaintiff Brian O'Neill is the brother of SPC O'Neill.  He is a national of the United States.

2219.   Plaintiff Kaitlyn O'Neill is the sister of SPC O'Neill.  She is a national of the United States.

2220.   Plaintiff Matthew O'Neill is the brother of SPC O'Neill.  He is a national of the United States.

2221.   As a result of the June 2, 2009 attack and SPC O'Neill's injuries and death, each member of the O'Neill Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC O'Neill's society, companionship, and counsel.

2222.   SPC O'Neill's estate is entitled to recover economic and non-economic damages.

**The Jason Pacheco Family**

2223.   Plaintiff Staff Sergeant Jason Pacheco served in Afghanistan as a member of the U.S. Marine Corps.  On August 3, 2010, SSgt Pacheco was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SSgt Pacheco, who suffered an amputation of the right leg below the knee, a left pinky finger amputation, a traumatic brain injury, left leg limb salvage, burns, post-traumatic stress disorder, hearing loss, and multiple shrapnel wounds.  The attack constituted an extrajudicial killing.  As a result of the August 3, 2010 attack and his injuries, SSgt Pacheco has experienced severe physical and emotional pain and suffering.

2224.   SSgt Pacheco was a national of the United States at the time of the attack, and remains one to this day.

2225.   Plaintiff AnnaLeigh Pacheco is the wife of SSgt Pacheco.  She is a national of the United States.

2226.   As a result of the August 3, 2010 attack and SSgt Pacheco's injuries, each member of the Pacheco Family has experienced severe mental anguish, emotional pain and suffering.

**The Bobby Pagan Family**

2227.   Specialist Bobby Pagan served in Afghanistan as a member of the U.S. Army.  On February 13, 2010, SPC Pagan was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Pagan died on February 13, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2228.   SPC Pagan was a national of the United States at the time of the attack and his death.

2229.   Plaintiff Peggy Pagan is the mother of SPC Pagan.  She is a national of the United States.

2230.   Plaintiff Robert Pagan Sr. is the father of SPC Pagan.  He is a national of the United States.

2231.   Plaintiff Robert Pagan Jr. is the brother of SPC Pagan.  He is a national of the United States.

2232.   As a result of the February 13, 2010 attack and SPC Pagan's injuries and death, each member of the Pagan Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Pagan's society, companionship, and counsel.

**The Cody Patterson Family**

2233.   Specialist Cody Patterson served in Afghanistan as a member of the U.S. Army. On October 6, 2013, SPC Patterson was injured in an IED attack committed by the Taliban in

Kandahar Province, Afghanistan.  SPC Patterson died on October 6, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2234.   SPC Patterson was a national of the United States at the time of the attack and his death.

2235.   Plaintiff Nancy Wilson is the mother of SPC Patterson.  She is a national of the United States.

2236.   As a result of the October 6, 2013 attack and SPC Patterson's injuries and death, each member of the Patterson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Patterson's society, companionship, and counsel.

**The Joseph Perez Family**

2237.   Joseph Perez served in Afghanistan as a civilian government contractor working for FedSys.  On July 22, 2012, Mr. Perez was injured in an insider attack committed by the Taliban in Herat Province, Afghanistan.  Mr. Perez died on July 22, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2238.   Mr. Perez was a national of the United States at the time of the attack and his death.

2239.   Plaintiff Debra Perez is the widow of Mr. Perez.  She is a national of the United States.

2240.   Plaintiff Robin Akers is the daughter of Mr. Perez.  She is a national of the United States.

2241.   Plaintiff Tracy Herring is the daughter of Mr. Perez.  She is a national of the United States.

2242.   Plaintiff Adan Perez is the son of Mr. Perez.  He is a national of the United States.

2243.   Plaintiff Anthony Perez is the son of Mr. Perez.  He is a national of the United States.

2244.   Plaintiff Nicholas Perez is the son of Mr. Perez.  He is a national of the United States.

2245.   As a result of the July 22, 2012 attack and Mr. Perez's injuries and death, each member of the Perez Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Perez's society, companionship, and counsel.

**The John Perry Family**

2246.   Staff Sergeant John Perry served in Afghanistan as a member of the U.S. Army. On November 12, 2016, SSG Perry was injured in a suicide bombing attack committed by al-Qaeda (a designated FTO at the time of the attack) and the Taliban with al-Qaeda providing and training the suicide bomber in Parwan Province, Afghanistan.  SSG Perry died on November 12, 2016 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2247.   SSG Perry was a national of the United States at the time of the attack and his death.

2248.   Plaintiff Julianne Good Perry is the widow of SSG Perry.  She is a national of the United States.

2249.   Plaintiff G.W.P., by and through his next friend Julianne Good Perry, is the minor son of SSG Perry.  He is a national of the United States.

2250.   Plaintiff L.R.P., by and through her next friend Julianne Good Perry, is the minor daughter of SSG Perry.  She is a national of the United States.

2251.  Plaintiff Kathleen Perry is the mother of SSG Perry.  She is a national of the United States.

2252.  Plaintiff Stewart Lamar Perry is the father of SSG Perry.  He is a national of the United States.

2253.  Plaintiff A.T.P., by and through her next friend Stewart Lamar Perry, is the minor sister of SSG Perry.  She is a national of the United States.

2254.  As a result of the November 12, 2016 attack and SSG Perry's injuries and death, each member of the Perry Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Perry's society, companionship, and counsel.

**The Jack Pierce Family**

2255.  Plaintiff Staff Sergeant Jack Pierce served in Afghanistan as a member of the U.S. Marine Corps.  On January 9, 2010, SSgt Pierce was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded SSgt Pierce, who sustained multiple injuries, including multiple internal organ injuries, a broken knee, ribs, scapulas, wrist, and vertebrae as well as a crushed spine resulting in paralysis from the chest down.  The attack constituted an extrajudicial killing.  As a result of the January 9, 2010 attack and his injuries, SSgt Pierce has experienced severe physical and emotional pain and suffering.

2256.  SSgt Pierce was a national of the United States at the time of the attack, and remains one to this day.

2257.  Plaintiff Karen Pierce is the wife of SSgt Pierce.  She is a national of the United States.

2258.  Plaintiff W.P., by and through his next friend Jack Pierce, is the minor son of SSgt Pierce.  He is a national of the United States.

2259.   Plaintiff Beverly Pierce is the mother of SSgt Pierce.  She is a national of the United States.

2260.   Plaintiff Alex Pierce is the brother of SSgt Pierce.  He is a national of the United States.

2261.   Plaintiff Christine Pierce is the sister of SSgt Pierce.  She is a national of the United States.

2262.   As a result of the January 9, 2010 attack and SSgt Pierce's injuries, each member of the Pierce Family has experienced severe mental anguish, emotional pain and suffering.

**The Trevor Pinnick Family**

2263.   Specialist Trevor Pinnick served in Afghanistan as a member of the U.S. Army. On June 12, 2012, SPC Pinnick was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Pinnick died on June 12, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2264.   SPC Pinnick was a national of the United States at the time of the attack and his death.

2265.   Plaintiff Bethany Wesley is the sister of SPC Pinnick.  She is a national of the United States.

2266.   As a result of the June 12, 2012 attack and SPC Pinnick's injuries and death, each member of the Pinnick Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Pinnick's society, companionship, and counsel.

**The Jesse Pittman Family**

2267.   Petty Officer 1st Class Jesse Pittman served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, PO1 Pittman was injured in an attack on a helicopter committed

by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) in Wardak Province, Afghanistan.  PO1 Pittman died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2268.   PO1 Pittman was a national of the United States at the time of the attack and his death.

2269.   Plaintiff Ida Pittman is the mother of PO1 Pittman.  She is a national of the United States.

2270.   Plaintiff John Pittman Sr. is the father of PO1 Pittman.  He is a national of the United States.

2271.   As a result of the August 6, 2011 attack and PO1 Pittman's injuries and death, each member of the Pittman Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PO1 Pittman's society, companionship, and counsel.

**The Michael Pridham Jr. Family**

2272.   Private First Class Michael Pridham Jr. served in Afghanistan as a member of the U.S. Army.  On July 6, 2010, PFC Pridham was injured in an IED attack committed by the Haqqani Network, part of the Taliban, in Zabul Province, Afghanistan.  PFC Pridham died on July 6, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2273.   PFC Pridham was a national of the United States at the time of the attack and his death.

2274.   Plaintiff Diedre Spencer is the widow of PFC Pridham.  She is a national of the United States.

2275.   Plaintiff A.M.P., by and through her next friend Diedre Spencer, is the minor daughter of PFC Pridham.  She is a national of the United States.

2276.   As a result of the July 6, 2010 attack and PFC Pridham's injuries and death, each member of the Pridham Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Pridham's society, companionship, and counsel.

**The Peter Provost Family**

2277.   Peter Provost served in Afghanistan as a civilian contractor working for Fluor Corporation.  On November 12, 2016, Mr. Provost was injured in a suicide bombing attack committed by al-Qaeda (a designated FTO at the time of the attack) and the Taliban with al-Qaeda providing and training the suicide bomber in Parwan Province, Afghanistan.  Mr. Provost died on November 12, 2016 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2278.   Mr. Provost was a national of the United States at the time of the attack and his death.

2279.   Plaintiff Gail Provost is the widow of Mr. Provost.  She is a national of the United States.

2280.   Plaintiff Meghan Janet Hollingsworth is the daughter of Mr. Provost.  She is a national of the United States.

2281.   Plaintiff Sarah Tiffany Peterson is the daughter of Mr. Provost.  She is a national of the United States.

2282.   Plaintiff Brian Provost is the son of Mr. Provost.  He is a national of the United States.

2283.   Plaintiff Spencer Dana Provost is the son of Mr. Provost.  He is a national of the United States.

2284.   Plaintiff Gertrude Provost is the mother of Mr. Provost.  She is a national of the United States.

2285.   Plaintiff Louis Provost is the father of Mr. Provost.  He is a national of the United States.

2286.   Plaintiff Judith L. Ashley is the sister of Mr. Provost.  She is a national of the United States.

2287.   Plaintiff Louise P. Conlon is the sister of Mr. Provost.  She is a national of the United States.

2288.   Plaintiff MaryJane G. Medeiros is the sister of Mr. Provost.  She is a national of the United States.

2289.   Plaintiff John A. Provost is the brother of Mr. Provost.  He is a national of the United States.

2290.   Plaintiff Paul Provost is the brother of Mr. Provost.  He is a national of the United States.

2291.   Plaintiff Scott Peter Provost is the brother of Mr. Provost.  He is a national of the United States.

2292.   As a result of the November 12, 2016 attack and Mr. Provost's injuries and death, each member of the Provost Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Mr. Provost's society, companionship, and counsel.

**The Blaine E. Redding Family**

2293.   Specialist Blaine E. Redding served in Afghanistan as a member of the U.S. Army.  On June 7, 2010, SPC Redding was injured in an IED attack committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Kunar Province, Afghanistan.  SPC Redding died on June 7, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2294.   SPC Redding was a national of the United States at the time of the attack and his death.

2295.   Plaintiff Blaine A. Redding is the father of SPC Redding.  He is a national of the United States.

2296.   As a result of the June 7, 2010 attack and SPC Redding's injuries and death, each member of the Redding Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Redding's society, companionship, and counsel.

**The Jarrold Reeves Jr. Family**

2297.   Col. (R) Jarrold Reeves Jr. served in Afghanistan as a civilian contractor working for Fluor Corporation.  On November 12, 2016, Col. (R) Reeves was injured in a suicide bombing attack committed by al-Qaeda (a designated FTO at the time of the attack) and the Taliban with al-Qaeda providing and training the suicide bomber in Parwan Province, Afghanistan.  Col. (R) Reeves died on November 12, 2016 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2298.   Col. (R) Reeves was a national of the United States at the time of the attack and his death.

2299.   Plaintiff Katrina M. Reeves is the widow of Col. (R) Reeves.  She is a national of the United States.

2300.   Plaintiff Summer Dunn is the daughter of Col. (R) Reeves.  She is a national of the United States.

2301.   Plaintiff Hannah Mason is the daughter of Col. (R) Reeves.  She is a national of the United States.

2302.   Plaintiff Jennifer Katherine Reeves is the daughter of Col. (R) Reeves.  She is a national of the United States.

2303.   Plaintiff Mallory Williams is the daughter of Col. (R) Reeves.  She is a national of the United States.

2304.   Plaintiff Charlotte Ann Reeves is the mother of Col. (R) Reeves.  She is a national of the United States.

2305.   Plaintiff Victoria Jane Reeves is the sister of Col. (R) Reeves.  She is a national of the United States.

2306.   Plaintiff Joyce Ann Tulloch is the sister of Col. (R) Reeves.  She is a national of the United States.

2307.   As a result of the November 12, 2016 attack and Col. (R) Reeves's injuries and death, each member of the Reeves Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Col. (R) Reeves's society, companionship, and counsel.

**The Colby Richmond Family**

2308.   Sergeant Colby Richmond served in Afghanistan as a member of the U.S. Army. On August 25, 2011, SGT Richmond was injured in an IED attack committed by the Taliban in

Helmand Province, Afghanistan.  SGT Richmond died on August 25, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2309.   SGT Richmond was a national of the United States at the time of the attack and his death.

2310.   Plaintiff Cynthia Richmond is the mother of SGT Richmond.  She is a national of the United States.

2311.   As a result of the August 25, 2011 attack and SGT Richmond's injuries and death, each member of the Richmond Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Richmond's society, companionship, and counsel.

**The Joseph Riley Family**

2312.   Specialist Joseph Riley served in Afghanistan as a member of the U.S. Army.  On November 24, 2014, SPC Riley was injured in a vehicle-born IED attack committed by the Taliban (including the Haqqani Network, a designated FTO at the time of the attack), and al-Qaeda (a designated FTO at the time of the attack), acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  SPC Riley died on November 24, 2014 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2313.   SPC Riley was a national of the United States at the time of the attack and his death.

2314.   Plaintiff Michelle Riley is the mother of SPC Riley.  She is a national of the United States.

2315.   Plaintiff Rodney Riley is the father of SPC Riley.  He is a national of the United States.

2316.   As a result of the November 24, 2014 attack and SPC Riley's injuries and death, each member of the Riley Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Riley's society, companionship, and counsel.

**The Heath Robinson Family**

2317.   Senior Chief Petty Officer Heath Robinson served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, SCPO Robinson was injured in an attack on a helicopter committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) in Wardak Province, Afghanistan.  SCPO Robinson died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2318.   SCPO Robinson was a national of the United States at the time of the attack and his death.

2319.   Plaintiff Daniel Robinson is the father of SCPO Robinson.  He is a national of the United States.

2320.   As a result of the August 6, 2011 attack and SCPO Robinson's injuries and death, each member of the Robinson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SCPO Robinson's society, companionship, and counsel.

**Christopher Rosebrock**

2321.   Plaintiff Captain Christopher Rosebrock served in Afghanistan as a member of the U.S. Army National Guard.  On April 4, 2012, CPT Rosebrock was injured in a suicide bombing attack committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) with al-Qaeda providing and training the suicide bomber in Faryab Province, Afghanistan.  The attack severely wounded CPT Rosebrock, who suffers from disfiguring

shrapnel wounds, muscular atrophy and reduced mobility in his left arm, a concussion, a traumatic brain injury, and blown eardrums.  The attack constituted an extrajudicial killing.  As a result of the April 4, 2012 attack and his injuries, CPT Rosebrock has experienced severe physical and emotional pain and suffering.

2322.   CPT Rosebrock was a national of the United States at the time of the attack and remains one to this day.

**The Christopher Rudzinski Family**

2323.   Staff Sergeant Christopher Rudzinski served in Afghanistan as a member of the U.S. Army.  On October 16, 2009, SSG Rudzinski was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SSG Rudzinski died on October 16, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2324.   SSG Rudzinski was a national of the United States at the time of the attack and his death.

2325.   Plaintiff R.A.R., by and through his next friend Caroline Rudzinski, is the minor son of SSG Rudzinski.  He is a national of the United States.

2326.   As a result of the October 16, 2009 attack and SSG Rudzinski's injuries and death, each member of the Rudzinski Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Rudzinski's society, companionship, and counsel.

**Paul Michael Schaus**

2327.   Plaintiff Corporal Paul Schaus served in Afghanistan as a member of the U.S. Marine Corps.  On June 5, 2009, Cpl Schaus was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded Cpl Schaus, who suffers from an above-knee amputation of both legs, a skin graft on the left hand and left

forearm, and a left ring finger amputation.  The attack constituted an extrajudicial killing.  As a result of the June 5, 2009 attack and his injuries, Cpl Schaus has experienced severe physical and emotional pain and suffering.

2328.   Cpl Schaus was a national of the United States at the time of the attack and remains one to this day.

**The Mark Schoonhoven Family**

2329.   Staff Sergeant Mark Schoonhoven served in Afghanistan as a member of the U.S. Army.  On December 15, 2012, SSG Schoonhoven was injured in an IED attack committed by the Taliban (including the Haqqani Network, a designated FTO at the time of the attack), and al-Qaeda (a designated FTO at the time of the attack), acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  SSG Schoonhoven died on January 20, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2330.   SSG Schoonhoven was a national of the United States at the time of the attack and his death.

2331.   Plaintiff Tammie Schoonhoven is the widow of SSG Schoonhoven.  She is a national of the United States.

2332.   Plaintiff A.M.S., by and through her next friend Tammie Schoonhoven, is the minor daughter of SSG Schoonhoven.  She is a national of the United States.

2333.   Plaintiff A.R.S., by and through her next friend Tammie Schoonhoven, is the minor daughter of SSG Schoonhoven.  She is a national of the United States.

2334.   Plaintiff Deborah Schoonhoven is the mother of SSG Schoonhoven.  She is a national of the United States.

2335.   Plaintiff Christopher Schoonhoven is the brother of SSG Schoonhoven.  He is a national of the United States.

2336.   Plaintiff Sheeshta Marie Perry is the step-daughter of SSG Schoonhoven.  She is a national of the United States.  Sheeshta Marie Perry lived in the same household as SSG Schoonhoven for a substantial period of time and considered SSG Schoonhoven the functional equivalent of a biological father.

2337.   As a result of the December 15, 2012 attack and SSG Schoonhoven's injuries and death, each member of the Schoonhoven Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Schoonhoven's society, companionship, and counsel.

**The Roslyn Schulte Family**

2338.   First Lieutenant Roslyn Schulte served in Afghanistan as a member of the U.S. Air Force.  On May 20, 2009, 1st Lt Schulte was injured in an IED attack committed by the Taliban (including the Haqqani Network) and al-Qaeda (a designated FTO at the time of the attack) acting together in the Kabul Attack Network in Kabul Province, Afghanistan.  1st Lt Schulte died on May 20, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2339.   1st Lt Schulte was a national of the United States at the time of the attack and her death.

2340.   Plaintiff Robert Schulte is the father of 1st Lt Schulte.  He is a national of the United States.

2341.   Plaintiff Susie Schulte is the mother of 1st Lt Schulte.  She is a national of the United States.

2342.   Plaintiff Todd Schulte is the brother of 1st Lt Schulte.  He is a national of the United States.

2343.   As a result of the May 20, 2009 attack and 1st Lt Schulte's injuries and death, each member of the Schulte Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1st Lt Schulte's society, companionship, and counsel.

**The Joseph Schultz Family**

2344.   Captain Joseph Schultz served in Afghanistan as a member of the U.S. Army.  On May 29, 2011, CPT Schultz was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Wardak Province, Afghanistan.  CPT Schultz died on May 29, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2345.   CPT Schultz was a national of the United States at the time of the attack and his death.

2346.   Plaintiff Betsy Schultz is the mother of CPT Schultz.  She is a national of the United States.

2347.   As a result of the May 29, 2011 attack and CPT Schultz's injuries and death, each member of the Schultz Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPT Schultz's society, companionship, and counsel.

**The Nathaniel Schultz Family**

2348.   Lance Corporal Nathaniel Schultz served in Afghanistan as a member of the U.S. Marine Corps.  On August 21, 2010, LCpl Schultz was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Schultz died on August 21, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2349.   LCpl Schultz was a national of the United States at the time of the attack and his death.

2350.   Plaintiff Duane Schultz is the father of LCpl Schultz.  He is a national of the United States.

2351.   As a result of the August 21, 2010 attack and LCpl Schultz's injuries and death, each member of the Schultz Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Schultz's society, companionship, and counsel.

**The Eric Soufrine Family**

2352.   Private First Class Eric Soufrine served in Afghanistan as a member of the U.S. Army.  On June 14, 2011, PFC Soufrine was injured in an IED attack committed by the Taliban in Farah Province, Afghanistan.  PFC Soufrine died on June 14, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2353.   PFC Soufrine was a national of the United States at the time of the attack and his death.

2354.   [Plaintiff dismissed claims.  *See* Dkt. 131.]

2355.   Plaintiff Michael Soufrine is the father of PFC Soufrine.  He is a national of the United States.

2356.   As a result of the June 14, 2011 attack and PFC Soufrine's injuries and death, each member of the Soufrine Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Soufrine's society, companionship, and counsel.

**The Nicholas Spehar Family**

2357.   Petty Officer 2nd Class Nicholas Spehar served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, PO2 Spehar was injured in an attack on a helicopter

committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) in Wardak Province, Afghanistan.  PO2 Spehar died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2358.   PO2 Spehar was a national of the United States at the time of the attack and his death.

2359.   Plaintiff Annette Janine Spehar is the mother of PO2 Spehar.  She is a national of the United States.

2360.   Plaintiff Patrick Spehar is the father of PO2 Spehar.  He is a national of the United States.

2361.   Plaintiff Lisa Martinusen is the sister of PO2 Spehar.  She is a national of the United States.

2362.   Plaintiff Marie Sentina Mielke is the sister of PO2 Spehar.  She is a national of the United States.

2363.   Plaintiff Jacob Louis Spehar is the brother of PO2 Spehar.  He is a national of the United States.

2364.   Plaintiff Luke Spehar is the brother of PO2 Spehar.  He is a national of the United States.

2365.   As a result of the August 6, 2011 attack and PO2 Spehar's injuries and death, each member of the Spehar Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PO2 Spehar's society, companionship, and counsel.

**The David Alexander Stephens Family**

2366.   Sergeant David Alexander Stephens served in Afghanistan as a member of the U.S. Army.  On April 12, 2007, SGT Stephens was injured in an IED attack committed by the

Haqqani Network, part of the Taliban, in Ghazni Province, Afghanistan.  SGT Stephens died on April 12, 2007 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2367.   SGT Stephens was a national of the United States at the time of the attack and his death.

2368.   Plaintiff Megan Stephens is the widow of SGT Stephens.  She is a national of the United States.

2369.   Plaintiff S.M.S., by and through her next friend Megan Stephens, is the minor daughter of SGT Stephens.  She is a national of the United States.

2370.   As a result of the April 12, 2007 attack and SGT Stephens's injuries and death, each member of the Stephens Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SGT Stephens's society, companionship, and counsel.

**The Kyle Stoeckli Family**

2371.   Specialist Kyle Stoeckli served in Afghanistan as a member of the U.S. Army.  On June 1, 2013, SPC Stoeckli was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  SPC Stoeckli died on June 1, 2013 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2372.   SPC Stoeckli was a national of the United States at the time of the attack and his death.

2373.   [Plaintiff dismissed claims.  *See* Dkt. 81.]

2374.   As a result of the June 1, 2013 attack and SPC Stoeckli's injuries and death, each member of the Stoeckli Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Stoeckli's society, companionship, and counsel.

**The Michael Strange Family**

2375.   Petty Officer 1st Class  Michael Strange served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, PO1 Strange was injured in an attack on a helicopter committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) in Wardak Province, Afghanistan.  PO1 Strange died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2376.   PO1 Strange was a national of the United States at the time of the attack and his death.

2377.   Plaintiff Charles Strange is the father of PO1 Strange.  He is a national of the United States.

2378.   Plaintiff Carly Elizabeth Strange is the sister of PO1 Strange.  She is a national of the United States.

2379.   Plaintiff Charles Strange III is the brother of PO1 Strange.  He is a national of the United States.

2380.   Plaintiff Katelyn Strange is the sister of PO1 Strange.  She is a national of the United States.

2381.   As a result of the August 6, 2011 attack and PO1 Strange's injuries and death, each member of the Strange Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PO1 Strange's society, companionship, and counsel.

**The Brian Studer Family**

2382.   Staff Sergeant Brian Studer served in Afghanistan as a member of the U.S. Army.  On August 22, 2008, SSG Studer was injured in an IED attack committed by the Haqqani Network, part of the Taliban, in Ghazni Province, Afghanistan.  SSG Studer died on August 22,

2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2383.  SSG Studer was a national of the United States at the time of the attack and his death.

2384.  Plaintiff Crystal DeLeo is the sister of SSG Studer.  She is a national of the United States.

2385.  As a result of the August 22, 2008 attack and SSG Studer's injuries and death, each member of the Studer Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SSG Studer's society, companionship, and counsel.

**The Jonathan Taylor Family**

2386.  Lance Corporal Jonathan Taylor served in Afghanistan as a member of the U.S. Marine Corps.  On December 1, 2009, LCpl Taylor was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Taylor died on December 1, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2387.  LCpl Taylor was a national of the United States at the time of the attack and his death.

2388.  Plaintiff Todd Taylor is the father of LCpl Taylor.  He is a national of the United States.

2389.  Plaintiff Mackenzie Berger is the sister of LCpl Taylor.  She is a national of the United States.

2390.  [Plaintiff dismissed claims.  *See* Dkt. 131.]

2391.   As a result of the December 1, 2009 attack and LCpl Taylor's injuries and death, each member of the Taylor Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Taylor's society, companionship, and counsel.

**Frederick Tolon**

2392.   Plaintiff Sergeant Frederick Tolon served in Afghanistan as a member of the U.S. Army.  On October 10, 2011, SGT Tolon was injured in a complex attack involving small arms fire and indirect fire committed by the Taliban in Kandahar Province, Afghanistan.  The attack severely wounded SGT Tolon, who suffers from severely deforming scarring on his chest with shrapnel pieces remaining in his chest, nerve damage to, and very limited mobility of, the right arm, permanent partial vision loss, traumatic brain injury, tinnitus, post-traumatic stress disorder, and anxiety.  The attack constituted an extrajudicial killing.  As a result of the October 10, 2011 attack and his injuries, SGT Tolon has experienced severe physical and emotional pain and suffering.

2393.   SGT Tolon was a national of the United States at the time of the attack and remains one to this day.

**The Jon Townsend Family**

2394.   Private First Class Jon Townsend served in Afghanistan as a member of the U.S. Army.  On September 16, 2012, PFC Townsend was injured in an insider attack committed by the Haqqani Network, a part of the Taliban, in Zabul Province, Afghanistan.  PFC Townsend died on September 16, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2395.   PFC Townsend was a national of the United States at the time of the attack and his death.

2396.   Plaintiff Brittany Townsend is the widow of PFC Townsend.  She is a national of the United States.

2397.   As a result of the September 16, 2012 attack and PFC Townsend's injuries and death, each member of the Townsend Family has experienced severe mental anguish, emotional pain and suffering, and the loss of PFC Townsend's society, companionship, and counsel.

**The Aaron C. Vaughn Family**

2398.   Chief Petty Officer Aaron C. Vaughn served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, CPO Vaughn was injured in an attack on a helicopter committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) in Wardak Province, Afghanistan.  CPO Vaughn died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2399.   CPO Vaughn was a national of the United States at the time of the attack and his death.

2400.   Plaintiff Catherine Kimberly Vaughn Kryzda is the widow of CPO Vaughn.  She is a national of the United States.

2401.   Plaintiff C.C.V., by and through her next friend Catherine Kimberly Vaughn Kryzda, is the minor daughter of CPO Vaughn.  She is a national of the United States.

2402.   Plaintiff R.C.V., by and through his next friend Catherine Kimberly Vaughn Kryzda, is the minor son of CPO Vaughn.  He is a national of the United States.

2403.   As a result of the August 6, 2011 attack and CPO Vaughn's injuries and death, each member of the Vaughn Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPO Vaughn's society, companionship, and counsel.

**The Kraig Vickers Family**

2404.   Senior Chief Petty Officer Kraig Vickers served in Afghanistan as a member of the U.S. Navy.  On August 6, 2011, SCPO Vickers was injured in an attack on a helicopter committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) in Wardak Province, Afghanistan.  SCPO Vickers died on August 6, 2011 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2405.   SCPO Vickers was a national of the United States at the time of the attack and his death.

2406.   Plaintiff Hortense Vickers is the widow of SCPO Vickers.  She is a national of the United States.

2407.   Plaintiff K.E.F.V., by and through her next friend Hortense Vickers, is the minor daughter of SCPO Vickers.  She is a national of the United States.

2408.   Plaintiff K.M.G.V., by and through her next friend Hortense Vickers, is the minor daughter of SCPO Vickers.  She is a national of the United States.

2409.   Plaintiff Kaiakaku'uikala'iokealoha Noah Vickers, is the son of SCPO Vickers. He is a national of the United States.

2410.   Plaintiff Mary Vickers is the mother of SCPO Vickers.  She is a national of the United States.

2411.   Plaintiff Robert Vickers Sr. is the father of SCPO Vickers.  He is a national of the United States.

2412.   Plaintiff Mark Vickers is the brother of SCPO Vickers.  He is a national of the United States.

2413.   Plaintiff Robert Vickers Jr. is the brother of SCPO Vickers.  He is a national of the United States.

2414.   [Plaintiff dismissed claims.  *See* Dkt. 81.]

2415.   Plaintiff Michelle Yarborough is the sister of SCPO Vickers.  She is a national of the United States.

2416.   [Plaintiff dismissed claims.  *See* Dkt. 81.]

2417.   As a result of the August 6, 2011 attack and SCPO Vickers's injuries and death, each member of the Vickers Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SCPO Vickers's society, companionship, and counsel.

**The Todd Weaver Family**

2418.   First Lieutenant Todd Weaver served in Afghanistan as a member of the U.S. Army.  On September 9, 2010, 1LT Weaver was injured in an IED attack committed by the Taliban in Kandahar Province, Afghanistan.  1LT Weaver died on September 9, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2419.   1LT Weaver was a national of the United States at the time of the attack and his death.

2420.   Plaintiff Donn Weaver is the father of 1LT Weaver.  He is a national of the United States.

2421.   Plaintiff Jeanne Weaver is the mother of 1LT Weaver.  She is a national of the United States.

2422.   As a result of the September 9, 2010 attack and 1LT Weaver's injuries and death, each member of the Weaver Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Weaver's society, companionship, and counsel.

**The Blake Whipple Family**

2423.   Specialist Blake Whipple served in Afghanistan as a member of the U.S. Army. On November 5, 2010, SPC Whipple was injured in an IED attack committed by the Haqqani Network, a part of the Taliban, in Ghazni Province, Afghanistan.  SPC Whipple died on November 5, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2424.   SPC Whipple was a national of the United States at the time of the attack and his death.

2425.   Plaintiff David Whipple is the father of SPC Whipple.  He is a national of the United States.

2426.   Plaintiff Kimberley A. Whipple is the mother of SPC Whipple.  She is a national of the United States.

2427.   Plaintiff Brian Clyburn is the brother of SPC Whipple.  He is a national of the United States.

2428.   Plaintiff Sean Whipple is the brother of SPC Whipple.  He is a national of the United States.

2429.   As a result of the November 5, 2010 attack and SPC Whipple's injuries and death, each member of the Whipple Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC Whipple's society, companionship, and counsel.

**The Jeffrey White Jr. Family**

2430.   Specialist Jeffrey White Jr. served in Afghanistan as a member of the U.S. Army. On April 3, 2012, SPC White was injured in an IED attack committed by the Haqqani Network (a part of the Taliban) and al-Qaeda (a designated FTO at the time of the attack) acting together

in a joint al-Qaeda-Taliban cell in Khost Province, Afghanistan.  SPC White died on April 3, 2012 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2431.   SPC White was a national of the United States at the time of the attack and his death.

2432.   Plaintiff Jeffrey White Sr. is the father of SPC White.  He is a national of the United States.

2433.   Plaintiff Paula White is the mother of SPC White.  She is a national of the United States.

2434.   Plaintiff Kyle White is the brother of SPC White.  He is a national of the United States.

2435.   Plaintiff Michael White is the brother of SPC White.  He is a national of the United States.

2436.   As a result of the April 3, 2012 attack and SPC White's injuries and death, each member of the White Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SPC White's society, companionship, and counsel.

**The Derwin Williams Family**

2437.   First Lieutenant Derwin Williams served in Afghanistan as a member of the U.S. Army National Guard.  On July 6, 2009, 1LT Williams was injured in an IED attack committed by the Taliban in Kunduz Province, Afghanistan.  1LT Williams died on July 6, 2009 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2438.   1LT Williams was a national of the United States at the time of the attack and his death.

2439.  Plaintiff Felicia Williams is the widow of 1LT Williams.  She is a national of the United States.

2440.  Plaintiff Derlysa Williams is the daughter of 1LT Williams.  She is a national of the United States.

2441.  Plaintiff Vanecia Mitchell is the step-daughter of 1LT Williams.  She is a national of the United States.  Vanecia Mitchell lived in the same household as 1LT Williams for a substantial period of time and considered 1LT Williams the functional equivalent of a biological father.

2442.  Plaintiff Victoria Boyd is the step-daughter of 1LT Williams.  She is a national of the United States.  Victoria Boyd lived in the same household as 1LT Williams for a substantial period of time and considered 1LT Williams the functional equivalent of a biological father.

2443.  As a result of the July 6, 2009 attack and 1LT Williams's injuries and death, each member of the Williams Family has experienced severe mental anguish, emotional pain and suffering, and the loss of 1LT Williams's society, companionship, and counsel.

**The Ivan Wilson Family**

2444.  Lance Corporal Ivan Wilson served in Afghanistan as a member of the U.S. Marine Corps.  On July 21, 2008, LCpl Wilson was injured in an IED attack committed by the Taliban in Helmand Province, Afghanistan.  LCpl Wilson died on July 21, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2445.  LCpl Wilson was a national of the United States at the time of the attack and his death.

2446.  Plaintiff Denise Wilson is the mother of LCpl Wilson.  She is a national of the United States.

2447.   As a result of the July 21, 2008 attack and LCpl Wilson's injuries and death, each member of the Wilson Family has experienced severe mental anguish, emotional pain and suffering, and the loss of LCpl Wilson's society, companionship, and counsel.

**The David Wisniewski Family**

2448.   Captain David Wisniewski served in Afghanistan as a member of the U.S. Air Force.  On July 2, 2010, Capt Wisniewski was injured in an attack on a helicopter committed by the Taliban in Helmand Province, Afghanistan.  Capt Wisniewski died on July 2, 2010 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2449.   Capt Wisniewski was a national of the United States at the time of the attack and his death.

2450.   Plaintiff Beverly Wisniewski is the mother of Capt Wisniewski.  She is a national of the United States.

2451.   Plaintiff Chester Wisniewski Jr. is the father of Capt Wisniewski.  He is a national of the United States.

2452.   Plaintiff Craig Stanley Wisniewski is the brother of Capt Wisniewski.  He is a national of the United States.

2453.   Plaintiff Matthew Walter Wisniewski is the brother of Capt Wisniewski.  He is a national of the United States.

2454.   As a result of the July 2, 2010 attack and Capt Wisniewski's injuries and death, each member of the Wisniewski Family has experienced severe mental anguish, emotional pain and suffering, and the loss of Capt Wisniewski's society, companionship, and counsel.

**The Jonathan Yelner Family**

2455.   Senior Airman Jonathan Yelner served in Afghanistan as a member of the U.S. Air Force.  On April 29, 2008, SrA Yelner was injured in an IED attack committed by the Taliban in Parwan Province, Afghanistan.  SrA Yelner died on April 29, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2456.   SrA Yelner was a national of the United States at the time of the attack and his death.

2457.   Plaintiff Bruce Yelner is the father of SrA Yelner.  He is a national of the United States.

2458.   As a result of the April 29, 2008 attack and SrA Yelner's injuries and death, each member of the Yelner Family has experienced severe mental anguish, emotional pain and suffering, and the loss of SrA Yelner's society, companionship, and counsel.

**John Zelko III**

2459.   Plaintiff Corporal John Zelko III served in Afghanistan as a member of the U.S. Army.  On April 18, 2007, CPL Zelko was injured in a complex attack involving AK-47s and rocket propelled grenades committed by the Taliban in Helmand Province, Afghanistan.  The attack severely wounded CPL Zelko, who sustained partial paralysis in his right arm, a severe traumatic brain injury, hearing loss, and vision issues linked to the traumatic brain injury.  The attack constituted an extrajudicial killing.  As a result of the April 18, 2007 attack and his injuries, CPL Zelko has experienced severe physical and emotional pain and suffering.

2460.   CPL Zelko was a national of the United States at the time of the attack and remains one to this day.

**The Gunnar Zwilling Family**

2461.   Corporal Gunnar Zwilling served in Afghanistan as a member of the U.S. Army. On July 13, 2008, CPL Zwilling was injured in a complex attack involving small arms fire and rocket propelled grenades committed by the Taliban and al-Qaeda (a designated FTO at the time of the attack) acting together in a joint al-Qaeda-Taliban cell in Nuristan Province, Afghanistan. CPL Zwilling died on July 13, 2008 as a result of injuries sustained during the attack.  The attack constituted an extrajudicial killing.

2462.   CPL Zwilling was a national of the United States at the time of the attack and his death.

2463.   Plaintiff Kurt Zwilling was the father of CPL Zwilling.  He was a national of the United States.  During the pendency of this litigation, Plaintiff Kurt Zwilling passed away.  His estate, represented by Kathy Gayle Lay, continues his claim.

2464.   Plaintiff Alexander Zwilling is the brother of CPL Zwilling.  He is a national of the United States.

2465.   As a result of the July 13, 2008 attack and CPL Zwilling's injuries and death, each member of the Zwilling Family has experienced severe mental anguish, emotional pain and suffering, and the loss of CPL Zwilling's society, companionship, and counsel.

## VI.   THE TALIBAN KILLED AND INJURED ADDITIONAL PLAINTIFFS THROUGH TERRORIST ATTACKS FOR WHICH IRAN PROVIDED MATERIAL SUPPORT OR RESOURCES

2466.   The following additional Plaintiffs, who were not part of the Second Amended Complaint, *see* Dkt. 30, bring claims against Iran as permitted by the Court's October 31, 2022 Case Management Order, *see* Dkt. 114.  There may be additional family members of existing Plaintiffs in this Third Amended Complaint who also have similar claims.

2467.   The following plaintiffs have family members who are existing Plaintiffs in this case.  These plaintiffs adopt the relevant allegations pertaining to their family in the Second Amended Complaint, *see* Dkt. 30, which remain set forth in Parts IV and V of this Third Amended Complaint.

## The John Zelko III Family

2468.   Plaintiff Karen Suzanne Zelko is the mother of CPL Zelko.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Karen Suzanne Zelko adopts.  *See supra* ¶¶ 2459-60.

2469.   Plaintiff Jennifer Marie Zelko is the sister of CPL Zelko.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Jennifer Marie Zelko adopts.  *See id.*

2470.   Plaintiff Trent Donald Zelko is the brother of CPL Zelko.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Trent Donald Zelko adopts.  *See id.*

2471.   Plaintiff John R. Zelko Jr. is the father of CPL Zelko.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations John R. Zelko Jr. adopts.  *See id.*

## The Jeffrey Ausborn Family

2472.   Plaintiff Clifford E. Ausborn is the father of Maj Ausborn.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Clifford E. Ausborn adopts.  *See supra* ¶¶ 1859-64.

2473.   Plaintiff Alice Faye Ausborn is the mother of Maj Ausborn.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Alice Faye Ausborn adopts.  *See id.*

**The David L. Brodeur Family**

2474.   Plaintiff Todd Brodeur is the brother of Maj Brodeur.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Todd Brodeur adopts.  *See supra* ¶¶ 349-56.

2475.   Plaintiff Amanda Brodeur Brotherton is the sister of Maj Brodeur.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Amanda Brodeur Brotherton adopts.  *See id.*

**The David E. Cabrera Family**

2476.   Plaintiff Robert Rivera is the foster-brother of LTC Cabrera.  Robert Rivera lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Robert Rivera adopts.  *See supra* ¶¶ 160-73.

2477.   Plaintiff David Edward Bean is the foster-brother of LTC Cabrera.  David Edward Bean lived in the same household as LTC Cabrera for a substantial period of time and considered LTC Cabrera the functional equivalent of a biological brother.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations David Edward Bean adopts.  *See id.*

## The Nicholas R. Carnes Family

2478.   Plaintiff Teresa Bernstein is the widow of SSG Carnes.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Teresa Bernstein adopts.  *See supra* ¶¶ 403-37.

## The Rusty H. Christian Family

2479.   Plaintiff Amber Jean Rogers is the widow of SSG Christian.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Amber Jean Rogers adopts.  *See id.*

2480.   Plaintiff T.M.C., by and through her next friend Amber Jean Rogers, is the minor daughter of SSG Christian.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations T.M.C. adopts.  *See id.*

2481.   Plaintiff G.J.C., by and through his next friend Amber Jean Rogers, is the minor son of SSG Christian.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations G.J.C. adopts.  *See id.*

2482.   Plaintiff James Franklin Ball is the step-father of SSG Christian.  James Franklin Ball lived in the same household as SSG Christian for a substantial period of time and considered SSG Christian the functional equivalent of a biological son.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations James Franklin Ball adopts. *See id.*

## The Justin E. Culbreth Family

2483.   Plaintiff Lauren Ashley Culbreth is the sister of SPC Culbreth.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Lauren Ashley Culbreth adopts.  *See supra* ¶¶ 501-05.

**The Dillon Foxx Family**

2484.   Plaintiff K.L.F., by and through his next friend Robert Lentz, is the minor son of SGT Foxx.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations K.L.F. adopts.  *See supra* ¶¶ 1990-93.

**The Matthew Freeman Family**

2485.   Plaintiff Mary Elizabeth Rich is the sister of Capt Freeman.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Mary Elizabeth Rich adopts.  *See supra* ¶¶ 1994-98.

**The Alejandro Granado III Family**

2486.   Plaintiff Alejandro Olan Granado IV is the son of SFC Granado.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Alejandro Olan Granado IV adopts.  *See supra* ¶¶ 764-68.

2487.   Plaintiff Amanda Christine Granado is the daughter of SFC Granado.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Amanda Christine Granado adopts.  *See id.*

**The Eric M. Hunter Family**

2488.   Plaintiff María Dolores Hunter is the step-mother of SGT Hunter.  María Dolores Hunter lived in the same household as SGT Hunter for a substantial period of time and considered SGT Hunter the functional equivalent of a biological son.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations María Dolores Hunter adopts.  *See supra* ¶¶ 899-904.

2489.   Plaintiff Sadie Nicole Hunter is the sister of SGT Hunter.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Sadie Nicole Hunter adopts.  *See id.*

**The Brandon Kreischer Family**

2490.   Plaintiff Sage River Saladin is the step-brother of PFC Kreischer.  Sage River Saladin lived in the same household as PFC Kreischer for a substantial period of time and considered PFC Kreischer the functional equivalent of a biological brother.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Sage River Saladin adopts.  *See supra* ¶¶ 2122-28.

**The Bryan J. Nichols Family**

2491.   Plaintiff Braydon Tyler Nichols is the son of CW2 Nichols.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Braydon Tyler Nichols adopts.  *See supra* ¶¶ 1167-72.

**The Brandon Joseph Prescott Family**

2492.   Plaintiff Joseph William Prescott is the father of SPC Prescott.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Joseph William Prescott adopts.  *See supra* ¶¶ 1252-57.

**The Rodolfo Rodriguez Jr. Family**

2493.   Plaintiff Melissa Rodriguez is the widow of SGT Rodriguez.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Melissa Rodriguez adopts.  *See supra* ¶¶ 1337-41.

2494.  Plaintiff Derek Rodriguez is the son of SGT Rodriguez.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Derek Rodriguez adopts.  *See id.*

2495.  Plaintiff K.R., by and through her next friend Melissa Rodriguez, is the minor daughter of SGT Rodriguez.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations K.R. adopts.  *See id.*

### The Chad M. Trimble Family

2496.  Plaintiff Holli Jean Jensen is the sister of PFC Trimble.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Holli Jean Jensen adopts.  *See supra* ¶¶ 1569-73.

### The Marcus A. Tynes Family

2497.  Plaintiff Bruce Atlas is the step-father of PFC Tynes.  Bruce Atlas lived in the same household as PFC Tynes for a substantial period of time and considered PFC Tynes the functional equivalent of a biological son.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Bruce Atlas adopts.  *See supra* ¶¶ 1580-86.

### The Todd Weaver Family

2498.  Plaintiff Adrianna Gretchen Vargo is the sister of 1LT Weaver.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Adrianna Gretchen Vargo adopts.  *See supra* ¶¶ 2418-22.

2499.  Plaintiff Kristina Nell Weaver is the sister of 1LT Weaver.  She is a national of the United States whose family members are existing Plaintiffs and whose allegations Kristina Nell Weaver adopts.  *See id.*

2500.   Plaintiff Glenn Allen Weaver is the brother of 1LT Weaver.  He is a national of the United States whose family members are existing Plaintiffs and whose allegations Glenn Allen Weaver adopts.  *See id.*

**The Kendra Garza Family**

2501.   Plaintiff Kaila Carrier is the sister of Kendra Garza.  She is a national of the United States whose family members are existing Plaintiffs in *Zambon v. Islamic Republic of Iran*, No. 18-cv-2065, which is consolidated with this matter, and whose allegations Kaila Carrier adopts.  *See* Compl. ¶ 29, *Zambon v. Republic of Iran*, No. 18-cv-2065, Dkt. 1.

2502.   Plaintiff David Pieper is the father of Kendra Garza.  He is a national of the United States whose family members are existing Plaintiffs in *Zambon v. Islamic Republic of Iran*, No. 18-cv-2065, which is consolidated with this matter, and whose allegations David Pieper adopts.  *See id.*

**CLAIM FOR RELIEF**

**COUNT ONE**:  PERSONAL INJURY OR DEATH UNDER 28 U.S.C. § 1605A(c)

2503.   Plaintiffs incorporate the allegations above.

2504.   Plaintiffs or their family members were killed or injured by acts of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such acts, and such acts or provision of material support or resources were committed by officials, employees, or agents of Iran while acting within the scope of their office, employment, or agency.

2505.   The terrorist attacks that killed or injured Plaintiffs or their family members occurred in Afghanistan.

2506.   Iran was designated as a State Sponsor of Terrorism at the time of the terrorist acts that killed or injured Plaintiffs or their family members and remains so today.

2507.  At the time of the attacks in which they or their family members were killed or injured, Plaintiffs or their attacked family members were U.S. nationals, members of the U.S. armed forces, and/or employees or contractors of the U.S. government acting within the scope of their employment.

2508.  Plaintiffs are currently nationals of the United States, members of the U.S. armed forces, employees or contractors of the United States government acting within the scope of their employment, or the legal representatives of one of the foregoing.

2509.  Iran's conduct was criminal, outrageous, extreme, wanton, willful, malicious, and a threat to the public, warranting an award of punitive damages against Iran pursuant to 28 U.S.C. § 1605A(c).

2510.  As a result of Defendant's liability under 28 U.S.C. § 1605A(c), Plaintiffs are entitled to recover compensatory damages, including, but not limited to, damages for their severe physical injuries, extreme mental anguish, pain and suffering, economic damages, solatium damages, and punitive damages as determined by the trier of fact.

## PRAYER FOR RELIEF

2511.  Plaintiffs request that the Court:

    a.  Enter judgment against Iran finding it liable under 28 U.S.C. § 1605A(c);

    b.  Award Plaintiffs compensatory and punitive damages to the maximum extent permitted by law, 28 U.S.C. § 1605A(c), including but not limited to pain and suffering, economic damages, solatium damages, and punitive damages;

    c.  Award Plaintiffs prejudgment interest;

    d.  Award Plaintiffs costs, expenses, and attorneys' fees; and

    e.  Award Plaintiffs any such further relief the Court deems just and proper.

Dated:  February 1, 2023

Respectfully submitted,

<u>/s/ Joshua D. Branson</u>
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Grace W. Knofczynski (D.C. Bar No. 15000407)
James A. Ruck (D.C. Bar No. 1739309)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
jruck@kellogghansen.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Cabrera Plaintiffs and Zambon*

*Afghanistan-Based Plaintiffs*