UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>  Defendant. | Civil Action No. 19-3835 (JDB) |
| MARK ZAMBON et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>  Defendant. | Civil Action No. 18-2065 (JDB) |

## ORDER

Upon consideration of [Cabrera ECF No. 52] [Zambon ECF No. 43] plaintiffs' Motions for Default Judgment in the above-captioned cases, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [Cabrera ECF No. 52] [Zambon ECF No. 43] the motions are GRANTED as to the below-listed plaintiffs; it is further

**ORDERED** that the plaintiffs are awarded damages in the following amounts:

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Prejudgment Interest |
|---|---|---|
| Jonathan Richard Colton Benton | $8,000,000 | $13,888,747.50 |
| Elizabeth Lindsey Benton | $4,000,000 | $6,944,373.75 |
| S.J.B. | $2,500,000 | $4,340,233.59 |
| G.S.B. | $2,500,000 | $4,340,233.59 |
| H.S.B. | $2,500,000 | $4,340,233.59 |

| | | |
|---|---|---|
| Carlene Renee Cross | $5,000,000 | $8,680,467.19 |
| Michael Dean Bogar | $5,000,000 | $8,680,467.19 |
| Micael D. Gauger | $2,500,000 | $4,340,233.59 |
| Carise Renee Martindale | $2,500,000 | $4,340,233.59 |
| Mary Josephine Brostrom | $5,000,000 | $8,680,467.19 |
| David Brostrom | $5,000,000 | $8,680,467.19 |
| Jase David Brostrom | $5,000,000 | $8,680,467.19 |
| Blake D. Brostom | $2,500,000 | $4,340,233.59 |
| Jeff Caron | $5,000,000 | $8,140,416.10 |
| Karen Caron | $5,000,000 | $8,140,416.10 |
| Cassandra Malene Caron | $2,500,000 | $4,070,208.05 |
| Lesly Yohana Garcia | $8,000,000 | $13,888,747.50 |
| Maricruz Garcia Velasquez | $5,000,000 | $8,680,467.19 |
| Victor Garcia | $5,000,000 | $8,680,467.19 |
| Ramsses Garcia | $2,500,000 | $4,340,233.59 |
| Jenna Renae Vanosdale | $8,000,000 | $13,888,747.50 |
| Eric M. Hunter | $9,000,000 | $13,684,331.43 |
| Kenna Danielle Hunter | $5,000,000 | $7,602,406.35 |
| K.H. | $3,000,000 | $4,561,443.81 |
| J.H. | $3,000,000 | $4,561,443.81 |
| Betty Darlene Black | $2,500,000 | $3,801,203.17 |
| Joey J. Hunter Sr. | $2,500,000 | $3,801,203.17 |
| Joey J. Hunter II | $1,250,000 | $1,900,601.59 |
| Nicholas Walter Robinson IV | $1,250,000 | $1,900,601.59 |
| Renda Lynn Rainey Riggins | $5,000,000 | $8,680,467.19 |
| Christopher Baldridge | $5,000,000 | $6,433,836.60 |
| Jessie Baldridge | $5,000,000 | $6,433,836.60 |
| E.B. | $2,500,000 | $3,216,918.30 |
| L.B. | $1,750,000 | $2,251,842.81 |
| S.B. | $1,000,000 | $1,286,767.32 |
| Jasmin Bays | $8,000,000 | $10,294,138.57 |
| April Angel Bays | $5,000,000 | $6,433,836.60 |
| Timothy Lee Bays | $5,000,000 | $6,433,836.60 |
| Brenda Lee Griner | $2,500,000 | $3,216,918.30 |
| Lindsay Redoutey | $2,500,000 | $3,216,918.30 |
| Robert Charles Darrough | $5,000,000 | $7,746,315.77 |
| Judith Sarah Darrough | $5,000,000 | $7,746,315.77 |
| Joelle Rene Ellis | $5,000,000 | $7,351,900.54 |
| John Fitzgerald Ellis | $5,000,000 | $7,351,900.54 |

| | | |
|---|---|---|
| James Earl Ellis | $2,500,000 | $3,675,950.27 |
| Amanda Jolynn Newman | $8,000,000 | $12,394,105.24 |
| Donald Edward Newman Sr. | $4,000,000 | $6,197,052.62 |
| Michelle Marie Zimmerman | $5,000,000 | $7,334,528.94 |
| Chris Lee Zimmerman | $5,000,000 | $7,334,528.94 |
| Baily Nichelle Zimmerman | $2,500,000 | $3,667,264.47 |
| Beverly Ann Mills | $5,000,000 | $7,803,930.77 |
| Frederick C. Benson | $5,000,000 | $7,803,930.77 |
| Cynthia Carol Campbell | $2,500,000 | $3,901,965.39 |
| Mary Roana Hammerbacher-Nichols | $8,000,000 | $12,486,289.24 |
| Cynthia Marie Nichols | $5,000,000 | $7,803,930.77 |
| Douglas Nichols | $5,000,000 | $7,803,930.77 |
| Nicole Ann Robles | $2,500,000 | $3,901,965.39 |
| Monte Douglas Nichols | $2,500,000 | $3,901,965.39 |
| Brandon Lee Nichols | $2,500,000 | $3,901,965.39 |
| Ida Belle Pittman | $5,000,000 | $7,803,930.77 |
| John Terry Pittman Sr. | $5,000,000 | $7,803,930.77 |
| Andrea Nicole Ratzlaff | $8,000,000 | $12,486,289.24 |
| Daniel Mark Robinson | $5,000,000 | $7,803,930.77 |
| Donna Mae Roush | $5,000,000 | $8,312,117.17 |
| Robert Graham Roush Jr. | $5,000,000 | $8,312,117.17 |
| Robert Graham Roush III | $2,500,000 | $4,156,058.59 |
| Annette Janine Spehar | $5,000,000 | $7,803,930.77 |
| Patrick R. Spehar | $5,000,000 | $7,803,930.77 |
| Marie Sentina Mielke | $2,500,000 | $3,901,965.39 |
| Lisa Martinusen | $2,500,000 | $3,901,965.39 |
| Luke Herbert Spehar | $2,500,000 | $3,901,965.39 |
| Jacob Louis Spehar | $2,500,000 | $3,901,965.39 |
| Charles Wesley Strange | $5,000,000 | $7,803,930.77 |
| Katelyn Marie Strange | $2,500,000 | $3,901,965.39 |
| Charles Wesley Strange III | $2,500,000 | $3,901,965.39 |
| Carly Elizabeth Strange | $2,500,000 | $3,901,965.39 |
| Catherine Kimberly Vaughn Kryzda | $8,000,000 | $12,486,289.24 |
| C.C.V. | $3,000,000 | $4,682,358.46 |
| R.C.V. | $3,000,000 | $4,682,358.46 |
| Hortense Kainoa Wainani Vickers | $8,000,000 | $12,486,289.24 |

| | | |
|---|---|---|
| K.M.G.V. | $5,000,000 | $7,803,930.77 |
| K.N.V. | $5,000,000 | $7,803,930.77 |
| Mary Jane Vickers | $5,000,000 | $7,803,930.77 |
| Robert Martin Kahokulani Vickers Sr. | $5,000,000 | $7,803,930.77 |
| Michelle Joy Kapunaheleokalani Yarborough | $2,500,000 | $3,901,965.39 |
| Robert Martin Kahokulani Vickers Jr. | $2,500,000 | $3,901,965.39 |
| Mark Matthew Kaleinani Vickers | $2,500,000 | $3,901,965.39 |
| Estate of Kurt E. Zwilling | $4,000,000 | $6,944,373.75 |
| Alexander Edward Zwilling | $2,500,000 | $4,340,233.59 |

and it is further

**ORDERED** that final judgment on liability is directed under Federal Rule of Civil Procedure 54(b) as to all claims by these plaintiffs associated with the eleven bellwether attacks addressed at the bellwether hearings held on October 18 to 20, 2021. The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Iran, an absent defendant, will not be prejudiced by "staggered appeals or the like," Sheikh v. Republic of Sudan, 485 F. Supp. 3d 255, 274 (D.D.C. 2020), and plaintiffs will be eligible to recover from the U.S. Victims of State Sponsored Terrorism Fund only with "a final judgment," 34 U.S.C. § 20144(c)(2); see Frequently Asked Questions, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last accessed May 9, 2022); Fritz v. Islamic Republic of Iran, 324 F. Supp. 3d 54, 66 (D.D.C. 2018) (entering judgment pursuant to Rule 54(b) so plaintiffs would not be "prejudiced in their ability to receive prompt payment of their compensatory damages awards from" the Fund).  And it is further

**ORDERED** that K.E.F.V. is dismissed as a plaintiff because she lacks standing to bring claims under § 1605A(c)'s private cause of action.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: <u>May 16, 2023</u>