## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al*., | |
| Plaintiffs, | |
| v. | Case No. 19-cv-3835-JDB |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |
| MARK ZAMBON, *et al*., | |
| Plaintiffs, | |
| v. | Case No. 18-cv-2065-JDB |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff K.E.F.V., by and through her next friend Hortense Vickers, appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order dismissing her claims, *Cabrera* Dkt. 138, entered on May 16, 2023. The Court explained its reasoning for this Order in its contemporaneously published Memorandum Opinion, *Cabrera* Dkt. 137. This Notice of Appeal is limited to the parts of the Order dismissing the claims of K.E.F.V.

Dated:  June 14, 2023

Respectfully submitted,

*/s/ Joshua D. Branson*
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Grace W. Knofczynski (D.C. Bar No. 1500407)
James A. Ruck (D.C. Bar No. 1739309)
Kellogg, Hansen, Todd,
  Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
jruck@kellogghansen.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Cabrera Plaintiffs and Zambon
Afghanistan-Based Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/ Joshua D. Branson*

Joshua D. Branson
