KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
———
(202) 326-7900

FACSIMILE:
(202) 326-7999

August 11, 2023

*Via FedEx and ECF*

Angela D. Caesar, Clerk of Court
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001
Room 1225

      Re:    *CABRERA et al v. ISLAMIC REPUBLIC OF IRAN*, Civil Action No. 1:19-cv-03835-JDB
              *ZAMBON et al v. ISLAMIC REPUBLIC OF IRAN*, Civil Action No. 1:18-cv-02065-JDB

Dear Ms. Caesar:

      We write in connection with the above-captioned consolidated cases to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(3), to effect service in this matter on the Defendant, the Islamic Republic of Iran ("Iran").

      Service on Iran under 28 U.S.C. § 1608(a)(3) is warranted here. Plaintiffs and Defendant Iran do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), and service on Iran is not permitted by any applicable international convention on service of judicial documents pursuant to 28 U.S.C. § 1608(a)(2). In accordance with 28 U.S.C. § 1608(a)(3), therefore, I have enclosed one copy of the Third Amended Complaint in *Cabrera* (*Cabrera* Dkt.[1] 133) and the Amended Complaint in *Blunt* (*Zambon* Dkt.[2] 108), which together make up the unserved operative complaints in this consolidated matter; summonses for both of these cases; and their notices of suit, together with a translation of each into Farsi, the official language of Iran.

      We respectfully request that the Clerk's office dispatch the enclosed documents via the included USPS envelope, with signed return receipt requested, to the following address:

---

[1] Unless otherwise specified, citations to "*Cabrera* Dkt." are to the docket entries in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB.

[2] Unless otherwise specified, citations to "*Zambon* Dkt." are to the docket entries in *Zambon v. Islamic Republic of Iran*, No. 1:18-cv-02065-JDB.

Kellogg, Hansen, Todd, Figel & Frederick, p.l.l.c.

Angela D. Caesar
August 11, 2023
Page 2

Dr. Hossein Amir-Abdollahian
Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran

Upon issuance of the Certificate of Mailing, Plaintiffs will pick up the package from the Clerk's Office and mail it in accordance with the Court's procedures for service under § 1608(a)(3).

If you have any questions or need anything further please do not hesitate to contact me at jbranson@kellogghansen.com or (202) 326-7944. Thank you in advance for your time and attention to this matter.

Respectfully submitted,

/s/ Joshua D. Branson

Joshua D. Branson

Enclosures