IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 19-cv-3835-JDB |
| MARK ZAMBON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Case No. 18-cv-2065-JDB |

**PLAINTIFFS' STATUS REPORT REGARDING U.S. VICTIMS OF STATE SPONSORED TERRORISM FUND DEADLINE**

On April 30, 2024, the U.S. Victims of State Sponsored Terrorism Fund announced that the application deadline for new claimants to be considered for a 2025 distribution is July 1, 2024. *See Special Master's Announcement Regarding the July 1st Filing Deadline for NEW Applications*, U.S. Department of Justice U.S. Victims of State Sponsored Terrorism Fund, available at https://www.usvsst.com/Home/Announcements?id=20240429.

As previewed in Plaintiffs' Motion for Streamlined Procedures Relating to Final Judgments, Dkt.[1] 247, Plaintiffs hope to obtain final judgments for as many Tranche 1 Plaintiffs

---

[1] Unless otherwise specified, citations to "Dkt." are to the docket entries in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB.

as possible in time to meet the Fund's newly announced July 1, 2024 application deadline. During each distribution cycle, the Fund makes *pro rata* payments of a percentage of each eligible claimants' damages award out of the available funds. Claimants who receive a 2025 distribution will remain eligible for similar distributions in future years, but claimants who apply after the deadline will not begin receiving payments until future years. Thus, Plaintiffs who submit applications to the Fund after July 1, 2024 likely will never recover the missed payment from the 2025 cycle.

In issuing final judgments for the 124 Tranche 1 Plaintiffs whose claims Special Master David L. Broom considered, the Court adopted Plaintiffs' three proposed procedures[2] to expedite the submissions of those judgments. *See* Dkt. 250. Assuming the Court continues to apply these procedures, Plaintiffs hope that any Plaintiffs who receive a final judgment by May 31, 2024 would be able to meet the Fund's July 1, 2024 application deadline. That is because Plaintiffs estimate that it will take about one month after a final judgment to submit applications to the Fund, during which counsel will need to do the following:

1. Translate the final judgment into Farsi, the official language of Iran;
2. Submit translated documents to the Clerk's Office for transmission to the U.S. Department of State for service under 28 U.S.C. § 1608(a)(4);
3. Receive proof of transmittal to the U.S. Department of State; and
4. Assist each Plaintiff with completing and submitting a lengthy Fund application requiring additional supporting documents.

---

[2] Plaintiffs requested that the Court issue Rule 54(b) final judgments for Tranche 1 Plaintiffs on a rolling basis; designate its orders resolving Plaintiffs' claims as the final "default judgment" for service on Iran under 28 U.S.C. § 1608(e); and order Plaintiffs to serve those orders on Iran immediately under 28 U.S.C. § 1608(a)(4). *See* Dkt. 247.

Plaintiffs thus respectfully request that the Court issue final judgments for as many Tranche 1 Plaintiffs as reasonably possible by May 31, 2024, given the constraints of the Court's busy docket and responsibilities for other matters. Plaintiffs are available for a status conference or to answer any questions the Court might have.

Dated: May 1, 2024

Respectfully submitted,

*/s/ Joshua D. Branson*

| | |
|---|---|
| Robert W. Cowan<br>DC Bar No. TX0148<br>Bailey Cowan Heckaman PLLC<br>Four Oaks Place<br>1360 Post Oak Blvd., Suite 2300<br>Houston, Texas 77056<br>Telephone: (713) 425-7100<br>Facsimile: (713) 425-7101<br>rcowan@bchlaw.com<br><br>*Counsel for Zambon Afghanistan-Based Plaintiffs* | Joshua D. Branson (D.C. Bar No. 981623)<br>Andrew E. Goldsmith (D.C. Bar No. 1007074)<br>Grace W. Knofczynski (D.C. Bar No. 1500407)<br>James A. Ruck (D.C. Bar No. 1739309)<br>Kellogg, Hansen, Todd,<br>  Figel & Frederick, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br>jbranson@kellogghansen.com<br>agoldsmith@kellogghansen.com<br>gknofczynski@kellogghansen.com<br>jruck@kellogghansen.com<br><br>Ryan R. Sparacino (D.C. Bar No. 493700)<br>Sparacino PLLC<br>1920 L Street, NW, Suite 835<br>Washington, D.C. 20036<br>Tel: (202) 629-3530<br>ryan.sparacino@sparacinopllc.com<br><br>*Counsel for Cabrera Plaintiffs and Zambon Afghanistan-Based Plaintiffs* |

3

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on this 1st day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                   */s/ Joshua D. Branson*
                                                   Joshua D. Branson