## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 19-3835 (JDB) |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |
| MARK ZAMBON, et al., | |
| Plaintiffs, | |
| v. | |
| ISLAMIC REPUBLIC OF IRAN, | Civil Action No. 18-2065 (JDB) |
| Defendant. | |

## <u>ORDER</u>

Upon consideration of [Cabrera ECF No. 231] [Cabrera ECF No. 232] [Zambon ECF No. 207] [Zambon ECF No. 208] plaintiffs' motions for default judgment in the above-captioned cases, for the reasons the Court will explain in its upcoming Memorandum Opinion, and the entire record herein, it is hereby

**ORDERED** that [Cabrera ECF No. 231] [Cabrera ECF No. 232] [Zambon ECF No. 207] [Zambon ECF No. 208] the motions are **GRANTED** as to the below-listed plaintiffs; it is further

**ORDERED** that the plaintiffs are awarded damages in the following amounts:

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Sylvia McGee | $5,000,000 | $10,069,036 |
| Thomas McGee | $5,000,000 | $10,069,036 |
| Corey McGee | $2,500,000 | $5,034,518 |
| Tracy Lee Carrico | $5,000,000 | $10,030,582 |
| Timothy Davis | $5,000,000 | $10,030,582 |
| Stephanie Frances Bova | $2,500,000 | $5,015,291 |
| Billie Shotlow | $5,000,000 | $10,030,582 |
| Michael Shotlow | $5,000,000 | $10,030,582 |
| Wrenita Randall | $5,500,000 | $10,949,040 |
| Ediena McGee | $2,500,000 | $4,976,836 |
| Robert A. Bird | $5,500,000 | $10,770,440 |
| Charles Edward Blaney | $5,000,000 | $9,727,218 |
| Dianne Belk Massey | $5,000,000 | $9,727,218 |
| Carley Blaney | $2,500,000 | $4,863,609 |
| Jane Berrettini | $9,600,000 | $18,593,401 |
| Christopher Berrettini | $6,000,000 | $11,620,876 |
| Vincent Berrettini | $6,000,000 | $11,620,876 |
| Michael Bowen | $5,500,000 | $10,652,470 |
| Lori Deysie | $5,000,000 | $9,519,982 |
| Sidnee Deysie | $2,500,000 | $4,759,991 |
| Nancy M. Trimble | $5,000,000 | $9,495,627 |
| Timothy M. Trimble | $5,000,000 | $9,495,627 |
| Holli Jean Jensen | $2,500,000 | $4,747,813 |
| Lynne Farmer | $2,500,000 | $4,743,968 |
| Joy L. Retmier | $5,000,000 | $9,468,707 |
| Steven C. Retmier | $5,000,000 | $9,468,707 |
| Mason D. Retmier | $2,500,000 | $4,734,354 |
| Matthew S. Retmier | $2,500,000 | $4,734,354 |
| Jose Antonio Vazquez Sr. | $5,000,000 | $9,352,056 |
| Janice Vazquez | $2,500,000 | $4,676,028 |
| Jose Vazquez Jr. | $2,500,000 | $4,676,028 |
| Robert Watson Jr. | $4,500,000 | $8,266,381 |
| Lisa Murawski-Dupont | $6,000,000 | $10,997,040 |
| Mark P. Dupont | $3,000,000 | $5,498,520 |
| Estate of Jonathan O'Neill | $7,500,000 | $13,643,758 |
| Jacqueline O'Neill | $5,000,000 | $9,095,839 |
| Robert O'Neill | $5,000,000 | $9,095,839 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Brian O'Neill | $2,500,000 | $4,547,919 |
| Kaitlyn O'Neill | $2,500,000 | $4,547,919 |
| Matthew O'Neill | $2,500,000 | $4,547,919 |
| Donna Blair | $8,000,000 | $14,530,449 |
| Dallas Bryant | $2,500,000 | $4,540,765 |
| Robert Andrews | $5,000,000 | $9,021,118 |
| Sondra Andrews | $5,000,000 | $9,021,118 |
| Gwendolyn French | $5,000,000 | $9,000,451 |
| Laquitta French | $2,500,000 | $4,500,226 |
| Gina Berisford | $8,000,000 | $14,356,207 |
| M.B. | $3,000,000 | $5,383,578 |
| Shelley Guthrie | $5,000,000 | $8,972,630 |
| David Aaron Crow | $5,000,000 | $8,780,274 |
| Evelyn Taylor | $4,000,000 | $6,934,913 |
| Jose Aleman | $5,000,000 | $8,666,332 |
| Stephanie Hager | $2,500,000 | $4,333,166 |
| Sonja McDaniel | $8,000,000 | $13,741,048 |
| Matthew McDaniel | $5,000,000 | $8,588,155 |
| Charlette Gilbert | $5,000,000 | $8,588,155 |
| Charmaine Renee Gilbert | $5,000,000 | $8,588,155 |
| Jordan Gilbert | $5,000,000 | $8,588,155 |
| Jasmine Thomas | $4,000,000 | $6,870,524 |
| Thomas Priolo | $5,000,000 | $8,503,897 |
| John Ewy | $4,000,000 | $6,791,784 |
| Dennis John Elm | $5,000,000 | $8,432,315 |
| Donna Lee Elm | $5,000,000 | $8,432,315 |
| Catherine Elm Boatwright | $2,500,000 | $4,216,158 |
| Margaret Elm Campbell | $2,500,000 | $4,216,158 |
| Matthew Elm | $2,500,000 | $4,216,158 |
| Christine Rangel | $2,500,000 | $4,216,158 |
| Jeffrey White Sr. | $5,000,000 | $8,306,456 |
| Paula White | $5,000,000 | $8,306,456 |
| Kyle White | $2,500,000 | $4,153,228 |
| Michael White | $2,500,000 | $4,153,228 |
| CPL Jonathan Cleary | $8,000,000 | $13,252,304 |
| April Cleary | $2,500,000 | $4,141,345 |
| C.F. | $3,500,000 | $5,797,883 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| K.F. | $5,000,000 | $8,282,690 |
| Stephanie Fisher | $5,500,000 | $9,110,959 |
| Thomas Fogarty | $5,000,000 | $8,282,690 |
| Brian Edward Ellis | $5,000,000 | $8,263,965 |
| Julie Ann Sandifer | $5,000,000 | $8,263,965 |
| Vanessa Marie Anzures | $2,500,000 | $4,131,982 |
| Victor Raymond Ellis | $2,500,000 | $4,131,982 |
| Brian Lambka | $5,000,000 | $8,220,032 |
| Kristie Surprenant | $5,000,000 | $8,215,711 |
| Bob Surprenant | $5,000,000 | $8,215,711 |
| Jerry Hardison | $5,000,000 | $8,176,100 |
| Justina Hardison | $2,500,000 | $4,088,050 |
| Paul Elmer Jayne | $4,500,000 | $7,337,100 |
| Sherry A. Skeens | $5,000,000 | $8,152,334 |
| Kent Alan Skeens | $4,500,000 | $7,337,100 |
| Adam Matthew Jayne | $2,500,000 | $4,076,167 |
| Ayzia J. Jayne | $2,000,000 | $3,260,933 |
| G.A.S. | $2,500,000 | $4,076,167 |
| Trent Lorne Skeens | $2,500,000 | $4,076,167 |
| Z.R.S. | $1,500,000 | $2,445,700 |
| Cassie Marie Richardson | $2,500,000 | $4,071,485 |
| SGT Brandon Korona | $8,500,000 | $13,581,060 |
| William Nevins | $4,000,000 | $6,340,727 |
| Angela Kahler | $2,500,000 | $3,961,206 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Amber Dawn Moreland | $8,000,000 | $16,397,586 |
| Hallie May Combs | $5,000,000 | $10,248,491 |
| T.D.C. | $3,500,000 | $7,173,944 |
| Megan Stephens | $8,000,000 | $16,397,586 |
| S.M.S. | $3,000,000 | $6,149,095 |
| Helen DePrimo | $5,000,000 | $9,505,882 |
| Joseph DePrimo | $5,000,000 | $9,505,882 |
| Jodi Calabro | $2,500,000 | $4,752,941 |
| Danielle Fediw | $2,500,000 | $4,752,941 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Almuth Cornelius Green Jr. | $5,000,000 | $8,987,733 |
| Patricia Green | $5,000,000 | $8,987,733 |
| Jesse Green | $2,500,000 | $4,493,866 |
| Kimberley A. Whipple | $5,000,000 | $8,689,428 |
| David Whipple | $5,000,000 | $8,689,428 |
| Brian Clyburn | $2,500,000 | $4,344,714 |
| Sean Whipple | $2,500,000 | $4,344,714 |
| Ann L. Gould | $5,000,000 | $8,603,068 |
| James A. Gould | $5,000,000 | $8,603,068 |
| Mary Border | $5,000,000 | $8,197,706 |
| Katherine Abreu-Border | $2,500,000 | $4,098,853 |
| DeLaynie K. Peek | $2,500,000 | $4,098,853 |
| Natalie Schmidt | $8,000,000 | $13,116,330 |
| A.L.S. | $3,500,000 | $5,738,394 |
| Lee Ann Schmidt | $5,000,000 | $8,197,706 |
| Phillip J. Schmidt | $5,000,000 | $8,197,706 |
| Brandon Tyler Schmidt | $2,500,000 | $4,098,853 |
| William Michael Burley | $4,500,000 | $7,166,682 |
| Tammy Olmstead | $5,000,000 | $7,962,980 |
| Dan Olmstead | $4,500,000 | $7,166,682 |
| Michael Collins | $2,500,000 | $3,981,490 |
| Martha Carolina Smith | $6,000,000 | $9,544,664 |
| Thomas Elmer Wickliff | $6,000,000 | $9,544,664 |
| Michelle Carolina Rotelli | $2,500,000 | $3,976,944 |
| Jeffrey Scott Kuykendall | $1,250,000 | $2,267,004 |
| Larry Kuykendall | $1,250,000 | $2,267,004 |
| K.L.F. | $3,000,000 | $5,339,835 |
| Robert Lentz | $5,000,000 | $8,899,726 |
| Ruth M. Harton | $5,000,000 | $8,726,501 |
| Donald Day | $5,000,000 | $8,561,428 |
| Kathy Day | $5,000,000 | $8,561,428 |
| Michael Soufrine | $5,000,000 | $8,523,400 |
| SFC David Lau | $8,000,000 | $13,289,358 |
| Hamide Lau | $4,000,000 | $6,644,679 |
| K.L. | $2,500,000 | $4,152,924 |
| M.L. | $2,500,000 | $4,152,924 |
| Vivian Perry | $2,500,000 | $4,152,924 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Holly Abraham | $1,250,000 | $2,076,462 |
| Leroy Lau Jr. | $1,250,000 | $2,076,462 |
| Michelle Lee Rauschenberger | $1,250,000 | $2,076,462 |
| CPT Christopher Rosebrock | $7,000,000 | $11,628,188 |
| Alex Jason Rozanski | $2,500,000 | $4,152,924 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Richard Allen Cauley | $5,000,000 | $8,994,887 |
| Clifford Taylor | $4,000,000 | $7,194,638 |
| Kyle Taylor | $2,000,000 | $3,597,319 |
| Mark Baker | $5,000,000 | $8,984,553 |
| Rebecca E. Baker | $2,000,000 | $3,593,821 |
| Mark David Baker | $2,500,000 | $4,492,277 |
| Taylor Genovese | $2,500,000 | $4,492,277 |
| Robin Hefner | $5,000,000 | $8,965,476 |
| Brandon Dale Hefner | $2,500,000 | $4,482,738 |
| Jessica Meagan Hefner | $2,500,000 | $4,482,738 |
| Todd Taylor | $5,000,000 | $8,951,167 |
| Stephanie Freeman | $8,000,000 | $14,244,295 |
| Rosa Irma Halliday | $5,000,000 | $8,881,128 |
| Brad Joseph Halliday | $3,500,000 | $6,216,789 |
| Jon Centanni | $5,000,000 | $8,863,421 |
| David Fingar | $5,000,000 | $8,817,998 |
| Rhonda G. Fingar | $5,000,000 | $8,817,998 |
| Buford Jeremiah Fingar | $2,500,000 | $4,408,999 |
| Donald Joshua Fingar | $2,500,000 | $4,408,999 |
| Craig Leicht | $5,000,000 | $8,814,148 |
| Shirly A. Leicht | $5,000,000 | $8,814,148 |
| Elizabeth C. Leicht | $2,500,000 | $4,407,074 |
| Jesse H. Leicht | $2,500,000 | $4,407,074 |
| Jonathan Leicht | $2,500,000 | $4,407,074 |
| Mary Rose Leicht | $2,500,000 | $4,407,074 |
| Sarah Grace Leicht | $2,500,000 | $4,407,074 |
| Christen Holley | $8,000,000 | $13,986,848 |
| Alyssa Sheridan | $4,000,000 | $6,993,424 |
| Andrew Sheridan | $4,000,000 | $6,993,424 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Charissa DelGiorno | $2,500,000 | $4,370,890 |
| Dominic Giacchi | $2,500,000 | $4,370,890 |
| Tamara Anne Boyett | $5,000,000 | $8,669,412 |
| Terry Lynn Boyett | $3,500,000 | $6,068,588 |
| Julia Ott | $2,500,000 | $4,240,391 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Lacey Jordan | $8,000,000 | $14,550,799 |
| T.J.J. | $3,000,000 | $5,456,549 |
| Carmen Louise O'Leary | $5,000,000 | $9,733,627 |
| Antoinette Drakulich | $5,000,000 | $9,675,090 |
| Joseph Drakulich | $5,000,000 | $9,675,090 |
| Thomas Drakulich | $2,500,000 | $4,837,545 |
| Dana Drakulich King | $2,500,000 | $4,837,545 |
| Michelle M. Nicholas | $8,000,000 | $14,938,880 |
| Chrissy Prado | $8,000,000 | $14,698,332 |
| Logan Southworth | $5,000,000 | $9,186,457 |
| Owen Southworth | $5,000,000 | $9,186,457 |
| C.M.S. | $3,500,000 | $6,430,520 |
| A.M.S. | $3,500,000 | $6,430,520 |
| Kimberly Southworth | $5,000,000 | $9,186,457 |
| Robert Southworth | $5,000,000 | $9,186,457 |
| Michael Southworth | $2,500,000 | $4,593,229 |
| Christina Southworth Guerrero | $2,500,000 | $4,593,229 |
| David Shanfield | $5,000,000 | $8,804,910 |
| Pamela Shanfield | $5,000,000 | $8,804,910 |
| Sydney Shanfield | $2,500,000 | $4,402,455 |
| Michaela J. Taylor | $8,000,000 | $14,085,392 |
| Sarah Beth Miller Morgan | $8,000,000 | $14,037,352 |
| Bart LaRue Howard | $5,000,000 | $8,767,186 |
| Constance Louise Howard | $5,000,000 | $8,767,186 |
| Alexander James Howard | $2,500,000 | $4,383,593 |
| Olivia Marie Howard | $2,500,000 | $4,383,593 |
| Duane Schultz | $3,500,000 | $6,123,557 |
| Cameron West | $10,000,000 | $17,411,192 |
| James Farris. Cullins Jr. | $5,000,000 | $8,702,516 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Barbara Schilling | $5,000,000 | $8,702,516 |
| Cooper Cullins | $2,500,000 | $4,351,258 |
| Donavan Cullins | $2,500,000 | $4,351,258 |
| Christopher Billmyer | $10,500,000 | $18,268,817 |
| Cheryl Billmyer | $2,500,000 | $4,349,718 |
| James Billmyer | $2,500,000 | $4,349,718 |
| Don Hernandez | $2,500,000 | $4,329,702 |
| James Reginal Campbell | $5,000,000 | $8,624,692 |
| Cynthia Pyeatt | $5,000,000 | $8,619,472 |
| Lon Scott Pyeatt | $5,000,000 | $8,619,472 |
| Emily Smalley | $2,500,000 | $4,309,736 |
| Teddi DeYoung | $5,000,000 | $8,610,524 |
| Angela Rita Marie Rogers | $8,000,000 | $13,718,380 |
| Katie C. Freeman | $8,000,000 | $13,693,327 |
| K.M.F. | $3,000,000 | $5,134,998 |
| W.D.F. | $3,000,000 | $5,134,998 |
| Brian Freeman | $5,000,000 | $8,558,329 |
| Joseph D. Garrison | $4,000,000 | $6,823,399 |
| James Boucher Jr. | $10,500,000 | $17,902,028 |
| James Boucher Sr. | $2,500,000 | $4,262,388 |
| Kimberly Boucher | $2,500,000 | $4,262,388 |
| Britany Boucher | $1,250,000 | $2,131,194 |
| James L. Daniels | $4,000,000 | $6,775,678 |
| Heather Daniels | $2,500,000 | $4,234,799 |
| Lucas Daniels | $2,500,000 | $4,234,799 |
| Sophie Daniels | $2,500,000 | $4,234,799 |
| Cynthia Richmond | $5,000,000 | $8,469,598 |
| Robert L. Dunning | $5,000,000 | $8,422,622 |
| Estate of Tomoe Dunning | $4,000,000 | $6,738,098 |
| Joy Coy | $2,500,000 | $4,211,311 |
| Anthony D'Augustine | $5,000,000 | $8,311,498 |
| Patricia D'Augustine | $5,000,000 | $8,311,498 |
| Nicole D'Augustine | $2,500,000 | $4,155,749 |
| Michele Kulesa | $2,500,000 | $4,155,749 |
| Bradley Ivanchan | $10,500,000 | $17,336,177 |
| Christopher Van Etten | $10,000,000 | $16,510,644 |
| Jonathan Ashley III | $5,000,000 | $8,229,395 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Tammie Ashley | $5,000,000 | $8,229,395 |
| Jonathan Ashley IV | $2,500,000 | $4,114,697 |
| Jordan Ashley | $2,500,000 | $4,114,697 |
| Sarah Peters Duarte | $8,000,000 | $13,152,052 |
| Gina Duarte | $5,000,000 | $8,220,032 |
| Joseph Duarte | $5,500,000 | $9,042,036 |
| Helena Davis | $8,000,000 | $12,917,586 |
| C.J.D. | $5,000,000 | $8,073,492 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Nancy Rougle | $5,000,000 | $9,834,036 |
| SGT Ryan Newell | $10,000,000 | $19,355,308 |
| Hannah Cox | $2,500,000 | $4,674,746 |
| Eva Farr-Wallace | $5,000,000 | $9,203,945 |
| Calvin D. Jamison | $3,500,000 | $6,442,762 |
| Atarah Wright | $2,500,000 | $4,601,973 |
| Dean Coleman | $5,000,000 | $9,054,504 |
| Blaine A. Redding | $5,000,000 | $8,805,680 |
| Glenda Willard | $5,000,000 | $8,791,822 |
| Michelle Hock | $2,500,000 | $4,395,911 |
| Ranee Massoni | $2,500,000 | $4,395,911 |
| Jordan Plunk | $2,500,000 | $4,395,911 |
| Justin T. Plunk | $2,500,000 | $4,395,911 |
| Terry Mittler | $4,000,000 | $7,024,219 |
| Joyce Turner | $5,000,000 | $8,780,274 |
| Misty Barclay | $2,500,000 | $4,390,137 |
| Gabriel Negron | $4,000,000 | $7,024,219 |
| Marta Torres | $4,000,000 | $7,024,219 |
| Jose Negron | $2,500,000 | $4,390,137 |
| Maribel Negron | $2,500,000 | $4,390,137 |
| Marvin Negron | $2,500,000 | $4,390,137 |
| Glenn Chisholm | $4,000,000 | $7,000,815 |
| Linda Reynolds | $5,000,000 | $8,751,019 |
| Karma Chisholm | $2,500,000 | $4,375,509 |
| Bethany Ann Benton | $8,000,000 | $13,649,185 |
| Dineen Snyder | $5,000,000 | $8,530,740 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Edward Snyder | $5,000,000 | $8,530,740 |
| Damien Edward Snyder | $2,500,000 | $4,265,370 |
| Natasha Snyder | $2,750,000 | $4,691,907 |
| Francisco Javier Briseño Gutierrez | $5,000,000 | $8,446,483 |
| Luis Briseño Alvarez | $2,500,000 | $4,223,241 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| James Henderson | $5,000,000 | $10,107,491 |
| Athena Gordon | $2,750,000 | $5,559,120 |
| Patricia Elsner | $5,500,000 | $9,817,512 |
| Mark Elsner | $5,000,000 | $8,925,011 |
| Kelsey Thomas | $2,500,000 | $4,462,505 |
| Jacqueline Allen | $2,000,000 | $3,570,004 |
| Mark Anthony Elsner | $2,000,000 | $3,570,004 |
| Michael K. Ingram Sr. | $5,000,000 | $8,844,944 |
| Julie Ingram | $4,000,000 | $7,075,955 |
| Cheryl Spivey | $5,000,000 | $8,776,424 |
| Corbin Wayne Hunt | $2,500,000 | $4,388,212 |
| Patricia A. Nicol | $5,000,000 | $8,757,947 |
| Roland N. Nicol | $5,000,000 | $8,757,947 |
| Alaina Nicol | $2,500,000 | $4,378,974 |
| Roland J. Nicol | $2,500,000 | $4,378,974 |
| Cheryl M. Culbreth | $5,000,000 | $8,680,190 |
| Walter L. Culbreth | $5,000,000 | $8,680,190 |
| Lauren Ashley Culbreth | $2,750,000 | $4,774,104 |
| Melissa Rodriguez | $8,000,000 | $13,527,496 |
| Derek Rodriguez | $5,000,000 | $8,454,685 |
| K.R. | $5,000,000 | $8,454,685 |
| Rodolfo Rodriguez Sr. | $5,000,000 | $8,454,685 |
| Keyko D. Clark | $5,000,000 | $8,451,702 |
| Corteize Clark | $2,500,000 | $4,225,851 |
| Precious Clark | $2,500,000 | $4,225,851 |
| PFC Kevin Trimble | $ 12,000,000 | $20,284,085 |
| John L. Fant | $5,000,000 | $8,445,737 |
| Andrea Kessler | $5,000,000 | $8,270,446 |
| Jose Alberto Morgado | $4,000,000 | $6,616,357 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Anna Banzer | $2,250,000 | $3,721,701 |
| Sofia Kessler | $2,500,000 | $4,135,223 |
| Eric Morgado | $2,500,000 | $4,135,223 |
| Connor Alexian Pladeck-Morgado | $2,250,000 | $3,721,701 |
| Adolf Olivas | $5,000,000 | $8,265,405 |
| Bethany Wesley | $2,500,000 | $4,128,021 |
| Samantha McNamara | $8,000,000 | $12,826,939 |
| Brenda Daehling | $5,000,000 | $8,016,837 |
| Kirk Daehling | $5,000,000 | $8,016,837 |
| Adam Daehling | $2,500,000 | $4,008,418 |
| Kayla Marie Daehling | $2,500,000 | $4,008,418 |
| Joanna Gilbert | $5,000,000 | $8,016,837 |
| Jessica Benson | $2,500,000 | $4,008,418 |
| SGT Adam Hartswick | $10,500,000 | $16,835,357 |
| Sean Hartswick | $2,500,000 | $4,008,418 |
| Morgen Hummel | $2,500,000 | $4,008,418 |
| Nancy Mullen | $8,000,000 | $12,805,676 |
| Miriam A. Mullen | $5,000,000 | $8,003,547 |
| William J. Mullen | $5,000,000 | $8,003,547 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Richard Brunkhorst | $5,000,000 | $8,858,801 |
| Arthur Campbell | $5,000,000 | $8,714,064 |
| Audrey Campbell | $5,000,000 | $8,714,064 |
| Tina Marie Campbell | $2,500,000 | $4,357,032 |
| Ramiro Cardoza Sr. | $5,000,000 | $8,023,831 |
| Maria Cardoza | $5,000,000 | $8,023,831 |
| Ramiro Cordoza, Jr. | $2,500,000 | $4,011,916 |
| Patricia Dahl | $5,000,000 | $8,986,938 |
| Angel Dahl | $2,500,000 | $4,493,469 |
| Craig Lane Gross | $5,000,000 | $8,499,423 |
| Natalie Anne Gross | $2,500,000 | $4,249,712 |
| Jorge Fidencio Hidalgo | $5,000,000 | $8,608,287 |
| Andrea Jean Hidalgo | $5,000,000 | $8,608,287 |
| Larry Dean Horns | $5,000,000 | $8,427,096 |
| Tamara Elaine Horns | $5,000,000 | $8,427,096 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Tiffany Louise Horns | $2,500,000 | $4,213,548 |
| Cheryl Brown | $5,000,000 | $8,727,922 |
| Miranda Landrum | $8,000,000 | $12,838,130 |
| Janet Landrum | $5,000,000 | $8,023,831 |
| Gabriel Brandon Landrum | $3,500,000 | $5,616,682 |
| Blakely Reagan Landrum | $3,000,000 | $4,814,299 |
| Chet Paul Murach | $5,000,000 | $8,023,831 |
| William Anthony Murach | $2,500,000 | $4,011,916 |
| Hugh Dean Neenan | $5,000,000 | $8,805,680 |
| Lesa Coon Neenan | $4,000,000 | $7,044,544 |
| Nancy R. Wilson | $5,000,000 | $7,916,117 |
| Ashley Peters | $8,000,000 | $12,665,787 |
| Dennis W. Peters | $5,500,000 | $8,707,729 |
| Deborah Jean Peters | $5,000,000 | $7,916,117 |
| Gabriel Rian Peters | $3,000,000 | $4,749,670 |
| Christine H. Phillips | $8,000,000 | $12,838,130 |
| Sophia N. Phillips | $5,000,000 | $8,023,831 |
| Janie Rabalaid Powell Goncalves | $5,000,000 | $8,707,905 |
| Joseph William Prescott | $5,000,000 | $8,023,831 |
| Aaron William Prescott | $2,500,000 | $4,011,916 |
| Jacob Richard Prescott | $2,500,000 | $4,011,916 |
| Joshua Michael Prescott | $2,750,000 | $4,413,107 |
| Kim Smith | $8,000,000 | $14,531,721 |
| Benjiman Smith | $5,000,000 | $9,082,326 |
| Sarah Ngiraibiocel | $5,000,000 | $9,082,326 |
| Larry Michael Solesbee | $5,000,000 | $8,537,451 |
| Trina Solesbee | $2,500,000 | $4,268,726 |
| John Anderson Hall | $4,000,000 | $7,190,822 |
| Jill Myers | $5,000,000 | $8,988,528 |
| Alyssa Marie Styer | $2,500,000 | $4,494,264 |
| Donn Alden Weaver | $5,000,000 | $8,733,311 |
| Jeanne Weaver | $5,000,000 | $8,733,311 |
| Glenn Allen Weaver | $2,500,000 | $4,366,656 |
| Adrianna Gretchen Vargo | $2,500,000 | $4,366,656 |
| Kristia Nell Weaver | $2,500,000 | $4,366,656 |
| John Melvin West | $5,000,000 | $8,741,010 |
| Marcia Mary West | $5,000,000 | $8,741,010 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Kristine Marie Willis | $2,500,000 | $4,370,505 |
| Clint Coleman Wildes | $5,000,000 | $9,027,478 |
| Jamie Elizabeth Surles | $2,500,000 | $4,513,739 |
| Regina Michele Wright | $5,000,000 | $9,013,169 |
| Samuel Boaz Brown | $7,500,000 | $14,456,090 |
| Scott Brown | $2,500,000 | $4,818,697 |
| Tanya Brown | $3,000,000 | $5,782,436 |
| Molly Brown | $1,250,000 | $2,409,348 |
| Andrew Brown | $1,500,000 | $2,891,218 |
| Luke Brown | $1,250,000 | $2,409,348 |
| Daus Isaiah Hempker | $9,000,000 | $15,710,260 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| SPC Jesse Watson | $3,000,000 | $5,521,890 |
| Robert Schulte | $5,000,000 | $9,106,173 |
| Susie Schulte | $5,000,000 | $9,106,173 |
| Todd Schulte | $2,500,000 | $4,553,086 |
| Suzanna Ausborn | $8,000,000 | $13,694,520 |
| Mitchell Maloy | $5,000,000 | $8,559,075 |
| Summer Maloy | $5,000,000 | $8,559,075 |
| Alice Faye Ausborn | $5,000,000 | $8,559,075 |
| Clifford E. Ausborn | $4,000,000 | $6,847,260 |
| Susan Brodeur | $8,000,000 | $13,694,520 |
| D.L.B. | $3,500,000 | $5,991,352 |
| Elizabeth L. Brodeur | $5,000,000 | $8,559,075 |
| Joyce A. Brodeur | $5,000,000 | $8,559,075 |
| Lawrence A. Brodeur | $5,000,000 | $8,559,075 |
| Todd Brodeur | $2,500,000 | $4,279,537 |
| Amanda Brodeur Brotherton | $2,500,000 | $4,279,537 |
| Ernest Brown II | $8,000,000 | $13,694,520 |
| Jim Arthur Jacobs | $5,000,000 | $8,559,075 |
| Gladys Vereen | $5,000,000 | $8,559,075 |
| Christopher Baptist | $2,500,000 | $4,279,537 |
| LaGuanda Jacobs | $2,500,000 | $4,279,537 |
| Janice Harriman Bryant | $8,000,000 | $13,694,520 |
| S.L.B. | $3,000,000 | $5,135,445 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Tammie Schoonhoven | $8,000,000 | $12,995,336 |
| A.M.S. | $5,000,000 | $8,122,085 |
| A.R.S. | $3,000,000 | $4,873,251 |
| Deborah Schoonhoven | $5,000,000 | $8,122,085 |
| Patricia Goins | $8,000,000 | $12,523,986 |
| Paul Edward Goins III | $5,000,000 | $7,827,491 |
| Emmitt Dwayne Burns | $5,000,000 | $7,827,491 |
| Janice Caruso | $5,000,000 | $7,827,491 |
| Dana Rainey | $5,000,000 | $7,827,491 |
| Kathleen Lynn Alexander | $2,500,000 | $3,913,746 |
| Daniel Owen Hughes | $2,500,000 | $3,913,746 |
| Patricia Hughes | $2,500,000 | $3,913,746 |
| Kristine Anne Zitny | $2,500,000 | $3,913,746 |
| Michelle Riley | $5,000,000 | $7,633,070 |
| Rodney Riley | $5,000,000 | $7,633,070 |
| Natasha Buchanan | $8,000,000 | $12,142,275 |
| L.A.E.L.B. | $3,500,000 | $5,312,245 |
| S.L.L.B. | $3,500,000 | $5,312,245 |
| Douglas A. Landphair | $5,000,000 | $7,588,922 |
| Jean S. Landphair | $5,000,000 | $7,588,922 |
| Meredith Landphair | $2,500,000 | $3,794,461 |
| Kelli-Jo Dodge | $8,000,000 | $11,926,432 |
| B.C.D. | $3,500,000 | $5,217,814 |
| P.A.D. | $5,000,000 | $7,454,020 |
| Kathleen McEvoy | $8,000,000 | $11,926,432 |
| Michelle Rose McEvoy | $5,000,000 | $7,454,020 |
| Patrick Charles McEvoy | $5,000,000 | $7,454,020 |
| Janice H. Proctor | $4,000,000 | $5,963,216 |
| Luann Varney | $2,500,000 | $3,727,010 |
| Erin Goss | $5,000,000 | $7,454,020 |
| Summer Sutton | $5,000,000 | $7,454,020 |
| Harriet Sutton | $4,000,000 | $5,963,216 |
| Trecia Brock Hood | $2,500,000 | $3,727,010 |
| Wendy Shedd | $2,500,000 | $3,727,010 |
| Freddie Sutton | $2,500,000 | $3,727,010 |
| Kimberly Blamires | $8,000,000 | $16,233,513 |
| D.L.B. | $3,000,000 | $6,087,567 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Kalli Blamires | $5,000,000 | $10,145,946 |
| Sandra Blamires | $5,000,000 | $10,145,946 |
| Beau Blamires | $2,500,000 | $5,072,973 |
| Eric Blamires | $2,500,000 | $5,072,973 |
| Ethan Blamires | $2,500,000 | $5,072,973 |
| Neil Blamires | $2,500,000 | $5,072,973 |
| Julie McGraw | $2,500,000 | $5,072,973 |
| Sarah Moschler Walton | $8,000,000 | $15,143,778 |
| Reuben Eric Sharp | $5,000,000 | $9,071,992 |
| Angela Preston | $4,500,000 | $8,164,793 |
| Gus Preston | $2,500,000 | $4,535,996 |
| Russell Glenn Yanney | $5,000,000 | $9,034,632 |
| R.A.R. | $3,000,000 | $5,392,640 |
| Christal A. Thomas- Kariker | $5,000,000 | $8,978,989 |
| Edward Kariker | $5,000,000 | $8,978,989 |
| Leon Williamson III | $5,000,000 | $8,978,989 |
| Sybil B. Williamson | $5,000,000 | $8,978,989 |
| Peggy Pagan | $5,000,000 | $8,893,446 |
| Robert Pagan Sr. | $5,000,000 | $8,893,446 |
| Robert Pagan Jr. | $2,500,000 | $4,446,723 |
| Lowell Hanson Jr. | $4,500,000 | $7,998,558 |
| Cynthia Hanson | $4,000,000 | $7,109,829 |
| Megan Kathleen Dohn | $2,500,000 | $4,443,643 |
| Judith Rowe Gentz | $5,000,000 | $8,804,140 |
| Anthony Curtis White | $5,000,000 | $8,804,140 |
| A.E.W. | $2,500,000 | $4,402,070 |
| Laura White | $2,500,000 | $4,402,070 |
| Zachary Luke White | $2,500,000 | $4,402,070 |
| Beverly Wisniewski | $5,000,000 | $8,804,140 |
| Chester Wisniewski Jr. | $5,000,000 | $8,804,140 |
| Craig Stanley Wisniewski | $2,500,000 | $4,402,070 |
| Matthew Walter Wisniewski | $2,500,000 | $4,402,070 |
| Cpl Raul Olivares Jr. | $7,500,000 | $13,195,817 |
| Lesley Olivares | $5,000,000 | $8,797,211 |
| D.R.M. | $2,000,000 | $3,518,884 |
| Julie Magana | $5,000,000 | $8,777,964 |
| Billy Michael Stout | $5,000,000 | $8,764,876 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Melissa Keener | $2,500,000 | $4,382,438 |
| Norman Karch | $5,000,000 | $8,755,638 |
| J.G.A. | $3,500,000 | $6,119,785 |
| Sherry Loan | $2,500,000 | $4,367,810 |
| Linda Phaneuf | $2,500,000 | $4,367,810 |
| Miracle Burton | $2,500,000 | $4,363,576 |
| Damen Snow | $2,500,000 | $4,363,576 |
| Richard Dennis | $4,500,000 | $7,702,496 |
| Maria Mix | $5,000,000 | $8,558,329 |
| Amanda Dennis-Silva | $2,500,000 | $4,279,165 |
| Angelica Mix | $2,500,000 | $4,279,165 |
| Virginia Newsom | $5,000,000 | $8,547,890 |
| Kyle Balduf | $2,500,000 | $4,273,945 |
| Gloria Hensley | $8,000,000 | $13,636,061 |
| A.L.H. | $3,500,000 | $5,965,777 |
| E.M.H. | $5,000,000 | $8,522,538 |
| N.R.H. | $5,000,000 | $8,522,538 |
| Joan Thelma Hensley | $5,000,000 | $8,522,538 |
| Terry L. Hensley | $5,000,000 | $8,522,538 |
| Michaela Hensley | $2,500,000 | $4,261,269 |
| John Wayne Goldsmith | $4,500,000 | $7,650,152 |
| Lorie Goldsmith | $4,500,000 | $7,650,152 |
| Nicole Goldsmith | $2,500,000 | $4,250,085 |
| Kristen A. Elwell | $8,000,000 | $13,597,884 |
| E.M.E. | $5,000,000 | $8,498,678 |
| N.B.E. | $5,000,000 | $8,498,678 |
| Susan Burkhard | $2,500,000 | $4,249,339 |
| SSG Darius Johnson | $8,500,000 | $14,447,752 |
| Judy B. Cusack | $2,500,000 | $4,249,339 |
| Kia Cusack | $1,250,000 | $2,124,669 |
| Catherine Mullins | $5,000,000 | $8,469,598 |
| Thomas Mullins | $5,000,000 | $8,469,598 |
| Bethany Rose Mullins Randall | $2,500,000 | $4,234,799 |
| Suni Chabrow | $5,000,000 | $8,467,361 |
| Kristin Caracciolo | $2,500,000 | $4,233,680 |
| Paige Erlanger | $2,500,000 | $4,233,680 |
| SGT Frederick Tolon | $7,000,000 | $11,809,417 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Pamela E. Alexander Bell | $5,000,000 | $8,397,270 |
| James Bell | $4,000,000 | $6,717,816 |
| London Jacinda Bell | $2,500,000 | $4,198,635 |
| Andrea Roe | $2,500,000 | $4,198,635 |
| Theresa Karlson | $5,000,000 | $8,248,840 |
| Charles Essex | $5,000,000 | $8,209,229 |
| Marion Ruth Hopkins | $5,000,000 | $8,209,229 |
| Cheryl Atwell | $5,000,000 | $8,187,623 |
| Erin Riedel | $2,500,000 | $4,093,812 |
| Lona L. Gambone | $2,500,000 | $4,093,812 |
| Cedric F. Gordon | $4,000,000 | $6,533,966 |
| Conchetta Michell Diaz | $2,500,000 | $4,083,729 |
| Cedric D. Gordon Sr. | $2,500,000 | $4,083,729 |
| Adrian Kie-Alun Sherrod | $2,500,000 | $4,083,729 |
| Esta Smith | $5,000,000 | $7,824,104 |
| Joe Torian | $4,000,000 | $6,259,283 |
| Jimmy Smith | $4,000,000 | $6,259,283 |
| Emily Torian | $2,250,000 | $3,520,847 |
| Nathan Ewell Torian | $2,500,000 | $3,912,052 |
| Alexandra McClintock | $8,000,000 | $11,783,043 |
| D.C.M. | $3,000,000 | $4,418,641 |
| Joyce Patricia Paulsen | $5,000,000 | $7,364,402 |
| Anngel Joy Norkist | $5,000,000 | $6,976,650 |
| William Newnham | $5,000,000 | $6,976,650 |
| Aujza Norkist | $2,500,000 | $3,488,325 |
| Hart Norkist | $2,500,000 | $3,488,325 |
| Grace Kreischer | $8,000,000 | $10,127,285 |
| Brianne Barlow | $5,000,000 | $6,329,553 |
| Jason Barlow | $5,000,000 | $6,329,553 |
| Sage River Saladin | $2,500,000 | $3,164,777 |
| ShuShawndra Gregoire | $5,000,000 | $6,329,553 |
| John Gregoire Sr. | $4,500,000 | $5,696,598 |
| J.D.G. | $2,500,000 | $3,164,777 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Gerald W. Finley | $5,000,000 | $9,491,781 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Joshua M. Finley | $2,500,000 | $4,745,891 |
| Jennifer M. LeFors | $2,500,000 | $4,745,891 |
| Maria L. Avneri | $5,000,000 | $9,412,304 |
| Jacob Avneri | $5,000,000 | $9,412,304 |
| Eduardo G. Garcia | $2,500,000 | $4,706,152 |
| Charlotte Allen | $5,000,000 | $9,317,445 |
| Matthew Allen | $3,500,000 | $6,522,212 |
| Austin Nelams | $2,500,000 | $4,658,723 |
| Launa Lee Chavez | $8,000,000 | $14,846,382 |
| Charles Lynn Stiles | $5,000,000 | $9,278,989 |
| Cecilia Stiles | $3,500,000 | $6,495,292 |
| Natalie Michelle Schoening | $2,500,000 | $4,639,494 |
| Charles Stiles II | $2,500,000 | $4,639,494 |
| Kenneth J. Stiles | $2,500,000 | $4,639,494 |
| A.G.S. | $3,500,000 | $6,286,405 |
| Dennis Steffey | $5,000,000 | $8,980,579 |
| Rachel Humpf | $5,000,000 | $8,980,579 |
| David Humpf | $2,500,000 | $4,490,289 |
| Heather Jackson | $2,500,000 | $4,490,289 |
| Holly Conrad | $8,000,000 | $13,336,423 |
| B.C. | $3,000,000 | $5,001,159 |
| Abby Knapp-Morris | $8,000,000 | $13,238,476 |
| K.K. | $3,000,000 | $4,964,428 |
| Elma Garza Palomarez | $4,000,000 | $7,615,986 |
| Candido Palomarez III | $2,500,000 | $4,759,991 |
| Omar Palomarez | $2,500,000 | $4,759,991 |
| Rene Palomarez | $2,500,000 | $4,759,991 |
| Linda K. Grieco | $5,000,000 | $9,300,781 |
| Ralph Grieco | $5,000,000 | $9,300,781 |
| Jennifer Grieco Burch | $2,500,000 | $4,650,390 |
| Fredda Lynn Jones | $8,000,000 | $14,529,177 |
| J.J. | $3,500,000 | $6,356,515 |
| Kenderrick Jones | $5,000,000 | $9,080,736 |
| M.R.W. | $5,000,000 | $9,080,736 |
| I'Kemeyon Crow | $5,000,000 | $9,080,736 |
| Sheila McCary | $5,000,000 | $9,080,736 |
| Jasmine Jones | $2,500,000 | $4,540,368 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Tristyn Anthony Vinson-Hosford | $3,500,000 | $6,348,169 |
| Felicia Williams | $8,000,000 | $14,510,100 |
| Derlysa Williams | $5,000,000 | $9,068,812 |
| Victoria Boyd | $5,000,000 | $9,068,812 |
| Vanecia Mitchell | $5,000,000 | $9,068,812 |
| Lisa Lee Freeman | $5,000,000 | $9,043,376 |
| Margaret Anderson | $5,000,000 | $8,801,830 |
| Dennis Johnson | $5,000,000 | $8,798,751 |
| A.J.Q. | $5,500,000 | $9,665,076 |
| James A. Grady | $5,000,000 | $8,786,433 |
| James Michael Grady | $2,500,000 | $4,393,216 |
| Kevin Grady | $2,500,000 | $4,393,216 |
| Brian M. Martin | $5,000,000 | $7,620,877 |
| Julie K. Martin | $5,000,000 | $7,620,877 |
| Catherine G. Martin | $2,500,000 | $3,810,438 |
| Elizabeth A. Martin | $2,500,000 | $3,810,438 |
| Shelby Iubelt | $8,000,000 | $11,442,276 |
| V.I. | $3,000,000 | $4,290,854 |
| Charlotte Loquasto | $5,000,000 | $7,151,423 |
| J.A.L. | $1,750,000 | $2,502,998 |
| Julianne Good Perry | $8,000,000 | $11,442,276 |
| G.W.P. | $5,000,000 | $7,151,423 |
| L.R.P. | $5,000,000 | $7,151,423 |
| Kathleen Perry | $5,000,000 | $7,151,423 |
| Stewart Lamar Perry | $5,000,000 | $7,151,423 |
| A.T.P. | $2,750,000 | $3,933,282 |
| Gail Provost | $8,000,000 | $11,442,276 |
| Meghan Janet Hollingsworth | $5,000,000 | $7,151,423 |
| Sarah Tiffany Peterson | $5,000,000 | $7,151,423 |
| Brian Provost | $5,000,000 | $7,151,423 |
| Spencer Dana Provost | $5,000,000 | $7,151,423 |
| Gertrude Provost | $3,000,000 | $4,290,854 |
| Judith L. Ashley | $2,500,000 | $3,575,711 |
| Mary Jane G. Medeiros | $2,500,000 | $3,575,711 |
| Paul Provost | $2,500,000 | $3,575,711 |
| Scott Peter Provost | $2,500,000 | $3,575,711 |
| Summer Dunn | $5,000,000 | $7,151,423 |

| Plaintiff | Pain and Suffering or Solatium Damages | Compensatory Damages Plus Pre-Judgment Interest |
|---|---|---|
| Hannah Mason | $5,000,000 | $7,151,423 |
| Mallory Williams | $5,000,000 | $7,151,423 |
| Charlotte Ann Reeves | $4,000,000 | $5,721,138 |
| Victoria Jane Reeves | $2,500,000 | $3,575,711 |
| Joyce Ann Tulloch | $2,500,000 | $3,575,711 |
| Caitlin Elizabeth Anderson | $8,000,000 | $14,114,956 |
| L.G.A. | $3,000,000 | $5,293,108 |
| Bobby Gene Anderson | $5,000,000 | $8,821,847 |
| Patricia Marlene Goodwin | $5,000,000 | $8,821,847 |
| April Lynn Anderson | $2,750,000 | $4,852,016 |
| Bobby Joe Anderson | $2,500,000 | $4,410,924 |
| John David Anderson | $2,500,000 | $4,410,924 |

it is further

**ORDERED** that final judgment on liability and damages is directed under Federal Rule of Civil Procedure 54(b) as to all claims by these plaintiffs associated with the attacks assessed by Special Masters Byrne, Green, Griffin, Grubbs, Levy, Meek, Pigott, Saltzburg, and Williams in their reports submitted August 1, 2023.  The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because Iran, an absent defendant, will not be prejudiced by "staggered appeals or the like," Sheikh v. Republic of Sudan, 485. F. Supp. 3d 255, 274 (D.D.C. 2020), and plaintiffs will be eligible to recover from the U.S. Victims of State Sponsored Terrorism Fund only with "a final judgment," 34 U.S.C. § 20144(c)(2); see U.S. Dep't of Just., Frequently Asked Questions, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last accessed February 26, 2024); Fritz v. Islamic Republic of Iran, 324 F. Supp. 3d 54, 66 (D.D.C. 2018) (entering judgment pursuant to Rule 54(b) so plaintiffs would not be "prejudiced in their ability to receive prompt payment of all or some of their compensatory damages awards from" the Fund); it is further

**ORDERED** that this Order is the final "default judgment" for the above-listed plaintiffs' claims to be served on the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(e).  The Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment; it is further

**ORDERED** that, because plaintiffs have repeatedly attempted and failed to successfully serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), see [Cabrera ECF Nos. 16, 41, 119, 241], plaintiffs may proceed to serve this default judgment immediately pursuant to 28 U.S.C. § 1608(a)(4); it is further

**ORDERED** that S.G.C.H. is dismissed as a plaintiff because she lacks standing to bring claims under § 1605A(c)'s private cause of action, but if the D.C. Circuit agrees that in-utero plaintiffs have standing under the FSIA, this Court will award S.G.C.H. $2.5 million in solatium damages; and it is further

**ORDERED** that C.L.K is dismissed as a plaintiff because he lacks standing to bring claims under § 1605A(c)'s private cause of action, but if the D.C. Circuit agrees that in-utero plaintiffs have standing under the FSIA, this Court will award C.L.K. $2.5 million in solatium damages.

The Court will issue a Memorandum Opinion explaining its reasoning for any deviations from the special masters' recommendations.

**SO ORDERED.**

/s/
_____
John D. Bates
United States District Judge

Dated: May 31, 2024