Default - Rule 55A                                                    (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

AUGUST CABRERA et al

_____
Plaintiff(s)

v.

ISLAMIC REPUBLIC OF IRAN

_____
Defendant(s)

Civil Action: **19-cv-03835-JDB**

ISLAMIC REPUBLIC OF IRAN
**RE:**

# DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with the amended complaint ▼ on          April 3, 2024          , and an affidavit on behalf of the plaintiff having been filed, it is this __7th__ day of _____June_____, __2024__ declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: _____/s/ Jiselle Manohar_____
Deputy Clerk