**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUGUST CABRERA, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 19-cv-3835-JDB |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |
| MARK ZAMBON, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 18-cv-2065-JDB |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**MOTION FOR SUBSTITUTION OF ESTATES
ON BEHALF OF DECEASED PLAINTIFFS**

Plaintiffs move the Court to substitute the estates of six Plaintiffs who have passed away since filing their claims. "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). Claims under the private right of action in 28 U.S.C. § 1605A(c) are not extinguished by death. Indeed, § 1605A(c)(4) specifically provides a private right of action for the "legal representative" of an individual who could otherwise bring a claim. Courts in this District thus recognize claims by the legal representative of estates under 28 U.S.C. § 1605A. *See, e.g.*, *Henkin v. Islamic Republic of Iran*, 2021 WL 2914036, at *13 (D.D.C. July 12, 2021) ("The Estate of Eitam (in Case 1184) will recover under § 1605A(c)(4) as the legal representative of a U.S. national."); *Doe v.*

*Democratic People's Republic of Korea Ministry of Foreign Affs. Jungsong-Dong*, 414 F. Supp. 3d 109, 128–29 (D.D.C. 2019) (holding that "'legal representatives' of . . . close relatives [of terrorism victims]—here, their estates—also may bring solatium claims on their behalf") (citation omitted).  And this Court has already substituted estates for Plaintiffs who passed away during this litigation.  *See* Mot. for Leave to File Am. Compls., Dkt.[1] 132 at 8-9; Feb. 2, 2023 Minute Order (granting motion).  The Court should do so again here.

The Court has already entered final judgments for five of the deceased Plaintiffs: Bobby Joe Anderson, Clifford E. Ausborn, Gabriel Negron, Marvin Negron, and Jimmy Smith. *See* Order, Dkt. 264 at 9, 13, 17, 20.  Plaintiffs' counsel had been in touch with these Plaintiffs individually while collecting evidence to submit to the Special Masters, and Plaintiffs' counsel sent regular updates to all Plaintiffs as the Special Masters and the Court considered their claims.  But Plaintiffs' counsel only learned that these individuals had passed away after the Court entered their final judgments as part of Tranche 1.  Thus, if the Court grants the substitution, Plaintiffs separately will move for the Court to vacate the prior judgments and reenter final default judgments on behalf of their estates.  The other deceased Plaintiff—Becky S. Poock—is in Tranche 2 and her claim was submitted to a Special Master on August 1, 2024. Plaintiffs will update the Special Master after the Court acts on this motion.

The below chart shows the deceased Plaintiffs and the Third Amended Complaint ("TAC") paragraphs containing the Plaintiffs' claims.  *See* TAC, Dkt. 133.  It also lists the individuals who are in the process of opening—or have already opened—the deceased Plaintiffs' estates as the estates' representatives.

---

[1] Unless otherwise specified, citations to "Dkt." are to the docket entries in *Cabrera v. Islamic Republic of Iran*, No. 19-cv-3835-JDB.

| Plaintiff | TAC Paragraph | Tranche | Estate Representative | Rep.'s Relationship to Decedent |
|---|---|---|---|---|
| Bobby Joe Anderson | 202 | T1 | Tabitha Anderson | Widow |
| Clifford E. Ausborn | 2472 | T1 | Alice Ausborn | Widow |
| Gabriel Negron | 2187 | T1 | Maribel Negron | Daughter |
| Marvin Negron | 2191 | T1 | Marvin Peter | Son |
| Jimmy Smith | 1567 | T1 | Esta Smith | Widow |
| Becky S. Poock | 1175 | T2 | Roger Poock | Widower |

## CONCLUSION

The Court should grant Plaintiffs' Motion for Substitution of Estates on Behalf of Deceased Plaintiffs.  A proposed Order is attached.

Dated:  August 26, 2024

Respectfully submitted,

/s/ Joshua D. Branson
Joshua D. Branson (D.C. Bar No. 981623)
Andrew E. Goldsmith (D.C. Bar No. 1007074)
Grace W. Knofczynski (D.C. Bar No. 1500407)
James A. Ruck (D.C. Bar No. 1739309)
Kellogg, Hansen, Todd,
 Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
jbranson@kellogghansen.com
agoldsmith@kellogghansen.com
gknofczynski@kellogghansen.com
jruck@kellogghansen.com

Ryan R. Sparacino (D.C. Bar No. 493700)
Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel:  (202) 629-3530
ryan.sparacino@sparacinopllc.com

*Counsel for Cabrera Plaintiffs and
Zambon Afghanistan-Based Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Joshua D. Branson
Joshua D. Branson