**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 19-cv-3835-JDB |
| MARK ZAMBON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 18-cv-02065-JDB |

**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION**
**OF ESTATES ON BEHALF OF DECEASED PLAINTIFFS**

Upon consideration of Plaintiffs' Motion for Substitution of Estates on Behalf of Deceased Plaintiffs, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**.  The estates are hereby substituted on behalf of the following deceased Plaintiffs:  Bobby Joe Anderson, Clifford E. Ausborn, Gabriel Negron, Marvin Negron, Jimmy Smith, Becky S. Poock.

**SO ORDERED.**

Dated: _____

_____
John D. Bates
United States District Judge