IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 19-cv-3835-JDB |
| MARK ZAMBON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 18-cv-02065-JDB |

[PROPOSED] ORDER GRANTING MOTION TO AMEND OR ALTER
THE FINAL JUDGMENT OF SEVEN TRANCHE 2 PLAINTIFFS

Upon consideration of Plaintiffs' Motion to Amend or Alter the Final Judgment of Seven Tranche 2 Plaintiffs, and the entire record herein, it is hereby **ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that [304] the Court's May 16, 2025 order dismissing Carey DuVal, Danica Thomas, L.T., F.S., Dawn Marie Pattee, Kristen Colleen Luncers, and Jalisa Marie Stark's claims is modified to provide that Carey DuVal, Danica Thomas, L.T., F.S., Dawn Marie Pattee, Kristen Colleen Luncers, and Jalisa Marie Stark's claims are stayed rather than dismissed; it is further

**ORDERED** that the Clerk of the Court is direct to amend [304] in accordance with this Order; and it is further

**ORDERED** that Plaintiffs shall file a status report proposing next steps for all remaining Plaintiffs within 14 days of the Supreme Court's Order on the pending petition for a writ of certiorari in *Borochov v. Islamic Republic of Iran*, S. Ct. Case No. 24-277.

**SO ORDERED.**

Dated: _____

_____
John D. Bates
United States District Judge