UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUST CABRERA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Civil Action No. 19-3835 (JDB) |
| MARK ZAMBON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ISLAMIC REPUBLIC OF IRAN, <br><br> Defendant. | Civil Action No. 18-2065 (JDB) |

## ORDER

Upon consideration of [Cabrera ECF No. 309 and Zambon ECF No. 311] Afghanistan-based plaintiffs' motion to amend or alter the final judgment of seven Tranche 2 plaintiffs, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further

**ORDERED** that [Cabrera ECF No. 304] the Court's May 16, 2025 order, which stated that the claims of Carey DuVal, Danica Thomas, L.T., F.S., Dawn Marie Pattee, Kristen Colleen Luncers, and Jalisa Marie Stark are dismissed, is amended to state that those plaintiffs' claims are instead stayed pending resolution of the petition for certiorari in Borochov v. Islamic Republic of Iran, S. Ct. Case No. 24-277; it is further

**ORDERED** that plaintiffs shall file a status report proposing next steps for all remaining plaintiffs within 14 days of the Supreme Court's disposition of the petition for a writ of certiorari in Borochov.

2

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: June 6, 2025