

**United States Department of State**

*Washington, D.C.   20520*

February 11, 2026

Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20011

> Re: *August Cabrera, et al. v. The Islamic Republic of Iran*, **1:19-cv-3835 (JDB)**; *Mark Zambon, et al. v. The Islamic Republic of Iran*, **1:18-cv-2065 (JDB)**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of an Order (Dkt. 285), Order (Dkt. 286) and Notice of Default Judgment to the Islamic Republic of Iran pursuant to 28 U.S.C. Section 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1099-IE, dated November 20, 2025 and delivered on December 8, 2025. A certified copy of the diplomatic note is enclosed.[1]

Sincerely,

Michael McPherson
Paralegal Specialist
Office of the Legal Adviser
L/CA/POG/GC

RECEIVED
Mailroom

FEB 13 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

---

[1] Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:   Joshua Branson
Kellog, Hansen, Todd, Figel & Frederick
1615 M St. NW, Suite 400
Washington, DC 20036

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I, Scott M. DRISKEL, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 28611 dated October 6, 2025, which was transmitted to the Swiss Ministry of Foreign Affairs on October 8, 2025, for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

_____Scott M. DRISKEL_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 22, 2026
(Date)

RECEIVED
Mailroom
FEB 13 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia



*Embassy of the United States of America*

October 6, 2025

CONS NO.     28611

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – August Cabrera, et al. v. The Islamic Republic of Iran, 1:19-cv-3835 (JDB); Mark Zambon, et al. v. The Islamic Republic of Iran, 1:18-cv-2065 (JDB) .

REF:    ----

The Department of State has requested the delivery of the enclosed Order (Dkt. 285), Order (Dkt. 286) and Notice of Default Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter August Cabrera, et al. v. The Islamic Republic of Iran, 1:19-cv-3835 (JDB); Mark Zambon, et al. v. The Islamic Republic of Iran, 1:18-cv-2065 (JDB). Also enclosed for transmittal is a Default (June 7, 2024) which has previously been transmitted through diplomatic channels.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There is one defendant to be served in this case: the Islamic Republic of Iran. The American Interests Section should transmit the Order (Dkt. 285), Order (Dkt. 286) and Notice of Default Judgment, and Default (June 7, 2024) which has previously been transmitted through diplomatic channels,  to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed is one appropriate part of a message the Embassy received from the Department of State as well two sets of documents for each defendant.

ne Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.



**.N TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuits *August Cabrera, et al. v. The Islamic Republic of Iran,* 1:19-cv-3835(JDB) and *Mark Zambon, et al. v. The Islamic Republic of Iran,* 1:18-cv-2065 (JDB) in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Order (Dkt. 285) and Order (Dkt. 286) herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Sections 1608(a)(4) and (e).

In addition to the Order (Dkt. 285) and Order (Dkt. 286), the Foreign Interests Section is enclosing a Default (June 7, 2024), which has previously been transmitted to the Government of the Islamic Republic of Iran and a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order (Dkt. 285), Order (Dkt. 286), Notice of Default Judgment and Default (June 7, 2024)

2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT Islamic Republic of Iran**



SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland    )
Bern, Canton of Bern      ) SS:
Embassy of the United States of America )



I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

_____Scott M. DRISKEL_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

January 22, 2026
(Date)

RECEIVED
Mailroom

FEB 13 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

genossenschaft
,uisse
ne Svizzera
aziun svizra

**Federal Department of Foreign Affairs FDFA**

038014

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 28611 dated October 06, 2025, regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance:

**- August Cabrera, et al. v. The Islamic Republic of Iran, 1:19-cv-3835 (JDB) and Mark Zambon, et al. v. The Islamic Republic of Iran, 1:18-cv-2065 (JDB)**
Note 1099-IE, addressed to the Islamic Republic of Iran

dated November 20, 2025, and proof of service, dated December 09, 2025, as well as the certification by the Swiss Federal Chancellery dated December 16, 2025.

The section has received the above-mentioned documents on October 27, 2025. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on December 08, 2025. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, December 16, 2025

_Enclosure(s) mentioned_



To the
Embassy of the
United States of America

Berne



<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>

Confederation of Switzerland        )
Bern, Canton of Bern            ) SS:
Embassy of the United States of America  )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Lara LORELLA
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____
Scott M. DRISKEL
(Typed name of Consular Officer)

<u>Consul of the United States of America</u>
(Title of Consular Officer)



RECEIVED
Mailroom

FEB 13 2026

Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

<u>January 22, 2026</u>
(Date)

_ne Eidgenossenschaft
,ation suisse
_derazione Svizzera
,nfederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1099 -IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit ***August Cabrera, et al. v. The Islamic Republic of Iran,* 1:19-cv-3835 (JDB)** and ***Marc Zambon, et al. v. The Islamic Republic of Iran,* 1:18-cv-2065 (JDB)** in the U.S. District Court for the District of Columbia.  The Islamic Republic of Iran is a defendant in this case.  The Embassy transmits an Order (Dkt. 285) and Order (Dkt. 286) herewith. The U.S. District Court for the District of Columbia has requested service of these documents.  This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Sections 1608(a)(4) and (e).

In addition to the Order (Dkt. 285) and Order (Dkt. 286), the Embassy is enclosing a Default (June 7, 2024) which has previously been transmitted to the Government of the Islamic Republic of Iran and a Notice of Default Judgment, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran – November 20, 2025



Attachments:
1. Order (Dkt. 285), Order (Dkt. 286), Notice of Default Judgment and Default (June 7, 2024)
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Dominique Baeriswyl, Head of the Foreign Interests Section of the Embassy of S\
certify herewith that this is a true copy of Diplomatic Note No. 1099-IE, dated Novembei\
delivery of this note and its enclosures was attempted on December 08, 2025, but the Irai\
of Foreign Affairs refused its acceptance.

Dominique Baeriswyl
Head of the Foreign Interests Section

Tehran – December 09, 2025

**APOSTILLE**
**(Convention de La Haye du 5 octobre 1961)**

1. **Country:** SWISS CONFEDERATION

   **This public document**

2. **has been signed by**            Dominique Baeriswyl

3. **acting in the capacity of Head of the Foreign Interests Section**

4. **bears the seal/stamp of**

   Embassy of Switzerland US Interests Section, Tehran

   **Certified**

5. **at Berne**                  6.        **the** 16 December 2025

7. **by** Lara Lorella
   **functionary of the Swiss federal Chancellery**

8. **No** 031946

9. **Seal/stamp:**                      10. **Signature:**

   Swiss federal Chancellery

ترجمه غیر رسمی
سفارت سوئیس
**قسمت حافظ منافع خارجی**

شماره IE–1099

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعاوی حقوقی تحت عنوان **August Cabrera و دیگران علیه جمهوری اسلامی ایران، تحت پرونده مدنی شماره (JDB) 1:19-cv-3835 و Marc Zambon و دیگران علیه جمهوری اسلامی ایران، تحت پرونده مدنی شماره (JDB) 1:18-cv-2065** که در دادگاه منطقه ای ایالات متحده آمریکا، منطقه کلمبیا مفتوح میباشند، جلب می نماید. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده، منطقه کلمبیا، یک فقره حکم (سند ۲۸۵) و حکم (سند ۲۸۶) را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (a)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدرک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر حکم (سند ۲۸۵) و حکم (سند ۲۸۶)، یک فقره قضاوت غیابی (۷ ژوئن ۲۰۲۴) که قبلاً به دولت جمهوری اسلامی ایران ارسال شده است و یک فقره ابلاغیه حکم غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد.

لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم قصور، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو، مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده مراتب احترامات فائقه خود نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران – بتاریخ ۲۹ آبان ماه ۱۴۰۴ (۲۰ نوامبر ۲۰۲۵)

پیوست: ۱- حکم (سند ۲۸۵)، حکم (سند ۲۸۶)، ابلاغیه حکم غیابی و قضاوت غیابی (۷ ژوئن ۲۰۲۴)، ۲- ترجمه ها

**اداره امور آمریکا**
**وزارت امور خارجه**
**جمهوری اسلامی ایران**
**تهران**