**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AUGUST CABRERA, *et al*., | |
| Plaintiffs, | |
| v. | Case No. 19-cv-3835-JDB |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |
| MARK ZAMBON, *et al*., | |
| Plaintiffs, | |
| v. | Case No. 18-cv-2065-JDB |
| ISLAMIC REPUBLIC OF IRAN, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PUNITIVE DAMAGES**

Upon consideration of this matter, and the entire record herein, it is hereby

**ORDERED** that the below Plaintiffs are awarded punitive damages in the following

amounts:

| Plaintiff | Punitive Damages Award |
|---|---|
| K.E.F.V. | $          4,591,515.00 |
| A.M.P. | $          4,753,656.00 |
| S.G.C.H. | $          4,731,156.00 |
| C.L.K. | $          3,425,630.00 |

It is further **ORDERED** that final judgment on punitive damages is directed under

Federal Rule of Civil Procedure 54(b) as to these Plaintiffs.  The Court concludes that there is no

just reason for delay in entering a final judgment pursuant to Rule 54(b) because Iran, an absent defendant, will not be prejudiced by "staggered appeals or the like," *Sheikh v. Republic of Sudan*, 485. F. Supp. 3d 255, 274 (D.D.C. 2020); it is further

**ORDERED** that this Order is the final "default judgment" for the above-listed plaintiffs' claims to be served on the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(e).  The Clerk of Court is directed to not issue individual judgments for these claims, as this Order shall constitute that judgment; and it is further

**ORDERED** that, because Plaintiffs have repeatedly attempted and failed to successfully serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), *see* Dkts. 16, 41, 119, 241, Plaintiffs may proceed to serve this default judgment immediately pursuant to 28 U.S.C. § 1608(a)(4).

**SO ORDERED.**

Dated: _____

_____
John D. Bates
United States District Judge

2