AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia ▼

| | |
|---|---|
| CABRERA et al | ) |
| *Plaintiff* | ) |
| v. | ) |
| ISLAMIC REPUBLIC OF IRAN | ) |
| *Defendant* | ) |

Civil Action  No. 19-cv-03835-JDB

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     04/03/2026     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     04/16/2026

CLERK OF COURT

*Erica Devan*

*Signature of Clerk or Deputy Clerk*