CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

August Cabrera, et al.

Mark Zambon, et al.
_____
#### Plaintiff(s)

vs.

The Islamic Republic of Iran

_____
#### Defendant(s)

19-cv-03835-JDB
Civil Action No.: __18-cv-02065-JDB__

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the default judgment ☑ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

U.S. Department of State, L/CA/POG/GC, SA-17, 10th Floor, Washington, DC 20522-1710, Attn:  FSIA
for service on:

Seyyed Abbas Araghchi, Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran

by: (check one)      ☐    certified or registered mail, return receipt requested
                     ☐    DHL
                     ☑    Fed Ex

pursuant to the provisions of: (check one)
                     ☐    FRCP 4(f)(2)(C)(ii)
                     ☐    28 U.S.C. § 1608(a)(3)
                     ☐    28 U.S.C. § 1608(b)(3)(B)
                     ☑    28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): __(certification not applicable in this case)__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____/s/ Joshua D. Branson_____
(Signature)

Joshua D. Branson
Kellogg, Hansen, Todd,
Figel & Frederick, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, D.C. 20036

(Name and Address)