PS|Ship - FedEx Label

ORIGIN ID:BZSA     (202) 326-7900
JOSHUA BRANSON
KELLOGG HANSEN TODD FIGEL FREDERICK
1615 M STREET, NW
SUITE 400
WASHINGTON, DC 20036
UNITED STATES US

SHIP DATE: 17APR26
ACTWGT: 4.00 LB
CAD: 253680477/WSXI3600
DIMS: 12x9x6 IN

BILL SENDER

TO U.S. DEPARTMENT OF STATE
ATTN: FSIA
L CA POG GC SA 17

WASHINGTON DC 20522
(202) 367-7722          REF: 1929 19697 JDB
INV:
PO.                              DEPT:



**FedEx** Express

REL#
3785346

MON - 20 APR 10:30A
PRIORITY OVERNIGHT

TRK#
0201   3805 9679 2429

19 KMDA          20522
              DC-US   IAD

4/17/26, 2:36 PM